FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-1992

**Short Case Caption:** UCB, Inc. v. Cipla Limited

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Cipla Limited, Cipla USA, Inc.

| | |
|---|---|
| **Principal Counsel:** Anil H. Patel | Admission Date: 07/28/2023 |
| Firm/Agency/Org.: K&L Gates, LLP | |
| Address: 609 Main Street, Suite 4150, Houston, TX 77002 | |
| Phone: 713-815-7300 | Email: anil.patel@klgates.com |
| **Other Counsel:** Peter L. Giunta | Admission Date: 06/17/2008 |
| Firm/Agency/Org.: K&L Gates, LLP | |
| Address: 599 Lexington Ave., New York, NY 10022-6030 | |
| Phone: 212-536-3900 | Email: peter.giunta@klgates.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/7/26

Signature: /s/ Anil H. Patel

Name: Anil H. Patel

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Harold M. Storey | Admission Date: 08/01/2011 |
| Firm/Agency/Org.: K&L Gates, LLP | |
| Address: 925 Fourth Street, Suite 2900, Seattle, WA 98104-1158 | |
| Phone: 206-623-7580 | Email: harold.storey@klgates.com |
| **Other Counsel:** Adam S. Berlin | Admission Date: 07/28/2023 |
| Firm/Agency/Org.: K&L Gates, LLP | |
| Address: 609 Main Street, Suite 4150, Houston, TX 77002 | |
| Phone: 713-815-7300 | Email: adam.berlin@klgates.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |