**FORM 9A. Notice of Related Case Information**

**Form 9A (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**  2026-1992

**Short Case Caption**  UCB, Inc. v. Cipla Limited

**Filing Party/Entity**  Cipla Limited, Cipla USA, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

UCB, Inc. et al. v. Hikma Pharms. USA Inc., Case No. 25-cv-00382 (JLH) (D. Del.);
UCB, Inc. et al. v. Rubicon Research Ltd., No. 26-cv-00427 (JLH) (D. Del)

☐      Additional pages attached

**FORM 9A. Notice of Related Case Information**                Form 9A (p. 2)
                                                               March 2023

2. **Names of all parties involved in the cases listed above.**  Do not duplicate the names of parties.   Do not relist the case information.   Fed. Cir. R. 47.5(b)(2)(A).

Hananja EHF; UCB Biopharma SRL; UCB, Inc.; University of Iceland; Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp.; Hikma Pharmaceuticals PLC; Rubicon Research Ltd.

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.**  Do not duplicate the names of law firms, partners, and associates.    Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

-Covington & Burling LLP: Alexa R. Hansen, Florina Lam, John Y. Veiszlemlein, Kaveh V. Saba, Mishael H. Hibshoosh, Eric R Sonnenschein, Melissa Keech
-Morris, Nichols, Arsht & Tunnell LLP: Megan E. Dellinger, Jeremy A. Tigan
-Kratz & Barry: R. Touhey Myer
-Heyman Enerio Gattuso & Hirzel: Dominick T Gattuso
-Winston Taylor f/k/a Winston Strawn: Brian L O'Gara, Charles B Klein, Jovial Wong, Sarah J. Lim

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/07/2026

Signature:    /s/ Anil H. Patel

Name:    Anil Patel