FORM 26.  Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1992

**Short Case Caption:** UCB, Inc. v. Cipla Limited

**Filing Party** Cipla Limited, Cipla USA, Inc.

**Instructions.**  Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether claim 13 of U.S. Patent No. 8,217,033 and claim 10 of U.S. Patent No. 8,809,322 are invalid for obviousness under 35 U.S.C. § 103.

Relief awarded below (if damages, specify):    ☐ None/Not Applicable

See Attachment.

Briefly describe the judgment/order appealed from:

See Attachment.

| Nature of Judgment (select one:) | Date of Judgment: May 27, 2026 |
|---|---|
| ▣ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ☐ Other (explain) _____ | |

Date: 07/07/2026

Signature: _____

Name: Anil H. Patel

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*UCB, Inc. v. Cipla Limited*
No. 2026-1992

## ATTACHMENT TO DOCKETING STATEMENT

**Relief awarded below (if damages, specify):**

The District Court ordered that "[p]ursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval by the Food and Drug Administration of Cipla's ANDA No. 216048 shall be a date that is not earlier than the date of expiration of the '033 Patent and the '322 Patent, and any additional periods of exclusivity to which Plaintiffs have or may become entitled."

The District Court also ordered that "[p]ursuant to 35 U.S.C. § 271(e)(4)(B), Cipla and each of its officers, agents, servants, employees, successors, and attorneys, and all persons and entities acting in concert or participation with them, are enjoined, until the expiration of the '033 Patent and the '322 Patent from commercially manufacturing, using, selling or offering for sale in the United States, or importing into the United States, Cipla's ANDA Product."

**Briefly describe the judgment/order appealed from:**

The District Court entered judgment that Cipla infringed claim 13 of U.S. Patent No. 8,217,033 and claim 10 of U.S. Patent No. 8,809,322.

The District Court also entered judgment in favor of Plaintiffs and against Cipla on Cipla's counterclaims for invalidity of claim 13 of U.S. Patent No. 8,217,033 and claim 10 of U.S. Patent No. 8,809,322.