# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL,  )
HANANJA EHF and  )
UNIVERSITY OF ICELAND,  )
   )
       Plaintiffs,  )
   )
   v.  )  C.A. No. 21-1229 (JLH)
   )
CIPLA LIMITED and CIPLA USA INC.,  )
   )
       Defendants.  )

## ~~[PROPOSED]~~ FINAL JUDGMENT

This action, having been tried before the Court from October 2–5, 2023, Honorable Jennifer L. Hall presiding, the evidence and testimony of witnesses of each side having been heard and a decision having been rendered;

IT IS HEREBY ORDERED AND ADJUDGED this __27th__ day of May 2026, for the reasons set forth in the May 15, 2026 Opinion (D.I. 199), that:

1. Judgment is entered in favor of Plaintiffs UCB Inc., UCB BioPharma SRL, Hananja EHF, and the University of Iceland, and against Defendants Cipla Limited and Cipla USA Inc. (together, "Cipla") on Plaintiffs' claim that Cipla's filing of Abbreviated New Drug Application No. 216048 ("Cipla's ANDA") infringed Claim 13 of the '033 Patent and Claim 10 of the '322 Patent and that the commercial manufacture, use, sale or offer for sale in the United States, or importation into the United States, of the product that is the subject of Cipla's ANDA ("Cipla's ANDA Product") would infringe Claim 13 of the '033 Patent and Claim 10 of the '322 Patent.

2. Judgment is entered in favor of Plaintiffs and against Cipla on Cipla's counterclaims for invalidity of Claim 13 of the '033 Patent and Claim 10 of the '322 Patent.

3.      Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval by the Food and Drug Administration of Cipla's ANDA No. 216048 shall be a date that is not earlier than the date of expiration of the '033 Patent and the '322 Patent, and any additional periods of exclusivity to which Plaintiffs have or may become entitled.

4.      Pursuant to 35 U.S.C. § 271(e)(4)(B), Cipla and each of its officers, agents, servants, employees, successors, and attorneys, and all persons and entities acting in concert or participation with them, are enjoined, until the expiration of the '033 Patent and the '322 Patent from commercially manufacturing, using, selling or offering for sale in the United States, or importing into the United States, Cipla's ANDA Product.

* * *

Any motion for attorneys' fees and/or costs, including but not limited to any motion that this case is exceptional under 35 U.S.C. § 285, or a bill of costs pursuant to D. Del. LR 54.1, shall be considered timely if filed and served within thirty (30) days after the issuance of a mandate from the Federal Circuit, if any appeal is filed, or the time for appeal to the Federal Circuit expires, if no appeal is filed. Any oppositions to any such motion shall be considered timely if filed and served within thirty (30) days after the motion is filed.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs UCB Inc., UCB
Biopharma SRL, Hananja EHF, and
University of Iceland*

May 22, 2026

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

_____

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Cipla Limited and
Cipla USA Inc.*

SO ORDERED this __27th__ day of May, 2026.

_____
The Honorable Jennifer L. Hall
United States District Court Judge

3