No. 26-1992

United States Court of Appeals
for the Federal Circuit

UCB, INC., UCB BIOPHARMA SRL, HANANJA EHF, UNIVERSITY OF
ICELAND

*Plaintiffs-Appellees,*

v.

CIPLA LIMITED, CIPLA USA INC.,

*Defendants-Appellants,*

On Appeal from the United States District Court for the District
of Delaware, No. 1:21-cv-01229-JLH

**APPELLEES' OPPOSITION TO APPELLANTS'
MOTION TO EXPEDITE PROCEEDINGS**

Eric R. Sonnenschein
Kaveh Saba
Larissa Davis
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C. 20001
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-7035

*Counsel for Plaintiffs-Appellees*

July 15, 2026

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 26-1992

**Short Case Caption** UCB, Inc. v. Cipla Limited

**Filing Party/Entity** UCB Inc., UCB BioPharma SRL, Hananja EHF, and the University of Iceland

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/15/2026                     Signature:   /s/ Alexa Hansen

                                     Name:       Alexa Hansen

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| UCB Inc. | | All of the issued and outstanding shares of UCB, Inc. are held indirectly by UCB SA, through UCB Holdings, Inc. |
| UCB BioPharma SRL | | All of the issued and outstanding shares of UCB Biopharma SRL are held indirectly by UCB SA, through UCB Pharma SA and UCB Manufacturing, Inc., the latter being held directly by UCB, Inc. |
| Hananja EHF | | Hananja EHF is a private corporation with no parent corporation. No publicly held corporation owns 10% or more of the tock of Hananja EHF. |
| University of Iceland | | University of Iceland is a public university with no parent corporation and no publicly held stock. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest                                    Form 9 (p. 3)
                                                                   March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| George F. Pappas (Covington & Burling LLP) | Charles Hall (no longer attorney at Covington & Burling LLP) | Jack B. Blumenfeld (Morris, Nichols, Arsht & Tunnell LLP) |
| Melissa Keech (no longer attorney at Covington & Burling LLP) | Yiye Fu (Covington & Burling LLP) | Megan E. Dellinger (Morris, Nichols, Arsht & Tunnell LLP) |
| John Y. Veiszlemlein (Covington & Burling LLP) | David S. Denuyl (no longer attorney at Covington & Burling LLP) | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# TABLE OF CONTENTS

INTRODUCTION ................................................................................ 1

BACKGROUND................................................................................ 2

ARGUMENT .................................................................................... 4

I.   THE COURT SHOULD DENY CIPLA'S MOTION TO EXPEDITE THE APPEAL ................................................................................ 4

  A.   Cipla Has Failed To Act Expeditiously ........................................... 4

  B.   There Is No Good Cause To Shorten Appellees' Response Time .... 6

  C.   The Speculative Harms Alleged by Cipla Do Not Constitute Good Cause To Expedite The Appeal ...................................................... 10

II.   CIPLA'S PROPOSED SCHEDULE IS UNREASONABLE ............ 13

CONCLUSION ................................................................................ 15

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*AstraZeneca v. Mylan Pharm. Inc.*,
Case No. 23-1164, ECF 13 (Fed. Cir. Nov. 18, 2022) ...........................9

*Cephalon, Inc. v. Watson Pharms., Inc.*,
422 F. App'x 893 (Fed. Cir. 2011) ........................................................9

*Duramed Pharms. Inc. v. Watson Lab'ys*,
426 F. App'x 905 (Fed. Cir. 2011) ................................................. 13, 14

*Duramed Pharms. Inc. v. Watson Lab'ys*,
Case No. 3:08-cv-00116-LRH-WGC, ECF 295–297 (D.
Nev. June 16, 2011) ...............................................................................14

*Eli Lilly & Co. v. Actavis Elizabeth LLC*,
Case No. 2010-1500, 2010 WL 3374123 (Fed. Cir. Aug. 26,
2010) ................................................................................................. 13, 14

*Medeva Pharma Suisse A.G. v. Par Pharm., Inc.*,
430 F. App'x 878 (Fed. Cir. 2011) ........................................................9

*Nader v. Land*,
115 F. App'x 804 (6th Cir. 2004) ..........................................................4

*Sciele Pharma Inc. v. Lupin Ltd.*,
684 F.3d 1253 (Fed. Cir. 2012) ...........................................................12

*United Therapeutics Corp. v. Liquidia Tech., Inc.*,
Case No. 22-2133, ECF 20 (Fed. Cir. Sept. 27, 2022) .........................9

**Other Authorities**

Fed. R. App. P. 2.....................................................................................4

Fed. R. App. P. 4................................................................................5, 6

Fed Cir. R. 4, Practice Note ...............................................................5, 6

Fed. Cir. R. 27, Practice Note..............................................................4, 6

## INTRODUCTION

Plaintiffs-Appellees UCB, Inc., UCB Biopharma SRL, Hananja EHF, and University of Iceland (collectively, "Appellees") respectfully oppose Defendants-Appellants Cipla Limited and Cipla USA's (collectively, "Cipla") Motion to Expedite Proceedings. This Court should deny the Motion, because Cipla's dilatory conduct fatally undermines its claim of urgency, and Cipla identifies no good cause for its proposed (and prejudicial) 19-day reduction to the 40-day response time that Appellees are entitled to by rule.

Cipla has not pursued this appeal expeditiously. It waited until the last possible day to file its notice of appeal, and requests 10 weeks from the date of the district court's decision to prepare its opening brief. Cipla did not even file its motion to expedite proceedings expeditiously, failing to contact Appellees regarding its intention to move to expedite until after this Court had docketed the appeal.

As discussed below, Cipla's nonchalant approach underscores that there is no good cause to expedite the appeal, much less grant Cipla's proposal to cut Appellees' response time nearly in half—from 40 days to 21 days. If Cipla wanted to save the 19 days that it proposes taking from

Appellees, it could have filed its notice of appeal 19 days earlier. The Court should deny Cipla's motion.

## BACKGROUND

This is a Hatch-Waxman case involving the epilepsy drug NAYZILAM®. Appellees sued Cipla for infringing Claim 13 of U.S. Patent No. 8,217,033 and Claim 10 of U.S. Patent No. 8,809,322. In the district court, Cipla stipulated to infringement but argued that the claims were invalid. The district court held a bench trial in October 2023 and heard closing arguments in May 2024. Ex. A (D.I. 182, 202).

On April 8, 2026, Cipla, on behalf of both parties, sought guidance from the district court regarding the expected timeline of its ruling because NAYZILAM®'s orphan drug status exclusivity period was set to expire on May 17, 2026. Ex. B; *see also* Ex. A (D.I. 195, 197).

One week later, the district court informed the parties that it planned to find the patent claims valid and stated that it would issue a decision before NAYZILAM®'s regulatory exclusivity period expired. Ex. A (Minute Entry for proceedings held before Judge Jennifer L. Hall on April 16, 2026 ("April 16, 2026 Minute Entry")).

2

The district court did just that. One month later, on May 15, 2026, the district court issued a memorandum opinion concluding that Cipla had failed to prove the asserted claims were invalid. Ex. A (D.I. 199). The district court then entered final judgment in favor of Appellees on May 27, 2026. Ex. A (D.I. 202).

At that point, Cipla was free to file its notice of appeal, but did not do so until June 26, 2026, Ex. A (D.I. 204)—30 days after entry of final judgment, 42 days after the district court issued its opinion, and 71 days after the district court informed Cipla it had lost at trial, *id.* (April 16, 2026 Minute Entry, D.I. 199).

At the time it filed its notice of appeal, Cipla did not include a motion to expedite. Nor did Cipla file its motion when this Court docketed the appeal. Cipla instead waited until after the docketing of the appeal to seek Appellees' position on the motion, which it did after the close of Appellees' European business hours on July 2, 2026—right before the Fourth of July three-day holiday weekend. Ex. C. Cipla filed its motion after Appellees provided their position on July 7, 2026. *See* Mot.

In its motion to expedite, Cipla proposes that it file its opening brief on July 24, 2026—70 days after the issuance of the district court's May

3

15 opinion. Mot. at 2. By contrast, Cipla proposes cutting Appellees' response time from the 40 days provided by rule to 21 days. *Id.*

## ARGUMENT

## I. THE COURT SHOULD DENY CIPLA'S MOTION TO EXPEDITE THE APPEAL

The Court should deny Cipla's motion. This Court does not routinely grant motions to expedite. Fed. Cir. R. 27, Practice Note ("Motions to expedite proceedings are not routinely granted . . . ."). And Cipla provides no good cause to depart from that usual practice here. *See* Fed. R. App. P. 2. As discussed below, Cipla has failed to act expeditiously in pursuing its appeal, which undermines any assertion of good cause to expedite proceedings. *See e.g.*, *Nader v. Land*, 115 F. App'x 804, 805 (6th Cir. 2004) ("Because the plaintiffs have not proceeded expeditiously, we deny the motion."). Moreover, Cipla has failed to demonstrate any sound basis for its proposal to cut Appellees' response time in half, from the 40 days provided by this Court's rules to 21 days.

### A.    Cipla Has Failed To Act Expeditiously

Cipla's repeated failures to act expeditiously indicate there is no good cause to expedite the appeal. Cipla waited until the last possible day to file its notice of appeal—30 days after entry of final judgment (which

was the last day permitted under Fed. R. App. P. 4). This was more than two months after the district court informed Cipla that it lost at trial, and 42 days after the district court issued its opinion. Cipla then waited another 11 days from filing the notice of appeal to file the Motion to Expedite. Ex. B (D.I. 204); *UCB, Inc. v. Cipla Ltd.*, 26-1992 (Fed. Cir. July 7, 2026), ECF 6.

Cipla's dilatory conduct also ignores this Court's guidelines for expediting appeals. This Court has made clear that parties who seek to expedite an appeal should act expeditiously themselves. For example, this Court has explained that such parties should file a notice of appeal and opening brief "well before the applicable deadlines":

> The overall time for an appeal can be accelerated by the expeditious filing of a notice of appeal shortly after entry of final judgment in the trial forum. When a party is considering seeking expedited proceedings on appeal, *the party should consider filing its notice of appeal . . . well before the applicable deadline[].*

Fed Cir. R. 4, Practice Note (emphasis added).

This Court has also explained that such parties should file a motion to expedite immediately after the docketing of an appeal:

> A motion for expedited proceedings is the procedural vehicle to request the Court to accelerate consideration of an appeal

5

or petition for review, and it should be *filed immediately after docketing*.

Fed. Cir. R. 27, Practice Note (emphasis added).

Cipla took neither of those steps. Cipla filed the notice of appeal on the last day permitted under Fed. R. App. P. 4, *see* Ex. A (D.I. 204), not "well before the applicable deadline[]," Fed Cir. R. 4, Practice Note, and filed the motion to expedite eleven days after the notice of appeal, Mot. at 10, and not "immediately" after docketing of the appeal, Fed. Cir. R. 27, Practice Note.

Cipla suggests that it took steps to "expedite the resolution of its case" in the district court, Mot. at 3, but Cipla did no such thing. The district court heard closing arguments in May 2024. Yet Cipla did nothing to alert the district court about any timing concern for the next 23 months, until it wrote on behalf of both parties in April 2026 to seek guidance on the expected ruling. Ex. B. If Cipla believed that it was important for the district court to issue a ruling before May 2026 to have a meaningful appeal, it could have raised such concerns much earlier.

