**Volume I of II (Pages Appx1-14883)**
**2026-1992**

# United States Court of Appeals for the Federal Circuit

UCB, INC., UCB BIOPHARMA SRL, HANANJA EHF, UNIVERSITY OF ICELAND,

*Plaintiffs-Appellees,*

– v. –

CIPLA LIMITED, CIPLA USA INC.,

*Defendants-Appellants.*

*On Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01229-JLH*

## JOINT APPENDIX

ALEXA HANSEN
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-6000
ahansen@cov.com

ERIC R. SONNENSCHEIN
KAVEH SABA
LARISSA DAVIS
ALLYSON CORIGLIANO
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
esonnenschein@cov.com
ksaba@cov.com
ldavis@cov.com
acorigliano@cov.com

*Attorneys for Plaintiffs-Appellees*

ANIL PATEL
ADAM S. BERLIN
K&L GATES LLP
609 Main Street, Suite 4150
Houston, Texas 77002
(713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com

PETER L. GIUNTA
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
peter.giunta@klgates.com

HAROLD STOREY
JENNA BRUCE
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580
harold.storey@klgates.com
jenna.bruce@klgates.com

*Attorneys for Defendants-Appellants*

SEPTEMBER 4, 2026

COUNSEL PRESS
A Proceed Service
The Appellate Experts®
(800) 4-APPEAL • (394610)

# TABLE OF CONTENTS


| Date | Doc. No. [1] | Description | Page No. |
|---|---|---|---|
| 5/15/2026 | 199 | Memorandum Opinion | Appx1 |
| 5/27/2026 | 202 | Final Judgment | Appx49 |
| N/A | [No Docket Number]<br>Required document per Rule 30(a)(1)(a)(i) | Docket Sheet Comprising the Record before the United States District Court, District of Delaware, Case No. 2:21-cv-01229 (JLH) | Appx52 |
| 8/19/2014 | JTX-3003 | Certified U.S. Patent No. 8,809,322 | Appx78 |
| 7/10/2012 | JTX-3004 | Certified U.S. Patent No. 8,217,033 | Appx93 |
| 10/2/2023 | 148 (sealed); 165 (public) | Excerpts from Transcript of Bench Trial, dated October 2, 2023 | Appx4772 |
| 10/3/2023 | 149 | Excerpts from Transcript of Bench Trial, dated October 3, 2023 | Appx5088 |
| 10/4/2023 | 150 (sealed); 166 (public) | Excerpts from Transcript of Bench Trial, dated October 4, 2023 | Appx5378 |
| 10/5/2023 | 151 (sealed) | Excerpts from Transcript of Bench Trial, dated October 5, 2023 | Appx5658 |
| 8/24/2024 | 188 (sealed); 191 (public) | Excerpts from Transcript of Closing Arguments held on May 28, 2024 | Appx14183 |


[1] All docket numbers refer to the docket of *UCB, Inc. et al. v. Cipla Limited et al.*, No. 1:21-cv-01229-JLH (D. Del.) unless otherwise noted. Parties' trial exhibits do not have docket numbers and are therefore referred to by their exhibit numbers: JTX-, DTX-, and PTX-.

| Date | Doc. No. [1] | Description | Page No. |
|---|---|---|---|
| | DTX-2208 | U.S. Patent Application Publication No. 2004/0176359 | Appx14721 |
| | DTX-2022 | Dow Chemical Co., Carbowax™ and Carbowax™ Sentry™ Polyethylene Glycols and Methoxypolyethylene Glycols, PEGS & MPEGS, published March 2006 | Appx14739 |
| | DTX-2251 | Wermeling, D.P. *et al.*, Pharmacokinetics and Pharmacodynamics of a New Intranasal Midazolam Formulation in Healthy Volunteers, 103 Anesth. Analg. 344 (2006) | Appx14799 |
| | DTX-2019 | Excerpts from Dayal, P. *et al.*, Evaluation of Different Parameters that Affect Droplet-Size Distribution from Nasal Sprays Using the Malvern Spraytec®, 93 Journal of Pharmaceutical Sciences 1725 (2004) | Appx14805 |
| | DTX-2078 | United States Pharmacopeial Convention, United States Pharmacopeia/National Formulary 2006 (USP 29/ NF 24), published January 1, 2006 | Appx14837 |
| | DTX-2134 | U.S. Patent No. 5,693,608 | Appx14849 |
| | DTX-2211 | U.S. Patent Application Publication No. 2004/0247672 | Appx14884 |
| | DTX-2294 | International Publication No. WO 2005/067893 | Appx14934 |
| | DTX-2456 | mPEG, methoxy-polyethyleneglycole, PowerPoint by Sveinbjörn Gizurarson | Appx15208 |

| Date | Doc. No. [1] | Description | Page No. |
|---|---|---|---|
| | DTX-2507 | Icelandic Patent Application No. 8593/2007 | Appx15225 |
| | DTX-2506 | Excerpts from Upsher-Smith Laboratories, Inc. Pharmaceutical Development Research Report | Appx15766 |
| | PTX-1090 | Raymond C. Rowe *et al.*, The Handbook of Pharmaceutical Excipients 5th Ed. (Pharmaceutical Press 2006) | Appx17244 |
| | PTX-1367 | P.D. Knoester *et al.*, Midazolam Administered Intranasally, 137 Pharmaceutisch Weekblad 112 (2002) (Dutch and Translation) | Appx17286 |
| | PTX-1354 | P.D. Knoester *et al.*, Pharmacokinetics and pharmacodynamics of midazolam administered as a concentrated intranasal spray: A study in healthy volunteers, 53 J. Clinical Pharmacology 501 (2002) | Appx17479 |
| | PTX-1069 | Email from Richard Fisher to Sveinbjörn Gizurarson, dated June 14, 2007, re: Agreement and MPEG-350 | Appx17834 |
| | DTX-2583 | U.S. Food & Drug Administration, Inactive Ingredient Database (2006) | Appx18327 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, Plaintiffs, | ) | C.A. No. 21-1229-JLH |
| v. | ) | |
| CIPLA LIMITED and CIPLA USA INC., Defendants. | ) | **FILED UNDER SEAL** |

**<u>MEMORANDUM OPINION</u>**

Jack B. Blumenfeld, Megan E. Dellinger, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Wilmington, Delaware; George F. Pappas, Kaveh V. Saba, Melissa Keech, John Y. Veiszlemlein, COVINGTON & BURLING LLP, Washington, D.C.; Alexa Hansen, Charles Hall, COVINGTON & BURLING LLP, San Francisco, California; Yiye Fu, COVINGTON & BURLING LLP, Palo Alto, California.

*Attorneys for Plaintiffs*

Kenneth L. Dorsney, Cortlan S. Hitch, MORRIS JAMES LLP, Wilmington, Delaware; Anil H. Patel, Adam S. Berlin, K&L GATES LLP, Houston, Texas; Peter Giunta, K&L GATES LLP, New York, New York; Harold Storey, Jenna Bruce, K&L GATES LLP, Seattle, Washington.

*Attorneys for Defendants*

Wilmington, Delaware
May 15, 2026

JENNIFER L. HALL, U.S. DISTRICT JUDGE

This is the Court's findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a). This patent infringement case arises out of the filing of an Abbreviated New Drug Application ("ANDA") by Defendants Cipla Limited and Cipla USA Inc. (collectively, "Cipla") with the FDA for approval to market a generic version of NAYZILAM®, a drug made and sold by UCB Inc. and UCB Biopharma SRL.

Plaintiffs UCB Inc., UCB Biopharma SRL, Hananja EHF, and University of Iceland (collectively, "UCB") allege that Cipla's ANDA submission constitutes infringement of claim 13 of U.S. Patent No. 8,217,033 and claim 10 of U.S. Patent No. 8,809,322. Cipla stipulated to infringement of those claims, but it contends that the claims are invalid as anticipated and obvious.

The Court held a four-day bench trial in October 2023.[1] The Court has reviewed the evidence presented at trial, as well as the parties' post-trial submissions and arguments at the post-trial hearing. The Court concludes that Cipla has failed to prove that the asserted claims are invalid.

## I. LEGAL STANDARDS

### A. Anticipation

A prior art reference anticipates a patent's claim, and is thus invalid under pre-AIA[2] 35 U.S.C. § 102, if it "discloses each and every element of the claimed invention arranged or combined in the same way as in the claim." *Monsanto Tech. LLC v. E.I. DuPont de Nemours & Co.*, 878 F.3d 1336, 1342–43 (Fed. Cir. 2018) (quoting *Blue Calypso, LLC v. Groupon, Inc.*, 815

[1] The FDA granted Nayzilam orphan drug exclusivity under 21 C.F.R. § 316.31, which prevented Cipla from entering the market until May 17, 2026.

[2] The Patent Act was amended in 2011 by the America Invents Act ("AIA"). Patent applications filed before 2013 are subject to the pre-AIA versions of 35 U.S.C. §§ 102 and 103.

F.3d 1331, 1341 (Fed. Cir. 2016)). To prove anticipation, the challenger must show that "every element and limitation of the claim was previously described in a single prior art reference, either expressly or inherently, so as to place a person of ordinary skill in possession of the invention." *Sanofi-Synthelabo v. Apotex, Inc.*, 550 F.3d 1075, 1082 (Fed. Cir. 2008). Anticipation is a question of fact. *Id.* Anticipation must be proven by clear and convincing evidence. *Whitserve, L.L.C. v. Comput. Packages, Inc.*, 694 F.3d 10, 21 (Fed. Cir. 2012).

**B. Obviousness**

Pre-AIA 35 U.S.C. § 103 provides that a patent "may not be obtained . . . if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." Obviousness is a question of law based on underlying factual findings, including "the scope and content of the prior art," "differences between the prior art and the claims at issue," "the level of ordinary skill in the pertinent art," and "secondary considerations [such] as commercial success, long felt but unsolved needs, failure of others, etc." *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966); *see also KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398, 406 (2007).

Obviousness must be proven by clear and convincing evidence. *Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, 566 F.3d 989, 993–94 (Fed. Cir. 2009). "Generally, a party seeking to invalidate a patent as obvious must 'demonstrate by clear and convincing evidence that a skilled artisan would have had reason to combine the teaching[s] of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success from doing so.'" *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 676 F.3d 1063, 1068–69 (Fed. Cir. 2012) (quoting *Procter & Gamble*, 566 F.3d at 994).

Case: 26-1992 Document: 25-1 Filed: 09/04/2026

## II. FINDINGS OF FACT[3]

### A. Epilepsy and Acute Repetitive Seizures

1. Epilepsy is a chronic neurological disorder characterized by chronic seizures. (D.I. 139, Ex. 1 (Statement of Uncontested Facts) ¶¶ 10–11.)[4] It is a neurological condition where a large number of a person's neurons misfire, resulting in recurrent seizures as well as altered behavior and perception. (Tr. (Klein) 414.)[5]

2. Patients with epilepsy experience seizures of varying length and degree. (*Id.*; Tr. (Privitera) 781; DTX-2362 at 85298.)

3. Following a seizure, many patients experience a postictal state, during which they may be unresponsive, uncooperative, or asleep. (Tr. (Klein) 430–31; Tr. (Privitera) 781–82.) The length of the postictal state can vary from minutes to hours. (Tr. (Klein) 430.)

4. Epilepsy is typically diagnosed after experiencing either two or more unprovoked seizures, or one unprovoked seizure with a high risk of additional seizures. (D.I. 139, Ex. 1 ¶ 11.)

---

[3] The following are the Court's findings of fact. The Court recites only the facts necessary for the Court's legal conclusions; this is not a comprehensive recitation of all evidence presented at trial. In determining the credibility of the witnesses, the Court has taken into account the rationality and internal consistency of the witnesses' testimony, the extent of detail and coherent nature of the testimony, the manner of testifying by the witnesses, and the degree to which the subject testimony is consistent or inconsistent with other evidence in the case. The Court has also drawn such reasonable inferences from the credible direct and circumstantial evidence as is permitted by reason and common sense.

The Court's decision to cite and credit certain witnesses' testimony but not others does not mean that the Court ignored or failed to consider all of the testimony. The Court has considered all of the evidence in the trial record in making its findings.

Unless otherwise specified, the Court's findings reflect the state of the art as of the priority date of the patents-in-suit.

[4] The Court's Pretrial Order provides that the parties' joint statement of uncontested facts "will become part of the evidentiary record in this case" and "require no proof at trial." (D.I. 140 ¶ 28.)

[5] The trial transcript is cited as "Tr."

5. Patients with epilepsy may be prescribed an anti-seizure medication ("ASM"), which is used to prevent chronic seizure recurrence. (*Id.* ¶ 12.)

6. Despite the availability of ASMs, some patients with epilepsy still experience uncontrolled or poorly controlled seizures. (*Id.* ¶ 13.) Around one-third of epilepsy patients have epilepsy that is not adequately controlled by currently available antiseizure medications. (Tr. (Klein) 414–15.)

7. Some patients with epilepsy also experience seizures that occur in clusters, meaning that they experience multiple seizures over a short period of time. (D.I. 139, Ex. 1 ¶ 13.)

8. The phenomenon of multiple seizures over a short period of time is known as "acute repetitive seizures" ("ARS"). (*Id.* ¶ 14.)

9. Although there is no agreed-upon clinical definition for ARS, defining features of ARS include (1) the occurrence of multiple seizures within a defined period (2) despite optimal/maximal therapy with ASMs, (3) a seizure pattern distinguishable from a patient's normal pattern with respect to type, duration, frequency, and/or severity, (4) onset clearly distinguishable (by patient, caregiver, or healthcare professional) from the patient's typical seizures, and (5) recovery between seizures. (*Id.* ¶ 15.)

10. ARS is most commonly defined as two or more seizures in close succession over a short period of time, typically 24–48 hours. (*Id.* ¶ 16.)

11. For most ARS patients, the timing of seizures within a cluster is often unpredictable. (Tr. (Klein) 498–499, 501.)

12. For a patient experiencing ARS, 24% of subsequent seizures occur within two hours of the first, 37% occur within three hours of the first, and 65% occur within six hours of the first. (Tr. (Klein) 495–99; DTX-2375 at 85424.)

Case: 26-1992 Document: 25-1 Page: 105 Filed: 09/04/2026

13. ARS patients and their caregivers report that ARS has a significant negative effect on their quality of life. (Tr. (Klein) 419; DTX-2514 at 95392.)

14. ARS patients report feeling exhausted, confused, slow-thinking, stressed, depressed, helpless, and scared as a result of their condition. (Tr. (Klein) 419; DTX-2514 at 95392.)

15. ARS negatively affects patients' economic circumstances, due to both the expense of hospitalization for seizure clusters and greater difficulty in maintaining employment. (Tr. (Klein) 419–20; Tr. (Privitera) 839–40; DTX-2514 at 95392–93.)

16. Patients with ARS have an increased risk of injury, hospitalization, and death and a decreased likelihood of entering seizure remission compared to other epilepsy patients. (Tr. (Klein) 418, 420–21; Tr. (Privitera) 838–39; DTX-2514 at 95392.)

17. Relative to other epilepsy patients, ARS patients have an increased risk of entering status epilepticus, a condition that is characterized by five minutes of other uninterrupted seizure activity or recurrent seizure activity without interim recovery of consciousness and which carries a significant mortality and morbidity risk. (Tr. (Klein) 418, 420–21; Tr. (Privitera) 776–77, 838–39; DTX-2514 at 95392.)

18. Given the risks associated with ARS, ARS should be treated promptly and efficiently to prevent future seizures. (Tr. (Klein) 421–22, 428–29, 432–34; PTX-1197.001.)

**B. ARS Treatments, Compounds, and Drugs**

19. Since the 1980s, researchers have investigated a variety of at-home rescue treatments for ARS, including treatments administered via oral, rectal, nasal, and buccal routes. (Tr. (Klein) 428–29, 431–32, 435, 439–41, 512–12; Tr. (Privitera) 784–85, 837–38; PTX-1194.0001; PTX-1197.0001; PTX-1359.0001–02; PTX-1366.0003; DTX-2549 at 671796.)

20. Although patients can be treated with IV-administered medication, this can only be done in a hospital setting or by other medically-trained personnel, such as EMTs. (Tr. (Klein) 421–22, 427, 428–29; PTX-1148.0001; PTX-1197.0001.)

**1. Benzodiazepines**

21. Benzodiazepines are a class of compounds that have long been targeted for treating acute seizure emergencies. (D.I. 139, Ex. 1 ¶ 17.)

22. Benzodiazepines increase the activity of GABA (gamma-aminobutyric acid) receptors in neurons. This increase in GABA activity reduces the neuron's excitability, thereby stopping and preventing seizure activity. (*Id.* ¶ 18.)

23. Benzodiazepines used for treating acute seizure emergencies include lorazepam, diazepam, clonazepam, and midazolam. (*Id.* ¶ 20.) Midazolam, diazepam, and lorazepam were available in injectable formulations before January 19, 2007. (*Id.* ¶ 19.)

24. Prior to 1997, the only FDA-approved formulations comprising lorazepam, diazepam, midazolam, or clonazepam were approved for oral administration or administration by injection. (*Id.* ¶ 21.)

25. In 1997, the FDA approved DIASTAT® ("Diastat"), which is indicated for the acute treatment of intermittent, stereotypic episodes of frequent seizure activity (*i.e.*, seizure clusters, ARS) that are distinct from a patient's usual seizure pattern. (*Id.* ¶ 22.)

26. Diastat is a diazepam formulation for rectal administration. (*Id.* ¶ 24.)

27. Diastat was the first FDA-approved treatment indicated for ARS that could be administered by non-medical personnel. (*Id.* ¶ 23.)

28. Despite decades of effort, prior to 2007 there were no intranasal benzodiazepine formulations that were FDA-approved to treat ARS patients in the United States. (Tr. (Klein) 422,

425–26, 456–71; Tr. (Privitera) 834; PTX-1020; PTX-1026; PTX-1058 at "Results" Row 141; PTX-1062; PTX-1264; PTX-1362.0003; PTX-1370; DTX-2252.)

29. Prior to 2007, some physicians prescribed intravenous midazolam solution administered intranasally to treat ARS. (D.I. 139, Ex 1 ¶ 25.)

**2. NAYZILAM®**

30. UCB Inc. is the holder of New Drug Application No. 211321 for NAYZILAM® ("Nayzilam"), which was approved by the FDA on May 17, 2019. (*Id.* ¶¶ 26, 27.)

31. Nayzilam is indicated for the acute treatment of intermittent, stereotypic episodes of frequent seizure activity (*i.e.*, seizure clusters, ARS) that are distinct from a patient's usual seizure pattern in patients with epilepsy 12 years of age and older. (*Id.* ¶ 28.)

32. The active pharmaceutical ingredient in Nayzilam is midazolam. (*Id.* ¶ 29.)

33. Nayzilam is available in a single-dose nasal spray unit containing 5 mg midazolam in a 100 µL (0.1 mL) solution. (*Id.* ¶ 30.)

34. The Nayzilam single-dose spray device can be administered by a patient during an early phase of a seizure or by caretakers during a seizure. (Tr. (Klein) 423–25; JTX-3005.0004, .0030–31.)

35. The composition of Nayzilam is 5 mg midazolam, 53.17 mg methoxypolyethylene glycol 350, 18.45 polyethylene glycol 400, 6.51 mg propylene glycol, 7.60 mg ethanol, and 17.78 mg purified water. (D.I. 139, Ex. 1 ¶ 31.)

36. The Nayzilam prescribing information states that an initial dose of one spray (5 mg) should be administered into one nostril and a second dose of one additional spray (5 mg) into the opposite nostril may be administered after 10 minutes if the patient has not responded to the initial dose. (*Id.* ¶ 32.)

37. The Nayzilam prescribing information states that Nayzilam has a pH range of approximately 5 to 9. (*Id.* ¶ 33.)

38. Nayzilam was the first FDA-approved intranasal medication for the treatment of ARS. (Tr. (Klein) 422.)

39. The FDA granted Nayzilam orphan drug exclusivity under 21 C.F.R. § 316.31, which expires on May 17, 2026. (D.I. 139, Ex. 1 ¶ 34.)

**3. VALTOCO®**

40. VALTOCO® ("Valtoco") is indicated for the treatment of intermittent, stereotypic episodes of frequent seizure activity (*i.e.*, seizure clusters, ARS) that are distinct from a patient's usual seizure pattern in patients with epilepsy 6 years of age and older. (*Id.* ¶ 35.)

41. Valtoco is a diazepam formulation for intranasal administration, approved by the FDA in January 2020. (*Id.* ¶ 36.)

42. Valtoco is comprised of diazepam, benzyl alcohol, dehydrated alcohol, n-dodecyl beta-D-maltoside, and vitamin E. (*Id.* ¶ 37.)

**C. Patents-in-Suit and Asserted Claims**

43. The patents-in-suit are U.S. Patent No. 8,217,033 (JTX-3004) (the "'033 patent") and U.S. Patent No. 8,809,322 (JTX-3003) (the "'322 patent"). (*Id.* ¶ 38.)

44. The patents-in-suit list Sveinbjorn Gizurarson as the inventor. (*Id.* ¶ 39.)

45. The priority date for the patents-in-suit is January 19, 2007. (*Id.* ¶ 40.)

46. Plaintiff UCB Biopharma SRL is the exclusive licensee of the patents-in-suit and currently licenses all substantial rights to the patents-in-suit. (*Id.* ¶¶ 41–42.) Plaintiffs Hananja and UI are assignees and co-owners of the patents-in-suit. (*Id.* ¶ 43.)

47. The patents-in-suit are listed in connection with Nayzilam in the Orange Book. (*Id.* ¶ 44.) The Orange Book lists the expiration date of the patents-in-suit as January 18, 2028. (*Id.* ¶ 45.)

48. Nayzilam is an embodiment of each of the asserted claims. (*Id.* ¶ 47.)

49. The specifications of the ’033 patent and the ’322 patent are substantively identical. (*Id.* ¶ 46.)

50. The shared specification of the patents-in-suit discloses drug formulations used for nasal administration, which contain methoxypolyethylene glycol (aka “mPEG,” an alkoxypolyethylene glycol) with different concentrations of therapeutic agents, including midazolam. (’322 patent at 19:4–20:5; ’033 patent at 19:4–20:5; Tr. (Smyth) 615–616.)

51. As of the priority date, mPEG had never been used in an intranasal formulation. The patents-in-suit are the first public disclosure of the use of mPEG in an intranasal formulation. The patents-in-suit are the first public disclosure of the use of mPEG in an intranasal formulation containing midazolam. (*Id.* (all citations).)

52. The shared specification provides examples of liquid intranasal formulations containing mPEG and midazolam within the scope of the asserted claims. (’322 patent at 19:4–20:5; ’033 patent at 19:4–20:5.)

53. The shared specification informs the POSA that intranasal formulations containing mPEG are effective at solubilizing midazolam at high levels, with a favorable effect on sprayability relative to other solvents such as PEG. (’322 patent at 3:29–45, 7:12–21; ’033 patent at 3:29–45, 7:12–21.)

54. The shared specification explains that the patents-in-suit represent an advance over the prior art because the invention is rapidly absorbed, can be administered by non-medical

personnel, can be delivered via a commercially available nasal spraying device, and avoids unwanted side-effects. ('322 patent at 1:23–46, 16:11–20; '033 patent at 1:23–46, 16:11–20.) The specification explains:

> The invention is based, in part, upon the discovery that the inclusion of one or more alkoxy-polyethylene glycols in a formulation provides certain advantages when the resulting composition is to be applied, for example, to a mucosal surface. For example, it has been discovered that when alkoxy-polyethylene glycol is used in such formulations, the therapeutic agent can be still be solubilized (which is especially useful for poorly soluble therapeutic agents) but the resulting formulations are less viscous and cause less irritation to mucosal membranes because the amount of other potentially viscous and irritable excipients, for example, polyethylene glycol or propylene glucol, can be reduced or eliminated altogether. As a result, the lower viscosity formulations, when converted into droplets, for example, by a nasal sprayer during intranasal delivery, can produce a spray pattern optimized for delivering the therapeutic agent to the mucosal membrane. In addition, formulations containing alkoxy-polyethylene glycols create less irritation (burning sensation) when applied to a mucosal surface, for example, a nasal membrane following nasal administration. In addition, when administered intranasally, the compositions of the invention minimize undesirable after taste (for example, a petroleum-like after taste) that can be associated with certain other excipients.

('322 patent at 3:29–51; '033 patent at 3:29–51.)

**1. The '033 Patent**

55. The '033 patent is entitled "Methods and Compositions for the Delivery of a Therapeutic Agent." It issued on July 10, 2012, from U.S. Patent Application No. 12/469,448, filed on May 20, 2009, and is a continuation of U.S. Patent Application No. 12/016,724, filed on January 18, 2008. The '033 patent further claims priority to Icelandic Patent Application No. 8593/2007, filed on January 19, 2007. (D.I. 139, Ex. 1 ¶ 48.)

56. Plaintiffs assert Claim 13 of the '033 patent.

57. Claim 1 of the '033 patent recites the following:

> A liquid pharmaceutical composition formulated for intranasal administration, comprising: (i) midazolam or a pharmaceutically [acceptable] salt thereof; and (ii) a methoxy-polyethylene glycol selected from the group consisting of methoxy-polyethylene glycol 350 and methoxy-polyethylene glycol 550.

58. Claim 2 of the ’033 patent recites the following:

> The pharmaceutical composition of claim 1, further comprising propylene glycol.

59. Claim 3 of the ’033 patent recites the following:

> The pharmaceutical composition of claim 2, further comprising water.

60. Claim 5 of the ’033 patent recites the following:

> The pharmaceutical composition of claim 3, wherein the methoxy-polyethylene glycol is methoxy-polyethylene glycol 350.

61. Claim 7 of the ’033 patent recites the following:

> The pharmaceutical composition of claim 5, further comprising polyethylene glycol.

62. Claim 10 of the ’033 patent recites the following:

> The pharmaceutical composition of claim 7, wherein the polyethylene glycol is polyethylene glycol 400.

63. Claim 13 of the ’033 patent recites the following:

> The pharmaceutical composition of claim 10, wherein the midazolam is present in a concentration from 0.001% (w/v) to 20% (w/v).

**2. The ’322 Patent**

64. The ’322 patent is entitled “Methods and Compositions for the Delivery of a Therapeutic Agent.” It issued on August 19, 2014, from U.S. Patent Application No. 13/446,284, filed on April 13, 2012, and is a continuation of U.S. Patent Application No. 12/016,724, filed on

Case: 26-1992 Document: 25 Filed: 09/04/2026

January 18, 2008. The ’322 patent further claims benefit and priority to Icelandic Patent Application No. 8593/2007, filed on January 19, 2007. (D.I. 139, Ex. 1 ¶ 66.)

65. Plaintiffs assert Claim 10 of the ’322 patent.

66. Claim 1 of the ’322 patent recites the following:

> A liquid pharmaceutical composition formulated for intranasal administration comprising:
>
> (a) a therapeutically effective amount of a therapeutic agent selected from midazolam, a pharmaceutically acceptable salt thereof or combinations thereof; and
>
> (b) a methoxy-polyethylene glycol of Formula I
>
> $$H_3C—O—(CH_2CH_2O)_n—H$$
>
> wherein n is a number in the range of 2 to 12.

67. Claim 10 of the ’322 patent recites the following:

> The pharmaceutical composition of claim 1 wherein the therapeutic agent is midazolam.

**D. Cipla’s ANDA and ANDA Product**

68. Cipla submitted Abbreviated New Drug Application No. 216048 (“Cipla’s ANDA”) to the FDA under 21 U.S.C. § 355(j) seeking FDA approval to engage in the commercial manufacture, use, or sale of a generic version of Nayzilam for the treatment of intermittent, stereotypic episodes of frequent seizure activity (*i.e.*, seizure clusters, ARS) that are distinct from a patient’s usual seizure pattern in patients with epilepsy 12 years of age and older. (D.I. 139, Ex. 1 ¶ 75.)

69. By letter dated July 17, 2021, Cipla notified Plaintiffs that Cipla submitted Cipla’s ANDA to the FDA under 21 U.S.C. § 355(j). (*Id.* ¶ 76.)

70. Cipla’s ANDA contains a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) for the patents-in-suit. (*Id.* ¶ 77.)

71. Cipla's ANDA was tentatively approved on November 1, 2022. (*Id.* ¶ 78.)

72. Cipla's ANDA Product is a formulation for nasal administration. (*Id.* ¶ 79.)

73. The composition of Cipla's ANDA Product is 5 mg midazolam, 53.17 mg methoxypolyethylene glycol 350, 18.45 polyethylene glycol 400, 6.51 mg propylene glycol, 7.60 mg ethanol, and q.s. to 0.1 mL water for injection. (*Id.* ¶ 80.)

74. The parties have stipulated that the offer for sale, sale, use, commercial manufacture, and/or importation into the United States of Cipla's ANDA Product would constitute an act of infringement of Claim 13 of the '033 patent and Claim 10 of the '322 patent under 35 U.S.C. §§ 271(e)(2)(A) and 271(a), except as to any such claim that is found invalid. (*Id.* ¶ 83.)

**E. Intranasal Formulation Development Before the 2007 Priority Date[6]**

75. The parties agree that, "[f]or purposes of this case," the patents-in-suit have a priority date of January 19, 2007. (D.I. 139, Ex. 1 ¶ 40.)

76. It was known before the 2007 priority date that intranasal drug delivery has several practical benefits, including that it is non-invasive and can be administered by people without medical training. (Tr. (Wermeling) 107–09; Tr. (Smyth) 576.)

77. Intranasal drug delivery can also result in more rapid drug absorption and enhanced bioavailability compared to orally administered drugs, because intranasal drug delivery avoids gastrointestinal and hepatic metabolism. (Tr. (Wermeling) 107–09; Tr. (Smyth) 576; Tr. (Privitera) 784–86.)

[6] Given Dr. Smyth's extensive experience in drug formulation, including development of intranasal formulations specifically, the internal consistency of his testimony, the consistency of his testimony with other evidence in the record, and his demeanor testifying at trial, the Court finds Dr. Smyth's testimony particularly credible. To the extent that Dr. Smyth's testimony conflicts with the testimony of other testifying experts, the Court credits Dr. Smyth's testimony.

78. It was known before the 2007 priority date that, in developing formulations intended for intranasal administration, a formulator must consider several formulation properties, including, but not limited to, solubility, stability, pH, drug absorption, viscosity, sprayability, safety, and tolerability. (Tr. (Wermeling) 113–16; Tr. (Smyth) 576–77; Tr. (Gizurarson) 340.)

79. Solubility refers to how an active ingredient dissolves in the vehicle used for intranasal formulation. (Tr. (Smyth) 577.)

80. The nasal cavity can only retain 100–200 μL of liquid. (Tr. (Wermeling) 84–85; Tr. (Smyth) 577–78.)

81. Given the nasal cavity's volume constraints, a formulation will need to solubilize a therapeutically effective amount of a drug in 100–200 μL of liquid. (Tr. (Wermeling) 113–14; Tr. (Smyth) 577–79.)

82. Formulators must also consider the stability of an intranasal formulation, including physical stability, chemical stability, and biological stability. (Tr. (Wermeling) 113–16; Tr. (Smyth) 578–79.)

83. Formulators can alter the pH of a formulation to change drug solubility. (Tr. (Smyth) 578–79.) The pH can also affect the stability of a formulation and its excipients. (Tr. (Smyth) 579.)

84. The pH of the nasal cavity is between 5.5 and 6.5. (Tr. (Wermeling) 114; Tr. (Smyth) 578.)

85. Formulators must also consider a formulation's sprayability and its ability to be absorbed by the nasal mucosa, both of which are affected by viscosity. (Tr. (Smyth) 579–84.)

86. Nasal absorption is affected by the mucociliary clearance mechanism, through which a layer of mucus in the nasal cavity traps foreign particles and nasal cilia convey the mucus

and particles down the throat, where they are swallowed. (Tr. (Wermeling) 109–110; Tr. (Smyth) 580.)

87. With normally functioning cilia, foreign particles are removed from the nasal cavity in a matter of 10–20 minutes. (Tr. (Wermeling) 109–110; Tr. (Smyth) 580–81.)

88. Low viscosity solutions may also drain out the back of the nasal passage and into the gastrointestinal system or may drip out the front of the nose, which affects the absorption of active ingredients through the nasal mucosa. (Tr. (Ghaderi) 312–13; Tr. (Smyth) 581–82.)

89. Increasing the viscosity of a formulation can slow down the clearance of a drug from the nasal cavity. (DTX-2208 at 37; DTX-2294 at 41817:9–14; Tr. (Smyth) 581, 639, 643–44.)

90. Sprayability refers to the ability of a formulation and device in combination to form a spray. (Tr. (Smyth) 582.)

91. Several factors influence sprayability, including viscosity, surface tension, the presence of certain excipients, and the type of spraying device used. (Tr. (Gizurarson) 341–44; Tr. (Smyth) 581, 583.)

92. In formulations comprising multiple excipients, the excipients can interact in complex ways and affect the formulation's sprayability. (Tr. (Smyth) 643.)

93. Because multiple factors can affect sprayability, lowering viscosity does not always improve sprayability. For example, although ethanol has a lower viscosity than water, it does not have better sprayability. (Tr. (Gizurarson) 366.)

94. When coming up with a formulation, a formulator would prefer a formulation that can be sprayed with a nasal spraying device that has previously been approved by the FDA. (Tr. (Wermeling) 179, 271.)

95. Formulators must also consider the safety and tolerability of an intranasal formulation in humans. (Tr. (Smyth) 584–85.)

96. A safety consideration unique to intranasal formulations is the effect of the formulation on the nasal cilia, because damage to the cilia impairs a patient's immune system. (Tr. (Wermeling) 144; Tr. (Smyth) 581, 584; DTX-2294 at 41810.)

97. Excipients listed for the intranasal route in the FDA's Inactive Ingredients Database ("IID") have been tested for safety and toxicity in intranasal formulations. (Tr. (Smyth) 586–87.)

98. Tolerability, including factors such as taste and feel of a nasal spray, is important for patient acceptability. (Tr. (Smyth) 584–85.) If formulations are intolerable, patients may not use the medication and physicians may not prescribe it. (Tr. (Smyth) 585.)

99. Prior to the 2007 priority date, it was known that a formulator must balance all these factors—solubility, stability, pH, absorption, viscosity, sprayability, safety, and tolerability—through selection of excipients and devices. (Tr. (Smyth) 585.)

100. Many different classes of excipients had been used in intranasal formulations before the 2007 priority date, including stabilizing agents, pH adjusting agents, permeation enhancers, solubilizers, viscosity enhancers, preservatives, flavoring agents/sweeteners, and antioxidants. (Tr. (Wermeling) 254–57; Tr. (Smyth) 585; DTX-2294 at 41818–19.)

**F. Intranasal Midazolam Formulations as of 2007**

101. Although there were many efforts to develop a concentrated intranasal midazolam formulation reported in the literature before the 2007 priority date, none of this literature or the attempted formulations used or suggested the inclusion of mPEG. (Tr. (Wermeling) 246–49; Tr. (Smyth) 720; PTX-1367.0003; DTX-2048 at 36301; DTX-2294 at 41809.)

102. In 1990, Dr. Gizurarson joined Dr. Bechgaard and others in filing a patent application that resulted in Bechgaard '608, which reported intranasal benzodiazepine

formulations (the "Bechgaard Formulations"). (DTX-2134 at Cover.) The Bechgaard Formulations contained PEG-200 and glycofurol, among other optional excipients. (Tr. (Wermeling) 238–241; Tr. (Gizurarson) 385–86; DTX-2134 at 3, 18.)

103. In 1991, Lui et al. published an intranasal midazolam formulation comprising midazolam hydrochloride salt (11.1 mg/mL), methocel (1.5% w/w) (a viscosity enhancing agent), and water. (Tr. (Wermeling) 246–47; DTX-2294 at 41809.)

104. In 2001, T. Loftsson and H. Gudmundsdottir published on cyclodextrin-based intranasal midazolam formulations. (Tr. (Wermeling) 247–48, 290–91; DTX-2251 at 39998; DTX-2294 at 41809, 41823–25.) One formulation comprised midazolam base (17 mg/ml), sulfobutylether-β-cyclodextrin sodium salt (14% w/w), hydroxypropyl methylcellulose (0.1% w/w), benzalkonium chloride (0.02 % w/w), EDTA (0.1% w/w), phosphoric acid (0.43% w/w), and water (the "Loftsson Formulation"). (Tr. (Wermeling) 247–48, 290–91; DTX-2294 at 41809.)

105. In 2002, P.D. Knoester and colleagues published on an intranasal midazolam formulation (the "Knoester Formulation"). (DTX-2048 at 36300; PTX-1367.0002.) The Knoester Formulation comprised the midazolam hydrochloride salt (3.090 g), propylene glycol (25.90 g), benzyl alcohol (1.046 g), and water (up to 100 mL). (Tr. (Wermeling) 248–49; Tr. (Smyth) 720; DTX-2048 at 36301; PTX-1367.0003.)

106. In 2004, Dr. Wermeling published on a non-aqueous formulation (the "Wermeling Formulation") comprising 25 mg midazolam base, 0.18 mL PEG-400, 0.1 mg butylated hydroxytoluene, 1 mg saccharin powder, and q.s. to 1 mL propylene glycol. (Tr. (Wermeling) 262–63; DTX-2208 at 61, 85.)

107. In 2005, Dr. Merkus published on intranasal midazolam formulations. (DTX-2294 ("Merkus '893") at Cover.) Dr. Merkus focused on aqueous formulations comprising a midazolam

salt, as well as other known intranasally administered excipients such as propylene glycol, water, and PEG. (Tr. (Wermeling) 140; Tr. (Smyth) 637–38; DTX-2294 at 41818–19.)

108. One of the exemplary formulations in Merkus '893 comprises midazolam hydrochloride (corresponding to 35–75 mg/mL midazolam), propylene glycol (5–50% v/v), glycerol (5–50% v/v), polyethylene glycol (5–50% v/v), povidone (1–20% w/v), and water (the "Merkus Formulation"). (Tr. (Wermeling) 154; DTX-2294 at 41819.)

109. Midazolam base has poor solubility in water. (Tr. (Wermeling) 252; Tr. (Smyth) 636–37; DTX-2251 at 39998.)

110. By using midazolam in its salt form at a low pH, Dr. Merkus was able to solubilize high concentrations of midazolam in water. (DTX-2294 at 41817–18; Tr. (Smyth) 649.)

**G. Dr. Gizurarson's Invention Using mPEG to Formulate Intranasal Midazolam**

111. Dr. Gizurarson first began formulating intranasal midazolam compositions to treat epileptic seizures in 1987 with the company Novo Nordisk. (Tr. (Gizurarson) 334–35, 388.) From 1991 to 2005, he continued his research for a company called Lyfjathroun. (Tr. (Gizurarson) 336.)

112. Dr. Gizurarson worked to overcome challenges in solubilizing sufficient quantities of midazolam. (Tr. (Gizurarson) 334–337, 339–40.) He explored many excipients over nearly two decades. (Tr. (Gizurarson) 334–337.) He focused on formulations comprising PEG, particularly PEG-200, and single-chain ethylene glycols like tetra ethylene glycol. (*Id.* at 335–37.)

113. Dr. Gizurarson conceived of the idea of using mPEG in a midazolam formulation around May 2006. (Tr. (Gizurarson) 337.)

114. Prior to 2006, Dr. Gizurarson was unaware of the existence of mPEG and had not worked with mPEG. (Tr. (Gizurarson) 335, 338.)

115. Dr. Gizurarson performed solubility studies using mPEG with different benzodiazepines, and also explored the sprayability and bioadhesion of formulations comprising mPEG. (Tr. (Gizurarson) 345–47, 355.)

116. Dr. Gizurarson filed the Icelandic patent application leading to the patents-in-suit on January 19, 2007. (DTX-2507 at 68587; D.I. 139, Ex. 1 ¶¶ 48, 66; Tr. (Gizurarson) 361.)

117. Dr. Gizurarson sought to develop a commercial product in collaboration with a pharmaceutical company. (Tr. (Gizurarson) 372–74, 388.) He delivered a confidential presentation to ITI advocating for his invention in November 2007. (Tr. (Gizurarson) 373–74; Lusty 326–27; DTX-2456.)

118. Dr. Gizurarson signed a licensing and collaboration agreement with ITI in September 2007. (DTX-2417 at 33960–78.)

### H. Person of Ordinary Skill in the Art

119. The person of ordinary skill in the art ("POSA") would have had a doctorate in disciplines relating to pharmaceutical development such as pharmacy, pharmacology, pharmaceutics, chemistry, drug delivery, engineering, medicine, or a related discipline. (D.I. 139, Ex. 1 ¶ 84; Tr. (Smyth) 591; Tr. (Wermeling) 104–05.) The POSA would also have had at least two years of practical experience in the field of pharmaceutical formulation development. (*Id.* (all citations).) The POSA alternatively may have a lower degree with more years of experience. (*Id.* (all citations).)

### I. Scope and Content of the Prior Art

#### 1. Cipla's Anticipation and Obviousness References

120. Cipla asserts that the asserted claims are anticipated by a reference referred to by the parties as Wermeling '359. Cipla asserts that the asserted claims are obvious in view of Wermeling '359 and a reference referred to by the parties as Carbowax.

a. **Wermeling '359 (DTX 2208)**

121. U.S. Patent Application Publication No. 2004/0176359 ("Wermeling '359"), entitled "Intranasal Benzodiazepine Compositions," published on September 9, 2004. (D.I. 139, Ex. 1 ¶ 86.) Wermeling '359 is prior art to the patents-in-suit.

122. Wermeling '359 discloses intranasal formulations comprising a benzodiazepine and a nasal carrier, including the Wermeling Formulation. (DTX-2208 at Cover.)

123. Although Wermeling '359 states that the nasal carrier may comprise aqueous or non-aqueous diluents, it expresses a preference that non-aqueous diluents used in the nasal carrier be "polyhydroxy alcohols such as propylene glycol, polyethylene glycol, [and] glycerol." (DTX-2208 at [0030]; Tr. (Wermeling) 264; Tr. (Smyth) 595.)

124. An alcohol is any compound that has a hydroxy group (-OH) bonded covalently to a saturated carbon. (Tr. (Wermeling) 265–66; Tr. (Smyth) 595.) A polyhydroxy alcohol is an alcohol with more than one hydroxy (-OH) group. (Tr. (Wermeling) 265–66; Tr. (Smyth) 595.)

125. Wermeling '359 discloses one exemplary formulation: the Wermeling Formulation. (Tr. (Wermeling) 262; Tr. (Smyth) 636.) The Wermeling Formulation is comprised of roughly 80% w/w propylene glycol. (Tr. (Wermeling) 263; Tr. (Smyth) 637; DTX-2208 at 85.) It does not comprise water. (Tr. (Wermeling) 263–64; Tr. (Smyth) 636.)

126. Wermeling '359 discusses the administration of the Wermeling Formulation to healthy volunteers. (DTX-2208 at [0071]–[0109].)

127. The Wermeling Formulation was "well tolerated" in healthy volunteers. (DTX-2208 at [0071], [0078], [0098]; Tr. (Wermeling) 91.)

128. Wermeling '359 discloses other exemplary excipients for intranasal midazolam formulations, including aqueous diluents such as saline and dextrose, and glycerol, a non-aqueous diluent. (Tr. (Wermeling) 264–65; DTX-2208 at [0030].)

129. Wermeling ’359 does not mention mPEG by name or structure. (Tr. (Wermeling) 261 (admitting that “mPEG” appeared “nowhere” in Wermeling ’359); Tr. (Smyth) 594; DTX-2208.)

130. Wermeling ’359 does not discuss the use of PEG derivatives in an intranasal midazolam formulation. (Tr. (Smyth) 611–12, 616; DTX-2208.)

131. Wermeling ’359 does not disclose any exemplary formulations comprising midazolam and water. (Tr. (Smyth) 612; DTX-2208.)

132. Wermeling ’359 discloses embodiments comprising “one or more agents that increase viscosity.” (DTX-2208 at [0037]; Tr. (Smyth) 639.)

133. Wermeling ’359 discloses embodiments where “the intranasal delivery device may be modified, for example, by increasing the size of the discharge orifice . . . in order to accommodate higher viscosity compositions.” (DTX-2208 at [0047].)

134. According to Dr. Wermeling, the Wermeling Formulation required the use of a modified version of a commercially available spraying device. (Tr. (Wermeling) 86, 179, 184–85.) This was because when the solvent system of the Wermeling Formulation was placed in a nasal sprayer, it formed a “jet” like a “squirt gun” instead of the desirable “plume.” (Tr. (Wermeling) 86.) Dr. Wermeling testified that use of a modified spraying device is not optimal for various reasons, including that it would trigger additional review by the FDA. (Tr. (Wermeling) 179, 271.)

**b. Carbowax (DTX-2022)**

135. Dow Chemical Company, “CARBOWAX™ and CARBOWAX™ SENTRY™: Polyethylene Glycols and Methoxypolyethylene Glycols” (“Carbowax”) is a marketing brochure published by the Dow Chemical Company in March 2006. (D.I. 139, Ex. 1 ¶ 88; DTX-2022.) Carbowax is prior art to the patents-in-suit.

136. Defendants' expert, Dr. Wermeling, was not familiar with Carbowax before this litigation. (Tr. (Wermeling) 213.)

137. Dow (or its subsidiaries) has sold PEG and mPEG since 1940. (Tr. (Wermeling) 219; Tr. (Smyth) 617–18; DTX-2022 at 36038.)

138. Carbowax describes thirteen different grades of PEG and three different grades of mPEG. (DTX-2022 at 36038.) A "grade" of PEG or mPEG refers to the average molecular weight of the polymers in the mixture. (*Id.*)

139. Carbowax refers to the thirteen Carbowax PEG and three Carbowax mPEG products as comprising the Dow "family of CARBOWAX products." (*Id.*) Otherwise, Carbowax does not refer to PEG and mPEG as belonging to the same "family." (*Id.*; Tr. (Wermeling) 227; Tr. (Smyth) 601–602.)

140. Carbowax does not discuss the use of mPEG as a pharmaceutical excipient. (DTX-2022 at 36043–44; Tr. (Wermeling) 221–23; Tr. (Smyth) 599–600.)

141. The only pharmaceutical use for mPEG discussed in Carbowax is as a chemical intermediate. (DTX-2022 at 36044; Tr. (Wermeling) 223; Tr. (Smyth) 600.)

142. Carbowax discloses numerous non-pharmaceutical uses for mPEG, such as in adhesives, household products, printing and inks, and mandrel releases. (DTX-2022 at 36048–51; Tr. (Wermeling) 224–25; Tr. (Smyth) 600–01.)

143. Under the heading "Liquid medications"—which discusses liquid-oral dose medications, nose and ear drops, and spray-on medications—Carbowax refers only to "CARBOWAX SENTRY liquid PEGs," not mPEG. (DTX-2022 at 36044; Tr. (Wermeling) 222.)

144. Carbowax does not disclose any exemplary pharmaceutical formulations comprising PEG or mPEG. (DTX-2022.)

145. Carbowax does not disclose intranasal formulations comprising midazolam. (*Id.*) Nor does it disclose the solubility of midazolam, or any drug, in mPEG. (*Id.*; Tr. (Wermeling) 231.)

146. Carbowax discloses that the viscosities of PEG-200 and PEG-300 are lower than that of PEG-400. It discloses that the viscosity of PEG-200 is 4.3 cSt at 100°C and the viscosity of PEG 300 is 5.8 cSt at 100°C. (DTX-2022 at 36053.) Carbowax discloses that the viscosity of mPEG-350 is 3.9 cSt at 100°C. (DTX-2022 at 36053–54.)

147. Carbowax does not disclose any information regarding the safety of mPEG-350 for intranasal administration. (Tr. (Wermeling) 232, 287–88.) Nor does it indicate whether mPEG would be tolerable or non-irritating when administered intranasally. (DTX-2022; Tr. (Wermeling) 232; Tr. (Smyth) 625, 627.)

### 2. Other Prior Art Presented at Trial

#### a. Bechgaard ’608 (DTX-2134)

148. Bechgaard ’608 is a patent relating to intranasal formulations comprising glycofurol, which is different from mPEG. (DTX-2134 at 3; Tr. (Wermeling) 240; Tr. (Smyth) 624–25.)

149. Bechgaard ’608 does not mention mPEG by name or structure. (DTX-2134; Tr. (Wermeling) 239–40; Tr. (Smyth) 624.)

150. The patent examiner considered Bechgaard ’608 during prosecution of the patents-in-suit. (JTX-3003.0002; JTX-3004.0002; Tr. (Smyth) 587–88.)

151. Bechgaard ’608 states that “[t]he n-glycofurols of the formula I are considered to be a pharmaceutically acceptable carrier, especially a pharmaceutically acceptable carrier for nasal administration.” (DTX-2134 at 8.)

152. Bechgaard '608 discloses multiple potential solubilizers for use in intranasal formulations, including ethanol, benzyl alcohol, acetic acid, nitric acid, nitrate, oxalic acid, and phosphoric acid. (DTX-2134 at Fig. 10; Tr. (Wermeling) 242–43.)

**b. Knoester 2002 (PTX-1354) and Knoester 2002b (PTX-1367)**

153. Knoester 2002 and Knoester 2002b are articles reporting on the Knoester Formulation. (PTX-1354; PTX-1367.)

154. Knoester 2002b reports that the Knoester Formulation was "reasonably well tolerated." (PTX-1367.0006; Tr. (Wermeling) 143–44.)

155. Neither Knoester 2002 nor Knoester 2002b discloses formulations comprising PEG, or PEG-400 specifically. (PTX-1354; PTX-1367.)

156. Neither Knoester 2002 nor Knoester 2002b discloses formulations comprising mPEG, or mPEG-350 specifically. (*Id.* (both citations); Tr. (Wermeling) 248.)

157. The Knoester Formulation has been made by compounding pharmacies in the Netherlands but is not approved by any regulatory authority in the Netherlands or United States. (Tr. (Klein) 469.) The Knoester Formulation has never been available to patients in the United States. (*Id.*; Tr. (Privitera) 848.)

**c. Merkus '893 (DTX-2294)**

158. International Publication No. WO 2005/067893 A2 ("Merkus '893") published on July 28, 2005. (D.I. 139, Ex. 1 ¶ 87.)

159. Merkus '893 was a patent application for intranasal midazolam formulations. (DTX-2294 at Title, 41804–5.)

160. The patent examiner considered and cited Merkus '893 during prosecution of the patents-in-suit. (JTX-3003.0003–.0004; Tr. (Smyth) 587–89.)

161. Merkus '893 states that the "aqueous solubility of the midazolam base at neutral pH is too low to prepare suitable midazolam formulations and for this purpose midazolam salts (e.g., hydrochloride) have to be used." (DTX-2294 at 41818.) Merkus '893 guides the POSA to use midazolam salts rather than midazolam base. (Tr. (Smyth) 709; Tr. (Wermeling) 115.)

162. Merkus '893 discloses intranasal midazolam formulations comprising a midazolam salt, propylene glycol, water, and PEG. (DTX-2294 at 41818–19; Tr. (Wermeling) 253–55.) It also discloses additional solubilizers, including glycerol and povidone. (*Id.* (both citations).)

163. Merkus '893 explains that propylene glycol is an attractive solubilizer because it does not have a strong adverse effect on ciliary movement. (DTX-2294 at 41815.) Merkus '893 suggests a preference for formulations comprising propylene glycol, including in concentrations up to 90% v/v. (*Id.* at 41814–15.)

164. Merkus '893 states that its compositions may comprise "viscosity enhancing agents" which can "enhance the delivery of the midazolam." (DTX-2294 at 41817; Tr. (Wermeling) 259–260.)

165. Merkus '893 states that "suitable devices" for spray delivery of its formulations (comprising PEG and propylene glycol) were already commercially available and did not discuss any need for a modified device. (DTX-2294 at 41822; Tr. (Wermeling) 260; Tr. (Smyth) 644.)

166. Merkus '893 does not disclose mPEG, by name or structure. (DTX-2294; Tr. (Wermeling) 288–89.)

167. Merkus '893 states that "there are no adverse effects or disadvantages associated with a composition having a [low] pH." (DTX-2294 at 41817.)

**d. Wermeling 2006 (DTX-2251)**

168. Wermeling 2006 describes a study that administered the Wermeling Formulation to twelve healthy volunteers. (DTX-2251 at 39993.)

169. Wermeling 2006 also discusses studies of the Knoester Formulation and the Loftsson Formulation. Wermeling 2006 suggests that any nasal irritation caused by these formulations resulted from midazolam. (Tr. (Wermeling) 92, 290–91; DTX-2251 at 39998.)

170. Wermeling 2006 does not suggest that propylene glycol causes nasal irritation. (Tr. (Wermeling) 92, 290–91; DTX-2251 at 39998.)

171. Wermeling 2006 does not discuss mPEG, by name or structure. (Tr. (Wermeling) 290; DTX-2251.)

**e. Tracy '672 (DTX-2211)**

172. United States Patent Application Publication US 2004/0247672 ("Tracy '672") published on December 9, 2004. (DTX-2211 at Cover.)

173. Tracy '672 is entitled, "Injectable Sustained Release Compositions." It generally discloses injectable, polymer-paste, sustained-release formulations. (DTX-2211 at Title, [0006], [0046]; Tr. (Wermeling) 233–34; Tr. (Smyth) 620–21.)

174. Multiple paragraphs in Tracy '672 contain laundry lists of possible excipients and embodiments. Although Tracy '672 purports to disclose an advance in the form of an injectable polymer paste, it also contains a paragraph with a laundry list of "almost all of the routes of administration that you would use to deliver medications." (Tr. (Smyth) 621–22.) It lists potential administration via "injection, implantation (*e.g.*, subcutaneously, intramuscularly, intraperitoneally, intracranially, and intradermally), administration to mucosal membranes (*e.g.*, intranasally, intravaginally, intrapulmonary, buccally or by means of a suppository), topically, or in situ delivery (*e.g.*, by enema or aerosol spray)." (DTX-2211 at [0088].) That is the only paragraph that mentions intranasal administration.

175. mPEG is mentioned in Tracy '672 as one of dozens of potential excipients—including polyethylene glycol polymers, surfactants, organic solvents, and aqueous solvents—

under the heading "Viscosity Reducing Agents." (DTX-2211 at [0050]–[0055]; Tr. (Wermeling) 234–36; Tr. (Smyth) 622–24.)

176. In one of the paragraphs under the heading "Viscosity Reducing Agents," Tracy '672 states as follows:

> Polyethylene glycol polymers (PEG) are liquid and solid polymers of the general formula $H(OCH_2CH_2)_nOH$, where n is greater than or equal to 4. In general, each PEG is followed by a number which corresponds to its average molecular weight. For example, PEG200 has an average value of n of 4 with a molecular weight range between 190 and 210, PEG400 has an average value of n between 8.2 and 9.1 with a molecular weight range between 380-420, PEG600 has an average value of n between 12.5 and 13.9 with a molecular weight range between 570 and 630. In a particular embodiment, the PEG is a liquid at room temperature. For example, the PEG can be PEG200, PEG400 or MPEG350 (monomethoxy PEG) which are all liquids at room temperature.

(DTX-2211 at [0052].)

177. Tracy '672 does not disclose any exemplary intranasal pharmaceutical formulations, nor does it disclose any exemplary formulations comprising mPEG. (DTX-2211.)

**f. USP 2006 (DTX-2078)**

178. The United States Pharmacopeia, published in 2006 ("USP 2006"), provides general information on pharmaceutical excipients, such as structures, properties, and test methods. (DTX-2078; Tr. (Smyth) 604.)

179. USP 2006 has different entries for Polyethylene Glycol and Polyethylene Glycol Monomethyl Ether (mPEG). USP 2006 repeatedly distinguishes the uses of PEG from those of mPEG. (DTX-2078 at 36778–86; Tr. (Smyth) 604–06.)

180. USP 2006 does not indicate whether mPEG was ever used in, or could be used in, intranasal formulations. (DTX-2078.)

**g. Handbook of Pharmaceutical Excipients (PTX-1090)**

181. The version Handbook of Pharmaceutical Excipients published in 2006 (the "Handbook") was widely used by formulators before the priority date. (PTX-1090.0001, .0004; Tr. (Wermeling) 237; Tr. (Smyth) 603.) The Handbook describes the physical properties and uses of pharmaceutical excipients. (PTX-1090.0017–22; Tr. (Smyth) 603.)

182. The Handbook contains a chapter on PEG, but does not reference mPEG at all. (PTX-1090.0017–22; Tr. (Wermeling) 237–38; Tr. (Smyth) 603.)

**h. IID (DTX-2583)**

183. The IID is published by the FDA and includes information on excipients that have been used in FDA-approved products, including the specific routes of administration for which they have been used. (DTX-2583; Tr. (Wermeling) 193.)

184. Before January 2007, mPEG (specifically mPEG-350) was listed only once in the IID—in connection with a topical gel product. (DTX-2583; Tr. (Wermeling) 193; Tr. (Smyth) 618–19.)

185. Before January 2007, mPEG was not listed in connection with any intranasal formulations. (DTX-2583; Tr. (Smyth) 619; Tr. (Mittal) 555–56.)

186. Before January 2007, there were over 100 entries for PEG in the IID, including for topical, oral, vaginal, transdermal, rectal, subcutaneous, ophthalmic, nasal, intravenous, intramuscular, inhalation, and dental administration. (DTX-2583.)

J. **Wermeling ’359 Does Not Disclose Each Element of the Asserted Claims**

187. Cipla argues that the asserted claims are invalid under pre-AIA 35 U.S.C. § 102 because they are anticipated by Wermeling ’359.[7] The Court finds that Wermeling ’359 does not disclose each of the elements of either asserted claim. (Tr. (Smyth) 593–612.)

1. **Wermeling ’359 Does Not Disclose mPEG**

188. Both of the asserted claims require methoxy polyethylene glycol, otherwise known as mPEG. (’033 patent at cl. 13; ’322 patent at cl. 10.)

189. Wermeling ’359 does not expressly disclose mPEG. (Tr. (Smyth) 594; DTX-2208.)

190. Wermeling ’359 does not inherently disclose mPEG. (Tr. (Smyth) 594–612.) The POSA would not generally understand a reference to PEG to include mPEG. (Tr. (Smyth) 595, 607–12, 619.) The POSA would not understand the reference to PEG in Wermeling ’359 to include or encompass mPEG. (Tr. (Smyth) 595, 607–12.)

191. PEG and mPEG are not the same thing. (Tr. (Wermeling) 210–11; Tr. (Smyth) 595–99.)

192. PEG and mPEG have different chemical structures. (Tr. (Wermeling) 210–11; Tr. (Smyth) 595–99; DTX-2022 at 36038.)

193. PEG is a polyhydroxy alcohol, with two terminal hydroxy groups. (Tr. (Smyth) 596.)

[7] Although Cipla’s post-trial briefs argue that the claims are invalid for “anticipation” under pre-AIA 35 U.S.C. § 102, Cipla specified in the Pre-trial Order that it is alleging invalidity under 35 U.S.C. § 102(b). (D.I. 139, Ex. 3 ¶ 60.) Both sides agree that, to prove invalidity under § 102, Cipla must demonstrate that each and every limitation is present (either expressly or inherently) in a single reference.

194. mPEG is not a polyhydroxy alcohol. It has a hydroxy group on one end of the carbon backbone and a methoxy group on the other end. (Tr. (Smyth) 597; Tr. (Wermeling) 266; DTX-2022 at 36038.)

195. Although mPEG is sometimes referred to as a PEG derivative, mPEG is not derived from PEG; i.e., "PEG is a different synthesis method from mPEG." (Tr. (Smyth) 608–09.)

196. The Chemical Abstract Service assigns numbers ("CAS Registry Numbers") to chemicals, which are used by the industry to differentiate between chemical entities. (Tr. (Smyth) 598.) PEG and mPEG have different CAS Registry Numbers. (Tr. (Wermeling) 210–11; Tr. (Smyth) 598; PTX-1090.0017; DTX-2583.)

197. General pharmaceutical compendia used by formulators, such as the Handbook and USP 2006, distinguished between PEG and mPEG. (Tr. (Smyth) 603–06; Tr. (Wermeling) 237–38; DTX-2078 at 36778–86; PTX-1090.0017–22.) There is no suggestion in the compendia that a reference to PEG includes or encompasses mPEG. Carbowax does not evidence that the POSA would have understood PEG to include or encompass mPEG. (DTX-2022; Tr. (Smyth) 599–602.)

198. Cipla asserts that Tracy '672 is evidence that the POSA would understand that the term PEG, as used in the art (including in Wermeling '359), would include mPEG. The Court does not so find. The Court finds that any suggestion in Tracy '672 that "MPEG350" falls under the category of "PEG" does not reflect how the POSA would have generally understood the term "PEG" as of the priority date. (Tr. (Smyth) 620.) The Court finds other record evidence more persuasive than Tracy '672 as to how a POSA would understand what Wermeling '359 disclosed (expressly or inherently) when it referred to PEG. (Tr. (Smyth) 597–99, 602–07, 620–24; DTX-2078 at 36778–86; PTX-1090.0017–22; DTX-2583.)

### 2. Wermeling ’359 Does Not Disclose the Combination of Midazolam, mPEG-350, PEG-400, Propylene Glycol, and Water

199. Wermeling ’359 does not disclose the combination of mPEG-350, PEG-400, propylene glycol, and water, as recited in Claim 13 of the ’033 patent. (Tr. (Smyth) 594, 606–12.)

200. Even if PEG were understood to encompass mPEG and other PEG derivatives (and it does not), Wermeling ’359 still would not disclose the combination of excipients in Claim 13 of the ’033 patent. (Tr. (Smyth) 594, 606–12.)

201. Wermeling ’359’s general disclosure of “aqueous and/or non-aqueous diluents” would have encompassed hundreds of potential combinations of excipients. The POSA would not have immediately envisioned the combination of mPEG-350, PEG-400, propylene glycol, and water from this disclosure. (Tr. (Smyth) 610–12.)

202. Wermeling ’359 did not combine PEG, propylene glycol, and water in any formulation, let alone mPEG-350, PEG-400, propylene glycol and water. (Tr. (Wermeling) 205–06; Tr. (Smyth) 610–12; DTX-2208.)

## K. The POSA Would Not Have Been Motivated, With a Reasonable Expectation of Success, to Arrive at the Claimed Invention

### 1. The POSA Would Not Have Been Motivated to Use mPEG in an Intranasal Midazolam Formulation with a Reasonable Expectation of Success.

203. The POSA would not have been motivated to use mPEG in an intranasal midazolam formulation because mPEG was not a known excipient for intranasal formulations, and it had not been used, marketed, or even suggested for use in an intranasal formulation. (Tr. (Smyth) 613, 615–25.) Nor would the POSA have known how mPEG would affect factors such as solubility of midazolam, permeability through the nasal mucosa, sprayability, or safety and tolerability for nasal administration. (*Id.*)

### a. mPEG Had Never Been Used or Suggested for Any Intranasal Formulation

204. Although it had been commercially available from Dow since the 1940s, mPEG was not a known excipient for intranasal formulations prior to 2007. (Tr. (Wermeling) 211, 219, 297–98; Tr. (Smyth) 615–22, 650; DTX-2022 at 36038.)

205. Before 2007, mPEG had not been used in an intranasal formulation. (Tr. (Wermeling) 211, 297–98; Tr. (Smyth) 615–20.)

206. Before 2007, mPEG had not been marketed for use in an intranasal formulation. (Tr. (Wermeling) 211; Tr. (Smyth) 615–20; DTX-2022 at 36044.)

207. Before 2007, no reference suggested the use of mPEG in intranasal formulations. (Tr. (Smyth) 615–22.) Although Tracy '672 refers to the use of mPEG as one pharmaceutical excipient in a laundry list of excipients that might be used in a pharmaceutical composition as a viscosity reducing agent, a POSA would not understand Tracy '672 to disclose or suggest the use of mPEG for an intranasal formulation, especially since Tracy '672 generally relates to injectable sustained release injections. (Tr. (Smyth) 620–24; DTX-2211 at [0050]–[0056], [0088].)

208. Prior to this litigation, Cipla internally described mPEG as a "novel" and "special" excipient. (PTX-1229.0005; PTX-1220; Tr. (Mittal) 555–56; Tr. (Smyth) 680–82.)

### b. The POSA Would Not Have Had a Reasonable Expectation that mPEG was Suitable for Use in an Intranasal Formulation

209. Before 2007, the POSA would not have known whether mPEG was tolerable for use in an intranasal formulation. (Tr. (Smyth) 625–27.)

210. Before 2007, the POSA would not have known whether mPEG was safe for use in an intranasal formulation. (Tr. (Smyth) 625–35; PTX-1069.0001; PTX-1073.0009–10; DTX-2586 at 144–46.)

211. Before 2007, no reference indicated how mPEG would affect the nasal cilia. (Tr. (Smyth) 628–29.)

212. Before 2007, no reference disclosed pharmacokinetic data for an intranasal formulation comprising mPEG-350. (Tr. (Wermeling) 213.)

### c. The POSA Would Not Have Had a Reasonable Expectation that mPEG Was Suitable for Use in an Intranasal Midazolam Formulation

213. The POSA would have considered at least efficacy, safety, stability, and tolerability to be requirements for a successful intranasal midazolam formulation. (Tr. (Wermeling) 113–14; Tr. (Smyth) 576–79, 584–85, 625–26.)

214. To achieve efficacy, the POSA would have needed to understand the effect of the chosen excipients on factors such as the solubility of midazolam, viscosity, and sprayability of an intranasal midazolam formulation, and the permeability of the formulation through the nasal mucosa. (Tr. (Smyth) 576–84.)

215. Before 2007, the POSA would not have known how well mPEG could solubilize midazolam. (Tr. (Smyth) 625–26, 647.) The prior art did not disclose the solubility of midazolam in mPEG. (Tr. (Wermeling) 211, 231, 287; Tr. (Smyth) 625–26.)

216. Before 2007, the POSA would not have known how mPEG would affect the sprayability of an intranasal midazolam formulation. (Tr. (Smyth) 625–27.) Before 2007, no prior art reference provided data on the spray plume of formulations comprising mPEG-350. (Tr. (Wermeling) 213, 231–32.)

217. Before 2007, the POSA would not have known how mPEG would affect the permeability of midazolam through the nasal mucosa. (Tr. (Wermeling) 213; Tr. (Smyth) 625–26.)

218. Before 2007, the POSA would not have known how mPEG would affect the stability of an intranasal midazolam formulation. (Tr. (Smyth) 625–26, 645–46.)

### d. The Sparse Use of mPEG in Topical Products Would Not Have Motivated the POSA to Use mPEG in an Intranasal Formulation With a Reasonable Expectation of Success

219. Before 2007, mPEG had been used in only one FDA-approved product, a topical gel. (Tr. (Wermeling) 193; Tr. (Smyth) 617–19; DTX-2583.)

220. The use of mPEG-350 in topical formulations did not inform whether mPEG was safe for use in intranasal formulations, at least because there are different safety requirements for topical formulations than intranasal formulations and the skin and nasal mucosa are different tissues. (Tr. (Smyth) 627–35; PTX-1069.0001; PTX-1073.0009–10; DTX-2586 at 144–46.)

221. There are additional unique formulation development considerations for intranasal formulations that are not considerations for topical formulations, including the limitations on the volume of the formulation, which requires highly concentrated formulations, and the effect of the mucociliary clearance mechanism, which can affect drug absorption. (Tr. (Smyth) 578–84, 627–29; Tr. (Wermeling) 113–14.)

222. The FDA determined that, for safety evaluation purposes, mPEG's prior use in topical products was "not relevant" to the use of mPEG in an intranasal formulation. (Tr. (Smyth) 631–33; DTX-2586 at 145–46.) Because the FDA determined that mPEG was a "novel excipient" for intranasal use, the FDA required two-week toxicity studies of mPEG in two species before intranasal formulations comprising mPEG could progress to clinical trials. (Tr. (Smyth) 631–35; DTX-2586 at 144–46; PTX-1073.0009.)

223. In June 2007, Dr. Fisher discussed safety concerns regarding mPEG with the inventor, Dr. Gizurarson, noting that there was no published toxicity data for intranasal use of mPEG. (Tr. (Smyth) 629–31; PTX-1069.) Dr. Fisher expressed particular concerns regarding the

"exposure of the nasal mucosa surface" to mPEG and potential toxicity from enzymatic conversion of mPEG to other compounds. (Tr. (Smyth) 629–31; PTX-1069.0001–02.)

**e. Carbowax Would Not Have Led the POSA to Use mPEG in an Intranasal Formulation**

224. Carbowax would not have suggested to the POSA to use mPEG in an intranasal formulation. (Tr. (Smyth) 599–602, 619–20; DTX-2022 at 36043–44, 36050–51.)

225. While use of PEG in an intranasal formulation was known in the art as of the priority date, Carbowax refers to PEG and mPEG as different compounds with different structures, properties, and uses. (Tr. (Wermeling) 219–25; Tr. (Smyth) 599–602, 619–20; DTX-2022 at 36038, 36041, 36043–44, 36050–51.)

226. Carbowax describes a wide variety of pharmaceutical uses for PEG, including in liquid medications such as nose and ear drops. (DTX-2022 at 36043–44; Tr. (Wermeling) 221–22; Tr. (Smyth) 599–600, 619–20.) The only pharmaceutical use for mPEG disclosed in Carbowax is as a chemical intermediate. (DTX-2022 at 36043–44; Tr. (Wermeling) 221–23; Tr. (Smyth) 599–600.)

**2. The POSA Would Not Have Been Motivated, With a Reasonable Expectation of Success, to Use mPEG to Reduce the Viscosity of the Wermeling Formulation**

227. Wermeling '359 did not suggest that the viscosity of the Wermeling Formulation (or any other formulation) was too high. (Tr. (Smyth) 639, 641; Tr. (Wermeling) 269; DTX-2208.) Indeed, its only discussion of agents that affect viscosity are viscosity increasing agents—such as methylcellulose and carboxymethylcellulose sodium—to promote nasal absorption. (DTX-2208 at [0037]; Tr. (Wermeling) 269; Tr. (Smyth) 639.)

228. Although Dr. Wermeling himself testified that the POSA would have been motivated to reduce the viscosity of the Wermeling Formulation (as disclosed in Wermeling '359)

so that it could be used with an unmodified spraying device, Wermeling ’359 did not state that the use of a modified device was problematic. (Tr. (Smyth) 639, 641; DTX-2208.) Dr. Wermeling did not attempt to reformulate the Wermeling Formulation to be delivered through an unmodified device. (Tr. (Wermeling) 286–87.)

229. Even if the POSA were motivated to modify the Wermeling Formulation to lower its viscosity to allow the use of a standard commercial device, the POSA would not have been motivated to use mPEG to do so. (Tr. (Smyth) 637–46.)

230. The POSA would not have expected that adding mPEG to the Wermeling Formulation would result in a viscosity compatible with standard commercial devices. (Tr. (Smyth) 639–42.) If anything, the POSA would have expected that non-aqueous formulations comprising mPEG would still require device modification. (Tr. (Smyth) 639–42.)

231. mPEG-350’s viscosity is similar to propylene glycol and lower viscosity PEGs, such as PEG-200, which fall within the “higher viscosity” formulations discussed in Wermeling ’359. (Tr. (Smyth) 639–42, 647; DTX-2022 at 36052–53.) The POSA would therefore have expected that substituting mPEG into the Wermeling Formulation would not markedly lower viscosity. (Tr. (Smyth) 639–42.)

232. If the POSA were motivated to modify the viscosity of the Wermeling Formulation and were willing to consider excipients not used in intranasal formulations to do so, there would have been a large number of excipients in the pharmaceutical arts to consider. (Tr. (Smyth) 641–42, 650.)

**3. The POSA Would Not Have Been Motivated, with a Reasonable Expectation of Success, to Use mPEG and Water to Improve the Tolerability of the Wermeling Formulation**

233. The POSA would not have been motivated to improve the tolerability of the Wermeling Formulation. (Tr. (Smyth) 646–50.) No prior art suggested that the Wermeling

Formulation was intolerable. (DTX-2208 at [0071], [0078], [0098]; Tr. (Wermeling) 91–92; Tr. (Smyth) 646–50.)

234. Even if the POSA were motivated to reduce the amount of propylene glycol to improve tolerability, the POSA would not have been motivated to use mPEG-350 instead. The POSA would not have known whether mPEG would be a tolerable excipient in an intranasal formulation. (Tr. (Smyth) 625, 627, 646–47.)

235. The POSA would not have known whether mPEG could solubilize midazolam as well as propylene glycol, which was known to be an excellent solubilizer. Before 2007, nothing was known about mPEG's ability to solubilize midazolam. (Tr. (Smyth) 647; Tr. (Wermeling) 257.)

236. Because midazolam base has poor solubility in water, the POSA would have been concerned that adding water to the Wermeling Formulation would negatively affect the stability of the formulation and could cause midazolam to precipitate. (Tr. (Wermeling) 252; Tr. (Smyth) 636–37, 648–49; DTX-2294 at 41818.)

237. Thus, the POSA would not have been motivated to add mPEG and water to a formulation with midazolam base. (Tr. (Smyth) 636–37, 648–49.)

#### 4. mPEG Was Not Interchangeable with PEG

238. PEG and mPEG were not known to be interchangeable in the art as of the priority date. (Tr. (Smyth) 596–607.)

239. Because PEG and mPEG have different chemical structures, they also have different physical and chemical properties such as melting point, freezing point, viscosity, and chemical reactivity. (Tr. (Smyth) 594–95, 597; Tr. (Lusty) 325.)

240. As a result, they also had different pharmaceutical uses prior to 2007. (Tr. (Smyth) 597–98; DTX-2022 at 36043–44; DTX-2078 at 36778–81.)

241. Before 2007, PEG had been used as a solubilizer in a number of liquid formulations and had been used as an active ingredient in laxatives. (Tr. (Smyth) 597; DTX-2022 at 36044–45.)

242. Before 2007, mPEG had been used as a chemical intermediate, and in four topical products: one gel, one vaginal lubricant, and two bar soaps. (Tr. (Wermeling) 194–95, 223; Tr. (Smyth) 597–98, 617–18; DTX-2022 at 36044–45.) Of the four topical products, only the gel was FDA-approved. (Tr. (Smyth) 617–19; DTX-2583.)

243. The POSA would not have been able to predict the effect of substituting mPEG for PEG in an intranasal midazolam formulation. (Tr. (Smyth) 645–46, 650.)

244. Before 2007, PEG and mPEG were distinguished and treated differently in the art. (Tr. (Smyth) 594–95, 606–07; Tr. (Wermeling) 220–21; DTX-2022 at 36038.) PEG and mPEG have different CAS Registry Numbers. (Tr. (Wermeling) 210–11; Tr. (Smyth) 598; PTX-1090.0017; DTX-2583.) General pharmaceutical compendia used by formulators, such as the Handbook and USP 2006, distinguished between PEG and mPEG. (Tr. (Smyth) 603–06; Tr. (Wermeling) 237–38; DTX-2078 at 36778–86; PTX-1090.0017–22.)

245. Wermeling '359 did not suggest that PEG is interchangeable with mPEG. It described PEG as a "polyhydroxy alcohol." mPEG is not a polyhydroxy alcohol. (DTX-2022 at [0030]; Tr. (Wermeling) 264–65; Tr. (Smyth) 616–17.)

**L. Facts that (UCB says) are Relevant to Objective Indicia of Non-Obviousness**

246. As of January 2007, the industry recognized a need for an ARS treatment that could be administered by non-medical personnel (i.e., a "rescue treatment" or an "at-home treatment") and particularly recognized the need for an intranasal treatment for ARS. (Tr. (Klein) 425, 439–41; PTX-1109.0001; PTX-1197.0001; PTX-1366.0001; PTX-1148.0001.)

Case: 26-1992 Document: 25 Page: 44 Filed: 09/04/2026

247. As early as the 1960s, the industry recognized that ARS should be promptly treated because of the risks inherent to any seizure and because of the risk of status epilepticus. (Tr. (Klein) 425, 427; Tr. (Privitera) 837–38; PTX-1148.001.) Through the 1980s, the industry continued to recognize that ARS should be treated quickly with a medication that did not require administration by trained medical professionals. (Tr. (Klein) 428–29; PTX-1109.0001; PTX-1366.0003.)

248. Beginning as early as the 1990s, the industry recognized that intranasal benzodiazepines would be an advantageous ARS rescue medication. (Tr. (Wermeling) 202–03; Tr. (Klein) 438–40; PTX-1109.0001; PTX-1366.0003.)

249. In 1997, Diastat, a rectal gel formulation of diazepam, became the first FDA-approved rescue product for the treatment of ARS, and remained the only FDA-approved rescue product available prior to 2007. (Tr. (Klein) 425, 436; Tr. (Privitera) 843–44; DTX-2327 at 82761.) In order to administer Diastat, a caretaker was required to turn the patient on their side, lower their pants or skirt to bare their buttocks, separate the buttocks to access the rectum, insert and plunge the syringe, and close the buttocks together to prevent leakage. (Tr. (Wermeling) 119; Tr. (Klein) 436–38.) Caregivers and most patients, especially older children and adults, found administration of Diastat embarrassing and socially unacceptable and therefore were reluctant to use it. (Tr. (Wermeling) 119; Tr. (Klein) 436–41, 449–50, 452–53; Tr. (Privitera) 844–45; PTX-1109.0001; PTX-1366.0001–03; PTX-1183.0005.)

250. Prior to 2007, some patients were prescribed off-label uses of benzodiazepines, such as oral lorazepam, or intranasal administration of an intravenous midazolam formulation. (Tr. (Wermeling) 120–21; Tr. (Klein) 425–26, 441.)

251. Orally administered benzodiazepines (including buccal and sublingual formulations) were not ideal as at-home rescue treatments for ARS, at least because of limitations in their route of administration and their time to peak plasma levels. (Tr. (Klein) 425–26, 430–31, 493, 511, Tr. (Privitera) 785, 840–42; PTX-1194.0001; PTX-1197.0001; DTX-2536 at 85198.) Oral medications require the patient's cooperation for administration and therefore cannot be administered while a patient is actively seizing or in a postictal state in which a patient experiences unconsciousness or substantial cognitive impairment. (Tr. (Klein) 430–32, 511; Tr. (Privitera) 785, 842; PTX-1194.0001.) If oral medication is administered to the patient during a seizure or postictal state, there is a risk the medication will be inhaled. (Tr. (Klein) 430–32; Tr. (Privitera) 785; DTX-2549 at 671797; PTX-1194.0001.) Orally administered drugs, including benzodiazepines, are absorbed more slowly than other routes of administration. (Tr. (Klein) 430–32; Tr. (Privitera) 785; DTX-2549 at 671797; PTX-1194.0001.) Orally administered lorazepam may not reach peak plasma levels for up to three hours following administration. (Tr. (Klein) 430–31; Tr. (Privitera) 795–96; DTX-2356 at 85203.)

252. Intranasal administration of the IV midazolam formulation was known since the 1980s but it had drawbacks. (Tr. (Klein) 441–46, 451–52; PTX-1369.0013–15; DTX-2326 at 82755; DTX-2251 at 39993.) The IV midazolam formulation was not convenient for intranasal administration. (Tr. (Wermeling) 120; Tr. (Klein) 441–46; DTX-2326 at 82755; DTX-2251 at 39993.) To administer intranasally, the IV midazolam formulation was administered either via a dropper or through an atomizer obtained from a compounding pharmacy. (Tr. (Wermeling) 82; Tr. (Privitera) 797, 835–36.) Intranasal administration of IV midazolam led to unpredictable absorption and unpredictable effectiveness. (Tr. (Klein) 441–42.) The IV midazolam solution has a concentration of 5 mg/mL midazolam, and therefore requires the administration of 1 mL solution

intranasally to achieve a therapeutic dose of midazolam. (Tr. (Wermeling) 119–20; Tr. (Klein) 441–42.) Administering 1mL of solution is too large for the nasal cavity, resulting in the formulation leaking out of the patient's nose or being swallowed and causing discomfort to the patient. (Tr. (Klein) 441–45; Tr. (Wermeling) 120; DTX-2326 at 82755; DTX-2251 at 39993.) If a patient were administered the IV midazolam solution intranasally during a seizure and inhaled the excess solution, it could cause pneumonia. (Tr. (Klein) 442–43.) The FDA concluded that intranasal administration of IV midazolam could lead to dosing errors. (Tr. (Klein) 448–50, PTX-1372.0012–14, .0060.) Intranasal administration of IV midazolam was not a widely used treatment for ARS prior to 2007. (Wermeling 83; Tr. (Klein) 443; Tr. (Privitera) 846.)

253. In 2008, the FDA granted fast-track status to Nayzilam. (Tr. (Klein) 448–49; Tr. (Picciolo-Lehrke) 730; Tr. (Privitera) 857; PTX-1372.0020.)

254. No new FDA-approved treatment options for ARS became available between 2007 and Nayzilam's approval in 2019. (Tr. (Klein) 426, 446–49; Tr. (Privitera) 850–51; PTX-1361.0005–6; PTX-1121.0002; PTX-1372.0002, .0013–14.) Nayzilam was the first FDA-approved intranasal benzodiazepine indicated for the treatment of ARS. (Tr. (Klein) 431, 472–75; Tr. (Privitera) 834.) Nayzilam provided a safe and effective rescue treatment for ARS that patients or their caregivers could administer. (Tr. (Klein) 422–23, 474–75; DTX-2515 at 95437.) Nayzilam is the best rescue treatment option for many patients with ARS, particularly patients whose second seizure follows soon after the first. (Tr. (Klein) 433–34, 478–79; Tr. (Privitera) 834–35, 837.) Valtoco was approved in 2020. (Tr. (Klein) 478, 480.)

255. Nayzilam has received some recognition and praise in the industry. (Tr. (Klein) 480–82; Tr. (Smyth) 679–82.) Dr. Jacqueline French—a well-respected epileptologist, past president of the American Epilepsy Society, chief medical and innovation officer of the Epilepsy

Foundation of American, and professor of neurology at NYU Langhorne Health—praised Nayzilam, describing it as a "game changer" based on its formulation and intranasal method of delivery. (PTX-1364.0045; Tr. (Klein) 480–81; Tr. (Privitera) 854–55.) Prior to this litigation, Cipla publicly praised Nayzilam. (Tr. (Klein) 481–82.) Cipla recognized that Nayzilam "resulted in rapid and sustained seizure control in patients with [seizure clusters]," that Nayzilam "had an acceptable safety profile," and that Nayzilam could "potentially provide a solution for the critical unmet clinical need of acute treatment of [ARS] in an outpatient setting." (PTX-1183.0007.)

256. Beginning in 2018, Cipla spent three years attempting to design around the Nayzilam composition by developing and testing intranasal midazolam formulations without mPEG. (PTX-1210; Tr. (Mittal) 547–48; Tr. (Smyth) 667–79; D.I. 139, Ex. 1 ¶¶ 31, 80.) Cipla tried dozens of different formulations as an alternative to Nayzilam's formulation, using at least 25 different excipients. (PTX-1211; PTX-1216.0004–05; PTX-1031.0001–03; PTX-1032.0001–02; Tr. (Gandhi) 538; Tr. (Smyth) 667–72.) Ultimately, Cipla did not seek FDA approval of any formulation that did not include mPEG. (Tr. (Smyth) 667–68, 670–72, 677, 679.) This was at least partially because an intranasal midazolam formulation without mPEG would have required the inclusion of hydrochloric acid, which would have resulted in conversion of some of the midazolam into the salt form and would have prevented Cipla from using the ANDA (generic) pathway for FDA approval. (Tr. (Ghandi) 541–43; Tr. (Smyth) 674–75.)

257. Between 2007 and 2019, the patents-in-suit were licensed by four companies. (Tr. (Smyth) 657.) These include ITI, Upsher-Smith Laboratories, Proximagen, LLC, and UCB. (Tr. (Smyth) 657–61; DTX-2417 at NAYZILAM_00033958–78 (September 12, 2007 Exclusive Patent License Agreement between Hananja and ITI); DTX-2416 (June 21, 2010 Exclusive License Agreement between Ikano (f/k/a ITI) and USL); DTX-2414 at NAYZILAM_00033807 (reflecting

2017 assignment of license from USL to Proximagen); DTX-2409 (April 18, 2018 Asset Purchase Agreement between UCB and Proximagen); DTX-2415 (April 18, 2018 License and Asset Purchase Agreement between Ikano (f/k/a ITI) and UCB).) As of 2006, ITI had rights to other intranasal benzodiazepine formulations, including the Wermeling Formulation and the ITI Intranasal Lorazepam formulation, both of which were in clinical studies for the treatment of seizures. (Tr. (Wermeling) 208; Tr. (Smyth) 662–63.)

258. UCB sought to acquire an ARS rescue medication that was an alternative to Diastat. (Tr. (Picciolo-Lehrke) 726–27.) UCB valued Nayzilam over Valtoco because Nayzilam was the better choice for ARS patients as demonstrated by its superior pharmacokinetic profile, including its faster onset of action and recovery time. (Tr. (Picciolo-Lehrke) 724.) UCB would have purchased the rights to Nayzilam even if Nayzilam was second to market. (Tr. (Picciolo-Lehrke) 756–57.)

## III. FINDINGS OF FACT REGARDING ANTICIPATION

Anticipation is a question of fact. Cipla contends that the asserted claims are anticipated[8] by Wermeling ’359 “because it expressly discloses intranasal midazolam formulations comprising PEG-400, propylene glycol, and water, and because a POSA would have understood the disclosure of ‘polyethylene glycol’ to include mPEG-350.” (D.I. 172, Cipla’s Post-Trial Br., at 3.)[9] UCB responds that Wermeling ’359 does not expressly or inherently disclose mPEG, and that even if it did, Wermeling ’359 does not disclose the combination of elements as arranged in the claims. (D.I. 170, UCB’s Post-Trial Br., at 5, 8.) I agree with UCB.

---

[8] *See* n.77, *supra*.

[9] Cipla’s Reply Brief did not respond to UCB’s arguments as to why the asserted claims were not anticipated. Cipla’s Reply Brief did not substantively address anticipation at all.

As discussed above, the Court finds that Wermeling '359 does not disclose mPEG or mPEG-350, either expressly or inherently. Because Cipla has failed to prove by clear and convincing evidence that Wermeling '359 discloses mPEG or mPEG-350, Cipla has not established that the asserted claims are invalid as anticipated.

## IV. CONCLUSIONS OF LAW REGARDING OBVIOUSNESS

Obviousness is a question of law. Cipla contends that the asserted claims are obvious based on the combination of Wermeling '359 and Carbowax. Cipla asserts that the POSA would have been motivated to reduce the viscosity of the Wermeling Formulation (as described in Wermeling '359) and would have tried including the excipient mPEG-350 (as described in Carbowax) in the formulation. Cipla also asserts that the POSA would have been motivated to substitute propylene glycol in the Wermeling Formulation with mPEG-350 and water to improve tolerability. And Cipla contends that the POSA would have had a reasonable expectation of success. I disagree with Cipla.

"In this case, the patent claims a new composition or formulation to deliver an FDA-approved active ingredient. Thus, the claimed invention is not obvious if a person of ordinary skill would not select and combine the prior art references to reach the claimed composition or formulation." *Unigene Lab'ys, Inc. v. Apotex, Inc.*, 655 F.3d 1352, 1361 (Fed Cir. 2011) (citation omitted).

The Court finds that the POSA would not have been motivated to select mPEG, or mPEG-350 specifically, as described in Carbowax, as an excipient for use in an intranasal formulation of midazolam. There was no suggestion in Carbowax or elsewhere in the art that mPEG would be useful or suitable as an excipient in an intranasal formulation. Cipla's contention otherwise is pure hindsight.

In reaching this conclusion, I reject Cipla's specific assertion that the POSA would have been motivated to modify the formulation disclosed in Wermeling '359 by using the mPEG disclosed in Carbowax in order to (1) reduce the viscosity of the Wermeling Formulation so that it could be delivered through a standard device, and (2) improve tolerability. Even if the Court thought Cipla had proven that the POSA would have been motivated to modify the Wermeling Formulation in the ways that Cipla says (and the Court does not think that has been proven), the Court is wholly unpersuaded that mPEG (as described in Carbowax) would have been an obvious choice, given that its suitability for any nasal formulation was unknown and there was little to no information in the art suggesting that mPEG or mPEG-350 would help a POSA achieve a lower viscosity intranasal formulation or that a formulation containing mPEG would be suitable for administration with a standard device.[10]

Nor has Cipla established by clear and convincing evidence that a POSA would have had a reasonable expectation of success in using mPEG, or specifically mPEG-350, in an intranasal midazolam formulation. Again, mPEG had never been used in an intranasal formulation before.

[10] In support of its obviousness argument, Cipla cites *Almirall, LLC v. Amneal Pharmaceuticals LLC*, 28 F.4th 265, 271, 273–76 (Fed Cir. 2022). (D.I. 172 at 11.) In *Almirall*, the Federal Circuit affirmed the PTAB's holding that claims directed to a topical dapsone composition using a certain gelling agent were invalid as obvious because it was "simply a case of substituting one known gelling agent for another" and the agents "were known for use in topical compositions with water insoluble drugs." *Almirall*, 28 F.4th at 273–74. *Almirall* is inapposite because the Court has found that PEG and mPEG are not interchangeable and mPEG was not known for use in intranasal formulations.

Cipla also relies on *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1365–67 (Fed. Cir. 2007). (D.I. 172 at 12–13.) That case held that it was obvious to make a tablet containing a particular salt form of a known active ingredient by employing an FDA-approved anion known to be useful for making a pharmaceutically acceptable salt, where the POSA would have expected success with that particular anion due to its known chemical characteristics. *Id.* *Pfizer* is distinguishable from the situation here for many reasons, including because the FDA had never approved a nasal formulation containing mPEG, and because a POSA would not have reasonably expected success in using mPEG in a nasal formulation.

It had been available since the 1940s yet had only been used in one FDA-approved product—a topical gel. As of the priority date, it was not reasonably known whether midazolam would be sufficiently soluble in mPEG, or mPEG-350 specifically, or that using mPEG in an intranasal midazolam formulation would be stable, safe, sprayable, and tolerable. And, although Cipla asserts that the POSA would have been motivated to use mPEG in order to arrive at a midazolam formulation that could be administered using a standard nasal spraying device, the Court finds that the POSA would not have had a reasonable expectation that the inclusion of mPEG would achieve that result.

The parties spill a lot of ink discussing the import of evidence that they contend is (or isn't) relevant to secondary considerations of non-obviousness. The law requires the Court to consider that evidence, and I have. Even assuming that there is a nexus between the asserted claims and the FDA-approved Nayzilam product, the evidence offered for secondary considerations isn't particularly probative of non-obviousness under the circumstances here.[11] And that evidence certainly doesn't help Cipla meet its burden to prove by clear and convincing evidence that the asserted claims are obvious.

Cipla has not established by clear and convincing evidence that the asserted claims are invalid for obviousness.

[11] For example, UCB argues that Cipla's decision to "copy" the claimed formulation after it tried to design around supports a conclusion of non-obviousness. The Court does not find that evidence particularly probative of non-obviousness where, as here, Cipla copied because potential alternative formulations would have taken it off the generic pathway for FDA approval.

The Court also recognizes that there is significant evidence of a long-felt need for an FDA-approved, commercially available nasal formulation of midazolam, but the Court gives limited weight to that fact for purposes of its non-obviousness determination. The evidence at trial revealed that there were multiple publications describing intranasal midazolam formulations before the priority date. And there are lots of business and financial reasons why a pharmaceutical company may or may not choose to further develop a particular project or pursue FDA approval for a particular formulation.

## V. CONCLUSION

For the reasons above, the Court concludes that Cipla has failed to prove that the asserted claims are invalid.

The parties are ordered to meet and confer and submit a proposed final judgment consistent with this Memorandum Opinion on or before May 22, 2026.

The parties filed their post-trial briefs under seal. Accordingly, I'm issuing this Memorandum Opinion under seal in the unlikely event that it discusses any evidence that was admitted at trial under seal. To the extent that either side seeks to have any portion of this Memorandum Opinion redacted, the parties shall jointly submit a proposed redacted version no later than May 18, 2026, for review by the undersigned, along with a motion supported by a declaration that includes a detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious injury to the party seeking closure." *See In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019) (quoting *Miller v. Ind. Hosp.*, 16 F.3d 549, 551 (3d Cir. 1994) (internal quotation marks omitted)). The Court intends to issue a public version of this Memorandum Opinion no later than May 19, 2026.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL,
HANANJA EHF and
UNIVERSITY OF ICELAND,

Plaintiffs,

v.

CIPLA LIMITED and CIPLA USA INC.,

Defendants.

C.A. No. 21-1229 (JLH)

**~~[PROPOSED]~~ FINAL JUDGMENT**

This action, having been tried before the Court from October 2–5, 2023, Honorable Jennifer L. Hall presiding, the evidence and testimony of witnesses of each side having been heard and a decision having been rendered;

IT IS HEREBY ORDERED AND ADJUDGED this 27th day of May 2026, for the reasons set forth in the May 15, 2026 Opinion (D.I. 199), that:

1. Judgment is entered in favor of Plaintiffs UCB Inc., UCB BioPharma SRL, Hananja EHF, and the University of Iceland, and against Defendants Cipla Limited and Cipla USA Inc. (together, "Cipla") on Plaintiffs' claim that Cipla's filing of Abbreviated New Drug Application No. 216048 ("Cipla's ANDA") infringed Claim 13 of the '033 Patent and Claim 10 of the '322 Patent and that the commercial manufacture, use, sale or offer for sale in the United States, or importation into the United States, of the product that is the subject of Cipla's ANDA ("Cipla's ANDA Product") would infringe Claim 13 of the '033 Patent and Claim 10 of the '322 Patent.

2. Judgment is entered in favor of Plaintiffs and against Cipla on Cipla's counterclaims for invalidity of Claim 13 of the '033 Patent and Claim 10 of the '322 Patent.

3. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval by the Food and Drug Administration of Cipla's ANDA No. 216048 shall be a date that is not earlier than the date of expiration of the '033 Patent and the '322 Patent, and any additional periods of exclusivity to which Plaintiffs have or may become entitled.

4. Pursuant to 35 U.S.C. § 271(e)(4)(B), Cipla and each of its officers, agents, servants, employees, successors, and attorneys, and all persons and entities acting in concert or participation with them, are enjoined, until the expiration of the '033 Patent and the '322 Patent from commercially manufacturing, using, selling or offering for sale in the United States, or importing into the United States, Cipla's ANDA Product.

* * *

Any motion for attorneys' fees and/or costs, including but not limited to any motion that this case is exceptional under 35 U.S.C. § 285, or a bill of costs pursuant to D. Del. LR 54.1, shall be considered timely if filed and served within thirty (30) days after the issuance of a mandate from the Federal Circuit, if any appeal is filed, or the time for appeal to the Federal Circuit expires, if no appeal is filed. Any oppositions to any such motion shall be considered timely if filed and served within thirty (30) days after the motion is filed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs UCB Inc., UCB Biopharma SRL, Hananja EHF, and University of Iceland*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Cipla Limited and Cipla USA Inc.*

May 22, 2026

SO ORDERED this 27th day of May, 2026.

The Honorable Jennifer L. Hall
United States District Court Judge

Query Reports Utilities Help Log Out

CLOSED,APPEAL,PATENT

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-01229-JLH**

UCB, Inc. et al v. Cipla Limited et al
Assigned to: Judge Jennifer L. Hall
Related Cases: 1:26-cv-00427-JLH
1:25-cv-00382-JLH
Case in other court: Federal Circuit, 26-01992
Cause: 35:271 Patent Infringement

Date Filed: 08/26/2021
Date Terminated: 05/27/2026
Jury Demand: None
Nature of Suit: 835 Patent - Abbreviated New Drug Application(ANDA)
Jurisdiction: Federal Question

**Plaintiff**

**UCB, Inc.**

represented by **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: Jbbefiling@mnat.com
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
Email: ahansen@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
Email: ddenuyl@cov.com
*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
Email: gpappas@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kaveh V. Saba**
Email: ksaba@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

302-351-9366
Email: mdellinger@mnat.com
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
Email: MKeech@cov.com
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UCB Biopharma SRL** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hananja EHF** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)

*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**University of Iceland** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*
*PRO HAC VICE*

**George F. Pappas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cipla Limited** represented by

**Anil H. Patel**
Email: anil.patel@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortlan S. Hitch**
Morris James LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6988
Fax: 302-571-1750
Email: chitch@morrisjames.com
*ATTORNEY TO BE NOTICED*

**Harold M. Storey**
Email: harold.storey@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenna Bruce**
Email: jenna.bruce@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter L. Giunta**
Email: peter.giunta@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Laurence Dorsney**
Morris James LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6855
Email: kdorsney@morrisjames.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cipla USA Inc.** represented by

**Anil H. Patel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortlan S. Hitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold M. Storey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenna Bruce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter L. Giunta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Laurence Dorsney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cipla Limited** represented by **Kenneth Laurence Dorsney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cipla USA Inc.** represented by **Kenneth Laurence Dorsney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Hananja EHF** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**UCB Biopharma SRL** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**UCB, Inc.** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**University of Iceland** represented by **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 05/22/2025*
*LEAD ATTORNEY*

**Alexa R. Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Denuyl**
(See above for address)
*TERMINATED: 01/03/2023*

**George F. Pappas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Dellinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Keech**
(See above for address)
*TERMINATED: 04/28/2026*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2021 | 1 | COMPLAINT FOR PATENT INFRINGEMENT filed against Cipla Limited, Cipla USA Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC-3687131.) - filed by UCB, Inc., UCB Biopharma SRL, Hananja EHF, University of Iceland. (Attachments: # 1 Certificate of Compliance A-D, # 2 Civil Cover Sheet)(myr) (Entered: 08/27/2021) |
| 08/26/2021 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 3 | Supplemental information for patent cases involving an Abbreviated New Drug Application (ANDA) - Date Patentee(s) Received Notice: July 16,2021. Date of Expiration of Patent: January 18,2028 (for all).Thirty Month Stay Deadline: 1/16/2024. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,217,033 B2 ;8,809,322 B2 ;9,289,432 B2 ;9,687,495 B2. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 5 | Disclosure Statement pursuant to Rule 7.1: identifying Other Affiliate UCB SA, Other Affiliate UCB, Inc., Other Affiliate UCB Pharma SA, Other Affiliate UCB Manufacturing, Inc. for UCB Biopharma SRL; Other Affiliate UCB SA, Other Affiliate UCB Holdings, Inc. for UCB, Inc. filed by UCB Biopharma SRL, UCB, Inc.. (myr) (Entered: 08/27/2021) |
| 08/26/2021 | 6 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Hananja EHF. (myr) (Entered: 08/27/2021) |

| | | |
|---|---|---|
| 08/26/2021 | 7 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by University of Iceland. (myr) (Entered: 08/27/2021) |
| 08/27/2021 | 8 | Summons Issued with Magistrate Consent Notice attached as to Cipla Limited on 8/27/2021; Cipla USA Inc. on 8/27/2021. (Attachments: # 1 Summons Issued)(myr) (Entered: 08/27/2021) |
| 08/27/2021 | 9 | MOTION for Pro Hac Vice Appearance of Attorney George F. Pappas, Melissa Keech, Alexa Hansen and David Denuyl - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 08/27/2021) |
| 08/31/2021 | 10 | SUMMONS Returned Executed by UCB, Inc., UCB Biopharma SRL, Hananja EHF, University of Iceland. Cipla USA Inc. served on 8/31/2021, answer due 9/21/2021. (Blumenfeld, Jack) (Entered: 08/31/2021) |
| 09/01/2021 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 09/01/2021) |
| 09/01/2021 | | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney George F. Pappas, Melissa Keech, Alexa Hansen and David Denuyl filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Signed by Judge Colm F. Connolly on 9/1/2021. (nmf) (Entered: 09/01/2021) |
| 09/01/2021 | 11 | AFFIDAVIT of Service for Summons, Complaint and related papers served on Cipla Limited on September 1, 2021, filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/01/2021) |
| 09/14/2021 | | Pro Hac Vice Attorneys Alexa R. Hansen, Melissa Keech for Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (twk) (Entered: 09/14/2021) |
| 09/14/2021 | | Pro Hac Vice Attorney David S. Denuyl and George F. Pappas for Hananja EHF, UCB Biopharma SRL, UCB, Inc. and University of Iceland added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mal) (Entered: 09/14/2021) |
| 09/21/2021 | 12 | ANSWER to 1 Complaint, , COUNTERCLAIM against All Plaintiffs by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 13 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Cipla Limited., Corporate Parent Cipla (EU Limited), Corporate Parent InvaGen Pharmaceuticals, Inc., for Cipla USA Inc. filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Anil H. Patel, Attorney Harold Storey, Attorney Peter Giunta and Attorney Jenna Bruce - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney Anil H. Patel, Attorney Harold Storey, Attorney Peter Giunta and Attorney Jenna Bruce filed by Cipla Limited, Cipla USA Inc. Signed by Judge Colm F. Connolly on 9/21/2021. (kmd) (Entered: 09/21/2021) |
| 09/23/2021 | 15 | Order Setting Telephonic Scheduling Conference: A Scheduling Conference is set for 10/28/2021 at 08:00 AM before Judge Colm F. Connolly. Counsel for Plaintiffs shall coordinate the call and email the dial-in information to chambers. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a |

| | | |
|---|---|---|
| | | conference. Signed by Judge Colm F. Connolly on 9/23/2021. (nmf) (Entered: 09/23/2021) |
| 09/27/2021 | | Pro Hac Vice Attorneys Anil H. Patel, Peter L. Giunta, Jenna Bruce, and Harold M. Storey for Cipla Limited and Cipla USA Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (srs) (Entered: 09/27/2021) |
| 10/12/2021 | 16 | ANSWER to 12 Answer to Complaint, Counterclaim - by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 10/12/2021) |
| 10/20/2021 | | Reset Hearings: The Scheduling Conference is rescheduled per request of counsel for 11/17/2021 at 12:00 PM before Judge Colm F. Connolly. (nmf) (Entered: 10/20/2021) |
| 11/15/2021 | 17 | PROPOSED ORDER -- Scheduling Order -- by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Letter to The Honorable Colm F. Connolly)(Dellinger, Megan) (Entered: 11/15/2021) |
| 11/16/2021 | | The 11/17/2021 Rule 16 Scheduling Conference is canceled per the filing of the unopposed proposed scheduling order at D.I. 17 . The Court will enter the order soon. (nmf) (Entered: 11/16/2021) |
| 11/18/2021 | 18 | NOTICE OF SERVICE of (1) Cipla's Rule 26(a)(1) Initial Disclosures; and (2) Cipla's Paragraph 3 Disclosures filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 11/18/2021) |
| 11/18/2021 | 19 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 7/29/2022. Amended Pleadings due by 7/29/2022. Fact Discovery completed by 9/30/2022. Expert Discovery due by 4/28/2023. Joint Claim Construction Brief due by 6/3/2022. A Markman Hearing is set for 6/30/2022 at 09:00 AM in Courtroom 4B before Judge Colm F. Connolly. Proposed Pretrial Order due by 6/8/2023. A Final Pretrial Conference is set for 6/29/2023 at 03:00 PM in Courtroom 4B before Judge Colm F. Connolly. A Bench Trial is set for 7/17/2023 at 08:30 AM in Courtroom 4B before Judge Colm F. Connolly. Signed by Judge Colm F. Connolly on 11/18/2021. (nmf) (Entered: 11/18/2021) |
| 11/18/2021 | | CASE REFERRED to Magistrate Judge Mary Pat Thynge for Mediation. Please see Standing Order dated January 20, 2016, regarding disclosure of confidential ADR communications. A link to the standing order is provided here for your convenience at https://www.ded.uscourts.gov/sites/ded/files/forms/StandingOrderforADR-Mediation.pdf (Taylor, Daniel) (Entered: 11/18/2021) |
| 11/18/2021 | | ORAL ORDER: This matter has been referred to Chief Magistrate Judge Mary Pat Thynge for ADR. Should any party (or all parties) desire to discuss mediation and its timing, the party(ies) shall contact Judge Thynge and her Law Clerk, Daniel Taylor (daniel_taylor@ded.uscourts.gov), to request that a teleconference be scheduled. Ordered by Judge Mary Pat Thynge on 11/18/2021. (Taylor, Daniel) (Entered: 11/18/2021) |
| 11/18/2021 | 20 | NOTICE OF SERVICE of (1) Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1); and (2) Plaintiffs' Paragraph 3 Initial Disclosures filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 11/18/2021) |
| 12/16/2021 | | ORAL ORDER: On or before December 22, 2021, the parties shall either (1) submit to the Clerk of Court an executed Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, indicating their consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and post-trial proceedings; or (2) a joint letter indicating that both parties do not consent to a reference of this action to a Magistrate Judge. The letter should not indicate which party |

| | | |
|---|---|---|
| | | or parties did not consent. If the parties consent, the case will be referred to Magistrate Judge Hall. Because of the Court's caseload, if the parties do not consent, the Court intends to assign the case to a visiting judge from another district. Ordered by Judge Colm F. Connolly on 12/16/2021. (nmf) (Entered: 12/16/2021) |
| 12/17/2021 | 21 | STIPULATION TO EXTEND TIME for the parties to submit a proposed Protective Order to December 27, 2021 - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 12/17/2021) |
| 12/17/2021 | 22 | NOTICE OF SERVICE of (1) Plaintiffs' Initial Infringement Contentions; and (2) Plaintiffs' Interrogatory No. 1 to Cipla Limited and Cipla USA, Inc. - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 12/17/2021) |
| 12/20/2021 | 23 | SO ORDERED, re 21 STIPULATION TO EXTEND TIME for the parties to submit a proposed Protective Order to December 27, 2021, filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Signed by Judge Colm F. Connolly on 12/20/2021. (kmd) (Entered: 12/20/2021) |
| 12/21/2021 | 24 | NOTICE OF SERVICE of Plaintiffs' First Set of Requests for Production of Documents and Things to Cipla Limited and Cipla USA, Inc. filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 12/21/2021) |
| 12/22/2021 | 25 | STIPULATION TO EXTEND TIME for the parties to submit AO 85 Magistrate Consent Form or Joint Letter to December 29, 2021 - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 12/22/2021) |
| 12/22/2021 | | SO ORDERED, re 25 STIPULATION TO EXTEND TIME for the parties to submit AO 85 Magistrate Consent Form or Joint Letter to December 29, 2021, filed by Cipla Limited, Cipla USA Inc. Ordered by Judge Colm F. Connolly on 12/22/2021. (kmd) (Entered: 12/22/2021) |
| 12/27/2021 | 26 | PROPOSED ORDER Proposed Stipulated Protective Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Blumenfeld, Jack) (Entered: 12/27/2021) |
| 12/27/2021 | | SO ORDERED, re 26 Proposed Stipulated Protective Order, filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Ordered by Judge Colm F. Connolly on 12/27/2021. (kmd) (Entered: 12/27/2021) |
| 12/29/2021 | 27 | CONSENT to Jurisdiction by U.S. Magistrate Judge filed by Cipla Limited, Cipla USA Inc., Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. Case reassigned to Magistrate Judge Jennifer L. Hall. Signed by Judge Colm F. Connolly on 12/29/2021. (nmf) (Entered: 12/29/2021) |
| 01/10/2022 | 28 | ORAL ORDER: Due to a scheduling conflict, the Markman Hearing scheduled for June 30, 2022 is CANCELLED. The hearing is RESCHEDULED for July 7, 2022 at 9:00 AM before Judge Jennifer L. Hall. The length and format of the hearing will be determined at a later date. ORDERED by Judge Jennifer L. Hall on 1/10/2022. (ceg) (Entered: 01/10/2022) |
| 01/13/2022 | 29 | NOTICE OF SERVICE of First set of Requests for Production filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 01/13/2022) |
| 01/18/2022 | 30 | NOTICE OF SERVICE of Plaintiffs' Amended Paragraph 3 Initial Disclosures filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Blumenfeld, Jack) (Entered: 01/18/2022) |

| | | |
|---|---|---|
| 01/25/2022 | 31 | NOTICE OF SERVICE of Cipla's Objections and Responses to Plaintiffs' Interrogatory No. 1 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 01/25/2022) |
| 01/27/2022 | 32 | NOTICE OF SERVICE of Cipla's Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-54) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 01/27/2022) |
| 02/11/2022 | 33 | NOTICE OF SERVICE of Cipla's Initial Invalidity Contentions filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 02/11/2022) |
| 02/22/2022 | 34 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' First Set of Request for Production (Nos. 1-41) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 02/22/2022) |
| 02/22/2022 | 35 | NOTICE OF SERVICE of Cipla's Preliminary List of Proposed Claim Terms filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 02/22/2022) |
| 02/22/2022 | 36 | NOTICE OF SERVICE of Plaintiffs' Initial Disclosure of Claim Terms filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 02/22/2022) |
| 02/25/2022 | 37 | NOTICE OF SERVICE of Cipla's First Set of Interrogatories to Plaintiffs' (Nos. 1-3) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 02/25/2022) |
| 02/28/2022 | 38 | Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding claim construction. (Dellinger, Megan) (Entered: 02/28/2022) |
| 03/02/2022 | 39 | ORAL ORDER: Having reviewed the parties' letter (D.I. 38 ), the remaining claim construction briefing is vacated and the *Markman* hearing scheduled for July 7, 2022 is cancelled. ORDERED by Judge Jennifer L. Hall on 3/2/2022. (ceg) (Entered: 03/02/2022) |
| 03/14/2022 | 40 | NOTICE OF SERVICE of Cipla's Second Set of Requests for Production to Plaintiffs (Nos. 42-53) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 03/14/2022) |
| 03/28/2022 | 41 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-3) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 03/28/2022) |
| 03/29/2022 | 42 | MOTION for Pro Hac Vice Appearance of Attorney Kaveh V. Saba - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/29/2022) |
| 03/30/2022 | | SO ORDERED, 42 Motion for Pro Hac Vice Appearance of Attorney Kaveh V. Saba filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. ORDERED by Judge Jennifer L. Hall on 3/30/2022. (ceg) (Entered: 03/30/2022) |
| 04/04/2022 | | CASE NO LONGER REFERRED to Chief Magistrate Judge Thynge for the purpose of exploring ADR. Pursuant to the Court's Standing Order No. 2022-2, dated March 14, 2022, "[u]nless otherwise directed by the Court, Magistrate Judges will no longer engage in alternative dispute resolution of patent and securities cases." *See also* 28 U.S.C. § 652(b). (Taylor, Daniel) (Entered: 04/04/2022) |
| 04/05/2022 | 43 | MOTION for Pro Hac Vice Appearance of Attorney Charles Hall - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 04/05/2022) |
| 04/05/2022 | | SO ORDERED, 43 Motion for Pro Hac Vice Appearance of Attorney Charles Hall filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. ORDERED by |

| | | |
|---|---|---|
| | | Judge Jennifer L. Hall on 4/5/2022. (ceg) (Entered: 04/05/2022) |
| 04/13/2022 | 44 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production (Nos. 42-53) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 04/13/2022) |
| 04/15/2022 | 45 | MOTION for Teleconference to Resolve Discovery and Protective Order Dispute - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 04/15/2022) |
| 04/18/2022 | 46 | ORAL ORDER Setting Teleconference: The Court has reviewed the Motion for Teleconference to Resolve Discovery and Protective Order Dispute (D.I. 45 ). A discovery dispute teleconference is scheduled for May 5, 2022 at 1:00 PM Eastern Time before Judge Jennifer L. Hall. By no later than April 22, 2022, the party(ies) seeking relief shall file with the Court a letter, not to exceed three pages, in no less than 12-point font, outlining the issues in dispute and its position on those issues. By no later than April 28, 2022, any party(ies) opposing the application for relief may file a letter, not to exceed three pages, in no less than 12-point font, outlining that party's reasons for its opposition. Counsel is reminded to provide courtesy copies. Counsel shall send dial-in information directly to the Court, no later than 24 hours prior to the hearing, using the following e-mail address: Cailah_Garfinkel@ded.uscourts.gov. The Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Jennifer L. Hall on 4/18/2022. (ceg) (Entered: 04/18/2022) |
| 04/22/2022 | 47 | [SEALED] Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding Disqualification of Defendants' Expert Dr. Daniel Wermeling. (Attachments: # 1 Exhibit 1 - Lusty Declaration, # 2 Text of Proposed Order)(Dellinger, Megan) (Entered: 04/22/2022) |
| 04/22/2022 | 48 | [SEALED] DECLARATION re 47 Letter, -- *Declaration of David S. Denuyl* -- by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits A-H)(Dellinger, Megan) (Entered: 04/22/2022) |
| 04/28/2022 | 49 | [SEALED] Letter to The Honorable Jennifer L. Hall from Kenneth L. Dorsney regarding Cipla's Response to Plaintiffs' April 22, 2022 Letter. (Dorsney, Kenneth) (Entered: 04/28/2022) |
| 04/28/2022 | 50 | [SEALED] DECLARATION re 49 Letter *Declaration of Daniel Wermeling in support of Cipla's Responsive Letter* by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 04/28/2022) |
| 04/29/2022 | 51 | REDACTED VERSION of 47 Letter, by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order) (Dellinger, Megan) (Entered: 04/29/2022) |
| 04/29/2022 | 52 | REDACTED VERSION of 48 Declaration by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits A-H)(Dellinger, Megan) (Entered: 04/29/2022) |
| 05/05/2022 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Discovery Dispute Teleconference held on 5/5/2022. The Court took the matter under advisement and will issue an order. (*Court Reporter Michele Rolfe.) (ceg) (Entered: 05/05/2022) |
| 05/05/2022 | 53 | ORAL ORDER: Having reviewed Plaintiffs' Motion for a Teleconference to Resolve Discovery Dispute (D.I. 45 ) and the accompanying letter briefs, declarations, and exhibits (D.I. 47-50), Plaintiffs' request to disqualify Dr. Wermeling from serving as an expert for Defendants is DENIED. Disqualification of an expert is a drastic remedy. Notwithstanding Dr. Wermeling's job title at Plaintiffs' predecessors-in-interest, under the |

| | | |
|---|---|---|
| | | particular and unique circumstances of this case, the Court is unpersuaded that Dr. Wermeling learned any confidential or privileged information related to the technology at issue or patents-in-suit that would require his disqualification. ORDERED by Judge Jennifer L. Hall on 5/5/2022. (ceg) (Entered: 05/05/2022) |
| 05/05/2022 | 54 | REDACTED VERSION of 49 Letter *to The Honorable Jennifer L. Hall from Kenneth L. Dorsney re Cipla's responsive discovery dispute letter* by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 05/05/2022) |
| 05/05/2022 | 55 | REDACTED VERSION of 50 Declaration *of Daniel Wermeling in support of Cipla's responsive discovery dispute letter* by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 05/05/2022) |
| 05/11/2022 | 56 | NOTICE OF SERVICE of Cipla's Third Set of Requests for Production to Plaintiffs (Nos. 54-64) filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 05/11/2022) |
| 06/06/2022 | 57 | STIPULATION TO EXTEND TIME Substantial Completion of Document Production and Agreement on Fact Depositions to June 24, 2022 and July 1, 2022 - filed by Cipla Limited. (Hitch, Cortlan) (Entered: 06/06/2022) |
| 06/08/2022 | 58 | NOTICE OF SERVICE of Plaintiffs' Interrogatories Nos. 2-3 to Cipla filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 06/08/2022) |
| 06/08/2022 | | SO ORDERED, 57 Stipulation and Order to Extend Time for Substantial Completion of Document Production and Agreement on Fact Depositions to June 24, 2022 and July 1, 2022. ORDERED by Judge Jennifer L. Hall on 6/8/2022. (ceg) (Entered: 06/08/2022) |
| 06/10/2022 | 59 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Third Set of Requests for Production (Nos. 54-64) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 06/10/2022) |
| 06/13/2022 | 60 | NOTICE OF SERVICE of (1) Cipla's Amended 26(a)(1) Initial Disclosures and; (2) Cipla's Amended Paragraph 3 Disclosures filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 06/13/2022) |
| 06/24/2022 | 61 | PROPOSED Stipulated Amended Protective Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) Modified on 6/27/2022 (ceg). (Entered: 06/24/2022) |
| 06/24/2022 | 62 | STIPULATION and [Proposed] Order Regarding Infringement - by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 06/24/2022) |
| 06/28/2022 | 63 | SO ORDERED, 61 Stipulated Amended Protective Order. Signed by Judge Jennifer L. Hall on 6/28/2022. (ceg) (Entered: 06/28/2022) |
| 06/28/2022 | 64 | SO ORDERED, 62 Stipulation and Order Regarding Infringement. Signed by Judge Jennifer L. Hall on 6/28/2022. (ceg) (Entered: 06/28/2022) |
| 07/08/2022 | 65 | NOTICE OF SERVICE of Cipla's Objections and Responses to Plaintiffs' Interrogatory Nos. 2-3 filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 07/08/2022) |
| 07/18/2022 | 66 | NOTICE OF SERVICE of Cipla's Second Set of Interrogatories to Plaintiffs (Nos. 4-15) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 07/18/2022) |
| 07/28/2022 | 67 | NOTICE OF SERVICE of Cipla's Notice of 30(b)(6) Deposition to Plaintiffs filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 07/28/2022) |

| | | |
|---|---|---|
| 07/29/2022 | 68 | [SEALED] NOTICE to Take Deposition of Defendants Cipla Limited and Cipla USA Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) on a date agreed by the parties filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 07/29/2022) |
| 08/05/2022 | 69 | NOTICE OF SERVICE of Cipla's Second Amended Paragraph 3 Disclosures filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 08/05/2022) |
| 08/05/2022 | 70 | REDACTED VERSION of 68 Notice to Take Deposition by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 08/05/2022) |
| 08/11/2022 | 71 | MOTION for Pro Hac Vice Appearance of Attorney Yiye Fu - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 08/11/2022) |
| 08/11/2022 | | SO ORDERED, 71 Motion for Pro Hac Vice Appearance of Attorney Yiye Fu filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. ORDERED by Judge Jennifer L. Hall on 8/11/2022. (ceg) (Entered: 08/11/2022) |
| 08/15/2022 | 72 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories (Nos. 4-15) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 73 | NOTICE to Take Deposition of Vipul Mittal on September 12, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 74 | NOTICE to Take Deposition of Kalindi Ghandi on September 19, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 75 | NOTICE to Take Deposition of Jigar Patel on September 20, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/15/2022 | 76 | NOTICE to Take Deposition of Bhumika Patel on September 26, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/15/2022) |
| 08/19/2022 | 77 | NOTICE OF SERVICE of Plaintiffs' Objections and Responses to Cipla's Rule 30(b)(6) Notice of Deposition to Plaintiffs - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/19/2022) |
| 08/22/2022 | 78 | NOTICE to Take Deposition of Sveinbjorn Gizurarson on September 15, 2022 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 08/22/2022) |
| 08/24/2022 | 79 | NOTICE OF SERVICE of Non-Party Richard A. Fisher's Responses and Objections to Defendants' Subpoena to Produce Documents filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Main Document 79 replaced on 8/25/2022) (ceg). Modified on 8/25/2022 (ceg). (Entered: 08/24/2022) |
| 08/25/2022 | | CORRECTING ENTRY: The pdf for D.I. 79 has been replaced with a corrected version and the docket text has been modified per counsel's request. (ceg) (Entered: 08/25/2022) |
| 08/25/2022 | 80 | NOTICE OF SERVICE of Cipla's Third Set of Interrogatories to Plaintiffs (Nos. 16-17) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 08/25/2022) |
| 08/26/2022 | 81 | Joint MOTION for Teleconference to Resolve Discovery Dispute - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: |

| | | |
|---|---|---|
| | | 08/26/2022) |
| 08/29/2022 | 82 | NOTICE OF SERVICE of Non-Party Michael E. Lusty's Responses and Objections to Defendants' Subpoena to Produce Documents filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/29/2022) |
| 08/30/2022 | 83 | ORAL ORDER Setting Teleconference: The Court has reviewed the Joint Motion for Teleconference to Resolve Discovery Dispute (D.I. 81 ). A discovery dispute teleconference is scheduled for September 7, 2022 at 2:00 PM Eastern Time before Judge Jennifer L. Hall. By no later than August 31, 2022, the party(ies) seeking relief shall file with the Court a letter, not to exceed three pages, in no less than 12-point font, outlining the issues in dispute and its position on those issues. By no later than September 2, 2022, any party(ies) opposing the application for relief may file a letter, not to exceed three pages, in no less than 12-point font, outlining that party's reasons for its opposition. Counsel is reminded to provide courtesy copies. Counsel shall send dial-in information directly to the Court, no later than 24 hours prior to the hearing, using the following e-mail address: Cailah_Garfinkel@ded.uscourts.gov. The Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Jennifer L. Hall on 8/30/2022. (ceg) (Entered: 08/30/2022) |
| 08/30/2022 | | Pro Hac Vice Attorney Kaveh V. Saba for UCB, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 08/30/2022) |
| 08/30/2022 | 84 | NOTICE OF SERVICE of Cipla's First Amended Responses and Objections to Plaintiffs' First Set of Requests for Production (Nos. 1-54) filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 08/30/2022) |
| 08/31/2022 | 85 | NOTICE OF SERVICE of Plaintiffs' First Supplemental Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-3) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/31/2022) |
| 08/31/2022 | 86 | [SEALED] Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding Cipla's initial discovery dispute letter. (Hitch, Cortlan) Modified on 8/31/2022 (ceg). (Entered: 08/31/2022) |
| 08/31/2022 | 87 | NOTICE OF SERVICE of (1) Plaintiffs' First Requests for Admissions to Cipla (Nos. 1-42); and (2) Plaintiffs' Third Set of Interrogatories to Cipla (Nos. 4-14) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 08/31/2022) |
| 08/31/2022 | 88 | NOTICE OF SERVICE of (1) Cipla's Fourth Set of Interrogatories to Plaintiffs (No. 18) and; (2) Cipla's Objections to Plaintiffs Notice of 30(b)(6) Deposition filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 08/31/2022) |
| 08/31/2022 | 89 | [SEALED] Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding discovery dispute. (Attachments: # 1 Exhibits A-K, # 2 Text of Proposed Order) (Dellinger, Megan) Modified on 9/1/2022 (ceg). (Entered: 08/31/2022) |
| 09/02/2022 | 90 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding Cipla's request to withdraw one discovery issue. (Hitch, Cortlan) Modified on 9/2/2022 (ceg). (Entered: 09/02/2022) |
| 09/02/2022 | 91 | [SEALED] Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding Cipla's Response to Plaintiffs' August 31, 2022 Letter. (Hitch, Cortlan) Modified on 9/7/2022 (ceg). (Entered: 09/02/2022) |

| | | |
|---|---|---|
| 09/02/2022 | 92 | [SEALED] Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding discovery dispute. (Attachments: # 1 Exhibits A-K, # 2 Text of Proposed Order) (Dellinger, Megan) Modified on 9/7/2022 (ceg). (Entered: 09/02/2022) |
| 09/06/2022 | 93 | NOTICE OF SERVICE of Non-Party Raouf Ghaderi's Responses and Objections to Defendants' Subpoena to Produce Documents filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/06/2022) |
| 09/07/2022 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Discovery Dispute Teleconference held on 9/7/2022. (*Court Reporter Carrie Gold, Veritext.) (ceg) (Entered: 09/07/2022) |
| 09/07/2022 | 94 | ORAL ORDER: IT IS HEREBY ORDERED that the transcript of the September 7, 2022 discovery dispute teleconference shall serve as the Order of the Court. ORDERED by Judge Jennifer L. Hall on 9/7/2022. (ceg) (Entered: 09/07/2022) |
| 09/07/2022 | 95 | REDACTED VERSION of 89 Letter by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/07/2022) |
| 09/08/2022 | 96 | REDACTED VERSION of 86 Letter *to Judge Hall from Cortlan S. Hitch re Cipla's Initial Discovery Dispute Letter* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 09/08/2022) |
| 09/08/2022 | 97 | REDACTED VERSION of 92 Letter by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/08/2022) |
| 09/09/2022 | 98 | REDACTED VERSION of 91 Letter *to Judge Hall from Cortlan S. Hitch re Cipla's Responsive Discovery Dispute Letter* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 09/09/2022) |
| 09/12/2022 | 99 | Official Transcript of Discovery Dispute Teleconference held on 9/7/2022 before Judge Jennifer L. Hall. Court Reporter/Transcriber Veritext Legal Solutions, Phone: (302) 571-0510. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER Redaction Request due 10/3/2022. Redacted Transcript Deadline set for 10/13/2022. Release of Transcript Restriction set for 12/12/2022. (nmg) (Entered: 09/12/2022) |
| 09/12/2022 | 100 | MOTION for Pro Hac Vice Appearance of Attorney Adam S. Berlin - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/12/2022) |
| 09/12/2022 | | SO ORDERED, 100 Motion for Pro Hac Vice Appearance of Attorney Adam S. Berlin filed by Cipla Limited, Cipla USA Inc. ORDERED by Judge Jennifer L. Hall on 9/12/2022. (ceg) (Entered: 09/12/2022) |
| 09/21/2022 | 101 | NOTICE to Take Deposition of Jigar Patel on September 27, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/21/2022) |
| 09/21/2022 | 102 | NOTICE to Take Deposition of Bhumika Patel on September 29, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/21/2022) |
| 09/21/2022 | 103 | NOTICE to Take Deposition of Kalindi Ghandi on October 7, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/21/2022) |
| 09/21/2022 | 104 | NOTICE to Take Deposition of Vipul Mittal on October 12, 2022 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: |

| | | |
|---|---|---|
| | | 09/21/2022) |
| 09/26/2022 | 105 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories (Nos. 16-17) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/26/2022) |
| 09/30/2022 | 106 | NOTICE OF SERVICE of (1) Plaintiffs' First Supplemental Responses and Objections to Defendants' Second Set of Interrogatories (Nos. 4-15); and (2) Plaintiffs' Responses and Objections to Defendants' Fourth Set of Interrogatories (No. 18) filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 09/30/2022) |
| 09/30/2022 | 107 | NOTICE OF SERVICE of (1) Cipla's Responses to First Set of Requests for Admissions (Nos. 1-42); (2) Cipla's Responses to Third Set of Interrogatories (Nos. 4-14) and; (3) Cipla's Supplemental Responses to Interrogatories (Nos. 2-3) filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 09/30/2022) |
| 10/18/2022 | 108 | NOTICE to Take Deposition of Anna Lisa Picciolo-Lehrke on October 20, 2022 filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 10/18/2022) |
| 10/19/2022 | 109 | STIPULATION and [Proposed] Order Regarding Certain Objections to the Admissibility of Documents by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 10/19/2022) |
| 10/20/2022 | 110 | NOTICE of Withdrawal of Cipla's Notice to Take Deposition of Anna Lisa Picciolo-Lehrke by Cipla Limited, Cipla USA Inc. re 108 Notice to Take Deposition (Dorsney, Kenneth) (Entered: 10/20/2022) |
| 10/24/2022 | | SO ORDERED, 109 Stipulation and Order Regarding Certain Objections to the Admissibility of Documents. ORDERED by Judge Jennifer L. Hall on 10/24/2022. (ceg) (Entered: 10/24/2022) |
| 12/16/2022 | 111 | NOTICE OF SERVICE of (1) Opening Expert Report of Dr. Pavel Klein Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033, 8,809,322, 9,289,432, and 9,687,495; and (2) Opening Expert Report of Dr. Hugh Smyth Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033, 8,809,322, 9,289,432, and 9,687,495 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 12/16/2022) |
| 12/19/2022 | 112 | NOTICE OF SERVICE of Cipla's Opening Expert Report of Daniel P. Wermeling, Pharm.D. on Invalidity filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 12/19/2022) |
| 12/21/2022 | 113 | ORAL ORDER: Due to a conflict in the Court's calendar, the bench trial scheduled to start on July 17, 2023 is RESCHEDULED to start on July 24, 2023. ORDERED by Judge Jennifer L. Hall on 12/21/2022. (ceg) (Entered: 12/21/2022) |
| 01/03/2023 | 114 | NOTICE requesting Clerk to remove David Denuyl as co-counsel. Reason for request: No Longer with Firm. (Dellinger, Megan) (Entered: 01/03/2023) |
| 02/09/2023 | 115 | STIPULATION and Proposed Order to Extend Time for the parties to serve Rebuttal Expert Reports and Reply Expert Reports to February 15, 2023 and March 15, 2023 - filed by Cipla Limited, Cipla USA Inc. (Dorsney, Kenneth) Modified on 2/9/2023 (ceg). (Entered: 02/09/2023) |
| 02/13/2023 | | SO ORDERED, 115 Stipulation and Order to Extend Scheduling Order Deadlines. (*Resetting Scheduling Order Deadlines: Rebuttal Expert Reports due by 2/15/2023; |

| | | |
|---|---|---|
| | | Reply Expert Reports due by 3/15/2023). ORDERED by Judge Jennifer L. Hall on 2/13/2023. (ceg) (Entered: 02/13/2023) |
| 02/15/2023 | 116 | NOTICE OF SERVICE of (1) Cipla's Rebuttal Expert Report of Daniel P. Wermeling, Pram. D. regarding Objective Indicia of Non-Obviousness and: (2) Cipla's Rebuttal Expert Report of Michael D. Privitera regarding Objective Indicia of Non-Obviousness filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 02/15/2023) |
| 02/15/2023 | 117 | NOTICE OF SERVICE of Rebuttal Expert Report of Dr. Hugh Smyth Regarding the Validity of U.S. Patent Nos. 8,217,033 and 8,809,322 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 02/15/2023) |
| 03/15/2023 | 118 | NOTICE OF SERVICE of Cipla's Reply Expert Report of Daniel Wermeling on Invalidity of the 033 and 322 Patents filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 03/15/2023) |
| 03/15/2023 | 119 | NOTICE OF SERVICE of (1) Reply Expert Report of Dr. Hugh Smyth Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033 and 8,809,322; and (2) Reply Expert Report of Dr. Pavel Klein Regarding Objective Indicia of Non-Obviousness Supporting the Validity of U.S. Patent Nos. 8,217,033 and 8,809,322 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 03/15/2023) |
| 03/27/2023 | 120 | NOTICE to Take Deposition of Pavel Klein, M.D. filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 03/27/2023) |
| 03/27/2023 | 121 | NOTICE to Take Deposition of Hugh Smyth. Ph. D. filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 03/27/2023) |
| 04/04/2023 | 122 | STIPULATION and [Proposed] Order Regarding Daubert Motions by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 04/04/2023) |
| 04/05/2023 | 123 | SO ORDERED, 122 Stipulation and Order Regarding Daubert Motions. Signed by Judge Jennifer L. Hall on 4/5/2023. (ceg) (Entered: 04/05/2023) |
| 04/05/2023 | 124 | NOTICE to Take Deposition of Daniel Wermeling, PharmD. on April 6, 2023 filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland.(Dellinger, Megan) (Entered: 04/05/2023) |
| 05/12/2023 | 125 | STIPULATION Dismissing Claims and Counterclaims regarding the '432 and '495 Patents by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 05/12/2023) |
| 05/15/2023 | 126 | SO ORDERED, 125 Stipulation and Order Dismissing Claims and Counterclaims regarding the '432 and '495 Patents. Signed by Judge Jennifer L. Hall on 5/15/2023. (ceg) (Entered: 05/15/2023) |
| 06/02/2023 | 127 | ORAL ORDER: The pretrial conference scheduled for June 29, 2023 at 3:00 pm before Judge Hall will be conducted in-person in courtroom TBD. Ordered by Judge Jennifer L. Hall on 6/2/2023. (ceg) (Entered: 06/02/2023) |
| 06/08/2023 | 128 | [SEALED] Joint Proposed Pretrial Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15) (Dellinger, Megan) Modified on 6/9/2023 (ceg). (Main Document 128 replaced on 6/13/2023) (ceg). (Entered: 06/08/2023) |
| 06/13/2023 | | CORRECTING ENTRY: The pdf for the Joint Proposed Pretrial Order found at D.I. 128 has been replaced with a corrected version to include paragraph numbers. Defendants do |

| | | |
|---|---|---|
| | | not oppose the correction. (ceg) (Entered: 06/13/2023) |
| 06/15/2023 | 129 | STIPULATION TO EXTEND TIME for the parties to file a redacted version of the Joint [Proposed] Pretrial Order (D.I. 128) to June 16, 2023 - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 06/15/2023) |
| 06/16/2023 | | SO ORDERED, 129 Stipulation and Order to Extend Time for the parties to file a redacted version of the Joint Proposed Pretrial Order (D.I. 128) to June 16, 2023. Ordered by Judge Jennifer L. Hall on 6/16/2023. (ceg) (Entered: 06/16/2023) |
| 06/16/2023 | 130 | REDACTED VERSION of 128 Proposed Pretrial Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15) (Dellinger, Megan) (Entered: 06/16/2023) |
| 06/23/2023 | | Remark: The pretrial conference scheduled for June 29, 2023 at 3:00 pm before Judge Hall will be in courtroom 2B. (ceg) (Entered: 06/23/2023) |
| 06/23/2023 | 131 | NOTICE OF SERVICE of Cipla's Notice pursuant to 35 U.S.C. § 282 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 06/23/2023) |
| 06/28/2023 | | CORRECTING ENTRY: D.I. 132 Removed per counsel's request due to incorrect filing uploaded. (vfm) (Entered: 06/28/2023) |
| 06/28/2023 | 132 | Unopposed MOTION for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices - filed by Cipla Limited, Cipla USA Inc. (Hitch, Cortlan) Modified on 6/28/2023 (ceg). (Entered: 06/28/2023) |
| 06/28/2023 | 133 | ORAL ORDER Setting Teleconference: A Telephone Conference is scheduled for June 28, 2023 at 04:30 PM before Judge Jennifer L. Hall. The parties shall call the Court's conference line at (877) 336-1829, access code: 7090640. Ordered by Judge Jennifer L. Hall on 6/28/2023. (ceg) (Entered: 06/28/2023) |
| 06/28/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Telephone Conference held on 6/28/2023. (*Court Reporter Deanna Warner.) (ceg) (Entered: 06/28/2023) |
| 06/29/2023 | 134 | ORDER granting 132 Unopposed Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices. Signed by Judge Jennifer L. Hall on 6/29/2023. (ceg) (Entered: 06/29/2023) |
| 06/29/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Pretrial Conference held on 6/29/2023 in courtroom 2B. The bench trial will be rescheduled for a date to be determined. (*Court Reporter Deanna Warner.) (ceg) (Entered: 06/29/2023) |
| 07/05/2023 | 135 | Official Transcript of held on 6/28/23 before Judge Jennifer Hall. Court Reporter Deanna Warner, Email: deanna_warner@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Warner, Deanna) (Entered: 07/05/2023) |
| 07/05/2023 | 136 | Official Transcript of Pretrial Conference held on 6/29/23 before Judge Jennifer Hall. Court Reporter Deanna Warner, Email: deanna_warner@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Warner, Deanna) (Entered: 07/05/2023) |

| | | |
|---|---|---|
| 07/19/2023 | 137 | NOTICE OF SERVICE of AMENDED NOTICE PURSUANT TO 35 U.S.C § 282 filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 07/19/2023) |
| 07/31/2023 | 138 | ORDER AFTER PRETRIAL CONFERENCE: The Joint Proposed Pretrial Order (D.I. 128 ) will be ADOPTED as modified by this order and any discussion at the pretrial conference, which the parties are expected to incorporate into a revised pretrial order. A 4-day bench trial will begin on Monday, October 2, 2023, at 9:30 a.m. in courtroom 6D. (*See Order for details). Signed by Judge Jennifer L. Hall on 7/31/2023. (ceg) (Entered: 08/01/2023) |
| 08/01/2023 | | CORRECTING ENTRY: The Order After Pretrial Conference (D.I. 138 ) has been refiled to include the pdf. (ceg) (Entered: 08/01/2023) |
| 09/12/2023 | 139 | [SEALED] Revised Joint [Proposed] Pretrial Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15, # 2 Letter to The Honorable Jennifer L. Hall)(Dellinger, Megan) Modified on 9/12/2023 (ceg). (Entered: 09/12/2023) |
| 09/15/2023 | 140 | [SEALED] SO ORDERED, granting 139 Revised Joint Pretrial Order with the Court adopting Plaintiffs' proposal in paragraph 93. Signed by Judge Jennifer L. Hall on 9/15/2023.This order has been emailed to local counsel. (ceg) (Entered: 09/15/2023) |
| 09/19/2023 | 141 | STIPULATION TO EXTEND TIME for the parties to file a redacted version of the Revised Joint [Proposed] Pretrial Order (D.I. 139) to September 26, 2023 - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/19/2023) |
| 09/21/2023 | | SO ORDERED, 141 Stipulation and Order to Extend Time for the parties to file a redacted version of the Revised Joint [Proposed] Pretrial Order (D.I. 139) to September 26, 2023. Ordered by Judge Jennifer L. Hall on 9/21/2023. (ceg) (Entered: 09/21/2023) |
| 09/21/2023 | 142 | Joint MOTION to exempt certain persons from the District of Delawares May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse - filed by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 09/21/2023) |
| 09/25/2023 | 143 | SO ORDERED, granting 142 Joint Motion to Exempt Certain Persons from the District of Delawares May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices. Signed by Judge Jennifer L. Hall on 9/25/2023. (ceg) (Entered: 09/25/2023) |
| 09/25/2023 | 144 | REDACTED VERSION of 139 Proposed Pretrial Order, by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits 1-15, # 2 Letter to The Honorable Jennifer L. Hall)(Dellinger, Megan) (Entered: 09/25/2023) |
| 09/29/2023 | 145 | MOTION for Exemption of Person from the District of Delaware's May 15, 2023 Standing Order on Personal Devices - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/29/2023) |
| 09/29/2023 | 146 | SO ORDERED, granting 145 Motion for Exemption of Person from the District of Delaware's May 15, 2023 Standing Order on Personal Devices. Signed by Judge Jennifer L. Hall on 9/29/2023. (ceg) (Entered: 09/29/2023) |
| 09/29/2023 | 147 | MOTION for Pro Hac Vice Appearance of Attorney John Y. Veiszlemlein of COVINGTON & BURLING LLP - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 09/29/2023) |

| | | |
|---|---|---|
| 10/02/2023 | | SO ORDERED, 147 Motion for Pro Hac Vice Appearance of Attorney John Y. Veiszlemlein of COVINGTON & BURLING LLP filed by Hananja EHF, UCB, Inc., UCB Biopharma SRL, University of Iceland. Ordered by Judge Jennifer L. Hall on 10/2/2023. (ceg) (Entered: 10/02/2023) |
| 10/02/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial Day 1 held on 10/2/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/03/2023) |
| 10/03/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial Day 2 held on 10/3/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/04/2023) |
| 10/04/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial Day 3 held on 10/4/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/05/2023) |
| 10/05/2023 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Bench Trial completed on 10/5/2023. (*Court Reporter Bonnie Archer.) (ceg) (Entered: 10/05/2023) |
| 10/30/2023 | 148 | [SEALED] Official Transcript of bench trial held on October 2, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) Modified on 1/17/2024 (ceg). (Entered: 10/30/2023) |
| 10/30/2023 | 149 | Official Transcript of bench trial held on October 3, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) (Entered: 10/30/2023) |
| 10/30/2023 | 150 | [SEALED] Official Transcript of bench trial held on October 4, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) Modified on 1/17/2024 (ceg). (Entered: 10/30/2023) |
| 10/30/2023 | 151 | Official Transcript of bench trial held on October 5, 2023 before Judge Jennifer Hall. Court Reporter/Transcriber Bonnie Archer,Email: bonnie_archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/20/2023. Redacted Transcript Deadline set for 11/30/2023. Release of Transcript Restriction set for 1/29/2024. (Archer, Bonnie) (Entered: 10/30/2023) |
| 11/03/2023 | 152 | Joint PROPOSED Post-Trial Briefing Order by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) Modified on 11/6/2023 (ceg). (Entered: 11/03/2023) |
| 11/06/2023 | 153 | NOTICE of Intent to Request Redaction by Megan Elizabeth Dellinger re 150 Transcript,, 148 Transcript,, (Dellinger, Megan) (Entered: 11/06/2023) |

| | | |
|---|---|---|
| 11/07/2023 | 154 | NOTICE of Intent to Request Redaction by Kenneth Laurence Dorsney re 150 Transcript,, 149 Transcript,, 151 Transcript,, 148 Transcript,, (Dorsney, Kenneth) (Entered: 11/07/2023) |
| 11/15/2023 | 155 | ORAL ORDER: Having reviewed the parties' Joint Proposed Post-Trial Briefing Order (D.I. 152 ), IT IS HEREBY ORDERED that post-trial briefing shall proceed as follows: (1) Defendants serve proposed findings of fact and opening post-trial brief no later than December 14, 2023; (2) Plaintiffs serve proposed findings of fact and answering post-trial brief no later than February 1, 2024; (3) Defendants serve reply post-trial brief no later than March 7, 2024; (4) both parties file their proposed findings of fact and post-trial briefing and submit hyperlinked versions no later than March 14, 2024. Each side will have up to 10,000 words total for their briefing with Defendants' reply brief to use no more than 3,000 words. Ordered by Judge Jennifer L. Hall on 11/15/2023. (ceg) (Entered: 11/15/2023) |
| 11/20/2023 | 156 | [SEALED] MOTION to Redact 150 Transcript, 148 Transcript, // Cipla's Unopposed Motion to Redact Transcript (Vol. 1 of 2 Exs. A - C) - filed by Cipla Limited, Cipla USA Inc. (Hitch, Cortlan) Modified on 11/21/2023 (dlw). (Additional attachment(s) added on 11/21/2023: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (dlw). (Main Document 156 replaced on 11/21/2023) (dlw). (Entered: 11/20/2023) |
| 11/20/2023 | 157 | [SEALED] MOTION to Redact 150 Transcript, 148 Transcript // Cipla's Unopposed Motion to Redact Transcript (Vol. 2 of 2 Exs. D-F) - filed by Cipla Limited, Cipla USA Inc. (Hitch, Cortlan) Modified on 11/21/2023 (dlw). (Additional attachment(s) added on 11/21/2023: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F) (dlw). (Main Document 157 replaced on 11/21/2023) (dlw). (Entered: 11/20/2023) |
| 11/20/2023 | 158 | [SEALED] Unopposed MOTION Seal and to Redact Portions of Trial Transcript re 150 Transcript,, 148 Transcript,, - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibits A-F)(Dellinger, Megan) (Entered: 11/20/2023) |
| 11/27/2023 | 159 | REDACTED VERSION of 158 Unopposed MOTION Seal and to Redact Portions of Trial Transcript re 150 Transcript,, 148 Transcript,, by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit A-F)(Dellinger, Megan) (Entered: 11/27/2023) |
| 11/28/2023 | | CORRECTING ENTRY: The redacted versions filed at D.I. 160 and 161 have been removed per the filer's request. (ceg) (Entered: 11/28/2023) |
| 11/28/2023 | 160 | REDACTED VERSION of 156 MOTION to Redact 150 Transcript, 148 Transcript // Cipla's Unopposed Motion to Redact Transcript (Vol. 1 of 2) by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 11/28/2023) |
| 11/28/2023 | 161 | REDACTED VERSION of 157 MOTION to Redact 150 Transcript, 148 Transcript // Cipla's Unopposed Motion to Redact Transcript (Vol. 2 of 2) by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 11/28/2023) |
| 12/08/2023 | 162 | NOTICE of Lodging Redacted Versions of Admitted Trial Exhibits by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 12/08/2023) |
| 12/14/2023 | 163 | NOTICE OF SERVICE of (1) Defendants Cipla Limited and Cipla USA, Inc.'s Post Trial Opening Brief and; (2) Defendants Cipla Limited and Cipla USA, Inc.'s Post Trial Findings of Fact filed by Cipla Limited, Cipla USA Inc..(Hitch, Cortlan) (Entered: 12/14/2023) |

| | | |
|---|---|---|
| 01/05/2024 | | Case Assigned to Judge Jennifer L Hall. Please include the initials of the Judge (JLH) after the case number on all documents filed. (rjb) (Entered: 01/05/2024) |
| 01/17/2024 | 164 | ORAL ORDER: Cipla's Motion to Redact Transcript (D.I. 156 , 157 ) is DENIED because the testimony that Cipla seeks to redact occurred in open court, *see Littlejohn v. Bic Corp.*, 851 F.2d 673, 68081 (3d Cir. 1988); the Court is also not persuaded that the information sought to be redacted would work a clearly defined and serious injury to Cipla. IT IS FURTHER ORDERED that UCB's Motion to Redact Transcript (D.I. 158 ) is GRANTED. The courtroom was sealed during the testimony that UCB seeks to redact, and I find that the portions sought to be redacted contain competitively sensitive business information the disclosure of which would work a clearly defined and serious injury to UCB. Ordered by Judge Jennifer L. Hall on 1/17/2024. (ceg) (Entered: 01/17/2024) |
| 01/17/2024 | 165 | REDACTED VERSION of 148 Official Transcript of bench trial held on October 2, 2023 before Judge Jennifer Hall. (ceg) (Main Document 165 replaced on 1/17/2024) (ceg). (Entered: 01/17/2024) |
| 01/17/2024 | 166 | REDACTED VERSION of 150 Official Transcript of bench trial held on October 4, 2023 before Judge Jennifer Hall. (ceg) (Entered: 01/17/2024) |
| 01/17/2024 | | Remark: The trial transcripts found at D.I. 148 and 150 have been placed under seal per the Court's Order dated 1/17/2024. (ceg) (Entered: 01/17/2024) |
| 02/01/2024 | 167 | NOTICE OF SERVICE of (1) Plaintiffs' Post-Trial Proposed Findings of Fact; and (2) Plaintiffs' Post-Trial Brief filed by Hananja EHF, UCB Biopharma SRL, University of Iceland.(Dellinger, Megan) (Entered: 02/01/2024) |
| 03/07/2024 | 168 | NOTICE OF SERVICE of Defendants Cipla USA Inc. and Cipla Limited's Post-Trial Reply Brief filed by Cipla Limited, Cipla USA Inc..(Dorsney, Kenneth) (Entered: 03/07/2024) |
| 03/14/2024 | 169 | [SEALED] Proposed Findings of Fact by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/14/2024) |
| 03/14/2024 | 170 | [SEALED] POST TRIAL BRIEF by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/14/2024) |
| 03/14/2024 | 171 | NOTICE of Lodging by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 03/14/2024) |
| 03/14/2024 | 172 | [SEALED] POST TRIAL BRIEF - *Opening* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/14/2024 | 173 | [SEALED] Proposed Findings of Fact by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/14/2024 | 174 | [SEALED] POST TRIAL BRIEF - *Reply* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/14/2024 | 175 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding enclosure of Cipla's hyperlinked version of post-trial documents - re 173 Proposed Findings of Fact, 172 POST Trial Brief, 174 POST Trial Brief. (Hitch, Cortlan) (Entered: 03/14/2024) |
| 03/21/2024 | 176 | REDACTED VERSION of 169 Proposed Findings of Fact by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/21/2024) |
| 03/21/2024 | 177 | REDACTED VERSION of 170 POST Trial Brief by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 03/21/2024) |

| | | |
|---|---|---|
| 03/21/2024 | 178 | REDACTED VERSION of 172 POST Trial Brief *Opening* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/21/2024) |
| 03/21/2024 | 179 | REDACTED VERSION of 173 Proposed Findings of Fact by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/21/2024) |
| 03/21/2024 | 180 | REDACTED VERSION of 174 POST Trial Brief *Reply* by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 03/21/2024) |
| 03/25/2024 | 181 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding scheduling of closing arguments. (Hitch, Cortlan) (Entered: 03/25/2024) |
| 04/02/2024 | 182 | ORAL ORDER: Having reviewed the parties' Joint Letter (D.I. 181 ), IT IS HEREBY ORDERED that closing arguments are scheduled for May 28, 2024 at 1:00 PM before Judge Hall in courtroom 6D. Ordered by Judge Jennifer L. Hall on 4/2/2024. (ceg) (Entered: 04/02/2024) |
| 04/24/2024 | 183 | NOTICE of Subsequent Authority by Cipla Limited, Cipla USA Inc. (Dorsney, Kenneth) (Entered: 04/24/2024) |
| 04/25/2024 | 184 | Letter to The Honorable Jennifer L. Hall from Cortlan S. Hitch regarding the parties' joint request for client representatives to attend the May 28th hearing remotely. (Hitch, Cortlan) Modified on 4/25/2024 (ceg). (Entered: 04/25/2024) |
| 05/28/2024 | 185 | MOTION for Limited Exemption of Person from the District of Delaware's May 17, 2024 Standing Order on Personal Devices - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 05/28/2024) |
| 05/28/2024 | 186 | SO ORDERED, re 185 Plaintiffs' Motion and Order for Limited Exemption of Person from the District of Delaware's May 17, 2024 Standing Order on Personal Devices as to Eric Sonnenschein, Esq. for purposes of the May 28, 2024 closing arguments. Signed by Judge Jennifer L. Hall on 5/28/2024. (ceg) (Entered: 05/28/2024) |
| 05/28/2024 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Closing Arguments held on 5/28/2024. (*Court Reporter Stacy Ingram.) (ceg) (Entered: 05/28/2024) |
| 06/13/2024 | 187 | NOTICE requesting Clerk to remove Charles Hall as co-counsel.. (Dellinger, Megan) (Entered: 06/13/2024) |
| 08/24/2024 | 188 | *SEALED* Official Transcript of Closing Arguments held on 05-28-2024 before Judge Hall. Court Reporter Stacy Ingram, Email: stacy_ingram@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 9/16/2024. Redacted Transcript Deadline set for 9/24/2024. Release of Transcript Restriction set for 11/22/2024. (Ingram, Stacy) Modified on 9/16/2024 (ceg). (Entered: 08/24/2024) |
| 08/27/2024 | 189 | NOTICE of Intent to Request Redaction by Megan Elizabeth Dellinger re 188 Transcript,, (Dellinger, Megan) (Entered: 08/27/2024) |
| 09/09/2024 | 190 | [SEALED] Unopposed MOTION to Redact Portions of 188 Transcript - filed by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dellinger, Megan) Modified on 9/9/2024 (ceg). (Entered: 09/09/2024) |
| 09/16/2024 | | SO ORDERED, granting 190 Unopposed Motion to Redact Portions of 188 Transcript. Ordered by Judge Jennifer L. Hall on 9/16/2024. (ceg) (Entered: 09/16/2024) |
| 09/16/2024 | 191 | REDACTED VERSION of 188 Official Transcript of Closing Arguments held on 5/28/2024 before Judge Hall.(ceg) (Entered: 09/16/2024) |

| | | |
|---|---|---|
| 09/18/2024 | | REDACTION NOTICE: In accordance with section G of the Administrative Procedures Governing Filing and Service by Electronic Means, redacted versions of sealed documents shall be filed electronically within 7 days of the filing of the sealed document. The records of this case do not reflect the filing of a redacted version of DI# 190 . (ceg) (Entered: 09/18/2024) |
| 09/18/2024 | 192 | REDACTED VERSION of 190 MOTION to Redact 188 Transcript by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dellinger, Megan) (Entered: 09/18/2024) |
| 10/31/2024 | | CORRECTING ENTRY: D.I. 193 has been removed from the docket as it was a duplicate filing of the transcript found at D.I. 188 . (ceg) (Entered: 10/31/2024) |
| 05/22/2025 | 193 | NOTICE of Withdrawal of Counsel by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 05/22/2025) |
| 09/11/2025 | 194 | NOTICE of Change of Address by Kenneth Laurence Dorsney (Dorsney, Kenneth) (Entered: 09/11/2025) |
| 04/08/2026 | 195 | [SEALED] Letter to The Honorable Jennifer L. Hall from Kenneth L. Dorsney regarding Impending Expiration of Orphan Drug Exclusivity. (Dorsney, Kenneth) (Entered: 04/08/2026) |
| 04/10/2026 | 196 | ORAL ORDER Setting Teleconference: A Status Telephone Conference is set for April 16, 2026 at 1:30 PM before Judge Jennifer L. Hall. The parties shall call the Court's conference line at 855-244-8681, access code: 2315 947 5081. Ordered by Judge Jennifer L. Hall on 4/10/2026. (ceg) (Entered: 04/10/2026) |
| 04/15/2026 | 197 | REDACTED VERSION of 195 Letter by Cipla Limited, Cipla USA Inc.. (Dorsney, Kenneth) (Entered: 04/15/2026) |
| 04/16/2026 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Status Teleconference held on 4/16/2026. (Court Reporter: H. Triozzi). (twk) (Entered: 04/16/2026) |
| 04/28/2026 | 198 | NOTICE of Withdrawal of Counsel by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland (Dellinger, Megan) (Entered: 04/28/2026) |
| 05/15/2026 | 199 | MEMORANDUM OPINION. The parties are ordered to meet and confer and submit a proposed final judgment consistent with this Memorandum Opinion on or before May 22, 2026. To the extent that either side seeks to have any portion of this Memorandum Opinion redacted, the parties shall jointly submit a proposed redacted version no later than May 18, 2026. The Court intends to issue a public version no later than May 19, 2026. Signed by Judge Jennifer L. Hall on 5/15/2026. (This order has been emailed to local counsel.) (ceg) Modified on 5/21/2026 (ceg). (Entered: 05/15/2026) |
| 05/19/2026 | 200 | Letter to The Honorable Jennifer L. Hall from Megan E. Dellinger regarding sealed Memorandum Opinion - re 199 Memorandum Opinion,,. (Dellinger, Megan) (Entered: 05/19/2026) |
| 05/21/2026 | | Remark: D.I. 199 has been unsealed per D.I. 200 . (ceg) (Entered: 05/21/2026) |
| 05/22/2026 | 201 | PROPOSED ORDER - Final Judgment - by Hananja EHF, UCB Biopharma SRL, UCB, Inc., University of Iceland. (Dellinger, Megan) (Entered: 05/22/2026) |
| 05/27/2026 | 202 | FINAL JUDGMENT. (CASE CLOSED). Signed by Judge Jennifer L. Hall on 5/27/2026. (ceg) (Entered: 05/27/2026) |

| | | |
|---|---|---|
| 05/27/2026 | 203 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,217,033 B2; 8,809,322 B2; 9,289,432 B2; 9,687,495 B2. (Attachments: # 1 Final Judgment)(ceg) (Entered: 05/27/2026) |
| 06/26/2026 | 204 | NOTICE OF APPEAL to the Federal Circuit of 202 Judgment . Appeal filed by Cipla Limited, Cipla USA Inc.. (Hitch, Cortlan) (Entered: 06/26/2026) |
| 06/26/2026 | | APPEAL - Credit Card Payment received re 204 Notice of Appeal (Federal Circuit) filed by Cipla USA Inc., Cipla Limited. ( Filing fee $605, receipt number ADEDC-5001725.) (Hitch, Cortlan) (Entered: 06/26/2026) |
| 06/26/2026 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 204 Notice of Appeal (Federal Circuit). (jfm) (Entered: 07/01/2026) |
| 07/01/2026 | 205 | NOTICE of Docketing Record on Appeal from USCA for the Federal Circuit re 204 Notice of Appeal (Federal Circuit) filed by Cipla USA Inc., Cipla Limited. USCA Case Number 2026-1992. (ceg) (Entered: 07/01/2026) |
| 07/09/2026 | 206 | TRANSCRIPT REQUEST by Cipla Limited, Cipla USA Inc. Transcript already on file (Dorsney, Kenneth) (Entered: 07/09/2026) |

U 8147298

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 25, 2021

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *8,809,322*
ISSUE DATE: *August 19, 2014*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

JOINT EXHIBIT
JTX-3003
UCB v. Cipla (21-1229-JLH)

NAYZILAM_00002083

**JTX-3003.0001**

US008809322B2

(12) **United States Patent**
**Gizurarson**

(10) **Patent No.: US 8,809,322 B2**
(45) **Date of Patent: *Aug. 19, 2014**

(54) **METHODS AND COMPOSITIONS FOR THE DELIVERY OF A THERAPEUTIC AGENT**

(75) Inventor: **Sveinbjorn Gizurarson**, Reykjavik (IS)

(73) Assignees: **Hananja EHF**, Reykjavik (IS); **University of Iceland**, Reykjavik (IS)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/446,284**

(22) Filed: **Apr. 13, 2012**

(65) **Prior Publication Data**

US 2012/0264745 A1 Oct. 18, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/016,724, filed on Jan. 18, 2008, now abandoned.

(30) **Foreign Application Priority Data**

Jan. 19, 2007 (IS) .................................... 85932007

(51) **Int. Cl.**
*A61K 31/55* (2006.01)

(52) **U.S. Cl.**
USPC .......................................................... 514/220

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,812,853 | A | 5/1974 | Crain |
| 4,153,689 | A | 5/1979 | Hirai et al. |
| 4,464,378 | A | 8/1984 | Hussain |
| 4,673,679 | A | 6/1987 | Aungst et al. |
| 4,782,047 | A | 11/1988 | Benjamin et al. |
| 4,863,720 | A | 9/1989 | Burghart et al. |
| 4,889,860 | A | 12/1989 | Rzeszotarski et al. |
| 4,946,069 | A | 8/1990 | Fuchs |
| 4,950,664 | A | 8/1990 | Goldberg |
| 4,973,596 | A | 11/1990 | Cohen |
| 5,132,114 | A | 7/1992 | Stanley et al. |
| 5,166,202 | A | 11/1992 | Schweizer |
| 5,169,029 | A | 12/1992 | Behar et al. |
| 5,225,183 | A | 7/1993 | Purewal et al. |
| 5,307,953 | A | 5/1994 | Regan |
| 5,369,095 | A | 11/1994 | Kee et al. |
| 5,393,773 | A | 2/1995 | Craig et al. |
| 5,397,771 | A | 3/1995 | Bechgaard et al. |
| 5,428,006 | A | 6/1995 | Bechgaard et al. |
| 5,457,100 | A | 10/1995 | Daniel |
| 5,474,759 | A | 12/1995 | Fassberg et al. |
| 5,529,787 | A | 6/1996 | Merrill et al. |
| 5,543,434 | A | 8/1996 | Weg |
| 5,554,639 | A | 9/1996 | Craig et al. |
| 5,577,497 | A | 11/1996 | Mecikalski et al. |
| 5,622,166 | A | 4/1997 | Eisele et al. |
| 5,629,011 | A | 5/1997 | Illum |
| 5,637,314 | A | 6/1997 | Sharpe et al. |
| 5,683,677 | A | 11/1997 | Purewal et al. |
| 5,693,608 | A | 12/1997 | Bechgaard et al. |
| 5,695,743 | A | 12/1997 | Purewal et al. |
| 5,702,725 | A | 12/1997 | Merrill et al. |
| 5,705,520 | A | 1/1998 | Craig et al. |
| 5,766,573 | A | 6/1998 | Purewal et al. |
| 5,789,375 | A | 8/1998 | Mukae et al. |
| 5,855,907 | A | 1/1999 | Peyman |
| 5,866,143 | A | 2/1999 | Elkhoury |
| 5,897,858 | A | 4/1999 | Haslwanter et al. |
| 5,948,389 | A | 9/1999 | Stein |
| 5,958,379 | A | 9/1999 | Regenold et al. |
| 6,007,834 | A | 12/1999 | Merkus |
| 6,013,632 | A | 1/2000 | Jones et al. |
| 6,015,797 | A | 1/2000 | Camborde et al. |
| 6,017,963 | A | 1/2000 | Alfonso et al. |
| RE36,744 | E | 6/2000 | Goldberg |
| 6,110,486 | A | 8/2000 | Dugger, III |
| 6,193,984 | B1 | 2/2001 | Ghiasi et al. |
| 6,193,985 | B1 | 2/2001 | Sonne |
| 6,228,383 | B1 | 5/2001 | Hansen et al. |
| 6,234,366 | B1 | 5/2001 | Fuchs |
| 6,255,502 | B1 | 7/2001 | Penkler et al. |
| 6,274,635 | B1 | 8/2001 | Travis |
| 6,274,653 | B1 | 8/2001 | Hecht et al. |
| 6,514,482 | B1 | 2/2003 | Bartus et al. |
| 6,528,465 | B1 | 3/2003 | Cantoro |
| 6,565,832 | B1 | 5/2003 | Haslwanter et al. |
| 6,565,841 | B1 | 5/2003 | Niven et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2582374 | 4/2006 |
| EP | 0519351 | 12/1992 |

(Continued)

OTHER PUBLICATIONS

Abrams et al., "Safety and Effectiveness of Intranasal Administration of Sedative Medications (ketamine, midazolam or sufentanil) for Urgent Brief Pediatric Dental Procedures," Anesth. Prog. 1993, 40(3): 63-6. (abstract only).
Aurora, "Development of Nasal Delivery Systems: A Review," Drug Delivery Tecynology, vol. 2 No. 7 (2002), pp. 1-8.
Bechgaard, E. et al., "Solubilization of Various Benzodiazepines for Intranasal Administration, A Pilot Study," Pharm Dev. Technol. (1997) 2(3): pp. 293-296.
Bhattacharya et al., Pediatr Neurol 2006, 34:355-359.
Bjorkman, S. et al., "Pharmacokinetics of Midazolam Given as an Intranasal Spray to Adult Surgical Patients," Br. J. Anaesth. (1997) 79(5): pp. 575-580.
Burstein et al., "Intranasal Midazolam Plasma Concentration Profile and Its Effect on Anxiety Associate With Dental Procedures," Anesth. Prog. (1996) 43: pp. 52-57.
Burstein et al., "Pharmacokinetics and Pharmacodynamics of Midazolam After Intranasal Administration," J. Clin. Pharmacol. (1997) 37: pp. 711-718.

(Continued)

*Primary Examiner* — Craig Ricci
(74) *Attorney, Agent, or Firm* — Kagan Binder, PLLC

(57) **ABSTRACT**

The present invention provides a liquid pharmaceutical composition comprising a therapeutic agent and an alkoxy-polyethylene glycol, for example, methoxy-polyethylene glycol, for administration of the therapeutic agent to the mammal. The compositions can be applied to a membrane, for example, a nasal membrane during intranasal administration. The invention also provides methods of administering such compositions to a mammal.

**10 Claims, No Drawings**

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,608,073 | B1 | 8/2003 | Hussain et al. |
| 6,610,271 | B2 | 8/2003 | Wermeling |
| 6,613,308 | B2 | 9/2003 | Bartus et al. |
| 6,627,211 | B1 | 9/2003 | Choi et al. |
| 6,737,043 | B2 | 5/2004 | Rabinowitz et al. |
| 6,805,853 | B2 | 10/2004 | Rabinowitz et al. |
| 6,936,605 | B2 | 8/2005 | March |
| 6,977,070 | B2 | 12/2005 | Dugger, III |
| 6,979,437 | B2 | 12/2005 | Bartus et al. |
| 7,018,619 | B2 | 3/2006 | Rabinowitz et al. |
| 7,045,119 | B2 | 5/2006 | Rabinowitz et al. |
| 7,060,255 | B2 | 6/2006 | Rabinowitz et al. |
| 7,070,765 | B2 | 7/2006 | Rabinowitz et al. |
| 7,087,218 | B2 | 8/2006 | Rabinowitz et al. |
| 7,090,830 | B2 | 8/2006 | Hale et al. |
| 7,132,112 | B2 | 11/2006 | Choi et al. |
| 7,449,173 | B2 | 11/2008 | Rabinowitz et al. |
| 7,470,421 | B2 | 12/2008 | Rabinowitz et al. |
| 7,645,442 | B2 | 1/2010 | Hale et al. |
| 7,700,588 | B2 | 4/2010 | Merkus |
| 2002/0037319 | A1 | 3/2002 | Drizen et al. |
| 2003/0012738 | A1 | 1/2003 | Rabinowitz et al. |
| 2003/0077300 | A1 | 4/2003 | Wermeling |
| 2003/0134811 | A1 | 7/2003 | Jackson et al. |
| 2003/0163099 | A1 | 8/2003 | Wermeling et al. |
| 2003/0171439 | A1 | 9/2003 | Lawyer et al. |
| 2003/0175354 | A1 | 9/2003 | Drizen et al. |
| 2003/0206867 | A1 | 11/2003 | Wermeling |
| 2004/0115133 | A1 | 6/2004 | Wermeling |
| 2004/0146359 | A1 | 7/2004 | Doolaege |
| 2004/0166158 | A1 | 8/2004 | Davis et al. |
| 2004/0185003 | A1 | 9/2004 | Rabinowitz et al. |
| 2005/0137164 | A1 | 6/2005 | Arkin et al. |
| 2005/0153956 | A1 | 7/2005 | Merkus et al. |
| 2005/0244517 | A1 | 11/2005 | Hall et al. |
| 2006/0110415 | A1 | 5/2006 | Gupta |
| 2006/0116350 | A1 | 6/2006 | Pasricha et al. |
| 2006/0147386 | A1 | 7/2006 | Wermeling |
| 2006/0167064 | A1 | 7/2006 | Seth |
| 2006/0198896 | A1 | 9/2006 | Liversidge et al. |
| 2006/0210614 | A1 | 9/2006 | Quay et al. |
| 2007/0208011 | A1 | 9/2007 | Cloyd et al. |
| 2007/0212307 | A1 | 9/2007 | Wermeling et al. |
| 2008/0070904 | A1 | 3/2008 | Jamieson et al. |
| 2008/0138383 | A1 | 6/2008 | Bortz et al. |
| 2008/0279784 | A1 | 11/2008 | Cartt et al. |
| 2009/0088421 | A1 | 4/2009 | Orr |
| 2009/0130216 | A1 | 5/2009 | Cartt et al. |
| 2009/0227568 | A1 | 9/2009 | Gizurarson |
| 2009/0233912 | A1 | 9/2009 | Castile et al. |
| 2009/0304801 | A1 | 12/2009 | Liversidge et al. |
| 2009/0318502 | A1 | 12/2009 | Plucinski et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0698388 | 2/1996 |
| EP | 1703896 | 9/2006 |
| JP | 2003-507514 | 2/2003 |
| JP | 2004-203795 | 7/2004 |
| JP | 2005-531570 | 10/2005 |
| WO | 8705210 | 9/1987 |
| WO | 9002737 | 3/1990 |
| WO | 9501414 | 1/1995 |
| WO | 9800152 | 1/1998 |
| WO | 9921908 | 5/1999 |
| WO | 01/12718 | 2/2001 |
| WO | 0106987 | 2/2001 |
| WO | 0112230 | 2/2001 |
| WO | 0112718 | 2/2001 |
| WO | 0211778 | 2/2002 |
| WO | 02089751 | 11/2002 |
| WO | 03/099264 | 12/2003 |
| WO | 03101494 | 12/2003 |
| WO | 2004082589 | 9/2004 |
| WO | 2005020906 | 3/2005 |
| WO | 2005/044199 | 5/2005 |
| WO | 2005067893 | 7/2005 |
| WO | 2005072826 | 8/2005 |
| WO | 2006119803 | 11/2006 |
| WO | 2007032962 | 3/2007 |
| WO | 2007067761 | 6/2007 |
| WO | 2007109141 | 9/2007 |
| WO | 2007111933 | 10/2007 |
| WO | 2008063634 | 5/2008 |
| WO | 2009053741 | 4/2009 |

OTHER PUBLICATIONS

Carbowax MPEG 350 & 350E Kinematic Viscosity Report, Dow Chemical Company (1 page).

Carbowax MPEG 500E & 550 Kinematic Viscosity Report, Dow Chemical Company (1 page).

Coda, B.A. et al., "Pharmacokinetics and Bioavailability of Single Dose Intranasal Hydromorphone Hydrochloride in Healthy Volunteers," Anesth. Analg. (2003) 97: pp. 117-123.

Constantino et al., International Journal of Pharmaceutics, 2007, vol. 337, pp. 1-24.

Crankshaw et al., "The Effect of Solvents on the Potency of Chloridiazepoxide, Diazepam, Medazepam and Nitrazepam," J. Pharm Pharmc. (1971) 23: pp. 313-321.

Dale et al., "Intranasal Midazolam: A Comparison of Two Delivery Devices in Human Volunteers," J. Pharm. Pharmacol. 2006, 58(1): 1311-8 (abstract only).

Dallman et al., "Comparing the Safety, Efficacy and Recovery of Intranasal Midazolam vs. Oral Chloral Hydrate and Promethazine," Pediatr Dent. 2001, 23(5): 424-30 (abstract only).

de Haan et al, Epilepsia, 51 (13): 478-482.

European Patent Office Supplementary Partial European Search Report; European Application No. EP05725332, completed Nov. 9, 2007 (4 pages).

Excerpts from the Handbook of Pharmaceutical Excipients (R.C. Rowe, O.J. Sheskey & S.C. Owen, eds., PhP Pharmaceutical Press, 5th ed. 2006).

Fisgin et al., J. Child Neurol. 2000, 833-835.

Fisgin et al., Journ. of Child Neurology, 17(2): 123-126.

Fuks et al., "Assessment of Two Doses of Intranasal Midazolam for Sedation of Young Pediatric Dental Patients," Pediatr Dent 1994, 16(4): 301-5 (abstract only).

Gilchrist et al., "The Use of Intranasal Midazolam in the Treatment of Pediatric Dental Patients," Anaesthesia, 2007, 62(12): 1262-5 (abstract only).

Greenblatt, D. et al., "Pharmacokinetics and Pharmacodymanics of Single-dose Triazolam: Electroencephalography Compared with Digital Symbol Substitution Test," Br. J. Clin. Pharmacol. (2005) 60: pp. 244-248.

Gudmundsdottir et al., "Intranasal Administration of Midazolam in a Cyclodextrin Based Formulation: Bioavability and Clinical Evaluation in Humans," Pharmazie 2001, 56(12): pp. 963-966 (abstract only).

Harboard et al., J Pediatr. Child Health, 2004, 40:556-558.

Harris et al., "Effect of Viscosity on the Pharmacokinetics and Biological Response to Intranasal Desmopressin," Journal of Pharmaceutical Sciences, vol. 78 (1989(, pp. 470-471.

Hjortkjaer, R.K. et al., "Single-and Repeated-dose Local Toxicity in the Nasal Cavity of Rabbits After Intranasal Administration of Difference Glycols for Formulations Containing Benzodiazepines," H. Pharm. Pharmacol. (1999) 51(4): pp. 377-383.

Holsti et al., Pediatric Emergency Care, 2007, 23(3): 148-153.

Ilum et al., "Nasal Clearance in Health and Disease," Journal of Aerosol Medicine, vol. 19 (2006), pp. 92-99.

Ivaturi et al., Acta Neurol Scand. 2009, 120:353-357.

Jeannet et al., Euro. Journ. of Pediatric Neurology, 1999, 3:73-77.

Kain, Z.N. et al., "Premedication in the United States: A Status Report," Anesth. Analg. (1997) 84: pp. 427-432.

Karabas et al., "Probing for Nasolacrimal Duct Obstruction Using Intranasal Midazolam Sedation as an Alternative to General Anesthesia," J. Pediatr. Ophthamol. Strabismuc., 2006; 43(2): 79-84 (abstract only).

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

(56) **References Cited**

OTHER PUBLICATIONS

Karst et al., "Auricular Acupuncture for Dental Anxiety: A Randomized Controlled Trial," Anesth. Analg., 2007, 104(2): 295-300 (abstract only).
Kaufman et al., "Comparison Between Intranasal and Intravenous Midazolam Sedation (with or without patient control) in a Dental Phobia Clinic," J. Oral Maxillofac. Surg., 1994, 52(8): 840-3, abstract only.
Kilian et al., "The Effect of Viscosity on an Absorption Enhancer on the Intra Nasal Absorption of Metoprolol in Rats," International Journal of Pharmaceutics, vol. 163 (1998), pp. 211-217.
Knoester, P.D. et al., "Pharmakokinetics and Pharmacodynamics of Midazolam Adminsitered as a Concentrated Intranasal Spray. A Study in Healthy Volunteers," Br. J. Clin. Pharmacol. (2002), 53(5), pp. 501-507.
Kupietzky et al., "Intranasal Midazolam Better at Effecting Amnesia After Sedation Than Oral Hydroxyzine: A Pilot Study," Pediatr Dent., 1996, 18(1): 32-4 (abstract only).
Kutlu et al., Brain & Develop., 2000, 22:359:361.
Kyrkou et al., Journ. of Intellect. & Develop. Disability, 2006, 31(3): 131-138.
Lacoste et al., "Intranasal Midazolam in Piglets: Pharmacodymanics (0.2 vs. 0.4 mg/kg) and Pharmacokinetics (0.4 mg/kg) with Bioavability Determination," Laboratory Animals (2000) 34, pp. 29-35.
Lahat, E. et al., "Comparison of intranasal Midazolam with Intravenous Diazepam in Treating Febrile Seizures in Children: Prospective Randomized Study," BMJ (2000), 321, pp. 83-86.
Lau, S.W.J. et al., "Absorption of Diazepam and Lorazepam Following Intranasal Administration," International Journal of Pharmaceutics (1989, 54, p. 1710174.
Lloyd et al., "Intranasal Midazolam as an Alternative to General Anaesthesia in the Management of Children with Oral and Maxillofacial Trauma," Br. J. Oral Maxillofac. Surg., 2000, 38(6): 593-595 (abstract only).
Loftsson et al., "Cyclodestrin Solubilization of Benzodiazepines: Formulation of Midazolam Nasal Spray," International Journal of Pharmaceutics (2001) 212: pp. 29-40.
Lui et al., "Intranasal Aborption of Flurazepam, Midazolam and Triazolam in Dogs," J. Pharm. Sci, 80: 1125-1129 (1991).
Mahmoudian et al., Epilepsy & Behavior, 2004, 5:253-255.
Mazaheri et al., "Assessment of Intranasal Midazolam Administration with a Dose of 0.5 mg/kg in Behavior Management of Uncooperative Children," J. Clin. Pediatr. Dent. 2008, 32(2): 95-0 (abstract only).
Mcllwain et al., "Allergic Reaction to Intranasal Midazolam HCl: A Case Report," Pediatr Dent. 2004, 26(40: 359-61 (abstract only).
Methocel Cellulose Ethers Technical Handbook, Dow Chemical Company (32 pages).
Morimoto et al., "Nasal Absorption of Nifeipine from Gel Preparations in Rats," Chem. Pharm. Bull. (1987) 35, pp. 3041-3044.
O'Regan et al., Develop. Medicine & Child Neurology, 1996, 38: 1037-1045.
Patent Cooperation Treaty (PCT) International Search Report and Written Opinion: International Application No. PCT/US2008/051466, completed Dec. 1, 2008 and mailed Dec. 17, 2008 (11 pages.)
Patent Cooperation Treaty (PCT) International Search Report, International Application No. PCT/US2005/008090, completed Jun. 12, 2005 and mailed Jun. 30, 2005 (2 pages).
Pennington et al., "The Influence of Solution Viscosity on Nasal Spray Deposition and Clearance," International Journal of Pharmaceutics, vol. 43 (1988), pp. 221-224.
Rey et al., "Pharmacokinetics of Midazolam in Children: Comparative Study of Intranasal and Intravenous Administration," European Journal of Clinical Pharmacology (1991) 41: pp. 355-357.
Scheepers et al., "Midazolam Via the Intranasal Route: An Effective Rescue Medication for Severe Epilepsy in Adults with Learning Disability," Seizure, 1998, 7(6): 509-12 (abstract only).
Scheepers et al., Science, 2000, 9:417-422.
Suzuki et al., "Mucosal Drug Delivery Using Cellulose Derivatives as a Functional Polymer," Journal of Controlled Release, vol. 62 (1999), pp. 101-107.
The Dow Chemical Company (PEGs & MPEGs, Mar. 2006).
Vesal et al., "Clinical Evaluation of Intranasal Benzodiazepines, Alpha-Agonists and Their Antagonists in Canaries," Vet. Anaesth. Analg., 2006, 33(3): 143-8 (abstract only).
Walberg et at, "Plasma Concentrations of Midazolam in Children Following Intranasal Administration," Anesthesiology (1991) 74: pp. 233-235.
Weber et al., "Premedication with Nasal S-ketamine and Midazolam Provides Good Conditions for Induction of Anesthetic in Preschoool Children," Can. J. Anesth., (2003) 50: pp. 470-475.
Wermeling et al., "Bioavability and Pharmacokinetics of Lorazepam After Intranasal, Intravenous, and Intramuscular Administration," J. Clin. Pharmacol. (2001) 41: pp. 1225-1231.
Wermeling et al., "Pharmacokinetics and Pharmacodynamics of a New Intranasal Midazolam Formulation in Healthy Volunteers," International Anesthesia Research Society (2006) 103: pp. 344-349.
Wermeling et al., Epilepsy Research, 2009, 83:124-132.
Wilson et al., "Nasal/Buccal Midazolam Use in the Community," Arch. Dis. Child., 2004, 89(1), 50-1 (abstract only).
Wilton et al., Preanesthetic Sedation of Preschool Children Using Intranasal Midazolam Anesthesiology (1988) 69(6): pp. 972-975.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

# METHODS AND COMPOSITIONS FOR THE DELIVERY OF A THERAPEUTIC AGENT

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/016,724, filed Jan. 18, 2008 and also claims the benefit of and priority to Icelandic patent application Ser. No. 8593/2007, filed Jan. 19, 2007, the entire disclosure of the above applications are incorporated by reference herein for all purposes.

## FIELD OF THE INVENTION

This invention relates generally to compositions for the delivery of a therapeutic agent and to related methods, and more particularly relates to compositions containing one or more alkoxy-polyethylene glycols for the delivery of a therapeutic agent and to related methods.

## BACKGROUND

The administration of a therapeutic agent by injection (e.g., intravenous, intramuscular or subcutaneous injection) typically is regarded as the most convenient way of administration when the purpose is to achieve a rapid and strong systemic effect, for example, within 3-10 minutes, when the agent is not absorbed by the gastrointestinal tract, or when the agent is inactivated in the gastrointestinal tract or by first-pass hepatic metabolism. However, administration by injection presents a range of disadvantages. For example, sterile syringes must be used and injections cannot be administered by untrained personnel. Furthermore, this mode of administration may cause pain and/or irritation, especially in the case of repeated injections at the same site.

Mucosal administration, such as, intranasal, buccal, sublingual, rectal and pulmonal administration, is receiving particular interest as it avoids many of the disadvantages of injecting a therapeutic agent while, at the same time, still providing a strong and rapid systemic effect. In order to be an attractive alternative to injection, mucosal administration, for example, intranasal administration, should neither cause significant pain, discomfort or irritation nor cause any irreversible damage to the mucosal surface. However, in the case of acute health threatening indications, a relatively high local irritation to the mucosa may be acceptable.

In mucosal administration, such as during nasal, buccal or rectal administration, the therapeutic agent should be applied to the mucosa in a vehicle that permits it to penetrate, or be absorbed through, the mucosa. In order to penetrate the mucus, the vehicle should be biocompatible with mucus and hence have a certain degree of hydrophilicity. However, the vehicle should preferably also possess lipophilic properties to dissolve a clinically relevant amount of the therapeutic agent of interest.

The extensive network of blood capillaries under the mucosal surface, especially in the nasal mucosa, is well suited to provide a rapid and effective systemic absorption of drugs, vaccines and biologicals. Moreover, the nasal epithelial membrane in effect contains a single layer of epithelial cells (pseudostratified epithelium) and, therefore, is more suited for drug administration than other mucosal surfaces having squamous epithelial layers, such as, the mouth and vagina.

It has been hypothesized that the usefulness of nasal administration can be limited if the therapeutic agent has limited solubility in water (Proctor, D. F. (1985) *Nasal Physiology in Intranasal Drug Administrations*, in Chien, Y. W. (Ed.) Transnasal Systemic Medications, Fundamentals, Developmental Concepts and Biomedical Assessments, Elsevier Science Publishers, Amsterdam, pp. 101-105). As a result, this hypothesis, if correct, may limit the delivery of certain therapeutic agents that are sparingly soluble in water.

To facilitate delivery to the nasal cavity, an effective amount of the therapeutic agent should be dissolved in a small volume, for example, less than about 1000 μL, preferably less than 300 μL, and more preferably less than 150 μL. Larger volumes drain out anteriorly through the nostrils or posteriorly toward the pharynx where excess liquid is swallowed. As a result, if large volumes are administered, a portion of the therapeutic agent can be lost from the absorption site, and it can be difficult if not impossible to reproducibly administer the correct dose of the therapeutic agent.

A variety of delivery systems have been developed for the nasal administration of therapeutic agents. Lau and Slattery studied the absorption characteristics of diazepam and lorazepam following their intranasal administration for the treatment of epilepticus (Lau, S. W. J. & Slattery, J. T. (1989), *Absorption of Diazepam and Lorazepam Following Intranasal Administration*, Int. J. Pharm., 54, 171-174). In order to solubilize the therapeutic agent, a non-ionic surfactant—polyoxyethylated castor oil—was selected as the least irritating solvent of several solvents studied, including polyethylene glycol 400 (PEG 400). Diazepam absorption was 84% and 72%, respectively, in two adults measured over a period of 60 hours. However, the peak concentration was not observed until 1.4 hours after the nasal administration and was only about 27% with reference to intravenous administration, suggesting that most of the absorption had taken place after the test substance passed down to pharynx and swallowed. Similar results were obtained for lorazepam but with an even longer time to peak (2.3 hours). The authors concluded that the intranasal route of administration had limited potential for the acute treatment of epileptic seizures.

Wilton et al. attempted to administer midazolam to 45 children to achieve pre-anesthetic sedation (Wilton et al. (1988) *Preanaesthetic Sedation of Preschool Children Using Intranasal Midazolam*, Anesthesiology, 69, 972-975). However, the volumes used were impractical and exceeded the maximal volume required for efficient administration. This resulted in coughing and sneezing with expulsion of at least part of the dose.

Morimoto et al. studied a gel preparation for nasal application in rats of nifedipine containing the gelling agent carbopol (polyacrylic acid) in PEG 400, for achieving prolonged action and high bioavailability of the therapeutic agent (Morimoto et al. (1987) *Nasal Absorption of Nifedipine from Gel Preparations in Rats*, Chemical and Pharmaceutical Bulletins, 35, No. 7, 3041-3044). A mixture of equal amounts of carbopol and PEG 400 was preferred. It was shown that nasal application provided higher bioavailability of nifedipine than after peroral administration, but the peak plasma concentration was not observed until 30 minutes after administration.

Danish Patent Application No. 2586/87 discloses a pharmaceutical composition comprising an anti-inflammatory steroid, water, 2 to 10% (v/v) propylene glycol, 10 to 25% (v/v) PEG 400, and 1 to 4% (v/v) Tween 20.

U.S. Pat. No. 4,153,689 discloses a stable aqueous solution of insulin intended for intranasal administration. The solutions had a pH not more than 4.7, and contained from 0.1 to 20% by weight of a stabilizing agent including (a) one or more non-ionic surface active agents whose hydrophile-lipophile balance value was in the range of 9 to 22, and/or (b) polyethylene glycol whose molecular weight was in the range of from 200 to 7500. Exemplary non-ionic surface active

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

agents included polyoxyethylene fatty acid ester, a polyoxyethylene higher alcohol ether, a polyoxyethylene alkylphenyl ether, or a polyoxyethylene alkylphenyl ether, or a polyoxyethylene hydrogenated castor oil.

International Patent Publication No. DK-2075/90 discloses the nasal administration of therapeutic agents, for example, benzodiazepines, in compositions containing n-glycofurol, a derivative of polyethyleneglycol, for mucosal administration. The application discloses the nasal administration of therapeutic agents, for example, benzodiazepines, in formulations containing at least 30% n-ethyleneglycols ranging from 1-8 ethylene glycol, for example, polyethylene glycol 200 (PEG 200).

U.S. Pat. No. 5,693,608 discloses a method of administering a therapeutic agent via the nasal mucosa of a mammal, where the agent is dissolved or suspended in an n-ethyleneglycol containing vehicle where the n-ethyleneglycol is represented by the formula, $H(OCH_2CH_2)_pOH$, wherein p is a number from 1 to 8.

Notwithstanding, there is still a need for compositions deliverable through mucosal membranes that produce therapeutic plasma concentrations of the therapeutic agent as fast as or nearly as fast as by intravenous administration but without causing irritation and/or unacceptable damage to the mucosal membrane.

## SUMMARY OF THE INVENTION

The invention is based, in part, upon the discovery that the inclusion of one or more alkoxy-polyethylene glycols in a formulation provides certain advantages when the resulting composition is to be applied, for example, to a mucosal surface. For example, it has been discovered that when alkoxy-polyethylene glycol is used in such formulations, the therapeutic agent can be still be solubilized (which is especially useful for poorly soluble therapeutic agents) but the resulting formulations are less viscous and cause less irritation to mucosal membranes because the amount of other potentially viscous and irritable excipients, for example, polyethylene glycol or propylene glucol, can be reduced or eliminated altogether. As a result, the lower viscosity formulations, when converted into droplets, for example, by a nasal sprayer during intranasal delivery, can produce a spray pattern optimized for delivering the therapeutic agent to the mucosal membrane. In addition, formulations containing alkoxy-polyethylene glycols create less irritation (burning sensation) when applied to a mucosal surface, for example, a nasal membrane following nasal administration. In addition, when administered intranasally, the compositions of the invention minimize undesirable after taste (for example, a petroleum-like after taste) that can be associated with certain other excipients.

In one aspect, the invention provides a liquid pharmaceutical composition comprising a therapeutic agent and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein,

R is methyl, ethyl, n-propyl, isopropyl, or cyclopropyl; and

n, which is the average number of oxyethylene repeating units, is a number in the range of from about 1 to about 25.

In another aspect, the invention provides a liquid formulation for solubilizing a poorly soluble therapeutic agent, for example, a poorly soluble organic therapeutic agent. The composition comprises a poorly soluble therapeutic agent and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein,

R is $(C_1-C_6)$alkyl; and

n, which is the average number of oxyethylene repeating units, is a number in the range of from about 1 to about 25.

In another aspect, the invention provides methods of delivering a therapeutic agent of interest to a mammal, for example, a human, using an alkoxy-polyethylene glycol containing composition described herein. The composition is particularly useful when the composition is applied to a mucosal membrane, for example, a nasal membrane during intranasal drug delivery.

These and other aspects and advantages of the invention will become apparent upon consideration of the following detailed description and claims.

## DETAILED DESCRIPTION OF THE INVENTION

The invention is based, in part, upon the discovery that the inclusion of one or more alkoxy-polyethylene glycols into formulations provides certain advantages over other excipients when the formulations are applied, for example, to a mucosal surface, For example, it has been discovered that when an alkoxy-polyethylene glycol is used in such a formulation, the therapeutic agent (for example, a poorly soluble therapeutic agent) can be solubilized more easily and in larger amounts than when other excipients, for example, polyethylene glycol (more particularly PEG 400), are used. However, the resulting formulations are less viscous and cause less irritation to mucosal membranes as the amount of other viscous and irritable excipients can be reduced or eliminated altogether. As a result, the lower viscosity formulations, when converted into droplets, for example, by a nasal sprayer during intranasal delivery, produce a spray pattern optimized for delivering the therapeutic agent to the mucosal membrane. In addition, formulations containing one or more alkoxy-polyethylene glycols cause less irritation (for example, a burning sensation) when applied to a mucosal surface, for example, a nasal membrane during intranasal administration. In addition, when administered intranasally, the compositions of the invention have less undesirable after taste (for example, a petroleum-like after taste) than when other excipients, for example, propylene glycol, are used.

Under certain circumstances, the alkoxy-group also increases the bioadhesion of the composition to the site of administration on the mucosal surface thereby prolonging the duration of the composition at the site of administration. This can increase the amount of therapeutic agent that is ultimately absorbed.

I—Formulations

In one aspect, the invention provides a liquid pharmaceutical composition comprising a therapeutic agent and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein,

R is methyl, ethyl, n-propyl, isopropyl, or cyclopropyl; and

n is the average number of oxyethylene repeating units and is a number in the range of from about 1 to about 25.

In another aspect, the invention provides a liquid formulation for solubilizing a poorly soluble therapeutic agent. The liquid pharmaceutical composition comprises a poorly soluble therapeutic agent, for example, a poorly soluble organic therapeutic agent, and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

wherein,

R is $(C_1\text{-}C_6)$alkyl; and

n is the average number of oxyethylene repeating units and is a number in the range of from about 1 to about 25. The formulations typically are in liquid form at 20° C., 25° C., 30° C., 35° C., or 40° C. Certain formulations preferably are liquid formulations at 37° C.

The term "poorly soluble therapeutic agent" refers to a compound having biological activity and a solubility in water of less than about 1 mg/mL at pH 7 and 20° C. In certain embodiments, the poorly soluble therapeutic agent is an organic compound that has a molecular weight of less than 1500 g/mol, and preferably less than 500 g/mol. In certain embodiments, the poorly soluble therapeutic agent is a compound, for example, an organic compound, having an aqueous solubility of less than about 0.5 mg/mL, less than about 0.3 mg/mL, or less than about 0.1 mg/mL, at pH 7 and 20° C.

In addition, the term "alkyl" is art-recognized, and includes saturated aliphatic groups, including straight-chain alkyl groups, branched-chain alkyl groups, cycloalkyl(alicyclic) groups, alkyl substituted cycloalkyl groups, and cycloalkyl substituted alkyl groups. The term "$(C_1\text{-}C_6)$alkyl" refers to an alkyl group having between 1 and 6 carbon atoms. Representative alkyl groups include methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, pentyl, hexyl, cyclopropyl, cyclobutyl, cyclopropylmethylene, cyclopentyl, cyclobutylmethylene, cyclobutylethylene, cyclohexyl, cyclopropylpropylene, cyclobutylethylene, and cyclopentylmethylene. The term cyclopropylmethylene, for example, is art-recognized and refers to a radical having the following formula:



In certain embodiments, the alkoxy-polyethylene glycol can comprise from about 0.1% (v/v) to about 80% (v/v), or from about 0.5% (v/v) to about 70% (v/v), of the composition. In certain other embodiments, the alkoxy-polyethylene glycol can comprise from about 5% (v/v) to about 80% (v/v), or from about 30% (v/v) to about 75% (v/v) or from about 40% (vlv) to about 70% (v/v), of the composition. For certain hydrophilic drugs, the alkoxy-polyethylene glycol can comprise from about 0.1% (v/v) to about 80% (v/v), or from about 0.5% (v/v) to about 70% (vlv), or from about 1% (vlv) to about 60% of the composition. For certain lipophilic drugs, the alkoxy-polyethylene glycol can comprise from about 1% (v/v) to about 80% (v/v), or from about 2% (v/v) to about 65% (v/v), or from about 5% (v/v) to about 50% of the composition. Furthermore, the therapeutic agent can comprise from about 0.001% (w/v) to about 20% (w/v) of the composition, or from about 0.1% (w/v) to about 10% (w/v) of the composition.

The pharmaceutical composition can have a pH in the range of from about 4.5 to about 8.5, or from about 4.5 to about 7.5, or from about 4.5 to about 6.5, or from about 5.5 to about 8.5, or from about 6.5 to about 8.5, or from about 5.5 to about 7.5.

As discussed, one of the advantages of using an alkoxy-polyethylene glycol is that it can be used in place of or can be used to reduce the amount of other excipients, for example, certain polyethylene glycols and propylrnr glycol, so as to reduce the viscosity of the resulting formulation. By reducing the viscosity of the resulting formation it is possible to create sprays that have more uniform spray characteristics (for example, more uniform droplet sizes and/or plume geometries) for the intranasal administration of therapeutic agent. The resulting pharmaceutical composition at a temperature of 20° C. has a viscosity in the range of about 1.5 cP to about 60 cP, or from about 2 cP to about 50 cP, or from about 3 cP to about 40 cP, or from about 4 cP to about 30 cP, or from about 5 cP to about 25 cP.

Exemplary alkoxy-polyethylene glycols, therapeutic agents, and other excipients useful in creating compositions of the invention are described in the following sections.

A. Alkoxy-polyethylene Glycol

Useful alkoxy-polyethylene glycol excipients useful in the practice of the invention are represented by Formula (I):

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein, n, as the average number of oxyethylene repeating units, is a number in the range of from about 1 to about 25. Accordingly, n can be a number about 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, or 25. In certain embodiments, n is an number in the range of from about 2 to about 15, or from about 2 to about 14, or from about 2 to about 13, or from about 2 to about 12, or from about 2 to about 11, or from about 2 to about 10, or from about 3 to about 15, or from about 3 to about 14, or from about 3 to about 13, or from about 3 to about 12, or from about 3 to about 11, or from about 3 to about 10.

In certain embodiments, R is $(C_1\text{-}C_6)$alkyl. For example, as discussed above, R can be methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tent-butyl, pentyl, hexyl, cyclopropyl, cyclobutyl, cyclopropylmethylene, cyclopentyl, cyclobutylmethylene, cyclobutylethylene, cyclohexyl, cyclopropylpropylene, cyclobutylethylene, or cyclopentylmethylene. In certain embodiments, R is selected from the group consisting of methyl, ethyl, n-propyl, isopropyl, and cyclopropyl.

In a preferred embodiment, the alkoxy-polyethylene glycol is methoxy-polyethylene glycol where R is methyl and n is an number from about 1 to about 25, or from about 2 to about 12, or from about 3 to about 10.

Useful methoxy-polyetbylene glycols include, for example, methoxy-diethyleneglyol (m2EG), methoxy-triethylene glycol (m3EG), methoxy-tetraethylene glycol (m4EG), methoxy-pentaethylene glycol (m5EG), methoxy-hexaethylene glycol (m6EG), methoxy-heptaethylene glycol (m7EG), methoxy-octaethylene glycol (m8EG), methoxy-nonaethylene glycol (m9EG), methoxy-decaethylene glycol (m10EG), methoxy-undecaethylene glycol (m11EG), methoxy-dodecaethylene glycol (m12EG), methoxy-tridecaethylene glycol (m13EG) and methoxy-tetradecaethylene glycol (m14EG). The ethylene glycols may be used in the form of the single compounds or as a mixture of two or more methoxy-n-ethylene glycols.

In certain embodiments, the alkoxy-polyethylene glycol is methoxy-polyethylene glycol 350 (mPEG 350) or is methoxy-polyethylene glycol 550 (mPEG 550) or is methoxy-polyethylene glycol 750 (mPEG 750). The term "mPEG 350" is understood to mean methoxy polyethylene glycol having an average molecular weight of about 350, and in certain embodiments "n," as denoted in Formula I, is 7.2. The term "mPEG550" is understood to mean methoxy polyethylene glycol having an average molecular weight of about 550, and in certain embodiments "n," as denoted in Formula I, is 11.8. The term "mPEG750" is understood to mean methoxy polyethylene glycol having an average molecular weight of about 750, and in certain embodiments "n," as denoted in Formula I, is 16.3.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Certain, preferred alkoxy-polyethylene glycols include Carbowax™ mPEG 350, Carbowax™ mPEG 550 or Carbowax™ mPEG 750, which are available commercially from Dow Chemical Company. Both mPEG350 and mPEG550 are colorless liquids that are miscible with water, alcohols, such as methanol, ethanol, n-propanol, glycerol and various oils in all proportions, and have a boiling point about 155° C. It is understood that alkoxy-polyethylene glycols are known by other names, where, for example, methoxy-polyethylene glycol is also known as mono-methyl polyethylene glycol and poly(ethylene glycol)methyl ether.

By using one or more of the alkoxy-polyethylene glycols described herein, the resulting pharmaceutical compositions can be optimized, for example, with respect to bioadhesion, viscosity and sprayability. For example, mPEG 350, at an equivalent concentration as PEG 200, can still solubilize a therapeutic agent but the resulting composition has a lower viscosity. As a result, this substitution has a surprisingly positive effect on the sprayability compared with lower molecular weight PEG 200, which is important where the formulation is to be sprayed.

B. Therapeutic Agent

The pharmaceutical composition of the invention may comprise one or more therapeutic agents (also referred to as biologically active substances) selected from the group consisting of hydrophobic therapeutic agents, hydrophilic therapeutic agents, and combinations thereof.

The alkoxy-polyethylene glycol excipients are surprisingly capable of solubilizing and delivering a wide variety of hydrophilic and hydrophobic therapeutic agents. The hydrophobic drugs have little or no water solubility. It is understood that the excipients described herein can be used to solubilize therapeutic agents that have a solubility in water of less than about 1.0 mg/mL, less than about 0.5 mg/mL, less than about 0.3 mg/mL, or less than about 0.1 mg/mL, or less than about 0.01 mg/mL, at pH 7 and 20° C. Such therapeutic agents can be any agents having therapeutic or other value when administered to a mammal, for example, a human, and can include organic molecules (for example, small molecule drugs having a molecular weight of less than 1,500 g/mol., or less than 500 g/mol.), proteins, peptides, immungens (e.g. vaccines, cytokines, etc.), nutrients, and cosmetics (cosmeceuticals).

In certain embodiments, the therapeutic agent is an analgesic agent, an anti-inflammatory agent, an anti-arrhythmic agent, an anti-asthma agent, an anti-bacterial agent, an anti-viral agent, an anti-coagulant, an anti-depressant, an anti-diabetic, an anti-epileptic, an anti-fungal agent, an anti-hypertensive agent, an anti-malarial, an anti-migraine agent, an anti-muscarinic agent, an anti-neoplastic agent, an immunosuppressant, an anti-protozoal agent, an anti-thyroid agent, an anxiolytic agent, a sedative, a hypnotic agent, a neuroleptic agent, a beta-Blocker, a cardiac inotropic agent, a corticosteroid, a diuretic agent, an anti-Parkinsonian agent, a gastrointestinal agent, an anti-histamine, a histamine-receptor antagonist, a lipid regulating agent, a muscle relaxant, nitrate and other anti-anginal agent, a nutritional agent, an opioid analgesic, sex hormone, stimulant, cytokine, peptidomimetic, peptide, protein, toxoid, sera, antibody, vaccine, nucleoside, nucleotide, nucleic acid and peptidyl-nucleic acid.

Specific non-limiting examples of hydrophobic therapeutic agents that can be used in the pharmaceutical compositions of the present invention include the following representative compounds, as well as their pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives including, for example: (1) analgesics and anti-inflammatory agents, such as, aloxiprin, auranofin, azapropazone, benorylate, capsaicin, celecoxib, diclofenac, diflunisal, etodolac, fenbufen, fenoprofen calcium, flurbiprofen, ibuprofen, indomethacin, ketoprofen, ketorolac, leflunomide, meclofenamic acid, mefenamic acid, nabumetone, naproxen, oxaprozin, oxyphenbutazone, phenylbutazone, piroxicam, refocoxib, sulindac, tetrahydrocannabinol, tramadol and tromethamine; (2) anti-arrhythmic agents, such as, amiodarone HCl, disopyramide, flecainide acetate and quinidine sulfate; (3) anti-asthma agents, such as, zileuton, zafirlukast, montelukast, and albuterol; (4) anti-bacterial agents, such as, baclofen, benzathine penicillin, cinoxacin, clarithromycin, clofazimine, cloxacillin, demeclocycline, dirithromycin, doxycycline, erythromycin, ethionamide, furazolidone, grepafloxacin, imipenem, levofloxacin, lorefloxacin, moxifloxacin HCl, nalidixic acid, nitrofurantoin, norfloxacin, ofloxacin, rifampicin, rifabutine, rifapentine, sparfloxacin, spiramycin, sulphabenzamide, sulphadoxine, sulphamerazine, sulphacetamide, sulphadiazine, sulphafurazole, sulphamethoxazole, sulphapyridine, tetracycline, trimethoprim and trovafloxacin; (5) anti-viral agents, such as, abacavir, amprenavir, delavirdine, efavirenz, indinavir, lamivudine, nelfinavir, nevirapine, ritonavir, saquinavir, and stavudine; (6) anti-coagulants, such as, cilostazol, clopidogrel, dicumarol, dipyridamole, nicoumalone, oprelvekin, phenindione, ticlopidine, and tirofiban; (7) anti-depressants, such as amoxapine, bupropion, citalopram, clomipramine, maprotiline HCl, mianserin HCl, nortriptyline HCl, paroxetine HCl, sertraline HCl, trazodone HCl, trimipramine maleate, and venlafaxine HCl; (8) anti-diabetics, such as, acetohexamide, chlorpropamide, glibenclamide, gliclazide, glipizide, glimepiride, miglitol, pioglitazone, repaglinide, rosiglitazone, tolazamide, tolbutamide and troglitazone; (9) anti-epileptics, such as, beclamide, carbamazepine, clonazepam, ethotoin, felbamate, fosphenytoin sodium, lamotrigine, methoin, methsuximide, methylphenobarbitone, oxcarbazepine, paramethadione, phenacemide, phenobarbitone, phenytoin, phensuximide, primidone, sulthiame, tiagabine HCl, topiramate, valproic acid, and vigabatrin; (10) anti-fungal agents, such as, amphotericin, butenafine HCl, butoconazole nitrate, clotrimazole, econazole nitrate, fluconazole, flucytosine, griseofulvin, itraconazole, ketoconazole, miconazole, natamycin, nystatin, sulconazole nitrate, oxiconazole, terbinafine HCl, terconazole, tioconazole and undecenoic acid; (11) anti-hypertensive agents, such as, amlodipine, benidipine, benezepril, candesartan, captopril, darodipine, dilitazem HCl, diazoxide, doxazosin HCl, elanapril, eposartan, losartan mesylate, felodipine, fenoldopam, fosenopril, guanabenz acetate, irbesartan, isradipine, lisinopril, minoxidil, nicardipine HCl, nifedipine, nimodipine, nisoldipine, phenoxybenzamine HCl, prazosin HCl, quinapril, reserpine, terazosin HCl, telmisartan, and valsartan; (12) anti-malarials, such as, amodiaquine, chloroquine, chlorproguanil HCl, halofantrine HCl, mefloquine HCl, proguanil HCl, pyrimethamine and quinine sulfate; (13) anti-migraine agents, such as, dihydroergotamine mesylate, ergotamine tartrate, frovatriptan, methysergide maleate, naratriptan HCl, pizotyline malate, rizatriptan benzoate, sumatriptan succinate, and zolmitriptan; (14) anti-muscarinic agents, such as, atropine, benzhexol HCl, biperiden, ethopropazine HCl, hyoscyamine, oxyphencyclimine HCl and tropicamide; (15) anti-neoplastic agents and immunosuppressants, such as, aminoglutethimide, amsacrine, azathioprine, bicalutamide, bisantrene, busulfan, camptothecin, chlorambucil, cyclosporin, dacarbazine, ellipticine, estramustine, etoposide, irinotecan, lomustine, melphalan, mercaptopurine, mitomycin, mitotane, mitoxantrone, mofetil mycophenolate, nilutamide, paclitaxel, procarbazine HCl, sirolimus, tacrolimus, tamoxifen citrate, teniposide, tes-

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

tolactone, topotecan HCl, and toremifene citrate; (16) anti-protozoal agents, such as, atovaquone, benznidazole, clioquinol, decoquinate, diiodohydroxyquinoline, diloxanide furoate, dinitolmide, furazolidone, metronidazole, nimorazole, nitrofurazone, ornidazole and tinidazole; (17) anti-thyroid agents, such as, carbimazole, paracalcitol, and propylthiouracil; anti-tussives, such as, benzonatate; (18) anxiolytics, sedatives, hypnotics and neuroleptics, such as, alprazolam, amylobarbitone, barbitone, bentazepam, bromazepam, bromperidol, brotizolam, butobarbitone, carbromal, chlordiazepoxide, chlormethiazole, chlorpromazine, chlorprothixene, clonazepam, clobazam, clotiazepam, clozapine, diazepam, droperidol, ethinamate, flunanisone, flunitrazepam, triflupromazine, fluphenthixol decanoate, fluphenazine decanoate, flurazepam, gabapentin, haloperidol, lorazepam, lormetazepam, medazepam, meprobamate, mesoridazine, methaqualone, methylphenidate, midazolam, molindone, nitrazepam, olanzapine, oxazepam, pentobarbitone, perphenazine pimozide, prochlorperazine, pseudoephedrine, quetiapine, rispiridone, sertindole, sulpiride, temazepam, thioridazine, triazolam, zolpidem, and zopiclone; (19) beta-Blockers, such as, acebutolol, alprenolol, labetalol, metoprolol, nadolol, oxprenolol, pindolol and propranolol; (20) cardiac inotropic agents, such as, amrinone, digitoxin, digoxin, enoximone, lanatoside C and medigoxin; (21) a corticosteroid, such as, beclomethasone, betamethasone, budesonide, cortisone acetate, desoxymethasone, dexamethasone, fludrocortisone acetate, flunisolide, fluocortolone, fluticasone propionate, hydrocortisone, methylprednisolone, prednisolone, prednisone and triamcinolone; (22) diuretics, such as, acetazolamide, amiloride, bendroflumethiazide, bumetanide, chlorothiazide, chlorthalidone, ethacrynic acid, frusemide, metolazone, spironolactone and triamterene; (23) anti-Parkinsonian agents, such as, bromocriptine mesylate, lysuride maleate, pramipexole, ropinirole HCl, and tolcapone; (24) gastrointestinal agents, such as bisacodyl, cimetidine, cisapride, diphenoxylate HCl, domperidone, famotidine, lansoprazole, loperamide, mesalazine, nizatidine, omeprazole, ondansetron HCl, rabeprazole sodium, ranitidine HCl and sulphasalazine; (25) anti-histamines and histamine-receptor antagonists, such as, acrivastine, astemizole, chlorpheniramine, cinnarizine, cetrizine, clemastine fumarate, cyclizine, cyproheptadine HCl, dexchlorpheniramine, dimenhydrinate, fexofenadine, flunarizine HCl, loratadine, meclizine HCl, oxatomide, and terfenadine; (26) lipid regulating agents, such as, atorvastatin, bezafibrate, cerivastatin, ciprofibrate, clofibrate, fenofibrate, fluvastatin, gemfibrozil, pravastatin, probucol, and simvastatin; (27) muscle relaxants, such as, dantrolene sodium and tizanidine HCl; (28) nitrates and other anti-anginal agents, such as, amyl nitrate, glyceryl trinitrate, isosorbide dinitrate, isosorbide mononitrate and pentaerythritol tetranitrate; (29) nutritional agents, such as, calcitriol, carotenes, dihydrotachysterol, essential fatty acids, non-essential fatty acids, phytonadiol, vitamin A, vitamin $B_2$, vitamin D, vitamin E and vitamin K; (30) opioid analgesics, such as, codeine, dextropropoxyphene, diamorphine, dihydrocodeine, fentanyl, meptazinol, methadone, morphine, hydromorphone, nalbuphine and pentazocine; (31) sex hormones, such as, clomiphene citrate, cortisone acetate, danazol, dehydroepiandrosterone, ethynyl estradiol, finasteride, fludrocortisone, fluoxymesterone, medroxyprogesterone acetate, megestrol acetate, mestranol, methyltestosterone, norethisterone, norgestrel, oestradiol, conjugated estrogens, progesterone, rimexolone, stanozolol, stilbestrol, testosterone and tibolone; and (32) stimulants, such as, amphetamine, dexamphetamine, dexfenfluramine, fenfluramine and mazindol; and others, such as, becaplermin, donepezil HCl, L-thyroxine, methoxsalen, verteporfrin, physostigmine, pyridostigmine, raloxifene HCl, sibutramine HCl, sildenafil citrate, tacrine, tamsulosin HCl, and tolterodine.

Certain exemplary hydrophobic therapeutic agents include sildenafil citrate, amlodipine, tramadol, celecoxib, rofecoxib, oxaprozin, nabumetone, ibuprofen, terbenafine, itraconazole, zileuton, zafirlukast, cisapride, fenofibrate, tizanidine, nizatidine, fexofenadine, loratadine, famotidine, paricalcitol, atovaquone, nabumetone, alprazolam, bromazepam, chlorpromazine, clonazepam, diazepam, flunitrazepam, flurazepam, haloperidol, lorazepam, lormetazepam, midazolam, nitrazepam, oxazepam, pseudoephedrine, temazepam, triazolam, zolpidem, zopiclone, tetrahydrocannabinol, testosterone, megestrol acetate, repaglinide, progesterone, rimexolone, cyclosporin, tacrolimus, sirolimus, tenipo side, paclitaxel, pseudoephedrine, troglitazone, rosiglitazone, finasteride, vitamin A, vitamin D, vitamin E, and pharmaceutically acceptable salts, isomers and derivatives thereof. It should be appreciated that the listing of hydrophobic therapeutic agents and their therapeutic classes is merely illustrative. It is understood, that mixtures of hydrophobic therapeutic agents may also be used where desired.

An advantage of using alkoxy-polyethylene glycol as an excipient in the pharmaceutical composition is that, for example, highly lipophilic substances, such as, lorazepam, midazolam, clonazepam, alprazolam and other compounds belonging to the benzodiazepines, as well as water soluble substances, for example, peptides and proteins, such as, the pancreatic hormones can be solubilized in a clinically relevant volume (for example, 25-300 μL) for delivery to a human subject. By way of comparison, clinically relevant doses of midazolam, lorazepam, alprazolam, diazepam and clonazepam would have to be dissolved in at least 5 mL of water.

Although the alkoxy-polyethylene glycol excipients are particularly useful for the delivery of hydrophobic agents, alkoxy-polyethylene glycol can also be used to deliver a variety of hydrophilic therapeutic agents. Alkoxy-polyethylene glycols, under certain circumstances, may prolong the duration of the therapeutic agent at the absorption site thereby increasing the amount of agent ultimately delivered. Exemplary hydrophilic therapeutic agents include hydrophilic drugs (i.e., conventional non-peptidic drugs), hydrophilic macromolecules, such as, cytokines, peptides, proteins, peptidomimetics, toxoids, sera, antibodies, vaccines, nucleosides, nucleotides, nucleic acids, and genetic material. The hydrophilic therapeutic agent can be administered alone or in combination with other agents, for example, a hydrophobic therapeutic agent discussed hereinabove or a second, different hydrophilic therapeutic agent.

Without limitation, exemplary hydrophilic therapeutic agents that can be delivered using the compositions and methods of the present invention, include the following compounds as well as their pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives, for example: acarbose; acyclovir; acetyl cysteine; acetylcholine chloride; alatrofloxacin; alendronate; alglucerase; amantadine hydrochloride; ambenomium; amifostine; aminocaproic acid; antihemophilic factor (human); antihemophilic factor (porcine); antihemophilic factor (recombinant); aprotinin; asparaginase; atenolol; atracurium besylate; azithromycin; aztreonam; BCG vaccine; bacitracin; becalermin; belladona; bepridil hydrochloride; bleomycin sulfate; calcitonin human; calcitonin salmon; carboplatin; capecitabine; capreomycin sulfate; cefamandole nafate; cefazolin sodium; cefepime hydrochloride; cefixime; cefonicid sodium; cefoperazone; cefotetan disodium; cefotoxime; cefoxitin sodium; cefti-

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

zoxime; ceftriaxone; cefuroxime axetil; cephalexin; cephapirin sodium; cholera vaccine; chorionic gonadotropin; cidofovir; cisplatin; cladribine; clidinium bromide; clindamycin and clindamycin derivatives; ciprofloxacin; clondronate; colistimethate sodium; colistin sulfate; cortocotropin; cosyntropin; cromalyn sodium; cytarabine; daltaperin sodium; danaproid; deforoxamine; denileukin diftitox; desmopressin; diatrizoate megluamine and diatrizoate sodium; dicyclomine; didanosine; dopamine hydrochloride; domase alpha; doxacurium chloride; doxorubicin; editronate disodium; elanaprilat; enkephalin; enoxacin; enoxaprin sodium; ephedrine; epinephrine; epoetin alpha; esmol hydrochloride; Factor IX; famiciclovir; fludarabine; fluoxetine; foscarnet sodium; ganciclovir; granulocyte colony stimulating factor; granulocyte-macrophage stimulating factor; growth hormones (human or bovine); gentamycin; glucagon; glycopyrolate; gonadotropin releasing hormone and synthetic analogs thereof; GnRH; gonadorelin; grepafloxacin; hemophilus B conjugate vaccine; Hepatitis A virus vaccine inactivated; Hepatitis B virus vaccine inactivated; heparin sodium; indinavir sulfate; influenza virus vaccine; interleukin-2; interleukin-3; insulin-human; insulin-porcine; insulin NPH; insulin aspart; insulin glargine; insulin detemir; interferon-$\alpha$; interferon-$\beta$; ipratropium bromide; isofosfamide; japanese encephalitis virus vaccine; leucovorin calcium; leuprolide acetate; levofloxacin; lincomycin and lincomycin derivatives; lobucavir; lomefloxacin; loracarbef; mannitol; measles virus vaccine; meningococcal vaccine; menotropins; mephenzolate bromide; mesalmine; methanamine; methotrexate; methscopolamine; metformin hydrochloride; metroprolol; mezocillin sodium; mivacurium chloride; mumps viral vaccine; nedocromil sodium; neostigmine bromide; neostigmine methyl sulfate; neutontin; norfloxacin; octreotide acetate; olpadronate; oxytocin; pamidronate disodium; pancuronium bromide; paroxetine; pefloxacin; pentamindine isethionate; pentostatin; pentoxifylline; periciclovir; pentagastrin; phentolamine mesylate; phenylalanine; physostigmine salicylate; plague vaccine; piperacillin sodium; platelet derived growth factor-human; pneumococcal vaccine polyvalent; poliovirus vaccine (live or inactivated); polymixin B sulfate; pralidoxine chloride; pramlintide; pregabalin; propofenone; propenthaline bromide; pyridostigmine bromide; rabies vaccine; residronate; ribavarin; rimantadine hydrochloride; rotavirus vaccine; salmetrol xinafoate; sincalide; small pox vaccine; solatol; somatostatin; sparfloxacin; spectinomycin; stavudine; streptokinase; streptozocin; suxamethonium chloride; tacrine hydrochloride; terbutaline sulfate; thiopeta; ticarcillin; tiludronate; timolol; tissue type plasminogen activator; TNFR:Fc; TNK-tPA; trandolapril; trimeterxate gluconate; trospectinomycin; trovafloxacin; tubocurarine chloride; tumor necrosis factor; typhoid vaccine live; urea; urokinase; vancomycin; valaciclovir; varicella virus vaccine live; vasopres sin and vasopessin derivatives; vecoronium bromide; vinbiastin; vincristine; vinorelbine; warfarin—sodium; yellow fever vaccine; zalcitabine; zanamavir; zolandtronate; and zidovudine.

Other therapeutic agents that can be administered in this formulation may comprise adrenal hormones, corticosteroids and derivatives, such as, ACTH and analogs thereof, teracosactrin, alsactide, cortisone, hydrocortisone alcohol, hydrocortisone acetate, hydrocortisone hemisuccinate, prednisolone terbutate, 9-alpha-fluoroprednisolone, triamcinolone acetonide, dexamethasone phosphate, flurisolide, toxicorol pivalate; anorectics, such as, benzphetamine HCl chlorphentermine HCl; antibiotics, such as, tetracycline HCl, tyrothricin, cephalosporine, aminoglycosides, streptomycin, gentamycin, leucomycin, penicillin and derivatives; anti-allergic agents; antibodies, such as, monoclonal or polyclonal antibodies; anti-cholinergic agents; anti-depressants, such as, amitriptyline HCl, imipramine HCl; anti-emitics, such as, neuroleptica, for example, metopimazin, anti-emetics having a regulatory effect on the motility of the intestine, such as, domperidon; anti-histaminic agents and histaminic agents, such as, diphenhydramin HCl, chloropheniramine maleate, histamine, prophenpyridamine maleate, chlorprophenpyridamine maleate, disodium cromoglyc ate, meclizine; anti-hypertensive agents, such as, clonidine HCl; anti-inflammatory agents (enzymatic), such as, chymotrypsin, bromelain seratiopeptidase; anti-inflammatory agents (non-steroidal), such as, acetaminophen, aspirin, aminopyrine, phenylbutazone, colchicine, probenocid; anti-inflammatory agents (steroidal), such as, fluticasone, predonisolone, triaxncinolone acetonide; anti-neoplastic agents, such as, actinomycin C.; anti-septics, such as, chlorhexidine HCl, hexylresorcinol, dequalinium cloride, ethacridine; anti-tussive expectorant (asthmatic agents), such as, sodium cromoglycate, isoproterenol HCl; anti-viral and anti-cancer agents such as interferons (such as alpha-2 interferon for treatment of common colds), phenyl-p-guanidino benzoate, enviroxime, etc.; beta-adrenergic blocking agents, such as, propranolol HCl; blood factors, such as, factor VII, factor VIII; bone metabolism controlling agents, such as, vitamin $D_3$; bronchoisters, such as, clenbuterol HCl, bitolterol mesylate; cardiotonics such as digitalis; cardiovascular regulatory hormones, drugs and derivatives, such as, bradykin antagonists, atrial natriuretic peptide and derivatives, such as, hydrailsazine, angiotensin II antagonist, nitroglycerin, propranolol, clofilium rosylate; chemotherapeutic agents, such as, sulphathiazole, nitrofurazone; CNS-stimulants, such as, lidocaine, cocaine; corticosteroids, such as, lacicortone, hydrocorticeone, fluocinolone acetonide, triamcinolone acetonide; enzymes, such as, lysozyme chloride, dextranase; gastrointenstinal hormones and derivatives, such as, secretin, substance P; hypothalamus hormones and derivatives, such as, LHRH and analogues (such as naferelin, buserelin, zolidex), TRH (thyrotropin releasing hormone); hypothensives; local anaesthetics, such as, benzocaine; migraine treatment substances, such as, dihydroergot amine, ergometrine, ergotamine, pizotizin; pancreatic hormones and derivatives, such as, insulin (hexameric/dimeric/monomeric forms); parasympathomimetics, such as, nicotine, methacholine; parasympatholytics, such as, scopolamine, attopine, ipratropium; Parkinson's disease substances, such as, apomorphin; pituitary gland hormones and derivatives, such as, growth hormone (e.g. human), vasopressin and analogues (DDAVP, Lypressin); prostaglandins, such as, PGA and derivatives thereof, $PGE_1$ and derivatives thereof, $PGE_2$ and derivatives thereof, $PGF_1$ and derivatives thereof, dinoprost trometamol; protease inhibitors, such as, citrate, or $\alpha_1$-antitrypsin; sex-hormones, such as, ethinyloestradiol, levonorgestrel, FSH, LH, LTH, estradiol-17-beta, norethindrone; sympathomimetics, such as, phenylephrine, xylometazoline, tramazoline, dopamine, dobutamine; sleep-aids, such as granistron and ramelteon, tranquilizers, such as, brotizolam, camazepam, chlorazepic acid, cloxazolam, delorazepam, estazolam, ethyl loflazepate, fludiazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lormetazepam, nimetazepam, nitrazepam, nordiazepam, oxazepam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam; vaccines, such as, AIDS-vaccines, parainfluenza virus, polio, rhinovirus type 13, respiratory syncytial virus; vasoconstrictors, such as, phenylephrine HCl, tetrahydrozoline HCl, naphazoline nitrate, oxymetazoline HCl, tramazoline HCl; vasodilators, such as, papaverine HCl, Substance P, vasoactive intestinal peptide (VIP).

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Certain exemplary formulations comprising alkoxy-polyethylene glycol also comprise one or more therapeutic agents selected from the group consisting of peptide drugs, such as, oxytocin, vasopression (desmopresin), insulin, calcitonin, elcatonin, cyanocobalmin $B_{12}$, and glucagon-like protein-1 (GLP-1), and small organic molecules, such as, dinoprsoone, misoprostol, apomorphine, fentanyl, metoclopramide, butorphanol, and midazolam

C. Other Excipients

It is understood that the compositions of the invention, in addition to the alkoxy-polyethylene glycol and the therapeutic agent, can comprise a number of other excipients known to those skilled in the art, including absorption promoters, buffering agents, water absorbing polymers, alcohols, lipids, osmotic pressure controlling agents, pH-controlling agents, preservatives, propellants, surfactants, enzyme inhibitors, excipients for adjusting hydrophilic-lipophilic balance (HLB) and stabilizers.

Exemplary surfactants, include, for example nonoxynol, octoxynol, tweens, spans, sodium lauryl sulfate, and sorbitan monopalmitate. Exemplary absorption promoters include, for example, bile salts and derivatives thereof, fusidic acid and derivatives thereof, oleic acid, lecithin, lysolechitins, dodecanoyl phosphatidylcholine (DDPC), sucrose monododecanoate, n-dodecyl-β-D-maltopyranoside, pectin, chitosan, α-, β- and γ-cyclodextrins and derivatives thereof, pegylated caprylic-/capric glycerides and derivatives thereof, such as, Softigen and Labrasol. Exemplary water absorbing polymers include, for example, polyethylene glycols having an average molecular weight ranging from 200 to 7500, propylene glycol, or mixtures thereof, or single ethylene glycols such as tetraethylene glycol and pentaethylene glycol. Exemplary alcohols include, for example, ethanol, isopropyl alcohol. Exemplary lipids include, for example, vegetable oil, soyabean oil, peanut oil, coconut oil, maize oil, olive oil, sunflower oil, monoglycerides, diglycerides, mono/diglycerides, mono/di/triglycerides. Exemplary osmotic pressure controlling agents include, for example, glycerol, dextrose, maltose, sucrose, mannitol, xylitol, various salts (for example, sodium chloride). Exemplary pH-controlling agents include, for example, buffers, acids (for example, nitric acid, phosphoric acid, or acetic acid). Exemplary preservatives include, for example, methyl paraoxybenzoate, phenyl ethyl alcohol or benzoic acid. Exemplary propellants, include, for example, butane or air displacement such as nitrogen. Excipients adjusting the HLB of the formulation include, for example, Tween 20, 25, 40, 45, 65, 85, Span 20-80, Brij 30-98, acacia. Exemplary enzyme inhibitors include, for example aprotinin and other peptidase inhibitors, diisopropylfluorophosphate (DFP), carbopol. Exemplary stabilizers include, for example, cyclodextrins.

Although it is understood that the alkoxy-polyethylene glycols described herein, for example, methoxy-polyethylene glycol, can solubilize poorly soluble therapeutic agents, under certain circumstances, it may be helpful to include additional compounds that enhance the solubility of the therapeutic agent. Examples of such solubilizers include, for example, alcohols and polyols, such as ethanol, isopropanol, butanol, benzyl alcohol, ethylene glycol, propylene glycol, butanediols and isomers thereof, glycerol, pentaerythritol, sorbitol, mannitol, transcutol, dimethyl isosorbide, polyethylene glycol, polypropylene glycol, pegylated-mono/di-caprylic/capric glycerides, polyvinylalcohol, hydroxypropyl methylcellulose and other cellulose derivatives, cyclodextrins (for example, α-, β-, or γ-cyclodextrins) and cyclodextrin derivatives; ethers of polyethylene glycols having an average molecular weight of about 200 to about 6000 or tetrahydrofurfuryl alcohol PEG ether (glycofurol, available commercially from BASF under the trade name Tetraglycol); surfactants, such as, sodium lauryl sulfate, oleic acid, linoleic acid, monoolein, lecithin, lysolecithin, deoxycholate, taurodeoxycholate, glycochenodeoxycholate, polyoxyethylene X-lauryl ether, where X is from 9 to 20, sodium tauro-24,25-dihydrofusidate, polyoxyethylene ether, polyoxyethylene sorbitan esters, p-t-octylphenoxypolyoxyethylene, N-lauryl-β-D-maltopyranoside, 1-dodecylazacycloheptane-2-azone; amides, such as, 2-pyrrolidone, 2-piperidone, caprolactam, N-alkylpyrrolidone, N-hydroxyalkylpyrrolidone, N-alkylpiperidone, N-alkylcaprolactam, dimethylacetamide, and polyvinylpyrrolidone; esters, such as, ethyl propionate, tributylcitrate, acetyl triethylcitrate, acetyl tributyl citrate, triethylcitrate, ethyl oleate, ethyl caprylate, ethyl butyrate, triacetin, propylene glycol monoacetate, propylene glycol diacetate, caprolactone and isomers thereof, valerolactone and isomers thereof, β-butyrolactone and isomers thereof; and other solubilizers known in the art, such as dimethyl acetamide, dimethyl isosorbide (Arlasolve DMI (ICI)), N-methyl pyrrolidones (Pharmasolve (ISP)), monooctanoin, and diethylene glycol monoethyl ether (available from Gattefosse under the trade name Transcutol).

Preferred additional solubilizers include triacetin, triethylcitrate, ethyl oleate, ethyl caprylate, dimethylacetamide, N-methylpyrrolidone, N-hydroxyethylpyrrolidone, polyvinylpyrrolidone, hydroxypropyl methylcellulose, hydroxypropyl cyclodextrins, ethanol, polyethylene glycol 200-1000, PEG 300, PEG 400, Transcutol, and dimethyl isosorbide, sorbitol, glycerol, triacetin, glycofurol and propylene glycol. Typically, the solubilizer, if present, is present in an amount of from about 0.1% (w/v) to about 50% (w/v), from about 1% (w/v) to about 40% (w/v) or from about 2% (w/v) to about 25% (w/v). In addition, the liquid pharmaceutical composition can comprise water, for example, from about 2% (v/v) to about 99% (v/v), from about 10% (v/v) to about 95% (v/v), or from about 20% (v/v) to about 90% (v/v), of the liquid composition.

As discussed, the composition can comprise a preservative. In addition or in the alternative, the composition can be sterilized. Sterilization can be achieved by filter sterilization, autoclaving, exposure to ionizing radiation, for example, gamma radiation, UV irradiation, and chemical sterilization. In one embodiment, the sterile composition has a sterility assurance level of at least about $10^3$. The resulting liquid compositions preferably are stable at room temperature, such that less than 5%, 4%, 3%, 2% or 1% by weight of the therapeutic agent degrades after storage for 30 days, or more preferably 6 months, at 20° C.

In addition, the formulations may also include a sweetener or flavoring agent. Exemplary sweeteners or flavoring agents include, for example, acacia syrup, acesulfame potassium, anethole, anise oil, aromatic elixir, aspartame, benzaldehyde, benzaldehyde elixir, cyclodextrins, caraway, caraway oil, cardamom oil, cardamom seed, cardamom spirit, cardamom tincture, cherry juice, cherry syrup, cinnamon, cinnamon oil, cinnamon water, citric acid, citric acid syrup, clove oil, cocoa, cocoa syrup, coriander oil, dextrose, eriodictyon, eriodictyon fluid extract, eriodictyon syrup, aromatic, ethylacetate, ethyl vanillin, fennel oil, ginger, ginger fluid extract, ginger oleoresin, glucose, sugar, maltodextrin, glycerin, glycyrrhiza, glycyrrhiza elixir, glycyrrhiza extract, glycyrrhiza extract pure, glycyrrhiza fluid extract, glycyrrhiza syrup, honey, isoalcoholic elixir, lavender oil, lemon oil, lemon tincture, maltodextrin, maltose, mannitol, methyl salicylate, menthol, nutmeg oil, orange bitter, elixir, orange bitter, oil, orange flower oil, orange flower water, orange oil, orange peel, bitter,

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

orange peel sweet, tincture, orange spirit, orange syrup, peppermint, peppermint oil, peppermint spirit, peppermint water, phenylethyl alcohol, raspberry juice, raspberry syrup, rosemary oil, rose oil, rose water, saccharin, saccharin calcium, saccharin sodium, sarsaparilla syrup, sarsaparilla compound, sorbitol solution, spearmint, spearmint oil, sucrose, sucralose, syrup, thyme oil, tolu balsam, tolu balsam syrup, wintergreen oil, vanilla, vanilla tincture, vanillin, wild cherry syrup, xylitol, or combinations thereof.

In addition, the formulations optionally can contain a taste masking agents. Exemplary masking agents include, for example, cyclodextrins, cyclodextrin emulsions, cyclodextrin particles, cyclodextrin complexes, or combinations thereof.

The foregoing list of excipients and additives is by no means complete, and it is understood that a person of ordinary skill in the art can choose other excipients and additives from the GRAS (generally regarding as safe) list of chemicals used in pharmaceutical preparations and those that are currently allowed in topical and parenteral formulations.

Exemplary liquid compositions of the invention contain, for example, the active ingredient (for example, midazolam), 40% (v/v) to 70% (v/v) methoxy-polyethylene glycol (for example, mPEG 350), 0% (v/v) to 20% (vlv) polyethylene glycol (for example, PEG 400), 0% (v/v) to 10% (v/v) propylene glycol, and 0% (v/v) to 5% (vlv) ethanol. Other exemplary liquid compositions of the invention contain, for example, the active ingredient dissolved in 50% (v/v) to 70% (v/v) mPEG 350, 1% (v/v) to 4% (v/v) propylene glycol, and 1% (v/v) to 4% (v/v) ethanol.

It is understood that the choice and amounts of each of the therapeutic agents, alkoxy-polyethyline glycol and other excipients combined to produce the compositions of the invention will depend upon the ultimate use of the composition, and the intended therapy and mode of administration. When the liquid compositions ultimately are administered to a patient, the amount of a given excipient, unless the circumstances dictate otherwise, preferably is limited to a bioacceptable amount, which is readily determined by one of skill in the art. Furthermore, it is understood that the liquid compositions of the invention can be formulated using techniques known to those skilled in the art. A thorough discussion of formulations and the selection of pharmaceutically acceptable carriers, stabilizers, etc. can be found, for example, in *Remington's Pharmaceutical Sciences* (18th Ed.), Mack Publishing Company, Eaton, Pa.

Although the therapeutic agent and the alkoxy-polyethylene glycol are combined in the liquid formulations of the invention, they are not covalently linked to one another. In certain embodiments, the liquid formulations of the invention are free or are substantially free of chitosan. In certain embodiments, the compositions of the invention may be prepared in a powder form.

II Modes of Administration and Pharmacokinetics

The compositions of the invention are particularly useful in delivering one or more therapeutic agents to a mucosal membrane or the skin of a mammal, for example, a human. The mucosal membrane to which the pharmaceutical preparation of the invention is administered may be any mucosal membrane of the mammal to which the therapeutic agent is to be applied, for example, the nose (for example, via a nasal membrane), vagina, eye (for example, via an ocular membrane), ear (for example, via a tympanic membrane), mouth (for example, via the buccal membrane), lungs (for example, via the pulmonal membrane), or rectum (for example, via the rectal membrane). The compositions are particularly useful in delivering a therapeutic agent to the mucosa of the nose, mouth (buccal, gingual, sublingual or to the hard palate), or the vagina.

It is understand that the compositions of the invention are particularly useful in the intranasal delivery of a therapeutic agent. When the composition is applied to the nasal mucosa, the volume of the pharmaceutical composition applied typically is in the range of 1-1000 μL, preferably not more than 700 μL, more preferably 50-150 μL per nostril, and most preferably about 100 μL/nostril.

It is understood that when administered intranasally, the compositions are delivered via a spray device that produces a plume of spray droplets that contact the nasal mucosa. It is contemplated that the compositions can be delivered using commercially available spray devices available from, for example, Pfeiffer of America, Princeton, N.J.; Valois of America, Inc., Greenwich, Conn.; or Becton Dickinson, Franklin Lakes, N.J. Furthermore, these devices are easily operable by the patient or care giver, and leave little or no residual formulation in the device after use.

Such devices can be filled with single or multi-dose amounts of the desired formulation. The container holding the pharmaceutical composition and its sealing means are sterilizable. At least the parts of the device that are in contact with the pharmaceutical composition should be constructed and assembled in a configuration that can be sterilized. Exemplary delivery devices with one or more unit-dose(s) are described, for example, in U.S. Pat. Nos, 4,946,069; 5,307,953; 6,948,492; and 6,446,839. Individual devices can be packaged, sterilized and shipped; alternatively, entire shipping and storage packages can be sterilized at once, and the devices removed individually for dispensing, without affecting the sterility of the remaining units.

The mucosal epithelium in the nasal cavity is covered with many hair-like cilia that provide an important defense mechanism against inhaled dust, allergens and microorganisms. The normal half-time for non-absorbed substances administered to the nasal cavity is about 15 minutes due to the mucociliary clearance removing foreign particles and excess mucus toward the pharynx. For this reason it is preferred that the absorption occurs rapidly and preferably within 0.5 to 20 minutes. However, in the current invention due to bioadhesive properties of the invention, the preferred absorption may occur within 0.5 to 300 minutes (e.g., for vaccines and biologicals), preferably between 0.5 to 60 minutes (e.g., for large molecules) and more preferably between 0.5 and 20 minutes, for example, within 2, 3, 4, 5, 10, 15 or 20 minutes post administration. The composition can be formulated so that upon administration to a subject, for example, via intranasal administration to the subject, the therapeutic agent has a peak concentration ($T_{max}$) in the blood of the subject within 30, 25, 20, 15, 10 8, 5, 3 or 2 minutes after administration of the therapeutic agent.

In addition to administration to humans, the compositions of the invention can be used to deliver the therapeutic agent to an animal, for example: pets, for example, dogs, cats, rabbits, and guinea pigs; and farm animals, for example, horses, sheep, pigs, cattle, and chickens.

Throughout the description, where compositions are described as having, including, or comprising specific components, it is contemplated that compositions also consist essentially of, or consist of, the recited components. Similarly, where processes are described as having, including, or comprising specific process steps, the processes also consist essentially of, or consist of, the recited processing steps. Except where indicated otherwise, the order of steps or order for performing certain actions are immaterial so long as the

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

invention remains operable. Moreover, unless otherwise noted, two or more steps or actions may be conducted simultaneously.

## EXAMPLES

The invention is explained in more detail with reference to the following Examples, which are to be considered as illustrative and not to be construed so as to limit the scope of the invention as set forth in the appended claims.

### Example 1

### Exemplary Lorazapam Containing Formulation

In this Example, 10 mg lorazepam is dissolved in 2 mL of mPEG 350 using ultrasound to obtain a solution containing 5 mg/mL of lorazepam. 50 μL of the resulting composition is administered into each nasal cavity of male New Zealand White rabbits held in a supine position during, and then one minute after application. An Eppendorf pipette is used for each application. After administration, blood samples then are harvested from a marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes, and the lorazepam concentration determined by high performance liquid chromatography (HPLC). The pharmacokinetics of lorazepam delivery via intranasal administration can then be compared with the pharmacokinetics of lorazepam delivery by intravenous administration. It is contemplated that the pharmacokinetics of the intranasally administered lorazepam will be comparable to those of the intravenously administered lorazepam.

### Example 2

### Exemplary Midazolam Containing Formulation

In this Example, 10 mg of midazolam is dissolved in 2 mL of mPEG 350 using ultrasound to obtain a solution containing 5 mg/mL midazolam. 50 μL of the resulting composition is then administered into each nasal cavity of male New Zealand White rabbits, held in a supine position during, and then one minute after application. After administration, blood samples then are harvested from a marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes, and the midazolam concentration determined by HPLC. The pharmacokinetics of midazolam delivery via intranasal administration can then be compared with the pharmacokinetics of midazolam delivery by intravenous administration. It is contemplated that the pharmacokinetics of the intranasally administered midazolam will be comparable to those of the intravenously administered midazolam.

### Example 3

### Pharmacokinetics of Exemplary Midazolam Formulations

This Example describes a variety of formulations containing methoxy-polyethylene glycol that demonstrate comparable pharmacokinetic properties to a control formulation containing polyethylene glycol and propylene. hi addition to having comparable pharmacokinetic properties, the methoxy-polyethylene glycol formulations had a lower viscosity than the control formulation.

Table 1 lists the composition of a first test formulation, Table 2 lists the composition of a second test formulation, and Table 3 lists the composition of a control formulation.

TABLE 1

Test Formulation 1 Containing 50 mg/mL Midazolam base

| Component | Percent of Final (% v/v) |
|---|---|
| mPEG 350 | 47 |
| PEG 400 | 18 |
| Propylene Glycol | 5 |
| Ethanol | 7 |
| Water | 21 |

TABLE 2

Test Formulation 2 Containing 50 mg/mL Midazolam base

| Component | Percent of Final (% v/v) |
|---|---|
| mPEG 350 | 47 |
| PEG 400 | 18 |
| Propylene Glycol | 10 |
| Polysorbate 80 | 0.1 |
| Water | 22 |

TABLE 3

Control Containing 50 mg/mL Midazolam base

| Component | Percent of Final (% v/v) |
|---|---|
| PEG 400 | 18 |
| Propylene Glycol | 78 |
| Butylatedhydoxytoluene | 0.01 |

Each of the test and control formulations contained 50 mg/mL midazolam. Once made, 5 mg of midazolam in 0.1 mL was delivered intranasally to the right nostril of each dog (3 dogs per set) for each formulation in a cross over manner. Blood was harvested from the dogs predose and at 0.03, 0.08, 0.16, 0.25, 0.5, 0.75, 1, 2, and 4 hours after administration, and the concentration of midazolam in the blood measured by HPLC. The pharmacokinetic properties are summarized in Table 4.

TABLE 4

Pharmacokinetic Properties

| Formulation | $T_{max}$ (hr) | $C_{max}$ (ng/mL) | $AUC_{last}$ (hr * ng/mL) | $AUC_{INF}$ (hr * ng/mL) |
|---|---|---|---|---|
| Test Formulation 1 | 0.11 ± 0.05 | 2220 ± 289 | 506 ± 94 | 508 ± 95 |
| Test Formulation 2 | 0.05 ± 0.03 | 1880 ± 682 | 399 ± 75 | 403 ± 76 |
| Control Formulation | 0.07 ± 0.03 | 2350 ± 796 | 506 ± 72 | 509 ± 71 |

In Table 4, Cmax refer to the maximum plasma concentration, $T_{max}$ refers to the time to reach $C_{max}$ $AUC_{last}$ refers to area under the concentration curve from time zero to the last measurable plasma concentration, and $AUC_{INF}$ refers to the area under the concentration curve from time zero to infinity.

The results demonstrate that the test formulations, when administered intranasally to the dogs, produced comparable pharmacokinetics to the control formulation. The test formulations, however, had a lower viscosity than the control formulations. Lower viscosity correlates with better spray pattern characteristics.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Example 4

Additional Exemplary Methoxy-Polyethylene Glycol Containing Formulations

This example describes the benefit of incorporating methoxy-polyethylene glycol into certain intranasal formulations. Table 5 describes a formulation containing methoxy-polyethylene glycol and PEG 400, Table 6 describes a formulation containing methoxy-polyethylene glycol without PEG 400, Table 7 describes a formulation containing methoxy-polyethylene glycol without PEG 400 (with reduced ethanol), and Table 8 describes a control formulation containing PEG 400 but no methoxy-polyethylene glycol.

TABLE 5

| Component | Viscosity (cP) | % (w/w) |
|---|---|---|
| Propylene glycol | 40 | 5 |
| PEG 400 | 80 | 18 |
| mPEG 350 | 29 | 47 |
| Ethanol | — | 6 |
| Water | 1 | 18 |
| Midazolam | — | 7 |

TABLE 6

| Component | Viscosity (cP) | % (w/w) |
|---|---|---|
| Propylene glycol | 40 | 2 |
| mPEG 350 | 29 | 64 |
| Ethanol | — | 5 |
| Water | 1 | 23 |
| Midazolam | — | 7 |

TABLE 7

| Component | 75 mg Midazolam/dose (% w/w) | 50 mg Midazolam/dose (% w/w) | 25 mg Midazolam/dose (% w/w) |
|---|---|---|---|
| MPEG 350 | 64.8 | 64.8 | 64.8 |
| Propylene glycol | 2.0 | 2.0 | 2.0 |
| Ethanol | 2.5 | 2.5 | 2.5 |
| Water | 23.7 | 26.0 | 28.3 |
| Phenethyl Alcohol | 0.025 | 0.025 | 0.025 |
| Midazolam | 6.9 | 4.6 | 2.3 |

TABLE 8

Control Formulation (Without Methoxy-polyethylene Glycol)

| Component | Viscosity (cP) | (% w/w) |
|---|---|---|
| PEG 400 | 89 | 19 |
| Propylene Glycol | 40 | 76 |
| Butylatedhydroxytoluene | — | 0.01 |
| Midazolam | — | 5 |

The formulation of Table 5 was prepared by mixing the propylene glycol, PEG 400, mPEG 350, and ethanol. The midazolam was then added to the mixture, and then after the midazolam had dissolved following mixing the water was added to the formulation. The formulations in Tables 6 and 7 were prepared as follows. The midazolam was weighed in a container and the ethanol was added to wet the active ingredient. After mixing, about 65% of the mPEG 350 was added, and the resulting mixture mixed for 2 minutes. Thereafter, the additional organic phase was added. The remaining 35% of the mPEG 350 was mixed with water, and the diluted mPEG 350 then was gradually added with mixing to the midazolam solution until a clear solution was produced. The viscosity of the resulting formulations and spray patterns were tested.

The viscosity of the resulting formulations was tested at 25° C. using a viscometer (Brookfield DV-II PRO). The viscosity of the control formulation without methoxy-polyethylene glycol (Table 8) was found to be about 42 cP, whereas the viscosity of the test formulation of Table 5 was found to be about 30 cP, and the viscosity of the test formulation of Table 6 was found to be about 23 cP. The reduced viscosity of the test formulations relative to the control formulation permitted the creation of more reproducible spray patterns.

The spray patterns produced by the two test formulations of Tables 5 and 6 were tested using a Proveris spray view instrument. The resulting parameters of the resulting spray patterns were found to be more reproducible as the viscosity of the formulation decreased.

In addition, 100 μL of placebo formulations (no midazolam) corresponding to the formulations set forth in Tables 7 and 8 were administered intranasally to three healthy test subjects using a commercially available spray device from Pfeiffer. The placebo formulation corresponding to Table 7 containing methoxy-polyethylene glycol had a less noticeable taste relative to the placebo formulation corresponding to Table 8.

These collective results demonstrate that mPEG 350 is a suitable excipient for nasal administration, for example, with midazolam.

Example 5

Sprayability of Methoxy-Polyethylene Glycol Containing Formulations

This Example demonstrates that methoxy-polyethylene glycol-based formulations produce superior spray flumes relative to polyethylene glycol. Solutions containing 100% methoxy-polyethylene glycol 350 (MPEG 350) from Sigma-Aldrich Chemie GmbH (St. Louis, Mo., USA) and 100% polyethylene glycol 300 (PEG 300) from Croda Chemicals Europe Ltd. (Goole, UK) were placed into Pfeiffer 20 mL bottles (Pfeiffer 34473) and attached to certain pumps from Valois or Pfeiffer (see Table 8). Each spray device was placed 25 cm under a sheet of absorbent paper and the sprayability was measured as the diameter across of the paper wetted by the resulting spray. The results are summarized in Table 9.

TABLE 9

| Pump Type | Formulation | Spray diameter (cm) |
|---|---|---|
| Pfeiffer 71514 | PEG 300 | 2.0-3.2 cm |
| Pfeiffer 71514 | mPEG 350 | 22-26 cm |
| Valois VP6/100 | PEG 300 | 5.0-7.5 cm |
| Valois VP6/100 | mPEG 350 | 15-21 cm |

The results show that there is a clear difference in the sprayability of mPEG 350 compared with PEG 300. The required spray angle is not achieved using PEG 300, whereas a clinically relevant spray-angle can be achieved using mPEG 350.

INCORPORATION BY REFERENCE

The entire disclosure of each of the patent documents and scientific articles referred to herein is incorporated by reference for all purposes.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

EQUIVALENTS

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The foregoing embodiments are therefore to be considered in all respects illustrative rather than limiting on the invention described herein. Scope of the invention is thus indicated by the appended claims rather than by the foregoing description, and all changes that come within the meaning and range of equivalency of the claims are intended to be embraced therein.

What is claimed is:

**1.** A liquid pharmaceutical composition formulated for intranasal administration comprising:

a) a therapeutically effective amount of a therapeutic agent selected from midazolam, a pharmaceutically acceptable salt thereof or combinations thereof; and

b) a methoxy-polyethylene glycol of Formula I

$$H_3C—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein n is a number in the range of 2 to 12.

**2.** The pharmaceutical composition of claim **1** wherein n is in the range of 3 to 10.



**3.** The pharmaceutical composition of claim **1** further comprising water.

**4.** The pharmaceutical composition of claim **1**, wherein the methoxypolyethylene glycol comprises methoxy-polyethylene glycol 350.

**5.** The pharmaceutical composition of claim **1**, wherein the methoxypolyethylene glycol comprises methoxy-polyethylene glycol 550.

**6.** The pharmaceutical composition of claim **1** further comprising polyethylene glycol 200, 300 or 400.

**7.** The pharmaceutical composition of claim **1** further comprising propylene glycol.

**8.** The pharmaceutical composition of claim **1** wherein the midazolam or pharmaceutically acceptable salt thereof comprises about 0.0001% (w/v) to about 50% (w/v) of the pharmaceutical composition.

**9.** The pharmaceutical composition of claim **8** wherein the midazolam or pharmaceutically acceptable salt thereof comprises about 0.001% (w/v) to about 20% (w/v) of the pharmaceutical composition.

**10.** The pharmaceutical composition of claim **1** wherein the therapeutic agent is midazolam.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

U 8147298

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 25, 2021

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *8,217,033*
ISSUE DATE: *July 10, 2012*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

JOINT EXHIBIT
JTX-3004
UCB v. Cipla (21-1229-JLH)

NAYZILAM_00002114

US008217033B2

(12) **United States Patent**
**Gizurarson**

(10) **Patent No.: US 8,217,033 B2**
(45) **Date of Patent: Jul. 10, 2012**

(54) **METHODS AND COMPOSITIONS FOR THE DELIVERY OF A THERAPEUTIC AGENT**

(75) Inventor: **Sveinbjorn Gizurarson**, Reykjavik (IS)

(73) Assignees: **Hananja EHF**, Reyjavik (IS); **University of Iceland**, Reykjavik (IS)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/469,448**

(22) Filed: **May 20, 2009**

(65) **Prior Publication Data**

US 2009/0227568 A1 Sep. 10, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 12/016,724, filed on Jan. 18, 2008.

(30) **Foreign Application Priority Data**

Jan. 19, 2007 (IS) .................................... 8593/2007

(51) **Int. Cl.**
*A61K 31/55* (2006.01)
(52) **U.S. Cl.** ...................................................... 514/220
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,812,853 A 5/1974 Crain
4,153,689 A 5/1979 Hirai et al.
4,464,378 A 8/1984 Hussain
4,673,679 A 6/1987 Aungst et al.
4,782,047 A 11/1988 Benjamin et al.
4,863,720 A 9/1989 Burghart et al.
4,889,860 A 12/1989 Rzeszotarski et al.
4,946,069 A 8/1990 Fuchs et al.
4,950,664 A 8/1990 Goldberg
4,973,596 A 11/1990 Cohen
5,132,114 A 7/1992 Stanley et al.
5,166,202 A 11/1992 Schweizer
5,169,029 A 12/1992 Behar et al.
5,225,183 A 7/1993 Purewal et al.
5,307,953 A 5/1994 Regan et al.
5,369,095 A 11/1994 Kee et al.
5,393,773 A 2/1995 Craig et al.
5,397,771 A 3/1995 Bechgaard et al.
5,428,006 A 6/1995 Bechgaard et al.
5,457,100 A 10/1995 Daniel
5,474,759 A 12/1995 Fassberg et al.
5,529,787 A 6/1996 Merrill et al.
5,543,434 A 8/1996 Weg
5,554,639 A 9/1996 Craig et al.
5,577,497 A 11/1996 Mecikalski et al.
5,622,166 A 4/1997 Eisele et al.
5,629,011 A 5/1997 Illum et al.
5,637,314 A 6/1997 Sharpe et al.
5,683,677 A 11/1997 Purewal et al.
5,693,608 A 12/1997 Bechgaard et al.
5,695,743 A 12/1997 Purewal et al.
5,702,725 A 12/1997 Merrill et al.
5,705,520 A 1/1998 Craig et al.
5,766,573 A 6/1998 Purewal et al.
5,789,375 A 8/1998 Mukae et al.
5,855,907 A 1/1999 Peyman
5,866,143 A 2/1999 Elkhoury
5,897,858 A 4/1999 Haslwanter et al.
5,948,389 A 9/1999 Stein
5,958,379 A 9/1999 Regenold et al.
6,007,834 A 12/1999 Merkus
6,013,632 A 1/2000 Jones et al.
6,015,797 A 1/2000 Camborde et al.
6,017,963 A 1/2000 Alfonso et al.
RE36,744 E 6/2000 Goldberg
6,110,486 A 8/2000 Dugger, III
6,193,984 B1 2/2001 Ghiasi et al.
6,193,985 B1 2/2001 Sonne et al.
6,228,383 B1 5/2001 Hansen et al.
6,234,366 B1 5/2001 Fuchs et al.
6,255,502 B1 7/2001 Penkler et al.
6,274,635 B1 8/2001 Travis
6,274,653 B1 8/2001 Hecht et al.
6,514,482 B1 2/2003 Bartus et al.
6,528,465 B1 3/2003 Cantoro
6,565,832 B1 5/2003 Haslwanter et al.
6,565,841 B1 5/2003 Niven et al.
6,608,073 B1 8/2003 Hussain et al.
6,610,271 B2 8/2003 Wermeling
6,613,308 B2 9/2003 Bartus et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 0519351 12/1992
(Continued)

OTHER PUBLICATIONS

The Dow Chemical Company (PEGs & MPEGs, Mar. 2006).*
Weber et al., "Premedication with nasal s-ketamine and midazolam provides good conditions for induction of anesthesia in preschool children" *Can. J. Anesth.* (2003) 50, pp. 470-475.
Patent Cooperation Treaty (PCT) International Search Report; International Application No. PCT/US05/08090, completed Jun. 12, 2005 and mailed Jun. 30, 2005 (2 pages).
Knoester, P.D. et al., "Pharmacokinetics and pharmacodynamics of midazolam administered as a concentrated intranasal spray. A study in healthy volunteers" *Br. J. Clin. Pharmacol.* (2002); 53(5), pp. 501-507.
Bechgaard, E. et al., "Solubilization of various benzodiazepines for intranasal administration, a pilot study" *Pharm. Dev. Technol.* (1997); 2(3), pp. 293-296.
Hjortkjaer, R.K. et al., "Single- and repeated-dose local toxicity in the nasal cavity of rabbits after intranasal adminstration of different glycols for formulations containing benzodiazepines" *J. Pharm. Pharmacol.* (1999); 51(4), pp. 377-383.
(Continued)

*Primary Examiner* — Brandon Fetterolf
*Assistant Examiner* — Craig Ricci
(74) *Attorney, Agent, or Firm* — Kagan Binder, PLLC

(57) **ABSTRACT**

The present invention provides a liquid pharmaceutical composition comprising a therapeutic agent and an alkoxy-polyethylene glycol, for example, methoxy-polyethylene glycol, for administration of the therapeutic agent to the mammal. The compositions can be applied to a membrane, for example, a nasal membrane during intranasal administration. The invention also provides methods of administering such compositions to a mammal.

**21 Claims, No Drawings**

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,627,211 | B1 | 9/2003 | Choi et al. |
| 6,737,043 | B2 | 5/2004 | Rabinowitz et al. |
| 6,805,853 | B2 | 10/2004 | Rabinowitz et al. |
| 6,936,605 | B2 | 8/2005 | March |
| 6,977,070 | B2 | 12/2005 | Dugger, III |
| 6,979,437 | B2 | 12/2005 | Bartus et al. |
| 7,018,619 | B2 | 3/2006 | Rabinowitz et al. |
| 7,045,119 | B2 | 5/2006 | Rabinowitz et al. |
| 7,060,255 | B2 | 6/2006 | Rabinowitz et al. |
| 7,070,765 | B2 | 7/2006 | Rabinowitz et al. |
| 7,087,218 | B2 | 8/2006 | Rabinowitz et al. |
| 7,090,830 | B2 | 8/2006 | Hale et al. |
| 7,132,112 | B2 | 11/2006 | Choi et al. |
| 7,449,173 | B2 | 11/2008 | Rabinowitz et al. |
| 7,470,421 | B2 | 12/2008 | Rabinowitz et al. |
| 7,645,442 | B2 | 1/2010 | Hale et al. |
| 7,700,588 | B2 | 4/2010 | Merkus |
| 2002/0037319 | A1 | 3/2002 | Drizen et al. |
| 2003/0012738 | A1 | 1/2003 | Rabinowitz et al. |
| 2003/0077300 | A1 | 4/2003 | Wermeling |
| 2003/0134811 | A1 | 7/2003 | Jackson et al. |
| 2003/0163099 | A1 | 8/2003 | Wermeling et al. |
| 2003/0171439 | A1 | 9/2003 | Lawyer et al. |
| 2003/0175354 | A1 | 9/2003 | Drizen et al. |
| 2003/0206867 | A1 | 11/2003 | Wermeling |
| 2004/0115133 | A1 | 6/2004 | Wermeling |
| 2004/0166158 | A1 | 8/2004 | Davis et al. |
| 2004/0176359 | A1 | 9/2004 | Wermeling |
| 2004/0185003 | A1 | 9/2004 | Rabinowitz et al. |
| 2005/0137164 | A1 | 6/2005 | Arkin et al. |
| 2005/0153956 | A1 | 7/2005 | Merkus |
| 2005/0244517 | A1 | 11/2005 | Hall et al. |
| 2006/0110415 | A1 | 5/2006 | Gupta |
| 2006/0116350 | A1 | 6/2006 | Pasricha et al. |
| 2006/0147386 | A1 | 7/2006 | Wermeling |
| 2006/0198896 | A1 | 9/2006 | Liversidge et al. |
| 2006/0210614 | A1 | 9/2006 | Quay et al. |
| 2007/0208011 | A1 | 9/2007 | Cloyd et al. |
| 2007/0212307 | A1 | 9/2007 | Wermeling et al. |
| 2008/0070904 | A1 | 3/2008 | Jamieson et al. |
| 2008/0138383 | A1 | 6/2008 | Bortz et al. |
| 2008/0279784 | A1 | 11/2008 | Cartt et al. |
| 2009/0088421 | A1 | 4/2009 | Orr |
| 2009/0130216 | A1 | 5/2009 | Cartt et al. |
| 2009/0233912 | A1 | 9/2009 | Castile et al. |
| 2009/0304801 | A1 | 12/2009 | Liversidge et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0698388 | 2/1996 |
| EP | 0698388 B1 | 12/1999 |
| EP | 1703896 | 12/2008 |
| WO | WO-87/05210 | 9/1987 |
| WO | WO-90/02737 | 3/1990 |
| WO | 95/01414 | 1/1995 |
| WO | WO-95/01414 | 1/1995 |
| WO | WO-98/00152 | 1/1998 |
| WO | WO-99/21908 | 5/1999 |
| WO | WO-01/06987 | 2/2001 |
| WO | WO-01/12230 | 2/2001 |
| WO | WO-01/12718 | 2/2001 |
| WO | WO-2002/11778 | 2/2002 |
| WO | WO-2002/089751 | 11/2002 |
| WO | 03/101494 | 12/2003 |
| WO | WO-03/101494 | 12/2003 |
| WO | 2004/082589 | 9/2004 |
| WO | WO-2004/082589 A2 | 9/2004 |
| WO | WO-2005/020906 | 3/2005 |
| WO | WO-2005/067893 | 7/2005 |
| WO | WO 2005/067893 * | 7/2005 |
| WO | 2005/072826 | 8/2005 |
| WO | WO-2005/072826 A2 | 8/2005 |
| WO | 2006/119803 | 11/2006 |
| WO | WO-2006/119803 A1 | 11/2006 |
| WO | WO-2007/032962 | 3/2007 |
| WO | WO-2007/067761 | 6/2007 |
| WO | WO-2007/109141 | 9/2007 |
| WO | WO-2007/111933 | 10/2007 |
| WO | WO-2008/063634 | 5/2008 |
| WO | WO-2009/053741 | 4/2009 |

OTHER PUBLICATIONS

Björkman, S. et al., "Pharmacokinetics of midazolam given as an intranasal spray to adult surgical patients" *Br. J. Anaesth.* (1997); 79(5), pp. 575-580.
European Patent Office Supplementary Partial European Search Report; European Application No. EP05725332, completed Nov. 9, 2007.
Greenblatt, D. et al., "Pharmacokinetics and pharmacodynamics of single-dose triazolam: electroencephalography compared with digital symbol substitution test" *Br. J. Clin. Pharmacol.* (2005); 60, pp. 244-248.
Lahat, E. et al., "Comparison of intranasal midazolam with intravenous diazepam in treating febrile seizures in children: prospective randomized study" BMJ (2000); 321, pp. 83-86.
Kain, Z.N. et al., "Premedication in the United States: a status report." Anesth. Analg. (1997); 84, pp. 427-432.
Coda, B.A. et al., "Pharmacokinetics and bioavailability of single does intranasal hydromorphone hydrochloride in healthy volunteers" Anesth. Analg. (2003); 97, pp. 117-123.
Crankshaw et al., "The Effect of Solvents on the Potency of Chlordiazepoxide, Diazepam, Medazepam and Nitrazepam," J. Pharm. Pharmac., 1971, 23, pp. 313-321.
Lau, S.W.J. et al., "Absorbtion of Diazepam and Lorazepam Following Intranansal Administration" International Journal of Pharmaceutics (1989); 54, pp. 171-174.
Wermeling et al., "Pharmacokinetics and Pharmacodynamics of a New Intranasal Midazolam Formulation in Healthy Volunteers," International Anesthesia Research Society, vol. 103, No. 2, Aug. 2006, pp. 344-349.
Dale et al., "Intranasal Midazolam: A Comparison of Two Delivery Devices in Human Volunteers," Journal of Pharmacy and Pharmacology 2006, 58: pp. 1311-1318.
Morimoto et al., "Nasal Absorption of Nifedipine from Gel Preparations in Rats," Chem. Pharm. Bull., 35(7) pp. 3041-3044, (1987).
Wermeling et al., "Bioavailability and Pharmacokinetics of Lorazepam after Intranasal, Intravenous, and Intramuscular Administration." J. Clin. Pharmacol. 2001; 41; 1225, pp. 1225-1231.
Burstein et al., "Pharmacokinetics and Pharmacodynamics of Midazolam after Intranasal Administration," J. Clin. Pharmacol. 1997; 37: 711-718.
Loftsson et al., "Cyclodextrin Solubilization of Benzodiazepines: Formulation of Midazolam Nasal Spray," International Journal of Pharmaceutics 212 (2001) pp. 29-40.
Lacoste et al., "Intranasal Midazolam in Piglets: Pharmacodynamics (0.2 vs 0.4 mg/kg) and Pharmacokinetics (0.4 mg/kg) with Bioavailability Determination," Laboratory Animals Ltd. Laboratory Animals (2000) 34, pp. 29-35.
Dale et al., "Intranasal Midazolam: A comparison of Two Delivery Devices in Human Volunteers," PubMed, 1: J Pharm Pharmacol. Oct. 2006; 58(10): 1311-8. (abstract only).
Mazaheri et al., "Assessment of Intranasal Midazolam Administration with a Dose of 0.5 mg/kg in Behavior Management of Uncooperative Children," PubMed, 1: J Clin Pediatr Dent. 2008 Winter; 32(2): 95-9. (abstract only).
McIlwain et al., "Allergic Reaction to Intranasal Midazolam HCl: A Case Report," PubMed, 1: Pediatr Dent. Jul.-Aug. 2004; 26(4): 359-61. (abstract only).
Gilchrist et al., "The Use of Intranasal Midazolam in the Treatment of Paediatric Dental Patients," PubMed, 1: Anaesthesia. Dec. 2007; 62(12): 1262-5. (abstract only).
Gudmundsdottir et al., "Intranasal Administration of Midazolam in a Cyclodextrin Based Formulation: Bioavailability and Clinical Evaluation in Humans," PubMed, 1: Pharmazie. Dec. 2001; 56(12): 963-6. (abstract only).
Lloyd et al., "Intranasal Midazolam as an Alternative to General Anaesthesia in the Management of Children with Oral and Maxillofacial Trauma," PubMed, 1: Br J Oral Maxillofac Surg. Dec. 2000; 38(6): 593-595. (abstract only).

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Scheepers et al., "Midazolam via the Intranasal Route: An Effective Rescue Medication for Severe Epilepsy in Adults with Learning Disability," PubMed, 1: Seizure. Dec. 1998; 7(6): 509-12. (abstract only).
Dallman et al., "Comparing the Safety, Efficacy and Recovery of Intranasal Midazolam vs. Oral Chloral Hydrate and Promethazine," PubMed, 1: Pediatr Dent. Sep.-Oct. 2001; 23(5): 424-30. (abstract only).
Vesal et al., "Clinical Evaluation of Intranasal Benzodiazepines, Alpha-Agonists and Their Antagonists in Canaries," PubMed, 1: Vet Anaesth Analg. May 2006; 33(3): 143-8. (abstract only).
Karst et al., "Auricular Acupuncture for Dental Anxiety: A Randomized Controlled Trial," PubMed, 1: Anesth Analg. Feb. 2007; 104(2): 295-300. (abstract only).
Wilson et al., "Nasal/Buccal Midazolam Use in the Community," PubMed, 1: Arch Dis Child. Jan. 2004; 89(1): 50-1. (abstract only).
Kupietzky et al., "Intranasal Midazolam Better at Effecting Amnesia after Sedation than Oral Hydroxyzine: A Pilot Study," PubMed, 1: Pediatr Dent. Jan.-Feb. 1996; 18(1): 32-4. (abstract only).
Kaufman et al., "Comparison Between Intranasal and Intravenous Midazolam Sedation (with or without patient control) in a Dental Phobia Clinic," PubMed, 1: J Oral Maxillofac Surg. Aug. 1994; 52(8): 840-3; discussion 844. (abstract only).
Fuks et al., "Assessment of Two Doses of Intranasal Midazolam for Sedation of Young Pediatric Dental Patients," PubMed, 1: Pediatr Dent. Jul.-Aug. 1994; 16(4): 301-5. (abstract only).
Abrams et al., "Safety and Effectiveness of Intranasal Administration of Sedative Medications (ketamine, midazolam, or sufentanil) for Urgent Brief Pediatric Dental Procedures," PubMed, 1: Anesth Prog. 1993; 40(3): 63-6. (abstract only).
Karabas et al., "Probing for Nasolacrimal Duct Obstruction Using Intranasal Midazolam Sedation as an Alternative to General Anesthesia," PubMed, 1: J Pediatr Ophthalmol Strabismuc. Mar.-Apr. 2006; 43(2): 79-84; quiz 100-1.
Wilton et al., "Preanesthetic Sedation of Preschool Children Using Intranasal Midazolam," Clinical Report, Anesthesiology, vol. 69, No. 6, Dec. 1988, pp. 972-975.
Patent Cooperation Treaty (PCT) International Search Report and Written Opinion: International Application No. PCT/US2008/051466, completed Dec. 1, 2008 and mailed Dec. 17, 2008 (11 pages).
Burstein et al., "Intranasal Midazolam Plasma Concentration Profile and Its Effect on Anxiety Associated with Dental Procedures," Anesth Prog (1996) 43: pp. 52-57.
Rey et al., "Pharmacokinetics of Midazolam in Children: Comparative Study of Intranasal and Intravenous Administration," European Journal of Clinical Pharmacology, (1991) 41: pp. 355-357.
Walberg et al., "Plasma Concentrations of Midazolam in Children Following Intranasal Administration," Anesthesiology, (1991) 74: pp. 233-235.
Methocel Cellulose Ethers Technical Handbook, Dow Chemical Company (32 pages), Sep. 2002.
Carbowax MPEG 350 & 350E Kinematic Viscosity Report, Dow Chemical Company (1 page), Sep. 2009.
Carbowax MPEG 500E & 550 Kinematic Viscosity Report, Dow Chemical Company (1 page), Sep. 2009.
Lui et al., "Intranasal Aborption of Flurazepam, Midazolam and Triazolam in Dogs," *J. Pharm. Sci.* 80: 1125-1129 (1991).
Ivaturi et al., Acta Neurol Scand. 2009, 120:353-357.
Costantino et al., International Journal of Pharmaceutics, 2007, vol. 337, pp. 1-24.
Bhattacharyya et al., Pediatr Neurol 2006 34:355-359.
de Haan et al., Epilepsia, 2010, 51(13):478-482.
Fisgin et al., J. Child Neurol. 2000, 833-835.
Fisgin et al., Journ. of Child Neurology. 2002, 17(2):123-126.
Harbord et al., J. Paediatr. Child Health. 2004, 40:556-558.
Holsti et al., Pediatric Emergency Care. 2007, 23(3):148-153.
Jeannet et al., Euro. Journ. of Paediatric Neurology. 1999, 3:73-77.
Kutlu et al., Brain & Develop. 2000, 22:359-361.
Kyrkou et al., Journ. of Intellec. & Develop. Disability. 2006, 31(3):131-138.
Mahmoudian et al., Epilepsy & Behavior. 2004. 5:253-255.
O'Regan et al., Develop. Medicine & Child Neurology. 1996, 38:1037-1045.
Scheepers et al., Seizure, 2000, 9:417-422.
Wermeling et al., Epilepsy Research, 2009, 83:124-132.
Aurora, Drug Delivery Technology, vol. 2 No. 7 (2002), pp. 1-8.
Harris et al., Journal of Pharmaceutical Sciences, vol. 78 (1989), pp. 470-471.
Illum et al., Journal of Aerosol Medicine, vol. 19 (2006), pp. 92-99.
Kilian et al., International Journal of Pharmaceutics, vol. 163 (1998), pp. 211-217.
Pennington et al., International Journal of Pharmaceutics, vol. 43 (1988), pp. 221-224.
Suzuki et al., Journal of Controlled Release, vol. 62 (1999), pp. 101-107.
Excerpts from the Handbook of Pharmaceutical Excipients (R.C. Rowe, P.J. Sheskey, & S.C. Owen, eds., PhP Pharmaceutical Press, 5th ed. 2006).

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

# METHODS AND COMPOSITIONS FOR THE DELIVERY OF A THERAPEUTIC AGENT

## RELATED APPLICATIONS

This application is a continuation of co-pending U.S. application Ser. No. 12/016,724, filed Jan. 18, 2008, which claims the benefit of and priority to Icelandic Patent Application Serial No. 8593/2007, filed Jan. 19, 2007, the entire disclosure of each of which is incorporated by reference herein for all purposes.

## FIELD OF THE INVENTION

This invention relates generally to compositions for the delivery of a therapeutic agent and to related methods, and more particularly relates to compositions containing one or more alkoxy-polyethylene glycols for the delivery of a therapeutic agent and to related methods.

## BACKGROUND

The administration of a therapeutic agent by injection (e.g., intravenous, intramuscular or subcutaneous injection) typically is regarded as the most convenient way of administration when the purpose is to achieve a rapid and strong systemic effect, for example, within 3-10 minutes, when the agent is not absorbed by the gastrointestinal tract, or when the agent is inactivated in the gastrointestinal tract or by first-pass hepatic metabolism. However, administration by injection presents a range of disadvantages. For example, sterile syringes must be used and injections cannot be administered by untrained personnel. Furthermore, this mode of administration may cause pain and/or irritation, especially in the case of repeated injections at the same site.

Mucosal administration, such as, intranasal, buccal, sublingual, rectal and pulmonal administration, is receiving particular interest as it avoids many of the disadvantages of injecting a therapeutic agent while, at the same time, still providing a strong and rapid systemic effect. In order to be an attractive alternative to injection, mucosal administration, for example, intranasal administration, should neither cause significant pain, discomfort or irritation nor cause any irreversible damage to the mucosal surface. However, in the case of acute health threatening indications, a relatively high local irritation to the mucosa may be acceptable.

In mucosal administration, such as during nasal, buccal or rectal administration, the therapeutic agent should be applied to the mucosa in a vehicle that permits it to penetrate, or be absorbed through, the mucosa. In order to penetrate the mucus, the vehicle should be biocompatible with mucus and hence have a certain degree of hydrophilicity. However, the vehicle should preferably also possess lipophilic properties to dissolve a clinically relevant amount of the therapeutic agent of interest.

The extensive network of blood capillaries under the mucosal surface, especially in the nasal mucosa, is well suited to provide a rapid and effective systemic absorption of drugs, vaccines and biologicals. Moreover, the nasal epithelial membrane in effect contains a single layer of epithelial cells (pseudostratified epithelium) and, therefore, is more suited for drug administration than other mucosal surfaces having squamous epithelial layers, such as, the mouth and vagina.

It has been hypothesized that the usefulness of nasal administration can be limited if the therapeutic agent has limited solubility in water (Proctor, D. F. (1985) *Nasal Physiology in Intranasal Drug Administrations*, in Chien, Y. W. (Ed.) Transnasal Systemic Medications, Fundamentals, Developmental Concepts and Biomedical Assessments, Elsevier Science Publishers, Amsterdam, pp. 101-105). As a result, this hypothesis, if correct, may limit the delivery of certain therapeutic agents that are sparingly soluble in water.

To facilitate delivery to the nasal cavity, an effective amount of the therapeutic agent should be dissolved in a small volume, for example, less than about 1000 μL, preferably less than 300 μL, and more preferably less than 150 μL. Larger volumes drain out anteriorly through the nostrils or posteriorly toward the pharynx where excess liquid is swallowed. As a result, if large volumes are administered, a portion of the therapeutic agent can be lost from the absorption site, and it can be difficult if not impossible to reproducibly administer the correct dose of the therapeutic agent.

A variety of delivery systems have been developed for the nasal administration of therapeutic agents. Lau and Slattery studied the absorption characteristics of diazepam and lorazepam following their intranasal administration for the treatment of epilepticus (Lau, S. W. J. & Slattery, J. T. (1989), *Absorption of Diazepam and Lorazepam Following Intranasal Administration*, Int. J. Pharm., 54, 171-174). In order to solubilize the therapeutic agent, a non-ionic surfactant—polyoxyethylated castor oil—was selected as the least irritating solvent of several solvents studied, including polyethylene glycol 400 (PEG 400). Diazepam absorption was 84% and 72%, respectively, in two adults measured over a period of 60 hours. However, the peak concentration was not observed until 1.4 hours after the nasal administration and was only about 27% with reference to intravenous administration, suggesting that most of the absorption had taken place after the test substance passed down to pharynx and swallowed. Similar results were obtained for lorazepam but with an even longer time to peak (2.3 hours). The authors concluded that the intranasal route of administration had limited potential for the acute treatment of epileptic seizures.

Wilton et al. attempted to administer midazolam to 45 children to achieve pre-anesthetic sedation (Wilton et al. (1988) *Preanaesthetic Sedation of Preschool Children Using Intranasal Midazolam*, Anesthesiology, 69, 972-975). However, the volumes used were impractical and exceeded the maximal volume required for efficient administration. This resulted in coughing and sneezing with expulsion of at least part of the dose.

Morimoto et al. studied a gel preparation for nasal application in rats of nifedipine containing the gelling agent carbopol (polyacrylic acid) in PEG 400, for achieving prolonged action and high bioavailability of the therapeutic agent (Morimoto et al. (1987) *Nasal Absorption of Nifedipine from Gel Preparations in Rats*, Chemical and Pharmaceutical Bulletins, 35, No. 7, 3041-3044). A mixture of equal amounts of carbopol and PEG 400 was preferred. It was shown that nasal application provided higher bioavailability of nifedipine than after peroral administration, but the peak plasma concentration was not observed until 30 minutes after administration.

Danish Patent Application No. 2586/87 discloses a pharmaceutical composition comprising an anti-inflammatory steroid, water, 2 to 10% (v/v) propylene glycol, 10 to 25% (v/v) PEG 400, and 1 to 4% (v/v) Tween 20.

U.S. Pat. No. 4,153,689 discloses a stable aqueous solution of insulin intended for intranasal administration. The solutions had a pH not more than 4.7, and contained from 0.1 to 20% by weight of a stabilizing agent including (a) one or more non-ionic surface active agents whose hydrophile-lipophile balance value was in the range of 9 to 22, and/or (b) polyethylene glycol whose molecular weight was in the range of from 200 to 7500. Exemplary non-ionic surface active

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

agents included polyoxyethylene fatty acid ester, a polyoxyethylene higher alcohol ether, a polyoxyethylene alkylphenyl ether, or a polyoxyethylene alkylphenyl ether, or a polyoxyethylene hydrogenated castor oil.

International Patent Publication No. DK-2075/90 discloses the nasal administration of therapeutic agents, for example, benzodiazepines, in compositions containing n-glycofurol, a derivative of polyethyleneglycol, for mucosal administration. The application discloses the nasal administration of therapeutic agents, for example, benzodiazepines, in formulations containing at least 30% n-ethyleneglycols ranging from 1-8 ethylene glycol, for example, polyethylene glycol 200 (PEG 200).

U.S. Pat. No. 5,693,608 discloses a method of administering a therapeutic agent via the nasal mucosa of a mammal, where the agent is dissolved or suspended in an n-ethyleneglycol containing vehicle where the n-ethyleneglycol is represented by the formula, $H(OCH_2CH_2)_pOH$, wherein p is a number from 1 to 8.

Notwithstanding, there is still a need for compositions deliverable through mucosal membranes that produce therapeutic plasma concentrations of the therapeutic agent as fast as or nearly as fast as by intravenous administration but without causing irritation and/or unacceptable damage to the mucosal membrane.

## SUMMARY OF THE INVENTION

The invention is based, in part, upon the discovery that the inclusion of one or more alkoxy-polyethylene glycols in a formulation provides certain advantages when the resulting composition is to be applied, for example, to a mucosal surface. For example, it has been discovered that when alkoxy-polyethylene glycol is used in such formulations, the therapeutic agent can be still be solubilized (which is especially useful for poorly soluble therapeutic agents) but the resulting formulations are less viscous and cause less irritation to mucosal membranes because the amount of other potentially viscous and irritable excipients, for example, polyethylene glycol or propylene glucol, can be reduced or eliminated altogether. As a result, the lower viscosity formulations, when converted into droplets, for example, by a nasal sprayer during intranasal delivery, can produce a spray pattern optimized for delivering the therapeutic agent to the mucosal membrane. In addition, formulations containing alkoxy-polyethylene glycols create less irritation (burning sensation) when applied to a mucosal surface, for example, a nasal membrane following nasal administration. In addition, when administered intranasally, the compositions of the invention minimize undesirable after taste (for example, a petroleum-like after taste) that can be associated with certain other excipients.

In one aspect, the invention provides a liquid pharmaceutical composition comprising a therapeutic agent and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein,

R is methyl, ethyl, n-propyl, isopropyl, or cyclopropyl; and

n, which is the average number of oxyethylene repeating units, is a number in the range of from about 1 to about 25.

In another aspect, the invention provides a liquid formulation for solubilizing a poorly soluble therapeutic agent, for example, a poorly soluble organic therapeutic agent. The composition comprises a poorly soluble therapeutic agent and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein,

R is ($C_1$-$C_6$)alkyl; and

n, which is the average number of oxyethylene repeating units, is a number in the range of from about 1 to about 25.

In another aspect, the invention provides methods of delivering a therapeutic agent of interest to a mammal, for example, a human, using an alkoxy-polyethylene glycol containing composition described herein. The composition is particularly useful when the composition is applied to a mucosal membrane, for example, a nasal membrane during intranasal drug delivery.

These and other aspects and advantages of the invention will become apparent upon consideration of the following detailed description and claims.

## DETAILED DESCRIPTION OF THE INVENTION

The invention is based, in part, upon the discovery that the inclusion of one or more alkoxy-polyethylene glycols into formulations provides certain advantages over other excipients when the formulations are applied, for example, to a mucosal surface. For example, it has been discovered that when an alkoxy-polyethylene glycol is used in such a formulation, the therapeutic agent (for example, a poorly soluble therapeutic agent) can be solubilized more easily and in larger amounts than when other excipients, for example, polyethylene glycol (more particularly PEG 400), are used. However, the resulting formulations are less viscous and cause less irritation to mucosal membranes as the amount of other viscous and irritable excipients can be reduced or eliminated altogether. As a result, the lower viscosity formulations, when converted into droplets, for example, by a nasal sprayer during intranasal delivery, produce a spray pattern optimized for delivering the therapeutic agent to the mucosal membrane. In addition, formulations containing one or more alkoxy-polyethylene glycols cause less irritation (for example, a burning sensation) when applied to a mucosal surface, for example, a nasal membrane during intranasal administration. In addition, when administered intranasally, the compositions of the invention have less undesirable after taste (for example, a petroleum-like after taste) than when other excipients, for example, propylene glycol, are used.

Under certain circumstances, the alkoxy-group also increases the bioadhesion of the composition to the site of administration on the mucosal surface thereby prolonging the duration of the composition at the site of administration. This can increase the amount of therapeutic agent that is ultimately absorbed.

I—Formulations

In one aspect, the invention provides a liquid pharmaceutical composition comprising a therapeutic agent and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

wherein,

R is methyl, ethyl, n-propyl, isopropyl, or cyclopropyl; and

n is the average number of oxyethylene repeating units and is a number in the range of from about 1 to about 25.

In another aspect, the invention provides a liquid formulation for solubilizing a poorly soluble therapeutic agent. The liquid pharmaceutical composition comprises a poorly soluble therapeutic agent, for example, a poorly soluble organic therapeutic agent, and an alkoxy-polyethylene glycol represented by Formula I:

$$R—O—(CH_2CH_2O)_n—H \quad (I)$$

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

wherein,

R is $(C_1\text{-}C_6)$alkyl; and

n is the average number of oxyethylene repeating units and is a number in the range of from about 1 to about 25. The formulations typically are in liquid form at 20° C., 25° C., 30° C., 35° C., or 40° C. Certain formulations preferably are liquid formulations at 37° C.

The term "poorly soluble therapeutic agent" refers to a compound having biological activity and a solubility in water of less than about 1 mg/mL at pH 7 and 20° C. In certain embodiments, the poorly soluble therapeutic agent is an organic compound that has a molecular weight of less than 1500 g/mol, and preferably less than 500 g/mol. In certain embodiments, the poorly soluble therapeutic agent is a compound, for example, an organic compound, having an aqueous solubility of less than about 0.5 mg/mL, less than about 0.3 mg/mL, or less than about 0.1 mg/mL, at pH 7 and 20° C.

In addition, the term "alkyl" is art-recognized, and includes saturated aliphatic groups, including straight-chain alkyl groups, branched-chain alkyl groups, cycloalkyl (alicyclic) groups, alkyl substituted cycloalkyl groups, and cycloalkyl substituted alkyl groups. The term "$(C_1\text{-}C_6)$alkyl" refers to an alkyl group having between 1 and 6 carbon atoms. Representative alkyl groups include methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, pentyl, hexyl, cyclopropyl, cyclobutyl, cyclopropylmethylene, cyclopentyl, cyclobutylmethylene, cyclobutylethylene, cyclohexyl, cyclopropylpropylene, cyclobutylethylene, and cyclopentylmethylene. The term cyclopropylmethylene, for example, is art-recognized and refers to a radical having the following formula:



In certain embodiments, the alkoxy-polyethylene glycol can comprise from about 0.1% (v/v) to about 80% (v/v), or from about 0.5% (v/v) to about 70% (v/v), of the composition. In certain other embodiments, the alkoxy-polyethylene glycol can comprise from about 5% (v/v) to about 80% (v/v), or from about 30% (v/v) to about 75% (v/v) or from about 40% (v/v) to about 70% (v/v), of the composition. For certain hydrophilic drugs, the alkoxy-polyethylene glycol can comprise from about 0.1% (v/v) to about 80% (v/v), or from about 0.5% (v/v) to about 70% (v/v), or from about 1% (v/v) to about 60% of the composition. For certain lipophilic drugs, the alkoxy-polyethylene glycol can comprise from about 1% (v/v) to about 80% (v/v), or from about 2% (v/v) to about 65% (v/v), or from about 5% (v/v) to about 50% of the composition. Furthermore, the therapeutic agent can comprise from about 0.001% (w/v) to about 20% (w/v) of the composition, or from about 0.1% (w/v) to about 10% (w/v) of the composition.

The pharmaceutical composition can have a pH in the range of from about 4.5 to about 8.5, or from about 4.5 to about 7.5, or from about 4.5 to about 6.5, or from about 5.5 to about 8.5, or from about 6.5 to about 8.5, or from about 5.5 to about 7.5.

As discussed, one of the advantages of using an alkoxy-polyethylene glycol is that it can be used in place of or can be used to reduce the amount of other excipients, for example, certain polyethylene glycols and propylmr glycol, so as to reduce the viscosity of the resulting formulation. By reducing the viscosity of the resulting formation it is possible to create sprays that have more uniform spray characteristics (for example, more uniform droplet sizes and/or plume geometries) for the intranasal administration of therapeutic agent. The resulting pharmaceutical composition at a temperature of 20° C. has a viscosity in the range of about 1.5 cP to about 60 cP, or from about 2 cP to about 50 cP, or from about 3 cP to about 40 cP, or from about 4 cP to about 30 cP, or from about 5 cP to about 25 cP.

Exemplary alkoxy-polyethylene glycols, therapeutic agents, and other excipients useful in creating compositions of the invention are described in the following sections.

A. Alkoxy-Polyethylene Glycol

Useful alkoxy-polyethylene glycol excipients useful in the practice of the invention are represented by Formula (I):

$$R—O—(CH_2CH_2O)_n—H \qquad (I)$$

wherein, n, as the average number of oxyethylene repeating units, is a number in the range of from about 1 to about 25. Accordingly, n can be a number about 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, or 25. In certain embodiments, n is an number in the range of from about 2 to about 15, or from about 2 to about 14, or from about 2 to about 13, or from about 2 to about 12, or from about 2 to about 11, or from about 2 to about 10, or from about 3 to about 15, or from about 3 to about 14, or from about 3 to about 13, or from about 3 to about 12, or from about 3 to about 11, or from about 3 to about 10.

In certain embodiments, R is $(C_1\text{-}C_6)$alkyl. For example, as discussed above, R can be methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, isobutyl, tert-butyl, pentyl, hexyl, cyclopropyl, cyclobutyl, cyclopropylmethylene, cyclopentyl, cyclobutylmethylene, cyclobutylethylene, cyclohexyl, cyclopropylpropylene, cyclobutylethylene, or cyclopentylmethylene. In certain embodiments, R is selected from the group consisting of methyl, ethyl, n-propyl, isopropyl, and cyclopropyl.

In a preferred embodiment, the alkoxy-polyethylene glycol is methoxy-polyethylene glycol where R is methyl and n is an number from about 1 to about 25, or from about 2 to about 12, or from about 3 to about 10.

Useful methoxy-polyethylene glycols include, for example, methoxy-diethyleneglycol (m2EG), methoxy-triethylene glycol (m3EG), methoxy-tetraethylene glycol (m4EG), methoxy-pentaethylene glycol (m5EG), methoxy-hexaethylene glycol (m6EG), methoxy-heptaethylene glycol (m7EG), methoxy-octaethylene glycol (m8EG), methoxy-nonaethylene glycol (m9EG), methoxy-decaethylene glycol (m10EG), methoxy-undecaethylene glycol (m11EG), methoxy-dodecaethylene glycol (m12EG), methoxy-tridecaethylene glycol (m13EG) and methoxy-tetradecaethylene glycol (m14EG). The ethylene glycols may be used in the form of the single compounds or as a mixture of two or more methoxy-n-ethylene glycols.

In certain embodiments, the alkoxy-polyethylene glycol is methoxy-polyethylene glycol 350 (mPEG 350) or is methoxy-polyethylene glycol 550 (mPEG 550) or is methoxy-polyethylene glycol 750 (mPEG 750). The term "mPEG 350" is understood to mean methoxy polyethylene glycol having an average molecular weight of about 350, and in certain embodiments "n," as denoted in Formula I, is 7.2. The term "mPEG550" is understood to mean methoxy polyethylene glycol having an average molecular weight of about 550, and in certain embodiments "n," as denoted in Formula I, is 11.8. The term "mPEG750" is understood to mean methoxy polyethylene glycol having an average molecular weight of about 750, and in certain embodiments "n," as denoted in Formula I, is 16.3.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Certain, preferred alkoxy-polyethylene glycols include Carbowax™ mPEG 350, Carbowax™ mPEG 550 or Carbowax™ mPEG 750, which are available commercially from Dow Chemical Company. Both mPEG350 and mPEG550 are colorless liquids that are miscible with water, alcohols, such as methanol, ethanol, n-propanol, glycerol and various oils in all proportions, and have a boiling point about 155° C. It is understood that alkoxy-polyethylene glycols are known by other names, where, for example, methoxy-polyethylene glycol is also known as mono-methyl polyethylene glycol and poly(ethylene glycol) methyl ether.

By using one or more of the alkoxy-polyethylene glycols described herein, the resulting pharmaceutical compositions can be optimized, for example, with respect to bioadhesion, viscosity and sprayability. For example, mPEG 350, at an equivalent concentration as PEG 200, can still solubilize a therapeutic agent but the resulting composition has a lower viscosity. As a result, this substitution has a surprisingly positive effect on the sprayability compared with lower molecular weight PEG 200, which is important where the formulation is to be sprayed.

B. Therapeutic Agent

The pharmaceutical composition of the invention may comprise one or more therapeutic agents (also referred to as biologically active substances) selected from the group consisting of hydrophobic therapeutic agents, hydrophilic therapeutic agents, and combinations thereof.

The alkoxy-polyethylene glycol excipients are surprisingly capable of solubilizing and delivering a wide variety of hydrophilic and hydrophobic therapeutic agents. The hydrophobic drugs have little or no water solubility. It is understood that the excipients described herein can be used to solubilize therapeutic agents that have a solubility in water of less than about 1.0 mg/mL, less than about 0.5 mg/mL, less than about 0.3 mg/mL, or less than about 0.1 mg/mL, or less than about 0.01 mg/mL, at pH 7 and 20° C. Such therapeutic agents can be any agents having therapeutic or other value when administered to a mammal, for example, a human, and can include organic molecules (for example, small molecule drugs having a molecular weight of less than 1,500 g/mol., or less than 500 g/mol.), proteins, peptides, immungens (e.g. vaccines, cytokines, etc.), nutrients, and cosmetics (cosmeceuticals).

In certain embodiments, the therapeutic agent is an analgesic agent, an anti-inflammatory agent, an anti-arrhythmic agent, an anti-asthma agent, an anti-bacterial agent, an anti-viral agent, an anti-coagulant, an anti-depressant, an anti-diabetic, an anti-epileptic, an anti-fungal agent, an anti-hypertensive agent, an anti-malarial, an anti-migraine agent, an anti-muscarinic agent, an anti-neoplastic agent, an immunosuppressant, an anti-protozoal agent, an anti-thyroid agent, an anxiolytic agent, a sedative, a hypnotic agent, a neuroleptic agent, a beta-Blocker, a cardiac inotropic agent, a corticosteroid, a diuretic agent, an anti-Parkinsonian agent, a gastrointestinal agent, an anti-histamine, a histamine-receptor antagonist, a lipid regulating agent, a muscle relaxant, nitrate and other anti-anginal agent, a nutritional agent, an opioid analgesic, sex hormone, stimulant, cytokine, peptidomimetic, peptide, protein, toxoid, sera, antibody, vaccine, nucleoside, nucleotide, nucleic acid and peptidyl-nucleic acid.

Specific non-limiting examples of hydrophobic therapeutic agents that can be used in the pharmaceutical compositions of the present invention include the following representative compounds, as well as their pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives including, for example: (1) analgesics and anti-inflammatory agents, such as, aloxiprin, auranofin, azapropazone, benorylate, capsaicin, celecoxib, diclofenac, diflunisal, etodolac, fenbufen, fenoprofen calcium, flurbiprofen, ibuprofen, indomethacin, ketoprofen, ketorolac, leflunomide, meclofenamic acid, mefenamic acid, nabumetone, naproxen, oxaprozin, oxyphenbutazone, phenylbutazone, piroxicam, refocoxib, sulindac, tetrahydrocannabinol, tramadol and tromethamine; (2) anti-arrhythmic agents, such as, amiodarone HCl, diisopyramide, flecaimide acetate and quinidine sulfate; (3) anti-asthma agents, such as, zileuton, zafirlukast, montelukast, and albutcrol; (4) anti-bacterial agents, such as, baclofen, benzathine penicillin, cinoxacin, clarithromycin, clofazimine, cloxacillin, demeclocycline, dirithromycin, doxycycline, erythromycin, ethionamide, furazolidone, grepafloxacin, imipenem, levofloxacin, lomefloxacin, moxifloxacin HCl, nalidixic acid, nitrofurantoin, norfloxacin, ofloxacin, rifampicin, rifabutin, rifapentine, sparfloxacin, spiramycin, sulphabenzamide, sulphadoxine, sulphamerazine, sulphacetamide, sulphadiazine, sulphafurazole, sulphamethoxazole, sulphapyridine, tetracycline, trimethoprim and trovafloxacin; (5) anti-viral agents, such as, abacavir, amprenavir, delavirdine, efavirenz, indinavir, lamivudine, nelfinavir, nevirapine, ritonavir, saquinavir, and stavudine; (6) anti-coagulants, such as, cilostazol, clopidogrel, dicumarol, dipyridamole, nicoumalone, oprelvekin, phenindione, ticlopidine, and tirofiban; (7) anti-depressants, such as amoxapine, bupropion, citalopram, clomipramine, maprotiline HCl, mianserin HCl, nortriptyline HCl, paroxetine HCl, sertraline HCl, trazodone HCl, trimipramine maleate, and venlafaxine HCl; (8) anti-diabetics, such as, acetohexamide, chlorpropamide, glibenclamide, gliclazide, glipizide, glimepiride, miglitol, pioglitazone, repaglinide, rosiglitazone, tolazamide, tolbutamide and troglitazone; (9) anti-epileptics, such as, beclamide, carbamazepine, clonazepam, ethotoin, felbamate, fosphenyloin sodium, lamotrigine, methoin, methsuximide, methylphenobarbitone, oxcarbazepine, paramethadione, phenacemide, phenobarbitone, phenyloin, phensuximide, primidone, sulthiame, tiagabine HCl, topiramate, valproic acid, and vigabatrin; (10) anti-fungal agents, such as, amphotericin, butenafine HCl, butoconazole nitrate, clotrimazole, econazole nitrate, fluconazole, flucytosine, griseofulvin, itraconazole, ketoconazole, miconazole, natamycin, nystatin, sulconazole nitrate, oxiconazole, terbinafine HCl, terconazole, tioconazole and undecenoic acid; (11) anti-hypertensive agents, such as, amlodipine, benidipine, benezepril, candesartan, captopril, darodipine, diltiazem HCl, diazoxide, doxazosin HCl, elanapril, eprosartan, losartan mesylate, felodipine, fenoldopam, fosenopril, guanabenz acetate, irbesartan, isradipine, lisinopril, minoxidil, nicardipine HCl, nifedipine, nimodipine, nisoldipine, phenoxybenzamine HCl, prazosin HCl, quinapril, reserpine, terazosin HCl, telmisartan, and valsartan; (12) anti-malarials, such as, amodiaquine, chloroquine, chlorproguanil HCl, halofantrine HCl, mefloquine HCl, proguanil HCl, pyrimethamine and quinine sulfate; (13) anti-migraine agents, such as, dihydroergotamine mesylate, ergotamine tartrate, frovatriptan, methysergide maleate, naratriptan HCl, pizotyline malate, rizatriptan benzoate, sumatriptan succinate, and zolmitriptan; (14) anti-muscarinic agents, such as, atropine, benzhexyl HCl, biperiden, ethopropazine HCl, hyoscyamine, oxyphencyclimine HCl and tropicamide; (15) anti-neoplastic agents and immunosuppressants, such as, aminoglutethimide, amsacrine, azathioprine, bicalutamide, bisantrene, busulfan, camptothecin, chlorambucil, cyclosporin, dacarbazine, ellipticine, estramustine, etoposide, irinotecan, lomustine, melphalan, mercaptopurine, mitomycin, mitotane, mitoxantrone, mofetil mycophenolate, nilutamide, paclitaxel, procarbazine HCl, sirolimus, tacrolimus, tamoxifen citrate, teniposide, tes-



Copy provided by USPTO from the PIRS Image Database on 08-17-2021

tolactone, topotecan HCl, and toremifene citrate; (16) anti-protozoal agents, such as, atovaquone, benznidazole, clioquinol, decoquinate, diiodohydroxyquinoline, diloxanide furoate, dinitolmide, furazolidone, metronidazole, nimorazole, nitrofurazone, omidazole and tinidazole; (17) anti-thyroid agents, such as, carbimazole, paracalcitol, and propylthiouracil; anti-tussives, such as, benzonatate; (18) anxiolytics, sedatives, hypnotics and neuroleptics, such as, alprazolam, amylobarbitone, barbitone, bentazepam, bromazepam, bromperidol, brotizolam, butobarbitone, carbromal, chlordiazepoxide, chlormethiazole, chlorpromazine, chlorprothixene, clonazepam, clobazam, clotiazepam, clozapine, diazepam, droperidol, ethinamate, fluanisone, flunitrazepam, triflupromazine, flupenthixol decanoate, fluphenazine decanoate, flurazepam, gabapentin, haloperidol, lorazepam, lormetazepam, medazepam, meprobamate, mesoridazine, methaqualone, methylphenidate, midazolam, molindone, nitrazepam, olanzapine, oxazepam, pentobarbitone, perphenazine pimozide, proclorperazine, pseudoephedrine, quetiapine, rispiridone, sertindole, sulpiride, temazepam, thioridazine, triazolam, zolpidem, and zopiclone; (19) beta-Blockers, such as, acebutolol, alprenolol, labetalol, metoprolol, nadolol, oxprenolol, pindolol and propranolol; (20) cardiac inotropic agents, such as, aminone, digitoxin, digoxin, enoximone, lanatoside C and medigoxin; (21) a corticosteroid, such as, beclomethasone, betamethasone, budesonide, cortisone acetate, desoxymethasone, dexamethasone, fludrocortisone acetate, flunisolide, fluocortolone, fluticasone propionate, hydrocortisone, methylprednisolone, prednisolone, prednisone and triamcinolone; (22) diuretics, such as, acetazolamide, amiloride, bendroflumethiazide, bumetamide, chlorothiazide, chlorthalidone, ethacrynic acid, frusemide, metolazone, spironolactone and triamterene; (23) anti-Parkinsonian agents, such as, bromocriptine mesylate, lysuride maleate, pramipexole, ropinirole HCl, and tolcapone; (24) gastrointestinal agents, such as bisacodyl, cimetidine, cisapride, diphenoxylate HCl, domperidone, famotidine, lansoprazole, loperamide, mesalazine, nizatidine, omeprazole, ondansetron HCl, rabeprazole sodium, ranitidine HCl and sulphasalazine; (25) anti-histamines and histamine-receptor antagonists, such as, acrivastine, astemizole, chlorpheniramine, cinnarizine, cetirizine, clemastine fumarate, cyclizine, cyproheptadine HCl, dexchlorpheniramine, dimenhydrinate, fexofenadine, flunarizine HCl, loratadine, meclizine HCl, oxatomide, and terfenadine; (26) lipid regulating agents, such as, atorvastatin, bezafibrate, cerivastatin, ciprofibrate, clofibrate, fenofibrate, fluvastatin, gemfibrozil, pravastatin, probucol, and simvastatin; (27) muscle relaxants, such as, dantrolene sodium and tizanidine HCl; (28) nitrates and other anti-anginal agents, such as, amyl nitrate, glyceryl trinitrate, isosorbide dinitrate, isosorbide mononitrate and pentaerythritol tetranitrate; (29) nutritional agents, such as, calcitriol, carotenes, dihydrotachysterol, essential fatty acids, non-essential fatty acids, phytonadiol, vitamin A, vitamin $B_2$, vitamin D, vitamin E and vitamin K; (30) opioid analgesics, such as, codeine, dextropropoxyphene, diamorphine, dihydrocodeine, fentanyl, meptazinol, methadone, morphine, hydromorphone, nalbuphine and pentazocine; (31) sex hormones, such as, clomiphene citrate, cortisone acetate, danazol, dehydroepiandrosterone, ethynyl estradiol, finasteride, fludrocortisone, fluoxymesterone, medroxyprogesterone acetate, megestrol acetate, mestranol, methyltestosterone, norethisterone, norgestrel, oestradiol, conjugated estrogens, progesterone, rimexolone, stanozolol, stilbestrol, testosterone and tibolone; and (32) stimulants, such as, amphetamine, dexamphetamine, dexfenfluramine, fenfluramine and mazindol; and others, such as, becaplermin, donepezil HCl, L-thryroxine, methoxsalen, verteporfin, physostigmine, pyridostigmine, raloxifene HCl, sibutramine HCl, sildenafil citrate, tacrine, tamsulosin HCl, and tolterodine.

Certain exemplary hydrophobic therapeutic agents include sildenafil citrate, amlodipine, tramadol, celecoxib, rofecoxib, oxaprozin, nabumetone, ibuprofen, terbinafine, itraconazole, zileuton, zafirlukast, cisapride, fenofibrate, tizanidine, nizatidine, fexofenadine, loratadine, famotidine, paricalcitol, atovaquone, nabumetone, alprazolam, bromazepam, chlorpromazine, clonazepam, diazepam, flunitrazepam, flurazepam, haloperidol, lorazepam, lormetazepam, midazolam, nitrazepam, oxazepam, pseudoephedrine, temazepam, triazolam, zolpidem, zopiclone, tetrahydrocannabinol, testosterone, megestrol acetate, repaglinide, progesterone, rimexolone, cyclosporin, tacrolimus, sirolimus, teniposide, paclitaxel, pseudoephedrine, troglitazone, rosiglitazone, finasteride, vitamin A, vitamin D, vitamin E, and pharmaceutically acceptable salts, isomers and derivatives thereof. It should be appreciated that the listing of hydrophobic therapeutic agents and their therapeutic classes is merely illustrative. It is understood, that mixtures of hydrophobic therapeutic agents may also be used where desired.

An advantage of using alkoxy-polyethylene glycol as an excipient in the pharmaceutical composition is that, for example, highly lipophilic substances, such as, lorazepam, midazolam, clonazepam, alprazolam and other compounds belonging to the benzodiazepines, as well as water soluble substances, for example, peptides and proteins, such as, the pancreatic hormones can be solubilized in a clinically relevant volume (for example, 25-300 μL) for delivery to a human subject. By way of comparison, clinically relevant doses of midazolam, lorazepam, alprazolam, diazepam and clonazepam would have to be dissolved in at least 5 mL of water.

Although the alkoxy-polyethylene glycol excipients are particularly useful for the delivery of hydrophobic agents, alkoxy-polyethylene glycol can also be used to deliver a variety of hydrophilic therapeutic agents. Alkoxy-polyethylene glycols, under certain circumstances, may prolong the duration of the therapeutic agent at the absorption site thereby increasing the amount of agent ultimately delivered. Exemplary hydrophilic therapeutic agents include hydrophilic drugs (i.e., conventional non-peptidic drugs), hydrophilic macromolecules, such as, cytokines, peptides, proteins, peptidomimetics, toxoids, sera, antibodies, vaccines, nucleosides, nucleotides, nucleic acids, and genetic material. The hydrophilic therapeutic agent can be administered alone or in combination with other agents, for example, a hydrophobic therapeutic agent discussed hereinabove or a second, different hydrophilic therapeutic agent.

Without limitation, exemplary hydrophilic therapeutic agents that can be delivered using the compositions and methods of the present invention, include the following compounds as well as their pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives, for example: acarbose; acyclovir; acetyl cysteine; acetylcholine chloride; alatrofloxacin; alendronate; alglucerase; amantadine hydrochloride; ambenomium; amifostine; aminocaproic acid; antihemophilic factor (human); antihemophilic factor (porcine); antihemophilic factor (recombinant); aprotinin; asparaginase; atenolol; atracurium besylate; azithromycin; aztreonam; BCG vaccine; bacitracin; becalermin; belladonna; bepridil hydrochloride; bleomycin sulfate; calcitonin human; calcitonin salmon; carboplatin; capecitabine; capreomycin sulfate; cefamandole nafate; cefazolin sodium; cefepime hydrochloride; cefixime; cefonicid sodium; cefoperazone; cefotetan disodium; cefotaxime; cefoxitin sodium; cefti-

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

zoxime; ceftriaxone; cefuroxime axetil; cephalexin; cephapirin sodium; cholera vaccine; chorionic gonadotropin; cidofovir; cisplatin; cladribine; clidinium bromide; clindamycin and clindamycin derivatives; ciprofloxacin; clondronate; colistimethate sodium; colistin sulfate; corticotropin; cosyntropin; cromalyn sodium; cytarabine; daltaperin sodium; danaproid; deforoxamine; denileukin diftitox; desmopressin; diatrizoate megluamine and diatrizoate sodium; dicyclomine; didanosine; dopamine hydrochloride; dornase alpha; doxacurium chloride; doxorubicin; editronate disodium; elanaprilat; enkephalin; enoxacin; enoxaparin sodium; ephedrine; epinephrine; epoetin alpha; esmol hydrochloride; Factor IX; famiciclovir; fludarabine; fluoxetine; foscarnet sodium; ganciclovir; granulocyte colony stimulating factor; granulocyte-macrophage stimulating factor; growth hormones (human or bovine); gentamycin; glucagon; glycopyrrolate; gonadotropin releasing hormone and synthetic analogs thereof; GnRH; gonadorelin; grepafloxacin; hemophilus B conjugate vaccine; Hepatitis A virus vaccine inactivated; Hepatitis B virus vaccine inactivated; heparin sodium; indinavir sulfate; influenza virus vaccine; interleukin-2; interleukin-3; insulin-human; insulin-porcine; insulin NPH; insulin aspart; insulin glargine; insulin detemir; interferon-$\alpha$; interferon-$\beta$; ipratropium bromide; isofosfamide; japanese encephalitis virus vaccine; leucovorin calcium; leuprolide acetate; levofloxacin; lincomycin and lincomycin derivatives; lobucavir; lomefloxacin; loracarbef; mannitol; measles virus vaccine; meningococcal vaccine; menotropins; mephenzolate bromide; mesalmine; methanamine; methotrexate; methscopolamine; metformin hydrochloride; metoprolol; mezocillin sodium; mivacurium chloride; mumps viral vaccine; nedocromil sodium; neostigmine bromide; neostigmine methyl sulfate; neutontin; norfloxacin; octreotide acetate; olpadronate; oxytocin; pamidronate disodium; pancuronium bromide; paroxetine; pefloxacin; pentamidine isethionate; pentostatin; pentoxifylline; periciclovir; pentagastrin; phentolamine mesylate; phenylalanine; physostigmine salicylate; plague vaccine; piperacillin sodium; platelet derived growth factor-human; pneumococcal vaccine polyvalent; poliovirus vaccine (live or inactivated); polymixin B sulfate; pralidoxime chloride; pramlintide; pregabalin; propafenone; propenthaline bromide; pyridostigmine bromide; rabies vaccine; residronate; ribavarin; rimantadine hydrochloride; rotavirus vaccine; salmetrol xinofoate; sincalide; small pox vaccine; solatol; somatostatin; sparfloxacin; spectinomycin; stavudine; streptokinase; streptozocin; suxamethonium chloride; tacrine hydrochloride; terbutaline sulfate; thiopeta; ticarcillin; tiludronate; timolol; tissue type plasminogen activator; TNFR:Fc; TNK-tPA; trandolapril; trimetrexate gluconate; trospectinomycin; trovafloxacin; tubocurarine chloride; tumor necrosis factor; typhoid vaccine live; urea; urokinase; vancomycin; valaciclovir; varicella virus vaccine live; vasopressin and vasopressin derivatives; vecoronium bromide; vinblastin; vincristine; vinorelbine; warfarin-sodium; yellow fever vaccine; zalcitabine; zanamavir; zolandtronate; and zidovudine.

Other therapeutic agents that can be administered in this formulation may comprise adrenal hormones, corticosteroids and derivatives, such as, ACTH and analogs thereof, tetracosactrin, alsactide, cortisone, hydrocortisone alcohol, hydrocortisone acetate, hydrocortisone hemisuccinate, prednisolone terbutate, 9-alpha-fluoroprednisolone, triamcinolone acetonide, dexamethasone phosphate, flunisolide, toxicorol pivalate; anorectics, such as, benzphetamine HCl chlorphentermine HCl; antibiotics, such as, tetracycline HCl, tyrothricin, cephalosporine, aminoglycosides, streptomycin, gentamycin, leucomycin, penicillin and derivatives; anti-allergic agents; antibodies, such as, monoclonal or polyclonal antibodies; anti-cholinergic agents; anti-depressants, such as, amitriptyline HCl, imipramine HCl; anti-emitics, such as, neuroleptica, for example, metopimazin, anti-emetics having a regulatory effect on the motility of the intestine, such as, domperidon; anti-histaminic agents and histaminic agents, such as, diphenhydramin HCl, chloropheniramine maleate, histamine, prophenpyridamine maleate, chlorprophenpyridamine maleate, disodium chromoglycate, meclizine; anti-hypertensive agents, such as, clonidine HCl; anti-inflammatory agents (enzymatic), such as, chymotrypsin, bromelain seratiopeptidase; anti-inflammatory agents (non-steroidal), such as, acetaminophen, aspirin, aminopyrine, phenylbutazone, colchicine, probenocid; anti-inflammatory agents (steroidal), such as, fluticasone, predonisolone, triaxncinolone acetonide; anti-neoplastic agents, such as, actinomycin C.; anti-septics, such as, chlorhexidine HCl, hexylresorcinol, dequalinium chloride, ethacridine; anti-tussive expectorant (asthmatic agents), such as, sodium chromoglycate, isoproterenol HCl; anti-viral and anti-cancer agents such as interferons (such as alpha-2 interferon for treatment of common colds), phenyl-p-guanidino benzoate, enviroxime, etc.; beta-adrenergic blocking agents, such as, propranolol HCl; blood factors, such as, factor VII, factor VIII; bone metabolism controlling agents, such as, vitamin $D_3$; bronchoisters, such as, clenbuterol HCl, bitolterol mesylate; cardiotonics such as digitalis; cardiovascular regulatory hormones, drugs and derivatives, such as, bradykin antagonists, atrial natriuretic peptide and derivatives, such as, hydrailsazine, angiotensin II antagonist, nitroglycerin, propranolol, clofilium rosylate; chemotherapeutic agents, such as, sulphathiazole, nitrofurazone; CNS-stimulants, such as, lidocaine, cocaine; corticosteroids, such as, lacicortone, hydrocortisone, fluocinolone acetonide, triamcinolone acetonide; enzymes, such as, lysozyme chloride, dextranase; gastrointestinal hormones and derivatives, such as, secretin, substance P; hypothalamus hormones and derivatives, such as, LHRH and analogues (such as naferelin, buserelin, zolidex), TRH (thyrotropin releasing hormone); hypotensives; local anaesthetics, such as, benzocaine; migraine treatment substances, such as, dihydroergot amine, ergometrine, ergotamine, pizotizin; pancreatic hormones and derivatives, such as, insulin (hexameric/dimeric/monomeric forms); parasympathomimetics, such as, nicotine, methacholine; parasympatholytics, such as, scopolamine, atropine, ipratropium; Parkinson's disease substances, such as, apomorphin; pituitary gland hormones and derivatives, such as, growth hormone (e.g. human), vasopressin and analogues (DDAVP, Lypressin); prostaglandins, such as, PGA and derivatives thereof, $PGE_1$ and derivatives thereof, $PGE_2$ and derivatives thereof, $PGF_1$ and derivatives thereof, dinoprost trometamol; protease inhibitors, such as, citrate, or $\alpha_1$-antitrypsin; sex-hormones, such as, ethinyloestradiol, levonorgestrel, FSH, LH, LTH, estradiol-17-beta, norethindrone; sympathomimetics, such as, phenylephrine, xylometazoline, tramazoline, dopamine, dobutamine; sleep-aids, such as granisetron and ramelteon, tranquilizers, such as, brotizolam, camazepam, chlorazepic acid, cloxazolam, delorazepam, estazolam, ethyl loflazepate, fludiazepam, flutazolam, halazepam, haloxazolam, ketazolam, laprazolam, lormetazepam, nimetazepam, nitrazepam, nordiazepam, oxazepam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam; vaccines, such as, AIDS-vaccines, parainfluenza virus, polio, rhinovirus type 13, respiratory syncytial virus; vasoconstrictors, such as, phenylephrine HCl, tetrahydrozoline HCl, naphazoline nitrate, oxymetazoline HCl, tramazoline HCl; vasodilators, such as, papaverine HCl, Substance P, vasoactive intestinal peptide (VIP).

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Certain exemplary formulations comprising alkoxy-polyethylene glycol also comprise one or more therapeutic agents selected from the group consisting of peptide drugs, such as, oxytocin, vasopressin (desmopressin), insulin, calcitonin, elcatonin, cyanocobalamin $B_{12}$, and glucagon-like protein-1 (GLP-1), and small organic molecules, such as, dinoprsoone, misoprostol, apomorphine, fentanyl, metoclopramide, butorphanol, and midazolam

C. Other Excipients

It is understood that the compositions of the invention, in addition to the alkoxy-polyethylene glycol and the therapeutic agent, can comprise a number of other excipients known to those skilled in the art, including absorption promoters, buffering agents, water absorbing polymers, alcohols, lipids, osmotic pressure controlling agents, pH-controlling agents, preservatives, propellants, surfactants, enzyme inhibitors, excipients for adjusting hydrophilic-lipophilic balance (HLB) and stabilizers.

Exemplary surfactants, include, for example nonoxynol, octoxynol, tweens, spans, sodium lauryl sulfate, and sorbitan monopalmitate. Exemplary absorption promoters include, for example, bile salts and derivatives thereof, fusidic acid and derivatives thereof, oleic acid, lecithin, lysolechitins, dodecanoyl phosphatidylcholine (DDPC), sucrose monododecanoate, n-dodecyl-β-D-maltopyranoside, pectin, chitosan, α-, β- and γ-cyclodextrins and derivatives thereof, pegylated caprylic-/capric glycerides and derivatives thereof, such as, Softigen and Labrasol. Exemplary water absorbing polymers include, for example, polyethylene glycols having an average molecular weight ranging from 200 to 7500, propylene glycol, or mixtures thereof, or single ethylene glycols such as tetraethylene glycol and pentaethylene glycol. Exemplary alcohols include, for example, ethanol, isopropyl alcohol. Exemplary lipids include, for example, vegetable oil, soybean oil, peanut oil, coconut oil, maize oil, olive oil, sunflower oil, monoglycerides, diglycerides, mono/diglycerides, mono/di/triglycerides. Exemplary osmotic pressure controlling agents include, for example, glycerol, dextrose, maltose, sucrose, mannitol, xylitol, various salts (for example, sodium chloride). Exemplary pH-controlling agents include, for example, buffers, acids (for example, nitric acid, phosphoric acid, or acetic acid). Exemplary preservatives include, for example, methyl paraoxybenzoate, phenyl ethyl alcohol or benzoic acid. Exemplary propellants, include, for example, butane or air displacement such as nitrogen. Excipients adjusting the HLB of the formulation include, for example, Tween 20, 25, 40, 45, 65, 85, Span 20-80, Brij 30-98, acacia. Exemplary enzyme inhibitors include, for example aprotinin and other peptidase inhibitors, diisopropylfluorophosphate (DFP), carbopol. Exemplary stabilizers include, for example, cyclodextrins.

Although it is understood that the alkoxy-polyethylene glycols described herein, for example, methoxy-polyethylene glycol, can solubilize poorly soluble therapeutic agents, under certain circumstances, it may be helpful to include additional compounds that enhance the solubility of the therapeutic agent. Examples of such solubilizers include, for example, alcohols and polyols, such as ethanol, isopropanol, butanol, benzyl alcohol, ethylene glycol, propylene glycol, butanediols and isomers thereof, glycerol, pentaerythritol, sorbitol, mannitol, transcutol, dimethyl isosorbide, polyethylene glycol, polypropylene glycol, pegylated-mono/di-caprylic/capric glycerides, polyvinylalcohol, hydroxypropyl methylcellulose and other cellulose derivatives, cyclodextrins (for example, α-, β-, or γ-cyclodextrins) and cyclodextrin derivatives; ethers of polyethylene glycols having an average molecular weight of about 200 to about 6000 or tetrahydrofurfuryl alcohol PEG ether (glycofurol, available commercially from BASF under the trade name Tetraglycol); surfactants, such as, sodium lauryl sulfate, oleic acid, linoleic acid, monoolein, lecithin, lysolecithin, deoxycholate, taurodeoxycholate, glycochenodeoxycholate, polyoxyethylene X-lauryl ether, where X is from 9 to 20, sodium tauro-24,25-dihydrofusidate, polyoxyethylene ether, polyoxyethylene sorbitan esters, p-t-octylphenoxypolyoxyethylene, N-lauryl-β-D-maltopyranoside, 1-dodecylazacycloheptane-2-azone; amides, such as, 2-pyrrolidone, 2-piperidone, caprolactam, N-alkylpyrrolidone, N-hydroxyalkylpyrrolidone, N-alkylpiperidone, N-alkylcaprolactam, dimethylacetamide, and polyvinylpyrrolidone; esters, such as, ethyl propionate, tributylcitrate, acetyl triethylcitrate, acetyl tributyl citrate, triethylcitrate, ethyl oleate, ethyl caprylate, ethyl butyrate, triacetin, propylene glycol monoacetate, propylene glycol diacetate, caprolactone and isomers thereof, valerolactone and isomers thereof, β-butyrolactone and isomers thereof; and other solubilizers known in the art, such as dimethyl acetamide, dimethyl isosorbide (Arlasolve DMI (ICI)), N-methylpyrrolidones (Pharmasolve (ISP)), monooctanoin, and diethylene glycol monoethyl ether (available from Gattefosse under the trade name Transcutol).

Preferred additional solubilizers include triacetin, triethylcitrate, ethyl oleate, ethyl caprylate, dimethylacetamide, N-methylpyrrolidone, N-hydroxyethylpyrrolidone, polyvinylpyrrolidone, hydroxypropyl methylcellulose, hydroxypropyl cyclodextrins, ethanol, polyethylene glycol 200-1000, PEG 300, PEG 400, Transcutol, and dimethyl isosorbide, sorbitol, glycerol, triacetin, glycofurol and propylene glycol. Typically, the solubilizer, if present, is present in an amount of from about 0.1% (w/v) to about 50% (w/v), from about 1% (w/v) to about 40% (w/v) or from about 2% (w/v) to about 25% (w/v). In addition, the liquid pharmaceutical composition can comprise water, for example, from about 2% (v/v) to about 99% (v/v), from about 10% (v/v) to about 95% (v/v), or from about 20% (v/v) to about 90% (v/v), of the liquid composition.

As discussed, the composition can comprise a preservative. In addition or in the alternative, the composition can be sterilized. Sterilization can be achieved by filter sterilization, autoclaving, exposure to ionizing radiation, for example, gamma radiation, UV irradiation, and chemical sterilization. In one embodiment, the sterile composition has a sterility assurance level of at least about $10^3$. The resulting liquid compositions preferably are stable at room temperature, such that less than 5%, 4%, 3%, 2% or 1% by weight of the therapeutic agent degrades after storage for 30 days, or more preferably 6 months, at 20° C.

In addition, the formulations may also include a sweetener or flavoring agent. Exemplary sweeteners or flavoring agents include, for example, acacia syrup, acesulfame potassium, anethole, anise oil, aromatic elixir, aspartame, benzaldehyde, benzaldehyde elixir, cyclodextrins, caraway, caraway oil, cardamom oil, cardamom seed, cardamom spirit, cardamom tincture, cherry juice, cherry syrup, cinnamon, cinnamon oil, cinnamon water, citric acid, citric acid syrup, clove oil, cocoa, cocoa syrup, coriander oil, dextrose, eriodictyol, eriodictyol fluid extract, eriodictyol syrup, aromatic, ethylacetate, ethyl vanillin, fennel oil, ginger, ginger fluid extract, ginger oleoresin, glucose, sugar, maltodextrin, glycerin, glycyrrhiza, glycyrrhiza elixir, glycyrrhiza extract, glycyrrhiza extract pure, glycyrrhiza fluid extract, glycyrrhiza syrup, honey, isoalcoholic elixir, lavender oil, lemon oil, lemon tincture, maltodextrin, maltose, mannitol, methyl salicylate, menthol, nutmeg oil, orange bitter, elixir, orange bitter, oil, orange flower oil, orange flower water, orange oil, orange peel, bitter,

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

orange peel sweet, tincture, orange spirit, orange syrup, peppermint, peppermint oil, peppermint spirit, peppermint water, phenylethyl alcohol, raspberry juice, raspberry syrup, rosemary oil, rose oil, rose water, saccharin, saccharin calcium, saccharin sodium, sarsaparilla syrup, sarsaparilla compound, sorbitol solution, spearmint, spearmint oil, sucrose, sucralose, syrup, thyme oil, tolu balsam, tolu balsam syrup, wintergreen oil, vanilla, vanilla tincture, vanillin, wild cherry syrup, xylitol, or combinations thereof.

In addition, the formulations optionally can contain a taste masking agents. Exemplary masking agents include, for example, cyclodextrins, cyclodextrin emulsions, cyclodextrin particles, cyclodextrin complexes, or combinations thereof.

The foregoing list of excipients and additives is by no means complete, and it is understood that a person of ordinary skill in the art can choose other excipients and additives from the GRAS (generally regarding as safe) list of chemicals used in pharmaceutical preparations and those that are currently allowed in topical and parenteral formulations.

Exemplary liquid compositions of the invention contain, for example, the active ingredient (for example, midazolam), 40% (v/v) to 70% (v/v) methoxy-polyethylene glycol (for example, mPEG 350), 0% (v/v) to 20% (v/v) polyethylene glycol (for example, PEG 400), 0% (v/v) to 10% (v/v) propylene glycol, and 0% (v/v) to 5% (v/v) ethanol. Other exemplary liquid compositions of the invention contain, for example, the active ingredient dissolved in 50% (v/v) to 70% (v/v) mPEG 350, 1% (v/v) to 4% (v/v) propylene glycol, and 1% (v/v) to 4% (v/v) ethanol.

It is understood that the choice and amounts of each of the therapeutic agents, alkoxy-polyethylene glycol and other excipients combined to produce the compositions of the invention will depend upon the ultimate use of the composition, and the intended therapy and mode of administration. When the liquid compositions ultimately are administered to a patient, the amount of a given excipient, unless the circumstances dictate otherwise, preferably is limited to a bioacceptable amount, which is readily determined by one of skill in the art. Furthermore, it is understood that the liquid compositions of the invention can be formulated using techniques known to those skilled in the art. A thorough discussion of formulations and the selection of pharmaceutically acceptable carriers, stabilizers, etc. can be found, for example, in *Remington's Pharmaceutical Sciences* (18th Ed.), Mack Publishing Company, Eaton, Pa.

Although the therapeutic agent and the alkoxy-polyethylene glycol are combined in the liquid formulations of the invention, they are not covalently linked to one another. In certain embodiments, the liquid formulations of the invention are free or are substantially free of chitosan. In certain embodiments, the compositions of the invention may be prepared in a powder form.

II Modes of Administration and Pharmacokinetics

The compositions of the invention are particularly useful in delivering one or more therapeutic agents to a mucosal membrane or the skin of a mammal, for example, a human. The mucosal membrane to which the pharmaceutical preparation of the invention is administered may be any mucosal membrane of the mammal to which the therapeutic agent is to be applied, for example, the nose (for example, via a nasal membrane), vagina, eye (for example, via an ocular membrane), ear (for example, via a tympanic membrane), mouth (for example, via the buccal membrane), lungs (for example, via the pulmonal membrane), or rectum (for example, via the rectal membrane). The compositions are particularly useful in delivering a therapeutic agent to the mucosa of the nose, mouth (buccal, gingual, sublingual or to the hard palate), or the vagina.

It is understand that the compositions of the invention are particularly useful in the intranasal delivery of a therapeutic agent. When the composition is applied to the nasal mucosa, the volume of the pharmaceutical composition applied typically is in the range of 1-1000 μL, preferably not more than 700 μL, more preferably 50-150 μL per nostril, and most preferably about 100 μL/nostril.

It is understood that when administered intranasally, the compositions are delivered via a spray device that produces a plume of spray droplets that contact the nasal mucosa. It is contemplated that the compositions can be delivered using commercially available spray devices available from, for example, Pfeiffer of America, Princeton, N.J.; Valois of America, Inc., Greenwich, Conn.; or Becton Dickinson, Franklin Lakes, N.J. Furthermore, these devices are easily operable by the patient or care giver, and leave little or no residual formulation in the device after use.

Such devices can be filled with single or multi-dose amounts of the desired formulation. The container holding the pharmaceutical composition and its sealing means are sterilizable. At least the parts of the device that are in contact with the pharmaceutical composition should be constructed and assembled in a configuration that can be sterilized. Exemplary delivery devices with one or more unit-dose(s) are described, for example, in U.S. Pat. Nos. 4,946,069; 5,307,953; 6,948,492; and 6,446,839. Individual devices can be packaged, sterilized and shipped; alternatively, entire shipping and storage packages can be sterilized at once, and the devices removed individually for dispensing, without affecting the sterility of the remaining units.

The mucosal epithelium in the nasal cavity is covered with many hair-like cilia that provide an important defense mechanism against inhaled dust, allergens and microorganisms. The normal half-time for non-absorbed substances administered to the nasal cavity is about 15 minutes due to the mucociliary clearance removing foreign particles and excess mucus toward the pharynx. For this reason it is preferred that the absorption occurs rapidly and preferably within 0.5 to 20 minutes. However, in the current invention due to bioadhesive properties of the invention, the preferred absorption may occur within 0.5 to 300 minutes (e.g., for vaccines and biologicals), preferably between 0.5 to 60 minutes (e.g., for large molecules) and more preferably between 0.5 and 20 minutes, for example, within 2, 3, 4, 5, 10, 15 or 20 minutes post administration. The composition can be formulated so that upon administration to a subject, for example, via intranasal administration to the subject, the therapeutic agent has a peak concentration ($T_{max}$) in the blood of the subject within 30, 25, 20, 15, 10 8, 5, 3 or 2 minutes after administration of the therapeutic agent.

In addition to administration to humans, the compositions of the invention can be used to deliver the therapeutic agent to an animal, for example: pets, for example, dogs, cats, rabbits, and guinea pigs; and farm animals, for example, horses, sheep, pigs, cattle, and chickens.

Throughout the description, where compositions are described as having, including, or comprising specific components, it is contemplated that compositions also consist essentially of, or consist of, the recited components. Similarly, where processes are described as having, including, or comprising specific process steps, the processes also consist essentially of, or consist of, the recited processing steps. Except where indicated otherwise, the order of steps or order for performing certain actions are immaterial so long as the

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

invention remains operable. Moreover, unless otherwise noted, two or more steps or actions may be conducted simultaneously.

## EXAMPLES

The invention is explained in more detail with reference to the following Examples, which are to be considered as illustrative and not to be construed so as to limit the scope of the invention as set forth in the appended claims.

### Example 1

#### Exemplary Lorazapam Containing Formulation

In this Example, 10 mg lorazepam is dissolved in 2 mL of mPEG 350 using ultrasound to obtain a solution containing 5 mg/mL of lorazepam. 50 μL of the resulting composition is administered into each nasal cavity of male New Zealand White rabbits held in a supine position during, and then one minute after application. An Eppendorf pipette is used for each application. After administration, blood samples then are harvested from a marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes, and the lorazepam concentration determined by high performance liquid chromatography (HPLC). The pharmacokinetics of lorazepam delivery via intranasal administration can then be compared with the pharmacokinetics of lorazepam delivery by intravenous administration. It is contemplated that the pharmacokinetics of the intranasally administered lorazepam will be comparable to those of the intravenously administered lorazepam.

### Example 2

#### Exemplary Midazolam Containing Formulation

In this Example, 10 mg of midazolam is dissolved in 2 mL of mPEG 350 using ultrasound to obtain a solution containing 5 mg/mL midazolam. 50 μL of the resulting composition is then administered into each nasal cavity of male New Zealand White rabbits, held in a supine position during, and then one minute after application. After administration, blood samples then are harvested from a marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes, and the midazolam concentration determined by HPLC. The pharmacokinetics of midazolam delivery via intranasal administration can then be compared with the pharmacokinetics of midazolam delivery by intravenous administration. It is contemplated that the pharmacokinetics of the intranasally administered midazolam will be comparable to those of the intravenously administered midazolam.

### Example 3

#### Pharmacokinetics of Exemplary Midazolam Formulations

This Example describes a variety of formulations containing methoxy-polyethylene glycol that demonstrate comparable pharmacokinetic properties to a control formulation containing polyethylene glycol and propylene. In addition to having comparable pharmacokinetic properties, the methoxy-polyethylene glycol formulations had a lower viscosity than the control formulation.

Table 1 lists the composition of a first test formulation, Table 2 lists the composition of a second test formulation, and Table 3 lists the composition of a control formulation.

TABLE 1

Test Formulation 1 Containing 50 mg/mL Midazolam base

| Component | Percent of Final (% v/v) |
|---|---|
| mPEG 350 | 47 |
| PEG 400 | 18 |
| Propylene Glycol | 5 |
| Ethanol | 7 |
| Water | 21 |

TABLE 2

Test Formulation 2 Containing 50 mg/mL Midazolam base

| Component | Percent of Final (% v/v) |
|---|---|
| mPEG 350 | 47 |
| PEG 400 | 18 |
| Propylene Glycol | 10 |
| Polysorbate 80 | 0.1 |
| Water | 22 |

TABLE 3

Control Containing 50 mg/mL Midazolam base

| Component | Percent of Final (% v/v) |
|---|---|
| PEG 400 | 18 |
| Propylene Glycol | 78 |
| Butylatedhydoxytoluene | 0.01 |

Each of the test and control formulations contained 50 mg/mL midazolam. Once made, 5 mg of midazolam in 0.1 mL was delivered intranasally to the right nostril of each dog (3 dogs per set) for each formulation in a cross over manner. Blood was harvested from the dogs predose and at 0.03, 0.08, 0.16, 0.25, 0.5, 0.75, 1, 2, and 4 hours after administration, and the concentration of midazolam in the blood measured by HPLC. The pharmacokinetic properties are summarized in Table 4.

TABLE 4

Pharmacokinetic Properties

| Formulation | $T_{max}$ (hr) | $C_{max}$ (ng/mL) | $AUC_{last}$ (hr*ng/mL) | $AUC_{INF}$ (hr*ng/mL) |
|---|---|---|---|---|
| Test Formulation 1 | 0.11 ± 0.05 | 2220 ± 289 | 506 ± 94 | 508 ± 95 |
| Test Formulation 2 | 0.05 ± 0.03 | 1880 ± 682 | 399 ± 75 | 403 ± 76 |
| Control Formulation | 0.07 ± 0.03 | 2350 ± 796 | 506 ± 72 | 509 ± 71 |

In Table 4, Cmax refer to the maximum plasma concentration, $T_{max}$ refers to the time to reach $C_{max}$, $AUC_{last}$ refers to area under the concentration curve from time zero to the last measurable plasma concentration, and $AUC_{INF}$ refers to the area under the concentration curve from time zero to infinity.

The results demonstrate that the test formulations, when administered intranasally to the dogs, produced comparable pharmacokinetics to the control formulation. The test formulations, however, had a lower viscosity than the control formulations. Lower viscosity correlates with better spray pattern characteristics.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

Example 4

Additional Exemplary Methoxy-Polyethylene Glycol Containing Formulations

This example describes the benefit of incorporating methoxy-polyethylene glycol into certain intranasal formulations. Table 5 describes a formulation containing methoxy-polyethylene glycol and PEG 400, Table 6 describes a formulation containing methoxy-polyethylene glycol without PEG 400, Table 7 describes a formulation containing methoxy-polyethylene glycol without PEG 400 (with reduced ethanol), and Table 8 describes a control formulation containing PEG 400 but no methoxy-polyethylene glycol.

TABLE 5

| Component | Viscosity (cP) | % (w/w) |
|---|---|---|
| Propylene glycol | 40 | 5 |
| PEG 400 | 80 | 18 |
| mPEG 350 | 29 | 47 |
| Ethanol | — | 6 |
| Water | 1 | 18 |
| Midazolam | — | 7 |

TABLE 6

| Component | Viscosity (cP) | % (w/w) |
|---|---|---|
| Propylene glycol | 40 | 2 |
| mPEG 350 | 29 | 64 |
| Ethanol | — | 5 |
| Water | 1 | 23 |
| Midazolam | — | 7 |

TABLE 7

| Component | 75 mg Midazolam/ dose (% w/w) | 50 mg Midazolam/ dose (% w/w) | 25 mg Midazolam/ dose (% w/w) |
|---|---|---|---|
| MPEG 350 | 64.8 | 64.8 | 64.8 |
| Propylene glycol | 2.0 | 2.0 | 2.0 |
| Ethanol | 2.5 | 2.5 | 2.5 |
| Water | 23.7 | 26.0 | 28.3 |
| Phenethyl Alcohol | 0.025 | 0.025 | 0.025 |
| Midazolam | 6.9 | 4.6 | 2.3 |

TABLE 8

Control Formulation (Without Methoxy-polyethylene Glycol)

| Component | Viscosity (cP) | % (w/w) |
|---|---|---|
| PEG 400 | 89 | 19 |
| Propylene Glycol | 40 | 76 |
| Butylatedhydroxytoluene | — | 0.01 |
| Midazolam | — | 5 |

The formulation of Table 5 was prepared by mixing the propylene glycol, PEG 400, mPEG 350, and ethanol. The midazolam was then added to the mixture, and then after the midazolam had dissolved following mixing the water was added to the formulation. The formulations in Tables 6 and 7 were prepared as follows. The midazolam was weighed in a container and the ethanol was added to wet the active ingredient. After mixing, about 65% of the mPEG 350 was added, and the resulting mixture mixed for 2 minutes. Thereafter, the additional organic phase was added. The remaining 35% of the mPEG 350 was mixed with water, and the diluted mPEG 350 then was gradually added with mixing to the midazolam solution until a clear solution was produced. The viscosity of the resulting formulations and spray patterns were tested.

The viscosity of the resulting formulations was tested at 25° C. using a viscometer (Brookfield DV-II PRO). The viscosity of the control formulation without methoxy-polyethylene glycol (Table 8) was found to be about 42 cP, whereas the viscosity of the test formulation of Table 5 was found to be about 30 cP, and the viscosity of the test formulation of Table 6 was found to be about 23 cP. The reduced viscosity of the test formulations relative to the control formulation permitted the creation of more reproducible spray patterns.

The spray patterns produced by the two test formulations of Tables 5 and 6 were tested using a Proveris spray view instrument. The resulting parameters of the resulting spray patterns were found to be more reproducible as the viscosity of the formulation decreased.

In addition, 100 μL of placebo formulations (no midazolam) corresponding to the formulations set forth in Tables 7 and 8 were administered intranasally to three healthy test subjects using a commercially available spray device from Pfeiffer. The placebo formulation corresponding to Table 7 containing methoxy-polyethylene glycol had a less noticeable taste relative to the placebo formulation corresponding to Table 8.

These collective results demonstrate that mPEG 350 is a suitable excipient for nasal administration, for example, with midazolam.

Example 5

Sprayability of Methoxy-Polyethylene Glycol Containing Formulations

This Example demonstrates that methoxy-polyethylene glycol-based formulations produce superior spray flumes relative to polyethylene glycol. Solutions containing 100% methoxy-polyethylene glycol 350 (MPEG 350) from Sigma-Aldrich Chemie GmbH (St. Louis, Mo., USA) and 100% polyethylene glycol 300 (PEG 300) from Croda Chemicals Europe Ltd. (Goole, UK) were placed into Pfeiffer 20 mL bottles (Pfeiffer 34473) and attached to certain pumps from Valois or Pfeiffer (see Table 8). Each spray device was placed 25 cm under a sheet of absorbent paper and the sprayability was measured as the diameter across of the paper wetted by the resulting spray. The results are summarized in Table 9.

TABLE 9

| Pump Type | Formulation | Spray diameter (cm) |
|---|---|---|
| Pfeiffer 71514 | PEG 300 | 2.0-3.2 cm |
| Pfeiffer 71514 | mPEG 350 | 22-26 cm |
| Valois VP6/100 | PEG 300 | 5.0-7.5 cm |
| Valois VP6/100 | mPEG 350 | 15-21 cm |

The results show that there is a clear difference in the sprayability of mPEG 350 compared with PEG 300. The required spray angle is not achieved using PEG 300, whereas a clinically relevant spray-angle can be achieved using mPEG 350.

INCORPORATION BY REFERENCE

The entire disclosure of each of the patent documents and scientific articles referred to herein is incorporated by reference for all purposes.

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

## EQUIVALENTS

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The foregoing embodiments are therefore to be considered in all respects illustrative rather than limiting on the invention described herein. Scope of the invention is thus indicated by the appended claims rather than by the foregoing description, and all changes that come within the meaning and range of equivalency of the claims are intended to be embraced therein.

What is claimed is:

1. A liquid pharmaceutical composition formulated for intranasal administration, comprising:
   - i) midazolam or a pharmaceutically salt thereof; and
   - ii) a methoxy-polyethylene glycol selected from the group consisting of methoxy-polyethylene glycol 350 and methoxy-polyethylene glycol 550.

2. The pharmaceutical composition of claim 1, further comprising propylene glycol.

3. The pharmaceutical composition of claim 2, further comprising water.

4. The pharmaceutical composition of claim 1, wherein the methoxy-polyethylene glycol is methoxy-polyethylene glycol 350.

5. The pharmaceutical composition of claim 3, wherein the methoxy-polyethylene glycol is methoxy-polyethylene glycol 350.

6. The pharmaceutical composition of claim 1, further comprising polyethylene glycol.

7. The pharmaceutical composition of claim 5, further comprising polyethylene glycol.

8. The pharmaceutical composition of claim 1, further comprising ethyl alcohol.

9. The pharmaceutical composition of claim 6, wherein the polyethylene glycol is polyethylene glycol 400.

10. The pharmaceutical composition of claim 7, wherein the polyethylene glycol is polyethylene glycol 400.

11. The pharmaceutical composition of claim 1, wherein the midazolam is present in a concentration from 0.001% (w/v) to 20% (w/v).

12. The pharmaceutical composition of claim 1, further comprising water.

13. The pharmaceutical composition of claim 10, wherein the midazolam is present in a concentration from 0.001% (w/v) to 20% (w/v).

14. The pharmaceutical composition of claim 9, wherein the methoxypolyethylene glycol is methoxy-polyethylene glycol 350.

15. A method of administering midazolam to a mammal, the method comprising administering a pharmaceutical composition to a mucosal surface of the mammal, the pharmaceutical composition comprising:
   - midazolam or a pharmaceutically acceptable salt thereof; and
   - a methoxy-polyethylene glycol selected from the group consisting of methoxy polyethylene glycol 350 and methoxy-polyethylene glycol 550.

16. The method of claim 15, wherein the mucosal surface is a nasal membrane, buccal membrane, pulmonal membrane, ocular membrane, or rectal membrane.

17. The method of claim 15, wherein the mucosal surface is a nasal membrane.

18. The method of claim 15, wherein the midazolam has a peak concentration ($T_{max}$) in the blood of the mammal within 30 minutes after administration of the midazolam.

19. The method of claim 15, wherein the midazolam has a peak concentration ($T_{max}$) in the blood of the mammal within 15 minutes after administration of the midazolam.

20. The method of claim 15, wherein the pharmaceutical composition is administered in a volume of 50 μl to 300 μl.

21. The method of claim 15, wherein the mammal is a human.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08-17-2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND , )
)
Plaintiffs, )
) C.A. No. 21-1229-JLH
v. )
)
CIPLA LIMITED and CIPLA USA INC. , )
)
Defendants. )
)

Monday, October 2, 2023
9:30 a.m.
Bench Trial

Volume I

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ.
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.

and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.

BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

_ _ _ _ _ _ _ _ _ _

**A.** Okay. So if it's delivering 100 microliters plus or minus 3 percent, then it's pretty accurate for delivery of the mass.

And so if your drug is stable in solution, you would you deliver 100 percent of the intended dose.

**Q.** You mentioned that there's also a drug portion of the drug product. I'd like to talk a little bit about the formulations.

For the drug portion, have you analyzed what parameters a formulator would take into account?

**A.** Sure. Yes, I have a picture of that too.

**MR. GIUNTA:** Let's go to the next slide, Erik.

**BY MR. GIUNTA::**

**Q.** So what parameters would a formulator take into account?

**A.** So if someone came and asked me and said, "We have this medicine here that we want to consider for nasal delivery, what do you think?"

And so the first two things I'd look at are potency; is the dose of the drug going to have a modest enough mass that we can solubilize it in 100 microliters.

And so, then, between potency, meaning how many milligrams of drug, versus its solubility to obtain a concentration and whether that concentration would be stable.

PH is a consideration because the pKa of drugs differ, and that, also, the stability of the drug may be affected by pH.

And so most of the drugs products on the market prior to 2007 were almost all water-based systems; they weren't organic based. And so most of the efforts that were involved in commercial products up to then were all in water.

Water is nice because of safety. And so the mucus that's in your nose, the primary constituent is water in a protein matrix. And so it's nice to have a water-based system.

Then, lastly, if you have a stable composition that you think has a drug product that would be safe, then the viscosity becomes questioned because you have to marry it to the device and generate a plume. And so viscosity and sprayability are related and so you would want to be able to generate a plume by activating the device and seeing the particles created.

**Q.** You mentioned pH in connection with the nasal -- and also the environment of the nasal mucus.

What was the pH understood to be for the nasal mucus?

**A.** In health, the pH is 5.5 to 6.5.

**Q.** Now, you talked about these issues and line them up

here. How have -- have you analyzed how formulators would address solubility issues as of 2007?

**A.** Yes.

**MR. GIUNTA:** Next slide.

**THE WITNESS:** So up to that point, everybody would try to use water. It was nice to have a nice salt that would easily dissolve in water if your drug was potent enough. And at least up to that time, most nasal sprays, you were able to dissolve in water.

**BY MR. GIUNTA:**

**Q.** What if the drug was not soluble in water?

**A.** Then you had to go to plan B, which would be to use a pharmaceutical cosolvent system that might include, like what you saw in the USP earlier today, water could be one. Alcohols, glycols, oils, and cyclodextrins are useful to create solvation.

**Q.** Now, have you analyzed other considerations in designing a nasal drug formulation that would have been taken into consideration as of 2007?

**A.** Yes.

**MR. GIUNTA:** Next slide, Erik.

**THE WITNESS:** So this is part of the process, and that's part of what I hope came through with some of the other slides, that a person with experience in this area would know that these are the general conditions

that you have to satisfy. So you can't go anywhere if you can't solubilize the drug. That's kind of the key condition.

Then it needs to be stable in solution. And so that's when you're doing your own laboratory studies, some experiments to study stability, physical, chemical, microbiologic. And then it has to be stable in the contained enclosure itself. So that means in contact with whatever the glass, rubber, and rubber stoppers might be, because they are known to interact at times.

Then we have to consider how we're going to make it sterile. Are we going to put an antimicrobial preservative in it if it can't be sterilized? Or can we make it a sterile product.

And then, lastly, you know, in the way that you created this formulation, in consideration of the drug's own physical chemical properties and its presence in your formula, will it permeate a membrane, meaning get across the nasal epithelium so that it can be absorbed into the bloodstream.

There are techniques you can use if you want to enhance residence time in the nasal cavity or to try and improve permeation with other excipients.

**BY MR. GIUNTA:**

**Q.** And what would a person of ordinary skill in the art

**BY MR. GIUNTA:**

**Q.** I wanted to ask you about methoxy-polyethylene glycol 350.

And what would a person of ordinary skill in the art reading the Wermeling '359 publication understand?

You say it's disclosed in there, correct?

**A.** In my opinion, polyethylene glycol encompasses the common liquid PEGs.

**Q.** And would a person of ordinary skill in the art who had -- withdrawn.

Would a person of ordinary skill in the art have understood that in 2007?

**A.** Yes.

**Q.** So where is that understanding reflected in the prior art?

**A.** We had numbers of the publications where the various inventors list them, PEG 200, 400, mPEG 350, et cetera.

**Q.** Have you analyzed how the prior art reflects that understanding?

**A.** Yes.

**MR. GIUNTA:** Next slide, Erik. Next one.

**BY MR. GIUNTA:**

**Q.** How did the prior art reflect that understanding?

**A.** So first you can see, as was stated previously, this is the common chemical structure of the base of the

polymer. And you can see the right-hand side is a duplicate. The center is also a duplicate. And so the left-hand side is the difference, a hydrogen versus this methoxy group.

If you put an n in these various numbers in there, you know, the molecular characterization is roughly homologous except for, roughly, a few atoms.

**Q.** Now, what about -- what is the difference between them?

**A.** Just the hydroxyl versus the methoxy.

**Q.** Now, what else made you think that a person of ordinary skill in the art would think of mPEG 350 when they see the term polyethylene glycol referenced?

**A.** Well, because they're all identified similarly in pharmaceutical compendia. And so if you were looking at pharmaceutical solvents as an example, you would see them listed.

**Q.** And then what about in terms of -- are there any other places besides pharmaceutical compendia in the literature where they may have been treated together such that a person of ordinary skill in the art would understand polyethylene glycol to include mPEG 350?

**A.** They are both listed the FDA's 2006 inactive ingredient database.

**Q.** I'd like for you to turn to Tab 12 in your binder.

**MR. GIUNTA:** Mr. Thorsnes, if we can put this down and bring up DTX-2022.

**BY MR. GIUNTA:**

**Q.** Do you recognize DTX-2022?

**A.** I do.

**Q.** What is it?

**A.** It's the cover page from a Dow Chemical product brochure entitled Carbowax and Carbowax Sentry. And below it is polyethylene glycols methoxy-polyethylene glycols.

**Q.** So where would a person of ordinary skill in the art in the field as of 2007 have learned the information that they understand about PEGs?

**A.** Well, the general information about PEGs is in the standard pharmaceutical textbooks.

**Q.** Where else might they look if they wanted to know more specific information?

**A.** You would get a catalog from a manufacturer where they would list the offerings that they have.

**Q.** So what is this document, DTX-2022?

**A.** It's a Dow Chemical product brochure.

**Q.** On what date was it published?

**A.** 2004, I believe, on the back -- or 6 -- on the back page, March 2006.

**Q.** And what does the Carbowax PEGs and mPEGs brochure disclose about PEGs and mPEGs?

**A.** In the general description, which is under product profiles.

**Q.** Turn to Page 4, Bates ending 038. So under the heading "Product Profiles," what does it disclose?

**A.** It says, "Carbowax polyethylene glycols, PEGs, and Carbowax methoxy-polyethylene glycols, mPEGs, are a family of water soluble linear polymers formed by the addition reaction of ethylene oxide to an ethylene glycol equivalent."

And the structures are provided.

**Q.** So it provides what you previously discussed from a structural perspective.

What is the significance of the supplied form on this page?

**MR. GIUNTA:** Mr. Thorsnes, can we look at the table on the same page.

**THE WITNESS:** Okay. So this is a listing of products that vary by the molecular weight of the ingredient, and you see two columns.

One is PEG, for the liquids, and you see two for the Carbowax mPEG 350 and 550. And you see the supply is liquids and they are listed as a clear viscous liquid, and an appearance at room temperature or roughly room temperature.

**BY MR. GIUNTA:**

**Q.** So what would that mean to a person of ordinary skill in the art looking at it in the context of making an intranasal formulation?

**A.** That these are possible options to have as a solvent.

**Q.** So they would look to the ones that are liquid as a supplied form?

**A.** Yes.

**Q.** Would they necessarily look to the others?

**A.** You mean the solids?

**Q.** Yes.

**A.** No, they are not really particularly useful.

You are trying to dissolve liquids in liquids.

**Q.** How many liquid PEGs and mPEGs were available according to the brochure?

**A.** Six.

**Q.** What were they?

**A.** PEG 200, 300, 400, 600, and the mPEG 350 and 550 are liquids.

**Q.** Were PEG and mPEG known to have been used in FDA-approved formulations before the priority date?

**A.** Yes. That's in another table.

**MR. GIUNTA:** And so if we can turn to the next page, Mr. Thorsnes. Can we turn to page Bates ending 039.

**BY MR. GIUNTA:**
**Q.** And is this the table that you're referring to?
**A.** It is.
**Q.** Now, what does the Carbowax Sentry designation mean?
**A.** Well, it's -- this is part of the family listed as PEGs.
And then what they have listed here are those that have an acceptance in the Pharmacopoeia and as pharmaceutical excipients by the USP National Formulary and by the European Pharmacopeia.
**Q.** How many of the liquid PEGs and mPEGs were available in pharmaceutical grade?
**A.** Four.
**Q.** What were they?
**A.** 300, 400, 600, and mPEG 350.
**Q.** Now, what properties of PEGs and mPEGs made them good candidates for excipients in an intranasal formulation of midazolam in particular?
**A.** Okay. We have another --
**MR. GIUNTA:** Mr. Thorsnes, can we go to the next page.
**THE WITNESS:** Highlight the table, please.
**MR. GIUNTA:** Okay. Highlight the table.
**BY MR. GIUNTA:**
**Q.** What were the properties that a person of ordinary

skill in the art would be interested in?

**A.** First, would be as the first column says, water solubility. And so you can see that the lower molecular weight compounds have higher miscibility with water. And then, to the far right is viscosity. And that the lowest weight materials also had the lowest viscosity.

**Q.** Now, there are several properties listed across this table and also on these pages.

Which ones would the person of ordinary skill in the art have been particularly interested in for use in an intranasal formulation of midazolam?

**A.** Solubility and viscosity.

**Q.** And so what does the brochure say about solubility?

**A.** So it says that they are -- and that's in a solubility header. Okay?

So the liquid PEGs and mPEGs form clear aqueous solutions in all proportions. So they are readily miscible.

**Q.** So, in other words, that has to do with the solubility of the excipients themselves in water; is that right?

**A.** And -- yes, with each other.

**Q.** And what does it say about the solubility of other things in the excipients?

**A.** You mean solid PEGs?

**Q.** What does it say about the solubility of other substances mPEGs?

**A.** Oh. Well, they tend to be readily solubilized.

**Q.** What other -- okay.

**A.** Well, and then tend to be physically compatible. And they are physically compatible with other common solvents that are polar.

**Q.** So what other physical properties did you say that a person of ordinary skill in the art would have been interested in?

I think one of them was viscosity; is that right?

**A.** Viscosity and then the solubility that a lot of substances can be solubilized in it. So it's a good solvent.

**Q.** So PEGs and mPEGs themselves are good at solubilizing other substances?

**A.** Yes.

**Q.** And then can they operate in both solubility ways? Can they solubilize other substances and then make those substances soluble in water?

**A.** They can make a composition to have the composition have the substances soluble in water.

**Q.** If we take a look at what -- the portion of viscosity, next page, 041.

What does the Carbowax brochure say about viscosity?

here, the Wermeling '359 publication and the Carbowax PEGs and mPEGs brochure, be informed by the background art that we've discussed today?

**A.** Absolutely.

**Q.** What would be the resulting formulation of a person of ordinary skill in the art combined Wermeling '359 publication with Carbowax brochure?

**A.** Okay. Go to the next.

Okay. So we would be motivated to combine, and it would be for two purposes.

Since I knew from my own formulation that it didn't make a plume, you would be motivated to reduce the viscosity versus using a modified device. So you could use a standard device.

And then you would be interested in exploring the improvement of tolerability if you could use substances and substitute for other ones that may have an irritating effect.

**Q.** What are the other reasons a person of ordinary skill in the art might have been motivated to combine your '359 publication with the Carbowax brochure?

**THE WITNESS:** Next, please.

**MR. GIUNTA:** Well, let's go back to the previous slide.

**BY MR. GIUNTA:**

**Q.** What would a person of ordinary skill in the art have hoped to achieve by making the combination?

**A.** Well, you would have a formulation with a reduced viscosity, meaning you could use a standard device instead of a modified device.

So it would be something that FDA has already ruled on as in commerce, and then, of course, to reduce irritation.

**Q.** What do you mean by -- what do you mean by motivated to -- what do you mean by "optimize prior art formulations"?

**A.** Well, my formulation would treat a patient, and we've already established that with the paper from 2006.

But if it didn't, form a plume, then you would make these modifications to use lower-viscosity solvents as a substitute for higher-viscosity solvents to reduce the overall average viscosity of the composition.

**Q.** And what would a person of ordinary skill in the art have expected -- what would a person of ordinary skill in the art have expected from that combination?

**A.** That they would have a product that could treat a patient.

**Q.** And have you analyzed the reasons why they would expect that?

**A.** Yes.

**MR. GIUNTA:** Next slide, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** And what are those reasons?

**A.** So that that formulation would treat a patient.

And so this is what was known. We knew midazolam itself was effective intranasally by the two different paths, that PEGs and mPEGs were known and they could be used safely in formulations.

MPEG was the least viscous PEG in the table. Midazolam is known to be soluble in PEGs. And that prior art formulations were already shown to be effective in treating a patient; even though, they were not designed for purpose.

**Q.** What would a person of ordinary skill in the art have expected with regard to a formulation containing mPEG 350 being able to solubilize midazolam?

**A.** You would expect it.

**Q.** What would that expectation be based on?

**A.** The physical chemical properties that are listed in the Dow brochure and its statements about being be able to readily solubilize substances.

**Q.** What would a person of ordinary skill in the art have expected with regard to the therapeutic effectiveness of a formulation of midazolam containing mPEG 350?

**A.** It would still work fine.
**Q.** Why might a person of ordinary skill in the art consider modifying the Wermeling formulation?
**A.** Well, we've said to modify it for the viscosity and sprayability.
**Q.** What would that get you?
**A.** A plume from a standard sprayer.
**Q.** And so you had used the modified device with your other formulation.
What are the potential drawbacks of using a modified device?
**A.** FDA has not ruled on that specific device, and so if you made a change to the approved device, that would be subject to review, and that you would also be trying to approve a new device; even though, technically, it's very, very similar.
**Q.** Now, you mentioned desire to create a plume. What role does the spray plume play in the drug approval process?
**A.** So it is a characteristic that is standard for testing of drug products.
**Q.** Now, why would a person of ordinary skill in the art choose mPEG 350 to reduce viscosity of prior art formulation?
**A.** Well, so that you would be able to have a plume and

**MR. GIUNTA:** Mr. Thorsnes, can we go to Bates Page 009.

**THE WITNESS:** Okay. And then Figure 8.

Okay. So this is an experiment where they created two formulations in a spray. One of them had 2 percent carboxymethylcellulose, a viscosity enhancing agent, and the other had 1 percent CMC, or half.

And so then they put that into a Pfeiffer high-viscosity pump, and they actuated them into a standard paper pattern, which is used for looking at the plume as it strikes something, so that you would have a sense of the area that is impacted by the particles.

**Q.** And what's the trend that Dayal observes here?

**A.** The higher concentration of CMC in A did not form a nice circle or oval, and that that is much smaller an area than that created under the lower CMC percentage in depiction B.

**Q.** What does Dayal tell a person of ordinary skill in the art about the relationship between viscosity and spray the pattern?

**A.** That, again, they have this inverse relationship.

**Q.** Okay. And what were the other formulations that Dayal discloses this sort of testing on?

**A.** So we have Table 2.

**MR. GIUNTA:** Can we go to Table 2,

Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** What's depicted in Table 2?

**A.** Table 2 is entitled "Effect of viscosity on spray pattern area."

In the first column, you have two different devices; a high-viscosity pump and a standard pump.

In the second column, you have the variation of the percent carboxymethylcellulose that is used in the different formulations there.

So there are six of them. And it's repeated between both pumps.

Then you have a measurement of the viscosity of that percentage CMC. And so you will see that the viscosity increases with the increase in the percentage of carboxymethylcellulose.

Subsequently, the next two columns are data that relate to spraying. The DV50 relates to the droplet size. And this is roughly the median, if you will, in microns.

And so what you see with the high-viscosity pump and the low to high viscosity is that the DV50, the particles itself are increasing, such that it's almost a tripling of the DV50 in microns as you go from low to high. And, basically, that's replicated using the standard pump as

well.

**Q.** What does this chart say about the spray area?

**A.** The spray area in the second-to-last column, and it derives that the area, similar to what you saw in the other picture, the area decreases as there's an increase in the viscosity.

And then there's a graph to the right that depicts the data values in a regression line.

And it shows, again, that the area decreases as the viscosity increases. And so those are the data points from the two pumps.

**MR. GIUNTA:** Your Honor, we move to admit DTX-2019 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2019 is admitted into evidence.)

**MR. GIUNTA:** Put this exhibit down, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** Would a person of ordinary skill in the art have reasonably expected to reduce viscosity sufficiently to deliver the composition through a standard device?

**A.** Yes.

**Q.** And would that be using mPEG 350?

**A.** It would be using mPEG 350, water. Water would have the lowest viscosity.
**Q.** Would a person of ordinary skill in the art be able to do that with PEG 400, propylene glycol, also in the formulation?
**A.** I didn't hear you.
**Q.** Would a person of ordinary skill in the art have been able to do that with PEG 400 and propylene glycol also in the formulation?
**A.** You would reduce the average viscosity of the composition by substituting.
**Q.** Would that substituting have been experimentation that a person of ordinary skill in the art would undertake in the ordinary course?
**A.** Yes. It's routine.
**Q.** Now, even if a person of ordinary skill in the art could not have gotten into a standard device, would there still have been a benefit to reducing the viscosity of the formulation?
**A.** Yes. In the previous document, we showed that you would have a motivation to improve the tolerability.
**Q.** Would a person of ordinary skill in the art have been worried that reducing viscosity would impair efficacy?
**A.** Not that I'm aware of, no.
**Q.** Are you aware that Dr. Smyth opined a person of

ordinary skill in the art would not have expected to reliably administer midazolam --

**A.** I've heard that.

**Q.** -- in a low viscosity formulation.

Do you agree with him?

**A.** No.

**Q.** Why not?

**A.** The generation of the plume will still provide a nice, sufficient surface area. You will deliver the dose. And the sprayer, itself, is very accurate, so it's able to deliver the intended dose to treat the patient.

**Q.** Have you analyzed whether a person of ordinary skill in the art would reasonably expect an intranasal midazolam formulation containing mPEG 350 to be safe to administer to a patient?

**A.** Yes, we have.

**MR. GIUNTA:** Could you put up the slide, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** So what was your analysis?

**A.** So you would find mPEG 350 in the FDA's inactive ingredient database, and it was used as a topical agent. It was also disclosed in a formulation that had mucosal exposure. So this was a woman's vagina and perineum, and that PEGs, themselves, had been other intranasal

formulations and approved.

So, then, if you needed to work with this, and FDA, as you may have heard earlier, may have said, "Look, you have to do toxicology testing."

Well, if it's not by that route and that percent, it's standard. You are going to do it or you're not going to go anywhere. So this would be standard testing.

**Q.** Understood. So it's your opinion that a person of ordinary skill in the art would understand the toxicology testing required to get a formulation containing mPEG 350 for intranasal approved would have been routine testing?

**A.** It's routine, and I have to do it.

**MR. GIUNTA:** Now, I'd like to turn to the next exhibit. So there is a DTX-2583. It is a text file, and that would be the thing that we would want to move into evidence. Right now, we have excerpted for the purposes of the binder.

**MS. HANSEN:** I would be more than happy to provide you with a full copy of it.

**MR. GIUNTA:** We have it. But I mean, do you want to enter the full copy in print?

**MS. HANSEN:** Yes.

**MR. GIUNTA:** Okay. Let's get to the full copy in print.

**MS. HANSEN:** May I approach, Your Honor?

**THE COURT:** Yes.

**THE WITNESS:** Thank you.

**BY MR. GIUNTA:**

**Q.** I'm showing you what's been marked DTX-2583 for identification.

Do you recognize this document, Dr. Wermeling?

**A.** Yep. This is a section from the FDA's inactive ingredient list.

**Q.** Now, what was mPEG 350 listed in the IID in connection with?

**A.** It's stated to be for a topical preparation. It's stated as a gel for the form in a 20 percent composition.

**Q.** Have you prepared an excerpt of the information that the IID provides for purposes of explaining this?

**A.** I have one, yes.

**MR. GIUNTA:** Put up the slide. I believe Dr. Patel borrowed it this morning from you.

**BY MR. GIUNTA:**

**Q.** So what was mPEG 350 listed in the IID in connection with?

**A.** In this case, as I mentioned, a topical product as a gel in a 20 percent composition.

**Q.** Now, does that mean that a person of ordinary skill in the art would think that it would be -- that mPEG 350 would be unsafe in an intranasal formulation because it

was used in a topical formulation?

**A.** No. It's just not there. It hasn't been submitted to the FDA for that purpose.

**Q.** And then how about the amount, the 20 percent? Would a person of ordinary skill in the art believe, based on reading this, that mPEG 350 would be unsafe in amounts over 20 percent?

**A.** No.

**Q.** What's your understanding as to the product that mPEG 350 was listed in the IID in connection with which product?

**A.** Solaraze gel.

**Q.** Now, you mentioned a few products. Have you prepared a slide depicting those?

**A.** Yes.

**MR. GIUNTA:** Can we go to the next slide.

**BY MR. GIUNTA:**

**Q.** Before we do -- well, let's finish the first one. Okay, so what are the products that have included mPEG 350?

**A.** So Solaraze is listed first. It was a prescription drug FDA approved in 2000. It contained the 20 percent. And you apply it to the skin twice a day to treat actinic keratoses.

**Q.** What other products were there?

litigation, correct?
**A.** I have never seen it until this exercise.
**Q.** Now, your patent, the Wermeling '359 application, never issued -- or sorry.
Your patent application, the Wermeling '359 application, never issued as a patent, correct?
**A.** Correct.
**Q.** But the use of mPEG in a formulation resulted in a patentable formulation, but yours did not?
**A.** I believe that's a fact.
**Q.** And you believe that the leadership team at ITI, by trying an intranasal formulation with mPEG, wanted to do something different?
**A.** I believe they wanted to have a patentable product so that they could more easily license it to someone else.
**Q.** And the formulation with mPEG in it was something different?
**A.** Sure.
**Q.** Now, you do not opine that PEG and mPEG aren't -- sorry.
You do not opine that PEG and mPEG are identical compounds, right?
**A.** Correct.
**Q.** And mPEG 350 has a different number from the Chemical Abstract Society from any of the PEGs?

**A.** Is that a question or a statement?
**Q.** It's a question.
**A.** My understanding is that they may well have a different CAS number.
**Q.** And PEG and mPEG have different structures, correct?
**A.** They're about 99 percent homologous, so the minor changes on one terminal end. That's the truth of it.
**Q.** So the structures are different between PEG and mPEG, correct?
**A.** Very modestly.
**Q.** And you formulated an intranasal midazolam formulation with PEGs but not mPEG, right?
**A.** Correct.
**Q.** Now, mPEG 350 was not used in an FDA-approved nasal formulation before Nayzilam, right?
**A.** Correct.
**Q.** In 2007 mPEG was not reported specifically in any intranasal formulation with midazolam, correct?
**A.** Correct.
**Q.** And as of January 2007, the prior art did not disclose the solubility of midazolam in mPEG 350; is that right?
**A.** Not that I'm aware of.
**Q.** And as of January 2007, the prior art did not disclose what the spray plume of an intranasal formulation

containing mPEG 350 would be, correct?

**A.** A POSA would be able to think about what it might be given the physical chemical characteristics of the PEGs.

**Q.** But the prior art did not disclose what the spray plume of an intranasal formulation containing mPEG would be, correct?

**MR. GIUNTA:** Objection. Asked and answered, Your Honor.

**THE COURT:** You can answer the question.

**THE WITNESS:** I think I did. Can we read it back?

**THE COURT:** Can we have the question read back, Ms. Archer.

\- - -

(The court reporter read back the record as requested.)

**THE COURT:** Would you like to hear the question again?

**THE WITNESS:** Yeah, sure.

\- - -

(The court reporter read back the record as requested.)

**THE WITNESS:** I said something to the effect that the physical chemical properties described in the Dow brochure would give a POSA a pretty good idea of what

was going to happen.

**BY MS. HANSEN:**

**Q.** There was no data in the prior art testing a -- an intranasal formulation with mPEG 350 for what its spray plume would be, correct?

**A.** Correct. Correct.

**Q.** And the prior art did not disclose any data on an intranasal formulation with mPEG 350, correct?

**A.** Correct.

**Q.** And the prior art did not disclose any, for example, PK data resulting from testing an intranasal formulation with mPEG 350, correct?

**A.** Correct.

**Q.** Now, I'd like to turn to the Carbowax brochure, DTX-2022.

**MS. HANSEN:** If we could pull that up on the screen, Mr. Braun.

**BY MS. HANSEN:**

**Q.** This is one of the references that you use in your combinations where you opine that the asserted claims were obvious, correct?

**A.** Correct.

**Q.** You were unfamiliar with this document until it was given to you by Cipla's counsel, right?

**A.** Correct.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND ,

Plaintiffs,

v.

CIPLA LIMITED and CIPLA USA INC. ,

Defendants.

C.A. No. 21-1229-JLH

Tuesday, October 3, 2023
9:30 a.m.
Bench Trial

Volume II

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.
and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.
BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

_ _ _ _ _ _ _ _ _ _

**Q.** Now, I'd like to look at what excipients you were suggesting for use in an intranasal midazolam formulation in 2009.

Let's turn to Page 354 of this document, in the upper right-hand column.

We're looking, in particular, at the paragraph beginning "Benzodiazepines satisfy."

Now, in this paragraph, you discuss how water is the preferred solvent, but many medications, including the benzodiazepines, do not have sufficient water solubility to formulate a nasal product. Do you see that?

**A.** Yes.

**Q.** And then you talk about the midazolam injection solution; is that right?

**A.** Yes.

**Q.** And then you finally say, "Additional solubilization strategies are necessary." And you provide, "including the use of organic cosolvents, excipients such as cyclodextrin, or other agents from water soluble inclusion complexes or preparation of emulsions"; is that right?

**A.** Yes. Just a general statement.

**Q.** But you don't suggest the use of mPEG in your article, correct?

**A.** PEG and mPEG would all fall under organic

cosolvents.

**Q.** There are a number of organic cosolvents in the world, correct?

**A.** There are, but there a very limited number that are in the USP, and an even smaller number that had a statement made in the FDA's inactive ingredients list. So the number gets pretty small if you're going to use all the references.

**Q.** And the IID that we're talking about is that 189-page document that we looked at earlier?

**A.** Yes. But you look at -- it's already narrowed for you by other references. So the total number of pages has so many other things that are not relevant to this discussion, that it's a distraction.

**Q.** And those are other excipients that are used in topical formulations, for example?

**A.** They could be used in all kinds of things, sure.

**Q.** Now, Dr. Wermeling, I'd like to take a look at one of your other slides. And for convenience, I put it on --

**MS. HANSEN:** Oh, I'd like to move to admit DTX-2253 into evidence.

**MR. GIUNTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2253 is admitted into evidence.)

**A.** Pharmaceutical Technology.
**Q.** So, before Prophase, you were at Ikano Therapeutics, Inc.; is that right?
**A.** Correct.
**Q.** And you were there from -- is this correct -- from about November 2007 to December 2010?
**A.** Yes, sir.
**Q.** And was Ikano Therapeutics the same company as Intranasal Therapeutics?
**A.** Yes. It was the former Intranasal, yes.
**Q.** Working at ITI doing regulatory science support and -- and particularly focusing on CMC, did that involve a lot of chemistry?
**A.** Not really. We did what we did. My job was I was hired as a formulation -- I was director of Formulation Development and then, I changed to Pharmaceutical Development. And what I was doing is supporting -- getting the formulation through the path for development required by FDA to get the product ready for NDA and be able to, at some point, submit to NDA and get the drug approved.
So, there are certain steps you need to take.
**Q.** Did you make any mPEG midazolam formulations in connection with the patent application?
**A.** Yes.

With the instruction of Sveinbjorn. So he wanted a couple of formulations we made. And so yes, we made it and we did characterize it the way he wanted it handled.

Basically, it's a day-to-day activity for me making a different type of formulation, and there was nothing unique that I contributed. And they said, Do you understand this, this, and this, and we did it for him.

**Q.** So you're saying there is certain routine work that you do as a formulator, and what you did here was nothing more than routine; is that right?

**A.** Nothing more than routine.

**Q.** Okay.

**A.** Nothing more than following the recipe that he was asking for.

**Q.** Let's have the court reporter mark this as RG4.

**A.** Thank you.

**Q.** I am showing you what has been marked RG4 for identification. It bears the Bates number Cipla_Mida_043818 through Cipla_Mida_043865.

Do you recognize this document?

**A.** Not really.

If I have seen it before? I don't know. It's from 2007. I don't remember that.

**Q.** If you turn to Bates ending 820.

**A.** Sorry. Page?

**Q.** 820. The bottom right-hand side, it's just like one page in?

**A.** 8 -- 820. Yes. Page 2.

**Q.** Do you see that you're listed there as an inventor?

That would be the second name on the page?

**A.** Yes.

**Q.** And then, we get to your sentence there: "Lower viscosity correlates with better spray pattern characteristics," right?

**A.** Yes, sir. Um-hum.

**Q.** In the course of this project, were you the first person to discover that lower viscosity had better spray pattern characteristics?

**A.** No.

**Q.** Was that known before?

**A.** It was known by Sveinbjorn, and that is how he selected the mPEG 350.

**Q.** The problem here is that, you know, they look like they got the same -- they got comparable pharmacokinetic results, in other words, the drug worked the same between the test and control formulations?

**A.** As a formulator, I can tell you, if you have a high viscosity -- you don't want to deal with that kind of formulation.

You always strive to go to the lowest possible

viscosity, and you can't have a low, low viscosity. That is not a good front either, because it was just -- it is running down from the nose, okay. So, you need to have a certain level of viscosity, but not too much. So that is why you need a formulation with the optimum level that you can deliver the maximum amount of drug -- that's your target always in bold. The lowest amount of drug at the lowest possible volume with the viscosity that you can have a reproducible results, if it's spray pattern for your application drug through the FDA or any regulatory body. It can be in Europe or in Iceland or wherever.

**Q.** That's on Pages 848 to through 849.

**A.** According to the interpretation they have here, the three formulations worked almost similar (indicating). That is what they say here, but having said that, it tells us that the Test Formulation 1 and 2, they had a lower viscosity.

So, for me as a formulator, I would absolutely go with the lower viscosity based on the knowledge, the common knowledge that lower viscosity is your friend, than higher viscosity, which you would have a control formulation.

**Q.** So this is my question: Did Sveinbjorn figure out that lower viscosity was better or was it already known?

**A.** Lower viscosity in what? In what formulation?

you asked originally, which was are these two dissimilar. So I commented these two are very dissimilar.
**Q.** Sure. I'm asking just in general if there's --
**A.** There's no -- there is no magic number that could -- a formulation in combination with the device would yield -- should yield or could potentially yield pharmaceutically acceptable product, call it the attributes, such as spray pattern, plume geometry, droplet size distribution, et cetera.
**Q.** Would you agree that PEG could be replaced with mPEG?
**A.** I'm sorry. I wasn't expecting the question; didn't mean to flippant, sorry. There is no way I would accept that what's written as a statement of fact.
**Q.** And why is that?
**A.** There's absolutely no basis to -- to say that.
**Q.** So do you think Dr. Gizurarson had no basis to say that?
**A.** I don't know what his basis for saying that. Obviously, he's an advocate of this product. I, sitting here today, would not -- no way I would say that all formulations can replace mPEG with PEG. I'm sorry, PEG with mPEG.
**Q.** So you mentioned that Dr. Gizurarson was an advocate for --

**A.** I'm sorry. That was supposition on my part. Just looking at this, it's a little bit of pitch deck clearly, so I didn't mean to speculate outside my scope there.
**Q.** So when you say, "pitch deck," what are you --
**A.** I'm sorry. That was a little -- you have an advocate for this particular -- obviously, you have an advocate for this particular excipient here selling its benefits.
**Q.** Did ITI have a goal to replace formulations where PEG had been used with mPEG?
**A.** No. In fact, as a formulator, I would say -- I don't want to do that. Back to the previous slide, which does not mention nasal use. This would be a significant hurdle to using mPEG and -- in these formulations because it's an unapproved excipient.
**Q.** You mentioned it would be a significant hurdle to use mPEG. Why did ITI undertake that significant hurdle?
**A.** It was -- again, I think that decision was made before me, but it was obviously an enabling excipient.
**Q.** What do you mean by "enabling"?
**A.** It enabled -- it enabled to -- it enabled use of mPEG in combination with water, another excipient, enabled us to formulate midazolam at a concentration sufficient to get a pharmaceutically effective dose with a very small dose volume which is compatible with the

Dr. Sveinbjorn Gizurarson, was the only named inventor of the patents. And he was actually deposed over two days, and so you will see -- the first day was longer and there are more designations from the first day. But you will see the video cut off and the next video start.

Unless Your Honor wants me to come up, we'll just transition to the second video.

**THE COURT:** That's fine.

**MR. PATEL:** Thank you.

**THE COURT:** Thank you.

(Deposition designation of Sveinbjorn Gizurarson plays as follows:

**BY MR. PATEL:**

**Q.** Can you state your full name for the record.

**A.** Sveinbjorn Gizurarson.

**Q.** Okay. So I want to go through kind of the different companies you've worked with during the course of your R&D on midazolam.

Which company did you first start working with?

**A.** Novo Nordisk.

**Q.** And can you give me the general time frame for when you work with Novo on midazolam?

**A.** From 1987 until 1990.

**Q.** So during those four years at Novo, generally, what did you work with in respect -- what did you work on with

respect to midazolam?

**A.** Intranasal formulations.

**Q.** Can you be more specific?

**A.** We were trying to develop a formulation that could deliver midazolam in sufficient amount into the systemic circulation. So we had to carry out a number of animal studies in order to understand the pharmacokinetics and also the difficult part to find a formulation that could solubilize enough midazolam.

**Q.** When you say "a formulation that could solubilize midazolam," do you recall, during your time at Novo, what solvents you worked with for those formulations?

**A.** We explored a large number of solvents, but we ended up using a certain fraction of between 200 -- a very narrow fraction of -- of -- PEG-200 as well as glycofurol.

**Q.** And you'll understand if I refer to polyethylene glycol as "PEG"?

**A.** I do.

**Q.** And you will understand if I refer to methoxy-polyethylene glycol as "mPEG"?

**A.** I do.

**Q.** During your time at Novo, did you work with any of PEG, mPEG, or propylene glycol?

**A.** I worked with PEGs and propylene glycol on -- among

glycofurol. So that was also part of the -- the work that we were doing on using glycols.

**Q.** So can you give me an example of a formulation that you tried that contained more than one compound besides midazolam and one solvent?

**A.** A mixture of tetra-ethylene glycol and glycol -- and glycofurol.

**Q.** What else? Give me another example.

**A.** A mixture of PEG 200 and glycofurol.

**Q.** During your time with Lyfjathroun in your various capacity from 1991 to 2005, did you also work with propylene glycol?

**A.** That was one of the components that we looked at.

**Q.** And then you mentioned earlier you worked with PEG?

**A.** That's correct.

**Q.** Glycofurol?

**A.** That is correct.

**Q.** Did you work with mPEG during this time, 1991 to 2005?

**A.** No.

**Q.** When did you first come across the idea of using mPEG in the midazolam formulation?

**A.** That was in 2006.

**Q.** Do you remember what time frame in 2006?

**A.** Approximately May.

**Q.** How did you come up with the idea of using mPEG in the midazolam formulation?

**A.** As I shared with you earlier, I had been working with PEG, PEG 200. I worked with fractions of PEG 200. I worked with glycofurol. And I was browsing a list of brochures that I had from different companies that were providing conjugated PEGs, and the -- in one of the brochures, I saw just the chemical formula, and I got really surprised that I had never seen that formula before, and it took all my attention. I became fascinated of just the chemical structure. This was new to me, having worked with PEGs for so long time.

**Q.** And you said you had never seen the chemical formula of mPEG before?

**A.** That was the first time I saw that formula.

**Q.** So have you ever heard of mPEG before May 2006?

**A.** I had never heard of that before.

**Q.** But you had heard -- you had worked with polyethylene glycols for -- at that time for over a decade?

**A.** That is correct.

**Q.** What about the chemical formula of mPEG struck you?

**A.** Seeing the methoxy group at one end of the formula.

**Q.** So I'm asking you what specifically about the chemical formula of mPEG you found fascinating?

**A.** I just answered that.
**Q.** Can you answer it again?
**A.** Yeah. It was the methoxy group.
**Q.** And then can you explain why the methoxy group fascinated you?
**A.** I also answered that before.
**Q.** Can you answer that again?
**A.** If you want to. I had never seen that group on PEG before, and I was just fascinating seeing this methoxy group there. I never -- after exploring so many different types of PEGs, so many different types of excipients, when I saw this structure -- chemical structure, I became fascinated.
**Q.** Did you become fascinated in the context of finding it useful for a midazolam formulation, or just generally?
**A.** For benzodiazepines, including midazolam.
**Q.** And was it for any dosage form of benzodiazepines, or was it specifically for nasal spray?
**A.** For nasal spray.
**Q.** And why you did you think the methoxy group was beneficial for a nasal formulation of benzodiazepines?
**A.** At that time, I had no idea whether it would be beneficial or not.
**Q.** And so I'm focusing in on that you were fascinated by the methoxy group. With your chemical experience,

what chem -- what chemical properties of that methoxy group fascinated you?

**A.** I know that small changes to a chemical structure can change phys- -- chemical parameters quite a lot. And that's why I really wanted to explore is there a possibility that this compound could have some effects that I've been struggling to find since 1987.

**Q.** And can you give me an example of what kind of effects you're referring to right now?

**A.** Solubility.

**Q.** What else?

**A.** Sprayability.

**Q.** What else?

**A.** Viscosity, bioadhesion.

**Q.** Repeat that. Sorry.

**A.** Bio-adhesion.

**Q.** Okay. Anything else?

**A.** I may have been thinking about these parameters, except bioadhesion at that time. I was mainly focusing on the solubility, sprayability, viscosity.

**Q.** And how did you think this methoxy group would be a factor for solubility of midazolam?

**A.** Looking at the structure, with experience using different types of PEGs, with experience of using glycofurol, I was hoping that this methoxy group could

improve the solubility over at least PEG, but that was just my thoughts at that time.

**Q.** When you looked at that chemical formula of mPEG in May 2006, what about the methoxy group led you to believe that the solubility of midazolam may be different in PEG as compared to mPEG?

**A.** Replacing a hydroxy group with a methoxy group, I believed that you would increase, slightly, the lipophilicity -- or potential lipophilicity of methoxy polyethylene glycol, but I -- at that time, I had no idea because I needed to test that before knowing. And this was just a hypothesis at that time.

**Q.** And the difference between a PEG and an mPEG is that, instead of a hydrogen group at one end, you have a CH3, a methyl group; is that correct?

**A.** Yes.

**Q.** Yes?

**A.** Yes, the difference is that you have a hydroxy group for -- and when you have PEG, and a methoxy group, CH3, on mPEG.

**Q.** You mentioned sprayability. What about the chemical formula, and specifically the methoxy group, led you to believe, in May 2006, that the -- that using mPEG may impact the sprayability of the formulation of midazolam?

**A.** As soon as I saw this chemical structure, I started

searching on the Internet for information, and I saw that Dow is -- was making it, and they had some physical chemical properties in their -- in the information they provided. And there I could see that the viscosity was lower.

So at that time, I was hoping that having lower viscosity may solve some of the sprayability problems that we had been struggling with, but I had no idea whether it would do that or not because there are so many parameters that are influencing sprayability. Viscosity is only one of many, but worth trying or testing.

**Q.** And you mentioned in your answer that you came across some information from Dow. Was that online, or was that like a physical brochure?

**A.** I may have had the physical brochure, but I know I got a brochure online.

**Q.** And on the brochure, you noticed that mPEG had a lower viscosity you just you said; is that right?

**A.** That's correct.

**Q.** Lower viscosity as compared to what?

**A.** Compared to PEG 200.

**Q.** And what was your expectation when you saw that mPEG had a lower viscosity than PEG?

**A.** I had no expectations other than I wanted to test this compound.

**Q.** At that time, you had work -- been working with midazolam formulations for two decades; is that correct?
**A.** That is correct.
**Q.** So what was your expectation and what was -- what was your expectation of the properties that could be impacted when you saw that mPEG had lower viscosity than PEG?
**A.** At that time, I saw something that really caught my attention, and I was fascinated with the structure. So I just wanted to get ahold of that compound and try it.
**Q.** Did you believe that the lower viscosity could have an impact on the sprayability properties of a formulation containing mPEG?
**A.** Viscosity is one of many factors that have an influence.
**Q.** And at that time, May of 2006, what was your understanding of how viscosity could impact the sprayability of a formulation?
**A.** I had worked with compounds -- sorry. I had worked with formulations with different viscosities and different surface tension and different other properties, and sometimes I had to modify the device to in order to get a spray that was proper for intranasal delivery.
**Q.** Based on your experience at the time in May 2006, what was your understanding of how viscosity can impact

the sprayability of a midazolam intranasal formulation?

**A.** There's a simple formula for -- that is used called -- called Reynolds number, and the Reynolds number has an important function when you are making a spray. It describes how the fluid flows from the vehicle into the nostril and pulverizes there into a spray pattern.

And viscosity is one of the factors that influences Reynolds number. And I had experienced that, working with viscous fluids, it was often difficult to press them. You could spray them, but -- but I wanted to try -- would this -- would this help. Could I solve some of the struggles that I had been facing for 20 years. Would it be possible to solve it with -- with a lower viscous PEG.

**Q.** So you wanted to see if this lower viscous PEG could --

**A.** I'm sorry, mPEG. I'm talking about mPEG here.

**Q.** So you got mPEG and PEG confused?

**A.** No.

**Q.** So you wanted to see if this lower viscous mPEG could improve the sprayability of a midazolam formulation you had been working with?

**A.** I wanted to know if -- if I may be able to spray using mPEG instead of -- of PEG.

**Q.** But you had an expectation that lower viscosity

could help with the sprayability of a midazolam formulation?
**A.** I knew that all excipients that you add to a formulation would affect the sprayability. And here, I wanted to know how would mPEG affect the sprayability of a formulation.
**Q.** Did you then use mPEG in a midazolam solution?
**A.** I tried mPEG for different benzos.
**Q.** And this was all in 2006?
**A.** That was in 2006, yes.
**Q.** What benzodiazepine did you start with?
**A.** The most difficult ones.
**Q.** Which one?
**A.** Diazepam.
**Q.** So in that formulation, besides diazepam and mPEG, what else was in that formulation you tested?
**A.** I started testing in midazolam -- no -- in mPEG alone.
**Q.** What did you test?
**A.** The solubility.
**Q.** And what did you find or discover?
**A.** It was superior, not only over PEGs, but also glycofurol.
**Q.** And can you describe how you did this solubility study?

**A.** I measured certain amount of compound that I wanted to solubilize, and then I added mPEG to that compound in a certain volume, and I tried to dissolve it. If nothing happens, I continue adding more and more solvent to that compound until it is fully dissolved.
**Q.** When did you first test a solution of midazolam in mPEG as -- a solution containing midazolam in mPEG?
**A.** I don't remember.
**Q.** Was it 2006?
**A.** Yes.
**Q.** Do you remember, when you tested a solution of midazolam in mPEG, were there any other solvents that you used in that solution -- that formulation?
**A.** When I test the solubility, I use mPEG alone. And the reason is that I have information on the solubility of midazolam in PEG 200, in glycofurol, for example, and I could compare my results directly with my previous data.
**Q.** So when you tested the solution -- the solubility of midazolam in mPEG alone, what did you find?
**A.** Superior.
**Q.** Superior as compared to what?
**A.** PEG 200.
**Q.** Did you compare the solubility of midazolam to any other PEG besides PEG 200?

**A.** No, I did not. And the reason is that when I had previously done solubility studies with different type of PEGs, the solubility decreased for most benzodiazepines when I increased the size of the PEG. So going from 200 to 300 to 400, the solubility decreased.

So PEG 200 was the compound that was the best to solubilize at that time, among the PEGs. So I wanted to compare my new found mPEG with the best PEG that I had used before.

**Q.** What other test did you perform on solutions or formulations containing mPEG in 2006, besides solubility?

**A.** Sprayability.

**Q.** So in 2006, you did tests on sprayability of mPEG solutions?

**A.** I did.

**Q.** Can you tell me -- can you describe the test you performed on sprayability?

**A.** We had -- I had a system, which I believe is described -- I think it is in the pharmacopoeia -- where you hold a piece of -- a piece of paper in a certain pos- -- distance from the nos- -- nostril of the spray bottle, and so this paper is on a certain stand. So you have -- all -- all the dimensions are fixed. And then you spray, and then you look at how the spray gets distributed in that distance.

**Q.** And -- and you -- you mentioned pharmacopoeia. Which pharmacopoeia?
**A.** I think I've seen it in U.S., but I'm not -- I don't remember.
**Q.** And so you did this test that you just described in 2006?
**A.** Yeah. This is something that I had done multiple times earlier.
**Q.** But as a -- I'm talk -- I'm talking specifically about the sprayability test that you just described.
You did that using -- you did that in 2006?
**A.** Yes.
**Q.** Do you understand that the subject of this litigation are certain patents for which you are an inventor?
I'm going to show you those patents, but do you understand that, generally?
**A.** Yes.
**Q.** Do you know if this test that you just described is described in those patents?
**A.** I don't remember if I described the -- how the tests were performed. So the answer is "no."
**Q.** Doctor, I've placed an exhibit in front of you marked as Exhibit 3.
**A.** Uh-huh.

**Q.** Do you see on the top it says, "Meeting Discussion Points"?
**A.** Yes.
**Q.** Do you see it's dated November 7, 2005?
**A.** Yes.
**Q.** And feel free to flip through this document.
And my question is: Do you recognize this document?
**A.** I must have seen it, but I -- it doesn't really ring a bell.
**Q.** Letter A, it says, "Viscosity." And it says: "Viscosity. Since it affects sprayability, most PEGs are highly viscous and may require some modifications."
Do you see that?
**A.** I see that.
**Q.** What does that mean to you?
**A.** That means that we need to add excipients to the formulation in order to make it sprayable.
**Q.** And what types of excipients? What properties?
**A.** That depends on the -- there are so many factors influencing sprayability. And you really have to test. But one is viscosity, among others.
**Q.** So, Doctor, what's been marked as Exhibit 6 in front of you is Bates -- starting with Bates stamp 35492.
Do you see that document?
**A.** 354?

**Q.** Ninety-two, on the bottom right.
**A.** Ninety-two, yes.
**Q.** That's been marked as Exhibit 6. Do you see that?
**A.** Yes.
**Q.** Do you see that on the top that's an e-mail from you to Greg Plucinski from University of Iceland email address.
Do you see that?
**A.** Yes.
**Q.** Do you see that first e-mail from you to Greg Plucinski on May 4, 2006?
Do you see that?
**A.** Yes.
**Q.** It says -- you say in the first paragraph that, "It has been so exciting working with this new formulation that I decided to write a patent application."
Do you see that?
**A.** Yes.
**Q.** Did you write this patent application yourself?
**A.** I do.
**Q.** And is this the application that becomes the first Icelandic application on mPEG?
**A.** Yes.
**Q.** And you testified earlier that you came across the chemical formula of mPEG in May of 2006; is that right?

**A.** That is correct.
**Q.** And on May 4th, you had already written to Greg Plucinski, referring to this new formulation; is that correct?
**A.** That is correct.
**Q.** So that means that somewhere between May 1st and May 4th is when you came across the chemical formula of mPEG?
**A.** I came across the formula probably May 1st.
**Q.** Okay. So you remember May 1st being the exact date because that's the date you came back after a year to work on midazolam?
**A.** Yes.
**Q.** And on that day, that very day you found mPEG?
**A.** I was so surprised, yes.
**Q.** And three days later, you wrote to Greg Plucinski telling him about this new formulation?
**A.** That's correct.
**Q.** Four days after, for the very first time discovering mPEG, you were ready to write a patent application on it?
**A.** I remember I was sitting -- it was a long evening, when I realized how this -- how -- how it affected the solubility and things like that, and I told -- if I remember correctly, I told my wife, I'm going to sit here this evening and I'm going to draft up a patent

application.

**Q.** At the time, on May 4th, you yet had not done any solubility experiments on mPEG; is that right?

**A.** I don't remember.

**Q.** I'm asking you. So you had to go review your own patent, where you were one of the inventors, to see if it disclosed a molecule that you said just 30 days prior to this e-mail you had never come across?

**A.** That is correct.

**Q.** And then you conclude -- and you go on -- again, I'm referring to Number 1, your response to Mr. Plucinski you write, "The methoxy group is never mentioned in the three Bechgaard patents." And then you conclude that, because of that, "mPEG is therefore unique and we may file it as a new patent application."

Do you see that? It's the last sentence of Number 1.

**A.** Yes.

**Q.** So your conclusion is just because mPEG is not disclosed in Bechgaard, according to you, it is unique, and you -- you're entitled to a new patent?

**A.** I conclude that it's unique and worth trying to file a patent.

**Q.** And you see that what's been marked as Exhibit 7 in front of you, starting with Bates numbers 35496?

**A.** Yeah.
**Q.** Says "Contract of Employment," do you see that?
**A.** I see that.
**Q.** And that's the contract of employment between you and Lyfjathroun, right?
**A.** Yes.
**Q.** And have you seen this document before?
**A.** I believe this is a part of a larger document.
**Q.** What's been marked as Exhibit 8 is Bates-stamped 35511 on the bottom. Do you see that?
**A.** Yeah.
**Q.** Do you recognize this as an e-mail from your Iceland address to Greg Plucinski?
**A.** That is what it says in the top.
**Q.** And it's dated May -- June 30, 2006?
**A.** That is what it says, yes.
**Q.** But as far as the focus on Bechgaard patents in this e-mail -- and I'm looking specifically at the one you write to Greg Plucinski on May 30, 2006, you're looking at the Bechgaard patents to see what it says on mPEG, correct?
**A.** I am looking at it to see whether -- yeah, with respect to mPEG. But then if you see this from -- from the perspective that the reason we picked Bechgaard's patent is because there PEG 200 was used, that the aim

was to use it to treat epileptic seizures. That's why we -- it was important to know whether that usage would prevent us from using mPEG for the same purpose.

**Q.** What's been marked Exhibit 9 on the top is an e-mail from Greg Plucinski to you on your University of Iceland address.

Do you see that?

**A.** Yes.

**Q.** So I think it's been marked Exhibit 10, with Bates number 34077. Do you see this document?

**A.** Yes.

**Q.** And that's an e-mail -- this is an e-mail from your University of Iceland address to Greg Plucinski, dated July 25, 2006?

**A.** Yes.

**Q.** Is that right?

**A.** I see that.

**Q.** I want to ask you again, besides solubility and sprayability studies, what other experiments do you remember doing in 2006?

**A.** I don't remember.

**Q.** And then you say here -- again, stick with letter A, "Characterizing the mPEG as formulation agent, evaluate its potentials, understanding its mechanisms, and compare it with other PEGs."

Do you see that?

**A.** Yes.

**Q.** You use the word "other." Is it because you consider mPEG a type of PEG as well?

**A.** No.

**Q.** Why did you say "other PEGs"?

**A.** I'm thinking about those PEGs that are used in formulations which are PEG 300 and 400.

**Q.** When you say "other PEGs," other than what?

**A.** This is just the way I pronounce this when I'm translating my thoughts from Icelandic to English. And -- so I'm thinking about these PEGs that are available for -- for -- for use, for example, PEG 300, 400.

**Q.** So you wanted to compare the mechanism -- you wanted to understand the mechanism and compare mPEG to other PEGs?

**A.** Compare mPEG with those PEGs that I was thinking about at that time.

**Q.** Do you recall what study you did to understand bioadhesion?

**A.** We used an equipment called "tensiometer."

**Q.** What did you learn about mPEG in this bioadhesion study?

**A.** It was surprisingly better than PEGs.

**MR. PATEL:** Let's mark that Exhibit 11. It's Bates-stamped 34197.

**Q.** Do you see that on the bottom right?

**A.** One -- yeah, 197, yes.

**Q.** And you understand that this is an e-mail from you dated October 10, 2006 to Greg Plucinski?

**A.** Yes.

**Q.** And you recognize that as your e-mail address for the University of Iceland?

**A.** Yes.

**Q.** Had you shared that draft with anyone?

**A.** Not that I recall.

**Q.** Before you filed that patent application, did anybody give you input?

**A.** No.

**Q.** Doctor, what's been marked as Exhibit 12 has Bates number NAYZILAM_0034107 on the bottom.

Do you see that?

**A.** 107, yeah.

**Q.** And you see that this is an e-mail from your Icelandic e-mail address to Joan Brown?

**A.** Yes.

**Q.** Put in front of you marked as Exhibit 13, it's a document on the bottom right that starts -- on the first page says NAYZILAM_00034125.

Do you see that?
**A.** Yes.
**Q.** What's been marked as Exhibit 14, which is also in front of you, is a document that starts with Bates NAYZILAM_00034127.
Do you see that?
**A.** Yes.
**Q.** So starting with Exhibit 13, is it fair to assume that's Icelandic?
**A.** This is Icelandic, yes.
**Q.** And who are you writing to?
**A.** I'm writing to Agust, the person I mentioned earlier, and he was managing the Hugverkanfnd, which is the intellectual property rights group or whatever you call it in Icelandic.
**Q.** Do you see Exhibit 14 as an attachment to that e-mail or to that document?
**A.** I see Exhibit 14. I don't know if it was attached to this document or not.
**Q.** If you look at the last paragraph of Exhibit 13 on Page 34126, are you saying there that you're attaching the abstract or enclosing the abstract?
**A.** I'm attaching -- it says, "Attached is the abstract of the patent application, including the claims."
**Q.** Okay. And do you see that Exhibit 14 is that

abstract with claims ending at the end?
**A.** Yeah. This is an abstract yes.
**Q.** But all you had done, as far as Example 1 is concerned, was take 10 milligrams, dissolve it in 2 mils of mPEG 350, and then waited for funding to do additional studies?
**A.** Yes.
**Q.** And so as far as Example 2 is concerned, all you did was take 10 milligrams of midazolam, dissolve it in 2 mils of mPEG, and then waited for funding?
**A.** Yes.
**Q.** So you tested the sprayability of PEG 200, 300, PG and mPEG 350 at the time of this document?
**A.** Yes.
**Q.** And that was the sprayability experiment you were referring to earlier today?
**A.** Yes.
**Q.** Where are the results? Why doesn't Example 3 not have the results of this study?
**A.** I don't know. I don't remember.
**Q.** So you suggested that you did it, but you don't disclose the results?
**A.** Not in this document.
**Q.** Example four, did you do it or were you planning to do it?

**A.** This is pharmacodynamic response -- pharmacodynamic study, and that required funding so I could buy animals. So that was -- what was the name you used earlier?

**Q.** Prophetic?

**A.** Prophetic, yeah.

**Q.** When did you end up doing Example 4, if you ever did it?

**A.** I did not do it.

**Q.** Same questions with parts of the Example 1 and 2 where you said you had yet done it. When did you end up doing those studies?

**A.** I never got the funding.

**Q.** So, sitting here today, you've never done it?

**A.** I did not do the animal studies, no. I never got the funding to do that.

**Q.** Example 5. Same questions for example -- two Example 5s. You haven't done those studies? Did you do those studies at the time of this application?

**A.** I formulated testosterone and testosterone is a really -- really tough compound, but it -- to our surprise, it dissolved easily, and it was really good. So I really wanted to do the animal studies afterwards. So I did the formulation, but not the animal studies.

**Q.** And same answer as far as you've never done those animal studies sitting here today?

**A.** Same answer.
**Q.** Going to Example 6 --
**A.** Yes.
**Q.** -- did you prepare the formulation that's described in Example 6: 4 milligrams of midazolam in 100 microliters of mPEG-350?
**A.** I made the formulations, but I did not do the actual studies. Based on my -- the way things have been explained to me when I was writing my first applications at Novo is that they told me put down the --
**Q.** Example 7, had you ever done that study?
**A.** No.
**Q.** Example 8, had you ever done that study?
**A.** I did the formulation. I did not do the animal studies.
**Q.** So all we know from this application so far is that mPEG dissolves -- sorry -- midazolam dissolves in mPEG?
**A.** And we know that it's sprays well.
**Q.** We know that it sprays well because Example 3 tells me that?
**A.** No, because I had tried that before.
**Q.** But me, reading this application, how do I know that mPEG -- midazolam in mPEG sprays well?
**A.** I don't remember how the -- this is a draft from January 3rd. I don't remember how things changed when it

came to filing.

**Q.** What's been marked as Exhibit 15 -- again, the language here is Icelandic; is that right?

**A.** The first page, yes.

**Q.** And its first Bates -- Bates label is Cipla_Mida_043736.

Do you see that on the bottom right?

**A.** Yes.

**Q.** And the date on the top right is January 19, 2007.

Do you see that?

**A.** I see that.

**Q.** Do you recognize this document? You can flip through it if you like.

**A.** Yes.

**Q.** And what is this document?

**A.** The first two pages is the application to the Icelandic patent office. Page 3 is -- what is it called in English? Where they transfer the ownership or -- I'm not sure what you call it -- to the University of Iceland, and -- and that's -- yeah, and from 04-3739, it's the application as filed.

**Q.** If you look at Page 43741, so 741, starting on line 18, do you see the paragraph that starts with "For compositions"?

**A.** Yes.

**Q.** And here you're disclosing that you can use this mPEG for all those different dosage forms?

**A.** That is correct.

**Q.** So I'm asking you: When you say "The methoxypolyethylene glycol of the formula I are considered to be a pharmaceutically acceptable carrier," would you agree that methoxy-polyethylene glycol was known to be a pharmaceutically acceptable carrier at the time of writing of this application?

**A.** As I said, I'm not an expert in -- in patent's text or patenting.

**Q.** But you wrote this?

**A.** Yeah.

Dow had made mPEG, and they made pharmaceutical-grade of 350, which made it pharmaceutical acceptable.

**Q.** So you're saying you may have done this study in Example 3 as well?

**A.** As I said, I don't remember.

**Q.** But this application does not -- to the extent this study was done, this application does not report the results of that study, agreed?

**A.** Yes.

**Q.** Do you consider mPEG to be an active ingredient in Nayzilam?

**A.** No.
**Q.** It's -- it's an excipient?
**A.** I view mPEG as an excipient.
**Q.** Doctor, what's been placed in front of you is marked Exhibit 16, and it's Bates-labeled Nayzilam_00002114.
Do you see that? The first page, bottom right.
**A.** Yes.
**Q.** Do you recognize this document?
**A.** Yes.
**Q.** What do you recognize this document as?
**A.** The patent, US patent, the PCT.
**Q.** At the time of filing of the US application, the first one of January 8, 2000 -- January 18, 2008, had you done any studies on whether a solution containing midazolam in mPEG would be irritating to the mucus membrane?
**A.** Actually, yes.
**Q.** And you did those studies yourself?
**A.** Yes.
**Q.** When did you do those studies?
**A.** I don't remember.
**Q.** But it was between January -- between the filing of the Icelandic application and filing of the first US application?
**A.** I don't remember.

**Q.** But you do know it was before you filed the first US application?
**A.** Yes.
**Q.** Okay. And in preparation for this deposition, did you review any such studies?
**A.** No.
**Q.** Did you look for any such studies?
**A.** No.
**Q.** But you remember you did them?
**A.** Yes.
**Q.** And what were the results of those studies? Well, strike that.
What did you do? What did you do in that study?
**A.** I tested it on myself.
**Q.** You tested it on yourself?
**A.** Yes.
**Q.** Okay. You're going to have to describe in detail for me what you did?
**A.** I made the formulation, and I sprayed it up into my nose.
**Q.** And you -- it did not irritate your nose?
**A.** No.
**Q.** And, then, did you test another solution on yourself as well? There's --
**A.** I have --

**Q.** -- a lot of midazolam.
**A.** I have tested a lot of formulations.
**Q.** On yourself?
**A.** Yeah. I don't want to go into clinical trial with something that can be painful or irritating for -- for patients -- or participants. Sorry.
**Q.** So at the time, you tested -- what exactly did you test? Was it midazolam in mPEG, or was it mPEG by itself?
**A.** It was without active ingredient, without API.
**Q.** What else was in the solution besides mPEG?
**A.** I don't remember.
**Q.** You remember testing it on yourself. You remember mPEG was in it. You remember midazolam was not, but you don't remember what else was in it?
**A.** No.
**Q.** Well, and then based on your years of experience at the time, you sprayed mPEG into your nose. There was no irritation, and so you concluded, based on that, that it causes less irritation than other formulations, at the time, of midazolam?
**A.** Based on my experience, I tested the formulation, and it was less irritating than other formulations that I have tried.
**Q.** And that's referring to the -- on the top, first

sentence is referring to the fact that you can buy mPEGs from Dow Chemical Company; is that right?
**A.** These are examples of trade names for mPEG.
**Q.** Okay. And these are examples of trade names of mPEG that are available to be purchased from Dow Chemical Company; is that right?
**A.** Yes.
**Q.** But my question is: Were the viscosities of mPEG-350, PEG-200 known at the time of filing of the Icelandic application?
**A.** That was known.
**Q.** I'm asking you: Can you give me an example -- based on your experience over 30 years dealing with nasal spray solutions, an example when you lower the viscosity of a solution, keeping everything else constant, and the sprayability does not increase -- or improve?
**A.** For certain devices, if you go from water to ethanol, which has lower viscosity, you definitely don't always see a good -- better sprayability.
**Q.** Example 1 of Column 17. You see here where it says: 10 milligrams of lorazepam is dissolved in 2 mils of mPEG?
**A.** Yes.
**Q.** That's about the only part of this example that was done, right? The rest of it is hypothetical?

**A.** Yes.
**Q.** Similar question for Example 2. You did dissolve midazolam in mPEG, but the rest of the example remains a hypothetical?
**A.** Yes.
**Q.** Example 3 is something we haven't seen before.
So this is an example that looks like it was added after your Icelandic application was filed, correct?
**A.** Yes.
**Q.** In here, the first sentence says: "The results demonstrate that the test formulations, when administered intranasally to the dogs, produced comparable pharmacokinetics to the control formulation."
Do you see that?
**A.** Where are you?
**Q.** The first sentence right below Table 4.
**A.** Okay.
**Q.** Do you see it? Do you see that sentence?
**A.** Yes.
**Q.** So it's not that your conclusion here is that the test formulations are superior or even better than the test formulation, just that they're comparable; is that right?
**A.** That is correct.
**Q.** And just for the record, the -- the control

**A.** No.
**Q.** Do you know one way or the other if that experiment was performed before filing of this U.S. application -- filing the first U.S. application as of January 18, 2008?
**A.** I don't remember.
**Q.** Do you know sitting here if anywhere in this patent the sprayability -- the results of the sprayability of midazolam formulations is reported?
**A.** Example 5 has a small indication of sprayability.
**Q.** You mentioned Example 5 when I asked you about sprayability of midazolam formulations, but reviewing Example 5, are you testing midazolam formulations in Example 5?
**A.** No, not midazolam formulations.
**Q.** If you really wanted to know the sprayability of a formulation, wouldn't you want to test the actual formulation with midazolam?
**A.** First, I would like to know the individual parameters, and then I would use that to optimize the formulation, and when I have a formulation that I'm pleased with, then I can go back and repeat the sprayability.
**Q.** But you did not go back and repeat the sprayability before the filing of this application; is that accurate?
**A.** We were still optimizing when this was filed.

**A.** I don't agree.
**Q.** Why not?
**A.** Because you're turning things upside. You have to look at what is the solubility of mPEG and then how much water can you allow through the formulation before you -- before there's a precipitation. Everyone knows that water has some negative effect on the solubility.
**Q.** Do you see that Upsher-Smith is concluding in that first bullet point that the saturation solubility of midazolam in mPEG 350 and mPEG 400 were comparable?
**A.** Yes.
**Q.** Is that a surprise to you?
**A.** Not really.
**Q.** Doctor, what's been put in front of you as exhibit -- marked as Exhibit 19, Bates-stamped 00037002.
Do you see that?
**A.** I see that, yes.
**Q.** Do you recognize this document?
**A.** I don't recall it. It's a long time ago.
**Q.** You see that's you writing that e-mail from your university -- University of Iceland?
**A.** I see it.
**Q.** You see you are writing at Richard Fisher of Intranasal?
**A.** Yes.

**Q.** And the dates -- top date is November 18, 2007.
Do you see that?
**A.** Yes, November 18th. Yeah, November 18th, yeah.
**Q.** Do you remember meeting with Intranasal?
**A.** I met -- I remember meeting with three people, I believe from Intranasal.
**Q.** One of them was Dr. Fisher?
**A.** Yes.
**Q.** Who else did you meet with?
**A.** I think one of them was -- has the last name Raouf Ghaderi, and I don't remember the third person.
**Q.** And then in this e-mail, Dr. Fisher asks you for a copy of the slides that you must have presented at the meeting.
Do you see that? It starts with "in the meantime."
**A.** Yes.
**Q.** And then on the top e-mail where you write to Dr Fisher, you send him those presentations. You said, "Attached are the two files I showed you."
Do you see that?
**A.** Yes.
**Q.** But you -- based on the e-mail and the context, do you recognize this as a presentation you gave and you sent to Dr. Fisher in November 2007?
**A.** I don't recall that.

**Q.** Even based on the e-mail, you can't conclude that?

**A.** I -- I must have done that, but that doesn't mean I remember it.

**Q.** You see that your name is on the bottom of this -- bottom of this presentation?

**A.** Yes, I see that.

**Q.** On the first page, first slide ending in Bates 004, you say patents owned by -- how do you pronounce that name again?

**A.** Lyfjathroun.

**Q.** "Lyfjathroun may be fully avoided."

What patents are you referring to?

**A.** Patents that I made with Novo Nordisk and Bechgaard.

**Q.** And why were you trying to avoid those patents?

**A.** Because I had left Lyfjathroun, and the -- they owned -- now they were the new owners of these patents. So if we were going to do something together without involving Lyfjathroun, it would be better to avoid the patent coverage that is described in patents owned by Lyfjathroun.

**Q.** And in this slide, you're specifying the amount of PEG you would want to use to avoid those patents; is that correct?

**A.** That's correct.

**Q.** For example, you're saying, "Don't use PEG 200"?

**A.** That is correct.

**Q.** And you see that the concentrations that you state are for PEG 200, PEG 300, and PEG 400.

Do you see that?

**A.** I see that, yes.

**Q.** And you're saying that you can't really use PEG 200, and the concentration of PEG 300 has to be less than 37.7 percent; is that right?

**A.** That is what I write here.

**Q.** And you're saying that the concentration of PEG-400, to avoid the Lyfjathroun patent, has to be less than 72.2 percent; is that right?

**A.** That is what I described here.

**Q.** And you were saying that all three of these compounds belong to the same chemical family; is that right?

**A.** You usually group compounds into families even though they are quite different in behavior and structure, and what I'm describing here is a certain type of family where you have different compounds. Like, mPEG is very different from PEG and much more different from glyconfurol.

**Q.** That's what you see this slide as saying. You see this slide as saying that mPEG is very different than PEG?

**A.** Yes.
**Q.** And I'm not asking you if these compounds are the same. All I'm asking you is: This slide is showing that mPEG and PEG, when you presented to -- to Intranasal, you put them both in the same chemical family.
**A.** I'm showing that there are certain similarities, but they are very different.
**Q.** If you look at the next slide, you say: MPEG is "Soluble in all ratios with water as well as with" many "other solvents."
Do you see that?
**A.** I see that.
**Q.** Is that based on a study that you performed, or was that already known about mPEG?
**A.** The solubility with water was known and was provided in information from that -- that you could get from Dow with many other solvents. Some of them may have been in the information from Dow. Others I may have collected myself by -- by mixing mPEG with other solvents, but I don't remember.
**Q.** You're saying that the basis for that last bullet point isn't just Dow chemicals. It could have been studies you performed about the --
**A.** It could have been, yes.
**Q.** Do you remember doing these studies at the time of

this presentation?

**A.** I don't remember.

**Q.** Okay. So you don't remember one way or the other if you did any such studies?

**A.** I did -- I mixed mPEG with other excipients, and -- and it was -- it -- it mixed together, but I don't remember which excipient I tested and which I did not.

**Q.** The "Technical data" at the top of that page, are you now presenting the technical data for mPEG to Intranasal?

**A.** The focus of this presentation is mPEG.

**Q.** So when you say the "Stability is excellent below" 300 degrees Celsius "in the absence of oxygen," you're talking about mPEG?

**A.** Yes.

**Q.** "like other PEGs," you say?

**A.** I am comparing mPEG stability under these circumstances with PEG-200 and 300 and 400.

**Q.** When you say: "Best stored under nitrogen," are you talking about mPEG again?

**A.** I don't remember. Yeah, probably I'm talking about mPEG versus PEG-2-, 3-, and 4- --

**Q.** So you're -- so you're saying best stored under nitrogen like other PEGs; is that right?

**A.** Yes.

**Q.** Next, you talk about "Stability in water is excellent."

Are you talking about mPEG?

**A.** I'm talking about mPEG.

**Q.** Like other PEGs?

**A.** I'm comparing it with PEG 2-, 3-, and 400.

**Q.** "Chemical reactivity is similar for both PEGs and mPEGs."

Do you see that?

**A.** These are information that I have extracted from Dow's information and copied to this text.

**Q.** Okay. So now you are getting this from Dow? This is not based on experiments you've done? Is that what you're saying with respect to the third bullet point?

**A.** With all these points, these are information from Dow.

**Q.** But you note to Intranasal, on that second bullet point, that mPEG has been used in drugs; is that correct?

**A.** I don't recall that mPEG has been used in drugs.

**Q.** You don't recall it, but that's what you're noting to Intranasal in your PowerPoint presentation; is that correct?

**A.** I don't know why this is there, because I am not -- I don't think mPEG had been used in drugs prior to my application.

**A.** I see that.
**Q.** Do you recognize this patent?
**A.** I recognize it, yes.
**Q.** Is this a patent that you reviewed before filing of your Icelandic application?
**A.** Yes.
**Q.** Can you look at Example 10 on Column 18?
**A.** Yes.
**Q.** So this example discloses midazolam in a PEG 200 solution; is that right?
**A.** That's correct.
**Q.** Do you remember if, generally, this Bechgaard patent discloses midazolam in a PEG 200 solution?
**A.** It does. It discloses.
**Q.** But did you know at the timing of the Icelandic -- filing of the Icelandic application that Bechgaard 608 patent disclosed midazolam in a PEG 200 solution?
**A.** Yes, I did.
**Q.** So the difference between this example and the Claim 1 we looked at is only that instead of PEG you have mPEG; is that correct?
**A.** That is correct.
**Q.** What's been marked as Exhibit 24 and placed in front of you is Patent No. 5,397,771. At the bottom right, Bates Cipla_Mida_037106. Do you see that?

**Q.** A rescue nasal spray?
**A.** Yes. To terminate epileptic seizures.
**Q.** Based on what you are saying here, you're letting Dr. Fisher know that two Merkus references that you state here disclose midazolam with propylene glycol and PEG?
**A.** It looks like that.
**Q.** Doctor, what's been put in front of you is marked as Exhibit 28.
**A.** Yes.
**Q.** And it's Bates-labeled Cipla_Mida_036035.
**A.** Yes.
**Q.** Do you recognize this document?
**A.** Yes, I do.
**Q.** Do you recall having seen this document prior to the filing of your Icelandic application?
**A.** I saw -- I don't know what version I saw from Dow prior to the application -- of my application, but I believe I saw -- I was able to download some brochures from Dow, but I do not remember the version or when that -- when that publication was made.
**Q.** So you remember seeing a version of this document, but you don't know if it was exactly this specific one?
**A.** That is correct.
**Q.** Can you describe, generally, what this document is?
**A.** They are describing products that they are selling

to different industries.
**Q.** And this brochure, generally, what products are they selling?
**A.** Both PEGs and mPEGs.
**Q.** But you agree that based on the first page, the focus of this brochure is polyethylene glycols and methoxy-polyethylene glycols?
**A.** Yes. There are two groups they are highlighting there.
**Q.** Do you recall in the brochure that you came across prior to the filing of your Icelandic application whether that brochure also focused on PEGs and mPEGs?
**A.** The brochure contained both PEGs and mPEGs.
**Q.** How long had you been working with PEGs prior to the filing of your Icelandic application?
**A.** Since -- at least since 1987. I do not remember what I did as a student at the Royal School of Pharmacy in Copenhagen, whether I used PEGs there.
**Q.** Okay.
If you go to Page 4 of this document, on the top, where it says "Introduction."
Do you see that?
**A.** Yes.
**Q.** The first sentence says that "Carbowax and Carbowax, Sentry brand Polyethylene Glycols and Methoxypolyethylene

Glycols were commercialized in 1940 by Union Carbide Corporation."

Do you see that?

**A.** Yeah.

**Q.** So this says that mPEG has been around since 1940s, right?

**A.** Yes.

**Q.** And you had been working with PEGs as of the time of filing your Icelandic application for 20 years, right?

**A.** That is correct.

**Q.** You yourself had never come across mPEG before May 1st of 2006?

**A.** That is correct. I was -- as I said with you yesterday, I was really surprised when I saw mPEG because I had never -- I had never seen that before.

**Q.** In this entire "Solubility" section, do you see Dow making any distinctions between the properties of PEG and mPEG as it concerns solubility?

**A.** They do a clear distinction.

**Q.** And where is that?

**A.** They characterize PEGs separately from mPEG.

**Q.** I'm asking you if this section entitled "Solubility," does Dow make a distinction between the properties of PEGs and the properties of mPEGs as it pertains to solubility?

And on Slide, 13, can you define the needs that existed as of January 2007?

**A.** Yes. There was a need for suitable at-home rescue medications for the treatment of acute repetitive seizures, and in particular for an intranasal formulation for the treatment of acute repetitive seizures.

**Q.** I want to start with an overview of your opinions on Slide 14.

When was the need for an at-home treatment for acute repetitive seizures recognized?

**A.** I think it goes back all the way to 1960s.

**Q.** And you mentioned that Nayzilam was approved in 2019. When was the application for the patents-in-suit filed?

**A.** In 2007.

**Q.** Prior to 2007, were there any treatments for -- were there any at-home treatments for acute repetitive seizures?

**A.** Yes.

**Q.** What were those treatment options?

**A.** Rectal gel of diazepam, another benzodiazepine. The brand name was Diastat.

**Q.** When was Diastat approved?

**A.** In 1997.

**Q.** Were there any nonFDA-approved treatment options

that were explored prior to 2007?
**A.** There were.
**Q.** What were those treatment options?
**A.** Oral benzodiazepines, most commonly lorazepam, but also clonazepam, sublingual benzodiazepines, again, lorazepam and clonazepam being the two most commonly used ones. There was buccal midazolam, by using intravenal formulated midazolam applied in the mouth. And then there was intravenously formulated midazolam used intranasally.
**Q.** And we'll discuss those treatment options in more detail, but did any of those treatments satisfy the need for an at-home rescue treatment for acute repetitive seizures?
**A.** No.
**Q.** And did any new treatments for acute repetitive seizures become available between 2007 and Nayzilam's approval in 2019?
**A.** No.
**Q.** I'd like to now walk through this timeline in more detail, starting with the 1960s to the 1980s.
Have you found literature supporting the recognition of acute repetitive seizures and need for treatments during that time period?
**A.** Yes.

**MS. KEECH:** Let's pull up PTX-1148.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** It's a paper describing intravenous diphenylhydantoin -- that's phenytoin -- in treatment of acute repetitive seizures by Dr. Wallis and colleagues, published in Neurology in 1968.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** Yes.

**Q.** And if we turn to the first sentence of this article, what does Wallis 1968 say about treating acute repetitive seizures?

**A.** They say that the main aim of acute seizure control is rapid termination of convulsions with minimal depression of both consciousness and cardiopulmonary function. That would be the heart and respiration.

**Q.** And how does Wallis 1968 relate to your opinions?

**A.** It suggests that people are thinking about the problem, but did not have a solution other than intravenous medications, including phenytoin.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1148 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1148 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at another reference, PTX-1197.
What is this exhibit?

**A.** This is another paper that describes a clinical trial of single dose rectal and oral administration of diazepam for the prevention of serial seizures in adult epileptic patients, by Dr. Milligan and colleagues, published in the Journal of Neurologogy, Neurosurgery, and Psychiatry in 1984.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** It is.

**Q.** And if we turn to the first page, the first paragraph in the left-hand column, what does this article say about treating acute repetitive seizures?

**A.** It says that serial seizures should be controlled as soon as possible to prevent more serious consequences of acute repetitive seizures, or more serious complications, and that ideally this would require an agent, which is both effective and easily administered, without the skills required for parenteral administration. That means intravenous administration.

**Q.** Who has the skills required to administer medication by the parenteral or the intravenous route?

**A.** Healthcare providers, nurses, physicians, midlevels, and ambulance, emergency medical service personnel.

**Q.** Why does Milligan 1984 say that treatments ideally should be administered without the skills required for intravenous administration?

**A.** Because most seizures do not happen in a place where you have healthcare providers around. Most seizures do not happen in hospitals and ambulances. They happen at home, at school, in shopping centers and so on.

And there, you don't have people who can administer the medication intravenously. You have family, you have teachers, you have friends, and they can only administer things that don't need intravenous access.

**Q.** And in 1984, were there any treatments approved for the at-home treatment of acute repetitive seizures by nonmedical personnel?

**A.** There were not.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1197.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1197 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Moving back to your timeline on Slide 15, one of the treatment options you mentioned was oral lorazepam. I'd

like to talk about that on Slide 16.

What is oral lorazepam?

**A.** It is an oral formulated benzodiazepine, lorazepam, formulated as a tablet.

**Q.** How long has oral lorazepam been available?

**A.** Since 1977.

**Q.** Was oral lorazepam a suitable treatment option for patients with acute repetitive seizures?

**A.** For most patients, it was not.

**Q.** Why not?

**A.** For a number of reasons.

So when -- you cannot administer it to patients in the middle of a seizure, who have altered consciousness or who are convulsing, because patients cannot cooperate to take the oral tablet.

Patients often go on from having a seizure to having a state that's described as "postictal state" after an event, where they may be asleep or they may continue -- they may be confused, unresponsive, and uncooperative, and therefore, again, cannot take the medication.

And that postictal state may last from minutes to hours, sometimes even longer. And so that means that the patient cannot take the medication. If they cannot take the medication, it doesn't help them.

Once they can take the medication, let's say half an

hour or an hour after the seizure, oral medication takes longer to reach the blood and the brain than nonoral medication, intravenous, for instance.

In the case of lorazepam, the time to maximum concentration in blood is about two hours. So you're administering the medication late and you've got a delayed effect. And during that time, the patient may well be having more seizures which you have not been able to protect them against.

And, last, if you do get the patient -- the medication into the patient -- into the patient in the middle of a seizure, they could swallow it the wrong way; namely, instead of it going down the gastrointestinal track, they could inhale it. When you inhale things, you may have a risk of developing pneumonia.

**Q.** And has the literature supported your concerns with oral lorazepam?

**A.** It has.

**MS. KEECH:** Let's pull up Exhibit PTX-1194.

**BY MS. KEECH:**

**Q.** What is PTX-1194?

**A.** It's a paper describing rectal diazepam gel for treatment of acute repetitive seizures by Dr. Kriel and colleagues, published in Pediatric Neurology in 1999.

**Q.** Is this a reliable publication that you reviewed for

your opinions?
**A.** Yes.
**Q.** Looking at the first page in the right-hand column, the sentence starting "Oral diazepam," what does this article say about oral administration of benzodiazepines for the treatment of acute repetitive seizures?
**A.** It says that oral medications such as diazepam or lorazepam, as well as sublingual lorazepam and rectal solutions of diazepam and lorazepam and diazepam suppositories, have been used to treat acute repetitive seizures.
It also goes on to say that oral and sublingual administration is frequently difficult, it may be impossible or hazardous when the patient is in the middle of a seizure or in a postictal state, and that absorption of oral medications of tablets is slower than when the medication is administered rectally.
**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1194 into evidence.
**MR. PATEL:** No objection.
**THE COURT:** It's admitted.
(Exhibit PTX-1194 is admitted into evidence.)
**BY MS. KEECH:**
**Q.** Let's look at another reference, DTX-2356. What is this article?

**A.** This is the paper describing bioavailability in pharmacokinetics of lorazepam after intranasal, intravenous and intramuscular administration by Dr. Wermeling and colleagues, published in the Journal of Clinical Pharmacology in 2001.
**Q.** Is this a reliable publication that you considered for your opinions?
**A.** Yes.
**Q.** If we look at the first paragraph of this article in the left-hand column, what does it say about different routes of administration for lorazepam?
**A.** So it says that lorazepam is available both orally and parenterally. And it says that it may be necessary to administer it by intravenous or intramuscular route for rapid onset of action and for assured dose bioavailability.
**Q.** Is rapid onset of action an important aspect of treating acute repetitive seizures?
**A.** It is because the seizures may recur sometimes soon, sometimes late after the first seizure.
Roughly, 12 percent of seizures of the second seizures happen within the first hour after the first seizure.
Roughly, 25, 24 percent to be exact, happen within two hours after the first seizure.

So you need to get the medication in as fast as you can to try to prevent these early recurrences of seizures in patients who may have them. And you don't necessarily know which patient will have the seizure early or will have the second seizure early after the first seizure and which patient will have it later on.

**MS. KEECH:** Your Honor, plaintiffs move to admit DTX-2356 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2356 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Now, we go back to your timeline on Slide 15. The next point you described was Diastat's approval in 1997.

What, if anything, does Diastat's approval reflect about the unmet need?

**A.** So it reflects the fact that there was effort to develop treatment, other than oral and intravenous and intramuscular, but the fact that the best outcome was rectal gel also suggests to me that it was difficult to come up with formulation of a benzodiazepine that could be administered in a socially more acceptable way.

**Q.** And have you reviewed literature reflecting efforts to develop treatments for acute repetitive seizures?

**A.** I have.

**MS. KEECH:** If we could pull up PTX-1359.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** This is a paper of "Perspectives on Seizure Clusters, Gaps in Lexicon, Awareness, and Treatment," by Janice Buelow, published Epilepsy & Behavior in 2016.

**Q.** Is this a reliable publication you reviewed for your opinions?

**A.** Yes.

**Q.** If we turn to the paragraph starting on Page 1 and spanning to Page 2, what is discussed here?

**A.** It talks about interest in potential treatments for seizure clusters, which led to the FDA convening an advisory panel to define these episodes.

**Q.** When did FDA convene this advisory panel?

**A.** In 1996.

**Q.** And how does the fact that FDA convened this advisory panel in 1996 relate to your opinions on unmet need?

**A.** It suggests that the FDA was concerned about lack of treatment options for patients with acute repetitive seizures and convened this advisory in order to both discuss the condition and potential for developing treatment for it.

**MS. KEECH:** Your Honor, Plaintiffs move to

admit PTX-1359 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1359 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's talk now about Diastat on Slide 17. And you've discussed it some already, but what is Diastat?

**A.** It is rectal formulation of diazepam in the form of a gel.

**Q.** Is Diastat safe and effective for treating acute repetitive seizures?

**A.** Yes.

**Q.** So why do you opine that Diastat did not -- or why do you opine that an unmet need still existed after Diastat's approval?

**A.** Because of the limitations in the way it is administered, namely, through the rectum, which makes it very embarrassing and socially unacceptable for all those individuals who are aware of themselves and of their environment, which is the majority of patients with acute repetitive seizures.

**Q.** Do you prescribe Diastat?

**A.** Yes.

**Q.** To which patients do you prescribe Diastat?

**A.** So I mentioned before that I don't treat very small

children.

So I prescribe it primarily to adults and adolescents who are not aware of themselves and their environment. In other words, individuals with epilepsy who also have pronounced intellectual impairment.

**Q.** Let's look at Diastat's route of administration.

Pulling up PTX-1188. What is this exhibit?

**A.** It is instruction manual for administration and disposal of Diastat.

**Q.** And if we turn to the diagram on the second page, what is reflected here?

**A.** It's an illustration of the steps that need to be taken to administer Diastat.

And it shows you, in the first picture, a child who is in pain, in the middle of a seizure indicated by deflection of the right wrist and left elbow.

And then it shows you how you draw up the diazepam gel into a syringe, how you prepare the syringe, and then it shows how you turn the child on their side, you bring down their trousers or skirt to bare their legs and bare their buttocks. You separate the buttocks to obtain access to the rectum. You insert the syringe into the rectum. You plunge the syringe to dispose of the diazepam inside the gel. Then you withdraw the syringe, you close the buttocks together so that the gel does not

leak out. All of that with a patient's behind and legs exposed.

**Q.** What do these prescribing instructions for Diastat reflect about the unmet need?

**A.** They speak for themselves. They show graphically why nobody who is aware of themselves would wish to have this medication administered in public.

**Q.** How soon after Diastat's approval in 1997 were limitations with its route of administration recognized?

**A.** Immediately.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1188 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1188 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** And have you reviewed literature reflecting the concerns regarding Diastat's route?

**A.** I have.

**MS. KEECH:** If we could pull up PTX-1109.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** So this is a report of "Nasal rather than rectal benzodiazepines in the management of acute childhood seizures?"

There's a question mark in the title. And it's by Mary O'Regan and her colleagues, published in Developmental Medicine & Child Neurology in 1996.

**Q.** Is this a reliable publication you reviewed for your opinions?

**A.** Yes.

**Q.** Looking at Page 1, in the left-hand column, the second paragraph, what does this article say about rectal administration of benzodiazepines?

**A.** So it says that benzodiazepines are routinely used by rectal administration for treatment of acute seizures. But it also says that teachers were at that time reluctant to use this method in schools and that older children found the procedure very embarrassing.

And then it also go on to say that they felt if benzodiazepine was absorbed from nasal instillation, this could provide a more acceptable alternative to rectal administration.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1109 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1109 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at another reference, PTX-1366.

What is this exhibit?
**A.** This is another paper, "Midazolam via the Intranasal Route, an Effective Rescue Medication for Severe Epilepsy in Adults with a Learning Disability," by Dr. Scheepers and colleagues, published in "Seizure" in 1998.
**Q.** Is this a reliable publication that you reviewed for your opinions?
**A.** Yes.
**Q.** If we turn to the last paragraph on Page 1, continuing on to Page 2, what does this paragraph say about rectal diazepam?
**A.** It says that fear of rectal diazepam administration has been cited as a reason for truancy; i.e., not taking the medication, among older children with epilepsy, embarrassment after the administration of a rectal drug has been described, and that some caregivers felt that this was a form of sexual abuse, and that it was an unacceptable treatment to administer in a public place.
**Q.** And if we turn to Page 3 in the second and third paragraph under the conclusion, does Scheepers 1999 discuss any alternatives to rectal diazepam?
**A.** Yes. They suggest that evaluation -- initial evaluation of intranasal midazolam seemed to show that it had significant advantages over rectal diazepam, but they also say that further refinement of the drug and the

delivery system where needed to make this a universally accepted treatment.

**Q.** Now, I know we've gone over your timeline, but in 1999, were there any approved intranasal treatments for acute repetitive seizures?

**A.** No.

**MS. KEECH:** Your Honor, Plaintiffs move to admit PTX-1366 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1366 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** If we look at Slide 18. In your timeline, you mentioned the off-label use of the midazolam injection formulation. What is the midazolam injection formulation?

**A.** It's an intravenously formulated form of midazolam.

**Q.** How long has it been available?

**A.** Approved in 1980s.

**Q.** And you mentioned that it had been used off-label for intranasal administration.

Was the intranasal administration of the midazolam IV formulation an approved use?

**A.** It was not.

**Q.** Was intranasal administration of IV midazolam a

So for those patients whose seizures you know will happen later, Valtoco may be a better choice.

That said, you will have patients in whom you will start one medication -- one or the other, doesn't matter -- who do not respond to the medication or who have side effects. And for those patients, whichever medication you chose first, you will then move on to the next -- to the second medication.

**Q.** Does having Valtoco as a treatment option for your patients now change your opinion as to whether Nayzilam met the need in 2019?

**A.** No.

**Q.** Turning to the next slide, I'd like to finally turn to your opinions on industry praise and recognition.

What is PTX-1364 shown on this slide?

**A.** It's an article of "Refining the Approach to Seizure Rescue Medications," in a magazine called Neurology Live published in 2021.

**Q.** And on the excerpt on this slide, which is from Page 45, there's a depiction of Dr. Jacqueline French.

Who is Dr. French?

**A.** She is a very well respected epileptologist, who is a past president of the American Epilepsy Society, and current chief medical and innovation officer of the Epilepsy Foundation of America, who's also a professor of

neurology at the New York University Langone Health in New York.

**Q.** And at the beginning of this excerpt, what products does Dr. French discuss?

**A.** She discusses Nayzilam and Valtoco.

**Q.** And then in the final paragraph excerpted here, what does Dr. French say?

**A.** She says that these two intranasal benzodiazepines formulations are a better way of treatment of acute repetitive seizures than the previously available rectal gel Diastat.

And she says that they were, quote -- or are, quote, game changers, unquote, in the treatment of acute repetitive seizure.

**Q.** So what aspect of Nayzilam does Dr. French recognize here?

**A.** The intranasal formulation and delivery.

**Q.** I'd like to go back to Cipla's summary of the Nayzilam clinical study that we looked at earlier, pulling up PTX-1183.

And we previously looked at the background for this clinical study. And if you can remind us when this document refers to the midazolam nasal spray, what product is it referring to?

**A.** It's Nayzilam.

**Q.** We look at the Conclusion section on Page 7, based on the Artemis-1 study, what does Cipla conclude about Nayzilam's efficacy?

**A.** That in outpatient setting, treatment with Nayzilam resulted in rapid and sustained seizure control in patients with seizure clusters.

**Q.** And what did Cipla conclude about Nayzilam's safety?

**A.** That Nayzilam also had an acceptable safety profile in patients age 12 and older.

**Q.** And then, finally, what did Cipla conclude about the unmet need?

**A.** That Nayzilam potentially provides a solution for a critical unmet clinical need of acute treatment of seizure clusters in outpatient setting.

**MS. KEECH:** Your Honor, I'd like to admit PTX-1364 into evidence. That was a previous document that we looked at.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1364 is admitted into evidence.)

**MS. KEECH:** And no further questions, Your Honor.

**THE COURT:** Thank you.

**MR. PATEL:** May we approach, Your Honor?

**THE COURT:** Yes.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND ,

Plaintiffs,

v.

CIPLA LIMITED and CIPLA USA INC. ,

Defendants.

C.A. No. 21-1229-JLH

Wednesday, October 4, 2023
9:30 a.m.
Bench Trial

Volume III

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.
and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.
BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

\- - - - - - - - - -

**BY MS. HANSEN:**

**Q.** Were you able to listen to Dr. Klein's testimony regarding the need for an intranasal formulation for the treatment of acute repetitive seizures?

**A.** Yes.

**Q.** What, if any, are the benefits of intranasal formulations for the treatment of diseases, such as acute repetitive seizures, over other routes of administration?

**A.** I think we've heard some of this already over the last few days, but the nasal route of administration provides a sort of noninvasive and easy-to-access route for delivery of drugs to the systemic circulation.

Intranasal drugs can have rapid absorption from the nasal mucosa, and they can be administered by people without training, so nonmedical personnel.

And then oftentimes, depending on the drug, you can see enhanced bioavailability compared to oral ingested medications.

**Q.** Are there any challenges in developing intranasal, in particular, benzodiazepine formulations?

**A.** Yes.

**MS. HANSEN:** If we can go to PDX3-8.

**BY MS. HANSEN:**

**Q.** In developing an intranasal formulation, what is the overarching goal the formulator is trying to meet?

**A.** As a formulator, I guess the overall goal is to make something that is going to be safe and effective and deliver the drug in the right place at the right time.

**Q.** And what are some of the factors that the formulator needs to consider to meet that overarching goal?

**A.** So I've listed some of them on the slide here. So things like solubility of the drug, spray volume, pH of the formulation, is the drug in the formulation going to be stable? How is it going to be absorbed? Viscosity, sprayability, and then obviously if the formulation is going to be safe and tolerable.

**MS. HANSEN:** Let's turn to PDX3-9.

**BY MS. HANSEN:**

**Q.** First, what does solubility/concentration refer to in the context of intranasal formulation development?

**A.** Solubility relates to -- primarily relates to how the active ingredient can dissolve in the vehicle that you are using for your intranasal formulation because you require certain concentration to deliver a particular dose.

**Q.** Let's turn to PDX3-10.

How about spray volume? Why is that a factor that you need to consider in intranasal formulation development?

**A.** As we've already heard, the nasal cavity has a

limited capacity to hold volume. And so that generally is about 100 microliters per nostril. So it's a very small volume that your drug has to be delivered into. So it needs that high concentration.

**Q.** Let's go to PDX3-11.

Why is pH a factor that a formulator needs to consider with respect to intranasal formulation?

**A.** Well, specifically, intranasally, as we already heard as well, that the pH of the nasal cavity is slightly acidic. So oftentimes one would be thinking about how your formulation is going to change or alter the pH of the nasal cavity. But pH is also something that a formulator will use to adjust other things in that formulation, like solubility. Midazolam, for example, its solubility changes as you change pH.

**Q.** Let's turn to PDX3-12.

Why is stability a factor that a formulator needs to consider with respect to developing an intranasal formulation?

**A.** All pharmaceutical formulations need to be stable; otherwise, you know, they are not going to give the right dose or any dose. So stability is a really important aspect.

**Q.** Are there any different types of stabilities?

**A.** Sure. Three general types: Physical stability that

relates to more like the homogeneity or whether or not the drug precipitates out of the formulation or separates out in some way.

Chemical stability relates to the degradation, the chemical stability of the drug degrades over time or oxidizes, something like that.

And then microbiological relates to, you know, making sure that your formulation doesn't become contaminated with microbes or bacteria or whatever.

**Q.** Now, how do these four factors, solubility, spray volume, pH, and stability, relate to one another, if at all?

**A.** So a formulator has to balance various things when they are starting to put together formulations. So if they're looking to deliver a particular dose, they need to achieve a particular concentration of that dose or that drug in a limited spray volume here, 100 microliters or so. And they use pH, potentially, to change that solubility.

However, pH can also affect the stability of the formulation as well, as well as the stability of excipients and the actives.

**Q.** Let's turn to PDX3-13.

I see here you've listed nasal absorption. What's this?

**A.** So drugs applied to the nasal mucosa have to be absorbed through the nasal mucosa into the blood stream and systemic circulation. So nasal absorption, after deposition in the nasal cavity, is an important consideration.

**Q.** Are there any unique considerations with respect to absorption in the nose when developing intranasal formulations?

**A.** Several. One unique character is the mucociliary clearance mechanism of the nasal cavity. So that's where --

**Q.** I think you might actually have a slide on this one.

**A.** Oh, I do? Okay.

**Q.** Go to PDX3-14.

What is mucociliary clearance?

**A.** I think we heard a little bit about this already, but since the nose is kind of like a filter for, you know, air that we breathe, it captures a lot of foreign particulates and things that we're breathing in.

So the mucociliary clearance mechanism is where this layer of the mucus lies upon the cilia epithelia, the cilia beating in synchrony with each other, moving this raft of mucus and entrapped particulates down to the throat, where it's swallowed.

**Q.** And about how long does it take the nose to clear

foreign particulates?

**A.** Typically, from about 10 to 20 minutes.

**Q.** How does the fact that you have to consider the mucociliary clearance relate to the development of nasal formulations?

**A.** In a couple of ways. So, first of all, you've got to get your drug absorbed within that 10 to 20 minutes after being deposited in the nasal cavity. But then, also, you've got to be considerate of this sensitive mucosal tissue, not to disrupt this immune defense mechanism.

**Q.** Let's go to Slide PDX3-15.

Why is viscosity something that you need to consider when developing an intranasal formulation?

**A.** The formulator will think about the viscosity in developing an intranasal formulation for a couple of reasons. One, they can use thickening agents to -- viscosity enhancing agents to slow down mucociliary clearance. But also, they have to balance that against sprayability, as we've already heard, you know, that viscosity can influence how the formulation interacts with the nasal spray device.

**Q.** Are there any downsides to a low-viscosity formulation?

**A.** If it's too low, it's not going to reside in the

nasal cavity for very long. It can run out the front or back. You can get bad taste, loss of dose, things of that nature.

**Q.** Let's go to PDX3-16.

Another factor that you listed here is sprayability. What is sprayability?

**A.** Well, from the point of view of the nasal spray, it's where -- it's the ability of the formulation and device combination to form a spray. And does it form a diffuse plume or a jet?

It also talks, you know, considers particle -- the droplet size within that plume as well.

**Q.** Now, when you're talking about a spray plume, how is that characterized?

**A.** Various methods. I think we saw some yesterday, I think, where essentially you spray the formulation and you capture either an image or deposit it on a sheet where you can characterize the diameter of that spray pattern.

**Q.** I see you also have, mentioned here, droplet size. What's droplet size?

**A.** Essentially, the -- you know, when you spray something, you form droplets. And we like to characterize droplet size because that can influence the safety of the intranasal formulations.

If the droplets are too small, they can be inhaled, get into the lung, and cause different effects down there.

**Q.** How, if at all, does sprayability relate to absorption?

**A.** So formulations that have good sprayability will have a nice diffuse plume, so when the plume is going into the nasal cavity, it can deposit across that nasal mucosa evenly across that surface area and enhance absorption.

If it's a narrow spray plume or to -- like a jet, you don't get coverage over that whole mucosa.

**Q.** How, if at all, does sprayability relate to viscosity?

**A.** So as we've heard, viscosity does influence sprayability. Generally speaking, a rule of thumb is as you increase viscosity, the sprayability gets less. The plume gets narrower and narrower.

**Q.** Is viscosity the only factor that affects sprayability?

**A.** It is not. Things like surface tension of the formulation, presence of, like, surfactants and excipients in the formulation also influence the ability to form a plume. And then the type of device that you are using as well.

**Q.** So it seems you want a high viscosity for permeability but a low viscosity for good sprayability. How does the formulator balance the two?
**A.** They do studies and, you know, characterize their formulations and try to find its balance between those two things.
**Q.** Turn to PDX3-17.
What are the safety considerations for developing intranasal formulations?
**A.** Basically, you want to develop a formulation that's not going to cause any safety issues, both -- either in the nasal cavity or, you know, because of absorption of excipients systemically.
**Q.** Are there any particular safety concerns with respect to intranasal formulations?
**A.** Sure. We talked -- heard a little bit about ciliotoxicity. So certain compounds have been shown to irreversibly disrupt the cilia on the mucosal layer, disrupt the mucosal layer. And that's a negative thing that you want to avoid.
**Q.** What do you mean by tolerability?
**A.** So tolerability of an intranasal formulation is important for patient acceptability, so things like taste, the feel of the spray as it goes in, you know, osmolarity of the formulation to give rise to different

tolerability formulations.
**Q.** Why is it important for the patient to have -- for a formulation to have good tolerability for a patient?
**A.** Well, if it's not tolerable, patients aren't going to use it and physicians are probably not going to prescribe those types of formulations.
**MS. HANSEN:** If we can turn to page Slide PDX3-18.
**BY MS. HANSEN:**
**Q.** How does a formulator go about designing a formulation in view of the factors that you just discussed?
**A.** So they try and balance these factors using -- primarily using excipients and sometimes devices as well.
**MS. HANSEN:** If we can go to 3-19.
**BY MS. HANSEN:**
**Q.** What kinds of excipients might a formulator consider in developing an intranasal formulation?
**A.** So there's several classes of excipients that are found in many intranasal formulations. I've listed some of them here on this slide, things like permeation enhancers, cosolvents, preservatives, antioxidants, things like that.
**Q.** And within each of those classes, how many options of individual excipients are there?

**BY MS. HANSEN:**
**Q.** Considering Claim 13 of the '033 Patent, why, in your opinion, isn't Claim 13 anticipated by the Wermeling '359 publication?
**A.** Similarly, the '359 doesn't anticipate the '033 because it doesn't disclose mPEG-350, nor does it disclose the combination of mPEG-350 with PEG-400 propylene glycol and water.
**MS. HANSEN:** Let's pull up DTX-2208.
**BY MS. HANSEN:**
**Q.** Dr. Smyth, what's this document?
**A.** This is the '359 Wermeling publication.
**Q.** Is mPEG mentioned in any way in this reference?
**A.** No.
**Q.** Does any name for mPEG, that you're aware of, appear in the '359 publication?
**A.** It does not.
**Q.** Is the structure of mPEG included in the '359 publication?
**A.** No.
**MS. HANSEN:** Let's turn to PDX3-30.
**BY MS. HANSEN:**
**Q.** Now, Dr. Wermeling presented a number of opinions relating to why this reference still discloses mPEG, and we'll approach each in turn.

First, do you agree with Dr. Wermeling that the '359 publication inherently discloses mPEG because it discloses the use of PEG?

**A.** No.

**Q.** Why not?

**A.** Because PEG and mPEG are different. They're different chemicals, different structures. They're different properties. They're used differently in the industry. And the prior art treated them as different.

**Q.** Now, let's turn, first, to what excipients, in particular, how PEG is discussed in the Wermeling '359 reference. Let's go back to DTX-2208, and take a look at Paragraph 30.

What does Wermeling '359 say about the nonaqueous diluents that are disclosed in his -- in this application?

**A.** So there is a section here that says: "Nonaqueous diluents include, but are not limited to, alcohols, particularly polyhydroxy alcohols such as a propylene glycol, polyethylene glycol, glycerol, and vegetable oil or mineral oils or combinations thereof."

**Q.** What is an alcohol?

**A.** It's a type of compound that has a hydroxy group bonded covalently to a saturated carbon.

**Q.** And the sentence then states, "Particularly

polyhydroxy alcohols"?
What is a polyhydroxy alcohol?
**A.** This is an alcohol which has more than one hydroxy group.
**Q.** Is propylene glycol a polyhydroxy alcohol?
**A.** Yes.
**Q.** Is polyethylene glycol a poly hydroxy alcohol?
**A.** Yes.
**Q.** Is glycerol a polyhydroxy alcohol?
**A.** It is.
**MS. HANSEN:** Let's look at PDX3-31.
**BY MS. HANSEN:**
**Q.** You focus in particular on polyethylene glycol. Could you describe the structure of polyethylene glycol?
**A.** Sure. So it is a polymer, so it has these brackets indicating the unit that is repeated. So you've got that ethylene oxide group that can repeat, and then on both ends you have hydroxy groups.
**Q.** Now, you mentioned that you would consider PEG to be a polyhydroxy alcohol. Why is that?
**A.** Because there's two hydroxies on the saturated carbon backbone.
**Q.** And how many different grades of PEGs are commercially available?
**A.** I don't know if -- there's many different grades,

dozens I guess.
**Q.** Let's compare PEG and mPEG, and let's turn to PDX3-32.
Does mPEG have the same structure as PEG?
**A.** No, it does not.
**Q.** What are the differences?
**A.** Well, you can see on the slide that mPEG has a methoxy group instead of hydroxy group.
**Q.** Is mPEG a polyhydroxy alcohol?
**A.** No. It's a monohydroxy alcohol. It only has one hydroxy group.
**MS. HANSEN:** Let's turn to PDX3-33.
**BY MS. HANSEN:**
**Q.** How, if at all, do the different terminal groups between PEG and mPEG affect the properties of these compounds?
**A.** That affects their -- their physical and chemical properties, their reactivity, also affects how people have used them in the past.
**Q.** And as of January 2007, how, if at all, did the uses of PEG and mPEG differ?
**A.** So PEG had been widely used as a pharmaceutical excipient, for example, as a solubilizer in liquid formulations, also is available and was available as an active ingredient in laxatives.

MPEG, on the other hand, had been used as a solubilizer in cream and gels, topical products, soaps, and is a chemical intermediate for PEGylation.

**Q.** What is PEGylation?

**A.** It's reaction or -- where you connect a PEG molecule to another molecule like a drug molecule protein or something like that.

**Q.** Now, I'd like to transition to now mPEG and PEG were treated by the industry.

**MS. HANSEN:** Let's go to PDX3-34.

**BY MS. HANSEN:**

**Q.** Can you describe what you've depicted on this slide here?

**A.** Sure. This is the CAS numbers or the Chemical Abstract Service numbers for both PEG and mPEG.

**Q.** And for the record, what are those different numbers?

**A.** So for PEG, it's 25322-68-3. For mPEG it's 9004-74-4.

**Q.** And what are CAS numbers? Why are they provided?

**A.** So it's a way of ensuring that each distinct chemical has its own identifying number so when, you know, suppliers sell them or somebody is looking to purchase a particular chemical, they can use the CAS number to avoid any confusion.

**Q.** Do different grades of PEGs have different CAS numbers?
**A.** So PEG 400 has the same CAS number as PEG 200, for example.
**Q.** Let's turn to another document to see how the industry treats PEG and mPEG.
**MS. HANSEN:** Can we pull up DTX-2022.
**BY MS. HANSEN:**
**Q.** What is this document, Dr. Smyth?
**A.** This is the Dow Carbowax brochure we've heard about already.
**Q.** Turn to Page 4 under the heading "Carbowax polyethylene glycols and methoxy-polyethylene glycols."
How does Carbowax define PEG versus mPEG?
**A.** So I guess the Carbowax brochure defines them separately. Polyethylene glycols and, separately, methoxy-polyethylene glycols. Also gives the different structures of those molecules in this call-out here.
**Q.** What is the significance, in your view, of a Carbowax marketing brochure separately mentioning PEG and mPEG?
**A.** It's identifying them as different chemicals.
**Q.** If we could turn to Page 9, looking at this reference under the heading of "Pharmaceuticals." In that first paragraph, how, if at all, does the Carbowax

brochure distinguish between PEG and mPEG?
**A.** In this section, they only talk about the use of PEGs in pharmaceutical formulations.
**MS. HANSEN:** Let's turn to a section within this section called "Excipients." Sorry. Within this section called "Chemical Intermediates." My apologies. I believe it's on Page 10.
**BY MS. HANSEN:**
**Q.** What is a chemical intermediate?
**A.** It is something which is used before the final chemical is derived or synthesized.
**Q.** And of PEGs and mPEGs, which of these compounds can be used as chemical intermediates?
**A.** Both PEGs and mPEGs can be used as chemical intermediates.
**MS. HANSEN:** Let's turn to Pages 16 and 17 take a look at Table 1.
**BY MS. HANSEN:**
**Q.** Now, this is a big document, and I understand you've developed a slide for this. Let's take a look, if we could, to PDX3-35.
Can you remind the Court what's being shown in this table?
**A.** Sure. So this is from the Carbowax brochure. It's essentially a list of typical commercial applications of

Carbowax products, and it lists across the top Carbowax polyethylene glycols and the different grades, and Carbowax methoxy polyethylene glycol, its different grades. And then it gives a little plus sign in the boxes that relate to the typical applications for each of those.

**Q.** Now, I see there are some cut lines in various places. Is this the full chart that we saw on Pages 16 and 17?

**A.** No. There was some other table in there.

**Q.** Now, what does this table show about the uses for mPEG-350, for example, as compared to PEG-400?

**A.** So if you look at the purple line, I guess, mPEG-350 could be used in soaps and detergents, can be used in mining. It's also used as chemical intermediates.

If you look at PEG-400, it has different uses. It's not listed as -- under the soaps and detergents. It is listed in chemical intermediate. And it's listed for things like capsules, which mPEG-350 is not.

**Q.** Now, is this chart specific to uses in the pharmaceutical industry?

**A.** No. This is a marketing brochure for Dow for many industries, I guess.

**Q.** And if we could go back to DTX-2022 and take a look at Page 4. Now, Dr. Wermeling highlighted that first

paragraph under "Product profiles" and opined that this showed that the Carbowax brochure shows that PEG and mPEG are a family.

Do you agree?

**A.** No.

**Q.** Why not?

**A.** This is a marketing brochure. It's the Carbowax family. And throughout this brochure, they distinguish between PEGs and mPEGs in terms of their uses, their properties and things like that.

**MS. HANSEN:** You can pull that down?

**BY MS. HANSEN:**

**Q.** Are you aware of any other reference describing PEG and mPEG, and just PEG and mPEG as part of a family?

**A.** No.

**Q.** Now, Dr. Wermeling discussed a handful of references that he opined showed that the POSA would have thought of PEG and mPEG together. And we'll talk about those in a little bit.

Are those all of the references that the POSA would have consulted to understand PEG and mPEG, especially in the context of developing an intranasal formulation?

**A.** No. There's many more references out in the world around intranasal formulations.

**Q.** Do all of the references available to the POSA in

January 2007 treat PEG and mPEG together?
**A.** No.
**MS. HANSEN:** Let's pull up PTX-1090.
**BY MS. HANSEN:**
**Q.** What is this document?
**A.** This is the photocopy of the Handbook of Pharmaceutical Excipients.
**Q.** And if I refer to this as "the handbook," will you under understand what I'm referring to?
**A.** Yes.
**Q.** How, if at all, is the handbook used by formulators?
**A.** I think every formulator has one of these in their library. It's an excellent resource to find out information about the physical properties of excipients, how they're used, you know, example formulations. Things like that are included in each monograph for each excipient.
**MS. HANSEN:** Let's turn to PTX-1090 and Page 17.
**BY MS. HANSEN:**
**Q.** What is this?
**A.** This is the chapter on polyethylene glycol.
**Q.** And what, if anything, does this chapter say about mPEG?
**A.** It doesn't say anything about mPEG.

**Q.** Does the Handbook of Pharmaceutical Excipients discuss mPEG at all?
**A.** Not to my knowledge.
**Q.** What, if anything, does the lack of use of mPEG in the handbook tell us about whether PEG and mPEG are always thought of together?
**A.** It tells me that they're not always thought of together.
**Q.** Let's take a look at another reference material.
**MS. HANSEN:** If we could put up DTX-2078.
**BY MS. HANSEN:**
**Q.** Dr. Smyth, what is this document?
**A.** This is the United States Pharmacopoeia-National Formulary from 2006.
**Q.** And what does the USP Pharmacopoeia cover?
**A.** It talks about tests for pharmaceutical ingredients, pharmaceutical products, gives guides on some formulations.
**Q.** Turning to the page with Bates ending 36782, at a high level, what type of information does the USP 2006 provide about PEG?
**A.** It gives its structure, some of its properties, and some test methods for the different grades of PEG.
**Q.** Is mPEG mentioned in this section of the USP 2006?
**A.** It's not listed under polyethylene glycol, no.

**Q.** Let's turn to the page with Bates ending in 36784.
What monograph is provided for here in the upper right?
**A.** This is the polyethylene glycol monomethyl ether.
**Q.** And at a high level, what type of info- -- and is that the same as mPEG?
**A.** It is, yes.
**Q.** At a high level, what type of information is provided here about mPEG?
**A.** The same type of information. Its structure, testing methods. Yeah, things like that.
**Q.** If we can turn at -- to the page ending in Bates 36778, what is shown in this section of the reference?
**A.** So here, the USP is listing excipients by category.
**Q.** Does the USP 2006 consistently group PEG and mPEG together?
**A.** It does not.
**Q.** Looking at Bates 36780, under the heading "Ointment base," are mPEG and PEG grouped here together?
**A.** No, just the polyethylene glycol monomethyl ether.
**Q.** And remind us, what is that again?
**A.** That's mPEG.
**Q.** So PEG is not listed in this category?
**A.** No.

**Q.** Does the USP 2006 always treat PEG and mPEG together?

**A.** No.

**Q.** And how, if at all, does that inform your opinion as to whether PEG and mPEG are always considered together?

**A.** It tells me that mPEG and PEG are not always necessarily considered together.

**Q.** I'd like to pull up PTX-1101.

Dr. Smyth, what is this reference?

**A.** It's a US Patent application from 2021, with the applicant being Cipla.

**Q.** If we could look at Paragraph 54 on Page 5 on this application, what does this paragraph provide about whether PEG discloses mPEG?

**A.** Well, this paragraph reads: "The formulation of the present invention may or may not comprise of organic solvents such as methoxy-polyethylene glycol, polyethylene glycol, propylene glycol, ethanol and the like."

So here, this is differentiating between mPEG and PEG.

**Q.** Now, we've just looked at a handful of references in which you indicated that PEG and mPEG are treated differently.

In summary, how does this collection of references

inform your opinion with respect to whether PEG inherently discloses mPEG?

**A.** That's my opinion that PEG does not inherently disclose mPEG.

**Q.** And why is that?

**A.** Because it's not always necessarily considered together.

**Q.** Now, Dr. Wermeling discussed a patent application, the Tracy '672, that he shows that -- that he opines says show that PEG includes mPEGs.

Does that reference change your opinion, that mPEG and PEG are not always thought of together?

**A.** No, it doesn't.

**MS. HANSEN:** I'd like to move PTX-1101 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1101 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** I apologize. I should have waited to keep it fresh, but do those additional references change your opinion, that PEG and mPEG were not always thought of together?

**A.** No.

**Q.** And why is that?

**A.** Because those references are just a few amongst all

pages. If you could take a look in your notebook. Under JTX-3001, what's provided here?

**A.** This is the notice of allowance from the file history of the '322 Patent.

**Q.** If you could take a look in your notebook under the tab JTX-3002, can you identify what's provided there?

**A.** This one is a notice of allowability for the '033 Patent.

**MS. HANSEN:** Move to admit the notices of allowability from JTX-3001 and 3002 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** They're admitted.

(Exhibits JTX-3001, JTX-3001 are admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Now, Dr. Wermeling opined on a number of different problems with the existing nasal midazolam formulations in the art that he opines the addition of mPEG would solve. And we'll talk about those in a bit. But I'd like to take a step back.

In your opinion, would the POSA be motivated to even consider mPEG for use in an intranasal midazolam formulation for any purpose?

**A.** In 2007, mPEG had never been used in intranasal formulations or studied for use in intranasal

formulations, so they would not consider it.

**MS. HANSEN:** Let's turn to PDX3-46.

**BY MS. HANSEN:**

**Q.** You just mentioned that they hadn't been used or considered. Are there any other reasons why the POSA would not be motivated to even consider mPEG for use in an intranasal midazolam formulation for any purpose?

**A.** Sure. So the '359 publication, the Wermeling patent application, would have not led the POSA to mPEG. MPEG had not been used -- marketed for use or suggested for use in any intranasal formulation, and then, largely because of that, there was no expectation that mPEG would be suitable for intranasal use.

**Q.** Let's turn to PDX3-47 and your first point that the '359 publication would not lead the POSA to mPEG in an intranasal formulation full stop.

**MS. HANSEN:** Let's take a look at the '359 publication again; that's DTX-2208.

**BY MS. HANSEN:**

**Q.** Now, we've already discussed the fact that the '359 publication doesn't disclose mPEG. What, if anything, does the '359 publication say about using PEG derivatives in any capacity?

**A.** It doesn't talk about PEG derivatives.

**Q.** Let's turn back to Paragraph 30 again, which we

looked at when discussing anticipation.

What, if anything, does this section provide about PEG derivatives?

**A.** There's nothing mentioned here about PEG derivatives.

**Q.** Now, if we take a look at the highlighted sentence the -- starting "Nonaqueous diluents," what would this passage direct the POSA to look at in terms of other nonaqueous diluents?

**A.** So it tells the person of ordinary skill in the art that these nonaqueous diluents include, but are not limited to, alcohols, particularly polyhydroxy alcohols.

**Q.** As we discussed earlier, is mPEG a polyhydroxy alcohol?

**A.** No, it's a monohydroxy alcohol.

**Q.** Let's turn to PDX3-48 and turn to your second bullet point that mPEG had not been used, marketed for use or suggested for use in an intranasal formulation. Let's unpack that.

**MS. HANSEN:** Can we turn to PDX3-49.

**BY MS. HANSEN:**

**Q.** Can you provide a brief summary of what was known about mPEG prior to the priority date?

**A.** Sure. So as we heard about yesterday, I think it was, mPEG was made commercially available by Dow since

the 1940s. It had been included in one FDA-approved topical gel and some nonpharmaceutical topical products. Its pharmaceutical properties, therefore, were largely unknown. It had been used also for chemical synthesis and PEGylation, for example.

**Q.** Was mPEG's viscosity known as of January 2007.

**A.** Yes.

**Q.** Would this information have given the POSA a reasonable expectation that mPEG could be successfully used in an intranasal midazolam formulation?

**A.** No.

**Q.** Let's talk first about FDA-approved uses.

**MS. HANSEN:** If we could pull up DDX-2583.

**BY MS. HANSEN:**

**Q.** And this is a very large document which is in your binder if you would like to take a look at it, but could you remind us what this is?

**A.** This is -- I think it's like a printout of the FDA's inactive ingredient database from around 2006.

**MS. HANSEN:** If we can turn to Page 89 of this document and the listing for methoxy-polyethylene glycol.

**BY MS. HANSEN:**

**Q.** What does the FDA IID list from 2006 tell you about the use of mPEG in FDA-approved products?

**A.** So the listing for methoxy-polyethylene glycol 350,

or mPEG 350, includes it as a -- well, indicates that it's been used in a topical gel product with a maximum concentration of 20 percent.

**Q.** What, if anything, does the IID provide about whether mPEG 350 had been used in a nasal formulation as of 2006 at least?

**A.** It indicates that no nasal formulations or products had used mPEG 350.

**Q.** Now, you've also opined that mPEG had not been marketed for use in intranasal formulations. So let's go take a look at that marketing brochure, DTX-2022. If we can turn to Page 10 of that document.

Under the heading "Liquid Medications," what does that the Carbowax brochure say about the use of its Carbowax products in medications for the nose?

**A.** Well, under this Liquid Medications, it talks about "liquid PEGs are ingredients in a large range of pharmaceutical applications," and then down at the bottom of this paragraph, it says, "Other applications include nose and ear drops and spray-on medications."

**Q.** Now, Dr. Wermeling testified that the POSA would read liquid PEGs to include, among other compounds, mPEG 350?

Do you agree?

**A.** No.

**Q.** Why is that?
**A.** Well, throughout this brochure, the applications of mPEGs and PEGs are distinguished.
**Q.** Are you aware -- sorry.
**A.** Here, they don't talk about mPEGs.
**Q.** Thank you.
Are you aware of any other evidence suggesting that mPEG had been marketed for intranasal products?
**A.** No.
**Q.** Turning back to PDX3-48, what, if anything, were you able to review relating to mPEG's actual use in an intranasal formulation, any intranasal formulation, prior to January 2007?
**A.** So there was no literature research articles or anything like that that included mPEG in an intranasal formulation.
**Q.** Now, Dr. Wermeling opined that the Tracy '672 publication suggests the use of the mPEG in intranasal formulations.
Do you agree with him?
**A.** No.
**MS. HANSEN:** Let's turn to DTX-2211.
**BY MS. HANSEN:**
**Q.** What is this publication?
**A.** Yeah, this is the Tracy patent application.

**Q.** Now, I'd like to walk through some of the statements in Tracy and then discuss your interpretation of them.
First, what is the title of this application?
**A.** "Injectable sustained-release compositions."
**Q.** Turning to Paragraph 6, what does this publication state about the purpose of the invention?
**A.** So they talk about in this patent the need for improved injectable polymer-based sustained-release compositions.
**Q.** And turning now to Paragraph 46, what kind of injectable formulations does the Tracy '672 publication discuss?
**A.** Generally, polymeric pastes.
**Q.** Now, Dr. Wermeling cited to Paragraph 88 on Page 6 to assert that the Tracy '672 publication discloses intranasal liquid formulations.
Do you agree?
**A.** No.
**Q.** Why not?
**A.** You can see Paragraph 88 gives you a laundry list of routes of administration, things like implantation, injection, intracranial, delivery by enema, aerosol spray. So it's really almost all the routes of administration that you would use to deliver medications.
**Q.** Outside of Paragraph 88, what, if any, reference to

intranasal is there in this application?

**A.** There is none.

**Q.** Now, in light of Paragraph 88 and the previous paragraphs that we just looked at, would the POSA understand Tracy to be disclosing the use of its sustained-release paste formulations for intranasal spray usage?

**A.** No.

**Q.** In your opinion, and considering the language in Paragraph 88 and paragraphs we previously looked at, would the POSA turn to a formulation for polymer pastes for injection when looking for excipients to formulate a liquid nasal midazolam formulation?

**A.** No. A sustained-release injectable is a very different formulation to an immediate-release spray formulation.

**Q.** Now, let's change focus slightly, and let's -- let's assume that the POSA would, in fact, look at this reference. Let's turn to Paragraph 49.

What does Paragraph 49 of Tracy '672 reference provide?

**A.** It's a heading that says "Viscosity-reducing agents."

**Q.** Now, let's take a look at Paragraph 51. What excipients -- I'll wait for that to come up.

physicochemical properties.
**Q.** Let's return to Slide PDX3-50.
Returning to your slide with the factors a formulator needs to balance to develop an intranasal spray, how does the fact that mPEG had not been used, marketed for use or suggested for use in an intranasal formulation relate to your opinion that the POSA would not have been motivated to use mPEG in a liquid pharmaceutical intranasal formulation of midazolam?
**A.** Since mPEG is -- was an unknown excipient in intranasal formulations, had never been studied or researched, the effect of mPEG on an intranasal formulation in terms of all these parameters that a formulator considers was unknown. Like with regards to its safety and tolerability, that was unknown; how it would affect sprayability or nasal absorption, things of that nature.
**Q.** Let's turn to PDX3-51 in your third point, that there was no expectation that mPEG would be suitable for intranasal use. I'd like to briefly address reasonable expectation of success.
Do you agree with Dr. Wermeling that the POSA would consider achieving a formulation that can provide a patient with a therapeutically effective dose of midazolam without any other formulation considerations as

a successful formulation?
**A.** No.
**Q.** Why not?
**A.** Well, successful formulations would have to be stable, tolerable, effective, as well as safe.
**Q.** Before the priority date, what, if anything, was known about the solubility of midazolam in any mPEG?
**A.** It had never been studied. Nothing was known.
**Q.** Before the priority date, what, if anything, was known about how incorporating mPEG would affect the formulation volume of midazolam that could be administered intranasal?
**A.** Since the solubility of midazolam was not known in mPEG or mPEG-containing formulations, the spray volume would not have been known either.
**Q.** Before the priority date, what, if anything, was known about how the incorporation of any amount of mPEG would affect the viscosity of any particular intranasal formulation?
**A.** It had not been studied.
**Q.** Before the priority date, what, if anything, was known about how the incorporation of mPEG would affect sprayability of any intranasal formulation?
**A.** No sprayability studies using mPEG were known or had been reported. It was unknown how that would behave in

nasal formulations.

**Q.** Before the priority date, what, if anything, was known about whether mPEG was safe for intranasal administration?

**A.** It was not known whether mPEG would be safe to be administered intranasally.

**Q.** And before the priority date, what, if anything, was known about whether mPEG was tolerable for intranasal administration?

**A.** There were no reports about the tolerability of mPEG-containing formulations.

**Q.** Given these unknowns, why would the POSA be motivated to use an excipient for an intranasal midazolam formulation that had never been before used with either midazolam or in an intranasal formulation?

**A.** They wouldn't have been motivated.

**Q.** And I'd like to focus, in particular, on safety and tolerability.

Why would the POSA not have a reasonable expectation that mPEG would be safe or tolerable for intranasal use?

**A.** Because mPEG is -- had never been used intranasally before. There were no toxicity studies, never out there indicating that it would be safe to use.

**Q.** Now, Dr. Wermeling opined that the use of mPEG in topical formulations before 2007 would inform the POSA

that mPEG is suitable for intranasal formulations.
Do you agree?
**A.** No.
**Q.** Why not?
**A.** Formulations you apply to the skin have different requirements or different effects on the skin. The skin and the nasal mucosa are different tissues. Something that's safe for the skin is not necessarily safe for intranasal use.
**Q.** Turning to PDX3-52. We spoke earlier about the one FDA-approved product with mPEG as of 2007, but could you remind us what other topical products had mPEG been used in before 2007?
**A.** So other than the approved Solaraze gel, had been used in these Dial soaps and a vaginal gel.
**Q.** And why wouldn't the POSA understand from mPEG use in these topical formulations that it could be used in an intranasal formulation?
**A.** Because those topical products don't tell you that -- anything about the safety of it being used intranasally.
**Q.** Now, you previously discussed that one of the toxicity considerations for an intranasal formulation is ciliotoxicity.
What was known about the impact of mPEG on the cilia

as of 2007?

**A.** Nothing was known.

**Q.** Have you reviewed any documents showing that there were, in fact, concerns about mPEG safety for the intranasal route around the priority date?

**A.** Yes.

**MS. HANSEN:** Let's pull up PTX-1069.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is this document?

**A.** This is an e-mail from Dr. Fisher to the inventor, Sveinbjorn Gizurarson.

**Q.** And what's the date of this e-mail correspondence?

**A.** 6/14/2007.

**Q.** Did you consider this document in forming your opinions in this case?

**A.** Yes.

**Q.** Now, I see this is private e-mail correspondence that postdates the priority date.

Why did you consider this document in forming your opinions with respect to what would have been known and understood about mPEG safety as of the priority date?

**A.** So this is -- it's after the priority date, but it is communications that give us an understanding of what was unknown or known about the safety and concerns of mPEG being used intranasally.

**Q.** Turning to Page 2 of this document, looking at the second page -- the second full paragraph, what does this e-mail reflect about any concerns about the use of mPEG?
**A.** So here, Dr. Fisher says, "I believe a major source of concern will be around the use of mPEG-350. So I was wondering if you had the time to think about safety aspects of mPEG and help us support its use."
He talks about a paper that points out conversion of mPEG to propylene glycols is a toxicity issue.
**Q.** Now, in the next sentence, what does Dr. Fisher observe about the mPEG MSDS from Dow?
**A.** So the Material Safety Data Sheet from Dow indicated that mPEG can be irritating to the skin and eyes.
**Q.** What is an MSDS?
**A.** It's -- whenever you ship chemicals or maintain a chemical inventory, you maintain these safety data sheets for safety reasons.
**Q.** Now, if we could go back in time to the top, the most recent e-mail in this document at the top of Page 1, looking at that first paragraph, what does this top e-mail reflect on the impact of mPEG on the nasal mucosa surface in particular?
**A.** Here again, Dr. Fisher says, "I think the issue we face relates to the exposure of the nasal mucosa surface. No published tox data, other than perhaps intestinal

mucosa." Which he says, "should count for something, but may not be sufficient, I suppose. Then the question of systemic absorption via nasal mucosa, but also for the potential of local enzymatic conversion of mPEG to alkylene glycols."

**Q.** What does Dr. Fisher conclude about the need for safety testing of mPEG 350?

**A.** Further down, he says, "I think that we will have to include more safety testing along the way."

**MS. HANSEN:** I'd like to PTX-1069 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1069 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Have you looked at any documents relating to FDA's treatment of mPEG in the proposed Nayzilam product?

**A.** Yes.

**Q.** Were you in the courtroom for Dr. Fisher's testimony regarding DTX-2407, a preIND letter from ITI to FDA regarding Nayzilam's formulation?

**A.** Yes.

**MS. HANSEN:** I'd like to pull up DTX-2586 and turn to Page 2.

**BY MS. HANSEN:**
**Q.** What is this document?
**A.** It's a memorandum of meeting minutes from a preIND meeting, I believe.
**Q.** And what was the product that was the subject of that preIND meeting?
**A.** So midazolam nasal spray from Intranasal Therapeutics.
**Q.** Turning page ending in Bates 144, could you summarize what ITI is asking in Question 6?
**A.** So here, ITI is essentially asking whether or not a dog toxicity study would be sufficient to allow ITI to initiate their clinical studies. So they're saying, "A 14-day nonclinical safety study of the optimized midazolam nasal spray formulation will be conducted in beagle dogs."
**Q.** And on what basis is ITI asking for reduced toxicity study protocol as opposed to what it would normally have to do?
**A.** I guess because they have done a pilot study with their nasal spray formulation before developing the optimized one.
**Q.** Now, what did FDA say in response to this question?
**A.** They said, no, "Because the proposed clinical formulation contains a novel excipient." I think that's

supposed to read "mPEG 350." And the FDA says, "Two-week toxicity studies in two species using the new formulation would be needed to initiate -- prior to initiating clinical trials."

**Q.** Turning to Bates page ending 1415, can you summarize what ITI is asking in Question 7?

**A.** So here ITI is asking another question. They are saying their optimized midazolam nasal spray formulation contains mPEG 350, an inactive ingredient listed in the FDA's inactive ingredients database. And they list the mPEG 350, which has been used in the four topical marketed products.

And they ask, "Does the agency agree that mPEG 350's presence on the FDA inactive ingredients list with its wide use in marketed topical products, together with the proposed nonclinical safety study in dogs, is sufficient to support an initiation of clinical trials?"

**Q.** And what does FDA say in response to this question?

**A.** So they say, no, and they refer back to response to Question 7, "The marketed products referred to are not relevant to the current proposed use." So they say, "Additional studies may be necessary."

**MS. HANSEN:** I'd like to move DTX-2586 into evidence.

**MR. GUINTA:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2586 is admitted into evidence.)

**MS. HANSEN:** Let's turn to PTX-1073. If we can go to Page 2 of this document as well.

**BY MS. HANSEN:**

**Q.** Do you recognize this document?

**A.** Yes. This is a memorandum of meeting minutes, again, for IND for midazolam nasal spray.

**Q.** Did you rely on this document in forming your opinions in this case?

**A.** Yes.

**Q.** And what is the content of this document, generally?

**A.** It's -- contains the minutes of the meeting that they discussed the questions for their IND, as I understand it.

**Q.** Let's turn to internal Page 9 and take a look at Question 7.

What is the focus of this question from ITI?

**A.** So in this question, they're asking, "Does the agency, the FDA, concur that the rat is an appropriate species for the chronic six-month toxicity study required by the agency?"

**Q.** And what does FDA say in response?

**A.** "Yes, this would be appropriate for the evaluation of the new formulation of midazolam; however, since one

of the excipients, mPEG 350, has not been approved for intranasal administration," they suggest evaluating this using chronic toxicity studies in two species.

**Q.** Do you know if those toxicity studies were performed?

**A.** Yes, I think they were.

**MS. HANSEN:** I'd like to move PTX-1073 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1073 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Now, I'd like to focus on the specific problems or purported problems with the Wermeling formulation that Dr. Wermeling opined that the POSA would be motivated to use mPEG to solve.

**MS. HANSEN:** If we could pull Dr. Wermeling's Slide 32.

**BY MS. HANSEN:**

**Q.** Now, Dr. Wermeling identified two reasons why the POSA would be motivated to modify his formulation to add mPEG. The first is reducing viscosity, and the second was improving tolerability, and we will turn to those shortly. But, first, I wanted to focus on the image here on this slide.

Now, Dr. Wermeling identified as the Wermeling '359 formulation, a formulation that contains midazolam, propylene glycol, PEG 400 and water. Is such a specific formulation disclosed in the Wermeling '359 application?

**A.** No.

**Q.** Okay. So let's take a look at that formulation in the '359 publication that is actually disclosed.

**MS. HANSEN:** If we could go to Paragraph 85 in DTX-2208.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is the formulation described in Paragraph 85?

**A.** So this is the formulation from the Wermeling publication. And it is midazolam 25 milligram in polyethylene glycol 400, 0.18 mLs; butylated hydroxytoluene .1 milligrams; saccharin powder 1 milligram; propylene glycol USP, which was QS to 1 mL.

**Q.** Are there any other examples of different form- -- specific formulations in the '359 publication?

**A.** No.

**Q.** Does this formulation contain water?

**A.** It does not.

**Q.** Are you aware of any reason why a formulator may not want to include water in an intranasal formulation of midazolam?

**A.** Midazolam has poor solubility in water.

**Q.** About what percent weight by weight is the concentration of propylene glycol in this formulation in Paragraph 85?

**A.** It's around, roughly, 80 percent.

**Q.** At base, do you agree with Dr. Wermeling's opinions as to why the POSA would be motivated to modify the formulation of the '359 publication, that is, by developing an intranasal composition that contained an mPEG in combination with midazolam, PEG-400, propylene glycol, and water?

**A.** No.

**Q.** Now, Dr. Wermeling first opined that the POSA would be motivated with a reasonable expectation of success to use mPEG in an intranasal midazolam formulation to decrease viscosity. He identified two reasons for that. It would allow administration from an unmodified device and thereby achieving a more diffuse spray plume.

Do you agree with Dr. Wermeling's opinion?

**A.** No.

**MS. HANSEN:** Let's pull up Dr. Wermeling's Slide 24.

**BY MS. HANSEN:**

**Q.** Now, I know we just discussed how the only disclosed formulation in the Wermeling reference doesn't include

water, but let's assume that this chart is right about the formulations that the Wermeling '359 application discloses.

According to Dr. Wermeling, are there any other prior art references that disclose the same formulation of midazolam, propylene glycol, water, and PEG?

**A.** Well, the Merkus '893 discloses midazolam, propylene glycol, water, and PEG.

**MS. HANSEN:** Let's turn to PDX3-53.

**BY MS. HANSEN:**

**Q.** In light of the fact that Dr. Wermeling has identified two references that disclose virtually the same cosolvent formulations, do you agree with Dr. Wermeling that the POSA would have been motivated to decrease viscosity?

**A.** No.

**Q.** And why is that?

**A.** Well, both of these publications actually include sections that teach the use of viscosity increasing agents. Both of these publications are devoid of information about spray pattern sprayability.

The Wermeling '359 publication suggests the device modification for nonaqueous formulations to allow them to be sprayed.

And, then, the Merkus '893 talks about

administration of those formulations through commercially available devices.

**Q.** Let's break that down and let's start --

**MS. HANSEN:** If we could pull up DTX-2208 again.

**BY MS. HANSEN:**

**Q.** Does the '359 publication say anything in particular about reducing viscosity of the described formulations?

**A.** No.

**Q.** Let's turn to Paragraph 37. What does this section of the '359 publication say about viscosity?

**A.** This paragraph talks about using agents that increase viscosity.

**Q.** Are there any benefits to increasing viscosity?

**A.** One of the benefits is, as we talked about earlier, is to increase nasal retention time to overcome that mucociliary clearance.

**Q.** And does Paragraph 37 provide any examples of what a viscosity-increasing agent looks like?

**A.** Sure. The examples provided here include things like methylcellulose, carboxymethylcellulose sodium, you know, things like that.

**Q.** Now, Dr. Wermeling opined that one potential drawback of his formulation was that it requires use of a modified device; and that, accordingly, he believes a

formulation with a lower viscosity would not require a modified device.

Now, let's actually take a look at the disclosure of DTX-2208 and look at Paragraph 47, as opposed to what Dr. Wermeling described in his personal experience.

And let's -- could you summarize what this paragraph provides?

**A.** Sure.

This paragraph talks about the devices. It says the intranasal delivery device may be modified, for example, by increasing the size of the discharge orifice in the nosepiece of the applicator to about .07 millimeter for nonaqueous compositions that comprise, for example, polyethylene glycol and/or propylene glycol in order to accommodate higher viscosity compositions.

**Q.** Now, what kind of formulations of the '359 application described here as, quote/unquote, "higher viscosity compositions"?

**A.** Nonaqueous ones that contain things like polyethylene glycol and propylene glycol.

**Q.** So would aqueous formulations require device modification according to the Wermeling application?

**A.** No. Further down it says aqueous compositions, the diameter can be, for example, from about .05 milliliters in diameter.

**Q.** Does the '359 publication specify what level of viscosity constitutes higher viscosity compositions that require device modification?

**A.** No.

**Q.** Does the '359 publication specify what level of viscosity constitutes a low enough viscosity such that it would not require device modification?

**A.** No.

**Q.** What, if anything, would the POSA understand about the statement in Paragraph 7 with respect to nonaqueous formulations that include propylene glycol?

**A.** That a modified nasal spray device could be used.

**Q.** And how does propylene glycol's viscosity compare to mPEG-350?

**A.** They are roughly comparable.

**Q.** So in terms of viscosity, and all else being equal, how would replacing propylene glycol with an equal amount of mPEG-350 affect the ultimate viscosity of the formulation?

**A.** It may change it, but those changes may be minimal.

**Q.** If the POSA were able to consider as potential excipients any excipients that had been used in a pharmaceutical formulation, how many excipients were available that would decrease viscosity?

**A.** Like we went through before with that Tracy

reference, many different excipients.

**Q.** Given the Wermeling disclosures in Paragraph 47, would the POSA expect that a formulation with mPEG, PEG-400 and propylene glycol would be able to be administered with an unmodified device?

**A.** Not if it was a nonaqueous formulation.

**Q.** Dr. Wermeling also opined that the POSA would be motivated to decrease viscosity to improve spray plume.

Does the '359 publication discuss spray plumes anywhere in this publication?

**A.** No.

**Q.** Now, we heard Dr. Wermeling talk a little bit about his experience. Is that anywhere in this application?

**A.** No.

**Q.** Would the POSA be motivated to use mPEG in particular to optimize the spray plume, as Dr. Wermeling suggests?

**A.** Not in my opinion.

**Q.** Would merely reducing viscosity lead to an optimized spray plume of the formulation in the '359 application?

**A.** Not necessarily, no.

**Q.** And why is that?

**A.** Well, spray plumes are generated. It's a complex relationship between the formulation and the device. So adding mPEG, which had never been used in intranasal

formulations before, those affects were not known.

**Q.** What, if any, is the effect of viscosity on the spray plume where the formulation contains multiple polymeric elements?

**A.** So those polymeric elements can interact in a complex way in terms of the virology, the viscosity. And so it's not always a -- it doesn't always follow that decreasing viscosity increases the spray plume or vice versa.

**Q.** Now, we talked a little bit earlier about how you identified that the Merkus '893 publication has the same cosolvent formulation as Dr. Wermeling identified. Let's turn to the '893 publication, DTX-2294.

Do you recognize this document?

**A.** Yes. This is the Merkus '893.

**Q.** What, if anything, does the '893 publication say about decreasing the viscosity of formulations?

**A.** Nothing.

**Q.** Let's turn to Page 13, Line 9. Could you summarize this section of Merkus for the Court?

**A.** Sure.

So this is a paragraph, it talks about viscosity-enhancing agents and how these can be used in the embodiments of the invention.

**Q.** Now, this application uses the term

"viscosity-enhancing agents."

What would the POSA understand that term to mean?

**A.** Things that increase viscosity.

**Q.** In light of this discussion of viscosity-increasing agents, how would the POSA interpret the guidance of Merkus in terms of developing a formulation with decreased viscosity?

**A.** The person of ordinary skill wouldn't be guided by this to decrease viscosity of the Merkus formulation.

**Q.** Now, let's turn to what the Merkus '893 publication says about spray devices. If we could turn to Page 18, Line 18.

What does the '893 publication say about spray devices for those formulations?

**A.** It says that the compositions are preferably formulated for spray delivery by a pump spray device. And it says: "Suitable devices, which are already commercially available, include multiple dose vials, and by dose or unit dose devices."

**Q.** In your review of the Merkus '893 publication, what, if anything, have you seen to indicate that the commercial spray devices need to be modified for administration of the disclosed formulations?

**A.** Merkus doesn't talk about modifying devices.

**Q.** Now, let's turn to Dr. Wermeling's other reason that

the POSA would be motivated to reduce viscosity in order to optimize the spray plume.

What, if any, data is there in the Merkus '893 publication about the spray plume?

**A.** There is no spray plume data.

**Q.** To put a finer point on it, is there anything in the '893 publication to suggest the spray plumes of the formulations needs to be improved?

**A.** There's nothing telling the person of ordinary skill that those plumes need to be improved.

**Q.** Given this lack of information, what, if any, motivation would the POSA have to modify the formulations of Wermeling '359 to reduce viscosity?

**A.** There's no motivation.

**MS. HANSEN:** Let's turn to PDX3-54.

**BY MS. HANSEN:**

**Q.** Now, again, I'd like you to assume that Dr. Wermeling is correct, that the POSA would expect that adding mPEG to the formulation of the '359 application would have achieved a formulation that could be administered by an unmodified device.

What concerns might the POSA have with respect to other formulations considerations -- formulation considerations of reducing viscosity using mPEG?

**A.** So as I talked about earlier, the formulator tries

to balance multiple parameters or desirable outcomes for their formulation for nasal sprays. So just substituting mPEG into the formulation might reduce viscosity, maybe it would change the sprayability. But its effect on other aspects of the formulation, like the safety and tolerability, stability, the solubility may all be changed. That was the unknown at the time to a person of ordinary skill.

**MS. HANSEN:** Let's pull up Dr. Wermeling's Slide 39.

**BY MS. HANSEN:**

**Q.** Now, let's focus on the other item that Dr. Wermeling opines the POSA would be motivated to do to the Wermeling '359 formulation, which is "Improve tolerability by reducing propylene glycol content, and instead, replacing propylene glycol by increasing PEGs, including mPEG 350, and adding water."

Do you agree with Dr. Wermeling that the POSA would be motivated to do that?

**A.** No.

**Q.** Now, Dr. Wermeling opined that "The POSA would be motivated to use mPEG to reduce the concentration of propylene glycol to reduce irritation."

What was known prior to 2007 about whether mPEG was tolerable for intranasal administration?

**A.** Nothing was known about mPEG 350 tolerability intranasally.
**Q.** Now, Dr. Wermeling describes propylene glycol as an "excellent cosolvent."
What was known in the art about midazolam's solubility in mPEG?
**A.** It hadn't been studied. Nobody knew how midazolam would dissolve in mPEG 350.
**Q.** And remind me, how do the viscosities of propylene glycol compare to, say, mPEG 350?
**A.** They're roughly the same order of magnitude.
**Q.** So if the POSA were to take Dr. Wermeling's exemplar formulation, PEG 400 and propylene glycol and butylated hydroxytoluene, and replace some of the propylene glycol with mPEG, what would the POSA expect the viscosity of the resulting formulation to be?
**A.** They would expect it to be different, but probably not that markedly different because those viscosities are, you know, on the same order of magnitude.
**Q.** Dr. Wermeling also opined that the POSA would be motivated to use water in the '359 formulation to improve tolerability.
Do you agree with Dr. Wermeling's opinions?
**A.** No.
**MS. HANSEN:** Let's turn to PDX3-55.

**BY MS. HANSEN:**

**Q.** Would the POSA have any concerns with adding water to an intranasal midazolam formulation?

**A.** Yes. Since midazolam is poorly soluble in water, adding water for maybe safety and tolerability may change now the solubility of midazolam in that composition, you know, it may precipitate out and have stability problems. It may also change nasal absorption. Things like that.

**Q.** Now, Dr. Wermeling opined that "The POSA would reduce propylene glycol, add water, add mPEG 350 to the example formulation of '359 publication comprising midazolam base."

And I'd like to focus in particular on that use of midazolam base. Were there known alternatives in intranasal midazolam formulations to using midazolam base?

**A.** Yeah, salts of midazolam.

**Q.** If the POSA is reducing propylene glycol, adding water, and adding mPEG 350 to the formulation, would the POSA still be motivated to have midazolam base?

**A.** Well, salts of midazolam are more soluble in water. So if you've got a composition with water in there, then they may be motivated to turn to those midazolam salts.

**MS. HANSEN:** Let's take a look again at the '893 publication, DTX-2294. Let's turn again to Page 14,

Line 2.

**BY MS. HANSEN:**

**Q.** What, if anything, does the Merkus '893 publication say about using midazolam base versus midazolam salts?

**A.** Yes. So near the top there, it says, "Therefore, the aqueous solubility of midazolam base at neutral pH is too low to prepare suitable midazolam formulations, and for this purpose, midazolam salts, e.g., with hydrochloride have to be used."

**Q.** In light of this section, would the POSA be motivated to add water to a formulation of midazolam base?

**A.** No. This is teaching the POSA that midazolam base has low aqueous solubility.

**MS. HANSEN:** Let's turn to PDX3-56.

**BY MS. HANSEN:**

**Q.** If the POSA were to use mPEG 350 in their midazolam intranasal formulation, and, therefore, venture out of the excipients that had previously been used in intranasal formulations, would the POSA be limited, and, therefore, motivated to also use water, PEG 400, and propylene glycol?

**A.** So if you're opening up your excipient library to things beyond intranasal excipients, there's many different types of solubilizers and cosolvents that one

could look at.

**MS. HANSEN:** If we could turn to PDX3-57.

**BY MS. HANSEN:**

**Q.** Do you agree that -- was mPEG an identified excipient for use in intranasal formulations as of January 2007?

**A.** No, it had never been used.

**Q.** And were the results of using mPEG in an intranasal formulation predictable?

**A.** No. It hadn't been studied on those factors that I've shown in my diagram.

**Q.** And if you're opening it up to any excipient in the pharmaceutical arts, is there a -- is that a finite limited number of options?

**A.** No.

**MS. HANSEN:** Your Honor, I'm about to move to something else. I don't know if you want to break for lunch?

**THE COURT:** I think this would be a good time for our lunch break. It's 12:45. Let's reconvene at 1:30.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

Okay. We're back from lunch. And just before we begin, I had two questions and one was about an

2006 formulation clearly failed.

**MS. HANSEN:** Let's turn to PDX3-63.

**BY MS. HANSEN:**

**Q.** I'd like to turn to licensing next. Could you please summarize your opinions with regard to licensing?

**A.** Sure. So the patents-in-suit have been licensed by several companies over the years, multiple licensing agreements indicating that multiple companies valued the patents-in-suit.

**MS. HANSEN:** Let's turn to PDX3-64.

**BY MS. HANSEN:**

**Q.** Could you please summarize the licensing history of the technologies covered by the patents-in-suit?

**A.** Sure. So here I have four licensing events. The first one was between Hananja and ITI back in 2007. Then, ITI -- who was then called Ikano -- had sublicensed to Upsher-Smith. Then in 2017, Upsher Smith assigned their sublicense to a new company called Proximagen. Then in 2018, UCB acquired that sublicense and the original license.

**Q.** Okay. And I'd like to take a look at documents that you had listed here?

**MS. HANSEN:** And, Your Honor, given that we intend to seek to file these under seal, we prefer not to put them on the screen. And so, therefore, we would just

ask Dr. Smyth to look at them in his notebook and identify them for the Court.

**BY MS. HANSEN:**

**Q.** Let's first turn to DTX-2417. What does this cover page describe?

**A.** It says, "Second consent and amendment." It's a Hananja -- and it's between Hananja and Ikano Therapeutics.

**Q.** Let's go to the page ending Bates 33960 in your binder. At a high level, what is shown on this page?

**A.** So this says, "University of Iceland exclusive patent license agreement."

**Q.** What is the date of that agreement?

**A.** September 2007, the 12th day of September.

**MS. HANSEN:** I'd like to move DTX-2417 into evidence.

**MR. GUINTA:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2417 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** If you could take a look at DTX-2416 in your notebook, please.

**A.** Okay.

**Q.** Do you recognize this document?

**A.** Yes.

**Q.** What is this?
**A.** This is an exclusive license agreement made between Ikano Therapeutics and Upsher-Smith.
**Q.** What is the date of this agreement?
**A.** June 21, 2010.
**Q.** Did you rely on this document in forming your opinions?
**A.** Yes.
**MS. HANSEN:** I'd like to move DTX-2416 into evidence.
**MR. GUINTA:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2416 is admitted into evidence.)
**BY MS. HANSEN:**
**Q.** I'd like you to take a look at DTX-2414 in your notebook.
**A.** Okay.
**Q.** Do you recognize this document?
**A.** Yes.
**Q.** What is this?
**A.** This is the Amended and Restated First Amendment to the Exclusive License Agreement.
**Q.** And who are the parties to this agreement?
**A.** I believe it's between Ikano and Proximagen.
**Q.** Did you rely on this document in forming your opinions?

**A.** Yes.

**MS. HANSEN:** I'd like to move DTX-2414 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2414 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Please look at DTX-2409 in your notebook.

**A.** Okay. I'm there.

**Q.** Okay. Do you recognize this document?

**A.** Yes.

**Q.** What is this document?

**A.** It's entitled "Asset Purchase Agreement" by UCB as the purchaser and Proximagen as the seller.

**Q.** What's the date of this agreement?

**A.** April 18, 2018.

**Q.** Did you rely on this document in forming your opinions?

**A.** Yes.

**MS. HANSEN:** I'd like to move DTX-2409 into evidence.

**MR. PATEL:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2409 is admitted into evidence.)

**BY MS. HANSEN:**
**Q.** And, finally, what is DTX-2415?
**A.** This is a license and asset purchase agreement.
**Q.** And who are the parties to this agreement?
**A.** Ikano and UCB.
**Q.** What's the date on this agreement?
**A.** April 18, 2018.
**MS. HANSEN:** I'd like to move to admit DTX-2415 into evidence.
**MR. GUINTA:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2415 is admitted into evidence.)

**MS. HANSEN:** Your Honor, I would ask that the Court provisionally put DTX-2417, 2414, 2416, 2415, and 2409 as provisionally sealed.
**THE COURT:** Okay. Any objection?
**MR. GUINTA:** No objection, Your Honor.
**THE COURT:** All right. We'll put those as sealed, and we'll request that the parties take a look and see if we can get redacted versions.
**BY MS. HANSEN:**
**Q.** Now, I'd like to speak a little bit about what was going on during the time of that first license, September 12, 2007.

Can you remind us who were the parties to that original license?
**A.** It was between Hananja and ITI.
**Q.** Was ITI working on developing other intranasal benzodiazepine formulations in the early 2000s?
**A.** It's my understanding they were, yes.
**MS. HANSEN:** Let's pull up DTX-2442.
**BY MS. HANSEN:**
**Q.** What is this document, Dr. Smyth?
**A.** It is an e-mail from Intranasal Therapeutics about a press release.
**Q.** What's date of this e-mail?
**A.** August 15, 2006.
**Q.** What is the subject matter of this press release?
**A.** Intranasal Therapeutics closes 39.1 million Series A venture financing.
**Q.** Looking to the fourth full paragraph and the line, "In addition," what, if any, seizure products did ITI hope to use this funding to further develop?
**A.** They said, "ITI expects to advance trials of an intranasal version of lorazepam, a benzodiazepine used for treating seizures which is currently in Phase I trials."
**Q.** To the best of your understanding, as of 2006, did ITI have rights to any other intranasal benzodiazepines

formulations?

**A.** I think so, yes.

**Q.** Why, if at all, does the fact that ITI had rights to other intranasal benzodiazepine formulation that were in development near the time it signed the September 2007 agreement with Hananja, matter to your licensing analysis?

**A.** So ITI, despite having clinically advanced products, or I guess projects, was still interested in the technology that was covered by the patents-in-suit. So they obviously valued the patents-in-suit.

**MS. HANSEN:** Now, I would like to move DTX-2442 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2442 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** If we could turn back to PDX3-64. Who is the current licensor to the patents-in-suit?

**A.** UCB.

**MS. HANSEN:** Your Honor, I'd like to close the courtroom for a very limited period of time to discuss some confidential UCB information.

**THE COURT:** Okay. Any objection?

**MR. GUINTA:** No objection, Your Honor.

**Q.** What is your opinion regarding whether or not Cipla copied the Nayzilam formulation?
**A.** It's my opinion that Cipla copied.
**Q.** Are you aware of whether or not Cipla tried to develop any alternative formulations, rather than copying the Nayzilam formulation?
**A.** Yes.
**Q.** Let's turn to PDX3-66.
Could you please describe, at a high level, some of the milestones in Cipla's efforts to develop its generic copy of Nayzilam?
**A.** Sure. We heard this morning, that Cipla began their attempts to develop an intranasal -- nasal -- midazolam formulation that would design around Nayzilam.
In May of 2020, there was a communication between Cipla with the FDA about a potential alternative formulation that they had developed. And, then, in June of 2021, Cipla filed their ANDA using the same formulation as Nayzilam.
**Q.** Now, apologies. I may have just missed it. But when did Cipla begin its attempts to design around Nayzilam?
**A.** 2018.
**Q.** What is your opinion on why Cipla made these efforts between 2018, and ultimately it's filing in June of 2021,

to develop an alternative intranasal midazolam formulation to Nayzilam?

**A.** They were attempting to design around the Nayzilam composition.

**Q.** Now, let's talk about those efforts a little bit.

Were you in the courtroom when Cipla's witness, Mr. Mittal, testified about PowerPoints drafted relating to the midazolam nasal spray development efforts?

**A.** Yes.

**MS. HANSEN:** Let's pull up PTX-1210.

**BY MS. HANSEN:**

**Q.** Do you recognize this document?

**A.** Yes. That's the PowerPoint presentation.

**Q.** And did you rely on it in forming your opinions in this case?

**A.** Yes.

**Q.** Did you hear Mr. Mittal testify that this document was attached to an October 2018 e-mail?

**A.** I think I did, yes.

**Q.** And on a high level, what does that PowerPoint presentation describe?

**A.** It describes Cipla's internal efforts to develop a midazolam unit dose nasal spray.

**Q.** Do any of the formulations Cipla described in this PowerPoint use mPEG?

**A.** No.
**Q.** Were you in the courtroom to hear testimony from Cipla's witness, Kalinda Gandhi?
**A.** Yes.
**MS. HANSEN:** I'd like to pull up PTX-1211.
**BY MS. HANSEN:**
**Q.** What is this native Excel workbook?
**A.** This is an Excel -- a series of Excel worksheets that, I guess, look at midazolam nasal spray formulations.
**Q.** And did you review this document while rendering your opinions?
**A.** Yes.
**Q.** Now, let's go to the first sheet entitled Trials --
At a high level, what does this sheet depict?
**A.** This has various batch numbers and compositions for midazolam nasal spray, and the strength of 5 milligrams.
**Q.** And how does that strength, 5 milligrams, compare to Nayzilam?
**A.** It's the same.
**Q.** About how many different batches are listed here?
**A.** Couple of dozen -- or dozens, I guess. It goes down, I don't know, 48, sort of, rows, I think.
**Q.** Do these formulations all have the same formulation or different formulations?

**A.** Some of them are different.
**Q.** Let's turn to the sheet entitled "Midazolam trials 50 mg per mL."
At a high level, what does this sheet depict?
**A.** This, again, is showing midazolam nasal spray 5-milligram compositions. You have the ingredients on the left and different compositions in the rows over to the right.
**Q.** And I see that there is a column -- I think it's Column E. What is that column provide?
**A.** That's entitled "The FDA-IID," in brackets, "nasal." So it's essentially the -- I guess the level of the excipient that's listed in the FDA ingredients -- inactive ingredients database.
**Q.** And not counting midazolam, approximately how many different ingredients are listed here?
**A.** About 20.
**Q.** Is PEG-200 contained in this list?
**A.** No.
**Q.** Now, let's look at the 12th ingredient here, glycofurol. How many different formulations did Cipla try that contained glycofurol?
**A.** Five formulations.
**Q.** To the best of your knowledge, did Cipla ever advance a glycofurol-containing formulation for FDA

approval?
**A.** Not to my knowledge.
**Q.** Now, let's look at the 19th and 20th ingredient listed on this spreadsheet. What are those ingredients?
**A.** That's hydrochloric acid at different strengths.
**Q.** And what does this Cipla spreadsheet provide as the purpose of using hydrochloride as an ingredient?
**A.** It's a pH adjusting agenting.
**Q.** Did every formulation in this spreadsheet comprise hydrochloride?
**A.** No.
**Q.** Let's turn to PDX3-66.
In the course of its about two-plus years' development, approximately how many inactive ingredients do you understand Cipla to have tried in an attempt to develop a non-mPEG-based intranasal midazolam formulation?
**A.** At least 25 different excipients.
**Q.** Give some examples of some of them?
**A.** Benzyl alcohol, propylene glycol, povidone, sulfobutylether beta-cyclodextrin.
**Q.** And approximately how many different formulations do you understand Cipla to have tried over that two and a half -- or two-plus-year period in an attempt to develop a non-mPEG-based intranasal midazolam formulation?

**A.** Dozens.
**Q.** I see you relied on some cited documents here and we already talked about PTX-1211 and PTX-1210. So I would like --
**MS. HANSEN:** If we could pull up PTX-1216. Turn to Page 2.
**BY MS. HANSEN:**
**Q.** What is this document?
**A.** I believe it's a large electronic laboratory notebook printout.
**Q.** Did you rely on this document in forming your opinions in this case?
**A.** Yes.
**MS. HANSEN:** I'd like to admit PTX-1216 into evidence.
**MR. GUINTA:** No objection.
**THE COURT:** It's admitted.
(Exhibit PTX-1216 is admitted into evidence.)
**BY MS. HANSEN:**
**Q.** Let's turn to PTX-1031. And what is this document?
**A.** It's entitled Bill of Material for Sterile Topical.
**Q.** This is a document that you relied on in forming your opinions in this case?
**A.** Yes.
**MS. HANSEN:** I'd like to admit PTX-1031 into

evidence?

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1031 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's pull up PTX-1032.

Dr. Smyth, what is this document?

**A.** This is another one of those bill of material for sterile and topical.

**Q.** Is this a document that you relied on in rendering your opinions in this case?

**A.** Yes.

**MS. HANSEN:** I'd like to admit PTX-1032 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1032 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Did Cipla use a PEG other than PEG 400 in any of its formulations?

**A.** No.

**Q.** Let's go back to the timeline Slide PTX-3-66.

Now, earlier you spoke about how in May 2020, Cipla sought guidance for an alternative formulation. Is there a particular name in the regulatory space for that type

of formulation with respect to an RLD like Nayzilam?
**A.** So it's not exactly the same as the RLD. It's called non-Q1/Q2 formulations, meaning it's not qualitatively or quantitatively the same.
**Q.** By "quantitatively or qualitatively the same," the same what?
**A.** Either different ingredients than RLD or the levels of those ingredients are significantly different.
**Q.** Let's turn to the document you cited here, PTX-1206. What is this document?
**A.** This is a correspondence from the U.S. FDA.
**Q.** And what is the subject matter of this controlled correspondence?
**A.** Midazolam NDA 211321 requirements to establish bioequivalence.
**Q.** What are the dates of this document?
**A.** It's around May 19th to the 21st of 2020.
**Q.** Let's turn to Page 5 of this document, Bates 265.
Looking at the background section, could you describe the excipients used in the non-Q1/Q2 formulation that Cipla was proposing to develop?
**A.** Sure. So the midazolam nasal spray would deliver 5 grams midazolam, .1 mLs of solution containing ethanol, polysorbate 80, polyethylene glycol 400, propylene glycol, disodium edetate, hydrochloric acid, and water

for injection.
**Q.** Did this formulation contain glycofurol?
**A.** No.
**Q.** Did this formulation contain PEG 200?
**A.** No.
**Q.** Is this formulation the same or different from the formulation that we saw from Paragraph 85 of Wermeling '359?
**A.** It's different.
**Q.** How did this non-Q1/Q2 formulation perform in terms of pharmacokinetics as compared to Nayzilam?
**A.** It's my understanding that it had higher bioavailability.
**Q.** Is that a problem with respect to getting FDA approval through any route?
**A.** For generic, they have to show bioequivalence. The higher bioavailability would mean you are not bioequivalent. But if you are filing for a NDA, then higher bioavailability may not be a problem.
**Q.** Could Cipla have chosen to continue trying to develop a formulation that did meet bioequivalence with Nayzilam?
**A.** Sorry. Can you repeat the question?
**Q.** Sure. Could Cipla have chosen to continue trying to develop a formulation that did meet bioequivalence rather

than turning to a copy of Nayzilam?
**A.** Yes.
**Q.** Are you aware of whether this formulation that we're looking at here in the background would otherwise meet the necessary requirements; e.g., safety and efficacy, to receive FDA approval?
**A.** I don't know. I didn't see any documents on the safety of it.
**Q.** Let's look a few paragraphs down in this document to a paragraph beginning with "Hence."
What kind of study was Cipla proposing to undertake to show bioequivalence to Nayzilam?
**A.** Cipla was proposing an in vivo option as the proposed generic test formulation was qualitatively and quantitatively not the same as RLD.
**Q.** Did FDA ultimately provide guidance for what bioequivalence studies to conduct for generic midazolam for non-Q1/Q2 intranasal spray products?
**A.** Yes.
**Q.** And at a high level, what did FDA recommend for how to show bioequivalence for non-Q1/Q2 intranasal midazolam products?
**A.** They gave guidance that companies should use the in vivo option or do pharmacokinetic studies to show bioequivalence.

**Q.** Let's turn back to the timeline slide, PDX3-66.
After three years of development work on its generic intranasal midazolam formulation, what formulation did Cipla settle on for when it actually filed its ANDA?
**A.** The copy of the Nayzilam formulation.
**Q.** And is that copy the same or different from the formulation that we just looked at?
**A.** It's different.
**Q.** Was Cipla required to develop a formulation that used the same inactive ingredients in order to seek regulatory approval, even through the ANDA mechanism?
**A.** No.
**Q.** How do you know that?
**A.** Because the FDA has given guidance on non-Q1/Q2 formulations.
**Q.** Let's turn to PTX-1028.
What is this document?
**A.** This is a controlled correspondence between Cipla and the FDA, I believe.
**Q.** And what's the topic of this controlled correspondence?
**A.** This is midazolam nasal spray Q1/Q2.
**Q.** And did you rely on this document in forming your opinions.
**A.** Yes.

**Q.** Let's turn to Page 2. What are the dates of this correspondence?
**A.** August and October of 2020.
**Q.** If you turn to Page 3, what does FDA say in Note 5 about the composition of generic nasal products?
**A.** It says, according to this code of Federal regulations: "Generally nasal solutions shall contain the same inactive ingredients as the reference listed drug identified by the applicant; however, an ANDA may include different inactive ingredients, provided that the applicant identifies, characterizes the differences, and provides information demonstrating that the differences do not affect the safety or efficacy of the proposed drug product."
**Q.** Is it surprising to you that FDA would require proof that changes to an RLD formulation will not affect safety or efficacy in order to approve a new formulation?
**A.** No.
**Q.** In your experience consulting for pharmaceutical companies, what is your understanding of a sophisticated generic's appreciation of this requirement?
**A.** They would have understood that there's non-Q1/Q2 formulations that can be approved.
**MS. HANSEN:** I'd like to admit PTX-1028 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1028 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's turn to the timeline Slide, PDX3-66.

Could you remind us, when did Cipla file its ANDA?

**A.** June of 2021.

**Q.** And just to recap, after three years of development efforts, what formulation did Cipla ultimately choose to file with FDA?

**A.** The same as Nayzilam.

**Q.** Like to turn to PDX3-68. What's the next objective indicia on which you will be opining?

**A.** Praise.

**Q.** Turn to PDX-1220 and start on the Formula 1 tab.

Dr. Smyth, do you recognize this document?

**A.** Yes. It's an Excel spreadsheet that identifies the midazolam nasal spray 5 milligrams non-Q1Q2 formula.

**Q.** And I'd like to first look at the contents of this formulation. What are the ingredients that Cipla was using in this particular formulation?

**A.** Midazolam, polyethylene glycol 400, propylene glycol, absolute alcohol, and purified water.

**Q.** Does this formulation contain any HCL?

**A.** No.

**A.** Yes, sure.
**Q.** Small, diluted quantities of propylene glycol do not harm the mucosa, right?
I'm going to withdraw that and ask it again.
Small, diluted quantities of propylene glycol do not harm the nasal mucosa, right?
**A.** In small quantities and it's diluted, it's probably not going to harm the nasal mucosa to an extent that a formulator would worry about.
**MR. GUINTA:** Mr. Thorsnes, could we -- disregard.
**BY MR. GUINTA:**
**Q.** You opined that a person of ordinary skill in the art, reading the Carbowax brochure, would not understand that mPEG could be used as a pharmaceutical excipient, right?
**A.** That's right.
**Q.** But a person of ordinary skill in the art would otherwise know that mPEG was a pharmaceutical excipient from other sources, right?
**A.** A person of ordinary skill could have looked at the inactive ingredients database and seen that it was -- mPEG was used in topical formulation gel.
**Q.** And a person of ordinary skill in the art would have been aware of Solaraze, correct?

**A.** Yes.
**Q.** And Solaraze contains mPEG-350, correct?
**A.** That's one of the components of Solaraze, yes.
**Q.** One could determine whether an excipient used in topical formulations would work in an intranasal formulation with only routine experimentation, correct?
**A.** I'm sorry. I blanked out.
**Q.** I'm asking about topical formulations.
**A.** Okay.
**Q.** One could determine whether an excipient, used in topical formulations, would work in an intranasal formulation with only routine experimentation, correct?
**A.** One would need to do those toxicology studies to see if topical excipient in a particular formulation could be used intranasally, yes.
**Q.** That toxicity testing would be routine, correct?
**A.** It's complicated, but it's routinely done in the industry.
**Q.** Evaluation of irritation would also be routine, correct?
**A.** That those types of studies are done? Yes.
**Q.** But it would be routine experimentation, correct?
**A.** It would not be unroutine. People look at irritation studies for different types of chemicals and compounds all the time.

**Q.** If the type of experimentation is typically engaged in it, it can be complex, right?
There can be routine experimentation that is also complex, correct?
**A.** Yes.
**Q.** The same would be true for studying the stability of an mPEG-containing midazolam formulation, right?
That that testing could be complex, right?
**A.** The stability of -- of --
**Q.** Midazolam in mPEG, for example?
**A.** Sure.
**Q.** And the stability in midazolam in a formulation that includes mPEG, correct?
**A.** Sure.
**Q.** Even toxicity studies for an mPEG-containing midazolam formulation would be routine, right?
**A.** There are protocols that are established on how to determine toxicology of formulations and ingredients.
**Q.** And it would be routine -- they could be time consuming, right?
**A.** Yes.
**Q.** And might even require testing in different species of animals, right?
**A.** That's right.
**Q.** But, nonetheless, it would not be undue, correct?

**A.** That's my opinion, yes.

**MR. GUINTA:** Mr. Thorsnes, can we pull up DTX-2506.

**BY MR. GUINTA:**

**Q.** Dr. Smyth, this is one of the documents you considered in forming your opinions in this case, correct?

**A.** I think so, yes.

**Q.** Upsher Smith laboratories is one of the predecessor licensees to Nayzilam that you mentioned this morning, correct?

**A.** Yes.

**Q.** And you'll turn to page Bates ending 559.

**MR. GUINTA:** Mr. Thorsnes, can we blow up the abstract on that page.

**THE WITNESS:** Which tab are we on?

**BY MR. GUINTA:**

**Q.** We are on tab -- you should have a Bates -- I'm sorry, should have a trial exhibit number on the tab. And the trial exhibit number should be DTX-2506.

**A.** Got it. Thanks.

**Q.** USL261 was an internal name for what would become the Nayzilam formulation, correct?

**A.** I believe so, yes.

**Q.** And USL261 is a solution of midazolam consisting of

toxicological valuations and preliminary clinical studies, right?
**A.** Yes.
**Q.** Turn to page Bates ending 562.
They performed the solubility study, correct?
**A.** Yes. That's what -- in this section 4.1, midazolam equilibrium solubility in excipients.
**Q.** And they test equilibrium solubility in each individual excipient?
**A.** That's correct.
**Q.** And that's midazolam solubility, right?
**A.** Right.
**Q.** The base, correct?
If you turn to the next page --
**MR. GUINTA:** And, Mr. Thorsnes, can we blow up the table again, section 4.2 -- 4.1.2, down to the paragraph blow the table. Perfect. Thank you.
**BY MR. GUINTA:**
**Q.** This shows that midazolam -- this shows the midazolam solubility in each individual excipient, right?
**A.** Yes.
**Q.** And mPEG-350 is 131.61 mgs per ml, right?
**A.** Yes.
**Q.** PEG-400 is 127.83 mgs per mL, right?
**A.** Yes.

**Q.** So they're both 130 mgs per mL, wouldn't you say that?
**A.** That's fair.
**Q.** This sort of solubility study that's set up here would be routine, correct?
**A.** Looking at midazolam solubility in different solvents would be routine, yes.
**Q.** I'd like for you to turn page Bates ending 572.
They say the saturation solubility of midazolam in mPEG-350, PEG-400 were comparable, right?
**A.** Yes.
**Q.** And they also state that it was demonstrated, that as the amount of the water in the formulations decreased, midazolam saturation solubility in the formulation increased, true?
**A.** Sorry. I wasn't following you.
**Q.** Sure. I'm on the third bullet point.
**A.** Okay.
Yes, that's what it says.
**Q.** And the last bullet point says: "The final proposed formulations for placebo in all four strengths, shown in Table 12, therefore, suitable for use in all further development activities."
Right?
**A.** Yes.

**MR. GUINTA:** And if we go to Table 12, which is on page Bates ending 571, Mr. Thorsnes.

**BY MR. GUINTA:**

**Q.** See that in the study, they worked out the individual -- the individual water contents that can be used in each of these concentrations of midazolam formulations, correct?

**A.** These were their final proposed midazolam formulations that had different levels of water and midazolam.

**Q.** And this sort of solubility study would also be routine, correct?

**A.** This is not a solubility study. This is -- now they put them into formulations. They're not measuring solubility.

**Q.** Right. The entire package, the entire exercise, going -- getting from the solubility study to this point where you have the reformulation, that would be routine, correct?

**A.** Yes. There are some subtleties there where -- you know, when you start -- you can look at solubility in individual excipients. And then when you start putting them together into a formulation, the solubility rules don't apply because you have interactions between the different excipients in that entire composition. So you

get like hydrogen bonding that can change the solubility of things.

**Q.** But those -- figuring that out would still be routine to a person of ordinary skill in the art, correct?

**A.** Yes. You have to do the studies, but those studies would involve just making formulations and testing them.

**Q.** They would be routine; is it fair to say that?

**A.** Yes.

**Q.** Put that exhibit aside.

Now, '322 Patent, Claim 10, is the one that's limited to midazolam base and mPEG, right?

**A.** The '322 Patent, you said?

**Q.** Yeah. Claim 10.

**A.** Yes.

**Q.** There are formulations within the '322 Patent, Claim 10, that will not work as liquid pharmaceutical compositions formulated for intranasal administration, right?

**MS. HANSEN:** Objection, Your Honor. This is beyond the scope.

**THE COURT:** I'm going to let him answer this question. But if there's some argument about whether or not it was appropriately admitted, you can argue about it in the post-trial briefing.

**MS. HANSEN:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2506 is admitted into evidence.)

**BY MR. GUINTA:**

**Q.** This is the Wermeling '359 publication that we've spoken quite a bit about today, right?

**A.** Yes.

**Q.** And you testified about some prosecution history in which you say the Wermeling '359 publication was before the examiner, right?

**A.** Yes.

**Q.** Now, the examiner never considered the combination of Wermeling '359 and Carbowax, correct?

**A.** Well, I think the Carbowax was listed on the materials considered.

**Q.** Sure. But the combination of Wermeling '359 publication and Carbowax was never the subject of an office action, correct?

**A.** I don't recall seeing this specific -- that combination being called out in the file history.

**MR. GUINTA:** If we can turn to Paragraph 15 of the Wermeling '359 publication. Mr. Thorsnes, can you pull that up, Paragraph 15?

**BY MR. GUINTA:**

**Q.** Now, the Wermeling '359 publication discloses a

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND , | ) | |
| Plaintiffs, | ) | C.A. No. 21-1229-JLH |
| v. | ) | |
| CIPLA LIMITED and CIPLA USA INC. , | ) | |
| Defendants. | ) | |

Thursday, October 5, 2023
9:30 a.m.
Bench Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ.
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.
and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.
BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

\- - - - - - - - - -

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 9:30 a.m.)

**THE COURT:** Good morning. Please be seated.

All right. We're here for the fourth and final day of trial. I'll just say for the record, and I'm sure my courtroom deputy has shared this with you all before we started today, the times from yesterday were three hours, 16 minutes, UCB; two hours, 11 minutes,

**A.** That's correct.
**Q.** You've never been involved as a clinician in the selection of excipients for a particular pharmaceutical formulation, correct?
**A.** That's correct.
**Q.** You're also not an expert in the FDA approval process, correct?
**A.** I am not an expert in the FDA approval process. I've been involved with clinical trials that led to approval, so I've worked with the FDA multiple times.
**Q.** Dr. Privitera, you are not an expert in pharmaceutical business plans either, correct?
**A.** That's correct.
**Q.** You were familiar with UCB prior to your work on this case, correct?
**A.** Yes.
**Q.** You would say that UCB has been pretty consistent in developing drugs for people with epilepsy, correct?
**A.** Yes.
**Q.** You believe that the drugs that UCB has produced and marketed, that those drugs have made an impact in the field of epilepsy, correct?
**A.** Yes.
**Q.** And one of UCB's epilepsy drug products is Nayzilam, correct?

**A.** Yes.
**Q.** Nayzilam was approved in May 2019, right?
**A.** Yes.
**Q.** And at the time of its approval, Nayzilam was the first FDA-approved intranasal medication for the treatment of ARS, correct?
**A.** Yes. In the United States, the first FDA approved.
**Q.** And, Dr. Privitera, you agree that Nayzilam filled the need for a marketed version of an intranasal medication for ARS, correct?
**A.** As I think I outlined in my presentation, there was -- it filled some need, but there's a wide variety of different medications you can use that -- to treat acute repetitive seizures.
**Q.** Understood.
In the United States, there are a number of patients who are able to use Nayzilam in an area that was not covered by other treatments, correct?
**A.** Yes.
**Q.** There's a subset of patients for which a product for nasal administration filled a gap that other treatments did not fill, correct?
**A.** A subset of patients; I would agree with that.
**Q.** And, Dr. Privitera, you would refer to Nayzilam as an advance in the treatment of acute repetitive seizure,

correct?
**A.** I believe I referred to it as an advance because it improved the availability of delivering midazolam to patients with acute repetitive seizures.
**Q.** Now, I don't think you mentioned this in your direct examination, but from 2011 to 2016, you served on the Data Safety Monitoring Board for intranasal midazolam studies conducted by Upsher-Smith, correct?
**A.** That's correct.
**Q.** The Data Safety Monitoring Board work that you did, that involved the Phase III study for Nayzilam called the Artemis, correct?
**A.** Yes.
**Q.** You viewed, at the time, this Nayzilam clinical trial as an important step to have the drug approved so that it could be marketed, correct?
**A.** What -- I was on the DSMB for the study, that's correct. So I'm not sure how -- I wasn't on the DSMB because I thought it would -- was an important drug. I was on the DSMB because I felt it's important to work on behalf of the epilepsy community. DSMB is somebody who is not involved in the trial and just looks at safety data.
**Q.** Dr. Privitera, when you were doing the work on the DSMB on the Artemis clinical trial, you viewed Nayzilam

**BY MR. GIUNTA:**

**Q.** What is your opinion as to why there were no unexpected results associated with Nayzilam?

**A.** So when I looked at the data and these chemicals, I had no unexpected reason to think that mPEG would not solubilize at that molecular weight of an mPEG. So it's a true solution that I would expect in a linear polymer of the same general construct, that you could solubilize it.

The pH of Nayzilam is not surprising, given its constituents. And that, since it's demonstrated that the mPEG had the lowest viscosity, if you use it as a component, it's going to reduce the average viscosity of the composition. And these linear polymers are used in a lot of pharmaceutical products, and so it wouldn't surprise me that it could be suitable for intranasal administration.

**Q.** Let's talk a little bit about mPEG's ability to solubilize midazolam being expected.

**MR. GIUNTA:** Can you go to the next slide, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** Would a person of ordinary skill in the art have been surprised that mPEG 350 could solubilize midazolam?

**A.** No. As I stated earlier, that wasn't a surprise.

It was a known pharmaceutical solvent, these linear polymers were. And the physical chemical properties were understood, and the general structure of how these properties work based on molecular weight was known.

PEG 400 has a similar molecular weight and was known to be an effective solubilizer for midazolam; that was known. And that PEG 400 and mPEG 350 have very close structural similar, probably 98, 99 percent of the molecule is the same. Just that one little terminus end. So would I have expected mPEG 350 to solubilize this similar to PEG 400.

**Q.** Would a person of ordinary skill in the art have been able to confirm that expectation through routine testing?

**A.** Absolutely.

**Q.** Are you aware of routine solubility testing being performed in connection with -- with mPEG 350 in connection with the asserted patents?

**A.** Yes.

**Q.** And Dr. Smyth spoke a little bit about that solubility testing yesterday, right?

**A.** He did.

**Q.** What were the results of that testing?

**A.** I believe we have a report from ITI's testing or -- was ITI it or Upsher? But the result was that they had

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 21-1229-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| CIPLA LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Tuesday, May 28, 2024
1:00 p.m.
Courtroom 6D

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
BY: MEGAN DELLINGER, ESQ.

-and-

COVINGTON & BURLING, LLP
BY: ALEXA R. HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: JOHN VEISLEMLEIN, ESQ.
BY: CHARLES HALL, ESQ.

Counsel for the Plaintiff

APPEARANCES CONTINUED:

MORRIS JAMES, P.A.
BY: CORTLAN HITCH, ESQ.

-and-

K&L GATES
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADANI BERLIN, ESQ.

Counsel for the Defendant

-----------------------------

12:59:41 COURT CLERK: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Jennifer L. Hall presiding.

12:59:48 THE COURT: Hi. Good afternoon, everyone. Please be seated.

12:59:52 So we're here today for closing arguments after post-trial briefing. This is UCB versus Cipla. It's civil action number 21-1229. We're here live in the courtroom today, but I understand we also have some folks from the clients participating via teleconference and so I'll remind anyone listening right now to please make sure your phones are on mute and also that any recording of the proceedings today is against the law. It's strictly prohibited. So we'll allow people to listen in, but there's going to be no

it was a process claim that required an alkaline reacting compound, an ARC. And the claim claimed three specific ARCs. It claims a salt of phosphoric acid, carbonic acid or silicic acid. That was the requirement of the claim, it has to be one of those three alkaline reacting compounds.

The prior art disclosed arginine as the ARC, the alkaline reacting compound and the Court credited, in expert testimony, that it would have been obvious to replace the arginine, which was a known ARC, for one of the ARCs of the claim. And again, interchangeability by itself was sufficient to provide motivation to combine.

And in other cases very similar, because if you draw an analogy to the *Almirall* case, you have the *Wermeling* formulation that discloses a number of excipients including PEG, midazolam and PEG, right, and then you have the *Dow Brochure* that has PEG and mPEG that talks about many of the similar properties of PEGs and mPEGs, including them being widely -- a large number of compounds being soluble in each. And so you have one claim with PEG -- one formulation with PEG in it and then you have something that talks about common properties of PEG and mPEG. And so again, one of ordinary skill in the art would understand them to be interchangeable and I'll show the the specific disclosures in *Dow*.

THE COURT: Let me ask you, though. I just want

to make sure I understand your position.

I understand your position about interchangeability with respect to it would soluble the active ingredient and that it would have a viscosity that would be predictable. But you agree, don't you, that -- and there was some -- I'm not going to dispute there was some evidence at trial, but you would agree that a person of skill would have had to have recognized that mPEG would have been suitable or use in intranasal formulation? You agree that that's part of the test?

MR. PATEL: Yes. So mPEG would have to be suitable for intranasal formulation and for the points I'll talk about. But that role of MPEG, suitable for intranasal formulation, would be limited to it acting as a solvent. I don't think it goes as far as to say that it would then have to be necessarily subject to an FDA approved product.

THE COURT: Well, let's not go that far, but let's go a little bit farther. Does it have to work?

MR. PATEL: It has to work for an intranasal formulation, correct.

THE COURT: It does.

MR. PATEL: Yes.

THE COURT: And does that include being safe to be used for an intranasal formulation?

MR. PATEL: It has to have a certain level of

13:25:48 safety. Not, again, for FDA approval purposes.
13:25:51 THE COURT: But it couldn't be poisonous, for
13:25:53 example.
13:25:54 MR. PATEL: Yes, that's correct. And there's no
13:25:56 evidence in the record that it was poisonous.
13:25:58 THE COURT: Well, there was some evidence in the
13:25:59 record about some other prior art formulation remodeling
13:26:01 bones, right? If it did that, would that be -- I mean, do
13:26:06 you see the question I'm having here? There's no claim
13:26:10 construction here, so I agree that it doesn't mean FDA
13:26:13 approval, but it does of to work and it does of to be safe.
13:26:16 There's some implicit requirement in the claim because it
13:26:19 says intranasal formulation, you agree with that?
13:26:23 MR. PATEL: That's correct.
13:26:24 THE COURT: Okay.
13:26:25 MR. PATEL: And so we have the *CARBOWAX*
13:26:28 *Brochure*, which I was going to turn to next. And as I
13:26:31 indicated, Your Honor, it shows the similarities between
13:26:33 mPEG and PEG. And in this case, again, to remind you, it
13:26:38 only discusses mPEGs and PEGs. The brochure has no other
13:26:39 family of compounds except for the family PEGs and mPEGs.
13:26:43 As I mentioned earlier, it talks about the fact
13:26:45 that PEGs and mPEGs are a family of water soluble linear
13:26:50 polymers and it has the specific structures there. It also
13:26:55 says that the PEG and mPEG provided by *Dow* "meet all

US 20040176359A1

(19) **United States**

(12) **Patent Application Publication** (10) **Pub. No.: US 2004/0176359 A1**

**Wermeling** (43) **Pub. Date: Sep. 9, 2004**

(54) **INTRANASAL BENZODIAZEPINE COMPOSITIONS**

(75) Inventor: **Daniel P. Wermeling**, Lexington, KY (US)

Correspondence Address:
**KALOW & SPRINGUT LLP**
**488 MADISON AVENUE**
**19TH FLOOR**
**NEW YORK, NY 10022 (US)**

(73) Assignee: **University of Kentucky Research Foundation**, Lexington, KY

(21) Appl. No.: **10/803,521**

(22) Filed: **Mar. 17, 2004**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/418,260, filed on Apr. 15, 2003, which is a continuation of application No. 09/790,199, filed on Feb. 20, 2001, now Pat. No. 6,610,271.

**Publication Classification**

(51) **Int. Cl.**[7] ............ **A61K 31/5513**

(52) **U.S. Cl.** ............ **514/221**

(57) **ABSTRACT**

A pharmaceutical composition for intranasal administration to a mammal. The pharmaceutical composition comprises an effective amount of a benzodiazepine or pharmaceutically acceptable salt thereof; and a nasal carrier. In some embodiments, the pharmaceutical composition when administered intranasally produces a rapid physiological response. Pharmaceutical compositions may also include at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof.

DEFENDANTS' EXHIBIT
DTX-2208
exhibitsticker.com

CIPLA_MIDA_038575




**Figure 1. Mean (n=12) plasma midazolam concentration versus time profiles following 5.0 mg midazolam treatments A, B and C (IV, IM and IN, respectively).**




**Figure 2.** Mean (n=12) plasma midazolam concentration versus time profiles following 5.0 mg midazolam treatments A, B and C (IV, IM and IN, respectively).




**Figure 3.** **Mean (n=17) plasma midazolam concentration versus time profiles following treatments A, B and C (IV, IM and IN, respectively).**




**Figure 4. Mean (n=17) plasma midazolam concentration versus time profiles following treatments A, B and C**

# INTRANASAL BENZODIAZEPINE COMPOSITIONS

[0001] This application is a continuation-in-part of U.S. application Ser. No. 10/418,260 filed Apr. 15, 2003, which is a continuation application of U.S. application Ser. No. 09/790,199 filed Feb. 20, 2001, now U.S. Pat. No. 6,610,271. The entire disclosure of these applications is herein incorporated by reference.

## BACKGROUND

[0002] Benzodiazepines have been used to prevent or treat a wide variety of clinical conditions based on their anxiolytic, hypnotic, anticonvulsant, and antispastic properties. Some benzodiazepines have also demonstrated efficacy for their antipanic, antidepressant, amnestic, and anesthetic effects.

[0003] Chlordiazepoxide and diazepam, the earliest benzodiazepines, have the classic 1,4-diazepine ring structure and also a 5-aryl substituent ring fused to a benzene ring. A number of modifications to the 1,4-diazepine structure led to compounds such as midazolam, which is a short-acting benzodiazepine that has an imidazo ring fused to the diazepine ring, and alprazolam and triazolam, which have a triazolo ring fused to the diazepine ring. There are other compounds that do not have the classic benzodiazepine structure, yet still have the anxiolytic or sedative effects associated with some of the benzodiazepines. These other compounds include for example, zopiclone, zolpidem, abecarnil, and bretazenil.

[0004] The therapeutic effects of benzodiazepines and other compounds, in part, result from enhancing the actions of the inhibitory neurotransmitter gamma-aminobutyric acid (GABA) at its receptor. Benzodiazepines work at the GABA receptor and cause GABA to produce a more rapid pulsatile opening of the chloride channel causing an influx of chloride into the cell.

[0005] Benzodiazepines have different onset and duration of action, making them useful in treating a variety of different clinical conditions. Benzodiazepines with short onset and duration of action may be useful when an immediate effect is needed (e.g., for outpatient surgical and diagnostic procedures), although longer duration of action may be desired (e.g., in treatment of sleep-maintenance disturbances or for seizure control). Some benzodiazepines have been used to treat anxiety, schizophrenia, phobias, sleep and depressive disorders. Used alone or in combination with neuroleptics, benzodiazepines have proved valuable for management of various psychiatric emergencies involving agitation or hostility. Intravenous diazepam is frequently a life saving drug in various convulsive emergencies, such as status epilepticus or tetanus spasms. Benzodiazepines frequently bring substantial relief of spasticity and involuntary movement disorders, such as, choreas, myoclonus, and some dyskinesias and dystonias associated with use of neuroleptic medications. Benzodiazepines are also effective in managing acute withdrawal from alcohol. When administered prior to surgical procedures, benzodiazepines reduce anxiety, provide sedation, facilitate anesthetic induction, and produce amnesia for the events surrounding induction. In the treatment of cancer, lorazepam and other benzodiazepines can help to control nausea and vomiting associated with chemotherapy.

[0006] Although benzodiazepines can be used to treat a wide variety of conditions, a patient's non-compliance or failure to take medication as prescribed, has been linked to inadequate treatment of many conditions. Some benzodiazepines are available by injections (e.g., intravenous (IV), intramuscular (IM) or subcutaneous injection). The intravenous route is normally regarded as one of the most inconvenient routes to administer medication. Intravenous administration may cause non-compliance, because not only do patients fear getting the injection, but unpleasant experiences such as pain, irritation and infection resulting at the injection site may also lead to non-compliance.

[0007] The intranasal route is currently receiving special interest for administering benzodiazepines. When medication is administered via the intranasal route, the medication is applied to the nasal mucosa where it is absorbed. The extensive network of blood capillaries under the nasal mucosa is particularly suited to provide rapid and effective systemic absorption of drugs. The intranasal route of administration should achieve similar dose to plasma concentration (bioavailability) and efficacy to that of the intravenous route.

[0008] Intranasal administration of medication provides numerous advantages over the intravenous route. The principal advantages of intranasal route are non-invasive delivery, rapid drug absorption, and convenience. The intravenous route, unlike the intranasal route, requires sterilization of hypodermic syringes and, in the institutional setting, leads to concerns among medical personnel about the risk of contracting disease if they are accidentally stuck by a contaminated needle. Strict requirements for the safe disposal of needles and syringes have also been imposed.

[0009] In contrast, intranasal administration requires little time on the part of the patient and attending medical personnel, and is far less burdensome on the institution than injectable routes. There is no significant risk of infection of the patient or medical personnel in the institutional setting when dealing with the intranasal delivery of medication.

[0010] A second important advantage of intranasal administration over intravenous is patient acceptance of the intranasal delivery route. In some cases, the injections cause burning edema, swelling, turgidity, hardness and soreness. In contrast, intranasal administration is perceived as non-invasive, is not accompanied by pain, has no after-effects and produces a prompt means of treating a wide variety of medical conditions. This is of particular advantage when the patient is a child. Many, if not most, patients experience anxiety and exhibit symptoms of stress when faced with hypodermic injections via the IM or IV routes. Further, most people have some familiarity with nasal sprays in the form of over-the-counter decongestants for alleviating the symptoms of colds and allergies that they or a family member have used routinely. Another important consideration is that the patient can self-administer the prescribed dosage(s) of nasal spray without the need for trained medical personnel.

[0011] There are different intranasal benzodiazepine compositions known in the pharmaceutical arts. However, some intranasal benzodiazepine compositions have poor absorption or delayed time to peak plasma concentration, which is not appropriate, for prevention or treatment of some clinical conditions. Other prior art benzodiazepine formulations do not enhance patient compliance. For example, some intra-

nasal midazolam formulations are produced at a pH that often causes nasal irritation and burning.

[0012] Based on the above, there is a need for intranasal benzodiazepine compositions with improved properties, such as for example, rapid absorption and time to peak concentration. There is also a need for intranasal compositions that improve patient compliance.

## SUMMARY

[0013] In various embodiments, pharmaceutical compositions for intranasal administration to a mammal are provided. The pharmaceutical composition comprises an effective amount of a benzodiazepine or pharmaceutically acceptable salt thereof and a nasal carrier. In various embodiments, the pharmaceutical composition, when administered intranasally, produce a rapid physiological response.

[0014] In various embodiments, a pharmaceutical composition is provided for intranasal administration comprising: an effective amount of a benzodiazepine or pharmaceutically acceptable salt thereof; a nasal carrier; and at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof.

[0015] In various embodiments, a pharmaceutical composition is provided for intranasal administration to a mammal comprising: an effective amount of midazolam or pharmaceutically acceptable salt thereof, polyethylene glycol, and propylene glycol.

[0016] In various embodiments, a method of treating a mammal in need of rapid sedation, anxiolysis, amnesia, or induction of anesthesia is provided comprising intranasally administering to the mammal an effective amount of a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof; and a nasal carrier; wherein the rapid sedation, anxiolysis, amnesia, or induction of anesthesia occurs within 5 minutes after intranasal administration.

[0017] In various embodiments, a method of treating a mammal in need of rapid sedation, anxiolysis, amnesia, or induction of anesthesia is provided comprising intranasally administering to the mammal an effective amount of a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof; a nasal carrier; and at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof.

[0018] In various embodiments, a method of making a pharmaceutical composition for intranasal administration is provided comprising adding at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof to a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof, and a nasal carrier so as to make the pharmaceutical composition.

[0019] For a better understanding of various embodiments, reference is made to the following description taken in conjunction with the examples, the scope of which is set forth in the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0020] Preferred embodiments have been chosen for purposes of illustration and description, but are not intended in any way to restrict the scope of the claims. The preferred embodiments are shown in the accompanying figures, wherein:

[0021] **FIG. 1** is a graphic representation of mean blood plasma concentration (n=12) of midazolam in plasma versus time for three different midazolam compositions over a four-hour period.

[0022] **FIG. 2** is a graphic representation of mean blood plasma concentration (n=12) of midazolam in plasma versus time for three different midazolam compositions over a twelve-hour period.

[0023] **FIG. 3** is a graphic representation of mean blood plasma concentration (n=17) of midazolam in plasma versus time for three different midazolam compositions over a four-hour period.

[0024] **FIG. 4** is a graphic representation of mean blood plasma concentration (n=17) of midazolam in plasma versus time for three different midazolam compositions over a twelve-hour period.

## DETAILED DESCRIPTION

[0025] Various embodiments will now be described. These embodiments are presented to aid in an understanding of the claims and are not intended to, and should not be construed to, limit the claims in any way. All alternatives, modifications and equivalents that may become obvious to those of ordinary skill on reading the disclosure are included within the spirit and scope of the claims.

[0026] The pharmaceutical composition comprise benzodiazepine or other compounds. Benzodiazepines, as used herein, include but are not limited to alprazolam, brotizolam, chlordiazepoxide, clobazepam, clonazepam, clorazepate, demoxepam, diazepam, estazolam, flurazepam, quazepam, halazepam, lorazepam, midazolam, nitrazepam, nordazapam, oxazepam, prazepam, quazepam, temazepam, triazolam, zolpidem, zaleplon or combinations thereof. Other compounds that have anxiolytic or sedative effects of some benzodiazepines include, for example, zopiclone, zolpidem, abecarnil, and bretazenil.

[0027] In various embodiments, the benzodiazepine may be in free form or in pharmaceutically acceptable salt or complex form. Some examples of pharmaceutically acceptable salts of benzodiazepines include those salt-forming acids and bases that do not substantially increase the toxicity of the compound. Some examples of suitable salts include salts of alkali metals such as magnesium, potassium and ammonium. Salts of mineral acids such as hydrochloric, hydriodic, hydrobromic, phosphoric, metaphosphoric, nitric and sulfuric acids, as well as salts of organic acids such as tartaric, acetic, citric, malic, benzoic, glycollic, gluconic, gulonic, succinic, arylsulfonic, e.g. p-toluenesulfonic acids, and the like.

[0028] In various embodiments, pharmaceutical compositions are provided for intranasal administration comprising midazolam or pharmaceutically acceptable salts thereof. In various embodiments, the pharmaceutical composition comprises midazolam hydrochloride. Midazolam includes 8-chloro-6-(2-fluorophenyl)-1-methyl-4H-Imidazo-[1,5-a][1,4]benzodiazepine, [CAS 59467-70-8]. The molecular weight of midazolam is 325.8.

[0029] Midazolam has the molecular formula: $C_{18}H_{13}ClFN_3$ and exhibits the following general structure:




[0030] In various embodiments, the pharmaceutical compositions comprise a benzodiazepine or pharmaceutically acceptable salt thereof and a nasal carrier. As used herein, "nasal carrier" includes a solution, emulsion, suspension, or powder designed for delivery of the benzodiazepine or other compound to the nasal mucosa. The nasal carrier may include a diluent suitable for application to the nasal mucosa. Suitable diluents include aqueous or non-aqueous diluents or combinations thereof. Examples of aqueous diluents include, but are not limited to, saline, water, dextrose or combinations thereof. Non-aqueous diluents include, but are not limited to, alcohols, particularly polyhydroxy alcohols such as propylene glycol, polyethylene glycol, glycerol, and vegetable or mineral oils or combinations thereof. These aqueous and/or non-aqueous diluents can be added in various concentrations and combinations to form solutions, suspensions, oil-in-water emulsions or water-in-oil emulsions.

[0031] In various embodiments, the nasal carrier comprises polyethylene glycol and propylene glycol. In various embodiments; the polyethylene glycol constitutes from about 15% to about 25% by volume and the propylene glycol constitutes from about 75% to about 85% by volume of the composition. In various embodiments, the polyethylene glycol has an average molecular weight of about 400. In various embodiments, the ratio of polyethylene glycol to propylene glycol is about one to about four.

[0032] The nasal carrier, in some embodiments, may also contain excipients such as antioxidants, chemical preservatives, buffering agents, surfactants and/or agents that increase viscosity. Antioxidants are substances that prevent oxidation of the formulations. Suitable antioxidants for use in the pharmaceutical composition, if one is employed, includes but is not limited to, butylated hydroxytoluene, butylated hydroxyanisole, potassium metabisulfite, and the like.

[0033] In various embodiments, the composition contains a preservative that is chosen in quantities that preserve the composition, but preferably does not cause irritation to the nasal mucosa. Suitable preservatives for use in some embodiments include, but is not limited to, benzalkonium chloride, methyl, ethyl, propyl or butylparaben, benzyl alcohol, phenylethyl alcohol, benzethonium, or combination thereof. Typically, the preservative is added to the compositions in quantities of from about 0.01% to about 0.5% by weight.

[0034] In some embodiments, the formulation is preservative-free. As used herein, preservative-free includes compositions that do not contain any preservative. Thus, the composition does not contain, for example, benzalkonium chloride, methyl, ethyl, propyl or butylparaben, benzyl alcohol, phenylethyl alcohol, or benzethonium.

[0035] If a buffering agent is employed in the composition, it is chosen in quantities that preferably do not irritate the nasal mucosa. Buffering agents include agents that reduce pH changes. Some buffering agents that may be used in the pharmaceutical composition include, but are not limited to, salts of citrate, acetate, or phosphate, for example, sodium citrate, sodium acetate, sodium phosphate, and/or combinations thereof. Typically, the buffer is added to the compositions in quantities of from about 0.01% to about 3% by weight.

[0036] When one or more surfactants are employed, the amount present in the compositions will vary depending on the particular surfactant chosen, the particular mode of administration (e.g. drop or spray) and the effect desired. In general, however, the amount present will be in the order of from about 0.1 mg/ml to about 10 mg/ml, in various embodiments, about 0.5 mg/ml to 5 mg/ml and, in various embodiments, about 1 mg/ml is used.

[0037] In various embodiments, the pharmaceutical composition may include one or more agents that increase viscosity, which are chosen in quantities that preferably do not irritate the nasal mucosa and increase nasal retention time. Some agents that increase viscosity include, but are not limited to, methylcellulose, carboxymethylcellulose sodium, ethylcellulose, carrageenan, carbopol, and/or combinations thereof. In various embodiments, an agent used to increase viscosity and increase nasal retention time is methylcellulose or carbopol. Typically, the agent that increases viscosity may be added to the compositions in quantities of from about 0.1% to about 10% by weight.

[0038] To reduce the bitter taste of the intranasal composition and/or enhance patient compliance, in various embodiments, one or more sweeteners or flavoring agents or masking agents are employed. The sweetener or flavoring agent or masking agent includes any agent that sweetens or provides flavor to the pharmaceutical composition: The sweetener or flavoring agent or masking agent will mask the bitter or bad taste that may occur if the pharmaceutical composition drips back into the mouth after intranasal administration. By addition of a sweetener or flavoring agent or masking agent to the intranasal composition, any barrier that a patient may have to taking the intranasal composition because of unpleasant taste is reduced. By adding a sweetener, flavoring agent or masking agent to the intranasal pharmaceutical composition, patient compliance is enhanced or improved.

[0039] As used herein, one or more sweeteners or flavoring agents or masking agents include, but are not limited to, acacia syrup, anethole, anise oil, aromatic elixir, benzaldehyde, benzaldehyde elixir, cyclodextrins, compound, caraway, caraway oil, cardamom oil, cardamom seed, cardamom spirit, compound, cardamom tincture, compound, cherry juice, cherry syrup, cinnamon, cinnamon oil, cinnamon water, citric acid, citric acid syrup, clove oil, cocoa, cocoa syrup, coriander oil, dextrose, eriodictyon, eriodictyon fluidextract, eriodictyon syrup, aromatic, ethylacetate, ethyl

vanillin, fennel oil, ginger, ginger fluidextract, ginger oleoresin, dextrose, glucose, sugar, maltodextrin, glycerin, glycyrrhiza, glycyrrhiza elixir, glycyrrhiza extract, glycyrrhiza extract pure, glycyrrhiza fluidextract, glycyrrhiza syrup, honey, iso-alcoholic elixir, lavender oil, lemon oil, lemon tincture, mannitol, methyl salicylate, nutmeg oil, orange bitter, elixir, orange bitter, oil, orange flower oil, orange flower water, orange oil, orange peel, bitter, orange peel sweet, tincture, orange spirit, compound, orange syrup, peppermint, peppermint oil, peppermint spirit, peppermint water, phenylethyl alcohol, raspberry juice, raspberry syrup, rosemary oil, rose oil, rose water, rose water, stronger, saccharin, saccharin calcium, saccharin sodium, sarsaparilla syrup, sarsaparilla compound, sorbitol solution, spearmint, spearmint oil, sucrose, sucralose, syrup, thyme oil, tolu balsam, tolu balsam syrup, vanilla, vanilla tincture, vanillin, or wild cherry syrup, or combinations thereof.

**[0040]** In various embodiments, the sweetener is saccharin, sodium saccharin, xylitol, mannitol, glycerin, sorbitol, sucralose, maltodextrin, sucrose, aspartame, acesulfame potassium, dextrose, glycosides, maltose, sweet orange oil, dextrose, glucose, or honey or combinations thereof. Some flavoring agents to use in various embodiments include, but are not limited to, glycerin, wintergreen oil, peppermint oil, peppermint water, peppermint spirit, menthol, or syrup, or combinations thereof. In various embodiments, the masking agents do not make contact with the taste buds. In various embodiments, the masking agent includes, but is not limited to, cyclodextrins, cyclodextrins emulsions, cyclodextrins particles, or cyclodextrin complexes, or combinations thereof.

**[0041]** To reduce burning, if it occurs, the composition may contain an anesthetic agent. Some anesthetic agents include, but are not limited to, lidocaine, prilocaine, procaine, benzocaine tetracaine, chloroprocaine, or pharmaceutically acceptable salts thereof or combinations thereof.

**[0042]** The pharmaceutical compositions, in different embodiments, may also include additional ingredients, such as pharmaceutically acceptable surfactants, co-solvents, adhesives, agents to adjust the pH and osmolarity. The pharmaceutical compositions are not limited to any particular pH. However, generally for nasal administration a mildly acid pH will be preferred. The pH ranges from about 3 to 6 in some embodiments, in other embodiments, pH ranges are from about 3 to about 5, and in other embodiments pH ranges are from about 4 to about 5. If the adjustment of the pH is needed, it can be achieved by the addition of an appropriate acid, such as hydrochloric acid, or base, such as for example, sodium hydroxide.

**[0043]** The pharmaceutical composition in some embodiments can be made, for example, by mixing the benzodiazepine with the nasal carrier and/or a sweetener, flavoring agent, or masking agent or combinations thereof at, for example, room temperature under aseptic conditions to form a mixture. In other embodiments, the mixture is filtered, for example, by a 0.22 micron filter. It will be understood by those of ordinary skill in the art that the order of mixing is not critical, and various embodiments include without limitation mixing of the composition in any order. In various embodiments, the pharmaceutical composition is a sterile solution or suspension.

**[0044]** Pharmaceutical compositions can be administered intranasally by nasal spray, drop, solution, suspension, gel, and the like. Intranasal administration is an art-recognized term and includes, but is not limited to, administration of the composition into the nasal cavity.

**[0045]** When the pharmaceutical composition is a liquid, volumes of the liquid that may be absorbed through the nasal mucosa include, for example, from about 0.025 ml to about 2 ml or from about 0.25 ml to 1 ml, or from about 0.05 ml to about 15 ml in an adult and smaller volumes for children. However, the pharmaceutical compositions are not limited to any one particular volume.

**[0046]** Devices for intranasal delivery are known in the art. Some devices suitable for use with the pharmaceutical compositions are available from, for example, Pfeiffer of America of Princeton, N.J. and Valois of America, Inc. of Greenwich, Conn. These devices are preferred because they have the capability of consistently delivering the pharmaceutical composition. These devices are easily operable by the patient, leave virtually no benzodiazepine remaining in the device after use and can thereafter be discarded without concern that others may abuse the benzodiazepine or other controlled substance.

**[0047]** In various embodiments, the intranasal delivery device may be modified, for example, by increasing the size of the discharge orifice in the nose piece of the applicator to about 0.07 mm for non-aqueous compositions that comprise, for example, polyethylene glycol and/or propylene glycol, in order to accommodate higher viscosity compositions. For aqueous compositions, the diameter can be, for example, from about 0.05 mm in diameter. The intranasal delivery device may also contain a swirl chamber. The applicator components may also be sterilized by methods well known in the art.

**[0048]** The intranasal delivery device may be filled with single or multidose amounts of benzodiazepines. In various embodiments, the device is filled with one single dose of benzodiazepine. In some embodiments, the container holding the pharmaceutical composition and its sealing means are sterilizable, in some embodiments, at least parts of the device that are in contact with the pharmaceutical composition is constructed and assembled in a configuration that can be sterilized. Devices with one or more unit-dose(s) can be sterilized either before or after packaging, employing methods and technology that are well known in the art. Individual devices can be packaged, sterilized and shipped; alternatively, entire shipping and storage packages can be sterilized at once, and the devices removed individually for dispensing, without affecting the sterility of the remaining units.

**[0049]** The amount of benzodiazepine or other compound that can be intranasally administered in accordance with the composition and methods will depend on the particular benzodiazepine chosen, the condition to be treated, the desired frequency of administration and the effect desired. Some medical or veterinary symptoms, syndromes, conditions or diseases that benzodiazepines or other compounds are useful in preventing or treating include, but are not limited to, anxiety, panic attacks, schizophrenia, phobias, sleep disorders (e.g. insomnia) and depressive disorders, agitation, hostility, epilepsy, convulsion, spasticity, involuntary movements, or alcohol withdrawal or combinations thereof. Benzodiazepines or other compounds may be used as adjuncts in medical and dental procedures, such as for

example, reducing anxiety before surgical anesthesia, providing sedation, facilitating anesthesia induction, producing amnesia, or to control nausea and vomiting.

**[0050]** In various embodiments, the pharmaceutical composition comprises midazolam and is administered to a mammal in need of rapid sedation, anxiolysis, amnesia, or anesthesia induction. As used herein, an effective amount of benzodiazepine or other compound includes that amount effective to achieve the relief or palliation of symptoms, condition and/or diseases that need benzodiazepine therapy. Maximal dosage of the pharmaceutical composition for a mammal is the highest dosage that elicits the desirable response, which does not cause undesirable or intolerable side effects. The minimal dose of the benzodiazepine is the lowest dose that achieves the desired result. In any event, the practitioner is guided by skill and knowledge in the field, and the present invention includes without limitation dosages that are effective to achieve the desired effect in the mammal. Doses of benzodiazepines suitable for intranasal administration, include but are not limited to, from about 0.1 mg to about 30 mg. For example, doses of midazolam HCL for intranasal administration include, but are not limited to, from about 0.1 mg to about 20 mg.

**[0051]** In various embodiments, it has been surprisingly discovered that pharmaceutical compositions comprising midazolam, when intranasally administered, have rapid absorption and time to peak ($T_{max}$) leading to rapid onset than midazolam administered by the IV route. For example, the $T_{max}$ for intranasally administered midazolam was in some cases about 5 minutes, while the $T_{max}$ for midazolam administered IV was about 15 minutes. In various embodiments, the pharmaceutical composition comprising midazolam achieves a maximum plasma concentration ($C_{max}$) of about 40 ng/mL from a 2.5 mg dose or about 80 ng/mL from a 5 mg dose after intranasal administration. In various embodiments, the ratio of the AUC for intranasal midazolam to AUC of for midazolam after an equivalent dose of intravenous midazolam is at least about 1:1.7.

**[0052]** In various embodiments, the benzodiazepine is administered to a mammal suffering from a condition and/or disease that requires benzodiazepine treatment. Mammals include, for example, humans, as well as pet animals such as dogs and cats, laboratory animals, such as rats and mice, and farm animals, such as horses and cows.

**[0053]** In various embodiments, a method of treating a mammal in need of rapid sedation, anxiolysis, amnesia, or induction of anesthesia is provided. The method comprises intranasally administering to the mammal an effective amount of a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof in a nasal carrier. The pharmaceutical composition may also contain a sweetener, masking agent or flavoring agent. In various embodiments, the pharmaceutical composition comprising midazolam is intranasally administered to the mammal and the composition is metabolized by the mammal and achieves a 1-hydroxymidazolam plasma level of about 1 to about 8 nanograms/ml.

## EXAMPLES

**[0054]** The examples below demonstrate improved absorption, rapid time to reached peak concentrations, and good bioavailability of the various compositions. The examples also show midazolam compositions that include, for example, sweeteners, which improve patient compliance by reducing the unpleasant taste after intranasal administration.

### Example 1

**[0055]** This example compares 5.0 mg midazolam (MZ) after intranasal (IN), intramuscular (IM) and intravenous (IV) administration in 12 healthy male and female subjects.

**[0056]** Subjects

**[0057]** Twelve, nonsmoking, healthy subjects (6 male, 6 female) between the ages of 20 and 29 years (mean 22.3 years) and weighing 132 to 202 lbs. (mean 157 lbs.) participated in this inpatient study after giving informed consent. Eleven of the volunteers who enrolled in the study were Caucasian and one was Asian. Study participants were selected based on inclusion/exclusion criteria, medical history, physical and nasal exams, vital signs, laboratory tests, and other procedures as outlined in the protocol. Subjects were within ±20% of ideal body weight in relation to height and elbow breadth and weighed at least 60 kg (132 lbs). The subjects were in good health and had no clinically significant previous nasal surgery or polyps or other physical abnormalities of the nose, cardiovascular, gastrointestinal, renal, hepatic, pulmonary or hematological disease. Subjects who had a history of cerebral trauma with sequelae, hypotension, heart failure, cardiac conduction defect, chronic respiratory disease, bleeding tendency, glaucoma, and a formal diagnosis of sleep apnea or a history of alcohol or substance abuse were excluded. Subjects abstained from alcohol and caffeine containing beverages 48 hours before the dosing period and during the study. Subjects were asked to abstain from prescription and non-prescription drugs that might interact with MZ metabolism or nasal physiology from the date of screening until the end of the study. Subjects had to demonstrate their ability to perform the pharmacodynamic (PD) assessments during the screening evaluation. Informed consent was obtained and this study was conducted according to the applicable guidelines for Good Clinical Practice.

**[0058]** IV and IM Formulations

**[0059]** The intravenous (IV) and intramuscular (IM) solutions were prepared for administration in the University of Kentucky Hospital Investigational Drug Service Pharmacy using commercially available MZ (Versed® Injection by Hoffman-LaRoche). MZ (5 mL of 1.0 mg/mL) sterile solution was diluted to 10 mL with normal saline for a total volume of 10 mL to be infused over 15 minutes. The 5.0 mg IM MZ (1 mL of 5.0 mg/1.0 mL) was administered without dilution.

**[0060]** IN Formulation of MZ

**[0061]** The 25 mg/mL IN MZ formulation was prepared under GMP conditions in the University of Kentucky College of Pharmacy Center for Pharmaceutical Science and Technology (CPST). The IN formulation comprised midazolam 25 mg; polyethylene glycol 400, USP 0.18 mL; butylated hydroxytoluene, NF 0.10 mg; saccharin powder, NF 1.00 mg; propylene glycol, USP Q.S. to 1.00 mL. The formulation provided 2.5 mg of MZ in 0.1 mL spray from a modified version of the commercially available, single-dose, metered sprayer (unit dose spray pumps, Pfeiffer of

America, Princeton, N.J.). Each subject received a single spray in each nostril for a total of 5.0 mg.

[0062] Protocol

[0063] An open-label, randomized, three-way crossover study design was used. Treatment assignments were in the random order generated by a statistician. The three treatments were: Treatment A: 5.0 mg (5 mL of 1.0 mg/mL) IV MZ infused over 15 minutes, Treatment B: 5.0 mg intramuscular MZ (5.0 mg/1.0 mL), and Treatment C: 5.0 mg intranasal MZ solution (2.5 mg/100 μL per sprayer). The three treatments were separated by six-day washout periods. PK blood samples were drawn following each dose. MZ (5 mL of 1.0 mg/mL) sterile solution was diluted to 10 mL with normal saline for a total volume of 10 mL and infused over 15 minutes by a nurse using a stopwatch. IN MZ doses were administered by a physician using Pfeiffer modified unit dose sprayers (Pfeiffer of America, Princeton N.J.). The 5.0 mg IM MZ (5.0 mg/1.0 mL) was administered without dilution. Drug administration occurred in the morning following an overnight fast of at least 8 hours. The subjects continued to fast for 2 hours after dosing. Water was allowed except within two hours before or after drug administration. Subjects were allowed juice, 360 mL, at least 2 hours prior to dosing for each dose. Subjects were awakened 1 hour prior to dosing for performance of PD testing. Blood samples were collected in 10 mL Vacutainer® tubes containing the anticoagulant sodium heparin. Serial blood samples were obtained by venipuncture according to the following schedule: 0 (pre-dose), 5, 10, 20, 30, and 45 minutes, and 1, 1.5, 2, 3, 4, 8, and 12 hours following MZ administration. Actual sampling times were used in PK analysis. After collection, the blood was centrifuged in a refrigerated centrifuge at 4° C. to separate the plasma and the cells, and the plasma was transferred to polypropylene tubes. The plasma was stored at or below −20° C. at the study site until shipped to Kansas City Analytical Services, Inc. (KCAS) in Shawnee, Kans.

[0064] LC/MS/MS Assay for MZ and α-hydroxymidazolam

[0065] The sample analysis was conducted for MZ and α-hydroxymidazolam using a PE/Sciex API III+LC/MS/MS system in MRM mode by KCAS in Shawnee, Kans. Concentrations less than 0.50 ng/mL were reported as below quantitation limit (BQL). Samples with concentrations greater than 500 ng/mL were reanalyzed using a dilution so that the assayed concentration was within the range of 0.50 to 500.0 ng/mL.

[0066] Pharmacokinetic (PK) Data Analysis

[0067] PK parameters were determined using standard noncompartmental methods with log-linear least square regression analysis to determine the elimination rate constants (WinNonlin, Pharsight Corp., Palo Alto, Calif.). The areas under the concentration versus time curves from time zero to infinity ($AUC_{0-\infty}$) were calculated using a combination of the linear and logarithmic trapezoidal rules, with extrapolation to infinity by dividing the last measurable serum concentration by the elimination rate constant ($\lambda_z$) (Proost, 1985). Values for the maximum concentration ($C_{max}$) and time to $C_{max}$ ($T_{max}$) were determined by WinNonlin. The elimination half-life was determined from $0.693/\lambda_z$. Clearance (CL/F) was determined by dividing the dose by $AUC_{0-\infty}$. Volumes of distribution for elimination ($V_z/F$) and at steady state ($V_{ss}$) were determined by moment curves (Gibaldi and Perrier, 1982). $V_z/F$ was calculated as $Dose/(\lambda_z*AUC_{0-\infty})$. $V_{ss}$ was calculated as CL*MRT for IV data. The absolute bioavailability (F) for the IN and IM dosage forms was determined by $F=AUC_{IN,0-\infty}/AUC_{IV,0-\infty}$, and $F=AUC_{IM,0-\infty}/AUC_{IV,0-\infty}$, respectively. Relative bioavailability of the IN compared to the IM dose was calculated by $AUC_{IN,0-\infty}/AUC_{IM,0-\infty}$. Mean plasma concentrations were calculated for graphical evaluation only. The calculations included data from samples with measurable concentrations drawn within 5% of the expected sampling time.

[0068] Statistical Data Analysis

[0069] Statistical analyses were performed with Statistical Analysis System PC-SAS version 6.12. The statistical tests were 2-sided with a critical level of 0.05. An analysis of variance (ANOVA) with factors sequence, subject(sequence), treatment and period was performed for log-transformed AUC and $C_{max}$. The least square geometric means from the ANOVA were used to calculate the ratios and their 90% confidence intervals between treatment groups for AUC and $C_{max}$. The carryover effect for the three treatments was analyzed using an ANOVA of log-transformed AUC and $C_{max}$. The difference in $T_{max}$ values between the IN and IM treatments was compared using an ANOVA of rank-transformed $T_{max}$. The ANOVA model included factors sequence, subject(sequence), treatment and period. The gender effect for all three treatments was analyzed using an ANOVA of log-transformed AUC and $C_{max}$ with factors gender, treatment and period.

[0070] Results of Example 1

[0071] Twelve subjects completed the study without clinically significant or serious adverse events. There were no clinically relevant changes in physical examination, nasal evaluations, or laboratory tests. The principal investigator's review of the data indicated that, in general, doses of the study drug were well tolerated and events were mild to moderate and temporary (2-90 minutes). Two of twelve subjects noted mild dizziness that lasted 35 and 50 minutes. Three of twelve subjects noted blurred vision that lasted 5-90 minutes. No subjects experienced respiratory depression, apnea, laryngospasm, bronchospasm or wheezing. The mean plasma concentration versus time curve profiles over the first 4 hours and the entire 12 hours for the three doses are shown in **FIGS. 1 and 2**. **FIG. 1** shows that absorption of MZ following IN administration was very rapid. MZ concentrations reached a peak in 2 individuals at 5 min and in 8 of 12 individuals in 10 min or less. No secondary or late bumps indicating absorption from swallowing the IN dose were observed in the plasma concentration time curves. Table 1 summarizes PK data for the three treatments. Median $T_{max}$ values were 10 and 30 min for the IN and IM doses, respectively. $C_{max}$ values after the IN dose were higher than those after the IM dose and occurred consistently earlier. Relative bioavailability of the IM to IN dose was on average 79%. Unfortunately, the absolute bioavailability of MZ by the IN and IM routes in Table 1 is overestimated due to the underestimation of the $AUC_{0-\infty}$ for the IV dose. The $AUC_{0-\infty}$ given for the IV dose underestimates the true $AUC_{0-\infty}$ because the area around the $C_{max}$ (which would have been at the end of the 15 minute

infusion) was not captured in this study. However, the data for the IM dose are accurate and acceptable for making conclusions regarding the relative bioavailability of the IN dose compared to the IM dose. The high relative bioavailability of the IN to IM dose confirms that bioavailability was good for MZ administered by the IN route.

TABLE 1

Mean (CV as a %) Single Dose MZ Pharmacokinetic (PK) Parameters Following Administration of 5.0 mg Intravenous (IV), Intramuscular (IM) and Intranasal (IN) MZ in Healthy Subjects (n = 12)

| 1.1. PK Parameter | IV (5.0 mg) | IM (5.0 mg) | IN (5.0 mg) |
|---|---|---|---|
| $T_{max}$ (min)* | 10 (5–31) | 30 (20–60) | 10 (5–20) |
| $C_{max}$ (ng/mL) | 167.3 (28.9) | 58.7 (49.7) | 80.0 (20.8) |

TABLE 1-continued

Mean (CV as a %) Single Dose MZ Pharmacokinetic (PK) Parameters Following Administration of 5.0 mg Intravenous (IV), Intramuscular (IM) and Intranasal (IN) MZ in Healthy Subjects (n = 12)

| 1.1. PK Parameter | IV (5.0 mg) | IM (5.0 mg) | IN (5.0 mg) |
|---|---|---|---|
| $t_{1/2}$ (hr) | 3.14 (23.0) | 4.17 (50.2) | 3.25 (29.8) |
| $AUC_{0-t}$ (ng · hr/mL) | 178.1 (17.1) | 152.3 (25.8) | 126.7 (20.6) |
| $AUC_{0-\infty}$ (ng · hr/mL) | 186.4 (16.5) | 174.6 (22.1) | 133.8 (19.4) |
| MRT (hr) | 2.88 (20.2) | 5.48 (48.9) | 3.33 (27.4) |
| CL/F or $CL_{ss}$/F(L/hr) | 27.5 (17.8) | 30.1 (24.6) | 38.6 (19.2) |
| $V_{ss}$ (L) | 78.8 (23.3) | — | — |
| $V_z$/F (L) | 123.4 (26.1) | 177.9 (51.7) | 182.3 (39.0) |
| F (%)** | assume 100% | 93.4 (12.4) | 72.5 (16.8) |
| Relative F (IM/IN) (%) | — | — | 79.2 (23.7) |

*median and range given for $T_{max}$;
**see above for discussion of F.-

[0072] No significant gender differences were found for $AUC_{0-\infty}$ and $C_{max}$ values (P>0.1). The gender effect was significant for $AUC_{0-t}$ values (P=0.0452, M>F). Larger differences in $AUC_{0-t}$, between males and females were observed for the IM formulation. The differences were smaller for the IN formulation (12%). Data were combined for analysis of treatment effects. A significantly shorter $T_{max}$ was observed for the IN formulation compared to the IM formulation (p=0.0001). $T_{max}$ and $C_{max}$ were not captured at the end of the infusion for the IV dose. Statistical analysis of carryover effect on log transformed $AUC_{0-\infty}$, $AUC_{0-t}$ and $C_{max}$ for the two IN treatments was performed. P-values from an ANOVA with factors sequence, subject (sequence), treatment and period for sequence BC and CB were >0.1, so the carryover effects were not significant and this implies the validity of the analyses in Table 2.

[0073] Table 2 summarizes the ratios and 90% confidence intervals (CI) of $C_{max}$ and AUCs after Treatments A, B and C. $AUC_{0-t}$ and $AUC_{0-\infty}$ were more comparable between the IM and IV treatments (B/A) than between the IV and IN (C/A) treatments. However, $C_{max}$ values were almost 50% higher after Treatment C (IN) compared to Treatment B (IM).

TABLE 2

Summary of Ratios of Least Squares Geometric Means and 90% Confidence Intervals

| Parameter | 1.1.2. Treatment Group Geometric Means: 5 mg MZ IV (A) | 5 mg MZ IM (B) | 5 mg MZ IN (C) | B/A (IM/IV) Ratio (90% CI) | C/A (IN/IV) Ratio (90% CI) | C/B (IN/IM) Ratio (90% CI) |
|---|---|---|---|---|---|---|
| $AUC_{0-\infty}$ (ng · hr/mL) | 184.01 | 170.51 | 131.58 | 0.93 (0.85–1.01) | 0.72 (0.65–0.78) | 0.77 (0.71–0.84) |
| $AUC_{0-t}$ (ng · hr/mL) | 175.72 | 147.81 | 124.29 | 0.84 (0.77–0.92) | 0.71 (0.65–0.77) | 0.84 (0.77–0.92) |
| $C_{max}$ (ng/mL) | 159.02 | 53.28 | 78.35 | 0.34 (0.26–0.43) | 0.49 (0.38–0.63) | 1.47 (1.15–1.88) |

CI = Confidence Intervals
Least squares geometric means are from an ANOVA with with factors sequence, subject(sequence), treatment and period for log-transformed AUCs and $C_{max}$.

[0074] The 1-hydroxymidazolam metabolite concentrations were consistently lower than those of the parent drug.

[0075] Discussion

[0076] The pharmacokinetics of MZ were evaluated in 12 healthy male and female volunteers after single 5.0 mg doses of IV, IM and IN MZ. All subjects completed the study without clinically significant or serious adverse events. The pharmacokinetics of MZ were consistent with rapid but relatively short duration of action. The mean absolute bioavailability of IN MZ would be predicted to be around 65% assuming that about 7% of the IV AUC was missed. The mean relative bioavailability compared to the IM dose was 79%. Less than complete bioavailability after the IN administration may be explained by metabolism during absorption across the nasal mucosa or simply incomplete absorption and swallowing. There was no evidence of swallowing. Plasma clearance and volumes of distribution were high. The IN formulation of MZ had rapid absorption (median peak times of 10 min). In comparison with IM administration, the IN formulation had earlier and higher peak plasma concentrations.

[0077] Conclusion

[0078] Intravenously administered MZ distributes extensively and rapidly in the body. A total systemic clearance of

28 L/hr indicates that MZ is a highly cleared drug. The IN formulation of MZ had rapid absorption and reached peak concentrations significantly more rapidly than the IM dose. Absolute bioavailability of MZ from the IN dosage form was good and supports further investigation of this dosage form for clinical use. Relative bioavailability compared to the IM dose was 79.2% (23.7% CV). No treatment emergent adverse events were observed during the conduct of this protocol that would preclude further study of MZ in healthy subjects. Adverse events were mild and expected for this drug. As evidenced by the lack of cardiovascular and respiratory adverse events, all the subjects tolerated the drug well.

Example 2

**[0079]** This study compares the pharmacokinetics of midazolam (MZ) after administration of 2.5 and 5.0 mg intranasal (IN) MZ and 2.5 mg intravenous (IV) MZ in 18 healthy male and female subjects.

**[0080]** Subjects

**[0081]** Eighteen, nonsmoking, healthy subjects (9 male, 9 female) between the ages of 20 and 29 years (mean 22.3 years) and weighing 60 to 92 kg (mean 71 kg) participated in this inpatient study after giving informed consent. Seventeen of the volunteers who enrolled in the study were Caucasian and one was African-American. Seventeen subjects completed the study. Study participants were selected based on inclusion/exclusion criteria, medical history, physical and nasal exams, vital signs, laboratory tests, and other procedures as outlined in the protocol. Subjects were within ±25% of ideal body weight in relation to height and elbow breadth and weighed at least 60 kg (132 lbs). The subjects were in good health, between 18 and 45 years of age and had no clinically significant previous nasal surgery or polyps or other physical abnormalities of the nose, vital signs, cardiovascular, gastrointestinal, renal, hepatic, pulmonary, hematological or neurological disease. Subjects who had a history of a seizure disorder, cerebral trauma with sequelae, hypotension, heart failure, cardiac conduction defect, chronic respiratory disease, bleeding tendency, narrow-angle glaucoma, a formal diagnosis of sleep apnea, a current formal diagnosis of depressive disorder or psychosis or a medical diagnosis of alcohol or substance abuse were excluded. Subjects with a known history of Gilbert's Syndrome or with any other etiology for an increased serum total bilirubin level and subjects with any other clinical condition that might affect the absorption, distribution, biotransformation, or excretion of the drug (e.g., acute respiratory illness, allergic rhinitis, etc.) or were allergic to MZ or formulation components were excluded. Subjects who had a history of regular sedative/hypnotic medication use (i.e., at least once per week) or who had taken any sedative/hypnotic medications within the 2 weeks prior to study drug administration were excluded. Subjects abstained from alcohol and caffeine containing beverages 48 hours before the dosing period and during the study. Subjects were asked to abstain from prescription and non-prescription medication, vaccines, herbal and nutritional supplements that might interact with MZ metabolism or nasal physiology within 7 days of dosing and during the study.

**[0082]** IV Formulation

**[0083]** The intravenous (IV) solutions were prepared for administration in the University of Kentucky Hospital Investigational Drug Service Pharmacy using commercially available MZ (Versed® Injection by Hoffman-LaRoche). MZ (0.5 mL of 5.0 mg/mL) sterile solution was diluted to 10 mL with normal saline for a total volume of 10 mL to be infused over 15 minutes.

**[0084]** IN Formulation of MZ

**[0085]** The 25 mg/mL IN MZ formulation was prepared under GMP conditions in the University of Kentucky College of Pharmacy Center for Pharmaceutical Science and Technology (CPST). The IN formulation contained midazolam 25 mg; polyethylene glycol 400, USP 0.18 mL; butylated hydroxytoluene, NF 0.10 mg; saccharin powder, NF 1.00 mg; propylene glycol, USP Q.S. to 1.00 mL. The formulation provided 2.5 mg of MZ in 0.1 mL spray from a modified version of the commercially available, single-dose, metered sprayer (unit dose spray pumps, Pfeiffer of America, Princeton, N.J.). Each subject received a single spray in one nostril for a 2.5 mg dose or a single spray in each nostril for a total of 5.0 mg.

**[0086]** Protocol

**[0087]** An open-label, randomized, three-way crossover study design was used. Treatment assignments were in the random order generated by a statistician. The three treatments were: Treatment A: 2.5 mg (5 mL of 1.0 mg/mL) IV MZ infused over 15 minutes, Treatment B: 2.5 mg intranasal MZ solution, one 2.5 mg/100 μL sprayer, and Treatment C: 5.0 mg intranasal MZ solution, two 2.5 mg/100 μL sprayers, one sprayer per naris. The three treatments were separated by six-day washout periods. PK blood samples were drawn following each dose. MZ (5 mL of 1.0 mg/mL) sterile solution was diluted to 10 mL with normal saline for a total volume of 10 mL and infused over 15 minutes by a nurse using a stopwatch. IN MZ doses were administered by a physician using Pfeiffer modified unit dose sprayers (Pfeiffer of America, Princeton N.J.). Drug administration occurred in the morning following an overnight fast of at least 8 hours. The subjects continued to fast for 2 hours after dosing. Water was allowed except within two hours before or after drug administration. Subjects were allowed juice, 240 mL, at least 2 hours prior to dosing for each dose. Grapefruit juice was not allowed during the study. Blood samples were collected in 10 mL Vacutainer® tubes containing the anticoagulant sodium heparin. Serial blood samples were obtained by venipuncture according to the following schedule: 0 (pre-dose), 5, 10, 15, 20, 30, and 45 minutes, and 1, 1.5, 2, 3, 4, 8, and 12 hours following MZ administration. Actual sampling times were used in PK analysis. After collection, the blood was centrifuged in a refrigerated centrifuge at 4° C. to separate the plasma and the cells, and the plasma was transferred to polypropylene tubes. The plasma was stored at or below −20° C. at the study site until shipped to Kansas City Analytical Services, Inc. (KCAS) in Shawnee, Kans.

**[0088]** LC/MS/MS Assay for MZ and α-hydroxymidazolam

**[0089]** The sample analysis was conducted for MZ and α-hydroxymidazolam using a PE/Sciex API III+LC/MS/MS system in MRM mode by KCAS in Shawnee, Kans. Concentrations less than 0.50 ng/mL were reported as below quantitation limit (BQL). Samples with concentrations greater than 500 ng/mL were reanalyzed using a dilution so that the assayed concentration was within the range of 0.50 to 500.0 ng/mL.

**[0090]** Pharmacokinetic (PK) Data Analysis

**[0091]** IN doses were determined by weighing the nasal spray pumps before and after dosing. These weights and the concentrations of the IN solutions (2.5 mg/mL, density 1.056) were used to confirm each subject's dose and to evaluate delivery. The dose weights were not used for PK analysis. PK parameters were determined using standard noncompartmental methods with log-linear least square regression analysis to determine the elimination rate constants (WinNonlin, Pharsight Corp., Palo Alto, Calif.). The areas under the concentration versus time curves from time zero to infinity ($AUC_{0-\infty}$) were calculated using a combination of the linear and logarithmic trapezoidal rules, with extrapolation to infinity by dividing the last measurable serum concentration by the elimination rate constant ($\lambda_z$) (Proost, 1985). Values for the maximum concentration ($C_{max}$) and time to $C_{max}$ ($T_{max}$) were determined by WinNonlin. The elimination half-life was determined from $0.693/\lambda_z$. Clearance (CL/F) was determined by dividing the dose by $AUC_{0-\infty}$. Volumes of distribution for elimination ($V_z$/F) and at steady state ($V_{ss}$) were determined by moment curves (Gibaldi and Perrier, 1982). $V_z$/F was calculated as Dose/($\lambda_z$*$AUC_{0-\infty}$). $V_{ss}$ was calculated as CL*MRT for IV data. The absolute bioavailability (F) for the IN dosage form was determined by $F=AUC_{IN,0-\infty}/AUC_{IV,0-\infty}$. Mean plasma concentrations were calculated for graphical evaluation only. The calculations included data from samples with measurable concentrations drawn within 5% of the expected sampling time.

**[0092]** Pharmacodynamic (PD) Data Analysis

**[0093]** Self-report measures were collected using Visual Analog Scales (VAS) and the Stanford Sleepiness Scale (SSS). The VAS and SSS were administered at 0 (pre-dose), 10, 20, 30, and 45 minutes, and 1, 1.5, 2, 3, 4, 6, 8, and 12 hours after initiation of the IV dose and administration of the IN doses. Observer Sedation Rating was also performed. The observer for each subject rated the degree of sedation using a qualitative categorical measure of sedation at 0 (pre-dose), 5, 10, 20, 30, and 45 minutes, and 1, 1.5, 2, 3, 4, 6, 8, and 12 hours after initiation of the IV dose and administration of the IN doses. The Observer's Assessment of Alertness/Sedation Scale was used to rate sedation at the above time points. The OAA/S Scale is composed of the following categories: responsiveness, speech, facial expression, and eyes. Subjects were evaluated in each category. The OAA/S was scored in two ways. A composite score was documented as the lowest score in any one of the four assessment categories. A sum score was calculated as the sum of the four category scores. Dependent variables were analyzed as a function of treatment. Analyses of peak effects, time to peak effects, and AUCs, using linear trapezoidal rules, were also evaluated. Separate AUC analyses were completed for AUC between baseline and 4 hours after dose (AUC4, over the duration of peak effects) as well as between baseline and last measurable point and 12 hours after dose (AUCall and AUC12, respectively).

**[0094]** Statistical Data Analysis

**[0095]** Statistical analyses were performed with PC-SAS (version 6.12, SAS Institute, Cary, N.C.). The statistical tests for PK parameters were 2-sided with a critical level of 0.05 unless specified otherwise. An analysis of variance (ANOVA) with factors sequence, subject(sequence), treatment and period was performed for log-transformed AUC and $C_{max}$. The least square geometric means from the ANOVA were used to calculate the ratios and their 90% confidence intervals between treatment groups for AUC and $C_{max}$. The carryover effect for the three treatments was also assessed using the ANOVA. The gender effect for all three treatments was analyzed using an ANOVA of log-transformed AUC and $C_{max}$ with factors gender, treatment and period. One subject 216's data for Treatment B was included in the summary statistics of PK parameters. However, Subjects 216 (with outlier for Treatment B) and 218 (early withdrawal) were excluded from the PK analyses for evaluable subjects.

**[0096]** Effects of treatment on each PD parameter were tested using ANOVA with factors sequence, subject(sequence), treatment and period. The carryover effects for the treatment PD effects were also assessed using ANOVA. In some cases, significant carryover was found but this was expected because repetition of tests has been shown to produce performance changes.

**[0097]** PK Results of Example 2

**[0098]** Seventeen subjects completed the study without clinically significant or serious adverse events. One subject received a single 2.5 mg IN dose and then did not return for subsequent treatments. There were no clinically relevant changes in physical examination, nasal evaluations, or laboratory tests. The principal investigator's review of the data indicated that, in general, doses of the study drug were well tolerated and events were mild to moderate and temporary. There were 1, 2 and no reports of dizziness after the 2.5 mg IV, 2.5 mg IN and 5.0 mg IN doses, respectively. Dizziness lasted up to 86 minutes. Three out of eighteen subjects noted blurred or double vision that lasted 5-40 minutes. No subjects experienced respiratory depression, apnea, laryngospasm, bronchospasm or wheezing.

**[0099]** The mean plasma concentration versus time curve profiles over the first 4 hours and the entire 12 hours for the three treatments are shown in **FIGS. 3 and 4**. **FIG. 3** shows that the absorption of MZ following IN administration was very rapid.

**[0100]** MZ concentrations reached a peak at 5 min in one-quarter to one-third of the individuals for the two IN

treatments. Median $T_{max}$ values were 10 min (range 5 to 20 min) for the 2.5 mg and 5.0 mg IN doses. Three individuals had $C_{max}$ values after the 5.0 mg IN dose that were higher than the $C_{max}$ after the 15 minute, 2.5 mg IV infusion. One subject had plasma concentrations that were low and they increased and decreased with no pattern. His elimination rate constant was indeterminant as a result. The concentrations ranged from 1.15 to 3.16 ng/mL over the 4 hour period and then dropped to below quantifiable limits.

[0101] Table 3 summarizes PK data for the three treatments. $T_{max}$ values were not significantly different for the two IN treatments (P>0.2).

TABLE 3

Mean (CV as a %) Single Dose MZ Pharmacokinetic (PK) Parameters Following Administration of Intravenous (IV) and Intranasal (IN) MZ in Healthy Subjects

| 1.2. PK Parameter | Treatment A 2.5 mg IV | Treatment B 2.5 mg IN | Treatment C 5.0 mg IN |
|---|---|---|---|
| $T_{max}$ (min)* | 15 (10–15) | 10 (5–20) | 10 (5–20) |
| $C_{max}$ (ng/mL) | 108.5 (13.5) | 44.5 (38.4) | 83.9 (28.9) |
| $t_{1/2}$ (hr) | 4.03 (33.8) | 4.00 (33.4) | 4.07 (34.2) |
| $AUC_{0-t}$ (ng · hr/mL) | 109.2 (12.1) | 65.8 (31.9) | 130.9 (24.7) |
| $AUC_{0-\infty}$ (ng · hr/mL) | 119.3 (14.1) | 72.6 (30.6)) | 143.6 (24.5) |
| MRT (hr) | 3.70 (31.7) | 4.18 (33.8) | 4.18 (28.3) |
| CL or CL/F(L/hr) | 21.4 (14.3) | 43.9 (93.9) | 37.0 (26.6) |
| $V_{ss}$ (L) | 77.3 (25.2) | — | — |

[0102] The actual doses administered presented were determined by weighing the pumps before and after dosing. They were lower that the intended doses, on average, by about 16% (Table 4). The range was from 38% below to 20% above the intended dose.

TABLE 4

Mean (CV as a %) Dose Weights Following Administration of Intranasal (IN) MZ in Healthy Subjects

| 1.3.I N Dose | N | Mean | % CV | Min | Max | % of Dose |
|---|---|---|---|---|---|---|
| 2.5 mg | 16 | 2.09 | 12.9 | 1.60 | 2.50 | 83.7 |
| 5.0 mg | 17 | 4.22 | 7.98 | 3.77 | 5.21 | 84.4 |

[0103] Absolute bioavailability of the MZ was, on average, 60-61% for the IN doses. However, the absolute bioavailability of MZ by the IN routes in Table 3 is underestimated due to the less than expected dose delivery of the nasal sprayers. The dose weight data that are given in Table 4 show that on average, the delivered dose in this study was about 84% of the planned dose. Recalculating the bioavailability based on the actual doses administered (by weight) would make the bioavailability about 72% for the IN doses. No significant gender differences were found for $AUC_{0-\infty}$ and $C_{max}$ values (P>0.1). The gender effect was significant for dose-normalized $AUC_{0-t}$ values (P=0.0371, M>F). Data were combined for analysis of treatment effects. Statistical analysis of carryover effect on log transformed $AUC_{0-\infty}$, $AUC_{0-t}$ and $C_{max}$ for the two IN treatments was performed. P-values from an ANOVA with factors sequence, subject-(sequence), treatment and period for sequence were >0.3, so the carryover effects were not significant and this implies the validity of the analyses in Table 5.

[0104] Table 5 summarizes the ratios and 90% confidence intervals (CI) Of $C_{max}$ and AUCs after Treatments A, B and C. The ratio of dose normalized $C_{max}$ and AUC values were near unity after Treatment C (IN) compared to Treatment B (IN), as expected.

TABLE 5

Summary of Ratios of Least Squares Geometric Means and 90% Confidence Intervals (Dose Normalized Parameters)

| | Treatment Group Geometric Means | | | B/A | C/A | C/B |
|---|---|---|---|---|---|---|
| Parameter | 2.5 mg MZ IV (A) | 2.5 mg MZ IN (B) | 5.0 mg MZ IN (C) | (IN/IV) Ratio (90% CI) | (IN/IV) Ratio (90% CI) | (IN/IN) Ratio (90% CI) |
| $AUC_{0-\infty}$ (ng · hr/mL) | 47.80 | 29.13 | 28.42 | 0.61 (0.54–0.69) | 0.59 (0.52–0.67) | 0.98 (0.86–1.11) |
| $AUC_{0-t}$ (ng · hr/mL) | 43.67 | 26.31 | 25.75 | 0.60 (0.53–0.68) | 0.59 (0.52–0.67) | 0.98 (0.86–1.11) |
| $C_{max}$ (ng/mL) | 42.15 | 17.12 | 15.93 | 0.41 (0.34–0.48) | 0.38 (0.32–0.45) | 0.93 (0.78–1.11) |

CI = Confidence Intervals

Log-transformed data are analyzed using an ANOVA with factors sequence, subject(sequence), treatment and period. Dose normalized data are used (2.5 or 5.0 mg).

[0105] The α-hydroxymidazolam metabolite concentrations were consistently lower than those of the parent drug.

[0106] PD Results of Example 2

[0107] Table 6 summarizes analyses of PD VAS ratings. $C_{max}$ (peak effects), time to peak effects ($T_{max}$), and areas under the ratings curves are given (AUC4, AUC12 and AUCall) for the VAS ratings. VAS parameters that showed statistical significance and their P values are listed in alphabetical order above the break in Table 6. These ratings illustrate the typical effects of dose and route on MZ PD. On 30 out of 40 measures, the order of magnitude of effects were identical with IV producing the greatest effects followed by the higher IN dose and then the lower IN dose. There were many trends in these data, however, only ratings of 10 parameters out of 40 reached significance. No differences were obtained on $T_{max}$. No parameters for "willing to take drug again,""anxious" or "stimulated" reached significance. Due to the large number of missing values, the results from VAS ratings should be interpreted with caution. These statistical comparisons are presented for their usefulness in future study design.

TABLE 6

Mean (SD) midazolam PD parameters following Treatments A, B and C

| Parameter | Variable Name | 2.5 mg MZ IV Treatment A | 2.5 mg MZ IN Treatment B | 5.0 mg MZ IN Treatment C | P Value |
|---|---|---|---|---|---|
| | | | P < 0.05 | | |
| fatigue | AUC12 | 158.88 (149.98) | 75.24 (58.97) | 108.71 (76.91) | 0.0213 |
| fatigue | AUC4 | 86.24 (53.67) | 48.47 (38.88) | 72.46 (46.95) | 0.0054 |
| fatigue | AUCall | 140.83 (137.18) | 78.79 (57.56) | 99.45 (71.32) | 0.0200 |
| fatigue | Cmax | 53.59 (22.17) | 36.72 (21.14) | 48.29 (20.68) | 0.0080 |
| Feel | AUC12 | 87.58 (53.23) | 64.85 (44.60) | 95.54 (54.92) | 0.0430 |
| Feel | AUC4 | 64.88 (33.38) | 48.05 (34.88) | 75.37 (47.54) | 0.0211 |
| Feel | Cmax | 56.06 (17.52) | 40.22 (26.43) | 59.41 (21.11) | 0.0085 |
| High | Cmax | 46.35 (26.07) | 27.39 (18.08) | 38.53 (22.61) | 0.0053 |
| Like | Cmax | 61.31 (22.98) | 47.38 (22.75) | 70.00 (19.47) | 0.0264 |
| Sedate | Cmax | 55.85 (19.27) | 40.22 (22.70) | 52.35 (13.60) | 0.0157 |
| | | | P > 0.05 | | |
| anxious | AUC12 | 54.79 (66.56) | 46.18 (72.33) | 54.76 (84.30) | 0.4220 |
| anxious | AUC4 | 29.78 (28.52) | 18.64 (17.40) | 25.95 (32.12) | 0.0849 |
| anxious | AUCall | 53.76 (61.44) | 49.71 (72.20) | 52.94 (77.28) | 0.2931 |
| anxious | Cmax | 26.79 (25.29) | 15.36 (15.71) | 19.26 (20.76) | 0.1023 |
| anxious | Tmax | 0.51 (0.56) | 1.52 (2.89) | 2.41 (3.55) | 0.0978 |
| fatigue | Tmax | 0.78 (0.50) | 1.10 (1.58) | 1.11 (1.44) | 0.6626 |
| Feel | AUCall | 86.43 (53.96) | 68.76 (46.02) | 86.98 (54.25) | 0.0646 |
| Feel | Tmax | 0.72 (0.52) | 0.74 (0.92) | 0.69 (0.50) | 0.9469 |
| High | AUC12 | 66.81 (38.03) | 54.74 (42.79) | 62.24 (51.11) | 0.2549 |
| High | AUC4 | 48.28 (30.67) | 32.82 (25.47) | 45.52 (38.64) | 0.1299 |
| High | AUCall | 66.33 (41.50) | 58.14 (45.62) | 61.94 (49.98) | 0.3256 |
| High | Tmax | 1.06 (2.85) | 0.54 (0.69) | 1.40 (2.83) | 0.5662 |
| Like | AUC12 | 339.54 (321.48) | 270.93 (290.84) | 309.07 (234.08) | 0.6696 |
| Like | AUC4 | 126.94 (78.08) | 106.78 (86.06) | 119.62 (64.44) | 0.6350 |
| Like | AUCall | 288.98 (293.37) | 246.16 (268.39) | 253.80 (224.50) | 0.8362 |
| Like | Tmax | 2.52 (3.01) | 1.08 (1.83) | 2.07 (2.81) | 0.2344 |
| Sedate | AUC12 | 95.76 (79.62) | 68.43 (56.69) | 99.77 (68.40) | 0.0702 |
| Sedate | AUC4 | 71.42 (46.70) | 52.29 (45.44) | 70.24 (40.68) | 0.1273 |
| Sedate | AUCall | 93.47 (73.41) | 73.15 (55.43) | 92.02 (64.32) | 0.0931 |
| Sedate | Tmax | 0.75 (0.50) | 0.53 (0.47) | 0.62 (0.37) | 0.2946 |
| Stim | AUC12 | 172.23 (195.40) | 148.22 (182.23) | 187.20 (201.87) | 0.3108 |
| Stim | AUC4 | 67.07 (52.47) | 56.53 (53.38) | 67.09 (50.51) | 0.5830 |
| Stim | AUCall | 187.40 (196.21) | 157.54 (177.94) | 184.74 (192.46) | 0.5364 |
| Stim | Cmax | 40.00 (21.78) | 33.36 (20.50) | 41.41 (22.03) | 0.3008 |
| Stim | Tmax | 1.62 (2.90) | 1.74 (2.86) | 2.69 (3.93) | 0.3200 |
| Will | AUC12 | 739.92 (396.94) | 690.63 (392.61) | 714.86 (368.68) | 0.5568 |
| Will | AUC4 | 241.10 (102.12) | 215.94 (122.09) | 233.52 (108.09) | 0.6826 |
| Will | AUCall | 699.79 (385.66) | 638.61 (400.75) | 704.00 (379.58) | 0.5389 |
| Will | Cmax | 79.44 (16.62) | 76.25 (25.26) | 80.26 (20.05) | 0.9669 |
| Will | Tmax | 3.09 (4.06) | 2.73 (3.37) | 2.76 (3.90) | 0.9608 |

P values from ANOVA.
Note:
These ratings are not the same as the similarly named PK parameters. Units for parameters: Tmax (hr), Cmax (rating score), AUC4, AUC12 and AUCall (rating * hour).

[0108] Discussion

[0109] The pharmacokinetics of MZ were evaluated in healthy male and female volunteers after single 2.5 mg and 5.0 mg doses of IV and IN MZ. Seventeen out of eighteen subjects completed the study without clinically significant or serious adverse events. One male subject dropped out for scheduling reasons after receiving one treatment. The pharmacokinetics of MZ were consistent with rapid absorption (median peak times of 10 minutes after IN administration),

but relatively short duration of action. The mean absolute bioavailability of IN MZ was approximately 60-61%. However, based on actual dose delivery weights, bioavailability was about 72% for the IN doses. The 84% delivery of doses was most likely because of under filling of sprayers during manufacturing. The remainder of the incomplete bioavailability after the IN administration may be explained by metabolism during absorption across the nasal mucosa or simply, incomplete absorption and swallowing. There was no evidence of swallowing but that would be expected due to the low oral bioavailability of MZ. Plasma clearance and volumes of distribution were high, as expected for MZ.

**[0110]** PD analyses indicated clearly that all three treatments produced changes in subjective ratings of sleep scores, VAS ratings and observer ratings. The intensity of the PD effects was greatest over the first 2 hours following dose administration. The order of magnitude of effects on all PD outcome measures were not always identical but in most cases, IV produced the largest or a similar duration/magnitude of effects compared to the high dose of IN MZ which was followed by the low IN MZ dose. The peak time of effects did not differ statistically between IV and IN doses. The onset did not vary with dose as much as the duration of effect did, as determined through the AUC analyses.

**[0111]** Conclusion

**[0112]** Intravenously administered MZ distributes extensively and rapidly in the body. A total systemic clearance of 21 L/hr indicates that MZ is a highly cleared drug. The IN formulation of MZ had rapid absorption with median times of 10 minutes to achieve peak concentrations. The rise in plasma concentrations matched the IV infusion in some cases. The $\alpha$-hydroxymidazolam metabolite concentrations were consistently lower than those of the parent drug. The absolute bioavailability of MZ from the IN dosage form was approximately 60% and supports further investigation of this dosage form for clinical use. PD analyses indicated clearly that all three treatments produced changes in subjective ratings of sleep scores, VAS ratings and observer ratings. The intensity of the PD effects was greatest over the first 2 hours following dose administration.

**[0113]** No treatment emergent adverse events were observed during the conduct of this protocol that would preclude further study of MZ in healthy subjects. Adverse events were unremarkable and expected for this drug. As evidenced by the lack of cardiovascular and respiratory adverse events, all the subjects tolerated the drug well.

**[0114]** Having now generally described the embodiments, the same may be more readily understood through the following reference to the following example, which is provided by way of illustration and is not intended to limit the present invention unless specified.

What is claimed is:

**1**. A pharmaceutical composition for intranasal administration comprising: an effective amount of a benzodiazepine or pharmaceutically acceptable salt thereof; a nasal carrier; and at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof.

**2**. A pharmaceutical composition according to claim 1, wherein the benzodiazepine is alprazolam, brotizolam, chlordiazepoxide, clobazepam, clonazepam, clorazepate, demoxepam, diazepam, estazolam, flurazepam, quazepam, halazepam, lorazepam, midazolam, nitrazepam, nordazapam, oxazepam, prazepam, quazepam, temazepam, triazolam, zolpidem, zaleplon or combinations thereof.

**3**. A pharmaceutical composition according to claim 2, wherein the benzodiazepine is midazolam.

**4**. A pharmaceutical composition according to claim 3, wherein the volume of the composition is about 0.1 ml.

**5**. A pharmaceutical composition according to claim 3, wherein the composition is preservative free.

**6**. A pharmaceutical composition according to claim 3, wherein the composition contains a buffer.

**7**. A pharmaceutical composition according to claim 3, wherein the composition is a sterile solution or suspension.

**8**. A pharmaceutical composition according to claim 3, wherein the composition contains an anesthetic agent.

**9**. A pharmaceutical composition according to claim 1, wherein the one or more sweeteners, flavoring agents or masking agents is saccharin, sodium saccharin, xylitol, mannitol, sorbitol, sucrose, sucralose, maltodextrin, aspartame, acesulfame potassium, dextrose, glycosides, maltose, sweet orange oil, glycerin, wintergreen oil, peppermint oil, peppermint water, peppermint spirit, menthol, or combinations thereof.

**10**. A pharmaceutical composition according to claim 1, wherein the composition has a pH of about 5.0.

**11**. A pharmaceutical composition for intranasal administration to a mammal comprising: an effective amount of midazolam or pharmaceutically acceptable salt thereof, polyethylene glycol, saccharin powder, and propylene glycol.

**12**. A pharmaceutical composition according to claim 11, wherein the polyethylene glycol comprises from about 15% to about 25% by volume and the propylene glycol constitutes from about 75% to about 85% by volume of the composition.

**13**. A pharmaceutical composition according to claim 11, wherein the composition contains a preservative.

**14**. A pharmaceutical composition according to claim 11, wherein the composition is preservative-free.

**15**. A pharmaceutical composition according to claim 11, wherein the composition contains an anesthetic agent.

**16**. A pharmaceutical composition according to claim 11, wherein the composition achieves a time to maximum plasma concentration ($T_{max}$) within about 5 minutes to about 20 minutes after intranasal administration.

**17**. A pharmaceutical composition according to claim 11, wherein the composition achieves a time to maximum plasma concentration ($T_{max}$) within about 5 minutes after intranasal administration.

**18**. A pharmaceutical composition according to claim 11, wherein the composition achieves a maximum plasma concentration ($C_{max}$) of about 40 ng/mL from a 2.5 mg dose or about 80 ng/mL from a 5 mg dose after intranasal administration.

**19**. A pharmaceutical composition according to claim 18, wherein the ratio of the AUC for intranasal midazolam to AUC of for midazolam after an equivalent dose of intravenous midazolam is at least about 1:1.7.

**20**. A method of treating a mammal in need of rapid sedation, anxiolysis, amnesia, or induction of anesthesia comprising intranasally administering to the mammal an effective amount of a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof; and a nasal carrier; wherein the rapid sedation, anxiolysis,

amnesia, or induction of anesthesia occurs within 5 minutes after intranasal administration.

**21**. A method of treating a mammal in need of rapid sedation, anxiolysis, amnesia, or induction of anesthesia comprising intranasally administering to the mammal an effective amount of a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof; a nasal carrier; and at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof.

**22**. A method according to claim 21, wherein the at least one sweetener, flavoring agent or masking agent is saccharin, sodium saccharin, xylitol, mannitol, sorbitol, sucrose, aspartame, acesulfame potassium, dextrose, glycosides, maltose, sweet orange oil, glycerin, wintergreen oil, peppermint oil, peppermint water, peppermint spirit, menthol, or combinations thereof.

**23**. A method according to claim 21, wherein the rapid sedation, anxiolysis, amnesia, or induction of anesthesia occurs within 5 minutes after intranasal administration.

**24**. A method according to claim 21, wherein the rapid sedation, anxiolysis, amnesia, or induction of anesthesia occurs at a time to maximum plasma concentration ($T_{max}$) of within 5 minutes after intranasal administration.

**25**. A method according to claim 21, wherein the pharmaceutical composition achieves a 1-hydroxymidazolam plasma level of about 1 to about 8 nanograms/ml after intranasal administration.

**26**. A method of making a pharmaceutical composition for intranasal administration comprising adding at least one or more sweeteners, flavoring agents, or masking agents or combinations thereof to a pharmaceutical composition comprising midazolam or pharmaceutically acceptable salt thereof, and a nasal carrier so as to make the pharmaceutical composition.

* * * * *

# CARBOWAX™ and CARBOWAX™ SENTRY™

**Polyethylene Glycols and Methoxypolyethylene Glycols**

DOW®



## PEGs & MPEGs

®™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

DEFENDANTS' EXHIBIT
DTX-2022
exhibitsticker.com





# CARBOWAX™ CARBOWAX™ SENTRY™

Polyethylene Glycols and Methoxypolyethylene Glycols

Table of Contents


| | |
|---|---|
| 4 | Introduction |
| 4-5 | Product Profiles |
| 6-7 | Performance Properties |
| 8 | Available Product Forms and Packaging |
| 9-11 | Typical Applications of CARBOWAX™ SENTRY™ Products |
| 12-13 | FDA and EPA Status |
| 14-15 | Typical Applications of CARBOWAX™ Products |
| 16-17 | End User's Guide |
| 18-19 | Typical Physical Properties |
| 20 | Liquid Densities of Aqueous Solutions of Liquid and Solid CARBOWAX™ Polyethylene Glycols |
| 21 | Melting/Freezing Range of CARBOWAX™ Polyethylene Glycols vs. Molecular Weight |
| 22-25 | Freezing Points of Aqueous Solutions of Liquid and Solid CARBOWAX™ Polyethylene Glycols |
| 26 | Kinematic Viscosity of CARBOWAX™ Polyethylene Glycols |
| 27 | Kinematic Viscosity of CARBOWAX™ Methoxypolyethylene Glycols |
| 28-38 | Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycols |
| 39-41 | Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Methoxypolyethylene Glycols |
| 42 | Kinematic Viscosity of Blends of CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols |
| 43 | Hygroscopicity of Liquid CARBOWAX™ Polyethylene Glycols at Various Relative Humidities |
| 44 | Comparative Dynamic Hygroscopicities of CARBOWAX™ Polyethylene Glycols, DEG, TEG and Glycerin |
| 45-46 | Comparative Humectancies, 50% solution in 23% Relative Humidity |
| 47 | Surface Tensions of Aqueous Solutions of CARBOWAX™ Polyethylene Glycols at 25°C |
| 48 | Molecular Weight Distributions of CARBOWAX™ Polyethylene Glycols |
| 49 | Specific Heats of Liquid CARBOWAX™ Polyethylene Glycols |
| 50 | Densities vs. Temperature Above CARBOWAX™ Polyethylene Glycols Freezing Point |
| 51 | Shipping Information |
| 51 | Solubility of Polyethylene Glycols in Various Solvents |
| 52 | Liquids Insoluble or Partly Soluble in the Liquid CARBOWAX™ Polyethylene Glycols |
| 53 | Liquids Miscible in All Proportions with Liquid CARBOWAX™ Polyethylene Glycols |
| 54 | Handling and Storage |
| 55 | Product Stewardship |
| 56 | Emergency Service |
| 57 | Information on Related Products |
| 58 | To Learn More |


™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Introduction

*CARBOWAX™ and CARBOWAX™ SENTRY™ brand Polyethylene Glycols and Methoxypolyethylene Glycols were commercialized in 1940 by Union Carbide Corporation, now a wholly-owned subsidiary of The Dow Chemical Company. They are well-known and trusted names in the chemical, pharmaceutical and personal care industries.*

*For more than half a century, Dow has demonstrated its dedication to the marketplace by continually improving production processes and expanding its product line to meet customer needs. In 1992, Dow's commitment to quality was acknowledged when it became the first U.S. producer of polyethylene glycol and methoxypolyethylene glycol to receive ISO 9002 registration for its manufacturing quality systems. Dow continuously strives to improve its quality and currently is registered to ISO 9000-2000. Our ability to meet the rigorous certification requirements of the International Standards Organization is your assurance of the highest quality products.*

*CARBOWAX™ Polyethylene Glycols set the standards in quality and performance and are backed by unmatched technical expertise and industry-leading service.*

## Product Profiles

### CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols

CARBOWAX™ Polyethylene Glycols (PEGs) and CARBOWAX™ Methoxypolyethylene Glycols (MPEGs) are a family of water soluble linear polymers formed by the addition reaction of ethylene oxide to an ethylene glycol equivalent. The general formula for polyethylene glycol is:

$$H\text{–}(OCH_2CH_2)_n\text{–}OH$$

and for methoxypolyethylene glycol:

$$CH_3\text{–}(OCH_2CH_2)_n\text{–}OH$$

where "n" is the average number of repeating oxyethylene groups.

Each CARBOWAX™ PEG or MPEG is designated by a number that represents its average molecular weight.

For example, CARBOWAX™ PEG 600 consists of a distribution of polymers of varying molecular weights with an average of 600, which corresponds to an approximate average number of repeating oxyethylene groups ("n") of 13.

CARBOWAX™ Polyethylene Glycols are available in average molecular weights ranging from 200 to 8000. CARBOWAX™ Methoxypolyethylene Glycols are available in average molecular weights ranging from 350 to 750.

CARBOWAX™ PEG 540 Blend, a 41/59 weight percent mixture of PEG 300 and PEG 1450, completes the family of CARBOWAX™ products.

This wide range of products provides flexibility in choosing properties to meet the requirements of many different applications. Typical applications for CARBOWAX™ products are discussed on pages 14 and 15.

**CARBOWAX™ PEGs and MPEGs**

| CARBOWAX™ PEG[1] | CARBOWAX™ MPEG | Supplied Form | Appearance at 27°C |
|---|---|---|---|
| 200, 200E<br>300, 300E<br>400, 400E<br>600, 600E | 350[2]<br><br>550 | Liquid<br>Liquid<br>Liquid<br>Liquid | Clear, Viscous Liquid |
| 540 Blend<br>1000<br>1450 | 750 | Fused Solid<br>Fused Solid<br>Flake | Soft, Opaque White Solid |
| 1450 aqueous | | Liquid in bulk | |
| 3350<br>4000<br>4000 aqueous<br>4600<br>8000 | | Granular, Powder<br>Granular, Powder<br>Liquid in Bulk<br>Granular<br>Granular, Powder | Hard, Opaque White Solid |

[1] CARBOWAX™ Products available in Europe only are denoted by the letter "E" after the molecular weight. For example, PEG 400E

[2] Also available as CARBOWAX™ SENTRY™.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## CARBOWAX™ SENTRY™ Polyethylene Glycols and Methoxypolyethylene Glycols

CARBOWAX™ SENTRY™ Polyethylene Glycols (PEGs) meet all requirements of the United States Pharmacopoeia (USP)/National Formulary (NF) monograph for polyethylene glycols. Additionally, CARBOWAX™ SENTRY™ grades meet the requirements of those polyethylene glycols listed in the Food Chemicals Codex (FCC) monograph for polyethylene glycols.

CARBOWAX™ SENTRY™ PEGs are recommended for use in pharmaceutical, personal care, and food and animal feed-contact applications. Selected liquid and solid CARBOWAX™ SENTRY™ grades have now been certified to be compliant with the European Pharmacopoeia (Ph. Eur.) requirements for 'Macrogols'. Evidence of NF/Ph. Eur. compliance is shown both on the package label as well as on the Certificates of Analysis (CoA) as in the following example:

CARBOWAX™ SENTRY™ POLYETHYLENE GLYCOL 400 NF, FCC GRADE; MACROGOL 400 Ph. Eur.

*Please refer to the table on the right.*

The manufacturing, handling, and storage of all CARBOWAX™ SENTRY™ polyethylene glycols are conducted to be in compliance with all appropriate current Good Manufacturing Practices (cGMP) for the respective products. Since CARBOWAX™ SENTRY™ PEG 3350 and 4000 are both Active Pharmaceutical Ingredients (APIs), the solid grades plant (PEG molecular weights 1450 – 8000) in Taft, LA complies with the ICH Q7A standards for APIs. This compliance is also in line with requirements of the European Directive 2004/27/EC for active pharmaceutical ingredients and excipients. For our lower molecular weight products produced at the Dow Plaquemine, LA, site (CARBOWAX™ SENTRY™ PEG 300 – 1000 and SENTRY™ MPEGs), cGMP compliance is in accord with the International Pharmaceutical Excipients Council (IPEC) Guide for Bulk Pharmaceutical Excipients (2001).

FDA Food Additive clearances are listed on pages 12 and 13.

CARBOWAX™ SENTRY™ Polyethylene Glycols and Methoxypolyethylene Glycols are manufactured under the supervision of the Kashruth Division of the Union of Orthodox Jewish Congregations of America and are certified as kosher and pareve.

### CARBOWAX™ SENTRY™ PEGs and MPEGs

| CARBOWAX™ SENTRY™ PEG | CARBOWAX™ SENTRY™ MPEG | Supplied Form |
|---|---|---|
| 300 NF, FCC Grade; Macrogol 300 Ph. Eur. | 350 NF, FCC Grade | Liquid |
| 400 NF, FCC Grade; Macrogol 400 Ph. Eur. | | Liquid |
| 600 NF, FCC Grade; Macrogol 600 Ph. Eur. | | Liquid |
| 1000 NF, FCC Grade | | Fused solid |
| 540 Blend (PEG 300 / PEG 1450) | | Fused solid |
| 1450 NF, FCC Grade | | Flake |
| 3350 NF, FCC Grade; Macrogol 3350 Ph. Eur. | | Granular, Powder |
| 4000 NF, FCC Grade; Macrogol 4000 Ph. Eur. | | Granular, Powder |
| 4600 NF, FCC Grade | | Granular |
| 6000 NF, FCC Grade; Macrogol 6000 Ph. Eur. | | Granular |
| 8000 NF, FCC Grade; Macrogol 8000 Ph. Eur. | | Granular, Powder |



™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Performance Properties

### Physical Form

Depending on their average molecular weights, CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols may be liquids or solids at room temperature, as shown in the tables on pages 4 and 5.

A list of melting/freezing ranges for these products can be found on page 18.

CARBOWAX™ PEGs and MPEGs are available in a wide range of easy-to-use forms, including liquids, molten, flake, granular, powder and aqueous solutions.

### Physical Property/Molecular Weight Relationships

The physical properties of CARBOWAX™ PEGs and MPEGs depend on molecular weight. Increased molecular weight results in decreased solubility in water and solvents, decreased hygroscopicity and vapor pressure, and increased melting/freezing range and viscosity. A complete listing of physical properties appears on pages 18 and 19.

Intermediate physical properties can be achieved successfully by blending PEGs and MPEGs of different average molecular weights. PEGs and MPEGs of intermediate molecular weights can also be manufactured and are available on special request to provide even more product development flexibility. For more information, call our Customer Information Group at the number listed for your area on the back of this brochure.

### Solubility

The repeating ether linkages and terminal hydroxyl groups give rise to the water solubility of PEGs and MPEGs. At 20°C, the liquid PEGs and MPEGs form clear aqueous solutions in all proportions. The solid PEGs are slightly less soluble in water, with their solubility decreasing as molecular weight increases. CARBOWAX™ PEG 8000, for example, is soluble in water at 20°C to 63 weight percent.

CARBOWAX™ PEGs and MPEGs are also soluble in many commonly used polar organic solvents such as acetone, alcohols and chlorinated solvents. They are insoluble in nonpolar solvents such as hydrocarbons. See tables pages 52 and 53.

A wide range of substances are soluble in CARBOWAX™ PEGs and MPEGs. This extensive chemical compatibility makes them useful in a wide variety of formulated products.

## Effect of Molecular Weight on Physical Properties




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Hygroscopicity

CARBOWAX™ PEGs and MPEGs are hygroscopic, i.e., they attract and retain moisture from the atmosphere. This property makes them useful as water-soluble ointments and humectants, and as replacements for other hygroscopic materials such as glycerin and propylene glycol in certain applications.

Hygroscopicity decreases as molecular weight increases. MPEGs are less hygroscopic than PEGs of equal molecular weight. Thus, the proper selection of CARBOWAX™ products makes it possible to tailor the hygroscopicity for a particular application.

The hygroscopicity of representative CARBOWAX™ products is shown in Figure 24 on page 43. Comparative dynamic hygroscopicities of CARBOWAX™ PEGs, DEG, and Glycerin are shown in Figure 25 on page 44. Comparative humectancies of CARBOWAX™ PEGs, DEG, TEG, Glycerin and Sorbitol are shown in Figures 26 and 27 on pages 45 and 46.

## Viscosity

Above their melting/freezing temperatures, CARBOWAX™ PEGs and MPEGs can be considered Newtonian fluids since their viscosities are nearly independent of shear. Kinematic viscosity measurements are, therefore, the most practical way of characterizing polyethylene glycol viscosity. Viscosities decrease as temperature increases. Figures 7 and 8 on pages 26 and 27 show viscosity curves for CARBOWAX™ PEGs and MPEGs.

Aqueous PEG and MPEG solutions are also Newtonian. Figures 9 through 23 on pages 28 through 42 show viscosity/temperature curves for various aqueous concentrations of PEG and MPEG.

Intermediate viscosities may be obtained by blending two different CARBOWAX™ Products. Figure 23 may be used to choose the proper blend of PEGs or MPEGs to obtain the desired viscosity at any temperature.

## Stability

CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols have low volatility and are thermally stable for limited periods of time below temperatures of approximately 300°C in the absence of oxygen. When exposed to air, however, the polymers are susceptible to oxidative degradation. Degradation can be limited by minimizing exposure of the polymer to elevated temperatures and/or exposure to oxygen, i.e., storage at or below room temperature and blanketing with nitrogen. Alternatively, addition of a commercially available antioxidant can deter oxidative degradation.

CARBOWAX™ PEG and MPEG solutions in water are hydrolytically stable as the polyether linkages are not degraded under normal storage and use conditions. As noted above, air (oxygen) exposure to the aqueous blends may result in similar oxidative behavior at elevated temperatures as is seen with neat PEGs and MPEGs.

## Non-Volatility

When used as a solvent or carrier, CARBOWAX™ Polyethylene Glycols with a molecular weight ranging from 300 to 8000 do not fall under the scope of the European Council Directive 1999/13/EC and amendments on the limitation of emission of volatile organic compounds (VOC). These grades are excluded as they do not fall under the definition of VOC: "any organic compound having at 293.15°K a vapour pressure of 0.01 kPa or more, or having a corresponding volatility under the particular conditions of use." Thus, CARBOWAX™ PEGs and MPEGs are considered to be non-volatile, having extremely low vapor pressure under ambient and general use conditions.

## Chemical Reactivity

The primary hydroxyl functionality of CARBOWAX™ PEGs and MPEGs allows them to undergo most reactions typical of alcohols. Conversion of the alcohol functional groups to esters, ethers, amines and acetals is common. Commercially, the most important derivatives of PEGs are the fatty acid esters used as emulsifiers, dispersants, detergents, plasticizers and lubricants.

## Special Products/Special Properties

Dow offers a full line of CARBOWAX™ products with a wide range of chemical and physical properties to meet the requirements of most uses. With its premier polyethylene glycol technology, Dow also has the ability to make a variety of special products. Our professionals can draw upon their extensive polymer expertise to determine if a specialty polyethylene glycol can be provided to meet your specific needs. For more information call our Customer Information Group at the number listed for your area on the back of this brochure.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.




## Available Product Forms and Packaging

Granular and powder grades of CARBOWAX™ PEGs are offered as free flowing, spherical particles in several packaged forms. As general guidance, our powder grades can be characterized as having an average particle size distribution centered in a range between 140 and 200 microns, dependent upon the specific MW grade of the PEG. These grades typically find use in dry blending applications. Characterization of our granular grades shows average particle size distributions centered in a range between 275 and 350 microns[1]. Most applications involving dissolution or melting of the PEG into formulations benefit from the granular form. A specific molecular weight grade, PEG 1450, is only offered in packaged form as a flaked material. The flakes have a variable, shard-like appearance with a thickness of about 300 to 400 microns[1].

Our packaged solid grades of CARBOWAX™ PEGs and CARBOWAX™ SENTRY™ PEGs are available in 4-layer Kraft paper bags of 50 pounds[2] (50 per pallet), unlined polyethylene drums of 250 pounds (175 pounds for PEG 8000), and Flexible Intermediate Bulk Containers (FIBC bulk bags). Our FIBCs for molecular weights 3350, 4000, and 4600 are nominally 2000 pounds, whereas PEG 8000 FIBCs are nominally 1800 pounds. Molecular weight PEG 1450 flake grade is not offered in bulk owing to its inherent softness[3].




1 The particle size indications are not to be construed as specifications.

2 The equivalences are as follows: 50 pounds weight about 23 kilograms, 175 and 250 pounds respectively about 79 and 113 kilograms, 1800 pounds are about 813 kilograms and 2000 pounds equal 907 kilograms.

3 See properties table on pages 18 and 19.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

**CARBOWAX™ SENTRY™ Polyethylene Glycols NF, FCC, Ph. Eur. and Methoxypolyethylene Glycols NF**

**Recommended materials for pharmaceutical, personal care, cosmetic and food contact applications**



## Typical Applications

*The CARBOWAX™ Polyethylene Glycol business has remained the world leader in polyethylene glycol product quality, safety, excellence in manufacturing, and technical support since CARBOWAX™ products were first commercialized in 1940. The CARBOWAX™ "SENTRY™" trademark launch in 1981 gave a clear commitment to our customers and the market of our dedication to producing premium quality CARBOWAX™ SENTRY™ NF grade products for use in pharmaceutical and personal care applications.*

## Pharmaceuticals

CARBOWAX™ SENTRY™ PEGs and MPEGs are produced to meet all applicable requirements of the United States Pharmacopoeia/National Formulary (USP/NF). Additionally, selected liquid and solid CARBOWAX™ SENTRY™ grades are certified to be compliant with the European Pharmacopoeia (Ph. Eur.) monograph for "Macrogols". Evidence of NF/Ph. Eur. compliance is shown on both the package label and the Certificate of Analysis (CoA).

For use in pharmaceutical formulations, CARBOWAX™ SENTRY™ PEGs exhibit unique medicament solvent properties, low toxicity, excellent stability and water solubility.

### 1. Excipients

***Pill and tablet binding or coating***
CARBOWAX™ SENTRY™ PEGs provide multiple benefits in the tableting process. They can act as both binders and fillers offering internal and external lubrication. They function effectively as a plasticizer for tablet coating formulations, providing good hardness, water solubility and lubricity. CARBOWAX™ SENTRY™ PEG 8000 is a particularly effective tablet coating and provides a durable tablet surface that is easy to emboss.

***Gelatin capsules***
CARBOWAX™ SENTRY™ PEGs 300 through 1450 find extensive use in soft gelatin capsules. As a primary water soluble component in the liquid fill, they provide solubilization enhancement of the active substance and give stability to the gelatin shell. For hard gelatin capsule applications, solid grade CARBOWAX™ SENTRY™ PEGs serve as an effective medium to solubilize active ingredients in a melt-fill protocol. In these applications, a suitable antioxidant additive such as BHT may be beneficial in providing oxidative stability to the active ingredient and to the PEG under the filling conditions.

***Ointments and creams***
CARBOWAX™ SENTRY™ Polyethylene Glycols can make excellent water-soluble ointment bases as they spread easily and evenly over the skin even if moisture is present. Their good water solubility makes it easy to incorporate aqueous



™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

ingredients in the formulation. They do not become rancid or support microbial growth. Polyethylene glycol ointment bases are superior to traditional hydrophobic ointment bases as they effectively incorporate active ingredients but can be easily removed with water.

***Liquid medications***
CARBOWAX™ SENTRY™ liquid PEGs are ingredients in a large range of pharmaceutical applications, including liquid oral-dose medications such as cough syrups and elixirs, where they function as solubilizers and non-alcoholic diluents. Other applications include nose and ear drops and spray-on medications.

***Suppositories***
CARBOWAX™ SENTRY™ PEGs serve as a formulation base to dissolve the active substance. They also allow a better bioavailability by facilitating effective and complete release of the active substance in the body. High molecular weight CARBOWAX™ SENTRY™ PEGs are used to coat suppositories, providing elasticity and lubricity.

### 2. Actives

***Laxatives and colonic lavage***
CARBOWAX™ SENTRY™ PEG 3350 and 4000 are well-known in the treatment of chronic constipation. Functioning as an osmotic laxative, they provide mild and effective treatment while eliminating adverse side effects often seen with other laxative types. These products are also widely used as an intestinal lavage to facilitate bowel cleansing prior to medical procedures such as colonoscopies, radiological exams, or gastrointestinal surgery.

***Ophthalmic***
CARBOWAX™ SENTRY™ PEGs 300 and 400 are used in ophthalmic formulations to form a soothing film onto the surface of the eye mucous membrane. Typical concentrations in this application are 0.2 to 1%.

### 3. Chemical intermediates

CARBOWAX™ SENTRY™ PEGs and MPEGs are used in the synthesis of pharmaceutical actives such as diesters, carbonates, carbamates, and PEG/protein conjugates ('PEGylation').

### 4. Processing aids

CARBOWAX™ SENTRY™ Polyethylene Glycols have been used in pharmaceutical granulation technology for decades. PEGs offer control to achieve a more uniform particle size distribution, reduce fines concentration, enhance tablet hardness, and add lubricity. Conventional practice utilizes solid packaged USP/NF grades of PEGs with molecular weights of 1450 and above, with preference given to the higher molecular weights such as 8000. Both hot melt and wet granulation techniques are practiced using the higher molecular weight polyethylene glycols. Hot melt granulation techniques have advantage in that no solvent or water is present, which avoids drying or solvent removal steps. Typical PEG concentrations for melt granulation range between 2 and 10% by weight and additional excipients are commonly added in the melt to achieve the target formulation properties. In wet granulation, PEG concentrations in water or solvent are normally lower – on the order of a few percent – to achieve the desired effect.

## Cosmetics/Personal Care



CARBOWAX™ SENTRY™ PEGs and MPEGs are used in a wide range of cosmetic and personal care preparations, including creams, lotions, sticks, cakes, powders, jellies, and aerosols. Their versatility comes from a unique combination of properties—they are water-soluble, odorless, neutral, lubricating, nonvolatile and nonirritating. PEGs and MPEGs make excellent coupling agents, solvents, vehicles, humectants, lubricants, binders, and bases. More stringent laws (e.g. European Cosmetic Directive) require cosmetic products to be formulated from high purity and safe raw materials. CTFA/INCI nomenclature for CARBOWAX™ SENTRY™ PEGs and MPEGs is given in Table 2, pages 18 and 19.

***Creams, lotions***
Due to their affinity for water, inert nature, and ability to solubilize active ingredients, CARBOWAX™ SENTRY™ PEGs and MPEGs are important ingredients



™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

for creams and lotions. The humectant effect of PEGs increases the ability of these creams and lotions to retain water while also imparting a conditioning effect on the treated skin without producing any sensation of stickiness. The humectancy of CARBOWAX™ SENTRY™ PEGs and MPEGs is helpful in preventing creams and lotions from drying out. Liquid CARBOWAX™ SENTRY™ PEGs are the primary choice of formulators in these types of applications. If specific attributes are required, blending different CARBOWAX™ SENTRY™ products can tailor the humectancy, viscosity or melting point to fit a particular application.

***Toothpastes***

CARBOWAX™ SENTRY™ PEGs are non-toxic and non-irritant formulation components that have significant use in the toothpaste market owing to the ability to affect the water concentration, viscosity, consistency of application and product stability. These products have proven to be very successful in the production of transparent toothpastes, which contain large quantities of silicic acid. CARBOWAX™ SENTRY™ PEGs are tolerated by mucous membranes, which enhances their usefulness in these types of applications.



***Bar and liquid soaps***

Solid grades of CARBOWAX™ SENTRY™ PEGs are used in the manufacturing of soaps as they help in plasticizing and sharpening the soap shape. Long term, their humectancy also prevents the soap bar from drying out and cracking. Once used, they leave a pleasant feel on the skin, referred to as a conditioning property. Soft hand-cleansing pastes can also be composed with CARBOWAX™ SENTRY™ PEGs through the use of lower molecular weight grades, which exhibit reduced viscosity and lower melting point.

***Hair care products***

CARBOWAX™ SENTRY™ PEGs are well suited for use in hair products. In shampoos, CARBOWAX™ SENTRY™ PEGs act as a wetting agent and are easily washed off with water. They have also been shown to be a non-greasy, non-toxic ingredient that can alter the functionality of the shampoo as well as affect physical properties such as flowability and consistency. CARBOWAX™ SENTRY™ PEGs are widely used in hair control products as an anti-static agent and as a plasticizer that will decrease the propensity of these products to form a brittle film.

***Bath, shower gels, and shampoos***

CARBOWAX™ SENTRY™ PEGs are well known to solubilize many organic compounds due to the organic backbone and hydrophilic hydroxyl end groups. These properties make CARBOWAX™ SENTRY™ PEGs a good choice to solubilize bath oils and other insoluble ingredients. CARBOWAX™ SENTRY™ PEGs are also known to leave a smooth silky feel after they have been applied.

***Personal care sticks***

The non-volatile nature of these products makes liquid CARBOWAX™ SENTRY™ PEGs suitable carriers for active ingredients in deodorants and insect repellent sticks. Liquid grades are used as solubilization aids in lipstick compositions. The physical form and consistency of these personal care sticks can also be altered through the use of solid grade CARBOWAX™ SENTRY™ PEGs, as the solidification point of these products ranges from 43°C to 63°C.

***Effervescent tablets***

CARBOWAX™ SENTRY™ PEGs are excellent binders for bath salts or effervescent denture cleaners. They also have a number of key attributes that make them a good choice for tableting. See the section on *Excipients, pill and tablet binding or coating.*

## Food Processing and Packaging

CARBOWAX™ SENTRY™ Polyethylene Glycols are produced to meet the requirements of the Food Chemicals Codex (FCC) monograph and are FDA-compliant for use in a variety of food-related applications. Food additive clearances are listed in Title 21 of the Code of Federal Regulations (CFR); a list of current clearances is given on the next two pages. There is no maximum limit on their use in these FDA compliant food applications other than that the amount used shall not exceed the minimum amount needed to produce the intended technical effect.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

CARBOWAX™

## FDA General

CARBOWAX™ SENTRY™ Polyethylene Glycols are produced to meet the requirements of the National Formulary (NF) monograph for drug applications and the Food Chemicals Codex (FCC) monograph for certain food and feed applications. Dow provides the following FDA Food Additive Status Summary for the convenience of our customers. This summary is not intended as an alternative to reading the full text of the applicable regulations, since additional restrictions and limitations may apply. It is the responsibility of the user of CARBOWAX™ and CARBOWAX™ SENTRY™ PEGs as a Direct or Indirect Food Additive to read and understand all applicable FDA regulations in Title 21 of the Code of Federal Regulations, as well as any other applicable regulations.

## FDA Food

| *FDA Regulation (21 CFR)* | *Permitted Use* |
|---|---|
| *Direct Additives:* | Certain CARBOWAX™ SENTRY™ Polyethylene Glycols (Food Chemicals Codex Grade) are permitted for use under the following Food Additive Regulations for direct use in food other than milk, or preparations intended for addition to milk. There is no maximum limit on their use in these applications other than that the amount used shall not exceed the minimum amount needed to produce the intended technical effect. |
| 73.1(b)(2) | As a diluent in color additive mixtures for coloring shell eggs. |
| 172.210 | Defoamer and dispersing adjuvant in coatings applied to fresh citrus fruit for protection of the fruit. |
| 172.820 | 1. Coating, binder, plasticizing agent and/or lubricant in tablets used for food.<br>2. Adjuvant to improve flavor and as a bodying agent in nonnutritive sweeteners.<br>3. Adjuvant in dispersing vitamin and/or mineral preparations.<br>4. Coating on sodium nitrite to inhibit hygroscopic properties.<br>Note: Not for use in milk or milk products. |
| 173.310 | Component of boiler water additives used in the preparation of steam that contacts food. |
| 173.340 | Component of defoaming agents used in the processing of food. |
| | Note: Only CARBOWAX™ SENTRY™ PEGs 300-8000 meet the requirements of the above regulations if the product contains a maximum of 0.2 wt% of the sum of ethylene glycol and diethylene glycol. |

| | |
|---|---|
| *Indirect Additives:* | Certain CARBOWAX™ and CARBOWAX™ SENTRY™ Polyethylene Glycols are permitted for use under the following Food Additive Regulations for indirect use as components of articles intended for use in contact with food. There is no maximum limit on their use in these applications other than that the amount used shall not exceed the minimum amount needed to produce the intended technical effect. |
| 175.105 | Component of adhesives used in articles intended for packaging, transporting or holding food. |
| 175.300 | In reaction with triglycerides and fatty acids to produce reconstituted oils that are used in resinous and polymeric coatings.[1] |
| 176.170 | As a component of paper and paperboard in contact with aqueous and fatty foods.[1] |
| 176.180 | As a component of paper and paperboard in contact with dry food.[1] |
| 177.2600 | As a component of rubber articles intended for repeated use.[1] |
| 178.3750 | Component of articles intended for use in contact with food.<br>Note: This regulation includes most uses in food-contact and food-packaging applications. |
| 178.3910 | Component of surface lubricants used in drawing, stamping and forming metallic articles from rolled foil or sheet by further processing. |

## EPA

| *EPA Regulation (40 CFR)* | *Permitted Use* |
|---|---|
| 180.910 | Inert ingredients used pre- and post harvest; exemptions from the requirement of a tolerance. |
| 180.930 | Inert ingredients applied to animals; exemptions from the requirement of a tolerance. |

[1] The restriction for the use of PEGs in these applications requires an ethylene glycol + diethylene glycol content of 0.2 wt% (maximum) EG + DEG for a mole weight of below 350. Thus, CARBOWAX™ PEG 200 and 200E are excluded from these applications.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

| CARBOWAX™ SENTRY™ Polyethylene Glycol | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 300 | 400 | 600 | 1000 | 540 BLEND | 1450 | 3350 | 4000 | 4600 | 6000 | 8000 |
| — | — | — | — | — | — | — | — | — | — | X | — |
| — | X | X | X | X | X | X | X | X | X | — | X |
| — | X | X | X | X | X | X | X | X | X | — | X |
| — | X | X | X | X | X | X | X | X | X | — | X |
| — | X | X | X | X | X | X | X | X | X | — | X |

| CARBOWAX™ Polyethylene Glycol or CARBOWAX™ SENTRY™ Polyethylene Glycol | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200<br>200E | 300<br>300E | 400<br>400E | 600<br>600E | 1000 | 540 BLEND | 1450 | 3350 | 4000 | 4600 | 6000 | 8000 |
| X | X | X | X | X | X | X | X | X | X | X | — |
| — | X | X | X | X | X | X | X | X | X | X | X |
| — | X | X | X | X | X | X | X | X | X | X | X |
| — | X | X | X | X | X | X | X | X | X | X | X |
| — | X | X | X | X | X | X | X | X | X | X | X |
| — | X | X | X | X | X | X | X | X | X | X | X |
| — | X | X | X | X | X | X | X | X | X | X | X |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | X | X | X | X | X | X | X | X |
| X | X | X | X | X | X | X | X | X | X | X | X |

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

**CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols – Versatile materials in a multiplicity of applications**

## Typical Applications

*The outstanding array of physical properties and the primary hydroxyl functionality of CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols have resulted in widespread commercial use. These versatile polymers are valuable ingredients or intermediates in applications ranging from adhesives to wood treating. The following section briefly describes their function in a number of important end uses. Contact the number listed for your area on the back of this brochure for specific product information.*





### Adhesives

CARBOWAX™ PEGs and MPEGs are often used in adhesives as plasticizers to increase lubricity and to impart a humectant quality to the adhesive to maintain wet-tack strength. Although water soluble, PEGs 300, 400, and 600 may be used in aqueous emulsions of polyvinyl acetate to produce water-resistant adhesives. Various pressure-sensitive adhesives, resinous binders, and thermoplastic adhesives can be manufactured by combining PEGs with other compounds, such as amines, maleic anhydride or polyvinyl acetates.

### Agriculture

CARBOWAX™ PEGs are water soluble and good solubilizers for organically derived insecticides. Therefore, they are excellent vehicles for plant hormones and herbicides. PEGs also have EPA approval for use as inert ingredients in pesticides. (See EPA Status on page 12.) Their humectant properties make them useful as antidusting agents in agricultural formulations. Generally, seeds treated with osmotic solutions containing PEG show increased rates of germination with higher efficiency.

### Ceramics

CARBOWAX™ PEGs are widely used in the ceramics industry as plasticizers, binders and carriers. PEGs are designed to be easily and smoothly distributed throughout the ceramic mass, providing good internal and external lubrication and improved green strength. They have low toxicity, good water solubility to improve equipment cleanup and smooth, clean burnout during firing operations.

### Household Products

CARBOWAX™ PEGs and MPEGs have a wide range of uses in household products – including cleaners, polishes, soaps and detergents – because they are water soluble and inert, with low volatility and low toxicity. They exhibit good solvent properties for, and are compatible with, many ingredients normally used in household products. Texture, viscosity and degree of hygroscopicity can be customized by using various molecular weights or by blending two or more PEGs or MPEGs.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

### Lubricants

The natural lubricity, low volatility and water solubility of CARBOWAX™ PEGs and MPEGs make them useful in a wide range of lubricants. Some products are cleared for use as components in surface lubricants for forming metallic articles to be used in food processing (see FDA and EPA Status, page 12). They are nonstaining to metal parts, textiles and clothing. They are easily cleaned away and are noncorrosive to rubber and plastic materials. PEG is an excellent carrier for graphite and, when used properly, is designed to burn away cleanly, leaving little or no residue.

### Metalworking

CARBOWAX™ Polyethylene Glycols are used in metalworking operations as lubricants for stamping and rolling, fluids for cutting and grinding, and as components in buffing and polishing compounds. Soldering fluxes based on PEGs are designed to have good spreading properties, are easily removed, and leave little or no residue or charring. PEGs are also used as binders in powder metallurgy.

### Paints and Coatings

CARBOWAX™ Polyethylene Glycols are used as intermediates in the preparation of alkyd and polyester resins to enhance water dispersibility. They are also used as modifiers and binders in latex paints and shellacs and in formulations for water-removable coatings.

### Paper and Paper Products

Liquid PEGs, such as CARBOWAX™ PEGs 200, 300, and 400, are used in paper to soften, add flexibility and desirable slip characteristics and to prevent swelling and curling caused by changes in humidity. Solid PEGs are effective lubricants in paper coating compositions, promoting good flow-out with good gloss and smoothness in calendering operations. PEGs are also used as color stabilizers, plasticizers, antisticking agents and dimensional stabilizers.

### Printing and Inks

CARBOWAX™ PEGs and MPEGs have a unique combination of properties, which makes them useful in many types of ink formulations. They can act as humectants, solvents and lubricants; are excellent dye carriers; and offer controlled hygroscopicity in the setting of inks. PEGs are used as the polyol portion of UV-cured printing inks and can provide lubrication for printing equipment when used as a component of inks.

### Rubber and Elastomers

CARBOWAX™ PEGs are widely used as mold release agents and lubricants for fabricating natural and synthetic rubbers. Since they are water-soluble, they can be easily applied and removed. Their low volatility nature is designed to minimize losses during use, and their low ash content should not contribute to residue buildup in molds.

### Textiles

CARBOWAX™ Polyethylene Glycols and their derivatives are widely used in the textile industry as lubricants, softeners, antistatic agents, and conditioning agents. PEG esters are used as processing and finishing aids for textiles, and as easily removable sizes and lubricants for carding, spinning, weaving and knitting fibers and yarns. Hydrophobic fibers, such as nylon and polyester, can be given a desirable combination of slip and drag, along with antistatic properties, by using PEGs. As finishing treatments for fabrics, PEGs provide softness and a pleasant feel.

### Wood Treating

CARBOWAX™ PEGs are used for the dimensional stabilization of wood and wood products, preventing shrinkage, drying and cracking, and helping to maintain wood softness. Proper preliminary soaking in a PEG solution can permit kiln drying of green wood at higher temperatures without warping or cracking. This soaking can also facilitate subsequent cutting and woodworking operations and provide permanent dimensional stabilization.



™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Table 1

CARBOWAX™ and CARBOWAX™ SENTRY™
PEG and MPEG End Use Guide

| | Key Properties | | | | | | |
|---|---|---|---|---|---|---|---|
| Typical Commercial Application | Water Solubility | Viscosity | Freeze/Melt Range | Solvency | Lubricity | Hygroscopicity | Chemical Structure |
| Adhesives | | ❍ | ❍ | | | | |
| Antistatic Agent | | | | | | ❍ | |
| Capsules | ❍ | | | ❍ | | ❍ | |
| Ceramic Binder | ❍ | ❍ | | | ❍ | | |
| Ceramic Glaze | | ❍ | | ❍ | ❍ | | |
| Chemical Intermediate | ❍ | | | ❍ | | | ❍ |
| Creams and Lotions | ❍ | ❍ | ❍ | ❍ | | ❍ | |
| Dentifrices/Toothpaste | ❍ | ❍ | | ❍ | | ❍ | |
| Deodorant Stick | ❍ | | ❍ | ❍ | | | |
| Dye Carrier | | ❍ | | ❍ | | | |
| Humectant | | | | | | ❍ | |
| Inks | | ❍ | | ❍ | ❍ | ❍ | |
| Lipsticks | ❍ | | ❍ | ❍ | | | |
| Lubricants | | ❍ | | | ❍ | | |
| Mandrel Releases | ❍ | ❍ | | | ❍ | | |
| Mining | ❍ | | | | | | ❍ |
| Mold Release Agent | ❍ | ❍ | | | ❍ | | |
| Ointment Base | ❍ | | ❍ | ❍ | | ❍ | |
| Plasticizer | | | | | | | ❍ |
| Powder Metallurgy | | ❍ | ❍ | | ❍ | | |
| Soaps and Detergents | ❍ | | | | | | ❍ |
| Suppository Base | ❍ | | ❍ | ❍ | | | |
| Tablet Binder | ❍ | ❍ | | | ❍ | | |
| Tablet Coating | ❍ | ❍ | | ❍ | | | |
| Toilet Bowl Cleaners | ❍ | | | ❍ | | | |
| Wood Treatment | ❍ | | | | | ❍ | ❍ |

† For food, feed, drug or cosmetic applications, use CARBOWAX™ SENTRY™ Polyethylene Glycols NF/FCC, Ph. Eur. or CARBOWAX™ SENTRY™ Methoxypolyethylene Glycols NF-grade. Only CARBOWAX™ SENTRY™ products are tested to meet NF and/or FCC and Ph. Eur. standards for these applications.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

| | CARBOWAX™ Polyethylene Glycol† | | | | | | | | | | | | CARBOWAX™ Methoxy-polyethylene Glycol† | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 200, 200E | 300, 300E | 400, 400E | 540 Blend | 600, 600E | 1000 | 1450 | 3350 | 4000 | 4600 | 6000 | 8000 | 350 | 550 | 750 |
| | + | + | + | + | + | + | + | + | + | + | | + | + | + | + |
| | + | + | + | | + | + | + | + | + | + | + | + | | | |
| | | + | + | | + | | | | | | + | | | | |
| | | | | | | | | | | | | + | | | |
| | | | + | | + | + | + | + | + | + | | + | | | |
| | + | + | + | | + | + | + | + | + | + | + | + | + | + | + |
| | | + | + | + | + | + | + | + | + | + | + | + | | | |
| | | | | | + | + | + | + | | | | | | | |
| | | + | + | + | + | + | + | | | | | | | | |
| | | + | + | | | | | + | + | + | | + | | | |
| | + | + | + | | + | | | | | | | | | | |
| | + | + | + | | + | | | | | | | | + | + | |
| | | + | + | | + | | | | | | | | | | |
| | + | + | + | | + | + | + | + | + | + | | + | + | + | + |
| | | | | | | | | | + | + | + | | + | | |
| | | | | | | | | + | + | + | | + | + | + | |
| | + | + | + | | + | + | + | + | + | + | + | + | | | |
| | | | | + | | + | | | | | + | | | | |
| | + | + | + | | + | + | | | | | + | | | | |
| | | | | | | | | | | | | + | | | |
| | | | | | | | | + | + | + | + | + | + | + | |
| | | | | + | | + | | | | | | | | | |
| | | | | | | | | + | + | + | + | + | | | |
| | | | | | | | | + | + | + | + | + | | | |
| | | | | | | | | + | + | + | | + | | | |
| | | | | | + | + | + | | | | | + | | | |

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Table 2

Typical Physical Properties of CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols†

| Product | Range of Average Molecular Weight | Range of Average Hydroxyl Number, mg KOH/g | Liquid Density, g/cc | | | Melting or Freezing Range,°C |
|---|---|---|---|---|---|---|
| | | | 20°C | 60°C | 80°C | |
| **CARBOWAX™ Polyethylene Glycol** | | | | | | |
| 200, 200E | 190 to 210 | 535 to 590 | 1.1238 | 1.0921 | 1.0763 | (d) |
| 300**, 300E | 285 to 315 | 340 to 394 | 1.1249 | 1.0927 | 1.0766 | -15 to -8 |
| 400**, 400E | 380 to 420 | 264 to 300 | 1.1255 | 1.0931 | 1.0769 | 4 to 8 |
| 540 Blend (a) | — | — | (e) | 1.0930 | 1.0765 | 38 to 41 |
| 600**, 600E | 570 to 630 | 178 to197 | 1.1258 | 1.0931 | 1.0767 | 15 to 25 |
| 1000* | 950 to 1050 | 107 to 118 | (e) | 1.0927 | 1.0765 | 35 to 40 |
| 1450* | 1305 to 1595 | 70 to 86 | (e) | 1.0919 | 1.0761 | 42 to 46 |
| 3350** | 3015 to 3685 | 30 to 38 | (e) | 1.0926 | 1.0769 | 53 to 57 |
| 4000** | 3600 to 4400 | 25 to 32 | (e) | 1.0926 | 1.0769 | 53 to 59 |
| 4600* | 4140 to 5060 | 22 to 27 | (e) | 1.0926 | 1.0764 | 54 to 60 |
| 6000** | 5400 to 6600 | 16 to 22 | (e) | — | — | 55 to 61 |
| 8000** | 7000 to 9000 | 12 to 16 | (e) | 1.0852 (b) | 1.0689 (c) | 55 to 62 |
| **CARBOWAX™ Methoxypolyethylene Glycol** | | | | | | |
| 350* | 335 to 365 | 154 to 167 | 1.0894 | 1.0547 | 1.0373 | -5 to 10 |
| 550 | 525 to 575 | 97 to 107 | 1.1039 | 1.0690 | 1.0515 | 15 to 25 |
| 750 | 715 to 785 | 71 to 78 | (e) | 1.0761 | 1.0595 | 27 to 32 |

† Typical properties, not to be construed as specifications.

The specific heat at 25°C is 0.51 cal/g/°C for the following grades:
- the liquid CARBOWAX™ PEG 200, 200E, 300, 300E, 400, 400E, 600, 600E, MPEG 350, 550.
- the solid CARBOWAX™ PEG 540 Blend, 1000, 1450, 3350, 4000, 4600, 8000 and MPEG 750, 2000.

**FOOTNOTES:**

- * also available as CARBOWAX™ SENTRY™ Polyethylene Glycol NF, FCC
- ** also available as CARBOWAX™ SENTRY™ Polyethylene Glycol NF, FCC; Macrogol Ph. Eur.
- (a) A 41/59 wt % mixture of PEG 300 and PEG 1450
- (b) At 70°C
- (c) At 90°C
- (d) Sets to glass below -65°C
- (e) Solid at specified temperature
- (f) 50% aqueous solution
- (g) At 40°C
- (h) Negative indicates heat evolved
- (i) Cosmetic, Toiletry and Fragrance Association
- (j) International Nomenclature Cosmetic Ingredient
- (k) Proposed CTFA/INCI Name

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

| | Solubility in Water at 20°C, % by wt | Viscosity at 100°C, (210°F), cSt | Average Number of Repeating Oxyethylene Units | Surface Tension at 25°C, mN/m | Heat of Fusion, cal/g | Heat of Combustion (h) at 25°C, Btu/lb (J/g) | CTFA (i)/INCI (j) Nomenclature |
|---|---|---|---|---|---|---|---|
| | Complete | 4.3 | 4.1 | 44.5 | (d) | -10,510 (-26,753) | PEG-4 |
| | Complete | 5.8 | 6.4 | 44.5 | 37 | -10,840 (-25,196) | PEG-6 |
| | Complete | 7.3 | 8.7 | 44.5 | 36 | -11,010 (-25,591) | PEG-8 |
| | 73 | 15.1 | (a) | (e) | 37 | -11,070 (-25,730) | PEG-6 (and) PEG-32 |
| | Complete | 10.8 | 13.2 | 44.5 | 35 | -11,100 (-25,800) | PEG-12 |
| | 80 | 17.2 | 22.3 | (e) | 38 | -11,240 (-26,125) | PEG-20 |
| | 72 | 26.5 | 32.5 | (e) | 37 | -11,300 (-26,265) | PEG-32 |
| | 67 | 90.8 | 75.7 | (e) | 39 | -11,380 (-26,451) | PEG-75 |
| | 66 | 140.4 | 90.5 | (e) | 45 | -11,390 (-26,474) | PEG-90 (k) |
| | 65 | 183.9 | 104.1 | (e) | 45 | -11,390 (-26,474) | PEG-100 |
| | 64 | 320 | 136.3 | (e) | — | -11,400 (-26,450) | PEG-150 |
| | 63 | 821.7 | 181.4 | 51.3 (f) | 41 | -11,410 (-26,521) | PEG-180 |
| | | | | | | | |
| | Complete | 3.9 | 7.2 | 40.5 | 26 | -11,340 (-26,358) | PEG-6 Methyl Ether |
| | Complete | 6.5 | 11.8 | 40.7 (g) | 30 | -11,400 | Methoxy PEG-10 |
| | Complete | 10.3 | 16.3 | 40.7 (g) | 34 | -11,350 (-26,381) | Methoxy PEG-16 |

Figure 1

Liquid Densities of Aqueous Solutions of Liquid and Solid CARBOWAX™ Polyethylene Glycols




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 2

Melting/Freezing Range of CARBOWAX™ Polyethylene Glycols vs. Molecular Weight




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 3

Freezing Points—CARBOWAX™ Polyethylene Glycols Aqueous Solutions
(PEG 200, 200E, 300, 300E, 400, 400E, 600, 600E)




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 4

Freezing Points—CARBOWAX™ Polyethylene Glycol 1000 Aqueous Solutions




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 5

Freezing Points—CARBOWAX™ Polyethylene Glycols Aqueous Solutions (PEG 1450, PEG 3350, PEG 4600)




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 6

Freezing Points—CARBOWAX™ Polyethylene Glycol 8000 Aqueous Solutions




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 7

Kinematic Viscosity of CARBOWAX™ Polyethylene Glycols




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 8

Kinematic Viscosity of
CARBOWAX™ Methoxypolyethylene Glycols




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 9

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 200, 200E




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 10

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 300, 300E




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 11

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 400, 400E




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 12

Kinematic Viscosity of Aqueous Solutions of
CARBOWAX™ SENTRY™ Polyethylene Glycol 540 Blend




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 13

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 600, 600E




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 14

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 1000




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 15

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 1450




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 16

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 3350




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 17

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 4000




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 18

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 4600




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 19

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Polyethylene Glycol 8000




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 20

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Methoxypolyethylene Glycol 350




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 21

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Methoxypolyethylene Glycol 550




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 22

Kinematic Viscosity of Aqueous Solutions of CARBOWAX™ Methoxypolyethylene Glycol 750




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 23

Kinematic Viscosity of Blends of CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols




Note: To determine the viscosity of a blend of two CARBOWAX™ Products, draw a straight line connecting the viscosity of Component 1 on the left vertical axis to the viscosity of Component 2 on the right vertical axis. A straight line connecting these points defines the approximate viscosity of any blend of the two components of that temperature. Three examples are shown.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 24

Hygroscopicity of Liquid CARBOWAX™ Polyethylene Glycols at Various Relative Humidities




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 25

Comparative Dynamic Hygroscopicities of
CARBOWAX™ Polyethylene Glycols, DEG, TEG, and Glycerin




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 26

Comparative Humectancies for High Molecular Weight CARBOWAX™ PEGs, 50% Solution in 23% Relative Humidity.




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 27

Comparative Humectancies for Low Molecular Weight CARBOWAX™ PEGs, 50% solution in 23% Relative Humidity.




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 28

Surface Tensions of Aqueous Solutions of CARBOWAX™ Polyethylene Glycols at 77°F (25°C)




Note: These curves are valid to 1 mN per m. Surface tension for CARBOWAX™ Polyethylene Glycol 400 to 4600 (400E to 4600) lies between the curves shown.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 29

Molecular Weight Distributions of CARBOWAX™ Polyethylene Glycols




Note: The curves for CARBOWAX™ PEG 200, 200E, 300, 300E, 400, 400E, 600, 600E, 1000, and 1450 were determined by liquid chromatography. The curves for CARBOWAX™ PEG 3350, 4600 and 8000 were determined by gel permeation chromatography.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 30

Specific Heats of Liquid CARBOWAX™ Polyethylene Glycols




™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

Figure 31

Densities vs. Temperature Above CARBOWAX™ Polyethylene Glycols Freezing Point

(The freezing point of each CARBOWAX™ PEG is indicated on the graph.)




Density $= 1.1548 - (4.1624 \times 10^{-4} \times °F)$

$= 1.1681 - (7.4923 \times 10^{-4} \times °C)$

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Shipping Information†

| Product | Weight @ 20°C Per gallon lb | Per liter kg | Δlbs per gallon, per °C | Δkg per liter, per °C | Coefficient of Expansion at 55°C, per °C | Flash Point, °C (°F) Pensky-Martens Closed Cup | Cleveland Open Cup |
|---|---|---|---|---|---|---|---|
| CARBOWAX™ Polyethylene Glycol | | | | | | | |
| 200, 200E | 9.38 | 1.12 | 0.00661 (20-60°C) | 0.00079 | 0.00072 | 185 (365) | 191 (375) |
| 300, 300E | 9.39 | 1.13 | 0.00672 (20-60°C) | 0.00081 | 0.00073 | 218 (425) | 243 (470) |
| 400, 400E | 9.39 | 1.13 | 0.00676 (20-60°C) | 0.00081 | 0.00074 | 227 (440) | 263 (505) |
| 540 Blend | 9.16 (55°C) | 1.10 | 0.00686 (40-80°C) | 0.00082 | 0.00075 | 191 (375) | 243 (470) |
| 600, 600E | 9.39 | 1.13 | 0.00682 (20-60°C) | 0.00082 | 0.00075 | 238 (460) | 274 (525) |
| 1000 | 9.15 (55°C) | 1.10 | 0.00676 (40-80°C) | 0.00081 | 0.00074 | 216 (420) | 277 (530) |
| 1450 | 9.15 (55°C) | 1.10 | 0.00659 (60-80°C) | 0.00079 | 0.00072 | 246 (475) | 285 (545) |
| 3350 | 8.99 (80°C) | 1.08 | 0.00655 (50-80°C) | 0.00078 | 0.00073 (80°C) | 246 (475) | 279 (535) |
| 4000 | 8.99 (80°C) | 1.08 | 0.00654 (60-80°C) | 0.00078 | 0.00073 (80°C) | 246 (475) | 291 (555) |
| 4600 | 8.98 (80°C) | 1.08 | 0.00676 (60-80°C) | 0.00081 | 0.00075 (80°C) | 229 (445) | 291 (555) |
| 8000 | 8.99 (80°C) | 1.08 | 0.00679 (65-80°C) | 0.00081 | 0.00076 (80°C) | 229 (445) | 271 (520) |
| CARBOWAX™ Methoxypolyethylene Glycol | | | | | | | |
| 350 | 9.09 | 1.09 | 0.00724 (20-60°C) | 0.00087 | 0.00082 | 182 (360) | 213 (415) |
| 550 | 8.96 (55°C) | 1.07 | 0.00728 (20-60°C) | —— | 0.00081 | 191 (375) | 238 (460) |
| 750 | 9.02 (55°C) | 1.08 | 0.00695 (40-80°C) | 0.00083 | 0.00077 | 213 (415) | 257 (495) |

† Typical properties, not to be construed as specifications

## Solubility of Solid CARBOWAX™ Polyethylene Glycols in Various Solvents

| | PEG 1000 | PEG 1450 | PEG 3350 | PEG 4600 | PEG 8000 |
|---|---|---|---|---|---|
| Acetone | >100 | 60 | <0.1 | <0.1 | <0.1 |
| Benzene | >100 | 64 | 32 | 38 | 12 |
| Ether | 4 | <0.1 | <0.1 | <0.1 | <0.1 |
| n-Heptane | 1 | <0.1 | <0.1 | <0.1 | <0.1 |
| Methanol | >100 | >100 | 28 | 38 | 10 |
| Water | >100 | >100 | >100 | >100 | >100 |

(approximate, grams per 100 grams solvent at 25°C)

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Liquids Insoluble or Partly Soluble in the Liquid CARBOWAX™ Polyethylene Glycols

| | Approximate Solubility, Volume Percent | | | |
|---|---|---|---|---|
| | PEG 200, 200E | PEG 300, 300E | PEG 400, 400E | PEG 600, 600E |
| n-Butyl Stearate | Ins. | Ins. | Ins. | Ins. |
| Butyraldehyde | Ins. | Ins. | Ins. | Ins. |
| Carbon Disulfide | 10% | 10% | 10% | 25% |
| Carbon Tetrachloride† | 40% | 45% | Sol. | Sol. |
| Castor Oil | Ins. | Ins. | Ins. | Ins. |
| Cod Liver Oil | Ins. | Ins. | Ins. | Ins. |
| Cottonseed Oil | Ins. | Ins. | Ins. | Ins. |
| Cyclohexane | Ins. | Ins. | Ins. | Ins. |
| Decahydronaphthalene | Ins. | Ins. | Ins. | Ins. |
| Diamylnaphthalene | Ins. | Ins. | Ins. | Ins. |
| Dibutyl Sebacate | Ins. | Ins. | Ins. | Ins. |
| Diethylbenzene† | Ins. | Ins. | 10% | 25% |
| Diethyl Ether | 25% | 25% | 25% | 25% |
| Diisopropylbenzene | Ins. | Ins. | Ins. | Ins. |
| Dodecyl Alcohol | Ins. | Ins. | Ins. | Ins. |
| Ethylbenzene† | 10% | 35% | 75% | Sol. |
| Ethylcylohexane | Ins. | Ins. | Ins. | Ins. |
| Gasoline | Ins. | Ins. | Ins. | Ins. |
| Isopropylbenzene | Ins. | 25% | 35% | Sol. |
| Isopropyl Chloride | 25% | 55% | Sol. | Sol. |
| Kerosene | Ins. | Ins. | Ins. | Ins. |
| Lard Oil | Ins. | Ins. | Ins. | Sol. |
| Lemon Oil | Ins. | Ins. | Ins. | Ins. |
| Methyl Laurate | Ins. | Ins. | Ins. | Ins. |
| alpha-Methylstyrene | 35% | Sol. | Sol. | Sol. |
| Olive Oil | Ins. | 2% | 10% | 30% |
| Orange Oil | Ins. | Ins. | Ins. | Ins. |
| Pentachlorodiphenyl Oxide | Ins. | Sol. | Sol. | Sol. |
| Perchloroethylene† | Ins. | Ins. | 10% | 25% |
| Ricinoleic Acid | Ins. | Ins. | Ins. | Ins. |
| Soya Oil | Ins. | Ins. | Ins. | Ins. |
| Sperm Oil | Ins. | Ins. | Ins. | 1% |
| Tetrahydronaphthalene | 10% | 25% | 45% | Sol. |
| Tributyl Aconitate | Ins. | Ins. | Ins. | 10% |
| Triethylbenzene | Ins. | Ins. | Ins. | Ins. |
| Xylene | 10% | 35% | 65% | Sol. |

Sol. – Soluble in all proportions
Ins. – Insoluble
(Temp. = 75°F, 24°C)
†Available from Dow

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Liquids Miscible in All Proportions with Liquid CARBOWAX™ Polyethylene Glycols PEG 200, 200E, 300, 300E, 400, 400E, 600, 600E

Acetaldehyde
Acetic Acid (Glacial)
Acetic Anhydride
Acetone†
Acetylene Tetrabromide
Acrylonitrile
Allyl Alcohol
Allyl Bromide
Amyl Acetate
Amyl Alcohol
tert-Amyl Alcohol
Aniline
Benzaldehyde
Benzene
Benzyl Alcohol
Bromobenzene
Bromoform
n-Butyl Acetate
n-Butyl Bromide
n-Butyl Phosphate
n-Butyl Stearate
o-Chloroaniline
Chlorobenzene
Chloroform†
o-Cresol
Cyclohexanol
Cyclohexanone
Diacetone Alcohol
Dichloroacetic Acid
o-Dichlorobenzene
Dichloroethyl Ether
Methylene Chlorobromide†
Dichloroisopropyl Ether
Diethanolamine†
Diethylene Glycol†
1,4-Dioxane†
Diphenyl Oxide†
Dipropylene Glycol†
Ethanol (95%)
Ethanolamine†
Ethyl Acetate
Ethyl Bromide
Ethyl Chloroacetate
Ethyl Lactate
Ethylene Chlorohydrin
Ethylene Dibromide†
Ethylene Dichloride†
Ethylene Glycol†
Ethylidene Dichloride
Formamide
Furfural
Glycerin†
Hydrochloric Acid (conc.)†
Isophorone
Isopropanol (99%)
Isopropyl Bromide
Lactic Acid (85%)
Mesityl Oxide
Methanol
Methyl Chloroform†
(1,1,1-trichloroethane)
4-Methylcyclohexanol
Methylene Bromide
Methylene Chloride†
Methyl Ethyl Ketone
Methyl Formate
Methyl Isobutyl Carbinol
Methyl Isobutyl Ketone
Methyl Salicylate†
Morpholine†
Nitrobenzene
Nitroethane
Nitromethane
1-Nitropropane
2-Nitropropane
Octyl Alcohol
Paraldehyde
Phenetole
Phenyl Acetate
Phenyl Ethyl Acetate
Phenyl Ethyl Alcohol
4-Phenyl-m-Dioxane
Phosphoric Acid (85%)
Piperidine
n-Propanol
Propylene Dibromide
Propylene Dichloride†
Pyridine
Styrene Oxide
Tetrahydrofurfuryl Alcohol
Triacetin
Trimethylene Bromide
Trimethylene Chlorobromide
Tripropylene Glycol†
Water

†Available from Dow
(Temp. = 75°F, 24°C)

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Handling and Storage

CARBOWAX™ Polyethylene Glycols and Methoxypolyethylene Glycols are relatively easy to store and handle. They have high flash points and are not corrosive to most common materials of construction.

Bulk tanks are normally made of carbon steel. For CARBOWAX™ SENTRY™ bulk applications, stainless steel tanks and piping are recommended especially if periodic water washing is required. Backed epoxy phenolic-lined steel drums are used for CARBOWAX™ and CARBOWAX™ SENTRY™ PEGs, whereas unlined steel drums are used in service of all MPEG grades.

The lower molecular weight CARBOWAX™ PEGs and MPEGS are liquids at room temperature and can be stored inside a warm building without provision for heating. Where heated storage is required, controlled electrical heating is preferred so that the heated surface temperature does not exceed about 125°F (50°C). When heating with electrical tape devices, care should be taken as not to scorch the product due to localized high skin temperature.

For short storage times such as one month or less, storage under a dry air atmosphere is acceptable. If storage time is prolonged, especially if the tank is heated or in a hot climate, it is preferable to store these products under a nitrogen atmosphere. This helps to ensure good product quality and to minimize slow oxidative degradation of the product, which is common for all polyethers exposed to prolonged heat and oxygen.

CARBOWAX™ PEGs and MPEGs are not appreciably corrosive to copper and copper alloys, but PEGs may discolor slightly if they remain in contact with copper-containing metals. Small exposures such as brass or bronze valve trim or pump impellers should cause no significant effect. Standard all-iron centrifugal pumps normally are suitable for transferring the lower molecular weight products. If the viscosity is greater than about 500 centistokes, a positive displacement pump should be considered.

CARBOWAX™ Polyethylene Glycols 1450, 3350, 4000, 4600, 6000, 8000 and CARBOWAX™ Methoxypolyethylene Glycol 2000 are often sold as solids in bags or in polyethylene drums. The containers should be kept sealed and should not be stored next to steam lines or other heat sources that could cause the product to soften or melt. Electrically bond and ground all metal containers, equipment and personnel prior to transfer or use of powdered or granular product.

Aqueous solutions of CARBOWAX™ PEGs and MPEGs are corrosive to steel and are often handled in stainless steel. Lined steel can be used if the lining is completely free of pinholes.

See Dow's Material Safety Data Sheets for product-specific precautions to be taken in handling and storage.

### Shelf life and re-test date

The CARBOWAX™ Polyethylene Glycol (PEG) business has been engaged in an ongoing Shelf Life Stability Program for our CARBOWAX™ products for many years. Our data thus generated on representative CARBOWAX™ and CARBOWAX™ SENTRY™ family products in storage in original unopened containers serves to warrant our current guidance concerning the recommended re-test period for CARBOWAX™ and CARBOWAX™ SENTRY™ PEGs.

Our guidance on shelf life of our CARBOWAX™ and CARBOWAX™ SENTRY™ Polyethylene Glycol products is as follows:

If the product has not been opened and has not been subjected to extreme heat, we recommend sampling after three years from the date of manufacture. All specification items should be measured on the product at this time for passing specification compliance.

If the product has been opened, we recommend that it should be tested after six months, reoccurring as necessary. Primary specification indicators of material stability are pH, viscosity and color. Retest timing commences on date of manufacturing as per Certificate of Analysis.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

### Lot number coding

Following is a description of the information contained in the Batch (Lot) Number for products of The Dow Chemical Company. This information can be used to monitor the remaining shelf life of the product, identify the manufacturing location, or reference a unique, traceable quantity of product.

**Batch (lot) number:**

**LOT R A 09 01 XX XX**

- **R** — Year Code; R ='03, S ='04, T='05, etc.
- **A** — Month Code; A = Jan, B = Feb etc.
- **09** — Day of the Month
- **01** — SAP Company Code
- **XX** — Plant Code e.g. AA, S7, etc. Note: AA = Plaquemine, LA S7 = Taft, LA
- **XX** — Last 2 digits = Internal use

## Product Stewardship

Dow has a fundamental concern for all who make, distribute and use its products, and for the environment in which we live. This concern is the basis of our product stewardship philosophy by which we assess the health and environmental information on our products and take appropriate steps to protect employee and public health and our environment. Our product stewardship program rests in each and every individual involved with Dow product – from the initial concept and research to manufacture, use, sale and disposal of each product.

### Customer Notice

Dow strongly encourages its customers to review both their manufacturing processes and their applications of Dow products form the standpoint of human health and environmental quality to help ensure that Dow products are not used in ways for which they are not intended or tested. Dow personnel will assist customers in dealing with environmental and product safety considerations. Dow product literature, including Material Safety Data Sheets, should be consulted prior to use of Dow products.



## Emergency Service

Dow maintains 24-hour emergency service for its products.
The American Chemical Council (CHEMTREC), Transport Canada (CANUTEC), and the National Chemical Emergency Center maintain 24-hour emergency service:

| Location | Dow Products | All Chemical Products (in case of emergency) |
|---|---|---|
| **United States and Puerto Rico** | **800-DOW CHEM** | Phone CHEMTREC: **800-424-9300** |
| **Canada** | **519-339-3711** (collect) | Phone CANUTEC: **613-996-6666** (collect) |
| **Europe Middle East North and Central Africa** | **+49 41 469 12333** | |
| **Latin America, Asia/Pacific, South Africa, and any other location worldwide** | Phone United States: **+1-989-636-4400** (collect) | |

At sea, radio U.S. Coast Guard, who can directly contact:
**Dow…800-DOW CHEM or CHEMTREC…800-424-9300.**

**DO NOT WAIT. Phone if in doubt.** You will be referred to a specialist for advice.



™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## Information on Related Products

Dow is the leading supplier of three other useful product lines that complement CARBOWAX™ products.

### Three polymers for pharmaceutical excipient applications.

ETHOCEL™ Premium Ethylcellulose Resins are among a very small number of water-insoluble polymers that are approved and accepted globally for pharmaceutical applications. ETHOCEL™ Premium Polymers are most frequently used in controlled release and solid dosage formulations. They are also useful as granulation binders, as film-formers to improve tablet integrity and appearance, and in taste masking of active ingredients.



METHOCEL™ Premium Cellulose Ethers are a broad range of water-soluble cellulose ethers. They enable pharmaceutical developers to create reliable formulations for tablet coatings, granulation, controlled release, extrusion, molding, and for controlled viscosity in liquid formulations.

POLYOX™ Water-Soluble Resins, NF Grade include a range of free-flowing poly(ethylene oxide) hydrophilic resins supplied in a wide range a molecular weight grades. They have a long history of successful applications in pharmaceutical products, in uses such as controlled release, solid dose matrix systems, tablet binding, and mucosal bioadhesives.

### DOWFAX™ Nonionic Surfactants

Available in Europe, DOWFAX™ Nonionic Surfactants are ethylene oxide/propylene oxide block copolymers that feature excellent solvency, low foam characteristics, and a long list of other valuable performance properties. They are used mainly in foam control processes such as fermentation of lactic and citric acids and some alcohols, food processing, sugar production, pulp and paper processing, water treatment, and metalworking applications such as degreasing chemicals and cutting oils. DOWFAX™ Nonionic Surfactants can also be used as industrial surfactants



and chemical intermediates by reacting them with organic acids to form esters, which are also effective foam control agents.

### TRITON™ & TERGITOL™ Surfactants

These surfactants include the TERGITOL™ L Series as well as some of the most familiar anionic and nonionic products in the industry. This enables Dow to deliver solutions to meet almost any performance requirement. DOW™ Surfactants increase cleaning and wetting properties of household cleaners and enhance industrial and institutional cleaning product formulations. They are also used in paints coatings and inks formulations. They are key surfactants for emulsion polymerization for all polymer types. And these surfactants are also broadly used in agricultural formulations, textile processing, paper manufacturing and oilfield applications. For more information please visit our web site: www.dowsurfactants.com.

™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.

## To Learn More…

For additional information regarding CARBOWAX™ and CARBOWAX™ SENTRY™ Polyethylene Glycol and Methoxypolyethylene Glycol products, contact us at the number listed for your area on the back of this brochure.









™ Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow.



# CARBOWAX™ and CARBOWAX™ SENTRY™ PEGs & MPEGs

To Learn More, Contact Us:

U.S., Canada, Mexico:
Tel: 1-800-447-4369
Fax: 1-989-832-1465

Latin America:
Tel: (+55)-11-5188-9222
Fax: (+55)-11-5188-9749

Europe:
Toll-free: +800 3 694 6367
Tel: +32 3 450 2240
Fax: +32 3 450 2815

Pacific:
Toll-free: +800 7776 7776
Tel: (+60) 3 7958 3392
Fax: (+60) 3 7958 5598

Or visit us at:
**www.carbowax.com**

NOTICE: No freedom from any patent owned by Seller or others is to be inferred. Because use conditions and applicable laws may differ from one location to another and may change with time, Customer is responsible for determining whether products and the information in this document are appropriate for Customer's use and for ensuring that Customer's workplace and disposal practices are in compliance with applicable laws and other governmental enactments. Seller assumes no obligation or liability for the information in this document. NO WARRANTIES ARE GIVEN; ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE EXPRESSLY EXCLUDED.

Published March 2006

Printed in U.S.A. ®™Trademark of The Dow Chemical Company ("Dow") or an affiliated company of Dow Form No. 118-01260-0306 AMS

# Pharmacokinetics and Pharmacodynamics of a New Intranasal Midazolam Formulation in Healthy Volunteers

Daniel P. Wermeling, PharmD, FASHP*

Kenneth A. Record, PharmD*

Thomas H. Kelly, PhD†

Sanford M. Archer, MD‡

Thomas Clinch§

Anita C. Rudy, PhD§

We evaluated the pharmacokinetics and pharmacodynamics of single 5-mg doses of midazolam after administration of a novel intranasal (IN) formula, IM, and IV midazolam in an open-label, randomized, 3-way cross-over study in 12 healthy volunteers. IN doses were delivered as 0.1-mL unit-dose sprays of a novel formulation into both naris. Blood samples were taken serially from 0 to 12 h after each dose. Plasma midazolam concentrations were determined by liquid chromatography/mass spectrometry/mass spectrometry. Noncompartmental analysis was used to estimate pharmacokinetic parameters. The mean midazolam bioavailabilities and % coefficient of variation were 72.5 (12) and 93.4 (12) after the IN and IM doses, respectively. Median time to maximum concentration was 10 min for IN doses. Adverse events were minimal with all routes of administration, but nasopharyngeal irritation, eyes watering, and a bad taste were reported after IN doses. Our results support further development of this novel midazolam nasal spray.

(Anesth Analg 2006;103:344–9)

Downloaded from http://journals.lww.com/anesthesia-analgesia by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC4/OAVpDDa8KKGKV0Ymy+78= on 12/15/2021

Midazolam's potency and short duration of clinical activity make it an excellent drug for premedication, and its advantages have been reviewed (1). Although midazolam is marketed only in injectable and oral syrup formulations, it is the most extensively studied intranasal (IN) benzodiazepine. One survey reported that 8% of United States anesthesiologists have used IN midazolam, off-label, to premedicate pediatric patients preoperatively (2). The first clinical investigation of IN midazolam in children was reported by Wilton et al. (3). Another investigation achieved anxiolysis with IN midazolam with a mean onset of 15–20 min (4). Estimates of the bioavailability of midazolam following the IN route of administration have ranged from 50%–83% in human studies (5–11). Most studies have used a dilute aqueous midazolam injection solution that is not suitable for nasal administration because of low pH and suboptimal concentration causing nasal run-off.

The formulations used in the aforementioned trials are generally not appropriate for nasal administration. The formulations will be irritating because the aqueous solution is buffered to pH 3. Moreover, the formulae are too dilute for nasal administration. The adult nasal cavity can only receive and retain about 100–150 $\mu$L of liquid, requiring the dose of midazolam be solubilized within this volume. A nasal formula with a concentration of 2.5 mg per 100 $\mu$L is necessary to give a single spray per naris. Thus, the formulation methods must be considered when evaluating any estimates of the pharmacokinetics and pharmacodynamics in these reports. Given these findings, there appears to be an unmet medical need to develop an optimal midazolam formulation for nasal delivery.

The objectives of the study were to evaluate the bioavailability of a novel IN midazolam formulation and to compare the pharmacodynamic effects on psychomotor performance and subjective reporting of drug effect after 5 mg doses of midazolam via IN, IM, and IV routes of administration. The specific aims were to: 1) to obtain an IN bioavailability of more than or equal to 70% compared with an IV dose; 2) achieve maximum IN concentration within 10 min of administration; 3) observe sedative properties from IN administration within 10 min; and, 4) demonstrate a nonirritating, well-tolerated formula.

Absolute bioavailability of alternative drug delivery routes is frequently compared with an IV formula for a reference. Area under the concentration-time curve for each route is calculated. Bioavailability is simply the ratio of the IN to IV area under the curve, assuming the same dose was administered and clearance was constant. In this type of study it is generally

From the *University of Kentucky College of Pharmacy; †University of Kentucky College of Medicine; ‡Division of Otolaryngology – Head & Neck Surgery, University of Kentucky A. B. Chandler Medical Center; §Intranasal Therapeutics, Inc., Lexington, Kentucky.

Accepted for publication April 17, 2006.

Supported, in part, by Intranasal Technology, Inc., Lexington, Kentucky.

Address correspondence and reprint requests to Daniel P. Wermeling, Pharm.D., University of Kentucky College of Pharmacy, 725 Rose Street, Lexington, Kentucky 40536. Address e-mail to dwermel@uky.edu.

Copyright © 2006 International Anesthesia Research Society

DOI: 10.1213/01.ane.0000226150.90317.16



© International Anesthesia Research Society. Unauthorized Use Prohibited.



DEFENDANTS' EXHIBIT DTX-2251 exhibitsticker.com

assumed that clearance remains constant within each subject across test arm investigations.

## METHODS

Twelve nonsmoking, healthy subjects (6 men, 6 women) between the ages of 20 and 29 yr (22.3 ± 2.8 yr, mean ± SD) and weighing 60 to 92 kg (71.1 ± 10.4 kg) participated in this inpatient study. All subjects gave written informed consent for the study which was approved by the Medical IRB of the University of Kentucky. Eleven of the volunteers who enrolled in the study were Caucasian and one was part-Asian. Subjects were within 20% of ideal body weight in relation to height and elbow breadth and weighed at least 60 kg. The subjects were in good health and had no clinically significant previous nasal surgery or polyps or other physical abnormalities of the nose or any systemic medical illness. They abstained from alcohol and caffeine-containing beverages and prescription and nonprescription drugs that might interact with midazolam metabolism or nasal physiology 48 h before the dosing period and during the study. Subjects were admitted to the Clinical Research Center at University of Kentucky on the evening before each study day. The subjects fasted for 8 h before receiving the study drug and continued to fast for 2 h after drug administration.

A randomized, open-label, 3-way cross-over design was used. On three different occasions, separated by 1 wk, the subjects received a single dose of each of the following three treatments in random order, counterbalanced so that an equal number of subjects received each treatment first, second, or third:

- Treatment A: 5 mg IV of midazolam infused over 15 min
- Treatment B: 5 mg of IM midazolam
- Treatment C: 5 mg IN midazolam solution (2.5 mg/100 μL per sprayer/naris)

The 25 mg/mL IN midazolam formulation was prepared aseptically, creating a sterile product, under Good Manufacturing Practices conditions in the University of Kentucky College of Pharmacy Center for Pharmaceutical Science and Technology. The IN formulation, a nonaqueous solution containing midazolam 25 mg/mL, polyethylene glycol 400, butylated hydroxytoluene, saccharin, and propylene glycol, provided 2.5 mg of midazolam in 0.1 mL spray from a modified version of a commercially available unit-dose spray pump (Pfeiffer of America, Princeton, NJ, unit dose system). Commercially available midazolam (Versed® Injection; Roche Laboratories, Nutley, NJ) was purchased for comparative IV and IM administration.

Before study drug administration, subjects gently blew their noses. A physician administered a spray to each naris and the subjects remained in a semi-recumbent position, with the head of the bed elevated at a 20°–40° angle for 30 min. The IV dose, 5 mg midazolam in 10 mL sterile saline solution, was administered by infusion over a period of 15 min in an antecubital vein of the contralateral arm for blood sampling.

Serial blood samples were obtained through an indwelling venous catheter according to the following schedule: 0 (pre-dose), 5, 10, 20, 30, and 45 min, and 1, 1.5, 2, 3, 4, 8, and 12 h after drug administration. Venous blood samples were collected in 10-mL heparinized Vacutainer® tubes. After collection, the blood was centrifuged at 4°C, and the plasma was transferred to polypropylene tubes. The plasma was stored at or below −20°C at the study site until shipped to AAI Development Services, Inc., Kansas City Facility in Shawnee, KS for midazolam assay.

Plasma samples were analyzed by AAI International, a Good Laboratory Practices compliant laboratory, using liquid chromatography/mass spectrometry/mass spectrometry (LC/MS/MS) to determine the concentrations of midazolam, 1-hydroxymidazolam, and the added internal standard triazolam-$d_4$. Analytes were extracted from plasma using liquid phase extraction. They were separated using reverse phase high performance liquid chromatography on a 3-micron C18 column. The analytes were detected using a PE/Sciex API III+ LC/MS/MS system in multiple reaction monitoring (MRM) mode for the following precursor/products (m/z): midazolam, 326 and 291; 1-hydroxymidazolam, 342 and 203; and triazolam-$d_4$, 347 and 312; with retention times of 1.75, 1.53, and 1.50 min, respectively. The lower limit of detection for midazolam and 1-hydroxymidazolam was 0.50 ng/mL. The method was linear over a concentration range of 0.50–500.0 ng/mL using a 0.5-mL sample volume. Overall accuracy (inter-batch) was 89.3%–106.0% for midazolam and 93.3%–108.0% for 1-hydroxymidazolam. The inter batch overall precision (%CV) was 2.9%–9.4% for midazolam and 3.4%–113.0% for 1-hydroxymidazolam. The specificity, linearity, sensitivity, accuracy, precision, and stability of the data were within the Food and Drug Administration guidelines for Bioanalytical Method Validation. Freeze/thaw stability (3 cycles) and long-term sample storage (13 mo, −20°C) were tested and were acceptable.

A physician was in attendance for at least 4 h after each dose, and subjects were observed throughout the study session by a research nurse. Vital signs (arterial blood pressure, heart rate, respiratory rate) were measured before and at 10, 20, 30, 45, 60, 75, 90, 105 min and 2, 3, 4, 6, 8, and 12 h after each dose. Continuous pulse oximetry monitoring was done for all subjects for the first 6 h and as clinically indicated thereafter. Any observation of oxygen saturation <90% was recorded as an adverse event. In addition to spontaneously reported subjective symptoms, which were allowed at any time, subjects were also questioned as to their adverse event experience each time that vital signs were recorded (12).


© 2006 International Anesthesia Research Society

© International Anesthesia Research Society. Unauthorized Use Prohibited.

An otolaryngologist examined the nasal passages to evaluate development of local mucosal irritation, inflammation, bleeding, and excoriation or ulceration at screening, before dosing on each study day, at 2–4 h after each dose, and within 72 h after treatment.

Pharmacokinetic parameters were determined using standard noncompartmental methods (13) with log-linear least square regression analysis (weighting factor 1/Y) to determine the elimination rate constants ($\lambda_Z$) (WinNonlin version 3.2; Pharsight Corp., Palo Alto, CA). Time to and maximum plasma concentration ($T_{max}$ and $C_{max}$), elimination half-life ($t_{1/2}$), area under the plasma concentration-time curve from time zero to infinity ($AUC_{0-\infty}$) were also calculated. The absolute bioavailability (F) for the IN and IM dosage forms was determined by the formula $F = AUC_{IN,0-\infty}/AUC_{IV,0-\infty}$ for the IN dose and $F = AUC_{IM,0-\infty}/AUC_{IV,0-\infty}$ for the IM dose.

The subjects completed assessments of drug-induced impairment including a Digit-Symbol Substitution Task (DSST), Visual Analog self-measures and the Stanford Sleepiness Scale (SSS) at 0 (1 h before dosing as a practice session), 10, 20, 30, and 45 min and 1, 1.5, 2, 3, 4, 6, 8, and 12 h (14,15).

The Visual Analog Scale (VAS) consisted of 10 statements ("Stimulated," "Sedated," "High," "Anxious," "Fatigued," "Hungry," "Headache," "Feel a drug effect," "Like the drug effect," and "Willing to take the drug again") that were presented sequentially above a 100-mm line labeled "not at all" on the left end and "extremely" on the right end.

For the SSS, subjects described their current level of sleepiness among the following options: "Feeling active and alert, wide awake," "Functioning at high level, but not peak, able to concentrate," "Relaxed, awake, not at full alertness, responsive," "A little foggy, not at peak, let down, " "Fogginess, beginning to lose interest in remaining awake, slowed down," "Sleepiness, prefer to be lying down, fighting sleep, woozy," or "Almost in reverie, sleep onset soon, lost struggle to remain awake" (15).

DSST performance was analyzed according to total trial rate, correct trial rate, incorrect trial rate, and percentage of trials that were correct. Ratings on the VAS were scored based on the number of discrete units between the subject's rating and the left endpoint on each 100-unit scale. When subjects failed to initiate the DSST or the SSS scales because they were asleep, they were assigned a "0" for total response rate and a "7" for the sleep rating. No other substitutions for missing values were possible given the nature of the other quantitative measures.

Dependent variables were analyzed as a function of route and time after dose. Analyses of peak effects, time to peak effects, and area under the curve for response (AUCR), using linear trapezoidal rules, were also evaluated. Separate AUCR analyses were completed between baseline and 4 h after dose ($AUCR_{0-4}$; i.e., over the duration of peak effects) as well as between baseline and 12 h after dose ($AUCR_{0-12\infty}$, i.e., over the full time course).

Statistical analyses were performed using Proc GLM with PC SAS (version 6.12; SAS Institute, Cary, NC). An analysis of variance model with factors sequence, subject nested within sequence, treatment, and period, was performed for peak effects, time to peak effects, and AUCR. Gender and route were used to analyze peak effects, time to peak effects, and AUCR. For VAS analysis, given the number of missing values because of subjects being asleep, degrees of freedom were inconsistent across variables and conditions. The least square means for each treatment group and pairwise comparisons between treatment groups were presented. To assess the gender effect and gender-by-route interaction, an analysis of variance with factors gender, period, route, and gender-by-route interaction was performed.

Descriptive statistics, mean and standard deviation, were calculated for the pharmacokinetic parameters. The statistical tests were two-sided with a critical level of 0.05. An analysis of variance with factors sequence, subject nested within sequence, treatment, and period was performed for log-transformed AUC and $C_{max}$. The carryover effect for the three treatments was analyzed using an analysis of variance of log-transformed AUC and $C_{max}$. Analysis of variance with factors sequence, subject nested within sequence, treatment and period for sequence ($P > 0.1$) indicated that carryover effects were not significant. The difference in $T_{max}$ values between the IN and IM treatment was compared using an analysis of variance of rank-transformed $T_{max}$.

## RESULTS

All 12 subjects completed the study without clinically significant or serious adverse events. There were no clinically relevant changes in physical examination, nasal evaluations, or laboratory tests. Doses of the study drug were well tolerated and events were mild to moderate and temporary (2–90 min). The most common adverse events seen with nasal administration were ones frequently associated with midazolam and nasal administration, e.g., eye watering (58% of IN doses), dizziness (25%, 25%, and 17% for IV, IM, and IN doses, respectively), bad taste (25% after IN doses), and nasal congestion/feeling nasopharyngeal irritation (100% after IN doses). Three of 12 subjects reported a bad taste immediately after IN administration of midazolam that lasted 2–20 min. Four of 12 subjects noted blurred vision, one each in the IV and IM groups and 2 in the IN group. No subjects experienced respiratory depression, apnea, laryngospasm, bronchospasm, or wheezing.

Mean midazolam plasma concentration versus time curve profiles ($n = 12$) over the first 2 h after IV, IM, and IN administration are shown in Figure 1. Midazolam was rapidly absorbed after IN administration,


© International Anesthesia Research Society. Unauthorized Use Prohibited.




Figure 1. Plasma concentrations of midazolam after 5-mg IV, IM, and IN midazolam administration. Values are mean (± SD) for 12 subjects for each dose.




Figure 2. Mean ($n$ = 12) digit symbol substitution test (DSST) trial rating as a function of time over 4 h after 5-mg midazolam doses administered via IV, IM, and IN routes of administration.

with concentrations reaching a peak in 2 individuals at 5 min and in 75% of the individuals in ≤10 min (median $T_{max}$ = 10 min). Mean pharmacokinetic parameters are presented in Table 1. $C_{max}$ values after the IN dose were higher than those after the IM dose. A significantly shorter $T_{max}$ was observed for the IN formulation compared with the IM formulation ($P$ = 0.0001). Levels of 1-hydroxymidazolam were very low, and as such, are not reported. The ratios of metabolite to parent AUCs were 0.16 to 0.22 for the 3 routes of administration.

### DSST

Differences in drug-induced psychomotor and cognitive impairment were observed across routes of administration. Subjects were awakened, when possible, to initiate performance tasks at all scheduled time points but were unable to complete all tasks on numerous occasions. Three subjects failed to complete performance tasks at 6 time points, as the result of sleepiness, after IM dose administration; 7 subjects failed to complete performance tasks at 13 time points after IN dose administration; and 11 subjects failed to complete performance tasks at 29 time points after IV dose administration. Figure 2 presents trial rate on the DSST as a function of time after dose administration. No gender or gender-by-route interactions were observed, except for $AUCR_{0-4}$ (for gender, $P$ = 0.0375). The carryover effect was not significant ($P$ > 0.1) for all 8 DSST and parameters.

Table 2 presents pharmacodynamic parameters for DSST Trial Rate. It was obvious that differences among routes of administration occurred during the first 30 min after drug administration. On all measures, the order of magnitude of effects were identical with IV producing larger effects with a faster onset of action than IN, which in turn produced larger effects with a faster onset than IM. Significant effects of route were obtained on $AUCR_{0-4}$. Follow-up tests indicated a significant difference between the IV and IM routes only, with the IV route engendering significantly greater $AUCR_{0-4}$ than the IM route ($P$ = 0.002). No significant gender, route, or gender-by-route interactions were obtained on time to peak effect or $AUCR_{0-12}$.

Figure 3 presents the relationship between midazolam concentrations from each route of administration in relation to DSST trial rates. The data parallel conclusions from Figure 2 and 4 showing a rapid affect of each route with an IV>IN>IM orientation. A shallow clockwise hysteresis is present for each route of administration.

Figure 4 presents SSS ratings as a function of time after dose administration. Table 2 presents pharmacodynamic parameters for the SSS. As with the DSST task, the order of magnitude of effects on most pharmacodynamic outcome measures were identical, with

Table 1. Pharmacokinetic Parameters of Midazolam After IV Infusion Over 15 min, IM and IN Administration of 5 mg Midazolam in Healthy Volunteers

| Formulation | $T_{max}$ (min) | $C_{max}$ (ng/mL) | $AUC_{0-\infty}$ (ng · h/mL) | $t_{1/2}$ (h) | F (%) |
|---|---|---|---|---|---|
| 5 mg IV | 12.4 (6.8) | 167 (48) | 186 (31) | 3.14 (0.7) | assume 100% |
| 5 mg IM | 29.2 (10.9) | 59 (29) | 175 (39) | 4.17 (2.09) | 93.4 (12) |
| 5 mg IN | 10.3 (5.0) | 80 (17) | 134 (26) | 3.25 (0.97) | 72.5 (12) |

$T_{max}$ = time to maximum plasma concentration; $C_{max}$ = maximum plasma concentration; $t_{1/2}$ = elimination half-life; $AUC_{0-\infty}$ = area under the plasma concentration-time curve from time zero to infinity; F = bioavailability; IV = intravenous; IM = intramuscular; IN = intranasal

Data are mean (SD), $n$ = 12.

Median and range are 10 (5–31), 30 (20–60), and 10 (5–20) min for IV, IM, and IN $T_{max}$, respectively.

Shorter $T_{max}$ was observed for IN formulation compared with IM formulation ($P$ = 0.0001), which was similar to IV formulation.


© 2006 International Anesthesia Research Society


© International Anesthesia Research Society. Unauthorized Use Prohibited.

**Table 2.** Mean Single-Dose Midazolam Pharmacodynamic (PD) Parameters and Multiple Comparisons After IV Infusion Over 15 min, IM and IN Administration of 5 mg Midazolam in Healthy Volunteers

| PD Parameter | Treatment A 5 mg IV | Treatment B 5 mg IM | Treatment C 5 mg IN | IN vs IV | IN vs IM | IV vs IM | Gender |
|---|---|---|---|---|---|---|---|
| DSST | | | | | | | |
| Peak effect (trials/s) | 0.55 (0.06) | 0.53 (0.06) | 0.55 (0.08) | 0.6689 | 0.3233 | 0.1635 | 1.000 |
| Time to minimum (min) | 12.5 (6.2) | 133 (23) | 59 (133) | 0.4318 | 0.2129 | 0.0497 | 0.8451 |
| $AUCR_{0-4}$ (rating × h) | −0.41 (0.19) | −0.20 (0.18) | −0.30 (0.21) | 0.0731 | 0.1116 | 0.0020 | 0.0375 |
| $AUCR_{0-12}$ (rating × h) | −0.30 (0.36) | −0.21 (0.57) | −0.16 (0.35) | 0.4635 | 0.7692 | 0.6575 | 0.0986 |
| Stanford Sleepiness Scale | | | | | | | |
| Peak effect (rating) | 6.3 (1.2) | 5.0 (1.8) | 5.4 (1.9) | 0.0568 | 0.3690 | 0.0081 | 0.0037 |
| Time to peak (min) | 27 (27) | 49 (25) | 45 (47) | 0.2232 | 0.7997 | 0.1456 | 0.9035 |
| $AUCR_{0-4}$ (rating × h) | 7.1 (4.2) | 6.1 (2.8) | 7.4 (3.7) | 0.8514 | 0.4703 | 0.5908 | 0.1658 |
| $AUCR_{0-12}$ (rating × h) | 4.4 (8.8) | 9.2 (8.7) | 7.1 (6.6) | 0.4117 | 0.5990 | 0.1858 | 0.1878 |

Values in parentheses for parameters are SD. DSST = digit symbol substitution test

IV producing larger effects with a faster onset than IN, which in turn produced larger effects with a faster onset than IM. An exception was for $AUCR_{0-4}$ in which the order was IN, IV, IM, suggesting that IN had an overall greater effect than IV in the first 4 h. There were no statistical differences in time to peak sleep ratings, $AUCR_{0-4}$, or $AUCR_{0-12}$ values for the different routes. Significantly greater peak sleep ratings were observed following the IV route, which were significantly greater than following the IM route ($P = 0.0081$) but no different compared to the IN route. No significant gender, route or gender-by-route interactions were obtained on time to peak effect, $AUCR_{0-4}$, or $AUCR_{0-12}$ values. Gender differences were significant for peak effect of sleep ratings. Females had significantly higher sleep ratings than males for peak effect ($P = 0.0037$ in follow-up analysis). Significant gender-by-route interactions were observed for $AUCR_{0-12}$ in main effects analysis ($P = 0.0145$). A possible explanation for this finding is that the female subjects had a significantly lower weight than their male counterparts, providing a higher dose on a mg/kg basis.

Statistical comparisons for IM and IN to the IV route were precluded because of the relatively large number of missing values from the IV route. However, significant differences in ratings were observed across time for all VAS scales ($P < 0.01$), with the exception of Anxious. Differences in ratings of High were observed as a function of route ($P < 0.05$), with ratings after IN doses significantly larger than after IM doses. Route by time interactions were obtained on ratings of Sedated ($P < 0.005$), High ($P < 0.0001$), Headache ($P < 0.05$), and Feel Drug ($P < 0.01$). Simple effects analyses of these interactions indicated significant time effects during both the IN and IM routes, and significant differences between the IN and IM routes 10 (Sedated, High, Feel drug), 20 (High, Headache), and 60 (Headache) min after dose.




**Figure 3.** Digit symbol substitution test (DSST) trial rating as a function of midazolam concentration after 5-mg midazolam doses administered via IV, IM, and IN routes of administration.




**Figure 4.** Mean change from baseline ($n$ = 12) Stanford Sleepiness Scale rating as a function of time over 4 h after 5-mg midazolam doses administered via IV, IM, and IN routes of administration.

## DISCUSSION

The earliest clinical studies of midazolam nasal delivery used dilute aqueous solutions, approximately


© International Anesthesia Research Society. Unauthorized Use Prohibited.

CIPLA_MIDA_039997

Appx14803

1–5 mg/mL, of the marketed injection product delivered via syringes or droppers (3–8). Although that research permitted a proof of concept, the formulation approach was far from optimal. Midazolam solubility in water is limited, and must be buffered to approximately pH 3 to remain in solution. A more concentrated solution of midazolam, approximately 20–25 mg/mL, is required so that the desired dose can be administered in about 100 $\mu$L. Most commercial nasal spray devices deliver 100 $\mu$L as the generally accepted liquid volume that can be retained in the nasal cavity providing sufficient retention, allowing for absorption, without anterior or posterior nasopharynx runoff. Moreover, the devices must deliver precise and accurate volumes for systemic delivery of very potent medications, such as midazolam.

Gudmundsdottir et al. (9) prepared a nonsterile aqueous solution, buffered to pH 4.2 and preserved with benzalkonium chloride, in which midazolam solubility was increased to 17 mg/mL by cyclodextrin complexation. Multiple sprays were necessary to deliver a 4- to 5-mg dose. The 28 mg/mL formulation used by Knoester et al. (11) had water and propylene glycol as co-solvents, buffered to pH 4, with the addition of 1% benzyl alcohol as an antimicrobial preservative (11). These investigators reported excellent pharmacokinetics, with a maximum concentration of 71 ng/mL achieved in 14 minutes on average, and an average bioavailability of 83%. These data were superior to those of Gudmundsdottir et al., who demonstrated a 64% bioavailability, with a maximum concentration of only 42 ng/mL achieved in 15.5 minutes (9). Both products caused nasal irritation, suggesting midazolam itself may be the primary cause.

The formulation used in our study was a 25 mg/mL solution using a nonaqueous co-solvent system of propylene glycol and PEG 400. The product is sterile, eliminating the use of irritating antimicrobial preservatives. A buffer system is not required in this format. Despite these formulation changes, the subjects still reported mild-to-moderate nasal and throat irritation, further suggesting the drug itself is the offending agent. Additional strategies are needed to manage irritation and bitter taste.

This formulation produced excellent pharmacokinetic and pharmacodynamic properties. Most notable was a median $t_{max}$ of 10 minutes, faster than previous formulation reports, while achieving a peak level of 80 ng/mL, well above the 40 ng/mL threshold to induce sedation. The formulation demonstrated reproducible results across the subjects and a very small SD for each parameter as compared with previous reports.

Psychomotor impairment and sedation paralleled the pharmacokinetics producing impairment and sedation within 20 minutes. Pharmacodynamic analyses indicated clearly that all three routes of administration engendered performance impairment and subjective ratings of Sleep and VAS ratings of Fatigued, Sedated, High, Headache, and Feel Drug Effect. The duration of the effects occurred over a 3-hour interval after drug administration. The magnitude of the effects produced a ranking of IV>IN>IM on most parameters. Given similarities in the psychomotor recovery after the different routes of administration, it appears that route is not a major influence on recovery times, as the pharmacokinetic and pharmacodynamic profiles converged within approximately 1 hour in this study.

A limitation of this study was not obtaining a blood sample at 15 minutes after IN/IM administration and at the conclusion of the IV infusion. The deficiency has a potentially modest effect of over-estimating bioavailability of nasal administration. The data in aggregate suggest a good correlation between pharmacokinetic variables and pharmacodynamic response. The impact of this oversight is likely negligible in relation to the objectives of this pilot study.

In conclusion, this study clearly demonstrates that this IN midazolam formulation is rapidly and reliably absorbed. The formulation is worthy of further investigation as a therapeutic alternative for a convenient, noninvasive, and rapidly acting sedative.

## REFERENCES


1. Folayan MO, Faponle A, Lamikanra A. Seminars on controversial issues. A review of the pharmacological approach to the management of dental anxiety in children. Int J Paediatr Dent 2002;12:347–54.
2. Kain ZN, Mayes LC, Bell C, et al. Premedication in the United States: a status report. Anesth Analg 1997;84:427–32.
3. Wilton NCT, Leigh J, Rosen DR, Pandit UA. Preanesthetic sedation of preschool children using intranasal midazolam. Anesthesiology 1988;69:972–5.
4. Zedie N, Amory D, Wagner BHJ, O'Hara DA. Comparison of intranasal midazolam and sufentanil premedication in pediatric outpatients. Clin Pharmacol Ther 1996;59:341–8.
5. Rey E, Delaunay L, Pons G, et al. Pharmacokinetics of midazolam in children: comparative study of intranasal and intravenous administration. Eur J Clin Pharmacol 1991;41:355–7.
6. Walbergh EJ, Wills RJ, Eckhert J. Plasma concentration of midazolam in children following intranasal administration. Anesthesiology 1991;74:233–5.
7. Bjorkman S, Rigemar G, Idvall J. Pharmacokinetics of midazolam given as an intranasal spray to adult surgical patients. Br J Anaesth 1997;79:575–80.
8. Burstein AH, Modica R, Hatton M, et al. Pharmacokinetics and pharmacodynamics of midazolam after intranasal administration. J Clin Pharmacol 1997;37:711–8.
9. Gudmundsdottir H, Sigurjonsdottir JF, Masson M, et al. Intranasal administration of midazolam in a cyclodextrin based formulation: bioavailability and clinical evaluation in humans. Pharmazie 2001;56:963–6.
10. Loftsson T, Gudmundsdottir H, Sigurjonsdottir JF, et al. Cyclodextrin solubilization of benzodiazepines: formulation of midazolam nasal spray. Int J Pharm 2001;212:29–40.
11. Knoester PD, Jonker DM, Van Der Hoeven RT, et al. Pharmacokinetics and pharmacodynamics of midazolam administered as a concentrated intranasal spray: a study in healthy volunteers. Br J Clin Pharmacol 2002;53:501–7.
12. Coda BA, Rudy AC, Archer SM, Wermeling DP. Pharmacokinetics and bioavailability of single dose intranasal hydromorphone hydrochloride in healthy volunteers. Anesth Analg 2003;97:117–23.
13. Gibaldi M, Perrier D. Pharmacokinetics. 2nd ed. New York: Marcel Dekker; 1982: 409–17.
14. McLeod DR, Griffiths RR, Bigelow GE, et al. An automated version of the digit symbol substitution test (DSST). Behav Res Methods Instrum 1982;14:463–6.
15. Hoddes E, Zarcone V, Smythe H, et al. Quantification of sleepiness: a new approach. Psychophysiology 1973;10:431–6.



© International Anesthesia Research Society. Unauthorized Use Prohibited.

# Evaluation of Different Parameters That Affect Droplet-Size Distribution from Nasal Sprays Using the Malvern Spraytec®

**PANKAJ DAYAL, MADHU SUDHAN SHAIK, MANDIP SINGH**

Division of Pharmaceutics, College of Pharmacy and Pharmaceutical Sciences, Florida A&M University, Tallahassee, Florida 32307

*Received 4 December 2003; revised 12 February 2004; accepted 16 February 2004*

*Published online in Wiley InterScience (www.interscience.wiley.com). DOI 10.1002/jps.20090*

**ABSTRACT:** The applicability of laser diffraction (Spraytec®) for characterizing the droplet-size distribution (DSD) from nasal sprays was examined to understand the relationship between physical properties of nasal formulations and their spray characteristics. The impact of actuation force (3–7 kg), rheological properties from carboxymethylcellulose (CMC) and carbopol 934PNF, the influence of surfactant (Tween 80), actuation distance, and different nasal-pump designs on the aerosol DSD of nasal sprays were investigated using Spraytec® with the eNSP actuation station (InnovaSystems, Moorestown, NJ). Spray-pattern analysis was performed by monitoring the emitted nasal spray containing a dye or a fluorescent marker. Parameters for DSD and spray pattern included: $Dv_{10}$, $Dv_{50}$, $Dv_{90}$, polydispersity, minimum and maximum diameters, plume area, and ovality. Increasing actuation distance from 1.5 to 6 cm from the laser beam decreased $Dv_{50}$ values by 17–27% for commercial nasal-spray products. Spray-pattern analysis revealed a power law relationship between viscosity and surface area for CMC formulations. However, this relationship could not be obtained for carbopol formulations, which was attributed to differences in their rheological behavior. The addition of surfactant (0.5–5% Tween 80) to a 2% CMC solution decreased the $Dv_{50}$ values (16–26%) and altered the rheological properties (e.g., changes in viscosity and appearance of the thixotropic system). Briefly, the characteristic of nasal aerosol generation is dependent on a combination of actuation force, viscosity, rheological properties, surface tension, and pump design. The Spraytec® with the eNSP actuation station provides an efficient and reliable way of monitoring the effects of formulation variables on DSD from nasal aerosols. © 2004 Wiley-Liss, Inc. and the American Pharmacists Association J Pharm Sci 93:1725–1742, 2004

**Keywords:** droplet-size distribution; spray pattern; laser diffraction; Spraytec®

## INTRODUCTION

Drug delivery of aerosols into the nasal cavity is a complex process that depends on many parameters, such as the aerosol generation principle, the device, the drug preparation, patient handling, and other factors. One of the approaches to improve nasal drug delivery is the use of bioadhesive polymers to increase residence time in the nasal cavity and control the rate of drug absorption. Such approaches increase viscosity and have an impact on the droplet-size distribution (DSD) from nasal pumps, resulting in altered deposition in the nasal cavity.[1] To enhance the consistency of drug delivery to nasal sites of action, formulation characteristics and delivery device capabilities must be harmonized. Currently available nasal-pump sprays can administer standard dose volumes between 25–200 µL. DSD and dose

*Correspondence to*: Mandip Singh (Telephone: 850-561-2790; Fax: 850-599-3347;
E-mail: mandip.sachdeva@famu.edu)

Journal of Pharmaceutical Sciences, Vol. 93, 1725–1742 (2004)
© 2004 Wiley-Liss, Inc. and the American Pharmacists Association



DEFENDANTS' EXHIBIT
DTX-2019
exhibitsticker.com
CIPLA_MIDA_036000

respectively. Using the Pfeiffer upside-down pump as an example, Figure 6 shows that increasing the concentration of CMC resulted in increased droplet size. This figure illustrates that the shift in the DSD to larger droplet sizes as distances increase was not equitable. The $Dv_{90}$ experienced a more significant change with the addition of CMC than the $Dv_{10}$ value. Thus, the distributions became skewed toward the larger fractions. This trend was also observed with the Pfeiffer's high-viscosity pump. We observed a linear relationship between changes in droplet size due to increases in viscosity. Figure 7 shows a plot of viscosity from different concentrations of CMC and their corresponding droplet-size ($Dv_{50}$) measurements from Pfeiffer's 50-µL standard and high-viscosity pumps. This linear relationship between the viscosity and $Dv_{50}$ data exhibited a good correlation ($r^2 = 0.98$). This linear relationship was also observed with other nasal pumps using CMC as the viscosity modifier (data not shown). This relationship between viscosity and $Dv_{50}$ varied with pump design and was reflected in the corresponding slope values (Fig. 7). It should be noted that, at higher viscosity, we observed a mass of filaments instead of a spray. As a result, the Spraytec® was unable to integrate the DSD at higher viscosities and shorter actuation distances. Thus, we report the $Dv_{50}$ and plume areas at 6 cm.

The addition of CMC had considerable effect on spray pattern. In Figure 8, visual changes in spray




**Figure 6.** Effect of CMC concentration on the DSD from Pfeiffer upside-down nasal pump at 3-cm distance from the laser beam. The figure illustrates the disproportionate increase in the $Dv_{90}$ region compared with the $Dv_{10}$ region with the addition of CMC. Each data point represents the average ± SEM of six actuations.




**Figure 7.** Spray droplet size ($Dv_{50}$) versus viscosity using CMC as the viscosity modifier from Pfeiffer's 50-µL standard and high-viscosity pumps at an actuation distance of 6 cm. A linear relationship between $Dv_{50}$ and viscosity was observed using CMC. Each data point represents the average ± SEM of three experiments.

pattern by CMC (1 and 2%) from the high-viscosity pump are shown. It illustrates the significant reduction in plume area as well as changes in spray shape with the addition of CMC. In addition, we report the influence of viscosity on spray pattern using two different nasal pumps with different concentrations of CMC (0.3–4.0%). Viscosity measurements from CMC solutions and their effect on spray-pattern surface area are reported in Table 2. A noticeable trend is that viscosity considerably decreased plume areas over the range studied. Interestingly, a plot of spray-pattern surface area decreased in a power-law manner with increasing the viscosity with CMC (Fig. 9). In addition, Figure 9 indicates that pump design had a smaller effect on spray pattern at high viscosity, because the differences in the plume area between the two pumps became smaller as the viscosity increased. These relation-




**Figure 8.** Changes in spray pattern with the addition of CMC from Pfeiffer's high-viscosity pump. The spray was visualized by the incorporation of a dye (0.05% crystal violet) in CMC actuated at 6 cm. (A) 2% CMC, (B) 1% CMC.





CIPLA_MIDA_036009

Appx14814

**Table 2.** Effect of Viscosity on Spray-Pattern Area

| Nasal Spray | % CMC | Viscosity (cP) | $Dv_{50}$ (μm) | Area ($cm^2$) at 6 cm | Ovality |
|---|---|---|---|---|---|
| High-viscosity pump | 0.3 | 2.2 | 50.06 (2.21) | 113.0 (6.4) | 1.15 |
| | 0.5 | 4.1 | 52.57 (1.61) | 90.0 (2.1) | 1.13 |
| | 1.0 | 6.5 | 56.34 (0.98) | 60.0 (2.5) | 1.31 |
| | 2.0 | 16.4 | 87.56 (1.76) | 22.9 (0.9) | 1.32 |
| | 3.0 | 24.0 | 120.64 (3.43) | 13.7 (0.2) | 1.26 |
| | 4.0 | 32.0 | 140.67 (3.89) | 4.8 (0.1) | 1.07 |
| Standard 50-μL pump | 0.3 | 2.2 | 48.21 (4.3) | 20.2 (1.9) | 1.40 |
| | 0.5 | 4.1 | 54.61 (6.21) | 13.1 (2.1) | 1.32 |
| | 1.0 | 6.5 | 57.80 (4.33) | 9.6 (2.5) | 1.12 |
| | 2.0 | 16.4 | 84.01 (3.85) | 7.1 (0.9) | 1.12 |
| | 3.0 | 24.0 | 125.81 (6.85) | 5.0 (0.1) | 1.10 |
| | 4.0 | 32.0 | 156.84 (4.89) | 4.6 (0.0) | 1.07 |

Each data point represents the average ± SEM of three experiments. Droplet size ($Dv_{50}$) and plume areas ($cm^2$) are reported at 6 cm. The table reports the effect of different viscosities (using CMC as the viscosity modifier) on the $Dv_{50}$ from two nasal pumps and their effect on the aerosol plume area.

ships provide a criterion to predict median droplet size and spray area based on viscosity measurements from a particular nasal pump. However, these relationships appear to be exhibited by Newtonian systems because we did not observe this relationship for carbopol formulations as discussed below.

Carbopol A and carbopol B formulations (Table 1) exhibited nonsheared viscosity of $6.4 \pm 0.17$ and $16.27 \pm 0.12$ cP, respectively. With the addition of carbopol, there is an increase in $Dv_{50}$ values for all the pumps as compared with water. Except for the Calmar's narrow-angled pump for carbopol A and B formulations and Calmar's wide-angle pump for carbopol A formulation, all the other pumps showed a statistically significant difference in the $Dv_{50}$ values as compared with water (Table 1). It is evident from the data in Table 1 that the carbopol polymer formulations did not impact the DSD to a great extent compared with CMC. Moreover, comparing formulations of carbopol A and B to each other, the $Dv_{10}$, $Dv_{50}$, and $Dv_{90}$ values from the various pumps sustained only minor increases as illustrated by Pfeiffer's upside-down pump in Figure 10. The results suggest that the two polymers behave differently when atomized into droplets from nasal pumps.




**Figure 9.** Spray-pattern surface area versus viscosity from Pfeiffer's 50-μL standard pump and high-viscosity pump. The graph illustrates the relationship between changes in viscosity (using CMC as the viscosity modifier) on the plume area at an actuation distance of 6 cm from two nasal pumps. Each data point represents the average ± SEM of three experiments.




**Figure 10.** Effect of carbopol on the DSD from the Pfeiffer upside-down nasal pump at a distance of 3 cm from the laser beam. Minor increases in DSD were observed with the addition of carbopol. Carbopol A and B solutions exhibited similar DSD profiles. Each data point represents the average ± SEM of six actuations.



Case: 26-1992 Document: 25-1 Page: 404 Filed: 09/04/2026
CIPLA_MIDA_036010
Appx14815

2006

USP 29 THE UNITED STATES PHARMACOPEIA

NF 24 THE NATIONAL FORMULARY

*By authority of The United States Pharmacopeial Convention, meeting at Washington, D.C., March 9–13, 2005. Prepared by the Council of Experts and published by the Board of Trustees*

*Official from January 1, 2006*

The designation on the cover of this publication, "USP NF 2006," is for ease of identification only. The publication contains two separate compendia: *The United States Pharmacopeia*, Twenty-Ninth Revision, and the *National Formulary*, Twenty-Fourth Edition.

THE UNITED STATES PHARMACOPEIAL CONVENTION
12601 Twinbrook Parkway, Rockville, MD 20852

DEFENDANTS' EXHIBIT
DTX-2078
exhibitsticker.com

CIPLA_MIDA_036775

EXHIBIT 12
WIT: Smyth
DATE: 3-30-23
CARLA SOARES, CSR

NOTICE AND WARNING

*Concerning U.S. Patent or Trademark Rights*

The inclusion in *The United States Pharmacopeia* or in the *National Formulary* of a monograph on any drug in respect to which patent or trademark rights may exist shall not be deemed, and is not intended as, a grant of, or authority to exercise, any right or privilege protected by such patent or trademark. All such rights and privileges are vested in the patent or trademark owner, and no other person may exercise the same without express permission, authority, or license secured from such patent or trademark owner.

*Concerning Use of* USP *or* NF *Text*

Attention is called to the fact that *USP* and *NF* text is fully copyrighted. Authors and others wishing to use portions of the text should request permission to do so from the Secretary of the USPC Board of Trustees.

Copyright © 2005 The United States Pharmacopeial Convention
12601 Twinbrook Parkway, Rockville, MD 20852
*All rights reserved.*
ISSN 0195-7996
ISBN 1-889788-39-2
Printed in Canada by Webcom Limited, Toronto, Ontario

for the major peaks. Calculate the quantities, in mg, of propranolol hydrochloride ($C_{16}H_{21}NO_2 \cdot HCl$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) in the portion of Tablets taken by the same formula:

$$0.5C(r_U / r_S),$$

in which $C$ is the concentration, in µg per mL, of the appropriate Reference Standard in the *Standard preparation;* and $r_U$ and $r_S$ are the peak responses of the corresponding analyte obtained from the *Assay preparation* and the *Standard preparation,* respectively.

## Propylene Glycol



$C_3H_8O_2$ 76.09
1,2-Propanediol.
1,2-Propanediol [57-55-6].

» Propylene Glycol contains not less than 99.5 percent of $C_3H_8O_2$.

**Packaging and storage**—Preserve in tight containers.
**USP Reference standards** ⟨11⟩—*USP Propylene Glycol RS.*
**Identification,** *Infrared Absorption* ⟨197F⟩ on undried specimen.
**Specific gravity** ⟨841⟩: between 1.035 and 1.037.

**Acidity**—Add 1 mL of phenolphthalein TS to 50 mL of water, then add 0.1 N sodium hydroxide until the solution remains pink for 30 seconds. Then add 10 mL of Propylene Glycol, accurately measured, and titrate with 0.10 N sodium hydroxide until the original pink color returns and remains for 30 seconds: not more than 0.20 mL of 0.10 N sodium hydroxide is required.

**Water,** *Method I* ⟨921⟩: not more than 0.2%.

**Residue on ignition**—Heat 50 g in a tared 100-mL shallow dish until it ignites, and allow it to burn without further application of heat in a place free from drafts. Cool, moisten the residue with 0.5 mL of sulfuric acid, and ignite to constant weight: the weight of the residue does not exceed 3.5 mg.

**Chloride** ⟨221⟩—A 1-mL portion shows no more chloride than corresponds to 0.10 mL of 0.020 N hydrochloric acid (0.007%).

**Sulfate** ⟨221⟩—A 5.0-mL portion shows no more sulfate than corresponds to 0.30 mL of 0.020 N sulfuric acid (0.006%).

**Heavy metals** ⟨231⟩—Mix 4.0 mL with water to make 25 mL: the limit is 5 ppm.

**Organic volatile impurities,** *Method IV* ⟨467⟩: meets the requirements.

**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

**Assay**—

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a thermal conductivity detector, and contains a 1-m × 4-mm column packed with 5% G16 on support S5. The injection port temperature is 240°, the detector temperature is 250°, and the column temperature is programmed at a rate of 5° per minute from 120° to 200°, and helium is used as the carrier gas. The approximate retention time for propylene glycol is 5.7 minutes, and the approximate retention times for the 3 isomers of dipropylene glycol, when present, are 8.2, 9.0, and 10.2 minutes, respectively.

*Procedure*—Inject a suitable volume, typically about 10 µL, of Propylene Glycol into a suitable gas chromatograph, and record the chromatogram. Calculate the percentage of $C_3H_8O_2$ in the Propylene Glycol by dividing the area under the propylene glycol peak by the sum of the areas under all of the peaks, excluding those due to air and water, and multiplying by 100.

## Propylhexedrine



$C_{10}H_{21}N$ 155.28
Cyclohexaneethanamine, *N*,α-dimethyl-, (±)-.
(±)-*N*,α-Dimethylcyclohexaneethylamine [101-40-6].

» Propylhexedrine contains not less than 98.0 percent and not more than 101.0 percent of $C_{10}H_{21}N$.

**Packaging and storage**—Preserve in tight containers.
**Identification**—

**A:** To 3 mL of water contained in a small flask add about 0.1 mL of it and 0.5 mL of 1 N hydrochloric acid, and agitate the mixture until clear. Add 20 mL of trinitrophenol TS, insert the stopper in the flask, shake vigorously for a few minutes, and allow to stand for 2 hours. Filter, wash the precipitate with about 20 mL of cold water, and dry in vacuum at 60° for 4 hours: the picrate so obtained melts between 108° and 110° (see *Melting Range or Temperature* ⟨741⟩). *[Caution: Picrates may explode.]*

**B:** A solution, prepared as directed in *Identification* test A, yields a brown precipitate with iodine TS and a white precipitate with mercuric-potassium iodide TS.

**Specific gravity** ⟨841⟩: between 0.848 and 0.852.
**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

**Assay**—Tare a glass-stoppered conical flask containing about 15 mL of water, add quickly about 0.5 mL of Propylhexedrine, and again weigh. Add to the contents of the flask 30 mL of neutralized alcohol, then add methyl red TS, and titrate with 0.1 N sulfuric acid VS. Perform a blank determination, and make any necessary correction. Each mL of 0.1 N sulfuric acid is equivalent to 15.53 mg of $C_{10}H_{21}N$.

## Propylhexedrine Inhalant

» Propylhexedrine Inhalant consists of cylindrical rolls of suitable fibrous material impregnated with Propylhexedrine, usually aromatized, and contained in a suitable inhaler. The inhaler contains not less than 90.0 percent and not more than 125.0 percent of the labeled amount of $C_{10}H_{21}N$.

**Packaging and storage**—Preserve in tight containers (inhalers), and avoid exposure to excessive heat.

**Identification**—Place the contents of 1 inhaler in a glass-stoppered flask, add 50 mL of methanol, and allow to stand for 1 hour with frequent agitation. Filter, pressing out the roll on the filter. Add to the filtrate 1 N hydrochloric acid until it is slightly acid to moistened litmus paper, then add 30 mL of water, and evaporate to about 10 mL. Cool, transfer to a small separator, and shake with 10 mL of ether. Withdraw the water layer, warm it on a steam bath to expel the ether, and dilute to about 25 mL. From 10 mL of the solution, precipitate the propylhexedrine with trinitrophenol TS as directed in *Identification* test *A* under *Propylhexedrine:* the propylhexedrine picrate so obtained melts between 108° and 110° (see *Melting Range or Temperature* ⟨741⟩). *[Caution—Picrates may explode.]*

**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

**Assay**—Place the contents of 2 inhalers of Inhalant in the thimble of a continuous-extraction apparatus, and quickly assemble the apparatus. Rinse each of the emptied inhalers with about 20 mL of

CIPLA_MIDA_036777

# Excipients

## USP and NF Excipients, Listed by Category

In the following reference table, the grouping of excipients by functional category is intended to summarize the most typically identified purpose that these excipients serve in drug product formulations. The list of substances included in each category is not comprehensive. The statement of category is intended neither to limit in any way the choice or use of the substance nor to indicate that it has no other utility.

**Acidifying Agent**
Acetic Acid
Acetic Acid, Glacial
Citric Acid, Anhydrous
Citric Acid Monohydrate
Fumaric Acid
Hydrochloric Acid
Hydrochloric Acid, Diluted
Malic Acid
Nitric Acid
Phosphoric Acid
Phosphoric Acid, Diluted
Propionic Acid
Sulfuric Acid
Tartaric Acid

**Aerosol Propellant**
Butane
Dichlorodifluoromethane
Dichlorotetrafluoroethane
Isobutane
Propane
Trichloromonofluoromethane

**Air Displacement**
Carbon Dioxide
Nitrogen

**Alcohol Denaturant**
Denatonium Benzoate
Methyl Isobutyl Ketone
Sucrose Octaacetate

**Alkalizing Agent**
Ammonia Solution, Strong
Ammonium Carbonate
Diethanolamine
Potassium Hydroxide
Sodium Bicarbonate
Sodium Borate
Sodium Carbonate
Sodium Hydroxide
Trolamine

**Anticaking Agent** (See *Glidant*)

**Antifoaming Agent**
Dimethicone
Myristic Acid
Palmitic Acid
Simethicone

**Antimicrobial Preservative**
Benzalkonium Chloride
Benzalkonium Chloride Solution
Benzethonium Chloride
Benzoic Acid
Benzyl Alcohol
Butylparaben
Cetrimonium Bromide
Cetylpyridinium Chloride
Chlorobutanol
Chlorocresol
Cresol
Ethylparaben
Methylparaben
Methylparaben Sodium
Phenol
Phenoxyethanol
Phenylethyl Alcohol
Phenylmercuric Acetate
Phenylmercuric Nitrate
Potassium Benzoate
Potassium Sorbate
Propylparaben
Propylparaben Sodium
Sodium Benzoate
Sodium Dehydroacetate
Sodium Propionate
Sorbic Acid
Thimerosal
Thymol

**Antioxidant**
Ascorbic Acid
Ascorbyl Palmitate
Butylated Hydroxyanisole
Butylated Hydroxytoluene
Hypophosphorous Acid
Monothioglycerol
Potassium Metabisulfite
Propyl Gallate
Sodium Bisulfite
Sodium Formaldehyde Sulfoxylate
Sodium Metabisulfite
Sodium Sulfite
Sodium Thiosulfate
Sulfur Dioxide
Tocopherol
Tocopherols Excipient

**Buffering Agent**
Acetic Acid
Adipic Acid
Ammonium Carbonate
Ammonium Phosphate
Boric Acid
Citric Acid, Anhydrous
Citric Acid Monohydrate
Lactic Acid
Phosphoric Acid
Potassium Citrate
Potassium Metaphosphate
Potassium Phosphate, Dibasic
Potassium Phosphate, Monobasic
Sodium Acetate
Sodium Citrate
Sodium Lactate Solution
Sodium Phosphate, Dibasic
Sodium Phosphate, Monobasic
Succinic Acid

**Bulking Agent for Freeze-Drying**
Creatinine
Mannitol

**Capsule Lubricant** (See *Tablet and/or Capsule Lubricant*)

**Chelating Agent**
Edetate Calcium Disodium
Edetate Disodium
Edetic Acid

**Coating Agent**
Ammonio Methacrylate Copolymer
Ammonio Methacrylate Copolymer Dispersion
Carboxymethylcellulose, Sodium
Cellaburate
Cellacefate (formerly Cellulose Acetate Phthalate)
Cellulose Acetate
Cellulose Acetate Phthalate (see Cellacefate)
Copovidone
Ethylcellulose
Ethylcellulose Aqueous Dispersion
Gelatin
Glaze, Pharmaceutical
Hydroxypropyl Cellulose
Hydroxypropyl Methylcellulose (see Hypromellose)
Hydroxypropyl Methylcellulose Phthalate (see Hypromellose Phthalate)
Hypromellose (formerly Hydroxypropyl Methylcellulose)
Hypromellose Acetate Succinate
Hypromellose Phthalate (formerly Hydroxypropyl Methylcellulose Phthalate)
Maltodextrin
Methacrylic Acid Copolymer
Methacrylic Acid Copolymer Dispersion
Methylcellulose
Polyethylene Glycol
Polyvinyl Acetate Phthalate
Shellac
Starch, Pregelatinized Modified
Sucrose
Titanium Dioxide
Wax, Carnauba
Wax, Microcrystalline
Zein

**Color**
Caramel
Ferric Oxide, red, yellow, or blends

**Complexing Agent**
Edetate Calcium Disodium
Edetate Disodium
Edetic Acid
Oxyquinoline Sulfate

**Desiccant**
Calcium Chloride
Calcium Sulfate
Silicon Dioxide

**Emollient**
Alkyl (C12-15) Benzoate
Hydrogenated Soybean Oil

**Emulsifying and/or Solubilizing Agent**
Acacia
Carbomer Copolymer
Carbomer Interpolymer
Cholesterol
Diethanolamine (Adjunct)
Diethylene Glycol Stearates
Ethylene Glycol Stearates
Glyceryl Distearate
Glyceryl Monolinoleate
Glyceryl Monooleate
Glyceryl Monostearate
Lanolin Alcohols
Lecithin
Mono- and Di-glycerides
Monoethanolamine (Adjunct)
Oleic Acid (Adjunct)
Oleyl Alcohol (Stabilizer)
Poloxamer
Polyoxyethylene 50 Stearate
Polyoxyl 10 Oleyl Ether
Polyoxyl 20 Cetostearyl Ether
Polyoxyl 35 Castor Oil
Polyoxyl 40 Hydrogenated Castor Oil
Polyoxyl 40 Stearate
Polyoxyl Lauryl Ether
Polyoxyl Stearyl Ether
Polysorbate 20
Polysorbate 40
Polysorbate 60
Polysorbate 80
Propylene Glycol Monostearate
Sodium Cetostearyl Sulfate
Sodium Lauryl Sulfate
Sodium Stearate
Sorbitan Monolaurate
Sorbitan Monooleate
Sorbitan Monopalmitate
Sorbitan Monostearate
Sorbitan Sesquioleate
Sorbitan Trioleate
Stearic Acid
Trolamine
Wax, Emulsifying

**Filtering Aid**
Cellulose, Powdered
Siliceous Earth, Purified

**Flavors and Perfumes**
Almond Oil
Anethole
Benzaldehyde
Ethyl Acetate
Ethyl Vanillin
Lactitol
Maltol
Menthol
Methyl Salicylate
Monosodium Glutamate
Peppermint
Peppermint Oil
Peppermint Spirit

Rose Oil
Rose Water, Stronger
Thymol
Vanillin

**Glidant and/or Anticaking Agent**
Calcium Silicate
Magnesium Silicate
Silicon Dioxide, Colloidal
Talc

**Humectant**
Glycerin
Hexylene Glycol
Propylene Glycol
Sorbitol
Sorbitol Sorbitan Solution

***Change to read:***

**Ointment Base**
Caprylocaproyl Polyoxylglycerides
Diethylene Glycol Monoethyl Ether
Lanolin
▲Lauroyl Polyoxylglycerides▲NF24
Linoleoyl Polyoxylglycerides
Ointment, Hydrophilic
Ointment, White
Ointment, Yellow
Oleoyl Polyoxylglycerides
Polyethylene Glycol Monomethyl Ether
Petrolatum
Petrolatum, Hydrophilic
Petrolatum, White
Rose Water Ointment
Squalane
Stearoyl Polyoxylglycerides
Vegetable Oil, Hydrogenated, Type II

**Plasticizer**
Acetyltributyl Citrate
Acetyltriethyl Citrate
Castor Oil
Diacetylated Monoglycerides
Dibutyl Sebacate
Diethyl Phthalate
Glycerin
Polyethylene Glycol
Polyethylene Glycol Monomethyl Ether
Propylene Glycol
Sorbitol Sorbitan Solution
Triacetin
Tributyl Citrate
Triethyl Citrate

**Polymer Membrane**
Ammonio Methacrylate Copolymer
Ammonio Methacrylate Copolymer Dispersion
Cellaburate
Cellulose Acetate

**Sequestering Agent**
Beta Cyclodextrin (see Betadex)
Betadex (formerly Beta Cyclodextrin)
Sodium Tartrate

***Change to read:***

**Solvent**
Acetone
Alcohol
Alcohol, Diluted
Amylene Hydrate
Benzyl Benzoate
Butyl Alcohol
Caprylocaproyl Polyoxylglycerides
Corn Oil
Cottonseed Oil
Diethylene Glycol Monoethyl Ether
Ethyl Acetate
Glycerin
Hexylene Glycol
Isopropyl Alcohol
▲Lauroyl Polyoxylglycerides▲NF24
Linoleoyl Polyoxylglycerides
Methyl Alcohol
Methylene Chloride
Methyl Isobutyl Ketone
Mineral Oil
Oleoyl Polyoxylglycerides
Peanut Oil
Polyethylene Glycol
Polyethylene Glycol Monomethyl Ether
Propylene Glycol
Sesame Oil
Stearoyl Polyoxylglycerides
Water for Injection
Water for Injection, Sterile
Water for Irrigation, Sterile
Water, Purified

**Sorbent**
Cellulose, Powdered
Charcoal, Activated
Siliceous Earth, Purified

**Sorbent, Carbon Dioxide**
Barium Hydroxide Lime
Soda Lime

**Stiffening Agent**
Castor Oil, Hydrogenated
Cetostearyl Alcohol
Cetyl Alcohol
Cetyl Esters Wax
Cetyl Palmitate
Hard Fat
Paraffin
Synthetic Paraffin
Stearyl Alcohol
Wax, Emulsifying
Wax, White
Wax, Yellow

**Suppository Base**
Cocoa Butter
Hard Fat
Polyethylene Glycol

***Change to read:***

**Suspending and/or Viscosity-increasing Agent**
Acacia
Agar
Alamic Acid
Alginic Acid
Aluminum Monostearate
Attapulgite, Activated
Attapulgite, Colloidal Activated
Bentonite
Bentonite, Purified
Bentonite Magma
Carbomer 910
Carbomer 934

Carbomer 934P
Carbomer 940
Carbomer 941
Carbomer 1342
Carbomer Copolymer
▲Carbomer Homopolymer▲*NF24*
Carbomer Interpolymer
Carboxymethylcellulose Calcium
Carboxymethylcellulose Sodium
Carboxymethylcellulose Sodium 12
Carrageenan
Cellulose, Microcrystalline, and Carboxymethylcellulose Sodium
Dextrin
Gelatin
Gellan Gum
Guar Gum
Hydroxyethyl Cellulose
Hydroxypropyl Cellulose
Hydroxypropyl Methylcellulose (see Hypromellose)
Hypromellose (formerly Hydroxypropyl Methylcellulose)
Magnesium Aluminum Silicate
Maltodextrin
Methylcellulose
Pectin
Polyethylene Oxide
Polyvinyl Alcohol
Povidone
Propylene Glycol Alginate
Silicon Dioxide
Silicon Dioxide, Colloidal
Sodium Alginate
Starch, Corn
Starch, Potato
Starch, Tapioca
Starch, Wheat
Tragacanth
Xanthan Gum

**Sweetening Agent**
Acesulfame Potassium
Aspartame
Aspartame Acesulfame
Dextrates
Dextrose
Dextrose Excipient
Fructose
Galactose
Maltose
Mannitol
Saccharin
Saccharin Calcium
Saccharin Sodium
Sorbitol
Sorbitol Solution
Sucralose
Sucrose
Sugar, Compressible
Sugar, Confectioner's
Syrup

*Change to read:*

**Tablet Binder**
Acacia
Alginic Acid
Ammonio Methacrylate Copolymer
Ammonio Methacrylate Copolymer Dispersion
Carbomer Copolymer
▲Carbomer Homopolymer▲*NF24*
Carbomer Interpolymer
Carboxymethylcellulose Sodium
Cellulose, Microcrystalline
Copovidone
Dextrin
Ethylcellulose
Gelatin
Glucose, Liquid
Guar Gum
Low-Substituted Hydroxypropyl Cellulose
Hydroxypropyl Methylcellulose (see Hypromellose)
Hypromellose (formerly Hydroxypropyl Methylcellulose)
Hypromellose Acetate Succinate
Maltodextrin
Maltose
Methylcellulose
Polyethylene Oxide
Povidone
Starch, Corn
Starch, Potato
Starch, Pregelatinized
Starch, Pregelatinized Modified
Starch, Tapioca
Starch, Wheat
Syrup

**Tablet and/or Capsule Diluent**
Calcium Carbonate
Calcium Phosphate, Dibasic
Calcium Phosphate, Tribasic
Calcium Sulfate
Cellulose, Microcrystalline
Cellulose, Powdered
Dextrates
Dextrin
Dextrose Excipient
Fructose
Kaolin
Lactitol
Lactose, Anhydrous
Lactose, Monohydrate
Maltodextrin
Maltose
Mannitol
Sorbitol
Starch
Starch, Corn
Starch, Potato
Starch, Pregelatinized
Starch, Pregelatinized Modified
Starch, Tapioca
Starch, Wheat
Sucrose
Sugar, Compressible
Sugar, Confectioner's

**Tablet Disintegrant**
Alginic Acid
Cellulose, Microcrystalline
Croscarmellose Sodium
Crospovidone
Low-Substituted Hydroxypropyl Cellulose
Maltose
Polacrilin Potassium
Sodium Starch Glycolate
Starch
Starch, Corn
Starch, Potato
Starch, Pregelatinized
Starch, Pregelatinized Modified
Starch, Tapioca
Starch, Wheat

**Tablet and/or Capsule Lubricant**
Calcium Stearate
Glyceryl Behenate
Magnesium Stearate
Mineral Oil, Light
Polyethylene Glycol
Polyoxyl 10 Oleyl Ether
Polyoxyl 20 Cetostearyl Ether
Polyoxyl 35 Castor Oil
Polyoxyl 40 Hydrogenated Castor Oil
Polyoxyl 40 Stearate
Polysorbate 20

vial, and shake on a vortex mixer for at least 30 seconds. Transfer 0.20 g of this solution to a tared vial that can be sealed, and add *Stripped poloxamer* to obtain a *Standard preparation* having a final weight of 50.0 g. Each gram of this *Standard preparation* contains 1 µg of ethylene oxide, 5 µg of propylene oxide, and 5 µg of 1,4-dioxane. Transfer 1.00 ± 0.01 g of this solution to a 22-mL pressure headspace vial, and add about 0.01 g of butylated hydroxytoluene. Seal with a silicone septum with or without a pressure-relief star spring and with a pressure-relief, aluminum, safety sealing-cap, and crimp the cap closed with a cap-sealing tool.

*Test preparation*—Transfer 1.00 ± 0.01 g of Poloxamer to a 22-mL pressure headspace vial, and add about 0.01 g of butylated hydroxytoluene. Seal, cap, and crimp as directed for the *Standard preparation.*

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a balanced-pressure automated headspace sampler, a flame-ionization detector, and a 0.32-mm × 50-m fused-silica capillary column coated with a 5-µm layer of stationary phase G27. The column temperature is programmed from 70° (10-minute initial hold) to 240° (10-minute final hold) at 10° per minute, with the transfer line at 140° and the detector and injection port at 250°. The carrier gas is helium, flowing at a rate of about 1.6 mL per minute.

*Procedure*—Separately place the vials containing the *Standard preparation* and the *Test preparation* in the automated sampler, and start the sequence so that the vial is heated at a temperature of 110° for 30 minutes before a suitable portion of its headspace is injected into the chromatograph. Set the automated sampler for a needle-withdrawal time of 0.3 minute, a pressurization time of 1 minute, an injection time of 0.08 minute, and a vial pressure of 22 psig with the vial vent off. Chromatograph the *Standard preparation* and the *Test preparation,* record the chromatograms, and measure the peak responses as directed for *Procedure:* the relative retention times are about 1.0, 1.3, and 3.8, respectively, for ethylene oxide, propylene oxide, and 1,4-dioxane; and the resolution, *R,* between ethylene oxide and propylene oxide is not less than 2.0. Calculate the concentrations, in µg per g, of ethylene oxide, propylene oxide, and 1,4-dioxane in the portion of Poloxamer taken by the formula:

$$C(r_U / r_S),$$

in which $C$ is the concentration, in µg per g, of ethylene oxide, propylene oxide, or 1,4-dioxane in the *Standard preparation;* and $r_U$ and $r_S$ are the peak responses obtained from the *Test preparation* and the *Standard preparation*, respectively: not more than 1 µg of ethylene oxide per g, not more than 5 µg of propylene oxide per g, and not more than 5 µg of 1,4-dioxane per g are found.

**Organic volatile impurities,** *Method V* ⟨467⟩: meets the requirements for chloroform, methylene chloride, and trichloroethylene.

**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

## Polyethylene Glycol



Poly(oxy-1,2-ethanediyl), α-hydro-ω-hydroxy-.
Polyethylene glycol [*25322-68-3*].

» Polyethylene Glycol is an addition polymer of ethylene oxide and water, represented by the formula:

$$H(OCH_2CH_2)_nOH,$$

in which $n$ represents the average number of oxyethylene groups. The average molecular weight is not less than 95.0 percent and not more than 105.0 percent of the labeled nominal value if the labeled nominal value is below 1000; it is not less than 90.0 percent and not more than 110.0 percent of the labeled nominal value if the labeled nominal value is between 1000 and 7000; it is not less than 87.5 percent and not more than 112.5 percent of the labeled nominal value if the labeled nominal value is above 7000. It may contain a suitable antioxidant.

**Packaging and storage**—Preserve in tight containers.

**Labeling**—Label it to state, as part of the official title, the average nominal molecular weight of the Polyethylene Glycol. Label it to indicate the name and quantity of any added antioxidant.

**Completeness and color of solution**—A solution of 5 g of Polyethylene Glycol in 50 mL of water is colorless; it is clear for liquid grades and not more than slightly hazy for solid grades.

**Viscosity** ⟨911⟩—Determine its viscosity, using a capillary viscosimeter giving a flow time of not less than 200 seconds, and a liquid bath maintained at 98.9 ± 0.3° C (210° F). The viscosity is within the limits specified in the accompanying table. For a Polyethylene Glycol not listed in the table, calculate the limits by interpolation.

| Nominal Average Molecular Weight | Viscosity Range, Centistokes | Nominal Average Molecular Weight | Viscosity Range, Centistokes |
|---|---|---|---|
| 200 | 3.9 to 4.8 | 2200 | 43 to 56 |
| 300 | 5.4 to 6.4 | 2300 | 46 to 60 |
| 400 | 6.8 to 8.0 | 2400 | 49 to 65 |
| 500 | 8.3 to 9.6 | 2500 | 51 to 70 |
| 600 | 9.9 to 11.3 | 2600 | 54 to 74 |
| 700 | 11.5 to 13.0 | 2700 | 57 to 78 |
| 800 | 12.5 to 14.5 | 2800 | 60 to 83 |
| 900 | 15.0 to 17.0 | 2900 | 64 to 88 |
| 1000 | 16.0 to 19.0 | 3000 | 67 to 93 |
| 1100 | 18.0 to 22.0 | 3250 | 73 to 105 |
| 1200 | 20.0 to 24.5 | 3350 | 76 to 110 |
| 1300 | 22.0 to 27.5 | 3500 | 87 to 123 |
| 1400 | 24 to 30 | 3750 | 99 to 140 |
| 1450 | 25 to 32 | 4000 | 110 to 158 |
| 1500 | 26 to 33 | 4250 | 123 to 177 |
| 1600 | 28 to 36 | 4500 | 140 to 200 |
| 1700 | 31 to 39 | 4750 | 155 to 228 |
| 1800 | 33 to 42 | 5000 | 170 to 250 |
| 1900 | 35 to 45 | 5500 | 206 to 315 |
| 2000 | 38 to 49 | 6000 | 250 to 390 |
| 2100 | 40 to 53 | 6500 | 295 to 480 |
| | | 7000 | 350 to 590 |
| | | 7500 | 405 to 735 |
| | | 8000 | 470 to 900 |

**Average molecular weight**—

*Phthalic anhydride solution*—Place 49.0 g of phthalic anhydride into an amber bottle, and dissolve in 300 mL of pyridine from a freshly opened bottle or that has been freshly distilled over phthalic anhydride. Shake vigorously until completely dissolved. Add 7 g of imidazole, swirl carefully to dissolve, and allow to stand for 16 hours before using.

*Test preparation for liquid Polyethylene Glycols*—Carefully introduce 25.0 mL of the *Phthalic anhydride solution* into a dry, heat-resistant pressure bottle. Add an accurately weighed amount of the specimen, equivalent to its expected average molecular weight divided by 160. Insert the stopper in the bottle, and wrap it securely in a cloth bag.

*Test preparation for solid Polyethylene Glycols*—Carefully introduce 25.0 mL of *Phthalic anhydride solution* into a dry, heat-resistant pressure bottle. Add an accurately weighed amount of the specimen, equivalent to its expected molecular weight divided by 160; however, because of limited solubility, do not use more than 25 g. Add 25 mL of pyridine, from a freshly opened bottle or that has been freshly distilled over phthalic anhydride, swirl to dissolve, insert the stopper in the bottle, and wrap it securely in a cloth bag.

*Procedure*—Immerse the bottle in a water bath maintained at a temperature between 96° and 100°, to the same depth as that of the mixture in the bottle. Remove the bottles from the bath after 5 minutes, and, without unwrapping, swirl for 30 seconds to homogenize. Heat in the water bath for 30 minutes (60 minutes for Polyethylene Glycols having molecular weights of 3000 or higher), then remove from the bath, and allow it to cool to room temperature. Uncap the bottle carefully to release any pressure, remove from the bag, add 10 mL of water, and swirl thoroughly. Wait 2 minutes, add 0.5 mL of a solution of phenolphthalein in pyridine (1 in 100), and titrate with 0.5 N sodium hydroxide VS to the first pink color that persists for 15 seconds, recording the volume, in mL, of 0.5 N sodium hydroxide required as *S*. Perform a blank determination on 25.0 mL of *Phthalic anhydride solution* plus any additional pyridine added to the bottle, and record the volume, in mL, of 0.5 N sodium hydroxide required as *B*. Calculate the average molecular weight by the formula:

$$[2000W]/[(B - S)(N)],$$

in which *W* is the weight, in g, of the Polyethylene Glycol taken for the *Test preparation;* $(B - S)$ is the difference between the volumes of 0.5 N sodium hydroxide consumed by the blank and by the specimen, and *N* is the normality of the sodium hydroxide solution.

**pH** ⟨791⟩: between 4.5 and 7.5, determined potentiometrically, in a solution prepared by dissolving 5.0 g of Polyethylene Glycol in 100 mL of carbon dioxide-free water and adding 0.30 mL of saturated potassium chloride solution.

**Residue on ignition** ⟨281⟩: not more than 0.1%, a 25-g specimen and a tared platinum dish being used, and the residue being moistened with 2 mL of sulfuric acid.

**Heavy metals** ⟨231⟩—Mix 4.0 g with 5.0 mL of 0.1 N hydrochloric acid, and dilute with water to 25 mL: the limit is 5 ppm.

**Limit of free ethylene oxide and 1,4-dioxane—**

*Stripped polyethylene glycol 400*—Into a 5000-mL 3-neck, round-bottom flask equipped with a stirrer, a gas dispersion tube, and a vacuum outlet, place 3000 g of Polyethylene Glycol 400. At room temperature, evacuate the flask carefully to a pressure of less than 1 mm of mercury, applying the vacuum slowly while observing for excessive foaming due to entrapped gases. After any foaming has subsided and while stirring continuously, sparge with nitrogen, allowing the pressure to rise to 10 mm of mercury. [NOTE—The 10-mm value is a guideline. Deviations from this value only affect the total time required to strip the Polyethylene Glycol 400.] Continue stripping for a minimum of 1 hour. [NOTE—Completeness of the stripping procedure should be verified by making a headspace injection of the stripped polyethylene glycol 400.] Shut off the vacuum pump, and bring the flask pressure back to atmospheric pressure while maintaining nitrogen sparging. Remove the gas dispersion tube with the gas still flowing, and then turn off the gas flow. Transfer the *Stripped polyethylene glycol 400* to a suitable nitrogen-filled container.

*Standard preparation*—[*Caution—Ethylene oxide and 1,4-dioxane are toxic and flammable. Prepare these solutions in a well-ventilated fume hood.*] Transfer 4.90 g of *Stripped polyethylene glycol 400* to a tared 22-mL pressure headspace vial that can be sealed. Add 48 µL of 1,4-dioxane, equivalent to 50 mg of 1,4-dioxane, from a syringe, seal, and cap the vial. Using the special handling described in the following, complete the preparation. Ethylene oxide is a gas at room temperature. It is usually stored in a lecture-type gas cylinder or small metal pressure bomb. Chill the cylinder in a refrigerator before use. Transfer about 5 mL of the liquid ethylene oxide to a 100-mL beaker chilled in wet ice. Using a gas-tight syringe that has been chilled in a refrigerator, transfer 57 µL of the liquid ethylene oxide, equivalent to 50 mg of ethylene oxide, to the mixture contained in the headspace vial, and mix. With the aid of a syringe, transfer about 2 mL of this solution to a 5-mL beaker. Transfer 1.0 mL of this solution to a 100-mL volumetric flask, dilute with *Stripped polyethylene glycol 400* to volume, and mix. Transfer 10 mL of this solution to a 100-mL volumetric flask, dilute with *Stripped polyethylene glycol 400* to volume, and mix to obtain a *Standard preparation* having known concentrations of 10 µg per g for both ethylene oxide and 1,4-dioxane. Transfer 1.0 mL of the *Standard preparation* to a 22-mL pressure headspace vial, seal with a silicone septum with or without a pressure relief star spring and a pressure relief safety aluminum sealing cap, and crimp the cap closed with a cap-sealing tool.

*Resolution solution*—Transfer 4.90 g of *Stripped polyethylene glycol 400* to a 22-mL pressure headspace vial. Pipet 50 µL of acetaldehyde into the vial. Using the special handling described under *Standard preparation*, transfer about 50.0 µL of liquid ethylene oxide into the vial. Immediately seal the vial, and shake. Transfer 1.0 mL of this solution to a 100-mL volumetric flask, dilute with *Stripped polyethylene glycol 400* to volume, and mix. Transfer 10.0 mL of this solution to a 100-mL volumetric flask, dilute with *Stripped polyethylene glycol 400* to volume, and mix. Transfer 1.0 mL of this *Resolution solution* to a 22-mL pressure headspace vial; and seal, cap, and crimp as directed for the *Standard preparation.*

*Test preparation*—Transfer 1.0 g of Polyethylene Glycol, to a 22-mL pressure headspace vial; and seal, cap, and crimp as directed for the *Standard preparation.*

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a balanced pressure automatic headspace sampler and a flame-ionization detector and contains a 0.32-mm × 50-m fused-silica capillary column containing bonded phase G27 in a 5-µm film thickness. The column temperature is programmed from 70° to 250° at 10° per minute, with the injection port at 85° and the detector at 250°. The carrier gas is helium at a flow rate of about 2.9 mL per minute. Chromatograph the *Resolution solution*, and record the peak responses as directed for *Procedure:* the relative retention times are about 0.9 for acetaldehyde and 1.0 for ethylene oxide; and the resolution, *R*, between the acetaldehyde peak and the ethylene oxide peak is not less than 1.3.

*Procedure*—Place the vials containing the *Standard preparation* and the *Test preparation* into the automated sampler, and heat the vials at a temperature of 80° for 30 minutes. Using a 2-mL gas syringe preheated in an oven at 90°, separately inject 1.0 mL of the headspace from each vial into the chromatograph, record the chromatogram, and measure the areas for the major peaks. [NOTE—A headspace apparatus that automatically transfers the measured amount of headspace may be used to perform the injection.] The relative retention times for ethylene oxide and 1,4-dioxane are about 1.0 and 3.4, respectively. The peak areas for ethylene oxide and 1,4-dioxane in the chromatogram of the *Test preparation* are not greater than those of the corresponding peaks in the chromatogram of the *Standard preparation*, corresponding to not more than 10 µg per g of ethylene oxide and not more than 10 µg per g of 1,4-dioxane.

**Limit of ethylene glycol and diethylene glycol** (for Polyethylene Glycol having a nominal molecular weight less than 450)—

*Standard preparation*—Prepare an aqueous solution containing 500 µg each of ethylene glycol and of diethylene glycol per mL.

*Test preparation*—Transfer about 4 g of Polyethylene Glycol, accurately weighed, to a 10-mL volumetric flask, dissolve in and dilute with water to volume, and mix.

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a flame-ionization detector and a 3-mm × 1.5-m stainless steel column packed with 12% G13 on support S1NS. The carrier gas is nitrogen or another suitable inert gas, flowing at a rate of 50 mL per minute. The column temperature is maintained at about 140°, the injection port temperature is maintained at about 250°, and the flame-ionization detector temperature is maintained at 280°.

*Procedure*—Inject a volume (about 2.0 µL) of the *Standard preparation* into the chromatograph, and record the chromatogram, adjusting the operational conditions to obtain peaks not less than 10 cm in height. Measure the heights of the first (ethylene glycol) and second (diethylene glycol) peaks, and record the values as $P_1$ and $P_2$, respectively. Inject a volume (about 2.0 µL) of the *Test preparation* into the chromatograph, and record the chromatogram under the same conditions as those employed for the *Standard preparation*. Measure the heights of the first (ethylene glycol) and second (diethylene glycol) peaks, and record the values as $p_1$ and $p_2$, respectively. Calculate the percentage of ethylene glycol in the portion of Polyethylene Glycol taken by the formula:

$$(C_1p_1)/(P_1W),$$

in which $C_1$ is the concentration, in µg per mL, of ethylene glycol in the *Standard preparation;* and *W* is the weight, in mg, of

Appendices

Index

Polyethylene Glycol taken. Calculate the percentage of diethylene glycol in the portion of Polyethylene Glycol taken by the formula:

$$(C_2 p_2)/(P_2 W),$$

in which $C_2$ is the concentration, in µg per mL, of diethylene glycol in the *Standard preparation:* not more than 0.25% of the sum of ethylene glycol and diethylene glycol is found.

**Limit of ethylene glycol and diethylene glycol** (for Polyethylene Glycol having a nominal molecular weight 450 or above but not more than 1000)—

*Ceric ammonium nitrate solution*—Dissolve 6.25 g of ceric ammonium nitrate in 100 mL of 0.25 N nitric acid. Use within 3 days.

*Standard preparation*—Transfer 62.5 mg of diethylene glycol to a 25-mL volumetric flask, dissolve in a mixture of equal volumes of freshly distilled acetonitrile and water, dilute with the same mixture to volume, and mix.

*Test preparation*—Dissolve 50.0 g of Polyethylene Glycol in 75 mL of diphenyl ether, previously warmed, if necessary, just to melt the crystals, in a 250-mL distilling flask. Slowly distill at a pressure of 1 mm to 2 mm of mercury, into a receiver graduated to 100 mL in 1-mL subdivisions, until 25 mL of distillate has been collected. Add 20.0 mL of water to the distillate, shake vigorously, and allow the layers to separate. Cool in an ice bath to solidify the diphenyl ether and facilitate its removal. Filter the separated aqueous layer, wash the diphenyl ether with 5.0 mL of ice-cold water, pass the washings through the filter, and collect the filtrate and washings in a 25-mL volumetric flask. Warm to room temperature, dilute with water to volume, if necessary, and mix. Mix this solution with 25.0 mL of freshly distilled acetonitrile in a glass-stoppered, 125-mL conical flask.

*Procedure*—Transfer 10.0 mL each of the *Standard preparation* and the *Test preparation* to separate 50-mL flasks, each containing 15.0 mL of *Ceric ammonium nitrate solution,* and mix. Within 2 to 5 minutes, concomitantly determine the absorbances of the solutions in 1-cm cells at the wavelength of maximum absorbance at about 450 nm, with a suitable spectrophotometer, using a blank consisting of a mixture of 15.0 mL of *Ceric ammonium nitrate solution* and 10.0 mL of a mixture of equal volumes of freshly distilled acetonitrile and water: the absorbance of the solution from the *Test preparation* does not exceed that of the solution from the *Standard preparation,* corresponding to not more than 0.25% of combined ethylene glycol and diethylene glycol.

**Organic volatile impurities,** *Method IV* ⟨467⟩: meets the requirements for chloroform, methylene chloride, and trichloroethylene.

**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

## Polyethylene Glycol Ointment

» Prepare Polyethylene Glycol Ointment as follows:

| | |
|---|---|
| Polyethylene Glycol 3350 | 400 g |
| Polyethylene Glycol 400 | 600 g |
| to make | 1000 g |

Heat the two ingredients on a water bath to 65°. Allow to cool, and stir until congealed. If a firmer preparation is desired, replace up to 100 g of the polyethylene glycol 400 with an equal amount of polyethylene glycol 3350.

NOTE—If 6 percent to 25 percent of an aqueous solution is to be incorporated in Polyethylene Glycol Ointment, replace 50 g of the polyethylene glycol 3350 with an equal amount of stearyl alcohol.

**Packaging and storage**—Preserve in well-closed containers.

**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

## Polyethylene Glycol Monomethyl Ether

Poly(oxy-1,2-ethanediyl), α-methyl-ω-hydroxy-.
Methoxy polyethylene glycol [*9004-74-4*].

» Polyethylene Glycol Monomethyl Ether is an addition polymer of ethylene oxide and methanol, represented by the formula:

$$CH_3(OCH_2CH_2)_nOH,$$

in which $n$ represents the average number of oxyethylene groups. The average molecular weight is not less than 95.0 percent and not more than 105.0 percent of the labeled nominal value if the labeled nominal value is below 1000; it is not less than 90.0 percent and not more than 110.0 percent of the labeled nominal value if the labeled nominal value is between 1000 and 4750; it is not less than 87.5 percent and not more than 112.5 percent of the labeled nominal value if the labeled nominal value is above 4750.

**Packaging and storage**—Preserve in tight containers.

**Labeling**—Label it to state, as part of the official title, the average nominal molecular weight of the Polyethylene Glycol Monomethyl Ether.

**Completeness and color of solution**—A solution of 5 g of Polyethylene Glycol Monomethyl Ether in 50 mL of water is colorless; it is clear for liquid grades and not more than slightly hazy for solid grades.

**Viscosity** ⟨911⟩—Determine its viscosity, using a capillary viscosimeter giving a flow time of not less than 200 seconds, and a liquid bath maintained at 98.9 ± 0.3° C (210° F). The viscosity is within the limits specified in the accompanying table. For a Polyethylene Glycol Monomethyl Ether not listed in the table, calculate the limits by interpolation.

**Average molecular weight**—

*Phthalic anhydride solution*—Place 49.0 g of phthalic anhydride into an amber bottle, and dissolve in 300 mL of pyridine from a freshly opened bottle or that has been freshly distilled over phthalic anhydride. Shake vigorously until completely dissolved. Add 7 g of imidazole, swirl carefully to dissolve, and allow to stand for 16 hours before using.

*Test preparation for liquid Polyethylene Glycol Monomethyl Ethers*—Carefully introduce 25.0 mL of the *Phthalic anhydride solution* into a dry, heat-resistant pressure bottle. Add an accurately weighed amount of the specimen, equivalent to its expected average molecular weight divided by 80. Insert the stopper in the bottle, and wrap it securely in a cloth bag.

*Test preparation for solid Polyethylene Glycol Monomethyl Ethers*—Carefully introduce 25.0 mL of *Phthalic anhydride solution* into a dry, heat-resistant pressure bottle. Add an accurately weighed amount of the specimen, equivalent to its expected molecular weight divided by 80; however, because of limited solubility, do not use more than 25 g. Add 25 mL of pyridine, from a freshly opened bottle or that has been freshly distilled over phthalic anhydride, swirl to dissolve, insert the stopper in the bottle, and wrap it securely in a cloth bag.

*Procedure*—Immerse the bottle in a water bath maintained at a temperature between 96° and 100°, to the same depth as that of the mixture in the bottle. Remove the bottles from the bath after 5 minutes, and, without unwrapping, swirl for 30 seconds to

homogenize. Heat in the water bath for 30 minutes (60 minutes for Polyethylene Glycol Monomethyl Ethers having molecular weights of 3000 or higher), then remove from the bath, and allow it to cool to room temperature. Uncap the bottle carefully to release any pressure, remove from the bag, add 10 mL of water, and swirl thoroughly. Wait for 2 minutes, add 0.5 mL of a solution of phenolphthalein in pyridine (1 in 100), and titrate with 0.5 N sodium hydroxide VS to the first pink color that persists for 15 seconds, recording the volume, in mL, of 0.5 N sodium hydroxide required as *S*. Perform a blank determination on 25.0 mL of *Phthalic anhydride solution* plus any additional pyridine added to the bottle, and record the volume, in mL, of 0.5 N sodium hydroxide required as *B*. Calculate the average molecular weight by the formula:

$$[1000W] / [(B - S)(N)],$$

in which *W* is the weight, in g, of the Polyethylene Glycol Monomethyl Ether taken for the *Test preparation;* (*B* − *S*) is the difference between the volumes of 0.5 N sodium hydroxide consumed by the blank and by the specimen; and *N* is the normality of the sodium hydroxide solution.

| Nominal Average Molecular Weight | Viscosity Range, Centistokes | Nominal Average Molecular Weight | Viscosity Range, Centistokes |
|---|---|---|---|
| 350 | 3.5 to 4.5 | 2750 | 50 to 78 |
| 450 | 4.9 to 6.0 | 3000 | 60 to 95 |
| 550 | 6.1 to 7.3 | 3250 | 72 to 113 |
| 650 | 7.9 to 9.2 | 3500 | 85 to 133 |
| 750 | 9.7 to 11.1 | 3750 | 99 to 155 |
| 850 | 11.5 to 13.1 | 4000 | 114 to 178 |
| 950 | 13.3 to 15.2 | 4250 | 130 to 204 |
| 1000 | 13.3 to 17.3 | 4500 | 148 to 231 |
| 1100 | 15.0 to 19.7 | 4750 | 167 to 260 |
| 1200 | 16.9 to 22.1 | 5000 | 175 to 305 |
| 1300 | 18.8 to 24.6 | 5500 | 215 to 375 |
| 1400 | 20.7 to 27.1 | 6000 | 260 to 455 |
| 1500 | 23 to 30 | 6500 | 310 to 545 |
| 1600 | 25 to 33 | 7000 | 365 to 640 |
| 1700 | 27 to 35 | 7500 | 425 to 745 |
| 1800 | 29 to 38 | 8000 | 490 to 860 |
| 1900 | 31 to 41 | 8500 | 560 to 980 |
| 2000 | 33 to 44 | 9000 | 640 to 1110 |
| 2250 | 36 to 54 | 9500 | 715 to 1250 |
| 2500 | 40 to 64 | 10000 | 775 to 1475 |

**pH** ⟨791⟩: between 4.5 and 7.5, determined potentiometrically, in a solution prepared by dissolving 5.0 g of Polyethylene Glycol Monomethyl Ether in 100 mL of carbon dioxide-free water and adding 0.30 mL of saturated potassium chloride solution.

**Residue on ignition** ⟨281⟩: not more than 0.1%, a 25-g specimen and a tared platinum dish being used, and the residue being moistened with 2 mL of sulfuric acid.

**Heavy metals** ⟨231⟩—Mix 4.0 g with 5.0 mL of 0.1 N hydrochloric acid, and dilute with water to 25 mL: the limit is 5 ppm.

**Free ethylene oxide and 1,4-dioxane**—

*Stripped MPEG 350*—Into a 5000-mL 4-neck, round-bottom flask, equipped with a stirrer, a thermometer, a gas dispersion tube, a dry ice trap, a vacuum outlet, and a heating mantle, place 3000 g of Polyethylene Glycol Monomethyl Ether 350. At room temperature, evacuate the flask carefully to a pressure of less than 1 mm of mercury, applying the vacuum slowly while observing for excessive foaming due to entrapped gases. After any foaming has subsided, sparge with nitrogen, allowing the pressure to rise to 10 mm of mercury. Heat the flask to 130° while increasing the pressure to about 60 mm of mercury. Continue stripping for 4 hours; then cool to room temperature. Shut off the vacuum pump, and bring the flask pressure back to atmospheric pressure while maintaining nitrogen sparging. Remove the sparging tube with the gas still flowing, then turn off the gas flow. Transfer the *Stripped MPEG 350* to a suitable nitrogen-filled container.

*Standard preparations*—*[Caution—Ethylene oxide and 1,4-dioxane are toxic and flammable. Prepare these solutions in a well-ventilated fume hood.]* To a known weight of *Stripped MPEG 350* in a vial that can be sealed, add a suitable quantity of 1,4-dioxane. Determine the amount added by weight difference. Using the special handling described in the following, complete the preparation. Ethylene oxide is a gas at room temperature. It is usually stored in a lecture-type gas cylinder or small metal pressure bomb. Chill the cylinder in a refrigerator before use. Transfer about 5 mL of the liquid ethylene oxide to a 100-mL beaker chilled in wet ice. Using a gas-tight gas chromatographic syringe that has been chilled in a refrigerator, transfer a suitable amount of the liquid ethylene oxide into the mixture. Immediately seal the vial, and shake. Determine the amount added by weight difference. By appropriate dilution with *Stripped MPEG 350*, prepare 4 solutions, covering the range from 5 to 20 ppm for the 2 components added to the matrix (e.g., 5, 10, 15, and 20 ppm). Transfer 1.0 mL of each of these solutions to separate 22-mL pressure headspace vials, seal each with a silicone septum, star spring, and pressure relief safety aluminum sealing cap, and crimp the cap closed with a cap-sealing tool.

*Test preparation*—Transfer 1 ± 0.01 g of Polyethylene Glycol Monomethyl Ether to a 22-mL pressure headspace vial, and seal, cap, and crimp as directed for the *Standard preparations.*

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a balanced pressure automatic headspace sampler and a flame-ionization detector and contains a 50-m × 0.32-mm fused silica capillary column containing bonded phase G27 in a 5-µm film thickness. The column temperature is programmed from 70° to 250° at 10° per minute, with the transfer line at 140° and the detector at 250°. The carrier gas is helium, flowing at a rate of about 0.8 mL per minute. On the two *Calibration* plots, no point digresses from its line by more than 10%.

*Calibration*—Place the vials containing the *Standard preparations* in the automated sampler, and start the sequence so that each vial is heated at a temperature of 110° for 30 minutes before a suitable portion of its headspace is injected into the chromatograph. Set the automatic sampler for a needle withdrawal time of 0.3 minute, a pressurization time of 1 minute, an injection time of 0.08 minute, and a vial pressure of 22 psig with the vial vent off. Obtain the peak areas for ethylene oxide and 1,4-dioxane, which have relative retention times of about 1.0 and 3.1, respectively. Plot the area versus parts per million on linear graph paper, and draw the best straight line through the points.

*Procedure*—Place the vial containing the *Test preparation* in the automatic sampler, and chromatograph its headspace as done for the *Standard preparations.* Obtain the peak areas of each of the components and read the concentrations directly from the *Calibration* plots. Not more than 10 ppm of ethylene oxide or 1,4-dioxane is found.

**Limit of ethylene glycol and diethylene glycol** (for Polyethylene Glycol Monomethyl Ether having a nominal molecular weight less than 600)—

*Standard preparation*—Prepare an aqueous solution containing 500 µg of ethylene glycol and 500 µg of diethylene glycol in each mL.

*Test preparation*—Transfer about 4 g of Polyethylene Glycol Monomethyl Ether, accurately weighed, to a 10-mL volumetric flask, dissolve in water, dilute with water to volume, and mix.

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a flame-ionization detector and a 3-mm × 1.0-m column packed with 60- to 80-mesh support S2. The column is maintained at about 200°, the injection port is maintained at about 260°, and nitrogen or another suitable inert gas is used as the carrier gas at a flow rate of 20 mL per minute.

*Procedure*—Inject 1.0 µL of the *Standard preparation* into a suitable gas chromatograph, and record the chromatogram, adjusting the operational conditions to obtain peaks not less than 10 cm in height. Measure the heights of the first (ethylene glycol) and second (diethylene glycol) small peaks that have relative retention times of about 1.0 and 3.9, and record the values as $P_1$ and $P_2$, respectively. Inject 1.0 µL of the *Test preparation* into the chromatograph, and record the chromatogram under the same conditions as those employed for the *Standard preparation*. Measure the heights of the

Appendices

Index

first (ethylene glycol) and second (diethylene glycol) peaks, and record the values as $p_1$ and $p_2$, respectively. Calculate the percentage of ethylene glycol taken by the formula:

$$(C_1p_1)/(P_1W),$$

in which $C_1$ is the concentration, in µg per mL, of ethylene glycol in the *Standard preparation*; and $W$ is the weight, in mg, of Polyethylene Glycol Monomethyl Ether taken. Calculate the percentage of diethylene glycol taken by the formula:

$$(C_2p_2)/(P_2W),$$

in which $C_2$ is the concentration, in µg per mL, of diethylene glycol in the *Standard preparation:* not more than 0.25% of combined ethylene glycol and diethylene glycol is found.

**Limit of ethylene glycol and diethylene glycol** (for Polyethylene Glycol Monomethyl Ether having a nominal molecular weight 600 or above but not more than 1500)—

*Ceric ammonium nitrate solution*—Dissolve 6.25 g of ceric ammonium nitrate in 100 mL of 0.25 N nitric acid. Use within 3 days.

*Standard preparation*—Transfer 62.5 mg of diethylene glycol to a 25-mL volumetric flask, dissolve in a mixture of equal volumes of freshly distilled acetonitrile and water, dilute with the same mixture to volume, and mix.

*Test preparation*—Dissolve 50.0 g of Polyethylene Glycol Monomethyl Ether in 75 mL of diphenyl ether, previously warmed, if necessary, just to melt the crystals, in a 250-mL distilling flask. Slowly distill at a pressure of 1 mm to 2 mm of mercury, into a receiver graduated to 100 mL in 1-mL subdivisions, until 25 mL of distillate has been collected. Add 20.0 mL of water to the distillate, shake vigorously, and allow the layers to separate. Cool in an ice bath to solidify the diphenyl ether and facilitate its removal. Filter the separated aqueous layer, wash the diphenyl ether with 5.0 mL of ice-cold water, pass the washings through the filter, and collect the filtrate and washings in a 25-mL volumetric flask. Warm to room temperature, dilute with water to volume, if necessary, and mix. Mix this solution with 25.0 mL of freshly distilled acetonitrile in a glass-stoppered, 125-mL conical flask.

*Procedure*—Transfer 10.0 mL each of the *Standard preparation* and the *Test preparation* to separate 50-mL flasks, each containing 15.0 mL of *Ceric ammonium nitrate solution*, and mix. Within 2 to 5 minutes, concomitantly determine the absorbances of the solutions in 1-cm cells at the wavelength of maximum absorbance at about 450 nm, with a suitable spectrophotometer, using a blank consisting of a mixture of 15.0 mL of *Ceric ammonium nitrate solution* and 10.0 mL of a mixture of equal volumes of freshly distilled acetonitrile and water: the absorbance of the solution from the *Test preparation* does not exceed that of the solution from the *Standard preparation*, corresponding to not more than 0.25% of combined ethylene glycol and diethylene glycol.

**Limit of 2-methoxyethanol**—

*Stripped MPEG 350* and *Test preparation*—Prepare as directed in the test for *Free ethylene oxide and 1,4-dioxane.*

*Standard preparations*—*[Caution—2-Methoxyethanol is toxic and flammable. Prepare these solutions in a well-ventilated fume hood.]* To a known weight of Stripped MPEG 350 in a vial that can be sealed, add a suitable quantity of 2-methoxyethanol. Determine the amount added by weight difference. By appropriate dilution with *Stripped MPEG 350*, prepare 4 solutions, covering the range from 5 to 20 ppm (e.g., 5, 10, 15, and 20 ppm). Transfer 1.0 mL of each of these solutions to separate 22-mL pressure headspace vials, seal each with a silicone septum, star spring, and pressure relief safety aluminum sealing cap, and crimp the cap closed with a cap-sealing tool.

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The gas chromatograph is equipped with a balanced pressure automatic headspace sampler and a flame-ionization detector and contains a 15-m × 0.53-mm fused silica capillary column containing bonded phase G16 in a 1-µm film thickness. The column temperature is held at 50° for 2 minutes, and then is programmed from 70° to 250° at 10° per minute, with the transfer line at 140° and the detector at 275°. The carrier gas is helium, flowing at a rate of about 15 mL per minute. On the two *Calibration* plots, no point digresses from its line by more than 10%.

*Calibration*—Place the vials containing the *Standard preparations* in the automated sampler, and start the sequence so that each vial is heated at a temperature of 100° for 20 minutes before a suitable portion of its headspace is injected into the chromatograph. Set the automatic sampler for a needle withdrawal time of 0.3 minute, a pressurization time of 1 minute, an injection time of 0.08 minute, and a vial pressure of 22 psig with the vial vent off. Obtain the peak area for 2-methoxyethanol. Plot the area versus parts per million on linear graph paper, and draw the best straight line through the points.

*Procedure*—Place the vial containing the *Test preparation* in the automatic sampler, and chromatograph its headspace as done for the *Standard preparations*. Obtain the peak area and read the concentration directly from the *Calibration* plot. Not more than 10 ppm of 2-methoxyethanol is found.

**Residual solvents** ⟨467⟩: meets the requirements.

(Official January 1, 2007)

## Polyethylene Oxide

» Polyethylene Oxide is a nonionic homopolymer of ethylene oxide, represented by the formula:

$$(OCH_2CH_2)_n$$

in which $n$ represents the average number of oxyethylene groups. It is a white to off-white powder obtainable in several grades, varying in viscosity profile in an aqueous isopropyl alcohol solution. It may contain a suitable antioxidant.

**Packaging and storage**—Preserve in tight, light-resistant containers.

**Labeling**—The labeling indicates its viscosity profile in aqueous isopropyl alcohol solution. Label it to indicate the name and quantity of any added antioxidant.

**USP Reference standards** ⟨11⟩—*USP Polyethylene Oxide RS.*

**Identification**—

**A:** *Infrared Absorption* ⟨197K⟩—

*Test specimen:* previously dried in vacuum at room temperature to constant weight.

**B:** The aqueous isopropyl alcohol solution viscosity, determined at 25° and in a concentration as directed in the labeling, falls within the viscosity range indicated by the labeling.

**Loss on drying** ⟨731⟩—Dry about 4 g of it at 105° for 45 minutes: it loses not more than 1.0% of its weight.

**Silicon dioxide and nonsilicon dioxide residue on ignition**—Weigh accurately about 1 g into a previously ignited, tared 50-mL platinum crucible. Add 4 drops of sulfuric acid. Heat carefully on a hot plate until the specimen is thoroughly charred and fumes no longer are evolved. Ignite the crucible at 700 ± 25° (see *Residue on Ignition* ⟨281⟩) to constant weight. Wet the residue carefully with 1 mL of water, and slowly add 20 drops of hydrofluoric acid. *[Caution—Hydrofluoric acid is an extremely hazardous chemical. When handling it wear a face shield, arm protection, and rubber gloves, and perform the operation in a hood.]* Evaporate slowly on a hot plate to dryness, then ignite at 700 ± 25° for 10 minutes, cool to room temperature in a desiccator, and weigh accurately. Repeat the addition of hydrofluoric acid, evaporation, and ignition, to constant weight. Calculate the percentage of silicon dioxide from the difference between the net weights before and after the hydrofluoric acid treatment: it is not more than 3.0%. Calculate the percentage of nonsilicon dioxide residue on ignition from the final net weight: it is not more than 2.0%.

**Heavy metals,** *Method II* ⟨231⟩: 0.001%.

**Limit of free ethylene oxide**—

*Standard stock solution*—*[Caution—Ethylene oxide is toxic and flammable. Prepare solutions of it in a well-ventilated fume hood.]* Using the special handling described in the following, complete the

US005693608A

# United States Patent [19]

Bechgaard et al.

[11] Patent Number: 5,693,608

[45] Date of Patent: Dec. 2, 1997

[54] **METHOD OF ADMINISTERING A BIOLOGICALLY ACTIVE SUBSTANCE**

[75] Inventors: **Erik Bechgaard**, Hellerup, Denmark; **Sveinbjorn Gizurarson**, Keflavik, Iceland; **Rolf Kuhlman Hjortkjær**, Humlebær, Denmark

[73] Assignee: **Bechgaard International Research and Development A/S**, Hellerup, Denmark

[21] Appl. No.: **395,838**

[22] Filed: **Feb. 28, 1995**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 151,802, Nov. 15, 1993, Pat. No. 5,428,006, which is a continuation of Ser. No. 71,604, Jun. 4, 1993, abandoned, which is a continuation of Ser. No. 870,893, Apr. 20, 1992, abandoned, which is a division of Ser. No. 696,564, May 8, 1991, abandoned.

[30] **Foreign Application Priority Data**

May 10, 1990 [DK] Denmark ........................ 1170/90
Aug. 30, 1990 [DK] Denmark ........................ 2075/90

[51] **Int. Cl.**[6] ........................ **A61K 38/00**; A01N 37/18; C07K 5/00; C07K 7/00

[52] **U.S. Cl.** ........................ **514/2**; 514/4; 530/300

[58] **Field of Search** ........................ 514/2, 4; 530/307, 530/311, 313, 300

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,153,689 | 5/1979 | Hirai et al. | 424/178 |
| 4,524,075 | 6/1985 | Oduro-Yeboah | 514/451 |
| 4,547,572 | 10/1985 | Fenyvesi et al. | 536/103 |
| 4,613,500 | 9/1986 | Suzuki et al. | 429/85 |
| 5,428,006 | 6/1995 | Bechgaard et al. | 514/3 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 43499/89 | 3/1990 | Australia | A61K 31/55 |
| 0095897 | 12/1983 | European Pat. Off. | A61K 9/06 |
| 119420 | 9/1984 | European Pat. Off. | C08B 37/16 |
| 1554157 | 10/1979 | United Kingdom | A61K 37/26 |
| 9002737 | 3/1990 | WIPO | C07D 233/16 |

OTHER PUBLICATIONS

Lau et al., *Int'l J of Pharm.* vol. 54, 1989 pp. 171–174.

*Primary Examiner*—Avis M. Davenport
*Attorney, Agent, or Firm*—Evenson, McKeown, Edwards & Lenahan P.L.L.C.

[57] **ABSTRACT**

A method for administering a therapeutically effective amount of a biologically active substance to the circulatory system of a mammal including administering a pharmaceutical composition having a total volume of 1–1000 μl to a nasal mucosal membrane of the mammal, the pharmaceutical composition including the therapeutically effective amount of the biologically active substance dissolved or suspended in a volume of 1–1000 μl of an n-ethylene glycol containing vehicle including at least one n-ethylene glycol represented by the formula:

$$H(OCH_2CH_2)_pOH$$

wherein p is from 1 to 8, so that upon administration of the pharmaceutical composition to the nasal mucosal membrane, absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal rapidly takes place and thereby allows the biologically active substance to exert its therapeutic effect.

**30 Claims, 16 Drawing Sheets**

DEFENDANTS' EXHIBIT
DTX-2134
exhibitsticker.com

CIPLA_MIDA_037286

Case: 26-1992 Document: 25-1 Page: 418 Filed: 09/04/2026






FIG.1

CIPLA_MIDA_037287


MEAN TIME TO RESPONSE (MINUTES)
0
1
2
3
4
5
6
7
8
9
10
2/4
4/4
3/4
2/4
4/4
4/4
0
10
20
30
70
100
% GF IN 4EGm

FIG.2


GLUCOSE LEVEL AS % OF INITIAL
110
100
90
80
70
60
50
40
TIME (MINUTES)
0
20
40
60
80
100
120
140
—+— FORMULATION WITH 5% GF
—□— CONTROL

FIG.3


240
200
160
120
80
RELATIVE CHANGE IN BLOOD GLUCOSE LEVEL
0
20
40
60
TIME (MINUTES)

FIG.4




FIG.5

CIPLA_MIDA_037291

Case: 26-1992 Document: 25-1 Page: 423 Filed: 09/04/2026






FIG.6

CIPLA_MIDA_037292


PLASMA CONCENTRATION (ng/ml)
0
5
10
15
20
25
30
35
40
TIME (MINUTES)
0
5
10
15
20
25
30
4EGm
+ 10% GF
+ 2% GF
+ 30% GF
+ 5% GF
GF

FIG. 7


FLUNITRAZEPAM (ng/ml PLASMA)
60
50
40
30
20
10
0
TIME (MINUTES)
0
10
20
30
40
50
60
70
-+- INTRAVENOUS
-●- INTRANASAL

FIG.8


MIDAZELAM (ng/ml PLASMA)
1000
800
600
400
200
0
TIME (MINUTES)
0
10
20
30
40
50
60
70
INTRAVENOUS
INTRANASAL

FIG.9

Case: 26-1992 Document: 25-1 Page: 427 Filed: 09/04/2026






FIG.10


E2 PLASMA CONCENTRATION
0
20
40
60
80
100
TIME (MIN)
0
10
20
30
40
50
60
70

FIG.11


E1 PLASMA CONCENTRATION
TIME (MIN)
0
2
4
6
8
10
12
14
10
20
30
40
50
60
70

FIG. 12



13
12
11
10
9
8
7
6
5
4
3
2
1
0
Mean time to responce (min.)
2
3
2
1
3
2
3
3
1
1
0
10
20
30
70
100
% Glycofurol in tetraethyleneglycol
Test 1. Hind legs to one side.
Test 2. Hind legs stretched out backwards.
Test 3. The rabbit is laying in a supine position.
Max. test period is 10 minutes.


FIG. 13

Case: 26-1992 Document: 25-1 Page: 431 Filed: 09/04/2026






FIG. 14

CIPLA_MIDA_037300

Case: 26-1992 Document: 25-1 Page: 432 Filed: 09/04/2026






FIG.15


Mean time to responce ( min. )
13 12 11 10 9 8 7 6 5 4 3 2 1 0
VEHICLE
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20
3/4
1/4
6/8
2/8
5/8
3/4

FIG. 16

## METHOD OF ADMINISTERING A BIOLOGICALLY ACTIVE SUBSTANCE

This is a continuation of application Ser. No. 08/151,802, filed Nov. 15, 1993 now U.S. Pat. No. 5,428,006 which is a continuation of Ser. No. 08/071,604, filed Jun. 4, 1993 now abandoned, which is a continuation of Ser. No. 07/870,893, filed Apr. 20, 1992 now abandoned, which is a divisional of Ser. No. 07/696,564, filed May 8, 1991 now abandoned.

The present invention relates to pharmaceutical compositions for administration of a biologically active substance to a mammal via a mucosal membrane.

The administration by injection (intravenous, intramuscular and subcutaneous) of biologically active substances is normally regarded as the most convenient way of administration when the purpose is to achieve a rapid and strong systemic effect, e.g. within 3–5 minutes, and when the active substance is not absorbed or is inactivated in the gastrointestinal tract or by first-pass hepatic metabolism. However, the administration by injection presents a range of disadvantages. Thus it requires the use of sterile syringes and may cause pains and irritations, particularly in the case of repeated injections, including the risk of infection. Besides, injections cannot be administered by untrained persons.

Intranasal administration is currently receiving special interest, attempting to avoid the inconveniences caused by the direct invasion into the organism in connection with parenteral administration. Furthermore, this route of administration may conveniently be used as an alternative to parenteral injection, when a rapid onset of effect is needed, and it can be performed by an untrained person.

In order to be an attractive alternative to injection, intranasal administration should offer a similar relation of dosis to plasma concentration and should not cause any considerable pain or irritation to the patient nor any irreversible damage or irritation to the nasal mucosa. However, in the case of treatment of acute health threatening indications, a relatively high local irritation to the mucosa may be acceptable.

In nasal administration, the biologically active substance must be applied to the mucosa in such a condition that it is able to penetrate or be absorbed through the mucosa. In order to penetrate the mucus the vehicle must be biocompatible with mucus and hence have a certain degree of hydrophilicity. However, the vehicle should preferably also posses lipophilic properties in order to dissolve a physiologically active amount of certain biologically active substances.

The extensive network of blood capillaries under the nasal mucosa is particularly suited to provide a rapid and effective systemic absorption of drugs. Moreover, the nasal epithelial membrane consists of practically a single layer of epithelial cells (pseudostratified epithelium) and it is therefore more suited for drug administration than other mucosal surfaces having squamous epithelial layers, such as the mouth, vagina, etc. These surfaces, however, are also suited for the application of biologically active substances using the drug delivery system according to the invention.

The effective nasal absorption is considered very small if the biologically active substances is not available in water-soluble form (Proctor, 1985). This statement puts severe limitations on the use of the biologically active substances, which should be water soluble and stable in aqueous solutions.

A large number of biologically active substances, including drugs (such as benzodiazepines), vitamins and vaccines, have a limited degree of water-solubility and very often it is not possible to dissolve a clinically relevant amount in the relatively small volume which may be applied for intranasal administration.



For liquid compositions it is essential that an effective amount of the biologically active substance(s) can be dissolved in a volume of less than about 300 μl. A larger volume can be disagreeable to the patient and will evidently drain out anteriorly through the nostrils or posteriorly toward the pharynx. The result is that a part of the active substance is lost from he absorption site and that in practice it will be impossible reproducibly to administer a correct dose. The volume for human adults is preferably from about 1 μl to about 1000 μl and more preferably from about 50 μl to about 150 μl per nostril.

The mucosal epithelium in the nasal cavity is covered with many hair-like cilia being an important defense mechanism for the mammal by against inhaled dust, allergens and microorganisms. The normal half-time for non-absorbed substances administered to the nasal cavity is about 15 minutes due to the mucociliary clearance removing foreign particles and excess mucus toward the pharynx. For this reason it is preferred that the absorption occurs rapidly and preferably within 1 to 20 minutes.

A variety of vehicle systems for the nasal delivery of biologically active substances has been developed. Up to date the literature has suggested that uptake of biologically active substances from the nasal mucosa may be made possible by incorporation into the formulation of a special vehicle system or by the addition of certain absorption enhancing agents.

Lau and Slattery (1989) studied the absorption characteristics of diazepam and lorazepam following intranasal administration for the treatment of status epilepticus. In order to solubilize these drugs, a non-ionic surfactant, polyoxyethylated castor oil, was selected as the least irritating out of several solvents studied including polyethyleneglycol 400. Diazepam absorption was 84 and 72%, respectively, in two adults measured over a period of 60 hours. However, the peak concentration was not observed until 1.4 hours after the nasal administration and was only about 27% with reference to i.v. administration, which indicate that most of the absorption had probably taken place after the test substance was cleared down to pharynx and swallowed. Similar results were obtained for lorazepam giving an even longer time to peak (2.3 hours). The authors conclude that the intranasal route of administration had limited potential for the acute treatment of epileptic seizures.

Wilton et al. (1988) attempted to administer midazolam to 45 children for achieving preanaesthetic sedation. The volumes used were very impractical and exceeded the maximal volume required for efficient administration resulting in coughing and sneezing with expulsion of part of the dose. The paper does not describe the aqueous vehicle system used.

International Patent Publication No. WO 86/04233 discloses a pharmaceutical composition wherein the drug (e.g. diazepam) is dissolved in a mixture of propellant and co-solvent e.g. glycerolphosphatide. This composition requires a pressurized system and at least one halogenated hydrocarbon aerosol propellant.

Morimoto et al. (1987) have studied a gel preparation for nasal application in rats of nifedipine containing the gelling agent carbopol (polyacrylic acid) in polyethyleneglycol 400 (PEG 400), for achieving prolonged action and high bioavailability of the drug. A mixture of equal amounts of carbopol and PEG 400 was preferred. It was shown that nasal application provided higher bioavailability of nife-

dipine than after peroral administration, but the plasma peak concentration was not observed until after 30 minutes, and it was only ≦10% as compared with intravenous administration.

DK patent application no. 2586/87 discloses a pharmaceutical composition comprising an antiinflammatoric steroid, water and only 2 to 10 volume-percent propylene glycol, 10 to 25 volume-percent polyethyleneglycol 400 and 1 to 4 volume-percent Tween 20.

U.S. Pat. No. 4,153,689 discloses a principle for obtaining a stable aqueous solution of insulin intended for intranasal administration. It has a pH in the range from 2.5 to 4.7 and it contains from 0.1 to 20 weight percent of a stabilizing agent selected from the group consisting of (a) at least one non-ionic surface active agent with hydrophile-lipophile balance value in the range of 9 to 22, (b) a stabilizing agent selected from polyethylene glycoly's having a molecular weight in the range from 200 to 7500 and (c) mixtures of stabilizing agents mentioned in (a) and (b).

International Patent publication No. 90/02737 discloses nasal administration of benzodiazepine hypnotics in a pharmaceutically acceptable nasal carrier. The carrier may be a saline solution, an alcohol, a glycol, a glycol ether or a mixture thereof. There is no indication that the presence of a glycol or a glycol ether should be impart special advantages to the preparation, nor that the presence should be critical for the administration

Other preparations for intranasal or sublingual administration are disclosed in U.S. Pat. No. 4,746,508 disclosing the uptake of e.g. insulin by using fusidic acid and derivatives as absorption promoters and in International Patent Publication No. WO 87/05210 disclosing a sublingual sprayable pharmaceutical preparation optionally comprising PEG and requiring ethanol, diglyceride and/or triglyceride of fatty acid and a pharmaceutically acceptable propellant gas.

The primary object of the invention is to provide a pharmaceutical composition for application of a biologically active substance via a mucosal membrane of a mammal which composition is capable of producing a high plasma concentration of the pharmaceutically active sustance nearly as rapid as by i.v. administration, without causing unacceptable damage to the mucosal membrane. This object is fulfilled with the composition of the invention

The pharmaceutical preparation of he present invention is characterized in comprising from 0.1–30%, preferably 0.1–20%, more preferably 1–15% of one or more substance (s) selected of n-glycofurols represented by the formula I:



wherein n is an integer of 1 to 4, in an n-ethylene glycol represented by the formula II:

$H(OCH_2CH_2)_pOH$

wherein p is an integer of 3–8 or in water or in a vegetable oil or in a mixture of water and/or n-ethylene glycol and/or vegetable oil.

According to a preferred aspect of the invention the preparation comprises tetraethylene glycol.

The pharmaceutical composition of the invention preferably comprises n-glycofurols wherein n is 1 or 2.

In accordance with a preferred aspect of the invention there is provided a pharmaceutical preparation comprising one or more n-glycofurols and one or more n-ethylene glycols.



The pharmaceutical composition of the invention may comprise a biologically active substance selected from the group consisting of Adrenal hormones, corticosteroids and derivatives such as ACTH and analogues, teracosactrin, alsactide, cortisone, cortisone acetate, hydrocortisone, hydrocortisone alcohol, hydrocortisone acetate, hydrocortisone hemisuccinate, prednisolone, prednisolone terbutate, 9-alpha-fluoroprednisolone, triamcinolone acetonide, dexamethasone phosphate, flunisolide, budesonide, toxicorol pivalate, etc.; Amino acids; Anorectics such as benzphetamine HCl, chlorphentermine HCl, etc. Anitbiotics such as tetracycline HCl, tyrothricin, cephalosporine, aminoglycosides, streptomycin, gentamycin, leucomycin, penicillin and derivatives, erythromycin, etc.; Anti-allergic agents; Anitbodies such as monoclonal or polyclonal antibodies against infectious diseases; Anti-cholinergic agents such as atropine base, etc.; Anti-depressants such as amitriptyline HCl, imipramine HCl, etc.; Anti-emetica such as neuroleptica, e.g. metopimazin, antihistamins e.g. thienylperazin or anti-emetica having a regulatory effect on the motility of the intestine such as domperidon; Anti-epileptica and anti-spasmolytica such as clonazepam, diazepam, nitrazepam, lorazepam etc.; Anti-histaminic and histaminic agents such as diphenhydramin HCl, chloropheniramine maleate, clemastine, histamine, prophenpyridamine maleate, chlorprophenpyridamine maleate, disodium cromoglycate, meclizine, etc. Anti-hypertensive agents such as clonidine HCl, etc.; Anti-inflammatory agents (enzymatic) such as chymotrypsin, bromelain seratiopeptidase, etc.; Anti-inflammatory agents (non-steroidal) such as acetaminophen, aspirin, aminopyrine, phenylbutazone, mefenamic acid, ibuprofen, diclofenac sodium, indomethacin, colchicine, probenocid, etc.; Anti-inflammatory agents (steroidal) such as hydrocortisone, prednisone, fluticasone, predonisolone, triamcinolone, triamcinolone acetonide, dexamethasone, betamehasone, beclomethasone, beclomethasone dipropionate, etc.; Anti-neoplastic agents such as actinomycin C, etc.; Anti-septics such as chlorhexidine HCl, hexylresorcinol, dequalinium cloride, ethacridine, etc.; Anti-tumor agents: Anti-tussive expectorant (asthmatic agents) such as sodium cromoglycate, codeine phosphate, isoprotereol HCl, etc.; Anti-viral and anti-cancer agents such as interferons (such as Alpha-2 interferon for treatment of common colds), phenyl-p-guanidino benzoate, enviroxime, etc.; Beta-adrenegic blocking agents such as propranolol HCl, etc.; Blood factors such as factor VII, factor VIII etc. Bone metabolism controlling agents such as vitamins $D_3$, active vitamine $D_3$, etc.; Bronchodilators such as clenbuterol HCl, bitolterol mesylate, etc.; Cardiotonics such as digitalis, digoxin, etc.; Cardiovascular regulatory hormones, drugs and derivatives such as bradykin antagonists, atrial natriuretic peptide and derivatives, hydralazine, angiotensin II antagonist, nitroglycerine, nifedipine, isosorbide dinitrate, propranolol, clofilium tosylate, etc.; Chemotherapeutic agents such as sulphathiazole, nitrofurazone, etc.; CNS-stimulants such as lidocaine, cocaine, etc.; Corticosteroids such as lacicortone, hydrocortisone, fluocinolone acetonide, triamcinolone acetonide, etc.; Diagnostic drugs such as phenolsulfonphthalein, dey T-1824, vital dyes, potassium ferrocyanide, secretin, pentagastrin, cerulein, etc.; Dopaminergic agents such as bromocriptine mesylate, etc.; Enzymes such as lysozyme chloride, dextranase, etc.; Gastrointenstinal hormones and derivatives such as secretin, substance P, etc.; Hypothalamus hormones and derivatives such as LHRH and analogues (such as nafarelin, buserelin, zolidex, etc.), enkephalins (DADLE, metkephamid, leucine enkephalin), TRH (thyrotropin releasing hormone), etc.;

Hypothensives; Local anesthitics such as benzocain, etc.; Migraine treatment substances such as dihydroergotamine, ergometrine, ergotamine, pizotizin, etc.; Narcotics, antagonists and analgetics such as buprenorphine, naloxone etc.; Pancreatic hormones and derivatives such as insulin (hexameric/dimeric/monomeric forms), glucagon, etc.; Parasympathomimetics such as nicotine, methacholine, etc.; Parasympatholytics such as scopolamine, atropine, ipratropium, etc.; Parcinson disease substances such as apomorphin etc.; Pituitary gland hormones and derivatives such as growth hormone (e.g. human), vasopressin and analogues (DDAVP, Lypressin), oxytocin and analogues, etc.; Prostaglandines such as PGA and derivatices, $PGE_1$ and derivatives, $PGE_2$ and derivatives, $PGF_1$ and derivatives, dinoprost trometamol, etc.; Protease inhibitors such as aprotinin, citrate, or $\alpha_1$-antitrypsin etc.; Sedatives such as alprazolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ehtyl loflazepate, fludiazepam, flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam, triazolam, etc.; Sex-hormones such as ethinyloestradiol, levonorgestrel, FSH, LH, LTH, estradiol-17-beta, progesterone, norethindrone, testosterone, etc.; Sympathomimetics such as ephedrine, epinephrine, phenylephrine, xylometazoline, tramazoline, dopamine, dobutamine, etc.; Throid gland hormones and derivatives such as calcitronins and synthetic modifications thereof etc.; Tranquillisers such as alprozolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ethyl loflazepate, fludiazepam, flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam, triazolam, etc.; Vaccines such as AIDS-vaccines, influenza virus, parainfluenza virus, measles, polio, rhinovirus type 13, respiratory syncytial virus etc.; Vasoconstrictors such as phenylephrine HCl, tetrahydrozoline HCl, naphazoline nitrate, oxymetazoline HCl, tramazoline HCl, etc.; Vasodilatros such as nitroglycerin, papaverine HCl, substance P, VIP (vasoactive intestinal peptide) etc; Vitamines such as vitamin-$B_{12}$, folic acid, or nicotinamide.

The composition of the invention comprises, according to a preferred aspect of the invention, a biologically active substance selected from the group consisting of Adrenal hormones, Corticosteriods and derivatives thereof, Amino acids, Anorectics, Antibiotics, Anti-allergic agents, Anti-cholinergic agents, Anti-depressants, Anti-dots, Anti-epileptics, Anti-histaminic and histaminic agents, Anti-hypersensiva, Anti-inflammatory agents (enzymatic, non steroidal and steroidal), Anti-neoplastic agents, Anti-septics, Anti-tumour agents, Anti-tussive expectorants (asthmatic agents), Anti-viral and anti-cancer agents, Beta-adrenergic blocking agents, Blood factors, Bone metabolism controlling agents, Bronchodilators, Cardiotonics, Cardiovascular regulatory hormones, drugs and derivatives, Chemotherapeutic agents, CNS-stimulants, Corticosteroids, Diagnostic drugs, Dopaminergic agents, Enzymes, Fibrinolytics, GABA antagonists, Gastrointestinal hormones and derivatives, Glutamate antagonists, Glycine antagonists, Hypothalamus hormones and derivatives, Hypothensives, Local anaesthetics, Migraine treatment substances, Narcotics, antagonists and analgetics, Pancreatic hormones and derivatives, Parasympathomimetics, Parasympatholytics, Pituitary gland hormones and derivatives, Prostaglandins, Sedatives, Sex-hormones, Spasmolytics, Sympathomimetics, Thyroid gland hormones and derivative, Tranquillises, Vaccines, Vasoconstrictors, Vasodilators, and Vitamins.

According to another aspect of the invention, the biologically active substance(s) is(are) selected from biologically active peptides which are digested in the gastrointestinal tract.

According to a more preferred aspect of the invention, the biologically active substance is selected from the group consisting of coagulation factors such as Factor VII, Factor VIII, Factor IX and derivatives and analogues thereof; agents controlling bone metabolism such as Vitamine $D_3$, active Vitamine $D_3$, calcitonin and derivatives and analogues thereof; hormones secreted by hypothalamus such as LHRH or analogues, e.g. nafarelin, buserelin or Zolidex, enkephalins such as DADLE, metkephamid or leucine enykephalin, and TPH and derivatives and analogues thereof; hormones secreted by pancreas such as insulin or glucagon and derivatives and analogues thereof; hormones secreted by the pituitary gland such as growth hormone, vasopressin or oxytocin and derivatives and analogues thereof, e.g. DDAVP or lypressin; sex-hormones such as ethinylestradiol, levonorgestrol, FSH, LH, LTH esynradiol-17β, progesterone, norethindrone or testosterone and derivatives and analogues thereof and tranquilizer such as alprazolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ethyl loflazepate, fludiazepam, flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam or triazolam and salts, salts and derivatives and analogues thereof.

According to another more preferred aspect of the invention, the biologically active substace selected from the group consisting of coagulation factors such as Factor VII, Factor VIII, Factor IX and derivatives and analogues thereof: agents controlling bone metabolism such as calcitonin and derivatives and analogues thereof: hormones secreted by hypothalamus such as LHRH or analogues, e.g. nafarelin, buserelin or Zolidex, enkephalins such as DADLE, metkephamid or leucine enkephalin hormones secreted by pancreas such as insulin or glucagon and derivatives and analogues thereof: hormones secreted by the pituitary gland such as growth hormone, vasopressin or oxytocin and derivatives and analogues thereof, e.g. DDAVP or lypressin sex-hormones such as FSH, LH or LTH and derivatives and analogues thereof.

The present invention is of particular importance when administering active substances being biologically active peptides which are digested in the gastrointestinal tract such as insulin, glucagon, growth hormone or insulin like growth factors or derivatives or analogues thereof.

In accordance with a more preferred aspect of the invention, the active substance is a pancreatic polypeptide hormone such as insulin and glucagon or a derivative or an analogue thereof.

In accordance with another preferred aspect of the invention, the active substance is selected among

antiepileptica, spasmolytics and tranquilizers selected from the group of benzodiazepines such as clonazepam, diazepam, flunitrazepam, triazolamn, lorazepam, nitrazepam or mixtures thereof.

As has already been pointed out the active substance must be present in an effective amount within a total volume of not more than 1000 μl, preferably not more than 700 μl , a preferred dosage being 50–150 μl per nostril.

The active substance may be present in an amount of from 0.0001% to 50% of the total composition, preferably in an amount of from 0.001% to 20% e.g. in the case of benzodiazepins.

The pharmaceutical preparation of the invention may furthermore comprise nitric acid and/or nitrate in a concentration ranging from 0.0001 to 5%. Such component may act as a stabilizer for active substances such as clonazepam.

The pharmaceutical preparation of the invention may, in its broadest aspect, be considered as preparation comprising from 0.10–30% of one or more n-glycofurol represented by the above formula I wherein n is an integer of 1 to 4 and a carrier, in addition to the biologically active substance(s). Such carrier may comprise water and/or n-ethylene glycol and/or propylene glycol and/or vegetable oil and/or even powdery carrier of e.g. microspheres.

Furthermore, some pharmaceuticals preparations described herein outside of the 0.1–30% n-glycofural(s) range may be advantageous for special purposes, e.g. preparations comprising a very high proportions of glycofurols in the range of from 65–98% preferably a content of glycofurol in the range of 80–95%. Even a preparation comprising pure glycofurol and the pharmaceutically active ingredient may be advantageous for special purposes. The same applies for some preparations comprising a very high proportion of PEG e.g. pure 4EG or 3EG, even without the presence of glycofurol.

According to a further aspect of the invention the pharmaceutical preparation additionally comprises minor proportions of one or more compound(s) selected from the group consisting of surfactants, absorption promoters, water absorbing polymers, microspheres, oils, emulsions, liposomes, substances that inhibit enzymatic degradation, alcohols, organic solvents, water, hydrophobic agents, pH-controlling agents, preservatives and osmotic pressure controlling agents, cycylodextrines and propellants or mixtures thereof.

Preferably, the water absorbing polymers are polyethylene glycols having an average molecular weight ranging from 200 to 7500 or propylene glycol or mixtures thereof.

According to a preferred aspect of the invention the composition comprises more than 50% (w/w) of polyethylene glycol having an average molecular weight ranging from 200 to 1000.

The invention also relates to a method for treatment of a mammal with an effective amount of a biologically active substance wherein the dosage unit quantity of a biologically active substance is applied to a mucosal membrane of the mammal to be treated in a carrier which consists of from 0.1 to 30% of n-glycofurol represented by the formula I:



wherein n is 1 to 4, in n-ethylene glycol represented by the formula II:

$H(OCH_2CH_2)_pOH$



wherein p is 3 to 8 or in water or in a vegetable oil or in a mixture of water and/or n-ethylene glycol and/or vegetable oil.

According to a further aspect the invention relates to the use of a pharmaceutical composition comprising a dosage unit quantity effective amount of a biologically active substance, from 1–30% n-glycofurols represented by the formula I:



wherein n is 1 to 4, in n-ethylene glycols represented by the formula II:

$H(OCH_2CH_2)_pOH$

wherein p is 3 to 8 or in water or in a vegetable oil or in a mixture of water and/or n-ethylene glycol and/or vegetable oil for application to a mucosal membrane.

The mucosal membrane to which the pharmaceutical preparation of the invention is administered may be any mucosal membrane of the mammal to which the biologically active substance is to be given, e.g. in the nose, vagina, eye, mouth, genital tract, lungs, gastrointestinal tract, or rectum, preferably the mucosa of the nose, mouth or vagina.

The pharmaceutical compositions of the invention may be administered in the form of a sublingual lozenge or troche or a buccal or nasal spray in the form of a solution, suspension or a powder, optionally together with various absorption enhancers or more preferred in the form of slightly viscous solution which is bioadhesive or optionally in the form of a suppository or vagitory.

According to a preferred aspect of the invention, the application is to the nasal mucosa, and the volume of the pharmaceutical composition is 1–1000 μl, preferably not more than 700 μl, say 50–150 μl per nostril, a most preferred exemplary dosage being 50 μl.

Also, 0.1–20% of the glycofurol(s) is preferred in the carrier composition, more preferably 1–15%.

The preferred use for the carrier compositions of the invention is in pharmaceutical preparations for systemic administration through the mucosa of the nose, mouth or vagina, most preferred through the mucosa of the nose, e.g. as a nasal spray.

The n-glycofurols of the formula I are considered to be a pharmaceutically acceptable carrier, especially a pharmaceutically acceptable carrier for nasal administration. According to another aspect of the invention n-glycofurols of the formula I are considered as an enhancer facilitating the uptake of biologically active substance through a mucosal membrane of a mammal, especially through the mucosa of the nose.

The present invention renders it possible to normalize e.g. the blood glucose level in subjects suffering from abnormalities in their sugar metabolism such as hypoglyycaemia or hyperglycaemia by giving gluycagon or insulin or an analogue or derivative thereof respectively, in a very easy and convenient manner.

Furthermore, the invention enables very convenient administration of bone metabolism controlling agents such as vitamin $D_3$ or Calcitonin and derivatives and analogues thereof; hormones secreted by hypothalamus such as LHRH such as nefarelin, buserelin or Zolidex and derivatives and analogues thereof hormones regulating the growth or mitogenic growth factors such as somatropin, IGF-1, IGF-2,

FGF, PDGF, TGF, EGF, and derivatives and analogues thereof; protease inhibitors such as aprotinin, citrate, or $\alpha_1$-antitrypsin derivatives and analogues thereof; and cytochines such as IL-1 and IL-2, in order to normalize the blood level thereof in case of a deficiency.

Especially preferred for use in vehicle compositions according to the invention is glycofurol 75 (GF) which refers to commercially available solvents of polymers of the above formula I, wherein n is mainly 1 and 2. (Chemical Abstract Registration No. [9004 76-6]). Glycofurol 75 is a colourless liquid miscible with water, alcohols, such as methanol, ethanol, n-proypanol, glycerol and various oils in all proportions and has a b.p. about 155° C. GF is reported to cause irritation when used in compositions for parenteral administration undiluted form as reviewed by Spiegel and Nosewothy (1963). It has been reported to be non-toxic and non- when diluted in water (Spiegelberg et al., 1956).

The n-ethylene glycos used in accordance with the present invention may e.g. be triethylehe glycol (3EG), tetraethylene glycol (4EG), pentaethylene glycol (5EG), hexaethylene glycol (6EG), heptaethylene glycol (7EG), octaethylene glycol (8EG), nonaethylene glycol (9EG), decaethylene glycol (10EG), undecaethylene glycol (11EG), dodecaethylene glycol (12EG), tridecaethylene glycol (13EG) and tetradecaethylene glycol (17EG). The ethylene glycols may be used in the form of the single compounds or a mixture of two or more n-ethylene glycols, e.g. commercial products such as polyethylene glycol 200 (PEG 200) or polyethylene glycol 400 (PEG 400).

1EG to 14EG are colourless liquids miscible with water and alcohols in all proportions. PEG 200 is a commercially available mixture of ethylene glycols having an average molecular weight of about 200. The composition is shown in Table 1:

TABLE 1

| Composition of PEG 200 | |
|---|---|
| Monoethylene glycol | 0.1% |
| Diethylene glycol | 3.4% |
| Triethylene glycol | 21.2% |
| Tetraethylene glycol | 31.2% |
| Pentaethylene glycol | 24.4% |
| Hexaethylene glycol | 14.0% |
| Heptaethylene glycol | 5.4% |
| Octaethylene glycol | 0.3% |
| | 100.0% |

nEG's and glycofuroles are available in various qualities. Especially preferred are highly purified qualities such as 4EG from Fluka-Chemie AG (Buchs, Switzerland, art. no.: 86660, 1990), abbreviated 4EGf.

The 4EG used in the preparations of the invention is preferably in a very pure form which improves the results.

The 4EG is preferably highly purified being >97% pure, the more preferred >98.5% pure giving the best results.

The delivery system according to the invention can be optimized e.g. with respect to bioadhesion, sprayability or viscosity. E.g. GF, in concentration of only 5%, has a surprisingly positive effect on the sprayability of e.g. 4EGf by reducing viscosity. Furthermore, the addition of 5% of GF is able to decrease the solidification temperature from about −10 to ≦−20 C. This is of importance where the formulation should be carried on persons or transported outdoor, ready for use.

The pharmaceutical composition of the invention may be used to treat animals such as domestic animals or pets or, preferably, human beings.

A special advantage in using the above vehicle system is that e.g. highly liypophilic substances such as the benzodiazepines as well as water soluble substances e.g. peptides and proteins such as the pancreatic hormones can be solubilized in clinically relevant dose for human subjects in only e.g. 25–300 µl of the vehicle. In aqueous solutions clinically relevant doses of diazepam and clonazepam will alternatively have to be dissolved in about 5000 ml and >10 ml, respectively.

The vehicle system according to the invention may be used in combination with various co-solvents, such as vegetable oil such as Miglyol® 840 (Dynamit Nobel Chemie, Troisdorf, W-Germany) or optionally hydrogenated or ethoxylated castor oil, which surprisingly increases the possibilities for designing a controlled release—formulation such as a diazepam formulation which avoids peak plasma concentrations.

The composition according to the invention may comprise one or more additional pharmaceutical exipients, such as: surfactants and absorption promoters having a hydrophillic-lipophilic balance from about 6 to 26 and ionic as well as non-ionic surfactants including polyoxyethylene alcohol ethers, bile salts and derivatives thereof, fusidic acid and derivatives thereof, oleic acid, lecithin, lysolecitins, or Tween 20 to 85; Water absorbing polymers, such as polyethyleneglycol 200 to 7500, polyvinylpyrrolidone, propyleneglycol, or polyacrylic acid, gelatine, cellulose and derivatives; Substances which inhibit enzymatic degradation, such as, citrate or aprotinin; Alcohols, such as, ethanol, glycerol, or benzylalcohol; Organic solvents, such as, ethylacetate, or benzylalcohol; Hydrophobic agents, such as vegetabile oil, e.g. soybean oil, peanut oil, coconut oil, corn oil, olive oil, sunflower oil, castor oil, Miglyol® 810/812/840 or mixtures thereof; pH-controlling agents, such as, nitric acid, phosphoric acid, or acetic acid, citrate: Preservatives and osmotic pressure controlling agents, such as glycerol, sodium chloride, methyl paraoxybenzoate, or benzoic acid; Powder compositions, such as, alfa-, beta- and gamma-cyclodextrines, cellulose and derivatives; Microspheres, liposomes and emulsions compositions, such as, starch, albumin, gelatine, or lecithins or lysoleciythins; Microencapsulated formulations; Proypellants such as butane; Water. The use of alcohols or propellants are not mandatory in the composition according to the invention.

The invention is further illustrated with reference to the accompanying drawings in which

FIG. 1 shows a graphical representation of the mean plasma concentration of Clonazepam after intravenous administration and intranasal administration of a preparation in accordance with the invention,

FIG. 2 shows a block diagram of the mean time to response as a function of the contents of glycofurol in a prepartion according to the invention,

FIG. 3 shows a graphical representation of the blood glucose level after administration of insulin in accordance with the invention,

FIG. 4 shows a graphical representation of the blood glucose level after administration of glucagon in accordance with the invention,

FIG. 5 shows a graphical representation of the concentration of Clonazepam in plasma after administration of a preparation comprising various ethylene glycol constituents,

FIG. 6 shows a graphical representation showing the mean plasma level of diazepam after administration of preparations comprising glyycofuryol and various co-solvents,

FIG. 7 shows a graphical representation of the effect of various contents of glycyofurol in preparations according to the invention,

FIG. 8 shows a graphical representation comparing the plasma level of flunitrazepam after i.v. administration and intranasal administration according to the invention,

FIG. 9 shows a graphical representation comparing the plasma level of clonazepam after i.v. administration and intranasal administration according to the invention,

FIG. 10 shows a diagram showing the stability of clonazepam in various vehicles,

FIG. 11 shows a graphical representation comparing the plasma concentrations of estrogen after i.v. administration and intranasal administration according to the invention,

FIG. 12 shows a graphical representation comparing the plasma concentrations of estrone after i.v. administration and intranasal administration of estrogen according to the invention,

FIG. 13 shows a block diagram of the influence of glycofurol on the mean time to response after intranasal application according to the invention,

FIG. 14 shows a summary of the mean results for test 1 from Table 1–5,

FIG. 15 shows a summary of the mean results for test 2 from Table 1–5, and

FIG. 16 shows a summary of the mean results for test 2 from Table 1–5.

The invention is explained more in detail with reference to the Examples which are to be considered only as illustrating the invention and not to be construed so as to limit the scope of the invention as set forth in the appended claims.

## EXAMPLE 1

Toxicity and Acceptability study of the vehicles according to the invention

In a toxicological evaluation of the vehicle the local as well as the systemic effect after absorption should be considered. GF and PEG 400 is used as excipient in injection formulations, where the administered amount is greater than 300 μl per dose, which exceeds the amount administered intranasally using the compositions according to the invention.

Local toxicity related results for nEG and GF after intranasal administration are not available from the literature. Therefore, tests were conducted assessing the local toxicity of 30–100 μl to rabbit nasal mucosa. In these tests benzodiazepines were also dissolved in various solvent systems according to the invention and 30 μl of the composition was applied daily for 14 days to the nasal mucosa of rabbits. The effect of the thus administered compositions was then assessed in five experiments including a control carried out as stated in Table 2:

### TABLE 2

Assessment of local toxicity of benzodiazepine compositions according to the invention.

| Animal | Left Nostril | | |
|---|---|---|---|
| No/Sex | Group | Test Material | Session/Day |
| 1 m | | | |
| 2 | | | |
| 3 | 1 | 30 μl Saline | 1 |
| 4 f | Control | | |
| 5 | | | |
| 6 | | | |
| 7 m | | | |
| 8 | | | |
| 9 | 2 | 30 μl D in PEG | 1 |
| 10 f | | | |
| 11 | | | |
| 12 | | | |
| 13 m | | | |
| 14 | | | |
| 15 | 3 | 30 μl L in PEG | 1 |
| 16 f | | | |
| 17 | | | |
| 18 | | | |
| 19 m | | | |
| 20 | | | |
| 21 | 4 | 30 μl F in PEG | 1 |
| 22 f | | | |
| 23 | | | |
| 24 | | | |
| 25 m | | | |
| 26 | | | |
| 27 | 5 | 30 μl F in PEG + GF | 1 |
| 28 f | | | |
| 29 | | | |
| 30 | | | |

Abbreviations:
D = Diazepam 3%; L = Lorazepam 5%; F = Flunitrazepam 1%; PEG = Polyethylene glycol 200; GF = Glycofurol 75; PEG + GF = 70% PEG + 30% GF.

Assessment of local toxicity of vehicles of compositions according to the invention.

| Animal | Right Nostril | | |
|---|---|---|---|
| No/Sex | Group | Test Material | Session/Day |
| 1 m | | | |
| 2 | | | |
| 3 | A | 100 μl Saline | 3 |
| 4 f | Control | | |
| 5 | | | |
| 6 | | | |
| 7 m | B | 30 μl PEG | 1 |
| 8 | C | 100 μl PEG | 1 |
| 9 | D | 100 μl PEG | 3 |
| 10 f | E | 30 μl PEG + GF | 1 |
| 11 | F | 100 μl PEG + GF | 1 |
| 12 | G | 100 μl PEG + GF | 3 |
| 13 m | B | 30 μl PEG | 1 |
| 14 | C | 100 μl PEG | 1 |
| 15 | D | 100 μl PEG | 3 |
| 16 f | E | 30 μl PEG + GF | 1 |
| 17 | F | 100 μl PEG + GF | 1 |
| 18 | G | 100 μl PEG + GF | 3 |
| 19 m | E | 30 μl PEG + GF | 1 |
| 20 | F | 100 μl PEG + GF | 1 |
| 21 | G | 100 μl PEG + GF | 3 |
| 22 f | B | 30 μl PEG | 1 |
| 23 | C | 100 μl PEG | 1 |
| 24 | D | 100 μl PEG | 3 |
| 25 m | E | 30 μl PEG + GF | 1 |
| 26 | F | 100 μl PEG + GF | 1 |
| 27 | G | 100 μl PEG + GF | 3 |
| 28 f | B | 30 μl PEG | 1 |
| 29 | C | 100 μl PEG | 1 |
| 30 | D | 100 μl PEG | 3 |

Abbreviations:
A = Control; PEG = Polyethylene glycol 200; GF = Glycofurol 75; PEG + GF = 70% PEG + 30% GF.

The nasal cavity was examined histologically and only mild inflammatory changes were found after the administration of the compositions. No clear dose related response was found with increasing doses and no difference between 100% EG-200 and 70% PEG-200+30% GF was found. It was concluded that he vehicles according to the invention will only incur mild reversible toxicological effects.

The tolerance to two test vehicles containing teytraethylene glycol (4EGf) and optionally 5% glycofurol (GF) was studied after intranasal application in nine healthy volunteers, and compared, after a double blind three way

cross-over design, with the vehicle of a marketed product, Locilan® (Astra-Syntex Scandinavia AB, Södertälje, Sweden). As control saline (0.9% sodium chloride) was used.

Saline and the vehicle of the marketed product were very well tolerated. The two vehicles containing tetraethylene glycol caused burning sensation or stinging and runny nose of moderate severity immediately after application. The symptoms were short lasting, being over or only of mild severity 10 min. after application. No clinical symptoms could be observed by nasoscopy 30 minutes after the application.

When questioned all subjects stated, that the 4EGf-containing vehicles optionally comprising 5% GF were acceptable for administration of essential biologically active substances to be used occasionally, and that they would prefer intranasal application in one of these vehicles to intravenous administration.

The experimental details and results are given below.

Acceptability study of the vehicles according to the invention in human subject

Subjects

Nine healthy volunteers were enrolled in the trial. All subjects were healthy without any cardiac, hepatic or nephrological diseases.

None of the subjects were suffering from any pulmonary or respiratory diseases or had had a cold within the last 2 weeks. Vital signs (blood pressure and pulse) were within normal range for all subjects. Standard tests for biochemistry and haematology were carried out within two weeks prior to the study. In all but two subjects , all clinical chemical data were within normal range. In subject nos. 4 and 5 alanine aminotransferase (SPGT) was above upper normal limit, but this was considered without clinical significance.

Study procedure

The study was a double blind test of three test vehicles and a control (saline) and consisted of three identical sessions, with 24 hours between each session.

During each session a control vehicle was administered into the right nostril 5 minutes prior to application of a test vehicle into the left nostril. The subjects were asked to record in a questionnaire any pain or irritation that was observed 0–1 min. after application, and 10 and 30 minutes after application of the test vehicle. If any symptoms were noted, the subject were to record the severity and to characterize the symptom(s).

Prior to application of vehicles and 30 minutes after application of the test vehicle the mucous membrane in both nostrils were inspected by the experimentor by nasoscopy.

Vehicles

Four vehicles were tested, one being saline and used as a negative control. The other three vehicles were two test vehicles according to the invention (Vehicle A and B) and a "positive control", which is the vehicle of a very well tolerated marketed product, Locilan® (Nielsen et al., 1989).

Devices

A Pfeiffer pump (model 6917.5902/3790.0129) unit delivering 50 μl when activated was used for application.

Dosage

The vehicles were applied after placing the spray unit of the Pfeiffer pump in the left (or right) nostril and activating the pump twice, the total dose being 100 μl.

Clinical inspection

The clinical inspection of the tissue in the nose did not disclose any clinical significant effect of the applicated vehicles. In three of the subjects a mild degree of local irritation was noted 30 minutes after application of the vehicles; the vehicles applied being saline in one subject and test vehicle B in the other two subjects.

Tolerance as reported by the subjects (Table 3–5)

The severity of irritation (symptoms) in the nose 0–1 min., 10 min. and 30 min. after application of test vehicles is summarized in table 3, 4, and 5, respectively.

The subjects concluded that the tetraethyleneglycol vehicles optionally comprising glycofurol were less well tolerated than saline of the vehicle in Locilan®. However, the symptoms caused by the 4EGf-containing vehicles were relatively short lasting and considered acceptable, if the biologically active substances were essential for the individual's health.

TABLE 3

Tolerance 0–1 min. after application as reported in questionnaires by the subjects: No. of subjects having symptoms and severity thereof.

| Severity of irritation | Control (right nostril) | Vehicle A | B | C | |
|---|---|---|---|---|---|
| No irritation | 25 | 1 | | 0 | 6 |
| Mild-acceptable | 2 | 5 | | 3 | 3 |
| Moderate severe | 0 | 3 | 6 | 0 | |
| Unacceptable | 0 | 0 | 0 | 0 | |

A = 4EGf - vehicle
B = 5% GF in 4EGf
C = Locilan ® vehicle
Control = (right nostril) saline.

TABLE 4

Tolerance 10 min. after application as reported in questionnaires by the subjects: No. of subjects having symptoms and severity thereof.

| Severity of irritation | Control (right nostril) | Vehicle A | B | C |
|---|---|---|---|---|
| No irritation | 27 | 5 | 5 | 7 |
| Mild/ acceptable | 0 | 4 | 4 | 2 |
| Moderate severe | 0 | 0 | 0 | 0 |
| Unacceptable | 0 | 0 | 0 | 0 |

A = 4EGf - vehicle
B = 5% GF in 4EGf
C = Locilan ® vehicle
Control = (right nostril) saline.

TABLE 5

Tolerance 30 min. after application as reported in questionnaires by the subjects: No. of subjects having symptoms and severity thereof

| Severity of irritation | Control (right nostril) | Vehicle A | B | C |
|---|---|---|---|---|
| No irritation | 27 | 8 | 7 | 8 |
| Mild/ acceptable | 0 | 1 | 2 | 1 |

TABLE 5-continued

Tolerance 30 min. after application as reported in questionnaires by the subjects: No. of subjects having symptoms and severity thereof

| Severity of irritation | Control (right nostril) | Vehicle A | Vehicle B | Vehicle C |
|---|---|---|---|---|
| Moderate severe | 0 | 0 | 0 | 0 |
| Unacceptable | 0 | 0 | 0 | 0 |

A = 4EGf - vehicle
B = 5% GF in 4EGf
C = Locilan ® vehicle
Control = (right nostril) saline.

Vehicle A:
Egf-vehicle

| | |
|---|---|
| Tetraethylene glycol puriss p.a. | 25 ml |
| Concentrated nitric acid p.a. | 1 drop |
| Tetraethylene glycol puriss p.a. | 25 ml |
| Solution I (app. 30 drops) | ad pH 3.8 |

The mixture I is used to adjust the pH of II employing a pH-electrode for viscous liquids (Radiometer GK 2711). 2–10 ml of II (vehicle A) is dispensed in a Pfeiffer multidispenser (Pfeiffer Zerstäuber, 6917.5902/3790.0129).

Vehicle B:
5% GF in 4EGf-vehicle

| | |
|---|---|
| Tetraethylene glycol puriss p.a. | 25 ml |
| Concentrated nitric acid p.a. | 1 drop |
| Tetraethylene glycol puriss p.a. | 25 ml |
| Solution I (app. 30 drops) | ad pH 3.8 |
| Solution II | 23.75 ml |
| Glycofurol 75 purises | 1.25 ml |

The mixture I is used to adjust the pH of II using a pH-electrode for viscous liquids (Radiometer GK 2711). Then the mixture III (vehicle B) is prepared. 2–10 ml of the vehicle is dispensed in a Pfeiffer multidispenser (Pfeiffer Zerstäuber; 6917.5902/3790.0129).

Vehicle C:
Lokilan ®-vehicle

| | |
|---|---|
| Propylene glycol, Ph.Eur. III | 2 g |
| Polyethylene glycol 400, Ph.Nord. 63 II | 20 g |
| Tween 20, Ph.Eur. III | 2.5 g |
| Benzalconium chloride, DLS 86 | 70 mg |
| Disodium-EDTA, Ph.Eur. 2nd Ed. 1983 | 10 mg |
| Butylated hydroxytoluene, Ph.Nord. 63 II, Add. | 10 mg |
| Citric acid, Ph.Eur. III, Suppl. 77 | 5 mg |
| Sodium citrate, $2H_2O$, Ph.Eur. III | 7.65 mg |
| Sorbitol DAK 63 | 2.86 g |
| Purified water, Ph.Eur. 2nd Ed. 1981 | ad 100 g |

## EXAMPLE 2

10 mg clonazepam was dissolved in 2 ml of vehicle B (example 1) using ultrasound to obtain a clonazepam concentration of 5 mg/ml. 50 µl of his preparation was administered into each nasal cavity of male New Zealand White rabbits, held in a supine position during and 1 minute after the application. An Eppendorph pipette was used for the application. Blood samples were obtained from the marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes and the clonazepam concentration was determined by HPLC.

FIG. 1 shows the mean plasma clonazepam concentration obtained after the administration. The figure also shows the plasma concentration after i.v. injection into the marginal ear vein of the same dose (0.5 mg) of clonazepam as Rivotril®, injected over ½ minute. The figure shows that the plasma concentration after intranasal application is about the same or even higher, at about 2 minutes, than for an i.v. injection.

## EXAMPLE 3

Pharmacodynamic response, enhanced by GF

The pharmacodynamic response was tested in New Zealand White rabbits after application of 50 µl of 2.5 mg clonazepam/ml vehicle into each nostril while they were in sitting position. The vehicle consisted of 0, 10, 20, 30, 70 and 100% glycofurolum 75 (Roche, Lot no. 706127) added to tetraethylene glycol (Merck, Art. 808619). Clonazepam was dissolved by ultrasonification.

FIG. 2 shows the mean time to response (rabbit can stay in a lying position with its hind legs stretched to one side). Number on the top of bars denote the amount of responders out of four tested. Non responders within 10 minutes are calculated as 10 minutes in the mean value. For intranasal administration of clonazapam about 10% GF in 4EGm has an optimal response, whereas about 30% GF has a minimal response. The same pattern is observed for 30% GF in 4EGf.

## EXAMPLE 4

0.33 mg zinc-free (monomeric) human insulin in 50 µl 12.5 mM phosphate buffer (pH 7.4) containing 5% glycofurol 75 was applied into one nostril of 5 sitting New Zealand White rabbits, weighing about 3 kg. Blood samples of 50 µl were withdrawn from the marginal ear vein after 0, 15, 30, 60 and 120 minutes, and blood glucose level was determined.

FIG. 3 shows the mean blood glucose level as percentage of initial for the formulation and for 0.9% sodium chloride control. 100 µl of the same formulation, but without insulin, was administered to the nasal cavity of healthy volunteers.

This formulation could not be distinguished from 0.9% sodium chloride with respect to local irritation.

## EXAMPLE 5

4 mg human glucagon in 100 µl phosphate buffer (pH 4) containing 5% GF was applied into both nostrils (50 µl into each) of 5 sitting hypoglycaemic New Zealand White rabbits, weighing about 3 kg. The formulation was prepared by dissolving glucagon in a 7 mM phosphate buffer (pH 2.5), adjusting the pH to 4.0 with 0.1N sodium hydroxide and finally 5% glycofurolum 75 was added. The rabbits were made hypoglycaemic by subcutaneous injection of 83 g insulin one hour prior to the experiment. Blood samples were continuously withdrawn from the marginal ear vein for blood glucose determination.

FIG. 4 shows the mean blood glucose level as percentage of initial after the intranasal application of glucagon.

## EXAMPLE 6

Control of peak value, Pharmacokinetics

10 mg clonazepam was dissolved in 2 ml of following vehicles: (1) 4EGf, (2) PEG-200 and (3) 4EGm (from MERCK-Schuchardt) using ultrasound. 50 µl of this preparation was administered into each nasal cavity of sitting New

Zealand White rabbits by means of an Eppendorph pipette. Blood samples were obtained from the marginal ear vein at following time intervals: 0, 2, 5, 10, 15, 30 and 60 minutes and the clonazepam concentration was determined by HPLC.

FIG. 5 shows the mean plasma clonazepam concentration obtained after the intranasal administration. At about 2 minutes the plasma concentration is higher for the 4EGf than for the PEG-200 and 4EGm formulations.

EXAMPLE 7

Control of peak value, Pharmacokinetics

3 mg diazepam in 100 µl vehicle was prepared and applied to rabbits in a manner analogous to that described in example 6. The following vehicles were used: (1) Glycofurolum 75 (GF); (2) Miglyol 840+GF (7+3) and (3) Vegetable oil+GF (7+3). Blood samples were obtained from the marginal ear vein at following time intervals: 0, 5, 10, 15, 30 and 60 minutes and the diazepam concentration was determined by HPLC.

FIG. 6 shows the mean plasma diazepam concentrations obtained after the intranasal administration. An initial peak plasma concentration can be controlled dependent on the GF/oil vehicle used. The plasma concentration for the GF formulation at 5 minutes is about 55% of an intravenous injection of 3 mg diazepam as Stesolid® (Dumex A/S, Denmark).

EXAMPLE 8

Control of peak value, the role of GF as an enhancer

0.5 mg clonazepam in 100 µl vehicle was prepared and applied to rabbits in a manner analogous to that described in example 6. The following vehicles were used: (1) tetraethylene, glycol (Merck) (4EGm); (2) 2% glycofurol 75 (GF) in 4EGm; (3) 5% GF in 4EGm: (4) 10% GF in 4EGm; (5) 30% GF in 4EGm and (6) GF. Blood samples were obtained from the marginal ear vein at following time intervals: 0, 5, 10, 15, 30 and 60 minutes and the clonazepam concentration was determined by HPLC.

FIG. 7 shows the mean plasma clonazepam concentrations obtained after the intranasal administration. An initial peak plasma concentration can be controlled dependent on the GF/4EGm ratio in the formulation.

EXAMPLE 9

0.5 mg flunitrazepam in 100 µl vehicle was prepared and applied to rabbits in a manner analogous to that described in example 6. The following vehicle was used: Polyethylene glycol 200 (Merck Art. 807483). Blood samples were obtained from the marginal ear vein at following time intervals: 0, 5, 10, 15, 30 and 60 minutes and the flunitrazepam concentration was determined by HPLC.

FIG. 8 shows the mean plasma flunitrazepam concentrations obtained after intranasal and intravenous (Rohypnol®, Roche) administration of 0.5 mg flunitrazepam.

EXAMPLE 10

4 mg midazolam in 100 µl vehicle was prepared and applied to rabbits in a manner analogous to that described in example 6. The following vehicle was used: Polyethylene glycol 200 (Merck, Art. 807483). Blood samples were obtained from the marginal ear vein at following time intervals: 0, 5, 10, 15, 30 and 60 minutes and the midazolam concentration was determined by HPLC.

FIG. 9 shows the mean plasma midazoylam concentrations obtained after intranasal and intravenous (Dormicum®, Roche) administration of 4 mg midazolam.

EXAMPLE 11

Stability studies

In an attempt to optimize the stability of clonazepam in the vehicles according to the invention, an accelerated study was performed. The stability of clonazepam was studied over one month period at 25° and 60° C., where recovery of about 90% or more at 60° C. was considered as very satisfying.

Following formulations were prepared, containing 5 mg/ml clonazepam, except for formulation (1) containing 20 mg/ml; (1) and (2) in 4EGf; (3) as (2) adjusted to pH 3.5 with phosphoric acid; (4) as (2) adjusted to pH 3.5 with citric acid; (5) as (2) added ethanol 9%; (6) as (2) adjusted to pH 3.5 with nitric acid (less than 0.01%); (7) as (2) added water 1%; (8) propylene glycol (PG); (9) as (8) adjusted to pH 3.8 with 0.04% acetic acid; (10) as (2) added acetic acid 0.4%; (11) 4EGf+5% GF added acetic acid 0.4% (pH about 6); (12) as (11) added nitric acid to pH 2. (13) as (11) added benzyl alcohol 3%; (14) as (10) added ethanol 16% and benzyl alcohol 3%; (15) 4EGf+5% GF adjusted to pH 3.5 with nitric acid (less than 0.01%); (16) as (15) added sodium nitrate 0.04%; (17) as (15) added ethanol 5%; (18) 4EGf+5% GF adjusted to pH 4.2 citric acid (0.1%); (19) as (15) added benzyl alcohol 2%; (20) 4EGf+5% GF added sodium nitrate 0.04%.

After 2 and 4 weeks 100 µl samples were withdrawn from the containers and analyzed quantitatively by means of HPLC. Sample concentration (and recovery) was calculated on the basis of the peak height relative to an external clonazepam standard.

As seen in table 7, only nitric acid, nitrate, ethanol and benzyl alcohol increases the stability. The content of water in 4EGf, GF and PG was about 0.05%. Amazingly the stability in e.g. 4EGf was not decreased by addition of 1% water. Further, the stability at 25° C. was the same for formulations stored in ampoules (under $N_2$) and in 10 ml Pfeiffer pump (model 6917.5902/3790.0129).

FIG. 10 is a schematic diagram over the stability of clonazepam in the various vehicles,

CIPLA_MIDA_037311

TABLE 7

STABILITY OF CLONAZEPAM AT 25° C. AND 60° C. IN VARIOUS VEHICLES. % RECOVERY AFTER 2 AND 4 WEEKS

| | | 2 WEEKS | | | 4 WEEKS | | |
|---|---|---|---|---|---|---|---|
| | | Amp. (-air) | | Spraybott. | Amp. (-air) | | Spraybott. |
| No. | Form. | 25° C. | 60° C. | 25° C. | 25° C. | 60° C. | 25° C. |
| 1. | 4 EGf 20 mg/ml | 98 | 91 | 100 | 82 | 73 | 87 |
| 2. | 4 EGf 5 mg/ml | 98 | 82 | 96 | 83 | 61 | 84 |
| 3. | 4 EGf pH 3.5 (Phosphate) | 98 | 79 | 100 | 84 | 62 | 85 |
| 4. | 4 EGf pH 3.5 (Oxalic acid) | 95 | 43 | 95 | 81 | 18 | 82 |
| 5. | 4 EGf Ethanol 9% | 100 | 90 | 99 | 85 | 71 | 90 |
| 6. | 4 EGf pH 3.8 (Nitric acid) | 98 | 88 | 97 | 95 | 87 | 95 |
| 7. | 4 EGf Water 1% | 94 | 83 | 94 | 89 | 71 | 94 |
| 8. | PG | 96 | 69 | 99 | 96 | 56 | 92 |
| 9. | PG pH 3.8 (Acetic acid) | 100 | 99 | 103 | 93 | 95 | 97 |
| 10. | 4 EGf + 0.4% (Acetic acid) | 102 | 84 | 102 | 99 | 67 | 102 |
| 11. | 4 EGf + 5% GF Acetic acid 0.4% | 101 | 80 | 100 | 98 | 63 | 99 |
| 12. | = No. 11 pH 2 (Nitric acid) | 98 | 86 | no data | 97 | 81 | no data |
| 13. | = No. 11 + Benzyl-OH 3% | 103 | 85 | 102 | 99 | 76 | 96 |
| 14. | = No. 10 + Ethanol 16% Benzyl-OH 3% | 103 | 92 | no data | 100 | 80 | no data |
| 15. | 4 EGf + 5% GF pH 3.8 (Nitric acid) | 99 | 94 | 96 | 96 | 96 | 98 |
| 16. | = No. 15 + Nitrate 0.04% | 102 | 95 | 100 | 96 | 93 | 98 |
| 17. | = No. 15 + Ethanol 5% | 96 | 98 | 99 | 98 | 87 | 98 |
| 18. | 4 EGf + 5% GF pH 4.2 (Citric acid) | 95 | 85 | 94 | 93 | 67 | 98 |
| 19. | = No. 15 + Benzyl-OH 2% | 101 | 96 | 97 | 98 | 93 | 99 |
| 20. | 4 EGf + 5% GF + Nitrate 0.04% | 93 | 75 | 99 | 99 | 78 | 95 |

Concentration:
Formulation No. 1 = ca. 20 mg C/ml
Formulation No. 2–10 = ca. 5 mg C/ml
Formulation No. 11–20 = ca. 5 mg C/ml

## EXAMPLE 12

Acute toxixological study

This study was conducted in order to observe acute changes in the rabbit nasal cavity after a single dose of vehicle in each nasal cavity. Vehicles tested were glycofurol 75, tetraethylene glycol (Fluka) and propylene glycol (DLS-quality, Mecobenzon, Denmark).

16 rabbits were randomized into 4 groups of 4 rabbits each. 3 groups received a single intranasal application of one of the test vehicles, 50 μl into each nasal cavity. Each rabbit received only one test compound. One group served as a control receiving the same volume of isotonic sodium chloride saline. 10 minutes after application the rabbits were sacrificed and bled. The right nasal cavity was then opened and evaluated macroscopically. The evaluator was blind as to the dosing scheme. The left nasal cavity was dissected and fixed in neutral buffered formalin for histological evaluation.

Macroscopic and microscopic observations in each rabbit 1–16 are given in table 8 and summarized in table 9 with respect to the four vehicles. Amazingly no macroscopic or microscopic difference was seen between isoytonic saline and the 3 vehicles tested.

TABLE 8

OBSERVATIONS OF RABBIT NASAL CAVITIES 10 MINUTES AFTER INTRANASAL APPLICATION OF VEHICLE
N.A. = No Abnormalities L = Level

| Macroscopic Observations (Right Cavity) | Microscopic Observations (Left Cavity) |
|---|---|
| 1. N.A. | L 1 Congestion<br>L 2 Focal lymphoid aggregates<br>L 3 N.A.<br>L 4 N.A. |
| 2. Slightly hyperaemic | L 1 Congestion<br>L 2 Focal haemorrhage; congestion<br>L 3 Focal lymphoid aggregates<br>L 4 N.A. |
| 3. N.A. | L 1 Congestion<br>L 2 congestion<br>L 3 Congestion |

### TABLE 8-continued

OBSERVATIONS OF RABBIT NASAL CAVITIES 10 MINUTES AFTER INTRANASAL APPLICATION OF VEHICLE
N.A. = No Abnormalities L = Level

| Macroscopic Observations (Right Cavity) | Microscopic Observations (Left Cavity) |
|---|---|
| | L 4 Focal submucousal haemorrhage |
| 4. Mucous lining nasal cavity more pale than normal | L 1 Congestion |
| | L 2 Congestion |
| | L 3 Congestion and mucous inspissation |
| | L 4 N.A. |
| 5. 2 mm haemorrhagic focus in anterior | L 1 Congestion |
| | L 2 Congestion, focal haemorrhage and desquamation, edema, small focus of chronic inflammation and focal lymphoid patches |
| | L 3 Lymphoid aggregates |
| | L 4 Area of chronic inflammation |
| 6. 6 × 3 mm area of haemorrhage anterior | L 1 Congestion and a focus of desquamation, minute haemorrh. |
| | L 2 Congestion and area of submuccosal haemorrhage |
| | L 3 N.A. |
| | L 4 Slight congestion |
| 7. N.A. | L 1 Congestion |
| | L 2 Edema, congestion, focal haemor |
| | L 3 Congestion, focal lymphoid aggr |
| | L 4 Diffuse acute and chronic inflammation. Poly & mono nucl. cell. Blood in lymphatics. |
| 8. N.A. | L 1 Congestion |
| | L 2 Congestion with some submucosal haemorrhage, edema |
| | L 3 Congestion with some submucosal haemorrhage, edema |
| | L 4 Congestion with some submucosal haemorrhage, edema. Mucous inspissation submuccosal lymphoid aggregatres |
| 9. N.A. | L 1 Congestion and edema |
| | L 2 Congestion and edema |
| | L 3 Congestion and lateral wall mono & polymorphonuclear cell infiltrate with lymphoid aggreg |
| | L 4 Congestion and lateral wall mono & polymorphonuclear cell infiltrate with lymphoid aggreg |
| 10. N.A. | L 1 Congestion |
| | L 2 Congestion with occasional focal lymphoide aggregations |
| | L 3 Edema and congestion |
| | L 4 Focal chronic mononuclear cell infiltrate; dilatation of lymphatics |
| 11. N.A. | L 1 Edema and congestion |
| | L 2 Edema, congestion, focal haemorrhage and submucosal lymphoid aggregates |
| | L 3 Dilatation of venules |
| | L 4 N.A. |
| 12. N.A. | L 1 Congestions; venule dilatation, focal haemorrhage |
| | L 2 Congestion; edema, focal haemorrhage |
| | L 3 Congestion; submucosal lymphoid aggregates |
| | L 4 Congestion; submucosal lymphoid aggregates |
| 13. N.A. | L 1 Congestion |
| | L 2 Congestion, edema, submucosal lymphoid aggregates |
| | L 3 Congestion, edema, submucosal lymphoid aggreates |
| | L 4 Congestion and pronounced lymphoid aggregates |

### TABLE 8-continued

OBSERVATIONS OF RABBIT NASAL CAVITIES 10 MINUTES AFTER INTRANASAL APPLICATION OF VEHICLE
N.A. = No Abnormalities L = Level

| Macroscopic Observations (Right Cavity) | Microscopic Observations (Left Cavity) |
|---|---|
| 14. 3 mm haemorrhagic focus towards anterior | L 1 N.A. |
| | L 2 Congestion, edema, submucosal lymphoid aggregates |
| | L 3 Congestion, edema, submucosal lymphoid aggregates |
| | L 4 Congestion, edema, submucosal lymphoid aggregates |
| 15. A small abrasion, pinpoint in the anterior area | L 1 Congestion, edema, focal haemorrhage |
| | L 2 Congestion, focal haemorrhage, edema, submucosal lymphoid aggregates |
| | L 3 Congestion, edema, mononuclear cell infiltrate near basal section |
| | L 4 Congestion |
| 16. 4 × 3 mm area of haemorrhage towards anterior | L 1 Congestion; edema |
| | L 2 Congestion, edema, focal haemorrhage and desquamation |
| | L 3 Congestion, edema, submucosal lymphoid aggregates, especially near base |
| | L 4 Edema, submucosal lymphoid aggregates |

### TABLE 9

SUMMARY OF RESULTS OF RABBIT NASAL CAVITIES 10 MINUTES AFTER INTRANASAL APPLICATION OF 4 BGf, GF, PG AND 0.9% NaCl (ARRANGED BY VEHICLE)
N.A. = No Abnormalities

| Vehicle | Animal No. | Macroscopic Results (Right side) | Microscopic Results (Left side) |
|---|---|---|---|
| 0.9% NaCl | 3 | N.A. | Focal haemorrhage |
| | 6 | 6 × 3 mm haemorrhagic focus, ant. section | Focal haemorrhage |
| | 12 | N.A. | Focal haemorrhage |
| | 13 | N.A. | N.A. |
| Glyco-furol (GF) | 2 | N.A. | Focal haemorrhage |
| | 8 | N.A. | Focal haemorrhage |
| | 9 | N.A. | N.A. |
| | 16 | 4 × 3 mm haemorrhagic focus, ant. section | Focal haemorrhage |
| Propy-lene glycol (PG) | 4 | N.A. | N.A. |
| | 5 | 2 mm haemorrhagic focus, ant. section | Focal haemorrhage |
| | 11 | N.A. | Focal haemorrhage |
| | 14 | 2 mm haemorrhagic focus. ant. section | N.A. |
| Tetra-ethylene glycol (4 BGf) | 1 | N.A. | N.A. |
| | 7 | N.A. | Focal haemorrhage |
| | 10 | N.A. | N.A. |
| | 15 | Pinpoint abrasion, anterior | Focal haemorrhage |

Surprisingly it has been found that the intranasal absorption of e.g. benzodiazepines, such as clonazepam and diazepam, in the vehicles according to the invention is very similar to an intravenous injection (i.v.). From FIG. 1 it appears that the peak clonazepam plasma concentration ($t_{max}$) is reached within less than 2–3 minutes and that the plasma concentration after 2½ minutes ($C_{pL(2½\ min)}$) is about 100% of that obtained by i.v. administration. The choice of the quality of the vehicles, according to the invention, had surprisingly an influence on the rate of absorption. The

plasma concentration of clonazepam at 2½ minute is e.g. about 40% higher for 4EGf (quality from Fluka-Chemie AG) than for 4EGm (quality from MERCK-Schuchardt) or PEG 200 (from MERCK-Schuchardt), and $t_{max}$ is about ≦2½, 10 and 15 minutes, respectively (FIG. 5).

The pharmacodynamic response was studied in rabbits. The time to response after intranasal application of 0.25 mg clonazepam pain in 100 µl of vehicle was measured. The mean times are given in FIG. 2 and the experimental details are stated in Example 3. As shown in FIG. 2, a pharmacodynamic response after intranasal administration of clonazepam in the vehicles according to the invention may be obtained in less than 2 minutes after the application.

The compositions of the invention are stable. This has e.g. been demonstrated by measuring benzodiazepine concentration of the compositions according to the invention after a month at 60° C. and at 25° C., respectively (see example 11). A stable solution (recovery about ≧290%) can be obtained using PG after addition of acetic acid (adjusted to pH 3.8–4). The same amount of acetic acid was not able to render the 4EGf solution stable, and the amount of acetic acid needed for the adjusting pH to about 4 was too high. Amazingly adjusting pH using nitric acid resulted in stable solutions of clonazepam in e.g. 4EGf optionally comprising 5% GF (recovery about ≧90%).

Surprisingly, it has also been found that using the vehicles according to the invention together with insulin or glucagon a pronounced biological response is obtained within 15–30 minutes after intranasal application to rabbits (FIGS. 3 and 4, and examples 4 and 5).

## EXAMPLE 13

### Bioavailability

The bioavailability of estrogen (E2) and estrone (E1), after intranasal (i.n.) application to rabbits (n=3) of a single dose of 50 µg E2, was studied in pilot. Two formulations containing 30% and 100% glycofurol (GF), respectively, were tested i.n. relative to an i.v.-injection of the same dose.

### Materials

17-β-estradiol (estrogen=E2) was obtained from Novo Nordisk (Copenhagen, Denmark), propylenglycolum ad infundibilia (PG) from Mecoybenzcn (Copenhagen, Denmark) and glycofurolum 75 (GF) from Hoffman La-Roche (Basel, Switzerland). All other reagents were of reagent or analytical grade.

### Drug preparation

The formulations for i.v.-injection and for intranasal application were prepared just before the administration. Formulation 1 for i.v. administration was prepared by dissolving 2.729 mg E2 in 25.0 ml PG and then adding 25.0 ml isotonic saline. Formulation 2 for i.n. application was prepared by dissolving 4.938 mg E2 in 10.0 ml GF. Formulation 3, also for i.n. application, was prepared by dissolving 4.996 mg E2 in 3.00 ml GF and then adding isotonic saline to a total volume of 10.0 ml.

### Dosing and study design

Rabbits (n=3) having i.v. administration received 1.0 ml of formulation 1 i.v. (equivalent to 50 µg E2) as an ear-vein infusion during 30 seconds. Rabbits (n=3) having i.n. administration received formulation 2 or 3 i.n. with an Eppendoryph pipette. Each rabbit received 50 µl into each nostril, equivalent to 50 µg E2. The intranasal application occupied about 5 seconds. During and about 1 minute after the intranasal applications, the rabbits were held in a supine position.

Blood samples were collected 0, 5, 10, 20, 30, and 60 minutes after the administration. Plasma was isolated and stored at +20° C. until analysis.



The plasma concentrations of unconjugated E2 and E1 were measured by radioimmunoassay as described by Emmet et al., 1972. After extraction with ether, separation of E1 and E2 was performed on columns of Sephadex LH20. Radioimmunoassay was performed after evaporation of the solvents. The detection limits for E1 and E2 were 40 pmol/l. The intra- and interassay variance for E1 were 7.0% and 9.6%, and for E2 7.4% and 10.5%, respectively.

Dose/weight correction for individual plasma concentrations was calculated relative to the mean of i.v. dose/weigth (22.3 µg/kg). For formulation 1 i.v. the area (AUC) under the E2 plsama concentration-time curves, from 0 min to infinity, a one compartment with 30 seconds infusion was fitted to the data. All other AUC's were calculated by means of the trapezoidal rule.

The plasma concentrations of E2 and E1 after administration of E2 appear from Table 10 and 11 and FIGS. 11 and 12, respectively. FIG. 11 shows the mean ±S.D. estrogen (E2) plasma concentrations after administration of about 50 µg estrogen to rabbits (n=3) as an i.v.-injection (formulation 1) or intranasal administration (2 i.n. and 3 i.n. formulated with glycofurol (GF) 100% and 30%, respectively).

_x_ form. 1 i.v., _●_ form. 2 i.n., and ...o... form. 3 i.n.,

and FIG. 12 shows the mean±S.D. estrone (E1) plasma concentrations after administration of about 50 µg estrogen to rabbits (n=3) as an i.v.-injection (formulation 1) or intranasal administration (2 i.n. and 3 i.n. formulated with glycofurol (GF) 100% and 30%, respectively).

_x_ form. 1 i.v., _●_ form. 2 i.n., and ...o... form. 3 i.n.

As seen from FIGS. 11 and 12 and Table 12, intranasal application was very similar to i.v administration. The bioavailability appears from Table 12. The bioavailability for E2 was 87 and 80%, and for E2+E1 104 and 95% for formulation 2 i.n. and 3 i.n., respectively. $C_{5min}$ for E2 was 109% and 95%, and fur E2+E1 118% and 105%. $T_{max}$ was shorter than 5 min.

TABLE 10

Individual estrogen (E2) plasma concentrations after administration of about 50 µg estrogen to rabbits (n = 3) as an i.v.-injection (formulation 1) or intranasal administration (2 i.n. and 3 i.n. formulated with glycofurol (GF) 100% and 30%, respectively). n.d. = lower than 0.04 nmol/ml.

| Formula-tion | Rabbit no. | E2 plasma concentration (nmol/ml) after min. 0 | 5 | 10 | 20 | 30 | 60 | Dose/weight pg/kg |
|---|---|---|---|---|---|---|---|---|
| 1. i.v. | 4 | n.d. | 49.0 | 37.0 | 19.0 | 15.0 | 4.90 | 22.2 |
| | 5 | 0.12 | 65.0 | 45.0 | 29.0 | 18.0 | 7.60 | 21.8 |
| | 6 | 0.12 | 38.0 | 30.0 | 25.0 | 21.0 | 11.0 | 22.9 |
| 2. i.n. | 1 | 0.19 | 75.0 | 26.0 | 16.0 | 11.0 | 3.70 | 20.1 |
| (100% | 2 | 0.09 | 50.0 | 32.0 | 18.0 | 11.0 | 5.20 | 21.3 |
| GF) | 3 | n.d. | 44.0 | 24.0 | 14.0 | 8.8 | 3.30 | 19.3 |
| 3. i.n. | 7 | 0.10 | 41.0 | 31.0 | 15.0 | 8.7 | 3.90 | 17.5 |
| (30% | 8 | 0.09 | 64.0 | 32.0 | 18.0 | 10.0 | 3.40 | 19.4 |
| GF) | 9 | 0.08 | 31.0 | 17.0 | 8.2 | 5.9 | 1.90 | 18.5 |

TABLE 11

Individual estrone (E1) plasma concentrations after administration of about 50 µg estrogen to rabbits (n = 3) as an i.v.-injection (formulation 1) or intranasal administration (2 i.n. and 3 i.n. formulated with glycofurol (GF) 100% and 30%, respectively). n.d. = lower than 0.04 nmol/ml.

| Formulation | Rabbit no. | E1 plasma concentration (nmol/ml) after min. 0 | 5 | 10 | 20 | 30 | 60 | Dose/weight pg/kg |
|---|---|---|---|---|---|---|---|---|
| 1. i.v. | 4 | n.d. | 4.30 | 4.30 | 3.10 | 2.70 | 1.60 | 22.2 |
| | 5 | n.d. | 4.00 | 5.10 | 4.60 | 3.30 | 1.50 | 21.8 |
| | 6 | n.d. | 2.20 | 2.60 | 2.80 | 2.30 | 1.50 | 22.9 |
| 2. i.n. | 1 | n.d. | 11.00 | 9.90 | 7.10 | 4.80 | 3.00 | 20.1 |
| (100% | 2 | n.d. | 6.20 | 7.40 | 6.00 | 3.40 | 3.00 | 21.3 |
| GF) | 3 | n.d. | 8.50 | 9.00 | 5.90 | 4.30 | 1.60 | 19.3 |
| 3. i.n. | 7 | n.d. | 8.10 | 8.90 | 5.80 | 3.90 | 2.30 | 17.5 |
| (30% | 8 | n.d. | 5.30 | 6.10 | 5.00 | 3.90 | 2.40 | 19.4 |
| GF) | 9 | n.d. | 8.80 | 7.50 | 3.80 | 3.70 | 1.90 | 18.5 |

TABLE 12

Pharmacokinetic data (dose corrected relative to mean i.v. dose) for estrogen (E2) and estrone (E1) after single administration of about 50 µg estrogen (n = 3) as an i.v. — injection (1 i.v.) or intranasal administration (2 i.n. and 3 i.n.). AUC (nmol $ml^{+1}$ min) is the area under the plasma concentration — time curve from 0 min to infinity. $C_{max}$ (nmol/ml) is the maximal plasma concentration. $t_{max}$ (min) is the time to maximal plasma concentration.

| Parameter | | Observed mean (dose corrected) 1 i.v. | 2 i.n. | 3 i.n. | % Relative to 1 i.v. — mean ± SD 2 i.n. | 3 i.n. |
|---|---|---|---|---|---|---|
| AUC | $E_2$ | 1302 | 1138 | 1038 | 87 ± 11 | 80 ± 30 |
| | $E_1$ | 241 | 471 | 432 | 195 ± 18 | 179 ± 12 |
| | $E_2 + E_1$ | 1543 | 1609 | 1470 | 104 ± 13 | 95 ± 25 |
| $C_{max}$ | $E_2$ | 57 | 62 | 54 | 109 ± 29 | 95 ± 35 |
| | $E_1$ | 4 | 10 | 10 | 150 ± 22 | 250 ± 22 |
| | $E_2 + E_1$ | 61 | 72 | 64 | 118 ± 28 | 105 ± 33 |
| $t_{max}$ | $E_2$ | 5 | 5 | 5 | 100 ± 0 | 100 ± 0 |
| | $E_1$ | 12 | 8 | 8 | 67 ± 38 | 67 ± 38 |

## COMMENTS

The solubility for E2 in GF is found to be about 230 mg/ml. Thus, a clinical dose of 50 µg is soluble in 0.25 µl. Hence, the application of a clinical dose in an extremely small µl-volumen is rendered possible using GF. As the solubility decreases exponentially in combination with water, the dose volume using GF as a vehicle should e.g. be about 5 µl, to avoid unwanted precipitation of E2 in the nasal mucus.

A small dose volume is desirable in order to reduce or eliminate a local irritating effect. Alternatively a non irritating co-solvent, e.g. vegetabile oil, may be added. In this way a desired dose volume or delivery rate may also be obtained. To reduce plasma peak concentration, a limited precipitation of E2 in the mucus may also be desirable.

A anhydrous GF-formulation may be useful in acute hot flushing as well as in chronic dosing.

## EXAMPLE 14a

The experiment illustrates, in pilot scale, the influence of the various vehicles on the onset of the pharmacodynamic test in rabbits.

### Materials and Methods

Materials for the preparation of the vehicles used are Glycofurolum from Hoffman-La Roche (Lot #706127), tetraethylene glycol from Merck-Schuchardt (Art. 808619), Polysorbatum 20 Ph.Eur. (Tween 20, batch #102382) and Oleum vegetabile tenue DAK 63 (batch #154491) from Mecobenzon, Copenhagen. Ethanol was supplied by Novo Nordisk A/S. 2.5 mg/ml of the active substance, clonazepam (Roche A/S, Hvidovre, Denmark, order #2746A01) was dissolved in the vehicle using a ultrasonic bath. Each rabbit had 50 µl applied in each nostril corresponding to 0.25 mg clonazepam per rabbit with one exception where the rabbit had 0.5 mg (Table 4).

For intravenous application 1.0 ml of Rivotril® from Hoffman-La Roche (comprising 0.5 mg/ml, after dilution, batch #B0447MFD06 87).

Immediately after each application the rabbits were tested as described in the below 3 tests:

1: Hind legs to one side

2: Hind legs stretched out backwards

3: The rabbit is lying in a suppine position

## RESULTS AND DISCUSSION

Table 1 indicates tha 10% of GF is at least as efficient as pure GF and apparently better than the remaining mixtures and 4EG.

Table 2 indicates that 5–7.5% of GF is better than 1% and 2.5% of GF. Pure GF is best and corresponds to Table 1 of the experiment. 10% Oleum vegetabile (OV) in GF reduces the time to observed effect considerably.

Table 3 indicates that 5% of GF is better than 10% and 15% and equal to pure GF in the experiments of Tables 1 and 2. Pure 4EG and 9% of Etahnol as well as 5% of Tween 20 is considerably inferior than the above.

Table 4 indicates that application of the same dose in a minor volume (i.e. 25 µl instead of 50 µl in each nostril) does not enhance the effect (as compared with Table 2). 3EG is possibly better than 1, 2.5, and 5t of GF in 4EG but, with respect to toxicity, 4EG will be the direct choice.

Table 5 indicates that intranasal application (of e.g. 10% GF) may act just as quickly as intravenous injection (in 2.8 min (i.n.) and 4.2 min (i.v.), respectively) in spite of the fact that the plasma level is higher after i.v. administration. The reason for this exciting result is not known. One explanation might be that clonazepam is distributed in different manner after i.v. administration, precipitates or is released slowly to the aqueous phase of the blood; however, this is not consistent with the high plasma concentration. Another explanation might be a very rapid rate of passing to the CNS from the nasal cavity.

In short it can be emphasized that GF and 4EG apparently have an optimum mixture of about 5–10%. This is most clear from test 1 in Table 1 and FIG. 1. The tendency is also noticed in Tables 2 and 3 corresponding to the situation that GF in addition to showing good performance in itself, also shows enhancing properties in mixture with 4EG. Generally speaking, test 1 appears to be the most important test as it shows relaxation of muscles already after two minutes.

TABLE 1

THE INFLUENCE OF GLYCOFUROLE (% GF) ON THE TIME TO RESPONSE (minutes) AFTER INTRANASAL APPLICATION OF 0.25 mg CLONAZEPAM IN TETRAETHYLEN-GLYCOL (4EG) TO RABBITS (n = 4).
NOTICE: THE TIME (in minutes) IS MEASURED FROM THE START OF EACH APPLICATION (each application takes about 5–10 seconds).

| TEST: | RABBIT | FORMULATION 1 4EG | FORMULATION 2 10% GF IN 4EG | FORMULATION 3 20% GF IN 4EG | FORMULATION 4 30% GF IN 4EG | FORMULATION 5 70% GF IN 4EG | FORMULATION 6 GF |
|---|---|---|---|---|---|---|---|
| NO. 1 | I | 2.3 | 2.1 | 3.5 | 6.7 | 2.5 | 2.3 |
| | II | — | 1.2 | 4.8 | — | 1.9 | 1.1 |
| | III | 3.3 | 1.9 | — | — | 5.1 | 2.6 |
| | IV | — | 1.3 | 5.0 | 4.3 | 4.0 | 3.5 |
| | MEAN | >6.4 | 1.6 | >5.8 | >7.8 | 3.4 | 2.4 |
| NO. 2 | I | 2.7 | 3.7 | — | 6.3 | 7.0 | 2.9 |
| | II | — | 2.0 | — | — | — | 1.5 |
| | III | — | 10.4 | — | — | — | 9.2 |
| | IV | — | 4.8 | 10.0 | — | — | — |
| | MEAN | >8.2 | 5.2 | >10.0 | >9.1 | >9.3 | >5.9 |
| NO. 3 | I | — | — | — | — | — | 6.7 |
| | II | — | 4.2 | — | — | — | 3.3 |
| | III | — | — | — | — | — | — |
| | IV | — | 6.0 | — | — | — | 5.0 |
| | MEAN | >10.0 | >7.8 | >10.0 | >10.0 | >10.0 | >6.5 |

— NOT RESPONDED WITHIN THE 10 MIN. TEST PERIOD. TO CALCULATE THE MEAN VALUE, ONLY 10 MINUTES ARE INSERTED FOR NON-RESPONDERS.
TEST 1. HIND LEGS TO ONE SIDE
TEST 2. HIND LEGS STRETCHED OUT BACKWARDS
TEST 3. THE RABBIT IS LYING IN A SUPINE POSITION

TABLE 2

THE INFLUENCE OF GLYCOFUROLE (% GF) IN TETRAETHYLENEGLYCOL (4EG) AND VEGETABILE OIL (OV) IN GF ON THE TIME TO RESPONSE (minutes) AFTER INTRANASAL APPLICATION OF 0.25 mg CLONAZEPAM TO RABBITS (n = 4).
NOTICE: THE TIME (in minutes) IS MEASURED FROM THE START OF EACH APPLICATION (each application takes about 5–10 seconds).

| TEST: | RABBIT | FORMULATION 1 1% GF IN 4EG | FORMULATION 2 2.5% GF IN 4EG | FORMULATION 3 5% GF IN 4EG | FORMULATION 4 7.5% GF IN 4EG | FORMULATION 5 GF | FORMULATION 6 10% OV IN GF |
|---|---|---|---|---|---|---|---|
| NO. 1 | I | — | — | 3.1 | 4.0 | 3.2 | 7.0 |
| | II | 9.7 | — | 2.5 | — | 5.9 | — |
| | III | — | — | — | — | 3.5 | 2.7 |
| | IV | — | — | — | — | 2.7 | — |
| | MEAN | >9.9 | >10.0 | >6.4 | >8.5 | 3.8 | >7.4 |
| NO. 2 | I | — | — | — | — | 3.9 | 7.8 |
| | II | — | — | 2.57 | — | 6.4 | — |
| | III | — | — | — | — | 4.5 | 3.3 |
| | IV | — | — | — | — | 2.9 | — |
| | MEAN | >10.0 | >10.0 | >8.1 | >10.0 | 4.4 | >7.8 |
| NO. 3 | I | — | — | — | — | 8.0 | — |
| | II | — | — | — | — | 7.4 | — |
| | III | — | — | — | — | — | 4.8 |
| | IV | — | — | — | — | 5.6 | — |
| | MEAN | >10.0 | >10.0 | >10.0 | >10.0 | >7.8 | >8.7 |

— NOT RESPONDED WITHIN THE 10 MIN. TEST PERIOD. TO CALCULATE THE MEAN VALUE, ONLY 10 MINUTES ARE INSERTED FOR NON-RESPONDERS.
TEST 1. HIND LEGS TO ONE SIDE
TEST 2. HIND LEGS STRETCHED OUT BACKWARDS
TEST 3. THE RABBIT IS LYING IN A SUPINE POSITION

TABLE 3

THE INFLUENCE OF ETHANOL (ETOH), POLYSORBATE 20 (TWEEN 20) AND GLYCOFUROL (% GF) IN TETRAETHYLENEGLYCOL (4EG) ON THE TIME TO RESPONSE (minutes) AFTER INTRANASAL APPLICATION OF 0.25 mg CLONAZEPAN TO RABBITS (n = 4).
NOTICE: THE TIME (in minutes) IS MEASURED FROM THE START OF EACH APPLICATION (each application takes about 5–10 seconds).

| TEST: | RABBIT | FORMULATION 1 4EG | FORMULATION 2 9% ETOH IN 4EG | FORMULATION 3 5% TWEEN 20 IN 4EG | FORMULATION 4 5% GF IN 4EG | FORMULATION 5 10% GF IN 4EG | FORMULATION 6 15% GF IN 4EG |
|---|---|---|---|---|---|---|---|
| NO. 1 | I | — | — | — | 1.8 | 2.9 | 3.7 |
| | II | 1.1 | — | 7.1 | 1.5 | 1.5 | — |
| | III | — | 2.2 | — | 5.7 | 8.6 | — |
| | IV | — | 3.2 | 9.6 | 2.1 | 3.3 | 9.5 |
| | MEAN | >7.8 | >6.4 | >9.2 | 2.8 | 4.1 | >8.3 |
| NO. 2 | I | — | — | — | 2.1 | — | — |
| | II | — | — | — | 3.7 | 2.1 | — |
| | III | — | 3.3 | — | 4.0 | — | — |
| | IV | — | — | — | 3.2 | — | — |
| | MEAN | >10.0 | >8.3 | >10.0 | 3.0 | >8.0 | >10.0 |
| NO. 3 | I | — | — | — | 3.6 | — | — |
| | II | — | — | — | — | — | — |
| | III | — | — | — | 8.0 | — | — |
| | IV | — | — | — | 3.8 | — | — |
| | MEAN | >10.0 | >10.0 | >10.0 | >6.4 | >10.0 | >10.0 |

— NOT RESPONDED WITHIN THE 10 MIN. TEST PERIOD. TO CALUCULATE THE MEAN VALUE, ONLY 10 MINUTES ARE INSERTED FOR NON-RESPONDERS.
TEST 1. HIND LEGS TO ONE SIDE
TEST 2. HIND LEGS STRETCHED OUT BACKWARDS
TEST 3. THE RABBIT IS LYING IN A SUPINE POSITION

TABLE 4

THE INFLUENCE OF FORMULATION ON THE TIME TO RESPONSE (minutes) AFTER INTRANASAL APPLICATION OF 0.25 MG CLONAZEPAN TO RABBITS (n = 4), CONTRARY TO TABLE 1, 2 AND 3, THE APPLIED VOLUME WAS 25 μl TO EACH NOSTRIL INSTEAD OF 50 μl ABBREVIATIONS: GLYCOFUROL (GF), TETRAETHYLENEGLYCOL (4EG) AND TRIETHYLENEGLYCOL (3EG), FORMULATION 1–3 ARE TESTED SAME DAY.
NOTICE: THE TIME (in minutes) IS MEASURED FROM THE START OF EACH APPLICATION. (Each application takes about 5–10 seconds).

| TEST: | RABBIT | FORMULATION 1 1% GF IN 4EG | FORMULATION 2 2.5% GF IN 4EG | FORMULATION 3 5% GF IN 4EG | FORMULATION 4 3EG |
|---|---|---|---|---|---|
| NO. 1 | I | 8.4 | 5.4 | — | 1.4 |
| | II | — | 3.5 | 8.6 | 1.5 |
| | III | — | — | — | — |
| | IV | — | — | — | 3.5 |
| | MEAN | >9.6 | >7.2 | >9.7 | >4.1 |
| NO. 2 | I | — | — | — | 7.9 |
| | II | — | 3.7 | — | 3.9 |
| | III | — | — | — | — |
| | IV | — | — | — | — |
| | MEAN | >10.0 | >8.5 | >10.0 | >8.0 |
| NO. 3 | I | — | — | — | — |
| | II | — | — | — | — |
| | III | — | — | — | — |
| | IV | — | — | — | — |
| | MEAN | >10.0 | >10.0 | >10.0 | >10.0 |

— NOT RESPONDED WITHIN THE 10 MIN. TEST PERIOD. TO CALCULATE THE MEAN VALUE, ONLY 10 MINUTES ARE INSERTED FOR NON-RESPONDERS.
TEST 1. HIND LEGS TO ONE SIDE
TEST 2. HIND LEGS STRETCHED OUT BACKWARDS
TEST 3. THE RABBIT IS LYING IN A SUPINE POSITION

TABLE 5

Time to response (minutes) after the application of 0.5 mg clonazepam intranasally and intravenously to rabbits (n = 4). Abbreviations: Glycofurol (GF) and tetraethylene-glycol (4EG). NOTICE: The time (in minutes) is measured from the start of each application. (Each application takes about 5–10 seconds and 30 seconds for i.n. and i.v. respectively).

| Test: | Rabbit | Intranasal 10% GF in 4EG | Intravenous Rivotril ® |
|---|---|---|---|
| No. 1 | I | 1.6 | 1.2 |
| | II | 5.6 | 9.0 |
| | III | 1.9 | 3.0 |
| | IV | 2.0 | 3.5 |
| | Mean | 2.8 | 4.2 |
| No. 2 | I | 1.9 | 3.0 |
| | II | 7.0 | — |
| | III | 6.0 | — |
| | IV | — | — |
| | Mean | >6.1 | >8.3 |
| No. 3 | I | 2.5 | 3.4 |
| | II | 9.8 | — |
| | III | 9.2 | — |
| | IV | — | — |
| | Mean | >7.9 | >8.4 |

— Not responded within the 10 min. test perid. To calculate the mean value, only 10 minutes are inserted for non-responders.
TEST 1. HIND LEGS TO ONE SIDE
TEST 2. HIND LEGS STRETCHED OUT BACKWARDS
TEST 3. THE RABBIT IS LYING IN A SUPINE POSITION

FIG. 13 shows the influence of glycofurol (% GF) on the mean time to response (minutes) after intranasal application of 0.25 mg. clonazepam in tetraethyleneglycol (4EG) to rabbits (n=4) (individual data, see Table 1).

In FIG. 13, the numbers on top of the bars denote the amount of non-responders within 10 minutes test period. Such bars are higher in reality, as only 10 minutes are used for non-responders to calculate the mean.

FIG. 14 shows a summary of the mean results for test 1 (hind legs to one side) from Table 1–5. The numbers on top of the bars denote the amount of non-responders, within the 10 min. test period, relative to the amount tested (such bars are higher in reality, as only 10 min. are used for non-responders to calculate the mean).

| Vehicle no.: | Dose (mg): | Formulation: |
|---|---|---|
| 1 | 0.50 | Rivotril ® IV-injection |
| 2 | 0.50 | 10% GF in 4EG |
| 3 | 0.25 | 10% GF in 4EG |
| 4 | 0.25 | Pure GF |
| 5 | 0.25 | 70% GF in 4EG |
| 6 | 0.25 | Pure 3EG |
| 7 | 0.25 | 5% GF in 4EG |
| 8 | 0.25 | 20% GF in 4EG |
| 9 | 0.25 | 9% EtOH in 4EG |
| 10 | 0.25 | Pure 4EG |
| 11 | 0.25 | 2.5% GF in 4EG[a)] |
| 12 | 0.25 | 10% VO in GF |
| 13 | 0.25 | 30% GF in 4EG |
| 14 | 0.25 | 15% GF in 4EG |
| 15 | 0.25 | 7.5% GF in 4EG |
| 16 | 0.25 | 5% Tween in 4EG |
| 17 | 0.25 | 1% GF in 4EG[a)] |
| 18 | 0.25 | 5% GF in 4EG[a)] |
| 19 | 0.25 | 1% GF in 4EG |
| 20 | 0.25 | 2.5% GF in 4EG |

[a)]The drug was applied in 50 μl instead of 100 μl as usual.

FIG. 15 shows a summary of the mean results for test 2 (hind legs stretched out backwards) from Table 1–5. The numbers on top of the bars denote the amount of non-responders, within the 10 min. test period, relative to the amount tested (such bars are higher in reality, as only 10 min. are used for non-responders to calculate the mean).

| Vehicle no.: | Dose (mg): | Formulation: |
|---|---|---|
| 1 | 0.50 | Rivotril ® IV-injection |
| 2 | 0.50 | 10% GF in 4EG |
| 3 | 0.25 | 10% GF in 4EG |
| 4 | 0.25 | Pure GF |
| 5 | 0.25 | 70% GF in 4EG |
| 6 | 0.25 | Pure 3EG |
| 7 | 0.25 | 5% GF in 4EG |
| 8 | 0.25 | 20% GF in 4EG |
| 9 | 0.25 | 9% EtOH in 4EG |
| 10 | 0.25 | Pure 4EG |
| 11 | 0.25 | 2.5% GF in 4EG[a)] |
| 12 | 0.25 | 10% VO in GF |
| 13 | 0.25 | 30% GF in 4EG |
| 14 | 0.25 | 15% GF in 4EG |
| 15 | 0.25 | 7.5% GF in 4EG |
| 16 | 0.25 | 5% Tween in 4EG |
| 17 | 0.25 | 1% GF in 4EG[a)] |
| 18 | 0.25 | 5% GF in 4EG[a)] |
| 19 | 0.25 | 1% GF in 4EG |
| 20 | 0.25 | 2.5% GF in 4EG |

[a)]The drug was applied in 50 μl instead of 100 μl as usual.

FIG. 16 shows a summary of the mean results for test 2 (the rabbit is laying in a supine position) from Table 1–5. The numbers on top of the bars denote the amount of non-responders, within the 10 min. test period, relative to the amount tested (such bars are higher in reality, as only 10 min. are used for non-responders to calculate the mean).

| Vehicle no.: | Dose (mg): | Formulation: |
|---|---|---|
| 1 | 0.50 | Rivotril ® IV-injection |
| 2 | 0.50 | 10% GF in 4EG |
| 3 | 0.25 | 10% GF in 4EG |
| 4 | 0.25 | Pure GF |
| 5 | 0.25 | 70% GF in 4EG |
| 6 | 0.25 | Pure 3EG |
| 7 | 0.25 | 5% GF in 4EG |
| 8 | 0.25 | 20% GF in 4EG |
| 9 | 0.25 | 9% EtOH in 4EG |
| 10 | 0.25 | Pure 4EG |
| 11 | 0.25 | 2.5% GF in 4EG[a)] |
| 12 | 0.25 | 10% VO in GF |
| 13 | 0.25 | 30% GF in 4EG |
| 14 | 0.25 | 15% GF in 4EG |
| 15 | 0.25 | 7.5% GF in 4EG |
| 16 | 0.25 | 5% Tween in 4EG |
| 17 | 0.25 | 1% GF in 4EG[a)] |
| 18 | 0.25 | 5% GF in 4EG[a)] |
| 19 | 0.25 | 1% GF in 4EG |
| 20 | 0.25 | 2.5% GF in 4EG |

[a)]The drug was applied in 50 μl instead of 100 μl as usual.

## EXAMPLE 15a

Furthermore, the additional compositions stated below were prepared by dissolving the pharmacological active ingredient in the vehicle during sonification and/or gentle hearing. Compositions comprising water are rendered isotonic using sodium chloride and adjusted to a pH in the physiological range of 4.0–7.5 using phosphate buffer.

| Active Ingredient | Unit Dose in mg | Unit Dose in μl | GF % | 4EG % | PEG | $H_2O$ | pH | Example |
|---|---|---|---|---|---|---|---|---|
| Salbutamol | 0.5 | 50 | 10 | | | 90 | | |
| Oxytosin | 5IE | 50 | 5 | | | 95 | | |
| Terbutalin Sulphate | 0.5 | 50 | 1 | | | 99 | | |
| Morphine hydrochlo. | 5 | 100 | 15 | | | 85 | | |
| Beclomet. diproprion | 0.75 | 40 | 5 | 95 | | | | |
| Morphine | 4 | 200 | 20 | 80 | | | | |
| Flunitrazepam | 2 | 150 | 5 | 95 | | | | |
| Aspirin | 100 | 300 | 20 | 80 | | | | |

## EXAMPLE 16a

In addition the below compositions were prepared in an analogous manner as described above.

| Active Ingredient | Unit Dose in mg | Unit Dose in μl | GF % | 4EG % | PEG | $H_2O$ | pH | Example |
|---|---|---|---|---|---|---|---|---|
| Aspirin | 300 | 300 | 100 | | | | | |
| Terfenadin | 10 | 300 | | 100 | | | | |
| Beclo-methas. dipra-pionat | 0.75 | 100 | 30 | | | | | 70% veg tab.oi |
| Flunitra-zepam | 0.25 | 40 | 30 | | | | | 70% veg tab.oi |

## LIST OF REFERENCES

Lau, S. W. J. and Slattery, J. T. (1989), "Absorption of diazepam and lorazepam following intranasal administration." Iernational Journal of Pharmaceutics, 54, 171–174.

Mayer, W., Erbe, S., Wolf, G. and Voigt, R. (1974), "Beiträge zur analytik und staybilität einiger pharmazeutisch interessanter 1.4-benzodiayzepine." Pharmazie 29, H.10–11, 700–707.

Morimoto, K., Tabata, H. and Morisaka, K. (1987), "Nasal absorption of nifedipine from gel preparations in rats." Chemical and Pharmaceutical Bulletins, 35, No. 7, 3041–3044.

Nielsen, N. H., Frolund, L., Bindslev-Jensen, C. and Svendsen, U. G. (1989), "A new formulation of flunisolide for intranasal application reduces side effects." Allergy, 44, 233–234.

Proctor, D. F. (1985), "Nasal physiology in intranasal drug administrations", in Chien, Y. W. (ed.) Transnasal Systemic Medications, Fundamentals, Developmental Concepts and Biomedical Assessments. ELSVIER Science Publishers, Amsterdam 1985, p. 101–105.

Spiegel, A. J. and Noseworthy, M. M. (1983), "Use of nonaqueous solvents in parenteral products". Journal of Pharmaceutical Sciences, October 1963, vol. 52, No. 10, p. 907–927.

Spiegelberg, H., Schläpfer, R., Zbinden, G. and Studer, A. (1956), "Ein neues injizierbares lösungsmittel (glycofurol)." Arzneittelforschung, 6, 75–77.

Wilton, N. C. T., Leigh, J., Rosen, D. R. and Pandit, U. A. (1988), "Preanaesthetic sedation of preschool children using intranasal midazolam". Anesthesiology, 69, 972–975.

We claim:

1. A method for administering a therapeutically effective amount of a biologically active substance other than insulin and derivatives thereof to the circulatory system of a mammal comprising administering a pharmaceutical composition having a total volume of 1–1000 μl to a nasal mucosal membrane of the mammal, the pharmaceutical composition comprising the therapeutically effective amount of the biologically active substance dissolved or suspended in a volume of 1–1000 μl of an n-ethylene glycol-containing vehicle comprising at least one n-ethylene glycol represented by the formula II

$$H(OCH_2CH_2)_pOH$$

wherein p is from 1 to 8 so that upon administration of the pharmaceutical composition to the nasal mucosal membrane, absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal rapidly takes place and thereby allows the biologically active substance to exert its therapeutic effect.

2. The method according to claim 1 wherein the n-ethylene glycol contained in the vehicle is PEG 200.

3. The method according to claim 1 wherein the n-ethylene glycol contained in the vehicle is selected from the group consisting of tri-ethylene glycol and tetra-ethylene glycol.

4. The method according to claim 3 wherein the n-ethylene qlycol is tetra-ethylene glycol.

5. The method according to claim 1 wherein the amount of n-ethylene glycol contained in the vehicle is at least 30 v/v percent.

6. The method according to claim 5 wherein the amount of n-ethylene glycol contained in the vehicle is at least 50 v/v percent.

7. The method according to claim 6 wherein the amount of n-ethylene glycol contained in the vehicle is at least 80 v/v percent.

8. The method according to claim 7 wherein the amount of n-ethylene glycol contained in the vehicle is about 98 v/v percent.

9. The method according to claim 1 wherein the composition comprises the therapeutically effective amount of the biologically active substance dissolved or suspended in a dosage unit quantity volume of 100–300 μL.

10. The method according to claim 9 wherein the composition comprises the therapeutically effective amount of the biologically active substance in the form of a solution or suspension which is administered to the nasal mucosal membrane in a dosage unit quantity volume of 50–150 μl per nostril.

11. The method according to claim 1 wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a peak value ($T_{max}$) of the biologically active substance in the blood of the mammal within a period of 60 minutes upon administration of the substance to the nasal mucosal membrane of the mammal.

12. The method according to claim 11 wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a peak value ($T_{max}$) of the biologically active substance in the blood of the mammal within a period of 30 minutes upon administration of the substance to the nasal mucosal membrane of the mammal.

13. The method according to claim 12 wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results

in a peak value ($T_{max}$) of the biologically active substance in the blood of the mammal within a period of 15 minutes upon administration of the substance to the nasal mucosal membrane of the mammal.

**14.** The method according to claim **1** wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a maximal therapeutic effect of the biologically active substance within a period of 60 minutes upon administration of the substance to the nasal mucosal membrane of the mammal.

**15.** The method according to claim **14** wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a maximal therapeutic effect of the biologically active substance within a period of 30 minutes upon administration of the substance to the nasal mucosal membrane of the mammal.

**16.** The method according to claim **5** wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a maximal therapeutic effect of the biologically active substance within a period of 15 minutes upon administration of the substance to the nasal mucosal membrane of the mammal.

**17.** The method according to claim **1** wherein the biologically active substance is present in the pharmaceutical composition in a concentration of from 0.0001 to 50 w/v percent.

**18.** The method according to claim **17** wherein the biologically active substance is present in the pharmaceutical composition in a concentration of from 0.001 to 20 w/v percent.

**19.** The method according to claim **1** wherein the vehicle further comprises a vegetable oil.

**20.** The method according to claim **1** wherein the vehicle further comprises nitric acid and/or nitrate in a concentration ranging from 0.0001 to 5 w/v percent.

**21.** The method according to claim **1** wherein the vehicle is anhydrous.

**22.** The method according to claim **1** wherein the pharmaceutical composition comprises the biologically active substance in the form of powder, microspheres or liposomes.

**23.** A method for administering a therapeutically effective amount of insulin or a derivative thereof to the circulatory system of a mammal comprising administering a pharmaceutical composition having a total volume of 1–1000 μl to a nasal mucosal membrane of the mammal, the pharmaceutical composition comprising the therapeutically effective amount of the insulin or the derivative thereof dissolved or suspended in a volume of 1–1000 μl of a n-ethylene glycol-containing anhydrous vehicle comprising at least one n-ethylene glycol represented by the formula II

$$H(OCH_2CH_2)_pOH$$

wherein p is from 1 to 8 so that upon administration of the pharmaceutical composition to the nasal mucosal membrane, absorption of the insulin or the derivative thereof through the mucosal membrane and into the blood stream of the mammal rapidly takes place and thereby allows the biologically active substance to exert its therapeutic effect.

**24.** A method for administering a therapeutically effective amount of insulin or a derivative thereof to the circulatory system of a mammal according to claim **23**, wherein the pharmaceutical composition comprising the therapeutically effective amount of the insulin or the derivative thereof has a pH value of about 7.4.

**25.** The method according to claim **1**, wherein the biologically active substance is dissolved in the vehicle.

**26.** The method according to claim **1**, wherein the pharmaceutical composition is liquid.

**27.** The method according to claim **1**, wherein the step of administering the pharmaceutical composition comprises spraying the pharmaceutical composition to the nasal mucosal membrane of the mammal.

**28.** The method according to claim **23**, wherein the biologically active substance is dissolved in the vehicle.

**29.** The method according to claim **23**, wherein the pharmaceutical composition is liquid.

**30.** The method according to claim **23**, wherein the step of administering the pharmaceutical composition comprises spraying the pharmaceutical composition to a nasal mucosal membrane of the mammal.

* * * * *

CIPLA_MIDA_037320