**B. There Is No Good Cause To Shorten Appellees' Response Time**

Cipla does not identify any good cause to shorten Appellees' response time from 40 days to 21 days. Mot. at 2. If Cipla wanted to save

6

the 19 days that it proposes taking from Appellees, it could have already done so by moving with more urgency. Indeed, Cipla could have already saved 30 days by filing the notice of appeal immediately after the entry of final judgment on May 27, 2026—as suggested by the Federal Circuit's Practice Notes—especially given that Cipla knew since April 16 that the district court intended to uphold the validity of the patents. Instead, it added 30 days by waiting until June 26, 2026.

Moreover, if Cipla wants the appeal to proceed faster, Cipla can still self-expedite by filing its opening and reply briefs earlier than it proposes. An exemplary schedule that Cipla could follow going forward is shown in the table below.

| Event | Date | Time |
|---|---|---|
| District Court's Decision | May 15, 2026 | - |
| Cipla Opening Brief | July 17, 2026 | 63 days after the District Court's decision |
| Appellees' Response Brief | August 26, 2026 | 40 days after Cipla's opening brief |
| Cipla Reply Brief | September 4, 2026 | 9 days after Appellees' response brief |

Appellees should not be penalized with a shortened response period simply because Cipla dragged its feet in pursuing the appeal, especially when Cipla can still self-expedite.

Cipla also wrongly claims, without justification, that "[Appellees] will not be prejudiced by an expedited schedule." Mot. at 9. Cipla proposes a highly prejudicial and compressed schedule in which Appellees receive only 21 days to file a response instead of the standard 40 days. Mot. at 2. The Federal Circuit's standard briefing schedule exists to ensure that appellate issues receive thorough and careful treatment, and there is no basis to depart from that schedule here. An artificially compressed timeline would interfere with Appellees' ability to present their strongest case and thus may ultimately disserve this Court. It would also be at odds with the schedule that Cipla proposed for itself, in which it will receive 70 days from the district court's May 15, 2026 decision to prepare its opening brief. Cipla cannot reasonably maintain that the issues in the appeal are complex for Cipla (who receives 70 days) but not Appellees (who receive 21 days).

This Court has frequently denied motions to expedite where, as here, the movant has not identified good cause to shorten the

8

respondent's time, and the movant may self-expedite the process. *See, e.g.*, *United Therapeutics Corp. v. Liquidia Tech., Inc.*, Case No. 22-2133, ECF 20 at 3 (Fed. Cir. Sept. 27, 2022) (cross-appellant's motion arguing the need to expedite based, in part, on the inability to obtain final approval from the FDA because of a district court injunction), ECF 26 at 2 (Fed. Cir. Oct. 12, 2022) (denying the motion to expedite because there was not a "sufficient showing [] to shorten the time for [the other side]" and stating that the movant could "self-expedite"); *AstraZeneca v. Mylan Pharm. Inc.*, Case No. 23-1164, ECF 13 at 2, 5 (Fed. Cir. Nov. 18, 2022) (appellants asserting that the appeal needed to be expedited because "the patent would expire before the appeal would be concluded in the ordinary course" and they would lose out on their "pediatric exclusivity period"), ECF 23 at 2 (Fed. Cir. Dec. 7, 2022) (declining to shorten the time period for respondent and permitting appellant to self-expedite); *see also*, *Cephalon, Inc. v. Watson Pharms., Inc.*, 422 F. App'x 893, at **1 (Fed. Cir. 2011) (denying motion to expedite and stating that movant could, "of course," self-expedite); *Medeva Pharma Suisse A.G. v. Par Pharm., Inc.*, 430 F. App'x 878, 880 (Fed. Cir. 2011) (same).

This Court should follow these decisions and deny Cipla's motion.

9

## C.    The Speculative Harms Alleged by Cipla Do Not Constitute Good Cause To Expedite The Appeal

Cipla contends that "absent an expedited schedule, Cipla will be effectively deprived of its right to appeal and suffer unrecoverable losses." Mot. at 6. These speculative and unsubstantiated harms do not constitute good cause to expedite the appeal, especially in view of Cipla's lack of urgency discussed above.

Cipla's first purported harm is that a failure to expedite could "render this appeal moot" if not resolved before the expiration of the patents on January 18, 2028. Mot. at 7–8. Cipla cites a chart titled "Life of an Appeal" that provides general information about the timeline for an appeal, Mot. at 7 n.2, but it does not show that these patents in suit would expire before resolution of the appeal under the ordinary course laid out in this chart. In fact, the chart appears to show the opposite. If Cipla self-expedites the process and briefing is completed by early September 2026 (as shown in the table above, *see supra* Section I.B), the chart cited by Cipla indicates a decision could be issued around July 2027 (assuming that calendaring will take 90 days, the case will be set 6 weeks later, and a decision will be issued in 180 days). This would be 6 months before the

10

patents expire in January 2028. Notably, Cipla even admits the timeline is "not clear." *See* Mot. at 7.

Cipla next contends that, absent an expedited appeal, it may be "unable to utilize its 180-day exclusivity period and will suffer unrecoverable losses." Mot. at 6. In other words, Cipla speculates that an earlier launch of its generic product would generate some amount of additional revenue. Such speculation is not good cause to expedite this appeal for at least four reasons.

*First*, Cipla may receive a decision before the start of the 180-day exclusivity period, as discussed above, even under the ordinary course. *Second*, Cipla is not likely to prevail on appeal, given the district court rejected all of Cipla's invalidity theories in a detailed opinion, and Cipla's motion fails to identify any errors in the analysis. *Third*, Cipla may not be able to launch its generic product at the outset of the 180-day generic exclusivity period, at least because Cipla may fail to obtain final approval from FDA notwithstanding its receipt of *tentative* approval. *Fourth*, Cipla's failure to pursue this appeal expeditiously indicates that it has not treated the potential and speculative loss of some revenues as an

11

urgent matter that would justify imposing special time burdens on the Court or Appellees as a result of a motion to expedite.

Cipla cites the Federal Circuit's *Sciele* decision to wrongly suggest that expedited briefing is appropriate whenever "a district court ruling prevents an ANDA applicant from entering the market." Mot. at 6. But Cipla omits relevant context. Specifically, in *Sciele*, this Court ordered expedited briefing on an appeal from the grant of a preliminary injunction where a generic manufacturer attempted to launch "at risk, *i.e.*, without a final judgment on the merits in the litigation." *See Sciele Pharma Inc. v. Lupin Ltd.*, 684 F.3d 1253, 1256 (Fed. Cir. 2012). The time pressure present in *Sciele* is absent here: Cipla cannot launch at risk, and the district court entered a thorough and final judgment in Appellees favor after approximately five years of litigation.

Cipla also cites district court cases suggesting that the timing of generic market entry may carry financial consequences. Mot. at 6–8. But that is always true for generic manufacturers. It is thus no surprise that none of these cases state that speculative financial harm constitutes good cause to expedite an appeal.

12

## II.    CIPLA'S PROPOSED SCHEDULE IS UNREASONABLE

Cipla's motion not only lacks good cause, but it is also unreasonable. As discussed above, Cipla proposes that it receive 70 days to prepare the opening brief, while Appellees receives only 21 days to respond. Mot. at 2. This drastically one-sided and inequitable schedule further confirms that Cipla's primary goal is to shorten Appellees' response time—not expedite resolution of the appeal—particularly in view of Cipla's repeated failures to pursue this appeal expeditiously.

Cipla cites *Eli Lilly* and *Duramed* to incorrectly suggest that 21 days is a reasonable amount of time for Appellees to prepare a response brief. Mot. at 9 (citing *Eli Lilly & Co. v. Actavis Elizabeth LLC*, Case No. 2010-1500, 2010 WL 3374123 (Fed. Cir. Aug. 26, 2010) and *Duramed Pharms. Inc. v. Watson Lab'ys*, 426 F. App'x 905 (Fed. Cir. 2011)). Cipla, however, omits critical context, which shows that appellants acted with true urgency in both cases. The differences between *Eli Lilly* and Cipla, shown in the table below, are telling.

13

| Event | *Eli Lilly* | Cipla |
|---|---|---|
| Final Judgment | August 24, 2010 | May 27, 2026 |
| Notice of Appeal | August 25, 2010 (1 day later) | June 26, 2026 (30 days later) |
| Opening Brief | September 8, 2010 (15 days from final judgment ) | July 24, 2026 (58 days after final judgment) |

*See* 2010 WL 3374123, at *1. Similarly, in *Duramed*, the appellant filed a notice of appeal and an emergency motion on the *same day* as an order denying a preliminary injunction. *See Duramed Pharms. Inc. v. Watson Lab'ys*, Case No. 3:08-cv-00116-LRH-WGC, ECF 295–297 (D. Nev. June 16, 2011). This Court then granted an expedited schedule where the appellant had only seven days to file the opening brief. *Duramed*, 426 F. App'x at 906. Both cases stand in stark contrast to Cipla's proposal, which reserves ample time for Cipla to prepare the opening brief and seeks to shift all the time pressure of an expedited appeal to Appellees.

This Court should follow the numerous decisions cited above denying a motion to expedite where the movant has not identified good cause to shorten the respondent's time, and the movant may self-expedite the process. *See supra* Section I.B.

14

## CONCLUSION

For the foregoing reasons, Appellees respectfully requests that this Court deny Cipla's Motion to Expedite Proceedings.

Dated: July 15, 2026                              Respectfully Submitted,

                                                  */s/Alexa Hansen*
Eric R. Sonnenschein                              Alexa Hansen
Kaveh Saba                                        COVINGTON & BURLING LLP
Larissa Davis                                     415 Mission Street
COVINGTON & BURLING LLP                           Suite 5400
850 Tenth Street, N.W.                            San Francisco CA 94105
Washington, D.C. 20001                            (415) 591-7035
(202) 662-6000

*Counsel for Plaintiffs-Appellees*

15

## EXHIBITS: TABLE OF CONTENTS

| Exhibit | Description |
|---|---|
| Exhibit A | Docket Report, *UCB, Inc. et al. v. Cipla Limited et al.*, Case 1:21-cv-01229-JLH |
| Exhibit B | Letter to the Honorable Jennifer L. Hall Regarding Impending Expiration of Orphan Drug Exclusivity, *UCB, Inc. et al. v. Cipla Limited et al.*, Case 1:21-cv-01229-JLH, ECF 197 (Apr.15, 2026) |
| Exhibit C | Correspondence Between Counsel for Cipla and Appellees |

# Exhibit A

CLOSED,APPEAL,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:21-cv-01229-JLH

UCB, Inc. et al v. Cipla Limited et al
Assigned to: Judge Jennifer L. Hall
Related Cases: 1:26-cv-00427-JLH
          1:25-cv-00382-JLH
Case in other court: Federal Circuit, 26-01992
Cause: 35:271 Patent Infringement

Date Filed: 08/26/2021
Date Terminated: 05/27/2026
Jury Demand: None
Nature of Suit: 835 Patent - Abbreviated
New Drug Application(ANDA)
Jurisdiction: Federal Question

**Plaintiff**

**UCB, Inc.**                    represented by   **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: Jbbefiling@mnat.com
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
Email: ahansen@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
Email: ddenuyl@cov.com
*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
Email: gpappas@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kaveh V. Saba**
Email: ksaba@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

302-351-9366
Email: mdellinger@mnat.com
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
Email: MKeech@cov.com
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UCB Biopharma SRL**                    represented by  **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hananja EHF**                    represented by  **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)

*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **University of Iceland** | represented by | **Jack B. Blumenfeld** |

(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cipla Limited**                                                     represented by  **Anil H. Patel**
Email: anil.patel@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortlan S. Hitch**
Morris James LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6988
Fax: 302-571-1750
Email: chitch@morrisjames.com
*ATTORNEY TO BE NOTICED*

**Harold M. Storey**
Email: harold.storey@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenna Bruce**
Email: jenna.bruce@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter L. Giunta**
Email: peter.giunta@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Laurence Dorsney**
Morris James LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6855
Email: kdorsney@morrisjames.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cipla USA Inc.**                                                    represented by  **Anil H. Patel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortlan S. Hitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold M. Storey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenna Bruce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter L. Giunta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Laurence Dorsney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cipla Limited**                    represented by **Kenneth Laurence Dorsney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cipla USA Inc.**                    represented by **Kenneth Laurence Dorsney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Hananja EHF**                    represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**UCB Biopharma SRL**                    represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**UCB, Inc.**                    represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| **University of Iceland** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*TERMINATED: 05/22/2025*<br>*LEAD ATTORNEY* |
| | | **Alexa R. Hansen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **David S. Denuyl**<br>(See above for address)<br>*TERMINATED: 01/03/2023* |
| | | **George F. Pappas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Megan Elizabeth Dellinger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa Keech**<br>(See above for address)<br>*TERMINATED: 04/28/2026*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2021 | 1 | COMPLAINT FOR PATENT INFRINGEMENT filed against Cipla Limited, Cipla USA Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC-3687131.) - filed by UCB, Inc., UCB Biopharma SRL, Hananja EHF, University of Iceland. (Attachments: # 1 Certificate of Compliance A-D, # 2 Civil Cover Sheet)(myr) (Entered: 08/27/2021) |
| 08/26/2021 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 3 | Supplemental information for patent cases involving an Abbreviated New Drug Application (ANDA) - Date Patentee(s) Received Notice: July 16,2021. Date of Expiration of Patent: January 18,2028 (for all).Thirty Month Stay Deadline: 1/16/2024. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,217,033 B2 ;8,809,322 B2 ;9,289,432 B2 ;9,687,495 B2. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 5 | Disclosure Statement pursuant to Rule 7.1: identifying Other Affiliate UCB SA, Other Affiliate UCB, Inc., Other Affiliate UCB Pharma SA, Other Affiliate UCB Manufacturing, Inc. for UCB Biopharma SRL; Other Affiliate UCB SA, Other Affiliate UCB Holdings, Inc. for UCB, Inc. filed by UCB Biopharma SRL, UCB, Inc.. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 6 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Hananja EHF. (myr) (Entered: 08/27/2021) |

| 08/26/2021 | 7 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by University of Iceland. (myr) (Entered: 08/27/2021) |
|---|---|---|
| 08/27/2021 | 8 | Summons Issued with Magistrate Consent Notice attached as to Cipla Limited on 8/27/2021; Cipla USA Inc. on 8/27/2021. (Attachments: # 1 Summons Issued)(myr) (Entered: 08/27/2021) |
| 08/27/2021 | 9 | MOTION for Pro Hac Vice Appearance of Attorney George F. Pappas, Melissa Keech, Alexa Hansen and David Denuyl - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 08/27/2021) |
| 08/31/2021 | 10 | SUMMONS Returned Executed by UCB, Inc., UCB Biopharma SRL, Hananja EHF, University of Iceland. Cipla USA Inc. served on 8/31/2021, answer due 9/21/2021. (Blumenfeld, Jack) (Entered: 08/31/2021) |
| 09/01/2021 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 09/01/2021) |
| 09/01/2021 | | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney George F. Pappas, Melissa Keech, Alexa Hansen and David Denuyl filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Signed by Judge Colm F. Connolly on 9/1/2021. (nmf) (Entered: 09/01/2021) |
| 09/01/2021 | 11 | AFFIDAVIT of Service for Summons, Complaint and related papers served on Cipla Limited on September 1, 2021, filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/01/2021) |
| 09/14/2021 | | Pro Hac Vice Attorneys Alexa R. Hansen, Melissa Keech for Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (twk) (Entered: 09/14/2021) |
| 09/14/2021 | | Pro Hac Vice Attorney David S. Denuyl and George F. Pappas for Hananja EHF, UCB Biopharma SRL, UCB, Inc. and University of Iceland added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mal) (Entered: 09/14/2021) |
| 09/21/2021 | 12 | ANSWER to 1 Complaint, , COUNTERCLAIM against All Plaintiffs by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 13 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Cipla Limited., Corporate Parent Cipla (EU Limited), Corporate Parent InvaGen Pharmaceuticals, Inc., for Cipla USA Inc. filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Anil H. Patel, Attorney Harold Storey, Attorney Peter Giunta and Attorney Jenna Bruce - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney Anil H. Patel, Attorney Harold Storey, Attorney Peter Giunta and Attorney Jenna Bruce filed by Cipla Limited, Cipla USA Inc. Signed by Judge Colm F. Connolly on 9/21/2021. (kmd) (Entered: 09/21/2021) |
| 09/23/2021 | 15 | Order Setting Telephonic Scheduling Conference: A Scheduling Conference is set for 10/28/2021 at 08:00 AM before Judge Colm F. Connolly. Counsel for Plaintiffs shall coordinate the call and email the dial-in information to chambers. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a |

| | | |
|---|---|---|
| | | conference. Signed by Judge Colm F. Connolly on 9/23/2021. (nmf) (Entered: 09/23/2021) |
| 09/27/2021 | | Pro Hac Vice Attorneys Anil H. Patel, Peter L. Giunta, Jenna Bruce, and Harold M. Storey for Cipla Limited and Cipla USA Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (srs) (Entered: 09/27/2021) |
| 10/12/2021 | 16 | ANSWER to 12 Answer to Complaint, Counterclaim - by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 10/12/2021) |
| 10/20/2021 | | Reset Hearings: The Scheduling Conference is rescheduled per request of counsel for 11/17/2021 at 12:00 PM before Judge Colm F. Connolly. (nmf) (Entered: 10/20/2021) |
| 11/15/2021 | 17 | PROPOSED ORDER -- Scheduling Order -- by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Letter to The Honorable Colm F. Connolly)(Dellinger, Megan) (Entered: 11/15/2021) |
| 11/16/2021 | | The 11/17/2021 Rule 16 Scheduling Conference is canceled per the filing of the unopposed proposed scheduling order at D.I. 17 . The Court will enter the order soon. (nmf) (Entered: 11/16/2021) |
| 11/18/2021 | 18 | NOTICE OF SERVICE of (1) Cipla's Rule 26(a)(1) Initial Disclosures; and (2) Cipla's Paragraph 3 Disclosures filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 11/18/2021) |
| 11/18/2021 | 19 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 7 29/2022. Amended Pleadings due by 7/29/2022. Fact Discovery completed by 9/30/2022. Expert Discovery due by 4/28/2023. Joint Claim Construction Brief due by 6/3/2022. A Markman Hearing is set for 6/30/2022 at 09:00 AM in Courtroom 4B before Judge Colm F. Connolly. Proposed Pretrial Order due by 6/8/2023. A Final Pretrial Conference is set for 6/29/2023 at 03:00 PM in Courtroom 4B before Judge Colm F. Connolly. A Bench Trial is set for 7/17/2023 at 08:30 AM in Courtroom 4B before Judge Colm F. Connolly. Signed by Judge Colm F. Connolly on 11/18/2021. (nmf) (Entered: 11/18/2021) |
| 11/18/2021 | | CASE REFERRED to Magistrate Judge Mary Pat Thynge for Mediation. Please see Standing Order dated January 20, 2016, regarding disclosure of confidential ADR communications. A link to the standing order is provided here for your convenience at https://www.ded.uscourts.gov/sites/ded/files/forms/StandingOrderforADR-Mediation.pdf (Taylor, Daniel) (Entered: 11/18/2021) |
| 11/18/2021 | | ORAL ORDER: This matter has been referred to Chief Magistrate Judge Mary Pat Thynge for ADR. Should any party (or all parties) desire to discuss mediation and its timing, the party(ies) shall contact Judge Thynge and her Law Clerk, Daniel Taylor (daniel_taylor@ded.uscourts.gov), to request that a teleconference be scheduled. Ordered by Judge Mary Pat Thynge on 11/18/2021. (Taylor, Daniel) (Entered: 11/18/2021) |
| 11/18/2021 | 20 | NOTICE OF SERVICE of (1) Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1); and (2) Plaintiffs' Paragraph 3 Initial Disclosures filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 11/18/2021) |
| 12/16/2021 | | ORAL ORDER: On or before December 22, 2021, the parties shall either (1) submit to the Clerk of Court an executed Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, indicating their consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and post-trial proceedings; or (2) a joint letter indicating that both parties do not consent to a reference of this action to a Magistrate Judge. The letter should not indicate which party |

| | | |
|---|---|---|
| | | or parties did not consent. If the parties consent, the case will be referred to Magistrate Judge Hall. Because of the Court's caseload, if the parties do not consent, the Court intends to assign the case to a visiting judge from another district. Ordered by Judge Colm F. Connolly on 12/16/2021. (nmf) (Entered: 12/16/2021) |
| 12/17/2021 | 21 | STIPULATION TO EXTEND TIME for the parties to submit a proposed Protective Order to December 27, 2021 - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 12/17/2021) |
| 12/17/2021 | 22 | NOTICE OF SERVICE of (1) Plaintiffs' Initial Infringement Contentions; and (2) Plaintiffs' Interrogatory No. 1 to Cipla Limited and Cipla USA, Inc. - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 12/17/2021) |
| 12/20/2021 | 23 | SO ORDERED, re 21 STIPULATION TO EXTEND TIME for the parties to submit a proposed Protective Order to December 27, 2021, filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Signed by Judge Colm F. Connolly on 12/20/2021. (kmd) (Entered: 12/20/2021) |
| 12/21/2021 | 24 | NOTICE OF SERVICE of Plaintiffs' First Set of Requests for Production of Documents and Things to Cipla Limited and Cipla USA, Inc. filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 12/21/2021) |
| 12/22/2021 | 25 | STIPULATION TO EXTEND TIME for the parties to submit AO 85 Magistrate Consent Form or Joint Letter to December 29, 2021 - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 12/22/2021) |
| 12/22/2021 | | SO ORDERED, re 25 STIPULATION TO EXTEND TIME for the parties to submit AO 85 Magistrate Consent Form or Joint Letter to December 29, 2021, filed by Cipla Limited, Cipla USA Inc. Ordered by Judge Colm F. Connolly on 12/22/2021. (kmd) (Entered: 12/22/2021) |
| 12/27/2021 | 26 | PROPOSED ORDER Proposed Stipulated Protective Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Blumenfeld, Jack) (Entered: 12/27/2021) |
| 12/27/2021 | | SO ORDERED, re 26 Proposed Stipulated Protective Order, filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Ordered by Judge Colm F. Connolly on 12/27/2021. (kmd) (Entered: 12/27/2021) |
| 12/29/2021 | 27 | CONSENT to Jurisdiction by U.S. Magistrate Judge filed by Cipla Limited, Cipla USA Inc., Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. Case reassigned to Magistrate Judge Jennifer L. Hall. Signed by Judge Colm F. Connolly on 12/29/2021. (nmf) (Entered: 12/29/2021) |
| 01/10/2022 | 28 | ORAL ORDER: Due to a scheduling conflict, the Markman Hearing scheduled for June 30, 2022 is CANCELLED. The hearing is RESCHEDULED for July 7, 2022 at 9:00 AM before Judge Jennifer L. Hall. The length and format of the hearing will be determined at a later date. ORDERED by Judge Jennifer L. Hall on 1/10/2022. (ceg) (Entered: 01/10/2022) |
| 01/13/2022 | 29 | NOTICE OF SERVICE of First set of Requests for Production filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 01/13/2022) |
| 01/18/2022 | 30 | NOTICE OF SERVICE of Plaintiffs' Amended Paragraph 3 Initial Disclosures filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Blumenfeld, Jack) (Entered: 01/18/2022) |

| | | |
|---|---|---|
| 01/25/2022 | 31 | NOTICE OF SERVICE of Cipla's Objections and Responses to Plaintiffs' Interrogatory No. 1 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 01/25/2022) |
| 01/27/2022 | 32 | NOTICE OF SERVICE of Cipla's Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-54) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 01/27/2022) |
| 02/11/2022 | 33 | NOTICE OF SERVICE of Cipla's Initial Invalidity Contentions filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 02/11/2022) |
| 02/22/2022 | 34 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' First Set of Request for Production (Nos. 1-41) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 02/22/2022) |
| 02/22/2022 | 35 | NOTICE OF SERVICE of Cipla's Preliminary List of Proposed Claim Terms filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 02/22/2022) |
| 02/22/2022 | 36 | NOTICE OF SERVICE of Plaintiffs' Initial Disclosure of Claim Terms filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 02/22/2022) |
| 02/25/2022 | 37 | NOTICE OF SERVICE of Cipla's First Set of Interrogatories to Plaintiffs' (Nos. 1-3) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 02/25/2022) |
| 02/28/2022 | 38 | Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding claim construction. (Dellinger, Megan) (Entered: 02/28/2022) |
| 03/02/2022 | 39 | ORAL ORDER: Having reviewed the parties' letter (D.I. 38 ), the remaining claim construction briefing is vacated and the *Markman* hearing scheduled for July 7, 2022 is cancelled. ORDERED by Judge Jennifer L. Hall on 3/2/2022. (ceg) (Entered: 03/02/2022) |
| 03/14/2022 | 40 | NOTICE OF SERVICE of Cipla's Second Set of Requests for Production to Plaintiffs (Nos. 42-53) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 03/14/2022) |
| 03/28/2022 | 41 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-3) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 03/28/2022) |
| 03/29/2022 | 42 | MOTION for Pro Hac Vice Appearance of Attorney Kaveh V. Saba - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/29/2022) |
| 03/30/2022 | | SO ORDERED, 42 Motion for Pro Hac Vice Appearance of Attorney Kaveh V. Saba filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. ORDERED by Judge Jennifer L. Hall on 3/30/2022. (ceg) (Entered: 03/30/2022) |
| 04/04/2022 | | CASE NO LONGER REFERRED to Chief Magistrate Judge Thynge for the purpose of exploring ADR. Pursuant to the Court's Standing Order No. 2022-2, dated March 14, 2022, "[u]nless otherwise directed by the Court, Magistrate Judges will no longer engage in alternative dispute resolution of patent and securities cases." *See also* 28 U.S.C. § 652(b). (Taylor, Daniel) (Entered: 04/04/2022) |
| 04/05/2022 | 43 | MOTION for Pro Hac Vice Appearance of Attorney Charles Hall - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 04/05/2022) |
| 04/05/2022 | | SO ORDERED, 43 Motion for Pro Hac Vice Appearance of Attorney Charles Hall filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. ORDERED by |

| | | Judge Jennifer L. Hall on 4/5/2022. (ceg) (Entered: 04/05/2022) |
|---|---|---|
| 04/13/2022 | 44 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production (Nos. 42-53) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 04/13/2022) |
| 04/15/2022 | 45 | MOTION for Teleconference to Resolve Discovery and Protective Order Dispute - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 04/15/2022) |
| 04/18/2022 | 46 | ORAL ORDER Setting Teleconference: The Court has reviewed the Motion for Teleconference to Resolve Discovery and Protective Order Dispute (D.I. 45 ). A discovery dispute teleconference is scheduled for May 5, 2022 at 1:00 PM Eastern Time before Judge Jennifer L. Hall. By no later than April 22, 2022, the party(ies) seeking relief shall file with the Court a letter, not to exceed three pages, in no less than 12-point font, outlining the issues in dispute and its position on those issues. By no later than April 28, 2022, any party(ies) opposing the application for relief may file a letter, not to exceed three pages, in no less than 12-point font, outlining that party's reasons for its opposition. Counsel is reminded to provide courtesy copies. Counsel shall send dial-in information directly to the Court, no later than 24 hours prior to the hearing, using the following e-mail address: Cailah_Garfinkel@ded.uscourts.gov. The Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Jennifer L. Hall on 4/18/2022. (ceg) (Entered: 04/18/2022) |
| 04/22/2022 | 47 | [SEALED] Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding Disqualification of Defendants' Expert Dr. Daniel Wermeling. (Attachments: # 1 Exhibit 1 - Lusty Declaration, # 2 Text of Proposed Order)(Dellinger, Megan) (Entered: 04/22/2022) |
| 04/22/2022 | 48 | [SEALED] DECLARATION re 47 Letter, -- *Declaration of David S. Denuyl* -- by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits A-H)(Dellinger, Megan) (Entered: 04/22/2022) |
| 04/28/2022 | 49 | [SEALED] Letter to The Honorable Jennifer L. Hall from Kenneth L. Dorsney regarding Cipla's Response to Plaintiffs' April 22, 2022 Letter. (Dorsney, Kenneth) (Entered: 04/28/2022) |
| 04/28/2022 | 50 | [SEALED] DECLARATION re 49 Letter *Declaration of Daniel Wermeling in support of Cipla's Responsive Letter* by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 04/28/2022) |
| 04/29/2022 | 51 | REDACTED VERSION of 47 Letter, by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order) (Dellinger, Megan) (Entered: 04/29/2022) |
| 04/29/2022 | 52 | REDACTED VERSION of 48 Declaration by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits A-H)(Dellinger, Megan) (Entered: 04/29/2022) |
| 05/05/2022 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Discovery Dispute Teleconference held on 5/5/2022. The Court took the matter under advisement and will issue an order. (*Court Reporter Michele Rolfe.) (ceg) (Entered: 05/05/2022) |
| 05/05/2022 | 53 | ORAL ORDER: Having reviewed Plaintiffs' Motion for a Teleconference to Resolve Discovery Dispute (D.I. 45 ) and the accompanying letter briefs, declarations, and exhibits (D.I. 47-50), Plaintiffs' request to disqualify Dr. Wermeling from serving as an expert for Defendants is DENIED. Disqualification of an expert is a drastic remedy. Notwithstanding Dr. Wermeling's job title at Plaintiffs' predecessors-in-interest, under the |

| | | |
|---|---|---|
| | | particular and unique circumstances of this case, the Court is unpersuaded that Dr. Wermeling learned any confidential or privileged information related to the technology at issue or patents-in-suit that would require his disqualification. ORDERED by Judge Jennifer L. Hall on 5/5 2022. (ceg) (Entered: 05/05/2022) |
| 05/05/2022 | 54 | REDACTED VERSION of 49 Letter *to The Honorable Jennifer L. Dorsney re Cipla's responsive discovery dispute letter* by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 05/05/2022) |
| 05/05/2022 | 55 | REDACTED VERSION of 50 Declaration *of Daniel Wermeling in support of Cipla's responsive discovery dispute letter* by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 05/05/2022) |
| 05/11/2022 | 56 | NOTICE OF SERVICE of Cipla's Third Set of Requests for Production to Plaintiffs (Nos. 54-64) filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 05/11/2022) |
| 06/06/2022 | 57 | STIPULATION TO EXTEND TIME Substantial Completion of Document Production and Agreement on Fact Depositions to June 24, 2022 and July 1, 2022 - filed by Cipla Limited. (Hitch, Cortlan) (Entered: 06/06/2022) |
| 06/08/2022 | 58 | NOTICE OF SERVICE of Plaintiffs' Interrogatories Nos. 2-3 to Cipla filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 06/08/2022) |
| 06/08/2022 | | SO ORDERED, 57 Stipulation and Order to Extend Time for Substantial Completion of Document Production and Agreement on Fact Depositions to June 24, 2022 and July 1, 2022. ORDERED by Judge Jennifer L. Hall on 6/8/2022. (ceg) (Entered: 06/08/2022) |
| 06/10/2022 | 59 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Third Set of Requests for Production (Nos. 54-64) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 06/10/2022) |
| 06/13/2022 | 60 | NOTICE OF SERVICE of (1) Cipla's Amended 26(a)(1) Initial Disclosures and; (2) Cipla's Amended Paragraph 3 Disclosures filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 06/13/2022) |
| 06/24/2022 | 61 | PROPOSED Stipulated Amended Protective Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) Modified on 6/27/2022 (ceg). (Entered: 06/24/2022) |
| 06/24/2022 | 62 | STIPULATION and [Proposed] Order Regarding Infringement - by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 06/24/2022) |
| 06/28/2022 | 63 | SO ORDERED, 61 Stipulated Amended Protective Order. Signed by Judge Jennifer L. Hall on 6/28/2022. (ceg) (Entered: 06/28/2022) |
| 06/28/2022 | 64 | SO ORDERED, 62 Stipulation and Order Regarding Infringement. Signed by Judge Jennifer L. Hall on 6/28 2022. (ceg) (Entered: 06/28/2022) |
| 07/08/2022 | 65 | NOTICE OF SERVICE of Cipla's Objections and Responses to Plaintiffs' Interrogatory Nos. 2-3 filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 07/08/2022) |
| 07/18/2022 | 66 | NOTICE OF SERVICE of Cipla's Second Set of Interrogatories to Plaintiffs (Nos. 4-15) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 07/18/2022) |
| 07/28/2022 | 67 | NOTICE OF SERVICE of Cipla's Notice of 30(b)(6) Deposition to Plaintiffs filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 07/28/2022) |

| | | |
|---|---|---|
| 07/29/2022 | 68 | [SEALED] NOTICE to Take Deposition of Defendants Cipla Limited and Cipla USA Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) on a date agreed by the parties filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 07/29/2022) |
| 08/05/2022 | 69 | NOTICE OF SERVICE of Cipla's Second Amended Paragraph 3 Disclosures filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 08/05/2022) |
| 08/05/2022 | 70 | REDACTED VERSION of 68 Notice to Take Deposition by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 08/05/2022) |
| 08/11/2022 | 71 | MOTION for Pro Hac Vice Appearance of Attorney Yiye Fu - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 08/11/2022) |
| 08/11/2022 | | SO ORDERED, 71 Motion for Pro Hac Vice Appearance of Attorney Yiye Fu filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. ORDERED by Judge Jennifer L. Hall on 8/11/2022. (ceg) (Entered: 08/11/2022) |
| 08/15/2022 | 72 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories (Nos. 4-15) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 73 | NOTICE to Take Deposition of Vipul Mittal on September 12, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 74 | NOTICE to Take Deposition of Kalindi Ghandi on September 19, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 75 | NOTICE to Take Deposition of Jigar Patel on September 20, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 76 | NOTICE to Take Deposition of Bhumika Patel on September 26, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/19/2022 | 77 | NOTICE OF SERVICE of Plaintiffs' Objections and Responses to Cipla's Rule 30(b)(6) Notice of Deposition to Plaintiffs - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/19/2022) |
| 08/22/2022 | 78 | NOTICE to Take Deposition of Sveinbjorn Gizurarson on September 15, 2022 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 08/22/2022) |
| 08/24/2022 | 79 | NOTICE OF SERVICE of Non-Party Richard A. Fisher's Responses and Objections to Defendants' Subpoena to Produce Documents filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Main Document 79 replaced on 8/25/2022) (ceg). Modified on 8/25/2022 (ceg). (Entered: 08/24/2022) |
| 08/25/2022 | | CORRECTING ENTRY: The pdf for D.I. 79 has been replaced with a corrected version and the docket text has been modified per counsel's request. (ceg) (Entered: 08/25/2022) |
| 08/25/2022 | 80 | NOTICE OF SERVICE of Cipla's Third Set of Interrogatories to Plaintiffs (Nos. 16-17) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 08/25/2022) |
| 08/26/2022 | 81 | Joint MOTION for Teleconference to Resolve Discovery Dispute - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: |

| | | |
|---|---|---|
| | | 08/26/2022) |
| 08/29/2022 | 82 | NOTICE OF SERVICE of Non-Party Michael E. Lusty's Responses and Objections to Defendants' Subpoena to Produce Documents filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/29/2022) |
| 08/30/2022 | 83 | ORAL ORDER Setting Teleconference: The Court has reviewed the Joint Motion for Teleconference to Resolve Discovery Dispute (D.I. 81 ). A discovery dispute teleconference is scheduled for September 7, 2022 at 2:00 PM Eastern Time before Judge Jennifer L. Hall. By no later than August 31, 2022, the party(ies) seeking relief shall file with the Court a letter, not to exceed three pages, in no less than 12-point font, outlining the issues in dispute and its position on those issues. By no later than September 2, 2022, any party(ies) opposing the application for relief may file a letter, not to exceed three pages, in no less than 12-point font, outlining that party's reasons for its opposition. Counsel is reminded to provide courtesy copies. Counsel shall send dial-in information directly to the Court, no later than 24 hours prior to the hearing, using the following e-mail address: Cailah_Garfinkel@ded.uscourts.gov. The Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Jennifer L. Hall on 8/30/2022. (ceg) (Entered: 08/30/2022) |
| 08/30/2022 | | Pro Hac Vice Attorney Kaveh V. Saba for UCB, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 08/30/2022) |
| 08/30/2022 | 84 | NOTICE OF SERVICE of Cipla's First Amended Responses and Objections to Plaintiffs' First Set of Requests for Production (Nos. 1-54) filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 08/30/2022) |
| 08/31/2022 | 85 | NOTICE OF SERVICE of Plaintiffs' First Supplemental Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-3) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/31/2022) |
| 08/31/2022 | 86 | [SEALED] Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding Cipla's initial discovery dispute letter. (Hitch, Cortlan) Modified on 8/31/2022 (ceg). (Entered: 08/31/2022) |
| 08/31/2022 | 87 | NOTICE OF SERVICE of (1) Plaintiffs' First Requests for Admissions to Cipla (Nos. 1-42); and (2) Plaintiffs' Third Set of Interrogatories to Cipla (Nos. 4-14) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/31/2022) |
| 08/31/2022 | 88 | NOTICE OF SERVICE of (1) Cipla's Fourth Set of Interrogatories to Plaintiffs (No. 18) and; (2) Cipla's Objections to Plaintiffs Notice of 30(b)(6) Deposition filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 08/31/2022) |
| 08/31/2022 | 89 | [SEALED] Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding discovery dispute. (Attachments: # 1 Exhibits A-K, # 2 Text of Proposed Order) (Dellinger, Megan) Modified on 9/1/2022 (ceg). (Entered: 08/31/2022) |
| 09/02/2022 | 90 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding Cipla's request to withdraw one discovery issue. (Hitch, Cortlan) Modified on 9/2/2022 (ceg). (Entered: 09/02/2022) |
| 09/02/2022 | 91 | [SEALED] Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding Cipla's Response to Plaintiffs' August 31, 2022 Letter. (Hitch, Cortlan) Modified on 9/7/2022 (ceg). (Entered: 09/02/2022) |

| 09/02/2022 | 92 | [SEALED] Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding discovery dispute. (Attachments: # 1 Exhibits A-K, # 2 Text of Proposed Order) (Dellinger, Megan) Modified on 9/7/2022 (ceg). (Entered: 09/02/2022) |
|---|---|---|
| 09/06/2022 | 93 | NOTICE OF SERVICE of Non-Party Raouf Ghaderi's Responses and Objections to Defendants' Subpoena to Produce Documents filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/06/2022) |
| 09/07/2022 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Discovery Dispute Teleconference held on 9/7/2022. (*Court Reporter Carrie Gold, Veritext.) (ceg) (Entered: 09/07/2022) |
| 09/07/2022 | 94 | ORAL ORDER: IT IS HEREBY ORDERED that the transcript of the September 7, 2022 discovery dispute teleconference shall serve as the Order of the Court. ORDERED by Judge Jennifer L. Hall on 9/7/2022. (ceg) (Entered: 09/07/2022) |
| 09/07/2022 | 95 | REDACTED VERSION of 89 Letter by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/07/2022) |
| 09/08/2022 | 96 | REDACTED VERSION of 86 Letter *to Judge Hall from Cortlan S. Hitch re Cipla's Initial Discovery Dispute Letter* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 09/08/2022) |
| 09/08/2022 | 97 | REDACTED VERSION of 92 Letter by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/08/2022) |
| 09/09/2022 | 98 | REDACTED VERSION of 91 Letter *to Judge Hall from Cortlan S. Hitch re Cipla's Responsive Discovery Dispute Letter* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 09/09/2022) |
| 09/12/2022 | 99 | Official Transcript of Discovery Dispute Teleconference held on 9/7/2022 before Judge Jennifer L. Hall. Court Reporter/Transcriber Veritext Legal Solutions, Phone: (302) 571-0510. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER Redaction Request due 10/3/2022. Redacted Transcript Deadline set for 10/13/2022. Release of Transcript Restriction set for 12/12/2022. (nmg) (Entered: 09/12/2022) |
| 09/12/2022 | 100 | MOTION for Pro Hac Vice Appearance of Attorney Adam S. Berlin - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/12/2022) |
| 09/12/2022 | | SO ORDERED, 100 Motion for Pro Hac Vice Appearance of Attorney Adam S. Berlin filed by Cipla Limited, Cipla USA Inc. ORDERED by Judge Jennifer L. Hall on 9/12/2022. (ceg) (Entered: 09/12/2022) |
| 09/21/2022 | 101 | NOTICE to Take Deposition of Jigar Patel on September 27, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/21/2022) |
| 09/21/2022 | 102 | NOTICE to Take Deposition of Bhumika Patel on September 29, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/21/2022) |
| 09/21/2022 | 103 | NOTICE to Take Deposition of Kalindi Ghandi on October 7, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/21/2022) |
| 09/21/2022 | 104 | NOTICE to Take Deposition of Vipul Mittal on October 12, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: |

| | | 09/21/2022) |
|---|---|---|
| 09/26/2022 | 105 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories (Nos. 16-17) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/26/2022) |
| 09/30/2022 | 106 | NOTICE OF SERVICE of (1) Plaintiffs' First Supplemental Responses and Objections to Defendants' Second Set of Interrogatories (Nos. 4-15); and (2) Plaintiffs' Responses and Objections to Defendants' Fourth Set of Interrogatories (No. 18) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/30/2022) |
| 09/30/2022 | 107 | NOTICE OF SERVICE of (1) Cipla's Responses to First Set of Requests for Admissions (Nos. 1-42); (2) Cipla's Responses to Third Set of Interrogatories (Nos. 4-14) and; (3) Cipla's Supplemental Responses to Interrogatories (Nos. 2-3) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 09/30/2022) |
| 10/18/2022 | 108 | NOTICE to Take Deposition of Anna Lisa Picciolo-Lehrke on October 20, 2022 filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 10/18/2022) |
| 10/19/2022 | 109 | STIPULATION and [Proposed] Order Regarding Certain Objections to the Admissibility of Documents by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 10/19/2022) |
| 10/20/2022 | 110 | NOTICE of Withdrawal of Cipla's Notice to Take Deposition of Anna Lisa Picciolo-Lehrke by Cipla Limited, Cipla USA Inc. re 108 Notice to Take Deposition (Dorsney, Kenneth) (Entered: 10/20/2022) |
| 10/24/2022 | | SO ORDERED, 109 Stipulation and Order Regarding Certain Objections to the Admissibility of Documents. ORDERED by Judge Jennifer L. Hall on 10/24/2022. (ceg) (Entered: 10/24/2022) |
| 12/16/2022 | 111 | NOTICE OF SERVICE of (1) Opening Expert Report of Dr. Pavel Klein Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033, 8,809,322, 9,289,432, and 9,687,495; and (2) Opening Expert Report of Dr. Hugh Smyth Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033, 8,809,322, 9,289,432, and 9,687,495 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 12/16/2022) |
| 12/19/2022 | 112 | NOTICE OF SERVICE of Cipla's Opening Expert Report of Daniel P. Wermeling, Pharm.D. on Invalidity filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 12/19/2022) |
| 12/21/2022 | 113 | ORAL ORDER: Due to a conflict in the Court's calendar, the bench trial scheduled to start on July 17, 2023 is RESCHEDULED to start on July 24, 2023. ORDERED by Judge Jennifer L. Hall on 12/21 2022. (ceg) (Entered: 12/21/2022) |
| 01/03/2023 | 114 | NOTICE requesting Clerk to remove David Denuyl as co-counsel. Reason for request: No Longer with Firm. (Dellinger, Megan) (Entered: 01/03/2023) |
| 02/09/2023 | 115 | STIPULATION and Proposed Order to Extend Time for the parties to serve Rebuttal Expert Reports and Reply Expert Reports to February 15, 2023 and March 15, 2023 - filed by Cipla Limited, Cipla USA Inc. (Dorsney, Kenneth) Modified on 2/9/2023 (ceg). (Entered: 02/09/2023) |
| 02/13/2023 | | SO ORDERED, 115 Stipulation and Order to Extend Scheduling Order Deadlines. (*Resetting Scheduling Order Deadlines: Rebuttal Expert Reports due by 2/15/2023; |

| | | |
|---|---|---|
| | | Reply Expert Reports due by 3/15/2023). ORDERED by Judge Jennifer L. Hall on 2/13/2023. (ceg) (Entered: 02/13/2023) |
| 02/15/2023 | 116 | NOTICE OF SERVICE of (1) Cipla's Rebuttal Expert Report of Daniel P. Wermeling, Pram. D. regarding Objective Indicia of Non-Obviousness and: (2) Cipla's Rebuttal Expert Report of Michael D. Privitera regarding Objective Indicia of Non-Obviousness filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 02/15/2023) |
| 02/15/2023 | 117 | NOTICE OF SERVICE of Rebuttal Expert Report of Dr. Hugh Smyth Regarding the Validity of U.S. Patent Nos. 8,217,033 and 8,809,322 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 02/15/2023) |
| 03/15/2023 | 118 | NOTICE OF SERVICE of Cipla's Reply Expert Report of Daniel Wermeling on Invalidity of the 033 and 322 Patents filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 03/15/2023) |
| 03/15/2023 | 119 | NOTICE OF SERVICE of (1) Reply Expert Report of Dr. Hugh Smyth Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033 and 8,809,322; and (2) Reply Expert Report of Dr. Pavel Klein Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033 and 8,809,322 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 03/15/2023) |
| 03/27/2023 | 120 | NOTICE to Take Deposition of Pavel Klein, M.D. filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 03/27/2023) |
| 03/27/2023 | 121 | NOTICE to Take Deposition of Hugh Smyth. Ph. D. filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 03/27/2023) |
| 04/04/2023 | 122 | STIPULATION and [Proposed] Order Regarding Daubert Motions by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 04/04/2023) |
| 04/05/2023 | 123 | SO ORDERED, 122 Stipulation and Order Regarding Daubert Motions. Signed by Judge Jennifer L. Hall on 4/5 2023. (ceg) (Entered: 04/05/2023) |
| 04/05/2023 | 124 | NOTICE to Take Deposition of Daniel Wermeling, PharmD. on April 6, 2023 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 04/05/2023) |
| 05/12/2023 | 125 | STIPULATION Dismissing Claims and Counterclaims regarding the '432 and '495 Patents by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 05/12/2023) |
| 05/15/2023 | 126 | SO ORDERED, 125 Stipulation and Order Dismissing Claims and Counterclaims regarding the '432 and '495 Patents. Signed by Judge Jennifer L. Hall on 5/15/2023. (ceg) (Entered: 05/15/2023) |
| 06/02/2023 | 127 | ORAL ORDER: The pretrial conference scheduled for June 29, 2023 at 3:00 pm before Judge Hall will be conducted in-person in courtroom TBD. Ordered by Judge Jennifer L. Hall on 6/2/2023. (ceg) (Entered: 06/02/2023) |
| 06/08/2023 | 128 | [SEALED] Joint Proposed Pretrial Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15) (Dellinger, Megan) Modified on 6/9/2023 (ceg). (Main Document 128 replaced on 6/13/2023) (ceg). (Entered: 06/08/2023) |
| 06/13/2023 | | CORRECTING ENTRY: The pdf for the Joint Proposed Pretrial Order found at D.I. 128 has been replaced with a corrected version to include paragraph numbers. Defendants do |

| | | not oppose the correction. (ceg) (Entered: 06/13/2023) |
|---|---|---|
| 06/15/2023 | 129 | STIPULATION TO EXTEND TIME for the parties to file a redacted version of the Joint [Proposed] Pretrial Order (D.I. 128) to June 16, 2023 - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 06/15/2023) |
| 06/16/2023 | | SO ORDERED, 129 Stipulation and Order to Extend Time for the parties to file a redacted version of the Joint Proposed Pretrial Order (D.I. 128) to June 16, 2023. Ordered by Judge Jennifer L. Hall on 6/16/2023. (ceg) (Entered: 06/16/2023) |
| 06/16/2023 | 130 | REDACTED VERSION of 128 Proposed Pretrial Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15) (Dellinger, Megan) (Entered: 06/16/2023) |
| 06/23/2023 | | Remark: The pretrial conference scheduled for June 29, 2023 at 3:00 pm before Judge Hall will be in courtroom 2B. (ceg) (Entered: 06/23/2023) |
| 06/23/2023 | 131 | NOTICE OF SERVICE of Cipla's Notice pursuant to 35 U.S.C. § 282 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 06/23/2023) |
| 06/28/2023 | | CORRECTING ENTRY: D.I. 132 Removed per counsel's request due to incorrect filing uploaded. (vfm) (Entered: 06/28/2023) |
| 06/28/2023 | 132 | Unopposed MOTION for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices - filed by Cipla Limited, Cipla USA Inc. (Hitch, Cortlan) Modified on 6/28/2023 (ceg). (Entered: 06/28/2023) |
| 06/28/2023 | 133 | ORAL ORDER Setting Teleconference: A Telephone Conference is scheduled for June 28, 2023 at 04:30 PM before Judge Jennifer L. Hall. The parties shall call the Court's conference line at (877) 336-1829, access code: 7090640. Ordered by Judge Jennifer L. Hall on 6/28/2023. (ceg) (Entered: 06/28/2023) |
| 06/28/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Telephone Conference held on 6/28/2023. (*Court Reporter Deanna Warner.) (ceg) (Entered: 06/28/2023) |
| 06/29/2023 | 134 | ORDER granting 132 Unopposed Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices. Signed by Judge Jennifer L. Hall on 6/29/2023. (ceg) (Entered: 06/29/2023) |
| 06/29/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Pretrial Conference held on 6/29/2023 in courtroom 2B. The bench trial will be rescheduled for a date to be determined. (*Court Reporter Deanna Warner.) (ceg) (Entered: 06/29/2023) |
| 07/05/2023 | 135 | Official Transcript of held on 6/28/23 before Judge Jennifer Hall. Court Reporter Deanna Warner, Email: deanna_warner@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Warner, Deanna) (Entered: 07/05/2023) |
| 07/05/2023 | 136 | Official Transcript of Pretrial Conference held on 6/29/23 before Judge Jennifer Hall. Court Reporter Deanna Warner, Email: deanna_warner@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Warner, Deanna) (Entered: 07/05/2023) |

| 07/19/2023 | 137 | NOTICE OF SERVICE of AMENDED NOTICE PURSUANT TO 35 U.S.C § 282 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 07/19/2023) |
|---|---|---|
| 07/31/2023 | 138 | ORDER AFTER PRETRIAL CONFERENCE: The Joint Proposed Pretrial Order (D.I. 128 ) will be ADOPTED as modified by this order and any discussion at the pretrial conference, which the parties are expected to incorporate into a revised pretrial order. A 4-day bench trial will begin on Monday, October 2, 2023, at 9:30 a.m. in courtroom 6D. (*See Order for details). Signed by Judge Jennifer L. Hall on 7/31/2023. (ceg) (Entered: 08/01/2023) |
| 08/01/2023 | | CORRECTING ENTRY: The Order After Pretrial Conference (D.I. 138 ) has been refiled to include the pdf. (ceg) (Entered: 08/01/2023) |
| 09/12/2023 | 139 | [SEALED] Revised Joint [Proposed] Pretrial Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15, # 2 Letter to The Honorable Jennifer L. Hall)(Dellinger, Megan) Modified on 9/12/2023 (ceg). (Entered: 09/12/2023) |
| 09/15/2023 | 140 | [SEALED] SO ORDERED, granting 139 Revised Joint Pretrial Order with the Court adopting Plaintiffs' proposal in paragraph 93. Signed by Judge Jennifer L. Hall on 9/15/2023.This order has been emailed to local counsel. (ceg) (Entered: 09/15/2023) |
| 09/19/2023 | 141 | STIPULATION TO EXTEND TIME for the parties to file a redacted version of the Revised Joint [Proposed] Pretrial Order (D.I. 139) to September 26, 2023 - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/19/2023) |
| 09/21/2023 | | SO ORDERED, 141 Stipulation and Order to Extend Time for the parties to file a redacted version of the Revised Joint [Proposed] Pretrial Order (D.I. 139) to September 26, 2023. Ordered by Judge Jennifer L. Hall on 9/21/2023. (ceg) (Entered: 09/21/2023) |
| 09/21/2023 | 142 | Joint MOTION to exempt certain persons from the District of Delawares May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/21/2023) |
| 09/25/2023 | 143 | SO ORDERED, granting 142 Joint Motion to Exempt Certain Persons from the District of Delawares May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices. Signed by Judge Jennifer L. Hall on 9/25/2023. (ceg) (Entered: 09/25/2023) |
| 09/25/2023 | 144 | REDACTED VERSION of 139 Proposed Pretrial Order, by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15, # 2 Letter to The Honorable Jennifer L. Hall)(Dellinger, Megan) (Entered: 09/25/2023) |
| 09/29/2023 | 145 | MOTION for Exemption of Person from the District of Delaware's May 15, 2023 Standing Order on Personal Devices - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/29/2023) |
| 09/29/2023 | 146 | SO ORDERED, granting 145 Motion for Exemption of Person from the District of Delaware's May 15, 2023 Standing Order on Personal Devices. Signed by Judge Jennifer L. Hall on 9/29/2023. (ceg) (Entered: 09/29/2023) |
| 09/29/2023 | 147 | MOTION for Pro Hac Vice Appearance of Attorney John Y. Veiszlemlein of COVINGTON & BURLING LLP - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/29/2023) |

| | | |
|---|---|---|
| 10/02/2023 | | SO ORDERED, 147 Motion for Pro Hac Vice Appearance of Attorney John Y. Veiszlemlein of COVINGTON & BURLING LLP filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Ordered by Judge Jennifer L. Hall on 10/2/2023. (ceg) (Entered: 10/02/2023) |
| 10/02/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial Day 1 held on 10/2/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/03/2023) |
| 10/03/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial Day 2 held on 10/3/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/04/2023) |
| 10/04/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial Day 3 held on 10/4/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/05/2023) |
| 10/05/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial completed on 10/5/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/05/2023) |
| 10/30/2023 | 148 | [SEALED] Official Transcript of bench trial held on October 2, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) Modified on 1/17/2024 (ceg). (Entered: 10/30/2023) |
| 10/30/2023 | 149 | Official Transcript of bench trial held on October 3, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) (Entered: 10/30/2023) |
| 10/30/2023 | 150 | [SEALED] Official Transcript of bench trial held on October 4, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) Modified on 1/17/2024 (ceg). (Entered: 10/30/2023) |
| 10/30/2023 | 151 | Official Transcript of bench trial held on October 5, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) (Entered: 10/30/2023) |
| 11/03/2023 | 152 | Joint PROPOSED Post-Trial Briefing Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) Modified on 11/6/2023 (ceg). (Entered: 11/03/2023) |
| 11/06/2023 | 153 | NOTICE of Intent to Request Redaction by Megan Elizabeth Dellinger re 150 Transcript,, 148 Transcript,, (Dellinger, Megan) (Entered: 11/06/2023) |

| | | |
|---|---|---|
| 11/07/2023 | 154 | NOTICE of Intent to Request Redaction by Kenneth Laurence Dorsney re 150 Transcript,, 149 Transcript,, 151 Transcript,, 148 Transcript,, (Dorsney, Kenneth) (Entered: 11/07/2023) |
| 11/15/2023 | 155 | ORAL ORDER: Having reviewed the parties' Joint Proposed Post-Trial Briefing Order (D.I. 152 ), IT IS HEREBY ORDERED that post-trial briefing shall proceed as follows: (1) Defendants serve proposed findings of fact and opening post-trial brief no later than December 14, 2023; (2) Plaintiffs serve proposed findings of fact and answering post-trial brief no later than February 1, 2024; (3) Defendants serve reply post-trial brief no later than March 7, 2024; (4) both parties file their proposed findings of fact and post-trial briefing and submit hyperlinked versions no later than March 14, 2024. Each side will have up to 10,000 words total for their briefing with Defendants' reply brief to use no more than 3,000 words. Ordered by Judge Jennifer L. Hall on 11/15/2023. (ceg) (Entered: 11/15/2023) |
| 11/20/2023 | 156 | [SEALED] MOTION to Redact 150 Transcript, 148 Transcript, // Cipla's Unopposed Motion to Redact Transcript (Vol. 1 of 2 Exs. A - C) - filed by Cipla Limited, Cipla USA Inc. (Hitch, Cortlan) Modified on 11/21/2023 (dlw). (Additional attachment(s) added on 11/21/2023: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (dlw). (Main Document 156 replaced on 11/21/2023) (dlw). (Entered: 11/20/2023) |
| 11/20/2023 | 157 | [SEALED] MOTION to Redact 150 Transcript, 148 Transcript // Cipla's Unopposed Motion to Redact Transcript (Vol. 2 of 2 Exs. D-F) - filed by Cipla Limited, Cipla USA Inc. (Hitch, Cortlan) Modified on 11/21/2023 (dlw). (Additional attachment(s) added on 11/21/2023: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F) (dlw). (Main Document 157 replaced on 11/21/2023) (dlw). (Entered: 11/20/2023) |
| 11/20/2023 | 158 | [SEALED] Unopposed MOTION Seal and to Redact Portions of Trial Transcript re 150 Transcript,, 148 Transcript,, - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits A-F)(Dellinger, Megan) (Entered: 11/20/2023) |
| 11/27/2023 | 159 | REDACTED VERSION of 158 Unopposed MOTION Seal and to Redact Portions of Trial Transcript re 150 Transcript,, 148 Transcript,, by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit A-F)(Dellinger, Megan) (Entered: 11/27/2023) |
| 11/28/2023 | | CORRECTING ENTRY: The redacted versions filed at D.I. 160 and 161 have been removed per the filer's request. (ceg) (Entered: 11/28/2023) |
| 11/28/2023 | 160 | REDACTED VERSION of 156 MOTION to Redact 150 Transcript, 148 Transcript // Cipla's Unopposed Motion to Redact Transcript (Vol. 1 of 2) by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 11/28/2023) |
| 11/28/2023 | 161 | REDACTED VERSION of 157 MOTION to Redact 150 Transcript, 148 Transcript // Cipla's Unopposed Motion to Redact Transcript (Vol. 2 of 2) by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 11/28/2023) |
| 12/08/2023 | 162 | NOTICE of Lodging Redacted Versions of Admitted Trial Exhibits by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 12/08/2023) |
| 12/14/2023 | 163 | NOTICE OF SERVICE of (1) Defendants Cipla Limited and Cipla USA, Inc.'s Post Trial Opening Brief and; (2) Defendants Cipla Limited and Cipla USA, Inc.'s Post Trial Findings of Fact filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 12/14/2023) |

| | | |
|---|---|---|
| 01/05/2024 | | Case Assigned to Judge Jennifer L Hall. Please include the initials of the Judge (JLH) after the case number on all documents filed. (rjb) (Entered: 01/05/2024) |
| 01/17/2024 | 164 | ORAL ORDER: Cipla's Motion to Redact Transcript (D.I. 156 , 157 ) is DENIED because the testimony that Cipla seeks to redact occurred in open court, *see Littlejohn v. Bic Corp.*, 851 F.2d 673, 68081 (3d Cir. 1988); the Court is also not persuaded that the information sought to be redacted would work a clearly defined and serious injury to Cipla. IT IS FURTHER ORDERED that UCB's Motion to Redact Transcript (D.I. 158 ) is GRANTED. The courtroom was sealed during the testimony that UCB seeks to redact, and I find that the portions sought to be redacted contain competitively sensitive business information the disclosure of which would work a clearly defined and serious injury to UCB. Ordered by Judge Jennifer L. Hall on 1/17/2024. (ceg) (Entered: 01/17/2024) |
| 01/17/2024 | 165 | REDACTED VERSION of 148 Official Transcript of bench trial held on October 2, 2023 before Judge Jennifer Hall. (ceg) (Main Document 165 replaced on 1/17/2024) (ceg). (Entered: 01/17/2024) |
| 01/17/2024 | 166 | REDACTED VERSION of 150 Official Transcript of bench trial held on October 4, 2023 before Judge Jennifer Hall. (ceg) (Entered: 01/17/2024) |
| 01/17/2024 | | Remark: The trial transcripts found at D.I. 148 and 150 have been placed under seal per the Court's Order dated 1/17/2024. (ceg) (Entered: 01/17/2024) |
| 02/01/2024 | 167 | NOTICE OF SERVICE of (1) Plaintiffs' Post-Trial Proposed Findings of Fact; and (2) Plaintiffs' Post-Trial Brief filed by Hananja EHF, UCB Biopharma SRL, University of Iceland.(Dellinger, Megan) (Entered: 02/01/2024) |
| 03/07/2024 | 168 | NOTICE OF SERVICE of Defendants Cipla USA Inc. and Cipla Limited's Post-Trial Reply Brief filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 03/07/2024) |
| 03/14/2024 | 169 | [SEALED] Proposed Findings of Fact by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/14/2024) |
| 03/14/2024 | 170 | [SEALED] POST TRIAL BRIEF by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/14/2024) |
| 03/14/2024 | 171 | NOTICE of Lodging by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 03/14/2024) |
| 03/14/2024 | 172 | [SEALED] POST TRIAL BRIEF - *Opening* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/14/2024 | 173 | [SEALED] Proposed Findings of Fact by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/14/2024 | 174 | [SEALED] POST TRIAL BRIEF - *Reply* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/14/2024 | 175 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding enclosure of Cipla's hyperlinked version of post-trial documents - re 173 Proposed Findings of Fact, 172 POST Trial Brief, 174 POST Trial Brief. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/21/2024 | 176 | REDACTED VERSION of 169 Proposed Findings of Fact by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/21/2024) |
| 03/21/2024 | 177 | REDACTED VERSION of 170 POST Trial Brief by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/21/2024) |

| 03/21/2024 | 178 | REDACTED VERSION of 172 POST Trial Brief *Opening* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/21/2024) |
|---|---|---|
| 03/21/2024 | 179 | REDACTED VERSION of 173 Proposed Findings of Fact by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/21/2024) |
| 03/21/2024 | 180 | REDACTED VERSION of 174 POST Trial Brief *Reply* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/21/2024) |
| 03/25/2024 | 181 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding scheduling of closing arguments. (Hitch, Cortlan) (Entered: 03/25/2024) |
| 04/02/2024 | 182 | ORAL ORDER: Having reviewed the parties' Joint Letter (D.I. 181 ), IT IS HEREBY ORDERED that closing arguments are scheduled for May 28, 2024 at 1:00 PM before Judge Hall in courtroom 6D. Ordered by Judge Jennifer L. Hall on 4/2/2024. (ceg) (Entered: 04/02/2024) |
| 04/24/2024 | 183 | NOTICE of Subsequent Authority by Cipla Limited, Cipla USA Inc. (Dorsney, Kenneth) (Entered: 04/24/2024) |
| 04/25/2024 | 184 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding the parties' joint request for client representatives to attend the May 28th hearing remotely. (Hitch, Cortlan) Modified on 4/25/2024 (ceg). (Entered: 04/25/2024) |
| 05/28/2024 | 185 | MOTION for Limited Exemption of Person from the District of Delaware's May 17, 2024 Standing Order on Personal Devices - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 05/28/2024) |
| 05/28/2024 | 186 | SO ORDERED, re 185 Plaintiffs' Motion and Order for Limited Exemption of Person from the District of Delaware's May 17, 2024 Standing Order on Personal Devices as to Eric Sonnenschein, Esq. for purposes of the May 28, 2024 closing arguments. Signed by Judge Jennifer L. Hall on 5/28/2024. (ceg) (Entered: 05/28/2024) |
| 05/28/2024 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Closing Arguments held on 5/28/2024. (*Court Reporter Stacy Ingram.) (ceg) (Entered: 05/28/2024) |
| 06/13/2024 | 187 | NOTICE requesting Clerk to remove Charles Hall as co-counsel.. (Dellinger, Megan) (Entered: 06/13/2024) |
| 08/24/2024 | 188 | *SEALED* Official Transcript of Closing Arguments held on 05-28-2024 before Judge Hall. Court Reporter Stacy Ingram, Email: stacy ingram@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 9/16/2024. Redacted Transcript Deadline set for 9/24/2024. Release of Transcript Restriction set for 11/22/2024. (Ingram, Stacy) Modified on 9/16/2024 (ceg). (Entered: 08/24/2024) |
| 08/27/2024 | 189 | NOTICE of Intent to Request Redaction by Megan Elizabeth Dellinger re 188 Transcript,, (Dellinger, Megan) (Entered: 08/27/2024) |
| 09/09/2024 | 190 | [SEALED] Unopposed MOTION to Redact Portions of 188 Transcript - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dellinger, Megan) Modified on 9/9/2024 (ceg). (Entered: 09/09/2024) |
| 09/16/2024 | | SO ORDERED, granting 190 Unopposed Motion to Redact Portions of 188 Transcript. Ordered by Judge Jennifer L. Hall on 9/16/2024. (ceg) (Entered: 09/16/2024) |
| 09/16/2024 | 191 | REDACTED VERSION of 188 Official Transcript of Closing Arguments held on 5/28/2024 before Judge Hall.(ceg) (Entered: 09/16/2024) |

| | | |
|---|---|---|
| 09/18/2024 | | REDACTION NOTICE: In accordance with section G of the Administrative Procedures Governing Filing and Service by Electronic Means, redacted versions of sealed documents shall be filed electronically within 7 days of the filing of the sealed document. The records of this case do not reflect the filing of a redacted version of DI# 190 . (ceg) (Entered: 09/18/2024) |
| 09/18/2024 | 192 | REDACTED VERSION of 190 MOTION to Redact 188 Transcript by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dellinger, Megan) (Entered: 09/18/2024) |
| 10/31/2024 | | CORRECTING ENTRY: D.I. 193 has been removed from the docket as it was a duplicate filing of the transcript found at D.I. 188 . (ceg) (Entered: 10/31/2024) |
| 05/22/2025 | 193 | NOTICE of Withdrawal of Counsel by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 05/22/2025) |
| 09/11/2025 | 194 | NOTICE of Change of Address by Kenneth Laurence Dorsney (Dorsney, Kenneth) (Entered: 09/11/2025) |
| 04/08/2026 | 195 | [SEALED] Letter to The Honorable Jennifer L. Hall from Kenneth L. Dorsney regarding Impending Expiration of Orphan Drug Exclusivity. (Dorsney, Kenneth) (Entered: 04/08/2026) |
| 04/10/2026 | 196 | ORAL ORDER Setting Teleconference: A Status Telephone Conference is set for April 16, 2026 at 1:30 PM before Judge Jennifer L. Hall. The parties shall call the Court's conference line at 855-244-8681, access code: 2315 947 5081. Ordered by Judge Jennifer L. Hall on 4/10/2026. (ceg) (Entered: 04/10/2026) |
| 04/15/2026 | 197 | REDACTED VERSION of 195 Letter by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 04/15/2026) |
| 04/16/2026 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Status Teleconference held on 4/16/2026. (Court Reporter: H. Triozzi). (twk) (Entered: 04/16/2026) |
| 04/28/2026 | 198 | NOTICE of Withdrawal of Counsel by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 04/28/2026) |
| 05/15/2026 | 199 | MEMORANDUM OPINION. The parties are ordered to meet and confer and submit a proposed final judgment consistent with this Memorandum Opinion on or before May 22, 2026. To the extent that either side seeks to have any portion of this Memorandum Opinion redacted, the parties shall jointly submit a proposed redacted version no later than May 18, 2026. The Court intends to issue a public version no later than May 19, 2026. Signed by Judge Jennifer L. Hall on 5/15/2026. (This order has been emailed to local counsel.) (ceg) Modified on 5/21/2026 (ceg). (Entered: 05/15/2026) |
| 05/19/2026 | 200 | Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding sealed Memorandum Opinion - re 199 Memorandum Opinion,,. (Dellinger, Megan) (Entered: 05/19/2026) |
| 05/21/2026 | | Remark: D.I. 199 has been unsealed per D.I. 200 . (ceg) (Entered: 05/21/2026) |
| 05/22/2026 | 201 | PROPOSED ORDER - Final Judgment - by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 05/22/2026) |
| 05/27/2026 | 202 | FINAL JUDGMENT. (CASE CLOSED). Signed by Judge Jennifer L. Hall on 5/27/2026. (ceg) (Entered: 05/27/2026) |

| 05/27/2026 | 203 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,217,033 B2; 8,809,322 B2; 9,289,432 B2; 9,687,495 B2. (Attachments: # 1 Final Judgment)(ceg) (Entered: 05/27/2026) |
| 06/26/2026 | 204 | NOTICE OF APPEAL to the Federal Circuit of 202 Judgment . Appeal filed by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 06/26/2026) |
| 06/26/2026 | | APPEAL - Credit Card Payment received re 204 Notice of Appeal (Federal Circuit) filed by Cipla USA Inc., Cipla Limited. ( Filing fee $605, receipt number ADEDC-5001725.) (Hitch, Cortlan) (Entered: 06/26/2026) |
| 06/26/2026 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 204 Notice of Appeal (Federal Circuit). (jfm) (Entered: 07/01/2026) |
| 07/01/2026 | 205 | NOTICE of Docketing Record on Appeal from USCA for the Federal Circuit re 204 Notice of Appeal (Federal Circuit) filed by Cipla USA Inc., Cipla Limited. USCA Case Number 2026-1992. (ceg) (Entered: 07/01/2026) |
| 07/09/2026 | 206 | TRANSCRIPT REQUEST by Cipla Limited, Cipla USA Inc. Transcript already on file (Dorsney, Kenneth) (Entered: 07/09/2026) |

|  | **PACER Service Center** | |
| | **Transaction Receipt** | |
| | 07/14/2026 13:41:52 | |
| **PACER Login:** | Coving021826 | **C ent C de:** | 029819.00202.09531 |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-01229-JLH Start date: 1/1/1975 End date: 7/14/2026 |
| **Billable Pages:** | 22 | **Cost:** | 2.20 |

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UCB, INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, | Civil Action No. 21-1229-JLH |
| Plaintiff, | ███████████████ |
| v. |  |
| CIPLA LIMITED and CIPLA USA, INC., | |
| Defendant. | |

## LETTER TO THE HONORABLE JENNIFER L. HALL REGARDING IMPENDING EXPIRATION OF ORPHAN DRUG EXCLUSIVITY

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Cipla Limited and Cipla USA, Inc.*

Dated: April 8, 2026



Kenneth L. Dorsney
302.888.6800
kdorsney@morrisjames.com

April 8, 2026

**VIA CM/ECF AND HAND DELIVERY** ███████████
The Honorable Jennifer L. Hall
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Re: Re: UCB Inc.** *et al.* **v. Cipla Ltd.** *et al.*, **Civ. No. 1:21 01229-JLH**

Dear Judge Hall:

We represent Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") in the above-referenced action against Plaintiffs UCB Inc., UCB Biopharma SRL, Hananja EHF and University of Iceland (collectively, "Plaintiffs"). We write on behalf of all parties to request direction from the Court in view of the impending expiration of the Orphan Drug Exclusivity ("ODE") for NAYZILAM (midazolam 5 mg/spray) on May 17, 2026.

As background, Plaintiffs brought this Hatch-Waxman patent litigation following Cipla's filing of Abbreviated New Drug Application ("ANDA") No. 216048 for NAYZILAM. The parties litigated Cipla's assertions on invalidity of U.S. Patent Nos. 8,217,033 and 8,809,322 ("patents-in-suit") through a bench trial from October 2-5, 2023 (*see* D.I. 148-151), post-trial briefing lodged March 14, 2024 (*see* D.I. 171, 175), and closing argument held on May 28, 2024 (*see* D.I. 193). Each patent-in-suit expires on January 18, 2028. *Id.*

As the statutory 30-month stay of FDA approval for Cipla's ANDA expired on January 16, 2024 (*id.*), it is only the ODE that currently prevents FDA from issuing Final Approval. When the ODE expires on May 17, 2026, absent a ruling from this Court, the FDA can approve Cipla's ANDA. At that point, Cipla will have the ability to market its ANDA product.

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

The parties approach the Court now seeking guidance on these issues before engaging in time-sensitive motion practice.

Morris James LLP

Respectfully submitted,

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)

cc: All Counsel of Record (via CM/ECF and electronic mail)

# Exhibit C

| | |
|---|---|
| **From:** | Hansen, Alexa |
| **To:** | Sonnenschein, Eric; Giunta, Peter; Saba, Kaveh |
| **Cc:** | Patel, Anil H.; Berlin, Adam S.; Davis, Megan E.; UCB-Nayzilam |
| **Subject:** | RE: UCB, Inc. v. Cipla Limited, No. 2026-1992 |
| **Date:** | Tuesday, July 7, 2026 10:07:09 AM |
| **Attachments:** | image001.png |

Counsel –

We write in response to Cipla's request to expedite as well as Cipla's email about the materials to be designated for the appendix.

First, with respect to Cipla's request to expedite, Plaintiffs oppose. In particular, Cipla's proposal permits Plaintiffs only 21 days to file their responsive brief when they would otherwise have 40 days. This is prejudicial. Furthermore, Plaintiffs decline Cipla's offer to further expedite the briefing schedule for Cipla's motion. Instead, the motion should be governed by the Federal Rules of Appellate Procedure, which provide for 10 days to respond.

Second, with respect to Cipla's proposed designation of material for the appendix, given our team's existing obligations, we cannot commit to providing you with our responses by the end of this week. Plaintiffs propose that the parties agree to finalize these materials by July 17 – please let us know if you agree.

Regards,
Alexa

**Alexa Hansen**
T +1 415 591 7035

---

**From:** Sonnenschein, Eric <esonnenschein@cov.com>
**Sent:** Monday, July 6, 2026 12:48 PM
**To:** Giunta, Peter <Peter.Giunta@klgates.com>; Hansen, Alexa <ahansen@cov.com>; Saba, Kaveh <KSaba@cov.com>
**Cc:** Patel, Anil H. <Anil.Patel@klgates.com>; Berlin, Adam S. <Adam.Berlin@klgates.com>; Davis, Megan E. <Megan.Davis@klgates.com>; UCB-Nayzilam <UCB-Nayzilam@cov.com>
**Subject:** RE: UCB, Inc. v. Cipla Limited, No. 2026-1992

Peter:

Thank you for your email.  We are still conferring with our clients and will do our best to get back to you tomorrow.

Regards,

## Eric Sonnenschein

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5476 | esonnenschein@cov.com
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Giunta, Peter <Peter.Giunta@klgates.com>
**Sent:** Monday, July 6, 2026 2:45 PM
**To:** Hansen, Alexa <ahansen@cov.com>; Saba, Kaveh <KSaba@cov.com>
**Cc:** Patel, Anil H. <Anil.Patel@klgates.com>; Berlin, Adam S. <Adam.Berlin@klgates.com>; Davis, Megan E. <Megan.Davis@klgates.com>; UCB-Nayzilam <UCB-Nayzilam@cov.com>
**Subject:** RE: UCB, Inc. v. Cipla Limited, No. 2026-1992

**[EXTERNAL]**
Counsel,

   Please let us know if you have a response to our email.

Best,
Pete

## K&L GATES

**Peter L. Giunta**
Partner
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
Phone: 212-536-3910
Cell: 609-575-0770
peter.giunta@klgates.com
www.klgates.com

**From:** Hansen, Alexa <ahansen@cov.com>
**Sent:** Friday, July 3, 2026 10:06 AM
**To:** Giunta, Peter <Peter.Giunta@klgates.com>; Saba, Kaveh <KSaba@cov.com>
**Cc:** Patel, Anil H. <Anil.Patel@klgates.com>; Berlin, Adam S. <Adam.Berlin@klgates.com>; Davis, Megan E. <Megan.Davis@klgates.com>; UCB-Nayzilam <UCB-Nayzilam@cov.com>
**Subject:** RE: UCB, Inc. v. Cipla Limited, No. 2026-1992

Counsel –

We are in receipt of your request and need to confer with our clients.  However, because this request was sent just yesterday after close of business for our European clients, and right before the long weekend here in the US, we may not be in a position to provide a response on Monday July 6. We will endeavor to get back to you promptly.


Regards,
Alexa

**Alexa Hansen**
T +1 415 591 7035

---

**From:** Giunta, Peter <Peter.Giunta@klgates.com>
**Sent:** Thursday, July 2, 2026 10:25 AM
**To:** Hansen, Alexa <ahansen@cov.com>; Saba, Kaveh <KSaba@cov.com>
**Cc:** Patel, Anil H. <Anil.Patel@klgates.com>; Berlin, Adam S. <Adam.Berlin@klgates.com>; Davis, Megan E. <Megan.Davis@klgates.com>
**Subject:** UCB, Inc. v. Cipla Limited, No. 2026-1992


<mark>[EXTERNAL]</mark>
Counsel,

We represent Cipla in the above-referenced appeal.  Cipla plans to file a motion to expedite the appeal seeking the following proposed briefing schedule, no later than Monday, July 6:

| Brief | Deadline |
|---|---|
| Cipla's Opening Brief | July 24, 2026 |
| UCB Inc.'s Response Brief | August 14, 2026 |
| Cipla's Reply Brief | August 28, 2026 |
| Joint Appendix | September 4, 2026 |

In addition to the above briefing schedule, Cipla will also request that oral argument be scheduled for the next available date following the conclusion of briefing.

Please let us know if Plaintiffs-Appellees consent to the proposed motion to expedite.  If not, please let us know whether Plaintiffs-Appellees consent to the following proposed briefing schedule on the motion.

| Brief | Deadline |
|---|---|
| UCB Inc.'s Response to Motion to Expedite | July 13, 2026 |
| Cipla's Reply to UCB Inc.'s Response | July 17, 2026 |

Regards,
Peter L. Giunta



**Peter L. Giunta**

Partner
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
Phone: 212-536-3910
Cell: 609-575-0770
peter.giunta@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Peter.Giunta@klgates.com.

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

**Form 19**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 26-1992

**Short Case Caption:** UCB, Inc. v. Cipla Limited

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __2,861__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 07/15/2026

Signature: /s/ Alexa Hansen

Name: Alexa Hansen