**Volume II of II (Pages Appx14884-18542)**
**2026-1992**

# United States Court of Appeals for the Federal Circuit

UCB, INC., UCB BIOPHARMA SRL, HANANJA EHF, UNIVERSITY OF ICELAND,

*Plaintiffs-Appellees,*

– v. –

CIPLA LIMITED, CIPLA USA INC.,

*Defendants-Appellants.*

*On Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01229-JLH*

## JOINT APPENDIX

ALEXA HANSEN
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-6000
ahansen@cov.com

ERIC R. SONNENSCHEIN
KAVEH SABA
LARISSA DAVIS
ALLYSON CORIGLIANO
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
esonnenschein@cov.com
ksaba@cov.com
ldavis@cov.com
acorigliano@cov.com

*Attorneys for Plaintiffs-Appellees*

ANIL PATEL
ADAM S. BERLIN
K&L GATES LLP
609 Main Street, Suite 4150
Houston, Texas 77002
(713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com

PETER L. GIUNTA
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
peter.giunta@klgates.com

HAROLD STOREY
JENNA BRUCE
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580
harold.storey@klgates.com
jenna.bruce@klgates.com

*Attorneys for Defendants-Appellants*

SEPTEMBER 4, 2026

COUNSEL PRESS
A Proceed Service
The Appellate Experts®
(800) 4-APPEAL • (394610)

# TABLE OF CONTENTS


| Date | Doc. No. [1] | Description | Page No. |
|---|---|---|---|
| 5/15/2026 | 199 | Memorandum Opinion | Appx1 |
| 5/27/2026 | 202 | Final Judgment | Appx49 |
| N/A | [No Docket Number]<br><br>Required document per Rule 30(a)(1)(a)(i) | Docket Sheet Comprising the Record before the United States District Court, District of Delaware, Case No. 2:21-cv-01229 (JLH) | Appx52 |
| 8/19/2014 | JTX-3003 | Certified U.S. Patent No. 8,809,322 | Appx78 |
| 7/10/2012 | JTX-3004 | Certified U.S. Patent No. 8,217,033 | Appx93 |
| 10/2/2023 | 148 (sealed); 165 (public) | Excerpts from Transcript of Bench Trial, dated October 2, 2023 | Appx4772 |
| 10/3/2023 | 149 | Excerpts from Transcript of Bench Trial, dated October 3, 2023 | Appx5088 |
| 10/4/2023 | 150 (sealed); 166 (public) | Excerpts from Transcript of Bench Trial, dated October 4, 2023 | Appx5378 |
| 10/5/2023 | 151 (sealed) | Excerpts from Transcript of Bench Trial, dated October 5, 2023 | Appx5658 |
| 8/24/2024 | 188 (sealed); 191 (public) | Excerpts from Transcript of Closing Arguments held on May 28, 2024 | Appx14183 |


[1] All docket numbers refer to the docket of *UCB, Inc. et al. v. Cipla Limited et al.*, No. 1:21-cv-01229-JLH (D. Del.) unless otherwise noted. Parties' trial exhibits do not have docket numbers and are therefore referred to by their exhibit numbers: JTX-, DTX-, and PTX-.

| Date | Doc. No. [1] | Description | Page No. |
|---|---|---|---|
| | DTX-2208 | U.S. Patent Application Publication No. 2004/0176359 | Appx14721 |
| | DTX-2022 | Dow Chemical Co., Carbowax™ and Carbowax™ Sentry™ Polyethylene Glycols and Methoxypolyethylene Glycols, PEGS & MPEGS, published March 2006 | Appx14739 |
| | DTX-2251 | Wermeling, D.P. *et al.*, Pharmacokinetics and Pharmacodynamics of a New Intranasal Midazolam Formulation in Healthy Volunteers, 103 Anesth. Analg. 344 (2006) | Appx14799 |
| | DTX-2019 | Excerpts from Dayal, P. *et al.*, Evaluation of Different Parameters that Affect Droplet-Size Distribution from Nasal Sprays Using the Malvern Spraytec®, 93 Journal of Pharmaceutical Sciences 1725 (2004) | Appx14805 |
| | DTX-2078 | United States Pharmacopeial Convention, United States Pharmacopeia/National Formulary 2006 (USP 29/ NF 24), published January 1, 2006 | Appx14837 |
| | DTX-2134 | U.S. Patent No. 5,693,608 | Appx14849 |
| | DTX-2211 | U.S. Patent Application Publication No. 2004/0247672 | Appx14884 |
| | DTX-2294 | International Publication No. WO 2005/067893 | Appx14934 |
| | DTX-2456 | mPEG, methoxy-polyethyleneglycole, PowerPoint by Sveinbjörn Gizurarson | Appx15208 |

| Date | Doc. No. [1] | Description | Page No. |
|---|---|---|---|
| | DTX-2507 | Icelandic Patent Application No. 8593/2007 | Appx15225 |
| | DTX-2506 | Excerpts from Upsher-Smith Laboratories, Inc. Pharmaceutical Development Research Report | Appx15766 |
| | PTX-1090 | Raymond C. Rowe *et al.*, The Handbook of Pharmaceutical Excipients 5th Ed. (Pharmaceutical Press 2006) | Appx17244 |
| | PTX-1367 | P.D. Knoester *et al.*, Midazolam Administered Intranasally, 137 Pharmaceutisch Weekblad 112 (2002) (Dutch and Translation) | Appx17286 |
| | PTX-1354 | P.D. Knoester *et al.*, Pharmacokinetics and pharmacodynamics of midazolam administered as a concentrated intranasal spray: A study in healthy volunteers, 53 J. Clinical Pharmacology 501 (2002) | Appx17479 |
| | PTX-1069 | Email from Richard Fisher to Sveinbjörn Gizurarson, dated June 14, 2007, re: Agreement and MPEG-350 | Appx17834 |
| | DTX-2583 | U.S. Food & Drug Administration, Inactive Ingredient Database (2006) | Appx18327 |

US 20040247672A1

(19) **United States**
(12) **Patent Application Publication** (10) **Pub. No.: US 2004/0247672 A1**
**Tracy et al.** (43) **Pub. Date: Dec. 9, 2004**

(54) **INJECTABLE SUSTAINED RELEASE COMPOSITIONS**

(75) Inventors: **Mark A. Tracy**, Arlington, MA (US); **Chiem V. Pham**, Mason, OH (US); **Firouz Asgarzadeh**, Hillsborough, NJ (US); **J. Don Wang**, Frontenac, MO (US)

Correspondence Address:
**HAMILTON, BROOK, SMITH & REYNOLDS, P.C.**
**530 VIRGINIA ROAD**
**P.O. BOX 9133**
**CONCORD, MA 01742-9133 (US)**

(73) Assignee: **Alkermes Controlled Therapeutics, Inc.**, Cambridge, MA

(21) Appl. No.: **10/843,872**

(22) Filed: **May 12, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/471,209, filed on May 16, 2003.

**Publication Classification**

(51) **Int. Cl.**[7] .......... **A61K 9/22**
(52) **U.S. Cl.** .......... **424/468**

(57) **ABSTRACT**

The present invention relates to a polymer paste and a sustained release composition comprising the paste and a biologically active agent. The polymer paste comprises a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the paste is about 400 cP or less. The sustained release composition comprises a biologically active agent and a polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the sustained release composition is about 400 cP or less. In a particular embodiment, the sustained release composition is injectable.

DEFENDANTS' EXHIBIT
DTX-2211
exhibitsticker.com

CIPLA_MIDA_038615


Weight loss (%)
75
70
65
60
55
50
45
40
35
30
25
20
15
10
5
0
+40wt.%PEG300
+40wt.%PEG300
+20wt.%PEG300
No PEG
0
5
10
15
20
25
30
time (days)
ULMPLGA-LA
ULMPDLLA
ULMPDLLA
ULMPDLLA (No PEG)

FIG. 1


TEGPLGA5050 (60 wt%)
Viscosity (cP) at 37°C
2500
2000
1500
1000
500
0
Microsphere Diluent
Acetic Acid
DMSO
Lactic Acid
PEG 200
MPEG 350
PEG 400
Polysorbate 80
Pluronic L101
Pluronic L64
Pluronic L31
Additives

FIG. 2


PEG200 (40 wt%)
Viscosity (cP) at 37 °C
1200
1000
800
600
400
200
0
ULMPLGA5050-1LA
ULMPLGA5050-1L
ULMPLGA5050-2L
ULMPLGA7525-1L
ULMPDLLA-1L
TEGPLGA
Base Polymer

FIG. 3


600
500
400
300
200
100
0
Viscosity (cP) at 37 °C
TEGPLGA
ULMPDLLA-1L
ULMPLGA5050-2L
PEG 200
Acetic Acid
DMSO
P1 P4 P7
P2 P5 P8
P3 P6 P9

FIG. 4


10000
1000
100
10
Viscosity (cP)
Too high to be measured
60%
80%
90%
95%
Polymer Concentration (wt%)

FIG. 5

Case: 26-1992 Document: 25-2 Page: 11 Filed: 09/04/2026




FIG. 6


300
250
200
150
100
50
Viscosity (cP) at 37 °C
60% TEGPLGA
20% Acetic Acid
20% DMSO
30% ULMPLGA5050-1LA
30% TEGPLGA
20% Acetic Acid
20% DMSO
60% ULMPLGA5050-1LA
20% Acetic Acid
20% DMSO
P24
P25
P26

FIG. 7



10000
1000
100
10
Viscosity (cP)
20
25
30
35
40
45
50
55
Temperature (°C)
TEGPLGA 60%, PEG 200 40%
TEGPLGA 60%, Lactic Acid 40%
TEGPLGA 60%, Microsphere diluent 40%
TEGPLGA 60%, MPEG 350 40%
TEGPLGA 100%


FIG. 8


330
320
310
300
290
280
270
260
250
240
230
Viscosity at 37 °C
0
20
40
60
80
100
120
140
Shear Stress (Pa)
TEGPLGA 60%, Lactic Acid 40%
TEGPLGA 60%, MPEG 350 40%
TEGPLGA 60%, Microsphere diluent

FIG. 9


100
80
60
40
20
0
Cumulative Release (%)
I3
I13
0
24
48
72
96
120
Release Time (hrs)

FIG. 10


100
80
60
40
20
0
Cumulative Release (%)
I11
I16
0
24
48
72
96
120
Release Time (hrs)

FIG. 11


100
80
60
40
20
0
Cumulative Release (%)
0
24
48
72
96
120
Release Time (hrs)
I23
I24

FIG. 12


100
90
80
70
60
50
40
30
20
10
0
Cumulative Release (%)
0
24
48
72
96
120
Release Time (hr)
I3
I6
I8

FIG. 13



I9
I10
I11
I12
Cumulative Release (%)
100
90
80
70
60
50
40
30
20
10
0
0
24
48
72
96
120
Release Time (hr)


FIG. 14


100
90
80
70
60
50
40
30
20
10
0
Cumulative Release (%)
0
24
48
72
96
120
Release Time (hr)
I14
I15
I16
I17

FIG. 15


100
80
60
40
20
0
Cumulative Release (%)
I3
I2
I1
0
24
48
72
96
120
Release Time (hrs)

FIG. 16



100
80
60
40
20
0
Cumulative Release (%)
I6
I5
I1
0
24
48
72
96
120
Release Time (hrs)


FIG. 17




FIG. 18

CIPLA_MIDA_038633



Cumulative Release (%)
100
80
60
40
20
0
N2
No paste
0
24
48
72
96
120
144
168
192
216
Release Time (hrs)


FIG. 19


100
80
60
40
20
0
Cumulative Release (%)
N2
N1
0
24
48
72
96
120
144
168
192
216
Release Time (hrs)

FIG. 20


100
80
60
40
20
0
Cumulative Release (%)
0
24
48
72
96
120
144
168
192
216
Release Time
N11
N15
N19
N20

FIG 21



100
80
60
40
20
0
Cumulative Release (%)
0
24
48
72
96
120
144
168
192
216
Release Time (hrs)
N2
N12
N16


FIG. 22


N2
N4
N3
Cumulative Release (%)
100
80
60
40
20
0
0
24
48
72
96
120
144
168
192
216
Release Time (hours)

FIG. 23



100
80
60
40
20
0
Cumulative Release (%)
N7
N5
N3
0
24
48
72
96
120
144
168
192
216
Release Time (hrs)


FIG. 24



100
80
60
40
20
0
Cumulative Release (%)
N8
N3
0
24
48
72
96
120
144
168
192
216
Release Time (hrs)


FIG. 25


100
80
60
40
20
0
Cumulative Release (%)
0
24
48
72
96
120
144
Release Time (hrs)
N19
N21
N20

FIG. 26



Cumulative Release (%)
100
80
60
40
20
0
0
24
48
72
96
120
144
168
192
216
240
Release Time (hrs)
N8
N7
N2


FIG. 27



100
80
60
40
20
0
Cumulative Release (%)
0
24
48
72
96
120
144
168
Release Time (hrs)
N9
N10
N11


FIG. 28



100
80
60
40
20
0
Cumulative Release (%)
N13
N14
N15
0
24
48
72
96
120
Release Time (hrs)


FIG. 29



100
80
60
40
20
0
Cumulative Release (%)
N17
N18
N19
0
24
48
72
Release Time (hrs)


FIG. 30

# INJECTABLE SUSTAINED RELEASE COMPOSITIONS

## RELATED APPLICATION

[0001] This application claims the benefit of U.S. Provisional Patent Application No. 60/471,209, filed May 16, 2003, the entire teachings of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

[0002] Many illnesses or conditions require administration of a constant or sustained level of a medicament or biologically active agent to provide the desired prophylactic or therapeutic effect. This release can be accomplished through a multiple dosing regimen or by employing a system that releases the medicament in a sustained fashion.

[0003] Attempts to sustain medication levels include the use of biodegradable materials, such as polymeric matrices, containing the medicament. The use of these matrices, for example, in the form of microparticles or microcarriers, provides sustained release of medicaments by utilizing the inherent biodegradability of the polymer. The ability to provide a sustained level of medicament can result in improved patient compliance. For example, patient compliance can be particularly difficult in the treatment of chronic disorders or diseases.

[0004] Certain methods of fabricating injectable polymer-based sustained release devices comprise the steps of dissolving a polymer in a solvent, adding the active agent to be incorporated to the polymer solution and removing the solvent from the mixture, thereby forming a matrix of the polymer in a size suitable for injection with the active agent distributed throughout. However, the physical characteristics of the injectable composition (microparticles), such as the morphology, density and size, are significantly dependent upon all steps used in the method of preparation, making control and tailoring of the physical characteristics of the resulting microparticles a difficult and expensive undertaking.

[0005] Other injectable compositions for providing a sustained release of biologically active agent include polymer/drug mixtures which are delivered to the body in a fluid state. Once in the body, the compositions coagulate or cure to form a solid implant. However, these compositions can require the use of large amounts of organic solvents to permit flowability. The use of such large amounts of organic solvents raises safety concerns, particularly for treatment of chronic conditions. In addition, the formation of the solid matrix in vivo from the flowable system is generally not instantaneous causing the biologically active agent to diffuse from the coagulating polymer resulting in undesirable release.

[0006] In view of the above, there is a need for improved, injectable polymer-based sustained release compositions.

## SUMMARY OF THE INVENTION

[0007] The present invention relates to a polymer paste and a sustained release composition comprising the paste and a biologically active agent. The polymer paste comprises a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 deciliters/gram (dL/g) or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the paste is about 400 centipoise (cP) or less. The sustained release composition comprises a biologically active agent and a polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the sustained release composition is about 400 cP or less. In a particular embodiment, the sustained release composition is injectable.

[0008] The invention further relates to a method of delivering an active agent in a sustained fashion to a patient in need thereof comprising administering a therapeutically effective amount of a sustained release composition comprising a biologically active agent and a polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the composition is about 400 cP or less. In a particular embodiment, the sustained release composition is administered by injection.

[0009] In one embodiment, the viscosity reducing agent can be selected from the group consisting of polyethylene glycol polymers, polymer surfactants (hydrophilic, hydrophobic or amphiphilic), organic solvents, aqueous solvents, and combinations thereof.

[0010] In another embodiment, the base polymer is a poly(lactide-co-glycolide) polymer. For example, the poly(lactide-co-glycolide) polymer can be TEGPLGA5050 (Tetraethylene glycol poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and tetraethylene glycol as initiator; ULMPLGA5050-L (Ultralow molecular weight poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and lauryl alcohol as initiator; ULMPLGA5050-LA (Ultralow molecular weight poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and lauric acid as the initiator; ULMPLGA7525-L (Ultralow molecular weight poly(lactide-co-glycolide)): 75%/25% lactide/glycolide monomer units in copolymer and lauryl alcohol as the initiator; or ULMPDLLA-L (Ultralow molecular weight poly((D,L-)lactide)): 100% lactide monomer units in polymer and lauryl alcohol as the initiator.

[0011] The use of biocompatible, biodegradable polymers having an inherent viscosity of about 0.12 dL/g or less results in the ability to use a greater weight percent of the polymer (e.g., about 60 wt % or more) in the paste of the sustained release composition while maintaining suitable flowability for injection, since less of the viscosity reducing agent, e.g., about 40 wt % or less, is needed in the compositions of the present invention to achieve a viscosity which renders the compositions suitable for injection (e.g., 400 cP or less). As a result, the use of a greater weight percent of polymer can provide sustained release compositions with an increased drug load.

[0012] A suitable viscosity is about 400 cP or less, for example, about 300 cP or less. In a particular embodiment, the viscosity is about 200 cP or less, for example, about 100 cP or less such as about 50 cP or less. The value of viscosity as used herein is determined at 37° C.

[0013] The injectable polymer-based sustained release composition of the present invention provides a facile manufacturing process by eliminating the need to form compositions with a defined shape, for example, microparticles for injection. Advantageously, the system permits a higher drug load thereby reducing the injection volume and frequency. In addition, the base polymers described herein can provide a sustained release composition with suitable flowability and injectability resulting in a desired suspension of drugs in the polymer, thereby decreasing the surface area and subsequently decreasing the surface drug concentration which can result in reduced initial drug release. A further advantage is that the base polymers described herein permit a higher concentration of polymer, resulting in improved sustained release of the active agent.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0014] The foregoing and other objects, features and advantages of the invention will be apparent from the following more particular description of preferred embodiments of the invention, as illustrated in the accompanying drawings.

[0015] **FIG. 1** is a graph of weight loss percent versus time in days for the indicated base polymer and polymer pastes.

[0016] **FIG. 2** is a bar graph showing the viscosities of polymer pastes prepared using TEGPLGA5050 at 60% and the indicated viscosity reducing agent at 40%.

[0017] **FIG. 3** is a bar graph showing the viscosities of polymer pastes prepared using 40% PEG200 as the viscosity reducing agent and the indicated base polymer at 60%.

[0018] **FIG. 4** is a bar graph showing the viscosities of polymer pastes (**P1**-**P9**) prepared using the indicated base polymer at 60% and the indicated viscosity reducing agent at 40%.

[0019] **FIG. 5** is a bar graph showing the viscosities of polymer pastes having the indicated weight percent of ULMPLGA5050-2L as the base polymer with the remaining weight percent being acetic acid as the viscosity reducing agent.

[0020] **FIG. 6** is a bar graph showing the viscosities of polymer pastes (**P10**-**P21**) prepared from the indicated combinations of base polymer (60 wt %) and viscosity reducing agent (40 wt %).

[0021] **FIG. 7** is a bar graph showing the viscosities of polymer pastes (**P24**-**P26**) prepared from the indicated combinations of base polymer and viscosity reducing agent.

[0022] **FIG. 8** is a graph of viscosity versus temperature for the indicated polymer pastes.

[0023] **FIG. 9** is a graph of viscosity versus shear stress for the indicated polymer pastes.

[0024] **FIG. 10** is a graph of percent cumulative release of insulin versus time for sustained release compositions **I3** and **I13** comprising insulin, the indicated polymer at 60 wt % and PEG200 at 40 wt %.

[0025] **FIG. 11** is a graph of % cumulative release of insulin versus time for sustained release compositions **I11** and **I16** comprising insulin, the indicated polymer at 60 wt % and a combination of 20 wt % DMSO+20 wt % acetic acid as the viscosity reducing agent.

[0026] **FIG. 12** is a graph of percent cumulative release of insulin versus time for sustained release compositions **I23** and **I24** comprising insulin, the indicated polymers at 60 wt % and a combination of 20 wt % DMSO+20% acetic acid as the viscosity reducing agent.

[0027] **FIG. 13** is a graph of percent cumulative release of insulin versus time for sustained release compositions **I3**, **I6** and **I8** comprising insulin, ULMPLGA5050-2L as the base polymer at 60 wt %.

[0028] **FIG. 14** is a graph of percent cumulative release of insulin versus time for sustained release compositions **I9**, **I10**, **I11** and **I12** comprising insulin, ULMPLGA5050-2L as the base polymer at 60 wt %.

[0029] **FIG. 15** is a graph of percent cumulative release of insulin versus time for sustained release compositions **I14**, **I15**, **I16** and **I17** comprising insulin, ULMPDLLA as the base polymer at 60 wt %.

[0030] **FIG. 16** is a graph of percent cumulative release of insulin versus time for sustained release compositions **I1**, **I2** and **I3** comprising insulin, ULMPLGA5050-2L as the base polymer and PEG200 as the viscosity reducing agent.

[0031] **FIG. 17** is a graph of the percent cumulative release of insulin versus time for sustained release compositions **I1**, **I5** and **I6** comprising insulin, ULMPLGA5050-2L as the base polymer and DMSO as the viscosity reducing agent.

[0032] **FIG. 18** is a graph of the percent cumulative release of insulin versus time for sustained release compositions **I1**, **I7** and **I8** comprising insulin, ULMPLGA5050-2L as the base polymer and acetic acid as the viscosity reducing agent.

[0033] **FIG. 19** is a graph of the percent cumulative release of naltrexone versus time for naltrexone alone (50 micrograms, No paste) and a sustained release composition **N2** comprising naltrexone (20 g/100 g paste), ULMPLGA-2L as the base polymer and PEG200 as the viscosity reducing agent.

[0034] **FIG. 20** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions comprising naltrexone, 60 wt % ULMPLGA5050-2L+40 wt % PEG200 as the polymer paste and having a drug load of 20 g/100 g of polymer paste (**N2**) and 50 g/100 g of polymer paste (**N1**).

[0035] **FIG. 21** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N11**, **N15**, **N19** and **N20**, comprising naltrexone and a mixture of 20 wt % DMSO+20 wt % acetic acid as the viscosity reducing agent.

[0036] **FIG. 22** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N2**, **N12** and **N16**, comprising naltrexone, 40 wt % PEG200 as the viscosity reducing agent.

[0037] **FIG. 23** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N2**, **N3** and **N4**, comprising naltrexone, PEG200 as the viscosity reducing agent and ULMPLGA5050-2L as the base polymer.

[0038] **FIG. 24** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N3**, **N6** and **N7**, comprising naltrexone, DMSO as the viscosity reducing agent and ULM-PLGA5050-2L as the base polymer.

[0039] **FIG. 25** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions N3 and **N8** comprising naltrexone, acetic acid as the viscosity reducing agent and ULMPLGA5050-2L as the base polymer.

[0040] **FIG. 26** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N19**, **N20** and **N21**, comprising naltrexone and a combination of 20 wt % DMSO+20 wt % acetic acid as the viscosity reducing agent.

[0041] **FIG. 27** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions N2, **N7** and **N8**, comprising naltrexone, ULM-PLGA5050-2L at 60 wt %.

[0042] **FIG. 28** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N9**, **N10** and **N11**, comprising naltrexone, ULMPLGA5050-2L at 60 wt %.

[0043] **FIG. 29** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions, **N13**, **N14** and **N15**, comprising naltrexone, ULMPDLLA at 60 wt %.

[0044] **FIG. 30** is a graph of the percent cumulative release of naltrexone versus time for sustained release compositions **N17**, **N18** and **N19**, comprising naltrexone, TEGPLGA at 60 wt %.

## DETAILED DESCRIPTION OF THE INVENTION

[0045] A description of preferred embodiments of the invention follows.

[0046] The present invention relates to a polymer paste and a sustained release composition comprising the paste and a biologically active agent. The polymer paste comprises a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the paste is about 400 cP or less. The sustained release composition comprises a biologically active agent and a polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the sustained release composition is about 400 cP or less. In a particular embodiment, the sustained release composition is injectable. The viscosity of the sustained release composition can be about 400 cP or less, thereby providing flowability characteristics to permit injection. For example, a viscosity of about 300 cP or less, about 200 cP or less, about 100 cP or less or about 50 cP or less can provide a sustained release composition suitable for injection. The biodegradable, biocompatible polymer of the polymer paste is referred to herein as the base polymer.

[0047] In one embodiment, the viscosity reducing agent can be selected from the group consisting of polyethylene glycol polymers, surfactants (hydrophilic, hydrophobic or amphiphilic), organic solvents, aqueous solvents, and combinations thereof.

[0048] In another embodiment, the base polymer is a poly(lactide-co-glycolide) polymer. For example, the poly(lactide-co-glycolide) polymer can be TEGPLGA5050 (Tetraethylene glycol poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and tetraethylene glycol as initiator; ULMPLGA5050-L and ULMPLGA5050-L (Ultralow molecular weight poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and lauryl alcohol as initiator; ULM-PLGA5050-LA (Ultralow molecular weight poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and lauric acid as the initiator; ULM-PLGA7525-L (Ultralow molecular weight poly(lactide-co-glycolide)): 75%/25% of lactide/glycolide monomer units in copolymer and lauryl alcohol as the initiator; or ULMP-DLLA-L (Ultralow molecular weight poly((D,L-)lactide)): 100% of lactide monomer units in polymer and lauryl alcohol as the initiator.

[0049] Viscosity Reducing Agents

[0050] Suitable viscosity-reducing agents for use in the present invention are bioresorbable, biocompatible and miscible with the polymer of the resulting polymer paste. It is desirable that the viscosity reducing agents possess a low viscosity, for example, a viscosity of about 400 cP or less. It is preferred that the solubility characteristics of the viscosity reducing agent are similar to those of the base polymer. Combinations of viscosity reducing agents are suitable for use in the invention.

[0051] For example, polyethylene glycol polymers, surfactants, organic solvents, aqueous solvents and combinations thereof are suitable for use as viscosity reducing agents. The amount of viscosity reducing agent present in the sustained release composition of the invention can range from about 5 wt % to about 40 wt % based on the combined weight of the base polymer and viscosity reducing agent.

[0052] Polyethylene glycol polymers (PEG) are liquid and solid polymers of the general formula $H(OCH_2CH_2)_nOH$, where n is greater than or equal to 4. In general, each PEG is followed by a number which corresponds to its average molecular weight. For example, PEG200 has an average value of n of 4 with a molecular weight range between 190 and 210, PEG400 has an average value of n between 8.2 and 9.1 with a molecular weight range between 380-420, PEG600 has an average value of n between 12.5 and 13.9 with a molecular weight range between 570 and 630. In a particular embodiment, the PEG is a liquid at room temperature. For example, the PEG can be PEG200, PEG400 or MPEG350 (monomethoxy PEG) which are all liquids at room temperature.

[0053] Polymer surfactants, in particular, nonionic polymer surfactants, are suitable for use in the invention. Suitable nonionic polymer surfactants include poloxamers, which are polyethylenepolypropyleneglycol polymers commonly referred to as Pluronics. Suitable examples include, but are not limited to, poloxamer 331, poloxamer 407 sold under the trademark PLURONIC® F127, poloxamer 188

sold under the trademark PLURONIC® F68, poloxamer 184 sold under the trademark PLURONIC® L64, PLURONIC® L31, PLURONIC® L101, and combinations thereof. PLURONIC is a trademark of BASF Corp. (Mount Olive, N.J.).

[0054] Polysorbates are another type of nonionic surfactant often referred to as polyoxyethylene sorbitan esters. Polysorbate 80 sold under the trademark TWEEN® 80, polysorbate 20 sold under the trademark TWEEN® 20, and combinations thereof are suitable polysorbates for use in the invention. TWEEN® is a trademark of ICI Americas, Inc. (Bridgewater, N.J.).

[0055] Suitable organic solvents for use as a viscosity reducing agent are biocompatible, pharmaceutically acceptable and miscible to dispersible in aqueous or body fluids. In addition, the pharmaceutically acceptable organic solvents are present in the sustained release composition in an amount which is pharmaceutically acceptable. Organic solvents suitable for use as a viscosity reducing agent include, but are not limited to, organic acids such as lactic acid and acetic acid; dimethyl sulfoxide (DMSO); dimethylsulfone; tetrahydrofuran; N-methyl-2-pyrrolidone (NMP); 2-pyrrolidone; alcohols such as solketal, glycerol formal, benzyl alcohol and glycofurol; dialkylamides such as dimethylformamide, dimethylacetamide; triacetiens; and other suitable solvents such as benzyl benzoate, methyl benzoate, ethyl acetate, ethyl lactate and any combinations thereof.

[0056] Combinations of viscosity reducing agents which are suitable for use in the invention include, but are not limited to, PEG and an organic solvent, PEG and an organic acid, and/or two or more organic solvents, for example, DMSO and acetic acid.

[0057] Base Polymers

[0058] Base polymers suitable to form the polymer paste and the sustained release composition of this invention are biocompatible, biodegradable polymers, blends or copolymers thereof having an inherent viscosity of about 0.12 dL/g or less. A polymer is biocompatible if the polymer and any degradation products of the polymer are non-toxic to the recipient and also possess no significant deleterious or untoward effects on the recipient's body, such as an immunological reaction at the injection site. The use of a polymer having an inherent viscosity of about 0.12 dL/g or less permits the polymer to be present in the paste in an amount suitable to impart sustained release to the incorporated active agent of the sustained release composition, while providing a suitable viscosity for administration of the composition by injection. It has been determined that polymers having an inherent viscosity of about 0.12 dL/g or less and which are present in the paste in at least 60 wt % can impart sustained release characteristics to the composition.

[0059] Biodegradable, as defined herein, means the composition will degrade or erode in vivo to form smaller units or chemical species. Degradation can result, for example, by enzymatic, chemical and physical processes.

[0060] The terminal functionalities or pendant groups of the polymers can be modified, for example, to modify hydrophobicity, hydrophilicity and/or to provide, remove or block moieties which can interact with the active agent via, for example, ionic or hydrogen bonding.

[0061] Suitable biocompatible, biodegradable polymers include, for example, poly(lactide)s, poly(glycolide)s, poly(lactide-co-glycolide)s, poly(lactic acid)s, poly(glycolic acid)s, polycarbonates, polyesteramides, polyanhydrides, poly(amino acid)s, polyacetals, polycyanoacrylates, polyetheresters, polyorthoesters, polycaprolactone, poly(dioxanone)s, poly(alkylene alkylate)s, polyurethane and blends and copolymers thereof, for example, PLG-co-EMPO polymers described in copending U.S. patent application Ser. No. 09/886,394, entitled "Functionalized Degradable Polymer," filed on Jun. 22, 2001, the entire content of which is hereby incorporated by reference.

[0062] Acceptable base polymers used in this invention can be determined by a person of ordinary skill in the art taking into consideration factors such as the viscosity of the resulting sustained release composition, the desired polymer degradation rate, physical properties such as mechanical strength, end group chemistry and rate of dissolution of polymer in solvent. In a preferred embodiment, the base polymer is a poly(lactide-co-glycolide) (hereinafter "PLG" or "PLGA"). In particular embodiments, the poly(lactide-co-glycolide) contains free carboxyl end groups. In other embodiments, the poly(lactide-co-glycolicde) contains alkyl ester end groups such as methyl ester end groups and lauryl ester end groups.

[0063] Specific poly(lactide-co-glycolide) polymers suitable for use in the invention include, but are not limited to: TEGPLGA5050 (Tetraethylene glycol poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and tetraethylene glycol as initiator; ULMPLGA5050-1L and ULMPLGA5050-2L (Ultralow molecular weight poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and lauryl alcohol as initiator; ULMPLGA5050-1LA (Ultralow molecular weight poly(lactide-co-glycolide)): 50%/50% lactide/glycolide monomer units in copolymer and lauric acid as the initiator; ULMPLGA7525-1L (Ultralow molecular weight poly(lactide-co-glycolide)): 75%/25% of lactide/glycolide monomer units in copolymer and lauryl alcohol as the initiator; and ULMPDLLA-1L (Ultralow molecular weight poly((D,L-)lactide)): 100% of lactide monomer units in polymer and lauryl alcohol as the initiator.

[0064] The inherent viscosity, as used herein is the natural logarithm of the relative viscosity divided by the concentration of the polymer solution. The inherent viscosity is related to polymer molecular size as longer polymer chains result in larger values of inherent viscosity for a given polymer and solvent system.

[0065] The relative viscosity is the ratio of the viscosity of a polymer solution to the viscosity of the pure solvent. The relative viscosity is measured as the ratio of their efflux times (time required for a liquid to pass between the upper and lower graduation marks on a viscometer) through a standard capillary.

[0066] The inherent viscosity can be determined using the following calculation:

$$\text{Inherent Viscosity (dL/g)} = ln(RV)*1000*1/w = ln(\text{RV})*1000/w$$

[0067] ln(RV)=natural logarithm of the relative viscosity

[0068] w=weight of polymer in the sample solution (mg)

[0069] The polymer paste and sustained release composition comprising the polymer paste and biologically active agent has an inherent viscosity of about 0.12 dL/g or less. For example, the inherent viscosity can be 0.12 or less, such as about 0.1 dL/g or less, for example, 0.1, 0.09, 0.08, 0.07, 0.06, 0.05, 0.04, 0.03, 0.02 and 0.01 dL/g when measured in chloroform at 30° C.

[0070] Further details relating to determination of the inherent viscosity are set forth in the Experimental Section.

[0071] Biologically Active Agents

[0072] The term "biologically active agent," as used herein, is an agent or its pharmaceutically acceptable salt which, when released in vivo, possesses the desired biological activity, for example, therapeutic, diagnostic and/or prophylactic properties in vivo. It is understood that the term includes stabilized biologically active agents as described herein. The terms "biologically active agent,""therapeutic, prophylactic or diagnostic agent,""drug,""active agent," and "agent" are used interchangeably herein.

[0073] Examples of suitable biologically active agents include, but are not limited to, antipsychotic agents such as aripiprazole, risperidone, and olanzapine; antitumor agents such as bleomycin hydrochloride, carboplatin, methotrexate and adriamycin; antibiotics such as gentamicin, tetracycline hydrochloride and ampicillin; antipyretic, analgesic and anti-inflammatory agents; antitussives and expectorants such as ephedrine hydrochloride, methylephedrine hydrochloride, noscapine hydrochloride and codeine phosphate; sedatives such as chlorpromazine hydrochloride, prochlorperazine hydrochloride and atropine sulfate; muscle relaxants such as tubocurarine chloride; antiepileptics such as sodium phenytoin and ethosuximide; antiulcer agents such as metoclopramide; antidepressants such as clomipramine; antiallergic agents such as diphenhydramine; cardiotonics such as theophillol; antiarrhythmic agents such as propranolol hydrochloride; vasodilators such as diltiazem hydrochloride and bamethan sulfate; hypotensive diuretics such as pentolinium and ecarazine hydrochloride; antidiuretic agents such as metformin; anticoagulants such as sodium citrate and sodium heparin; hemostatic agents such as thrombin, menadione sodium bisulfite and acetomenaphthone; antituberculous agents such as isoniazide and ethanbutol; hormones such as prednisolone sodium phosphate and methimazole; and narcotic antagonists such as nalorphine hydrochloride.

[0074] Additional biologically active agents suitable for use in the invention include, but are not limited to, proteins, muteins and active fragments thereof, such as immunoglobulins, antibodies, cytokines (e.g., lymphokines, monokines, chemokines), interleukins, interferons (β-IFN, α-IFN and γ-IFN), erythropoietin, nucleases, tumor necrosis factor, colony stimulating factors, insulin, enzymes (e.g., superoxide dismutase, tissue plasminogen activator), tumor suppressors, blood proteins, hormones and hormone analogs (e.g., growth hormone, adrenocorticotropic hormone, luteinizing hormone releasing hormone (LHRH), GLP-1 and exendin), vaccines (e.g., tumoral, bacterial and viral antigens), antigens, blood coagulation factors; growth factors; peptides such as protein inhibitors, protein antagonists, and protein agonists; nucleic acids, such as antisense molecules; oligonucleotides; ribozymes and derivatives (e.g., pegylated derivatives) thereof.

[0075] As defined herein, a sustained release of biologically active agent is a release of the agent from the sustained release composition of the invention which occurs over a period which is longer than that period during which a biologically significant amount of the active agent would be available following direct administration of a solution of the active agent. It is preferred that a sustained release be a release which occurs over a period of at least about a few days, for example, about one week, about two weeks, about three weeks or about four weeks. The sustained release can be a continuous or a discontinuous release, with relatively constant or varying rates of release. The continuity of release and level of release can be affected by the type of base polymer used, the type and amount of viscosity reducing agent selected, the active agent loading, and/or selection of excipients to produce the desired effect.

[0076] As used herein, a therapeutically effective amount, prophylactically effective amount or diagnostically effective amount is the amount of the sustained release composition needed to elicit the desired biological response following administration.

[0077] The sustained release compositions prepared according to the invention can contain from about 0.01 g to about 90 g of the biologically active agent per 100 g of polymer paste. g active agent/100 g polymer paste refers to the weight of drug present if combined with 100 g of polymer paste to form the composition. For example, the drug is present at 20 g/100 g of polymer paste when 20 g of drug is added to 100 g of polymer paste. The amount of agent can vary depending upon the desired effect of the agent, the planned release levels, and the time span over which the agent is to be released. A preferred range of agent loading is about 0.1 g active agent/100 g polymer paste to about 75 g active agent/100 g polymer paste, for example, about 0.1 g active agent/100 g polymer paste to about 60 g active agent/100 g polymer paste. A more preferred range of agent loading is about 0.5 g active agent/100 g polymer paste to about 75 g of active agent/100 g polymer paste, for example, about 0.5 g active agent/100 g polymer paste to about 60 g active agent/100 g polymer paste. For example, the drug can be present at about 1 g, 10, 20, 30, 40, 50 or about 60 g per 100 g polymer paste.

[0078] In one embodiment, the biologically active agent is stabilized. The biologically active agent can be stabilized against degradation, loss of potency and/or loss of biological activity, all of which can occur during formation of the sustained release composition having the biologically active agent dispersed therein, and/or prior to and during in vivo release of the biologically active agent. In one embodiment, stabilization can result in a decrease in the solubility of the biologically active agent, the consequence of which is a reduction in the initial release of biologically active agent. In addition, the period of release of the biologically active agent can be prolonged.

[0079] Stabilization of the biologically active agent can be accomplished, for example, by the use of a stabilizing agent or a specific combination of stabilizing agents. "Stabilizing agent," as that term is used herein, is any agent which binds or interacts in a covalent or non-covalent manner or is included with the biologically active agent. Stabilizing agents suitable for use in the invention are described in U.S. Pat. Nos. 5,716,644 and 5,674,534 to Zale, et al.; U.S. Pat. Nos. 5,654,010 and 5,667,808 to Johnson, et al.; U.S. Pat. No. 5,711,968 to Tracy, et al., and U.S. Pat. No. 6,265,389 to Burke, et al.; and in copending U.S. patent application

Ser. No. 08/934,830 by Burke, et al., filed on Sep. 22, 1997, the entire teachings of each of which are incorporated herein by reference.

**[0080]** For example, a metal cation can be complexed with the biologically active agent, or the biologically active agent can be complexed with a polycationic complexing agent such as protamine, albumin, spermidine and spermine, or associated with a "salting-out" salt. In addition, a specific combination of stabilizing agents and/or excipients may be needed to optimize stabilization of the biologically active agent. For example, when the biologically active agent in the sustained release composition is an acid-stable or free sulfhydryl-containing protein such as β-IFN, a particular combination of stabilizing agents which includes a disaccharide and an acidic excipient can be added to the mixture. This type of stabilizing formulation is described in detail in U.S. Pat. No. 6,465,425 issued to Tracy, et al., on Oct. 15, 2002, the entire contents of which is incorporated herein by reference.

**[0081]** Suitable metal cations include any metal cation capable of complexing with the biologically active agent. A metal cation-stabilized biologically active agent, as defined herein, comprises a biologically active agent and at least one type of metal cation wherein the cation is not significantly oxidizing to the biologically active agent. In a particular embodiment, the metal cation is multivalent, for example, having a valency of +2 or more. If the agent is metal cation-stabilized, it is preferred that the metal cation is complexed to the biologically active agent.

**[0082]** Suitable stabilizing metal cations include biocompatible metal cations. A metal cation is biocompatible if the cation is non-toxic to the recipient in the quantities used and also presents no significant deleterious or untoward effects on the recipient's body such as a significant immunological reaction at the injection site. The suitability of metal cations for stabilizing biologically active agents and the ratio of metal cation to biologically active agent needed can be determined by one of ordinary skill in the art by performing a variety of stability indicating techniques such as polyacrylamide gel electrophoresis, isoelectric focusing, reverse phase chromatography, and High Performance Liquid Chromatography (HPLC) analysis on particles of metal cation-stabilized biologically active agents prior to and following particle size reduction and/or encapsulation. The molar ratio of metal cation to biologically active agent is typically between about 1:2 and about 100:1, preferably between about 2:1 and about 12:1.

**[0083]** Examples of stabilizing metal cations include, but are not limited to, $K^+$, $Zn^{+2}$, $Mg^{+2}$ and $Ca^{+2}$. Stabilizing metal cations also include cations of transition metals such as $Cu^{+2}$. Combinations of metal cations can also be employed.

**[0084]** The biologically active agent can also be stabilized with at least one polycationic complexing agent. Suitable polycationic complexing agents include, but are not limited to, protamine, spermine, spermidine and albumin. The suitability of polycationic complexing agents for stabilizing biologically active agents can be determined by one of ordinary skill in the art in the manner described above for stabilization with a metal cation. An equal weight ratio of polycationic complexing agent to biologically active agent is suitable.

**[0085]** Further, excipients can be added to the compositions of the present invention such as, for example, to maintain the potency of the biologically active agent over the duration of release and to modify polymer degradation. One or more excipients can be added to the mixture which is then used to form the polymer/biologically active agent matrix. For example, an excipient may be suspended or dissolved along with polymer and agent in a solvent system prior to formation of the polymer drug matrix.

**[0086]** Suitable excipients include, for example, carbohydrates, amino acids, fatty acids, surfactants, and bulking agents. Such excipients are known to those of ordinary skill in the art. An acidic or a basic excipient is also suitable. The amount of excipient used is based on its ratio to the biologically active agent, on a weight basis. For amino acids, fatty acids and carbohydrates, such as sucrose, trehalose, lactose, mannitol, dextran and heparin, the ratio of carbohydrate to biologically active agent, is typically between about 1:10 and about 20:1. For surfactants, the ratio of surfactant to biologically active agent is typically between about 1:1000 and about 2:1. Bulking agents typically comprise inert materials. Suitable bulking agents are known to those of ordinary skill in the art.

**[0087]** The excipient can comprise a metal cation component which is separately dispersed within the sustained release composition. This metal cation component acts to modulate the release of the biologically active agent and is not complexed with the biologically active agent. The metal cation component can optionally contain the same species of metal cation, as is contained in the metal cation stabilized biologically active agent, if present, and/or can contain one or more different species of metal cation. The metal cation component acts to modulate the release of the biologically active agent from the polymer matrix of the sustained release composition and can enhance the stability of the biologically active agent in the composition. A metal cation component used in modulating release typically comprises at least one type of multivalent metal cation. Examples of metal cation components suitable to modulate release include or contain, for example, $Mg(OH)_2$, $MgCO_3$ (such as $4MgCO_3.Mg(OH)_2.5H_2O$), $MgSO_4$, $Zn(OAc)_2$, $Mg(OAc)_2$, $ZnCO_3$ (such as $3Zn(OH)_2.2ZnCO_3$)$ZnSO_4$, $ZnCl_2$, $MgCl_2$, $CaCO_3$, $Zn_3(C_6H_5O_7)_2$ and $Mg_3(C_6H_5O_7)_2$. A suitable ratio of metal cation component to polymer is between about 1:99 to about 1:2 by weight. The optimum ratio depends upon the polymer and the metal cation component utilized and can be determined by one of ordinary skill in the art without undue experimentation. A polymer matrix containing a dispersed metal cation component to modulate the release of a biologically active agent from the polymer matrix is further described in U.S. Pat. No. 5,656,297 issued to Bernstein, et al., on Aug. 12, 1997, and U.S. Pat. No. 5,912,015 issued to Bernstein, et al., on Jun. 15, 1999, the entire contents of both of which are incorporated herein by reference.

**[0088]** The composition of this invention can be administered in vivo, for example, to a human or to an animal by injection, implantation (e.g., subcutaneously, intramuscularly, intraperitoneally, intracranially, and intradermally), administration to mucosal membranes (e.g., intranasally, intravaginally, intrapulmonary, buccally or by means of a suppository), topically, or in situ delivery (e.g., by enema or aerosol spray) to provide the desired dosage of biologically active agent based on the known parameters for treatment

with the particular agent of the various medical conditions. It is preferred that the sustained release composition of the present invention is injected.

[0089] The sustained release composition can be administered using any dosing schedule which achieves the desired therapeutic levels for the desired period of time. For example, the sustained release composition can be administered and the patient monitored until levels of the drug being delivered return to baseline. Following a return to baseline, the sustained release composition can be administered again. Alternatively, the subsequent administration of the sustained release composition can occur prior to achieving baseline levels in the patient.

[0090] In some instances, it can be desirable to heat the sustained release composition to approximately body temperature prior to administration. The increase in temperature prior to injection can reduce the viscosity of the sustained release composition providing increased flowability and ease of administration. Syringes with heating mechanisms are known and can be suitably adapted, if needed, to administer the sustained release composition described herein.

[0091] The injectable sustained release compositions of the present invention are used in methods for providing therapeutically, prophylactically, or diagnostically effective amounts of a biologically active agent to a subject for a sustained period. The injectable sustained release compositions described herein provide increased therapeutic benefits by reducing fluctuations in active agent concentration in blood, by providing a more desirable release profile and by potentially lowering the total amount of biologically active agent needed to provide a therapeutic benefit.

[0092] As used herein, a "therapeutically effective amount,""prophylactically effective amount," or "diagnostically effective amount" is the amount of the biologically active agent or of the sustained release composition of biologically active agent needed to elicit the desired biological, prophylactic or diagnostic response following administration.

[0093] "Patient" as that term is used herein refers to the recipient of the treatment. Mammalian and non-mammalian patients are included. In a specific embodiment, the patient is a mammal, such as a human, canine, murine, feline, bovine, ovine, swine or caprine. In a preferred embodiment, the patient is a human.

[0094] As used herein, the terms "a" and "an" refer to one or more.

[0095] Experimental

[0096] Preparation of Base Polymer

[0097] A number of different ultralow molecular weight base polymers were prepared and combined with a variety of viscosity reducing agents to determine suitable combinations for use in the sustained release compositions of the invention.

[0098] Viscosity

[0099] Viscosity, as used herein, is a measure of the resistance of a material to flow and equals shear stress divided by shear rate. The centipoise (cP) is the unit of measurement for viscosity. The viscosity measurements reported herein for the polymer pastes and sustained release compositions (comprising polymer paste and active agent) were conducted at 37° C.

[0100] The viscosity of the base polymer/viscosity reducing agent combination, referred to herein as the polymer paste, and of the sustained release composition (polymer paste and drug) was measured using a Brookfield viscometer (cone and plate mechanism) at various temperatures and shear stresses. A Brookfield DV-II+ viscometer was used for measuring the viscosity of the prepared polymer paste. Spindle CP-52 was chosen, allowing viscosity measurements from 9.3 to 30,750 cP. The volume of each sample for the viscosity measurement was about 0.5 mL. The temperature of the sample was maintained at 37° C. using a controlled temperature water bath. The operating conditions of the DV-II+ viscometer were Torque(%): 10-90, Rotation Frequency (RPM): 2-60, Shear Stress (Pa): 2-855 and Temperature (° C.): 37.

[0101] A suitable viscosity for the polymer paste and the sustained release composition can be about 400 cP or less. A viscosity of about 400 cP or less can provide a composition suitable for injection. For example, the viscosity of the sustained release composition can be about 400 cP or less, such as about 300 cP or less, about 200 cP or less, about 100 cP or less, or about 50 cP or less.

[0102] Preparation of Polymer Pastes

EXAMPLE 1

Preparation of Base Polymers

[0103] Six different lactide/glycolide block copolymers with an inherent viscosity of about 0.12 dL/g or less were prepared using various proportions of the monomer units and a variety of initiators. The reaction scheme for polymer preparation is shown below along with a brief description of each polymer prepared:




[0104] Polymerization Procedure

[0105] The base polymers described herein can be prepared using suitable methods known in the art. A representative synthesis is set forth below. It is understood that modifications in reaction conditions and reagents can be made to the representative synthesis. For example, reaction time and temperature can be modified to achieve the desired polymer. In addition, other suitable chain regulating agents, solvents and monomers can be employed.

[0106] ULMPLGA5050-1L

[0107] In a 500 mL flask equipped with a stirrer paddle, stirrer motor and gas outlet, 120.0 g of d,l-lactide and 96.0 g of glycolide were placed under nitrogen blanket. The reaction flask was purged with dry nitrogen by evacuating and releasing the vacuum five times. The flask and its contents were lowered into a silicon oil bath preheated at 170° C. (ULMPLGA5050-2L, prepared using same procedure but at a reaction temperature of 150° C).

[0108] After the monomers completely melted, 56.25 g of lauryl alcohol and 70.0 mg of stannous octoate were added. Eighteen hours later, vacuum was applied for about 2 hours to remove the unreacted monomers. The resulting polymer was collected by extruding into liquid nitrogen and immediately transferred into an amber jar. The yield of the copolymer obtained was 244.0 g (89.6%). The inherent viscosity of this copolymer was 0.05 dL/g measured in chloroform at 30° C.

[0109] TEGPLGA5050 (Tetraethylene glycol poly(lactide-co-glycolide))

[0110] Initiator: Tetraethylene glycol ('TEG' at the beginning of the nomenclature)

[0111] Composition: 50%/50% of lactide/glycolide monomer units in copolymer.

[0112] ULMPLGA5050-1L (Ultralow molecular weight poly(lactide-co-glycolide))

[0113] Initiator: Lauryl alcohol ('L' at the end of the nomenclature). '1' represents version 1 (reaction temperature 170° C).

[0114] Composition: 50%/50% of lactide/glycolide monomer units in copolymer.

[0115] ULMPLGA5050-2L (Ultralow molecular weight poly(lactide-co-glycolide))

[0116] Initiator: Lauryl alcohol ('L' at the end of the nomenclature). '2' represents version 2 (reaction temperature 150° C.).

[0117] Composition: 50%/50% of lactide/glycolide monomer units in copolymer.

[0118] ULMPLGA5050-1LA (Ultralow molecular weight poly(lactide-co-glycolide))

[0119] Initiator: Lauric Acid ('LA' at the end of the nomenclature). '1' represents version 1.

[0120] Composition: 50%/50% of lactide/glycolide monomer units in copolymer.

[0121] ULMPLGA7525-1L (Ultralow molecular weight poly(lactide-co-glycolide))

[0122] Initiator: Lauryl alcohol ('L' at the end of the nomenclature). '1' represents version 1.

[0123] Composition: 75%/25% of lactide/glycolide monomer units in copolymer.

[0124] ULMPDLLA-1L (Ultralow molecular weight poly((D,L-)lactide))

[0125] Initiator: Lauryl alcohol ('L' at the end of the nomenclature). '1' represents version 1.

[0126] Composition: 100% lactide monomer units in polymer.

[0127] The polymer properties mass-average molecular weight, polydispersity index and inherent viscosity are listed in Table 1.

[0128] Inherent Viscosity

[0129] The inherent viscosities of the base polymers used to prepare the polymer pastes and sustained release compositions described herein, were determined using a polymer solution having 500 mg (±5 mg) dissolved to a total volume of 100 mL in chloroform. The measurements needed to calculate the inherent viscosity were conducted at 37° C.

[0130] First, the solvent efflux time (tS) was measure at 30° C. using a Cannon-Fenske Type Viscometer having a suitable capillary size, for example 25. The viscometer was used in accordance with manufacturer's instructions. Briefly, the tS was measured by drawing the solvent into the upper reservoir of the viscometer and allowing the solvent to drain through the capillary and measuring the time required for the solvent to pass between the graduation marks on the viscometer.

[0131] The efflux time of the polymer solution (tP) was similarly measured using the prepared polymer solution.

[0132] The relative viscosity of each polymer sample was then calculated as shown below:

Relative Viscosity $(RV)=tS/tP$

[0133] where:

[0134] tP=efflux time for the polymer sample (sec.)

[0135] tS=average efflux time for the solvent (sec.)

[0136] The inherent viscosity can be determined using the following calculation:

Inherent Viscosity (dL/g)$=ln(RV)*1000*1/w=ln(RV)*1000/w$

[0137] ln(RV)=natural logarithm of the relative viscosity

[0138] w=weight of polymer in the sample solution (mg)

TABLE 1

| Polymer | Initiator | Inherent Viscosity (dL/g) | Average Molecular Weight (Daltons) | Polydispersity Index ($M_w/M_n$) |
|---|---|---|---|---|
| TEGPLGA5050 | TEG | 0.05 | 1,090 | 1.28 |
| ULMPLGA5050-1L | Lauryl Alcohol | 0.05 | 2,120 | 1.51 |
| ULMPLGA5050-1LA | Lauryl Acid | 0.08 | 2,160 | 2.06 |
| ULMPLGA7525-1L | Lauryl Alcohol | 0.06 | 2,100 | 1.29 |
| ULMPDLLA-1L | Lauryl Alcohol | 0.05 | 2,070 | 1.28 |

EXAMPLE 2

[0139] The appropriate polymer and viscosity reducing agent were each weighed into separate 3 mL syringes. Mixing of the polymer and viscosity reducing agent was conducted by connecting the syringes with a steel connector, and mixing the contents of the syringes until a polymer paste with a uniform appearance was achieved.

[0140] Polymer pastes with different proportions of polymer to additive were prepared and incubated in a buffer to study their degradation rate, which was recorded by measuring the weight loss over a period of time. Specifically, the following formulations were prepared and degradation measured:

[0141] ULMPLGA-1LA+40 WT. % PEG300

[0142] ULMPDLLA+40 WT. % PEG300

[0143] ULMPDLLA+20 WT. % PEG 300

[0144] ULMPDLLA (NO PEG)

[0145] The results of the degradation study are shown in **FIG. 1**. **FIG. 1** shows that for the ULMPDLLA polymer/PEG mixtures, weight loss over the first few days corresponds to the weight of the additive and that thereafter there is no significant weight loss. However, **FIG. 1** shows that in the case of ULMPLGA+40 wt % PEG300, the degradation continues at a significant rate. In view of the above, formulations having the desired physical properties can be prepared by suitable choice of the base polymer.

## EXAMPLE 3

### Assessment of Viscosity Reducing Agents

[0146] The TEGPLGA polymer prepared in Example 1 was combined with the following viscosity reducing agents: acetic acid, DMSO, PEG 200, lactic acid, aqueous microsphere diluent (3 wt % carboxymethyl cellulose (CMC), 0.1 wt % TWEEN® 20 and 0.9 wt % NaCl), PEG 400, MPEG 350, polysorbate 80, PLURONIC® L101, PLURONIC® L64 and PLURONIC® L31 to form a polymer paste and the viscosity of the resulting polymer paste was then determined.

[0147] Specifically, the TEGPLGA and each viscosity reducing agent were combined at a 60/40 wt % ratio (60 wt % TEGPLGA and 40 wt % viscosity reducing agent). Briefly, the appropriate amount of TEGPLGA and viscosity reducing agent were weighed into separate 3 mL syringes. Mixing of the polymer and viscosity reducing agent was conducted by connecting the syringes with a steel connector, and mixing the contents of the syringes until a polymer paste with a uniform appearance was achieved.

[0148] A Brookfield DV-II+ viscometer was used for measuring the viscosity of the prepared polymer paste. Spindle CP-52 was chosen, allowing viscosity measurements from 9.3 to 30,750 cP. The volume of each sample for the viscosity measurement was about 0.5 mL. The temperature of the sample was maintained at 37° C. using a controlled temperature water bath. The operating conditions of the DV-II+ viscometer were Torque(%): 10-90, Rotation Frequency (RPM): 2-60, Shear Stress (Pa): 2-855 and Temperature (° C): 37.

[0149] The results of the viscosity measurements of the prepared polymer pastes are shown in **FIG. 2**.

## EXAMPLE 4

### Assessment of Base Polymers

[0150] Each of the base polymers prepared in Example 1 were combined with the viscosity reducing agent, PEG200 to form a polymer paste having a 60/40 wt % ratio of base polymer to PEG 200. The polymer pastes were prepared as described in Example 3. The viscosity of each polymer paste was determined as described in Example 3 at 37° C. The results are depicted graphically in **FIG. 3**. Based on these results, further experiments were conducted using the ULMPDLLA and UMLPLGA5050-2L polymers.

## EXAMPLE 5

### Preparation and Assessment of Polymer Pastes

[0151] Specific combinations of base polymer and viscosity reducing agent were prepared and the viscosity of the resulting polymer pastes determined. Briefly, polymer pastes having a base polymer to viscosity reducing agent ratio of 60/40 wt % were prepared as described in Example 3. The specific combinations of base polymer and viscosity reducing agent are set forth in Table 2.

TABLE 2

| PASTE FORMULATION | BASE POLYMER (at 60 wt %) | VISCOSITY REDUCING AGENT (at 40 wt %) |
|---|---|---|
| P-1 | TEGPLGA | PEG200 |
| P-2 | TEGPLGA | Acetic Acid |
| P-3 | TEGPLGA | DMSO |
| P-4 | ULMPDLLA-1L | PEG200 |
| P-5 | ULMPDLLA-1L | Acetic Acid |
| P-6 | ULMPDLLA-1L | DMSO |
| P-7 | ULMPLGA5050-2L | PEG200 |
| P-8 | ULMPLGA5050-2L | Acetic Acid |
| P-9 | ULMPLGA5050-2L | DMSO |

[0152] The viscosity was determined at 37° C. as described in Example 3. The results of viscosity testing on the paste formulations **P1-P9** are depicted graphically in **FIG. 4**.

## EXAMPLE 6

### Assessment of Polymer Concentration

[0153] Selected combinations of the base polymer, ULMPLGA5050-2L with acetic acid as the viscosity reducing agent were prepared varying the ratio of base polymer to viscosity reducing agent. Briefly, polymer pastes having a ULMPLGA5050-2L to acetic acid ratio of 60/40 wt %, 80/20 wt %, 90/10 wt % and 95/5 wt % were prepared as described in Example 3. The viscosity of each combination was determined at 37° C. as described in Example 3. The results are depicted graphically in **FIG. 5**.

## EXAMPLE 7

### Combinations of Viscosity Reducing Agents

[0154] Various combinations of viscosity reducing agents were assessed for their ability to provide a polymer paste having a desired viscosity. Selected combinations of base polymer and viscosity reducing agent were prepared and the viscosity of the resulting polymer pastes determined. Briefly, polymer pastes having a base polymer to viscosity reducing agent ratio of 60/40 wt % were prepared as described in Example 3. A description of each polymer paste is set forth in Table 3.

TABLE 3

| PASTE FORMULATION AGENTS | BASE POLYMER (at 60 wt %) | VISCOSITY REDUCING |
|---|---|---|
| P-10 | TEGPLGA | PEG200 (20 wt %) + DMSO (20 wt %) |
| P-11 | TEGPLGA | PEG200 (20 wt %) + Acetic Acid (20 wt %) |
| P-12 | TEGPLGA | DMSO (20 wt %) + Acetic Acid (20 wt %) |
| P-13 | TEGPLGA | PEG200 (20 wt %) + DMSO (10 wt %) + Acetic Acid (10 wt %) |
| P-14 | ULMPDLLA-1L | PEG200 (20 wt %) + DMSO (20 wt %) |
| P-15 | ULMPDLLA-1L | PEG200 (20 wt %) + Acetic Acid (20 wt %) |
| P-16 | ULMPDLLA-1L | DMSO (20 wt %) + Acetic Acid (20 wt %) |
| P-17 | ULMPDLLA-1L | PEG200 (20 wt %) + DMSO (10 wt %) + Acetic Acid (10 wt %) |
| P-18 | ULMPLGA5050-2L | PEG200 (20 wt %) + DMSO (20 wt %) |
| P-19 | ULMPLGA5050-2L | PEG200 (20 wt %) + Acetic Acid (20 wt %) |
| P-20 | ULMPLGA5050-2L | DMSO (20 wt %) + Acetic Acid (20 wt %) |
| P-21 | ULMPLGA5050-2L | PEG200 (20 wt %) + DMSO (10 wt %) + Acetic Acid (10 wt %) |

**[0155]** The viscosity was determined at 37° C. as described in Example 3. The results of viscosity testing on the polymer paste formulations **P10**-**P21** are depicted graphically in **FIG. 6**.

**[0156]** Further combinations of viscosity reducing agents were assessed for their ability to provide a polymer paste having a desired viscosity. Selected combinations of base polymer and viscosity reducing agent were prepared and the viscosity of the resulting polymer pastes determined. Briefly, polymer pastes having a base polymer to viscosity reducing agent ratio of 60/40 wt % were prepared as described in Example 3. A description of each polymer paste and resulting viscosity is set forth in Table 4.

TABLE 4

| PASTE FORMULATION (VISCOSITY, cP) | BASE POLYMER | VISCOSITY REDUCING AGENTS |
|---|---|---|
| P-22 (215 cP) | ULMPDLLA-1L | PEG200 (30%) + DMSO (5%) + Acetic Acid (5%) |
| P-23 (454 cP) | ULMPDLLA-1L | DILUENT (30%) + DMSO (5%) + ACETIC ACID (5%) |

**[0157]** It is noted that use of diluent (3 wt % carboxymethyl cellulose (CMC), 0.1 wt % TWEEN® 20 and 0.9 wt % NaCl) in the P-**23** polymer paste formulation results in a higher viscosity than that achieved in the P-**22** formulation using PEG200. It is likely that the immiscibility of the vehicle is related to the increased viscosity.

EXAMPLE 8

Mixtures of Base Polymers

**[0158]** Base polymer mixtures were combined with selected viscosity reducing agents and assessed for their ability to provide a polymer paste having a desired viscosity. Selected mixtures of base polymer and viscosity reducing agent were prepared and the viscosity of the resulting polymer pastes determined. Briefly, polymer pastes having a base polymer mixture to viscosity reducing agent ratio of 60/40 wt % were prepared as described in Example 3. Polymer pastes containing each polymer of the polymer mixture alone were also prepared for comparison. A description of each polymer paste is set forth in Table 5.

TABLE 5

| PASTE FORMULATION | BASE POLYMER | VISCOSITY REDUCING AGENTS |
|---|---|---|
| P-24 | TEGPLGA (60%) | DMSO (20%) + ACETIC ACID (20%) |
| P-25 | ULMPLGA5050-1LA (30%) and TEGPLGA (30%) | DMSO (20%) + ACETIC ACID (20%) |
| P-26 | ULMPLGA5050-1LA (60%) | DMSO (20%) + ACETIC ACID (20%) |

**[0159]** The results of viscosity testing are set forth graphically in **FIG. 7**. **FIG. 7** shows that the viscosity of the polymer paste formulation using the polymer mixture is between the two polymers when each is used alone indicating the presence of other interactions among the polymer upon mixing.

EXAMPLE 9

Temperature Effects

**[0160]** The temperature effect on the viscosity was studied for paste formulations having TEGPLGA-1L as the base polymer and PEG200, MPEG350, aqueous diluent and lactic acid as the viscosity reducing agents. Temperature was controlled using a water bath connected to the Brookfield viscometer.

**[0161]** The result of the viscosity testing of the polymer paste formulations as well as the base polymer alone (TEGPLGA-1L) are depicted graphically in **FIG. 8**. Each point in the graph is an average of the measurements made at a given temperature and different shear stresses. The maximum standard deviation for the viscosity measured at different shear stresses was 4.5%. The results show that there is a significant relationship between the temperature and viscosity and that the viscosity is significantly greater for the polymer alone as compared to the polymer paste formulations prepared.

EXAMPLE 10

Shear Stress Effect

**[0162]** Typically polymers exhibit pseudoplastic behavior wherein the viscosity decreases with increasing shear resulting from alignment of the random coils of the polymer in the direction of the shear which reduces the resistance to flow and decreases the viscosity. The viscosity of certain polymer

paste formulations was determined at different shear rates in order to assess the dependence of the polymer pastes on shear.

[0163] The base polymer was TEGPLGA (60%) and the viscosity reducing additives were lactic acid, MPEG250 or aqueous diluent, all present at a 40% concentration. The shear stress is displayed by the instrument as the frequency of rotation of the spindle in the viscometer within the suitable torque measurement range (10 to 90%) was varied. The results of shear stress effect are set forth graphically in **FIG. 9**.

[0164] **FIG. 9** shows that higher shear stress generally leads to slightly lower viscosity. However, the effect of the shear is not significant since an increase of 100 Pa in shear stress leads to a decrease of about less than 10 cP in viscosity.

## EXAMPLE 11

### Effect of Drug Load on Viscosity of Polymer Paste

[0165] The effect of drug load on the viscosity of different polymer paste formulations was assessed. Naltrexone was mixed with the polymer paste formulation ULMPLGA5050-2L (60%)/PEG200 (40%) at both a 20 g/100 g paste and 50 g/100 g paste load. The viscosity of the polymer paste formulation with no drug incorporated was also determined. The results of viscosity testing are set forth in Table 6.

TABLE 6

| PASTE FORMULATION | NALTREXONE LOAD (g/100 g PASTE) | VISCOSITY AT 37° C. (cP) |
|---|---|---|
| ULMPLGA5050-2L (60%) + PEG200 (40%) | 0 | 523 |
| ULMPLGA5050-2L (60%) + PEG200 (40%) | 20 | 1130 |
| ULMPLGA5050-2L (60%) + PEG200 (40%) | 50 | >10,000 |

## EXAMPLE 12

### Effect of Additives on Viscosity at Constant Drug Load

[0166] Three polymer paste formulations having base polymer ULMPLGA5050-2L (60%) and either PEG200, DMSO or acetic acid at a concentration of 40% were prepared and loaded with naltrexone at a level of 20 g/100 g of polymer paste. The viscosity of the compositions were determined and the results are set forth in Table 7.

TABLE 7

| SUSTAINED RELEASE COMPOSITION | VISCOSITY AT 37° C. (cP) |
|---|---|
| ULMPLGA5050-2L (60%) + PEG200 (40%) + NALTREXONE (20 g/100 g PASTE) | 1130 |
| ULMPLGA5050-2L (60%) + DMSO (40%) + NALTREXONE (20 g/100 g PASTE) | 1645 |
| ULMPLGA5050-2L (60%) + ACETIC ACID (40%) + NALTREXONE (20 g/100 g PASTE) | 1189 |

[0167] Preparation of Sustained Release Injectable Compositions Drug Release Studies

[0168] Sustained release compositions comprising base polymer, viscosity reducing agent and drug were prepared, characterized and drug release assessed. The drugs which were incorporated into the various polymer pastes were naltrexone and insulin.

[0169] Insulin

## EXAMPLE 13

### Preparation of Insulin Containing Sustained Release Compositions

[0170] Sustained release compositions comprising insulin at a drug load of 1.2 g/100 g of polymer paste were prepared. The insulin was purchased from Disynth and further formulated into a powder containing a 30:1 molar ratio of zinc/insulin by the addition of zinc acetate to a solution of insulin, followed by spray freeze drying of the resulting mixture. The type and amount of base polymer and viscosity reducing agent in the polymer paste were varied for the sustained release compositions prepared. Briefly, about 0.5 mL of base polymer was weighed in a 3 mL syringe. The desired amount of viscosity reducing agent was determined by weight percent and weighed into a second syringe. The desired amount of insulin was calculated based on the total volume of the polymer and the viscosity reducing agent and added to the viscosity reducing agent to obtain a mixture of insulin and viscosity reducing agent. Polymer was then combined with the insulin/viscosity reducing agent mixture using a connector for the 3 mL syringes and mixing the contents of the syringes until a visually homogeneous paste was obtained. The sustained release compositions containing insulin are listed in Table 8.

TABLE 8

| SUSTAINED RELEASE COMPOSITION | BASE POLYMER (wt % OF PASTE) | VISCOSITY REDUCING AGENT (wt % OF PASTE) |
|---|---|---|
| I1 | ULMPLGA5050-2L (100%) | — |
| I2 | ULMPLGA5050-2L (80%) | PEG200 (20%) |
| I3 | ULMPLGA5050-2L (60%) | PEG200 (40%) |
| I4 | — | PEG200 (100%) |
| I5 | ULMPLGA5050-2L (80%) | DMSO (20%) |
| I6 | ULMPLGA5050-2L (60%) | DMSO (40%) |
| I7 | ULMPLGA5050-2L (80%) | ACETIC ACID (20%) |
| I8 | ULMPLGA5050-2L (60%) | ACETIC ACID (40%) |
| I9 | ULMPLGA5050-2L (60%) | PEG200 (20%) + DMSO (20%) |
| I10 | ULMPLGA5050-2L (60%) | PEG (20%) + ACETIC ACID (20%) |
| I11 | ULMPLGA5050-2L (60%) | DMSO (20%) + ACETIC ACID (20%) |
| I12 | ULMPLGA5050-2L (60%) | PEG200 (20%) + DMSO (10%) + ACETIC ACID (10%) |
| I13 | ULMPDLLA (60%) | PEG200 (40%) |
| I14 | ULMPDLLA (60%) | PEG200 (20%) + DMSO (20%) |
| I15 | ULMPDLLA (60%) | PEG200 (20%) + ACETIC ACID (20%) |

TABLE 8-continued

| SUSTAINED RELEASE COMPOSITION | BASE POLYMER (wt % OF PASTE) | VISCOSITY REDUCING AGENT (wt % OF PASTE) |
|---|---|---|
| I16 | ULMPDLLA (60%) | DMSO (20%) + ACETIC ACID (20%) |
| I17 | ULMPDLLA (60%) | PEG200 (20%) + DMSO (10%) + ACETIC ACID (10%) |
| I18 | TEGPLGA (60%) | PEG200 (40%) |
| I19 | TEGPLGA (60%) | PEG200 (20%) + DMSO (20%) |
| I20 | TEGPLGA (60%) | PEG200 (20%) + ACETIC ACID (20%) |
| I21 | TEGPLGA (60%) | DMSO (20%) + ACETIC ACID (20%) |
| I22 | TEGPLGA (60%) | PEG200 (20%) + DMSO (10%) + ACETIC ACID (10%) |
| I23 | ULMPLGA5050-LA (60%) | DMSO (20%) + ACETIC ACID (20%) |
| I24 | ULMPLGA5050-LA (30%) + TEGPLGA (30%) | DMSO (20%) + ACETIC ACID (20%) |

## EXAMPLE 14

### Insulin Release

**[0171]** In vitro release experiments were conducted by incubating a predetermined amount of the sustained release compositions of Table 8 with a HEPES/KCl/$NaN_3$ buffer (HEPES (Na salt) 0.05 mol/L, KCl 0.01 mol/L and $NaN_3$ 0.1 g/100 mL adjusted to pH 7.03 with 0.1 M HCl). Briefly, 0.25 mL of sustained release composition was incubated with 1 mL of buffer at about 37° C. Sampling was conducted at predetermined time points by removing the complete amount of buffer (1 mL) and adding fresh buffer (1 mL). To study initial release, samples were taken following 18 hours of incubation. To determine cumulative release samples were taken at 24 hours intervals following incubation.

**[0172]** Prior to determining the amount of insulin present in the incubation buffer, the sample was filtered using a 0.2 micron syringe filter. The UV absorbance of the filtered sample at 280 nanometers was then obtained and the concentration of the insulin in the buffer determined using a UV calibration curve prepared for insulin at 280 nanometers.

**[0173]** The percentage of released insulin was determined by dividing the amount of insulin released in 1 mL of release buffer by the total amount of insulin in the starting polymer paste.

**[0174]** The cumulative percentage of insulin released was determined by adding the percentage released at the current sampling time point to the sum of the percentage released from all prior sampling time points.

## EXAMPLE 15

### Effect of Base Polymer on Insulin Release

**[0175]** A: ULMPLGA5050-2L, ULMPDLLA and TEGPLGA with PEG200:

**[0176]** The effects of the different base polymers, ULMPLGA5050-2L, ULMPDLLA and TEGPLGA on drug release can be seen by comparing sample **I3**, **I13** and **I18** of Table 8. The three base polymers are all present at 60 wt % in the compositions and have 40 wt % of PEG200. Due to the dissolution of the TEGPLGA polymer in the release buffer, accurate measurements of insulin concentration in the incubation buffer could not be determined for this paste (**I18**). The cumulative release of insulin from compositions **I3** and **I13** are depicted graphically in **FIG. 10**. **FIG. 10** shows that ULMPDLLA (**I13**) had lower initial release ~4% than ULMPLGA5050-2L (**I3**) ~7%.

**[0177]** B: ULMPLGA5050-2L and ULMPDLLA with DMSO (20%) and Acetic Acid (20%):

**[0178]** A comparison of cumulative % release of **I11** and **I16**, ULMPLGA5050-2L and ULMPDLLA with DMSO (20%)+acetic acid (20%) respectively, is depicted graphically in **FIG. 11**. Comparison of the release shown in **FIG. 10** with the release shown in **FIG. 11** indicates that the DMSO/acetic acid combination results in a higher initial release than compositions prepared using PEG200 alone.

**[0179]** C: Combination of Base Polymers

**[0180]** The cumulative release for compositions **I23** (60 wt % ULMPLGA5050-LA+20% DMSO+20% acetic acid) and **I24** (30 wt % ULMPLGA5050LA+30 wt % TEGPLGA+20% DMSO+20% acetic acid) were determined. The cumulative release is depicted graphically in **FIG. 12**. **FIG. 12** shows that the cumulative release of insulin from the two compositions is similar.

## EXAMPLE 16

### Effect of Viscosity Reducing Agents

**[0181]** A: Comparison of PEG200, DMSO and Acetic Acid

**[0182]** The release of insulin from compositions having 40% PEG200, DMSO or acetic acid with 60% ULMPLGA5050-2L (**I3**, **I6** and **I8** of Table 8, respectively) was determined and a comparison of the profiles are depicted graphically in **FIG. 13**. Acetic acid gave an initial release of about 45% at 18 hours with 100% of insulin released at five days. PEG 200 and DMSO gave initial releases similar to each other, with the amount released in subsequent 24 hour periods tested about 5% per day.

**[0183]** B: Comparison of Different Combination of Additives

**[0184]** The release of insulin from compositions having ULMPLGA5050-2L with different combinations of additives is depicted graphically in **FIG. 14**. The compositions tested were **I9** (20% PEG200+20% DMSO), **I10** (20% PEG200+20% acetic acid), **I11** (20% DMSO+20% acetic acid) and **I12** (20% PEG200+10% DMSO+10% acetic acid) of Table 8. The graph shows that PEG200 provides a lower initial release than DMSO and acetic acid.

**[0185]** The same comparison as described above and depicted in **FIG. 14** was conducted from the polymer ULMPDLLA (compositions **I14**, **I15**, **I16** and **I17** of Table 8). The results are depicted graphically in **FIG. 15**. Similar to the results of **FIG. 14**, the combination of DMSO and PEG200 provided the lowest initial release of insulin from the sustained release composition.

[0186] C: Effect of the Polymer to Viscosity Reducing Agent Ratio

[0187] The cumulative release of insulin from sustained release compositions comprising ULMPLGA5050-2L with PEG200, DMSO and acetic acid at varying ratios of viscosity reducing agent were determined and are depicted graphically in **FIGS. 16, 17** and **18**, respectively.

[0188] **FIG. 16** shows that when the concentration of viscosity reducing agent was 0 (**I1**) or 20% PEG200 (**I2**) the cumulative drug release was about 8% for five days. However, when the ratio was increased to 40% PEG200 (**I3**), the cumulative release increased to 12% in five days indicating that the greater the concentration of the base polymer the slower will be the release and that 60 wt % base polymer is a suitable amount.

[0189] FIGS. **17** (**I1, I5** and **I6**) and **18** (**I1, I7** and **I8**) also show that the ratio of viscosity reducing agent to polymer effects the drug release profile with an increase in the agent providing an increased cumulative release.

[0190] Naltrexone

## EXAMPLE 17

### Preparation of Naltrexone Containing Sustained Release Compositions

[0191] Sustained release compositions comprising naltrexone at a drug load of 20 g/100 g of polymer paste and 50 g/100 g of polymer paste were prepared. The type and amount of base polymer and viscosity reducing agent in the polymer paste were varied for the sustained release compositions prepared. Briefly, the desired amount of base polymer was weighed in a 3 mL syringe. The desired amount of viscosity reducing agent was determined by weight percent and weighed into a second syringe. The desired amount of naltrexone was calculated based on the total volume of the polymer and the viscosity reducing agent and added to the viscosity reducing agent to obtain a mixture of naltrexone and viscosity reducing agent. The naltrexone/viscosity reducing agent mixture was sonicated. Polymer was then combined with the naltrexone/viscosity reducing agent mixture using a connector for the 3 mL syringes and mixing the contents of the syringes until a visually homogeneous polymer paste was obtained. The sustained release compositions containing naltrexone are listed in Table 9.

TABLE 9

| SUSTAINED RELEASE COMPOSITION | BASE POLYMER (% OF PASTE) | VISCOSITY REDUCING AGENT (% OF PASTE) | NALTREXONE (g/100 g PASTE) |
|---|---|---|---|
| N1 | ULMPLGA5050-2L (60%) | PEG200 (40%) | 50 |
| N2 | ULMPLGA5050-2L (60%) | PEG200 (40%) | 20 |
| N3 | ULMPLGA5050-2L (100%) | — | 20 |
| N4 | ULMPLGA5050-2L (80%) | PEG200 (20%) | 20 |
| N5 | ULMPLGA5050-2L (80%) | DMSO (20%) | 20 |
| N6 | ULMPLGA5050-2L (80%) | ACETIC ACID (20%) | |
| N7 | ULMPLGA5050-2L (60%) | DMSO (40%) | 20 |
| N8 | ULMPLGA5050-2L (60%) | ACETIC ACID (40%) | 20 |
| N9 | ULMPLGA5050-2L (60%) | PEG200 (20%) + DMSO (20%) | 20 |
| N10 | ULMPLGA5050-2L (60%) | PEG (20%) + ACETIC ACID (20%) | 20 |
| N11 | ULMPLGA5050-2L (60%) | DMSO (20%) + ACETIC ACID (20%) | 20 |
| N12 | ULMPDLLA (60%) | PEG200 (40%) | 20 |
| N13 | ULMPDLLA (60%) | PEG200 (20%) + DMSO (20%) | 20 |
| N14 | ULMPDLLA (60%) | PEG200 (20%) + ACETIC ACID (20%) | 20 |
| N15 | ULMPDLLA (60%) | DMSO (20%) + ACETIC ACID (20%) | 20 |
| N16 | TEGPLGA (60%) | PEG200 (40%) | 20 |
| N17 | TEGPLGA (60%) | PEG200 (20%) + DMSO (20%) | 20 |
| N18 | TEGPLGA (60%) | PEG200 (20%) + ACETIC ACID (20%) | 20 |
| N19 | TEGPLGA (60%) | DMSO (20%) + ACETIC ACID (20%) | 20 |
| N20 | ULMPLGA5050-LA (60%) | DMSO (20%) + ACETIC ACID (20%) | 20 |
| N21 | ULMPLGA5050-LA (30%) + TEGPLGA (30%) | DMSO (20%) + ACETIC ACID (20%) | 20 |

EXAMPLE 18

Naltrexone Release

[0192] In vitro release experiments were conducted by incubating a predetermined amount of the sustained release compositions of Table 9 with buffer (2.76 g monobasic, monohydrate sodium phosphate, 11.36 g of anhydrous dibasic sodium phosphate, 1.6 g of sodium chloride, 0.2 g of TWEEN® 20, 0.2 g of sodium azide in one liter of water; adjust pH to 7.4 with sodium hydroxide or phosphoric acid). Briefly, 0.25 mL of sustained release composition was incubated with 20 mL of buffer at about 37° C. Sampling was conducted at predetermined time points by removing buffer (4 mL) and adding fresh buffer (4 mL). To determine release, samples were analyzed by UV absorbance at 281 nanometers with background correction using 450 nanometers. A calibration curve of naltrexone in the release buffer (0.03-0.5 mg/mL) was used to determine an extinction coefficient of 3.7823 $(mg/mL)^{-1}$.

[0193] The percentage of released naltrexone was determined by dividing the concentration released by the concentration of the starting polymer paste.

[0194] The cumulative percentage of naltrexone released was determined by adding the percentage released at the current sampling time point to the sum of the percentage released from all prior sampling time points.

[0195] All results discussed below are the average of duplicate samplings.

EXAMPLE 19

Effect of Naltrexone Load

[0196] A: Effect of Polymer Paste on Naltrexone Release

[0197] The effect of polymer paste on naltrexone release can be seen in **FIG. 19** where the release profile for drug alone in buffer is compared to the release profile for composition N**2** of Table 9. The mass of naltrexone was the same (50 micrograms). The release profiles show that the polymer paste having 60 wt % or polymer is suitable for sustaining the release of naltrexone.

[0198] B: Effect of Drug Load

[0199] The release profiles for compositions N**1** and N**2** of Table 9 (60 wt % ULMPLGA5050-2L+40 wt % PEG200 and 50 g or 20 g of naltrexone, respectively) were determined. The release profiles are graphically depicted in **FIG. 20**.

[0200] **FIG. 20** indicates that the relative % of drug released by the polymer paste with 50 g/100 g polymer paste drug load was similar to the % of drug released by the polymer paste with 20 g/100 g polymer paste drug load. After 120 hours the release rate from the paste with the 20 g of drug decreased, while the polymer paste with 50 g of drug continued to exhibit a constant release rate of about 10% per day. These results show that the polymer paste have the potential to deliver high drug loads without high initial release and with constant sustained release, particularly when the wt % of polymer in the polymer paste is about 60 wt % or more.

EXAMPLE 20

Effect of Base Polymer

[0201] The effect of the base polymer on naltrexone release was assessed by comparing the release profiles of sustained release compositions wherein the drug load and viscosity reducing agents were held constant and base polymer varied. Comparison of the release profiles for compositions N**11**, N**15**, N**19** and N**20** of Table 9 is depicted graphically in **FIG. 21**. The viscosity reducing agent of each of the compositions of **FIG. 21** was a mixture of 20 wt % DMSO+20 wt % acetic acid and the drug load was 20 g/100 g of polymer paste. The base polymer was varied as follows: **N11** (ULMPLGA5050-2L), **N15** (ULMPDLLA), **N19** (TEGPLGA) and N**20** (ULMPLGA5050-1 LA).

[0202] In a similar fashion, the release profiles of compositions **N2**, **N12** and **N16** each with a drug load of 20 g/100 g of polymer paste and 40% PEG200 as the viscosity reducing agent, but having ULMPLGA5050-2L, ULMPDLLA and TEGPLGA as the base polymers were determined and compared. A comparison of the release profiles for N**2**, N**12** and N**16** are depicted graphically in **FIG. 22**.

[0203] Comparison of the release profiles in **FIGS. 21 and 22** show that the TEGPLGA provides a very fast release of drug. It is likely that this increased release is due to the affinity of the amphiphilic polymer for the aqueous incubation buffer. The release profiles for the compositions ULMPLGA5050-2L and ULMPDLLA-1L polymers appear to be similar.

EXAMPLE 21

Effect of Ratio of Base Polymer to Additive

[0204] The effect of varying the ratio of base polymer to additive were conducted using polymer pastes comprising ULMPLGA5050-2L as the base polymer and PEG200, DMSO or acetic acid as the viscosity reducing agents at a base polymer concentration of 100 wt %, 80 wt % and 60 wt %.

[0205] **FIG. 23** shows the naltrexone release profiles of compositions having a 20 g/100 g polymer paste drug load and PEG200 as the viscosity reducing agent with a base polymer concentration in the polymer paste of 60% (N**2**), 100% (N**3**) and 80% (N**4**).

[0206] **FIG. 24** shows the naltrexone release profiles of compositions having a 20 g/100 g polymer paste drug load and DMSO as the viscosity reducing agent with a base polymer concentration in the polymer paste of 60% (N**7**), 100% (N**3**) and 80% (N**5**).

[0207] **FIG. 25** shows the naltrexone release profiles of compositions having a 20 g/100 g polymer paste drug load and acetic acid as the viscosity reducing agent with a base polymer concentration in the polymer paste of 60% (N**8**) and 100% (N**3**).

[0208] **FIGS. 23, 24** and **25** show that a decrease in the percentage of base polymer present in the sustained release composition results in an increase in both initial release and sustained release.

EXAMPLE 22

Mixture of Base Polymers

[0209] The cumulative release for compositions N**19** (60 wt % TEGPLGA+20% DMSO+20% acetic acid), N**20** (60 wt % ULMPLGA5050-LA+20% DMSO+20% acetic acid) and N**21** (30 wt % ULMPLGA5050LA+30 wt % TEG-

CIPLA_MIDA_038659

PLGA+20% DMSO+20% acetic acid) were determined. The cumulative release is depicted graphically in **FIG. 26**. **FIG. 26** shows that the cumulative release of naltrexone employing a combination of base polymers is suitable for use.

EXAMPLE 23

Effect of Viscosity Reducing Agents

**[0210]** A: Comparison of PEG200, DMSO and Acetic Acid

**[0211]** The release of naltrexone from compositions having 40% PEG200, DMSO or acetic acid with 60% ULMPLGA5050-2L (**N2**, **N7** and **N8** of Table 9, respectively) was determined and a comparison of the profiles are depicted graphically in **FIG. 27**. It can be noted from the release profile set forth in **FIG. 27** that acetic acid results in a high initial release and that DMSO and PEG200 exhibit similar release profiles.

**[0212]** B: Comparison of Different Combination of Additives

**[0213]** The release of naltrexone from compositions having ULMPLGA5050-2L with different combinations of additives is depicted graphically in **FIG. 28**. The compositions tested were **N9** (20% PEG200+20% DMSO), **N10** (20% PEG200+20% acetic acid) and **N11** (20% DMSO+20% acetic acid) of Table 9. The graph shows that combinations with PEG200 provides a lower initial release. In addition, it is noted that the use of acetic acid tends to increase initial release.

**[0214]** The same comparison as described above and depicted in **FIG. 28** was conducted for the polymer ULMPDLLA (compositions **N13**, **N14** and **N15** of Table 9). The results are depicted graphically in **FIG. 29**. Similar to the polymer of **FIG. 28**, the combination of DMSO and PEG200 provided the lowest initial release of naltrexone from the sustained release composition.

**[0215]** The same comparison as described above and depicted in **FIG. 28** was conducted for the polymer TEGPLGA (compositions **N17**, **N18** and **N19** of Table 9). The results are depicted graphically in **FIG. 30**. From **FIG. 30** is can be seen the compositions containing TEGPLGA provide a fast sustained release for all viscosity reducing agents tested.

**[0216]** While this invention has been particularly shown and described with references to preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the scope of the invention encompassed by the appended claims.

We claim:

**1**. A sustained release composition comprising a biologically active agent and a polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the composition is about 400 cP or less.

**2**. The sustained release composition of claim 1, wherein the biocompatible, biodegradable polymer is selected from the group consisting of: poly(lactide)s, poly(glycolide)s, poly(lactide-co-glycolide)s, poly(lactic acid)s, poly(glycolic acid)s, polycarbonates, polyesteramides, polyanhydrides, poly(amino acid)s, polyacetals, polycyanoacrylates, polyetheresters, polyorthoesters, polycaprolactone, poly(dioxanone)s, poly(alkylene alkylate)s, polyurethanes, and blends and copolymers thereof.

**3**. The sustained release composition of claim 2, wherein the biocompatible, biodegradable polymer is a poly(lactide-co-glycolide) polymer.

**4**. The sustained release composition of claim 3, wherein the poly(lactide-co-glycolide) polymer is selected from the group consisting of: TEGPLGA5050; ULMPLGA5050-L; ULMPLGA5050-LA; ULMPLGA7525-L; ULMPDLLA-L, and any combination thereof.

**5**. The sustained release composition of claim 1, wherein the viscosity reducing agent is selected from the group consisting of: polyethylene glycol polymers, surfactants, organic solvents, aqueous solvents, and combinations thereof.

**6**. The sustained release composition of claim 5, wherein the viscosity reducing agent is a polyethylene glycol polymer.

**7**. The sustained release composition of claim 6, wherein the polyethylene glycol polymer is PEG200.

**8**. The sustained release composition of claim 5, wherein the viscosity reducing agent is a polymer surfactant.

**9**. The sustained release composition of claim 8, wherein the polymer surfactant is a nonionic polymer surfactant selected from the group consisting of poloxamers and polysorbates.

**10**. The sustained release composition of claim 9, wherein the poloxamer is selected from the group consisting of: poloxamer 407, poloxamer 188, poloxamer 331, poloxamer 184, and combinations thereof.

**11**. The sustained release composition of claim 1, wherein the viscosity reducing agent is an organic solvent or an aqueous solvent.

**12**. The sustained release composition of claim 11, wherein the organic solvent is selected from the group consisting of: organic acids; DMSO; dimethylsulfone; tetrahydrofuran; N-methyl-2-pyrrolidone (NMP); 2-pyrrolidone; alcohols; dialkylamides; triacetiens; benzyl benzoate; methyl benzoate; ethyl acetate; ethyl lactate; and combinations thereof.

**13**. The sustained release composition of claim 12, wherein the dialkylamide is dimethylformamide, dimethylacetamide, or a combination thereof.

**14**. The sustained release composition of claim 12, wherein the alcohol is solketal, glycerol formal, glycofurol, benzyl alcohol, or a combination thereof.

**15**. The sustained release composition of claim 12, wherein the organic acid is lactic acid, acetic acid, or a combination thereof.

**16**. The sustained release composition of claim 5, wherein the viscosity reducing agent is a combination of a polyethylene glycol polymer and an organic solvent.

**17**. The sustained release composition of claim 5, wherein the viscosity reducing agent is a combination of a polyethylene glycol polymer and an organic acid.

**18**. The sustained release composition of claim 5, wherein the viscosity reducing agent is a combination of organic solvents.

**19**. The sustained release composition of claim 1, wherein the biologically active agent is present from about 0.5 g per 100 g polymer paste to about 75 g per 100 g polymer paste.

**20**. A method for the sustained delivery of a biologically active agent to a patient in need thereof comprising administering a therapeutically effective amount of a sustained release composition comprising a biologically active agent and a polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g

or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the composition is about 400 cP or less.

**21**. The method of claim 20, wherein the biocompatible, biodegradable polymer is selected from the group consisting of: poly(lactide)s, poly(glycolide)s, poly(lactide-co-glycolide)s, poly(lactic acid)s, poly(glycolic acid)s, polycarbonates, polyesteramides, polyanhydrides, poly(amino acid)s, polyacetals, polycyanoacrylates, polyetheresters, polyorthoesters, polycaprolactone, poly(dioxanone)s, poly-(alkylene alkylate)s, polyurethanes, and blends and copolymers thereof.

**22**. The method of claim 21, wherein the biocompatible, biodegradable polymer is a poly(lactide-co-glycolide) polymer.

**23**. The method of claim 22, wherein the poly(lactide-co-glycolide) polymer is selected from the group consisting of: TEGPLGA5050; ULMPLGA5050-L; ULMPLGA5050-LA; ULMPLGA7525-L; ULMPDLLA-L, and combinations thereof.

**24**. The method of claim 20, wherein the viscosity reducing agent is selected from the group consisting of: polyethylene glycol polymers, surfactants, organic solvents, aqueous solvents, and combinations thereof.

**25**. The method of claim 24, wherein the viscosity reducing agent is a polyethylene glycol polymer.

**26**. The method of claim 25, wherein the polyethylene glycol polymer is PEG200.

**27**. The method of claim 24, wherein the viscosity reducing agent is a polymer surfactant.

**28**. The method of claim 27, wherein the polymer surfactant is a nonionic polymer surfactant selected from the group consisting of: poloxamers and polysorbates.

**29**. The method of claim 28 wherein the poloxamer is selected from the group consisting of: poloxamer 407, poloxamer 188, poloxamer 184, poloxamer 331, and combinations thereof.

**30**. The method of claim 20, wherein the viscosity reducing agent is an organic solvent.

**31**. The method of claim 30, wherein the organic solvent is selected from the group consisting of: organic acids; DMSO; dimethylsulfone; tetrahydrofuran; N-methyl-2-pyrrolidone (NMP); 2-pyrrolidone; alcohols; dialkylamides; triacetiens; benzyl benzoate; methyl benzoate; ethyl acetate; ethyl lactate; and combinations thereof.

**32**. The method of claim 31, wherein the dialkylamide is dimethylformamide, dimethylacetamide, or a combination thereof.

**33**. The method of claim 31, wherein the alcohol is solketal, glycerol formal, glycofurol, benzyl alcohol, or a combination thereof.

**34**. The method of claim 31, wherein the organic acid lactic acid, acetic acid, or a combination thereof.

**35**. The method of claim 24, wherein the viscosity reducing agent is a combination of a polyethylene glycol polymer and an organic solvent.

**36**. The method of claim 24, wherein the viscosity reducing agent is a combination of a polyethylene glycol polymer and an organic acid.

**37**. The method of claim 24, wherein the viscosity reducing agent is a combination of an organic solvent and an organic acid.

**38**. The method of claim 20 wherein the biologically active agent is present from about 0.5 g per 100 g polymer paste to about 75 g per 100 g polymer paste.

**39**. A polymer paste comprising a biocompatible, biodegradable polymer having an inherent viscosity of about 0.12 dL/g or less and a viscosity reducing agent, wherein the biocompatible, biodegradable polymer is present in the polymer paste in at least 60% by weight and the viscosity of the paste is about 400 cP or less.

**40**. The polymer paste of claim 39, wherein the biocompatible, biodegradable polymer is selected from the group consisting of: poly(lactide)s, poly(glycolide)s, poly(lactide-co-glycolide)s, poly(lactic acid)s, poly(glycolic acid)s, polycarbonates, polyesteramides, polyanhydrides, poly(amino acid)s, polyacetals, polycyanoacrylates, polyetheresters, polyorthoesters, polycaprolactone, poly(dioxanone)s, poly-(alkylene alkylate)s, polyurethanes, and blends and copolymers thereof.

**41**. The polymer paste of claim 40, wherein the biocompatible, biodegradable polymer is a poly(lactide-co-glycolide) polymer.

**42**. The polymer paste of claim 41, wherein the poly(lactide-co-glycolide) polymer is selected from the group consisting of: TEGPLGA5050; ULMPLGA5050-L; ULMPLGA5050-LA; ULMPLGA7525-L; ULMPDLLA-L, and any combination thereof.

**43**. The polymer paste of claim 39, wherein the viscosity reducing agent is selected from the group consisting of: polyethylene glycol polymers, surfactants, organic solvents, aqueous solvents, and combinations thereof.

**44**. The polymer paste of claim 43, wherein the viscosity reducing agent is a polyethylene glycol polymer.

**45**. The polymer paste of claim 44, wherein the polyethylene glycol polymer is PEG200.

**46**. The polymer paste of claim 43, wherein the viscosity reducing agent is a polymer surfactant.

**47**. The polymer paste of claim 46, wherein the polymer surfactant is a nonionic polymer surfactant selected from the group consisting of: poloxamers and polysorbates.

**48**. The polymer paste of claim 47, wherein the poloxamer is selected from the group consisting of: poloxamer 407, poloxamer 188, poloxamer 331, poloxamer 184, and combinations thereof.

**49**. The polymer paste of claim 39, wherein the viscosity reducing agent is an organic solvent or an aqueous solvent.

**50**. The polymer paste of claim 49, wherein the organic solvent is selected from the group consisting of: organic acids; DMSO; dimethylsulfone; tetrahydrofuran; N-methyl-2-pyrrolidone (NMP); 2-pyrrolidone; alcohols; dialkylamides; triacetiens; benzyl benzoate; methyl benzoate; ethyl acetate; ethyl lactate; and combinations thereof

**51**. The polymer paste of claim 50, wherein the dialkylamide is dimethylformamide, dimethylacetamide, or a combination thereof.

**52**. The polymer paste of claim 50, wherein the alcohol is solketal, glycerol formal, glycofurol, benzyl alcohol, or a combination thereof.

**53**. The polymer paste of claim 50, wherein the organic acid is lactic acid, acetic acid, or a combination thereof.

**54**. The polymer paste of claim 43 wherein the viscosity reducing agent is a combination of a polyethylene glycol polymer and an organic solvent.

**55**. The polymer paste of claim 43, wherein the viscosity reducing agent is a combination of a polyethylene glycol polymer and an organic acid.

**56**. The polymer paste of claim 43, wherein the viscosity reducing agent is a combination of organic solvents.

* * * * *

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
28 July 2005 (28.07.2005)

PCT

(10) International Publication Number
WO 2005/067893 A2

(51) International Patent Classification[7]: A61K 9/08, 31/5517

(21) International Application Number: PCT/EP2005/050133

(22) International Filing Date: 13 January 2005 (13.01.2005)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
0400804.1 14 January 2004 (14.01.2004) GB

(71) Applicant and
(72) Inventor: MERKUS, Franciscus, Wilhelmus, Henricus, Maria [BE/BE]; Grootreesdijik 26, B-2460 Kasterlee (BE).

(74) Agents: GILL, Siân et al.; Venner Shipley LLP, 20 Little Britain, London Greater, London EC1A 7DH (GB).

(81) Designated States (*unless otherwise indicated, for every kind of national protection available*): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (*unless otherwise indicated, for every kind of regional protection available*): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

WO 2005/067893 A2

(54) Title: PHARMACEUTICAL COMPOSITIONS COMPRISING MIDAZOLAM IN A HIGH CONCENTRATION

(57) Abstract: The present invention relates to the administration of midazolam. In particular, the invention provides new midazolam compositions for intranasal administration. These compositions contain midazolam in a high concentration of at least 35mg/ml.

DEFENDANTS' EXHIBIT
DTX-2294
exhibitsticker.com

CIPLA_MIDA_041804

# Pharmaceutical Compositions Comprising Midazolam in a High Concentration

## Description

The present invention relates to the administration of benzodiazepines such as midazolam. In particular, the invention provides improved midazolam compositions for intranasal administration in a high concentration.

Midazolam is a potent benzodiazepine derivative with sedative, anxiolytic, hypnotic, amnesic, anticonvulsant and muscle relaxant pharmacological properties. Because of the basicity of this molecule, it is possible to prepare salts (e.g., with hydrochloric, maleic and lactic acid) which are soluble in water. From these salts, stable aqueous solutions with a pH of 3.5 can be made for intravenous and intramuscular injections of midazolam (Smith et al., 1981; Gerecke, 1983; Persson et al., 1988). Following administration by injection, midazolam is characterized by a fast onset of action as well as short duration of action, due to its rapid metabolic inactivation by liver enzymes. Midazolam is about twice as potent as the classical benzodiazepine diazepam (Randell and Kyttä, 1998).

For drug administration in general, the oral route is probably the most popular route. However, this mode of administration is not suitable for midazolam, as orally delivered midazolam is extensively degraded by first-pass elimination and has also been found to be a substrate for the intestinal drug efflux transporter (Allonen et al., 1981; Crevoisier et al., 1983; Tolle-Sander et al., 2003). The oral absorption of midazolam is therefore relatively low and variable, with absolute bioavailabilities ranging from just 15 to 27% in children (Payne et al., 1989) and from 31 to 72% in healthy adults (Allonen et al., 1981; Heizmann et al., 1983).

Other disadvantages associated with the oral administration of midazolam are the slow onset of action and the observed low peak plasma concentrations. These disadvantages are also observed when midazolam is administered rectally (Saint-Maurice et al., 1986; Malinovsky et al., 1993, 1995).

Rapid onset of the therapeutic action of midazolam can be achieved by intravenous and intramuscular injection (Taylor et al., 1986; Burstein et al., 1997; Uygur-Bayramicli et al., 2002). However, this mode of administration has a number of obvious disadvantages which make it unattractive. For example, injections are painful and not well accepted by the patients, particularly not by young children.

In light of the foregoing, intranasal delivery of midazolam is a very attractive alternative mode of administration.

Intranasal drug administration is painless, results in rapid drug absorption and avoids hepatic first-pass elimination. An additional advantage is the ease of administration, leading to better patient compliance. The mucosa of the nasal cavity is constructed from a highly vascularized tissue covered by a pseudostratified columnar epithelium with numerous microvilli. It has a much higher permeability than other mucosal surfaces, including the sublingual area, various regions of the gastrointestinal tract, and the buccal mucosa. In addition, nasal midazolam administration results in pharmacokinetic and pharmacodynamic profiles, which are very similar to those observed after intravenous injections (Walbergh et al., 1991; Björkman et al., 1997; Burstein et al., 1997).

A number of studies have been reported which demonstrate the beneficial effects of intranasally administered midazolam in patients, both in children and adults. When administered in this way, midazolam appears to have a rapid onset of action (about 10 minutes) and a relatively short duration of action (30 to 60 minutes).

Nasal midazolam at dosages of 0.2 mg/kg has been shown to have sedative and anxiolytic effects in children undergoing various diagnostic and minor surgical procedures, and none of the children had clinical signs of respiratory depression, bradycardia or other side effects (Wilton et al., 1988; Karl et al., 1992; Davis et al., 1995). Comparable clinical results have also been published for nasal midazolam in dosages of 0.3 and 0.4mg/kg (Theroux et al., 1993; Malinovsky et al., 1995; Kogan

et al., 2002). No additional benefit is found for the midazolam dose of 0.3 mg/kg compared to the lower dose of 0.2 mg/kg (Wilton et al., 1988; Davis et al., 1995).

Nasal midazolam (0.2mg/kg) also suppresses acute seizures and improves the EEG background in epileptic children (O'Regan et al., 1996; Lahat et al., 1998, 2000). As stated by O'Regan et al., (1996): "The EEG technicians welcomed the intranasal administration of benzodiazepines. Their time was no longer wasted in waiting for medical staff to achieve satisfactory intravenous access for the drugs. Often there is a difficulty in siting a butterfly needle or cannula, causing the child to cry, become very restless, or to pull the leads off". Moreover, Lahat et al. (2002) concluded that intranasal midazolam could be provided not only in medical centres but, with appropriate instruction, by the parents of children with febrile seizures at home.

In adult patients undergoing gastrointestinal endoscopy, intranasal administration of midazolam (0.1mg/kg) is used for the induction of sedation and the nasal route has been shown to cause fewer side effects than intravenous injection (Uygur-Bayramicli et al., 2002). Nasal midazolam is also effective in the short-time management of seizures in adolescent and adult patients with severe epilepsy (Scheepers et al., 2000). In this clinical study the midazolam dosage used was 5 and 10mg in patients weighing less than 50kg and more than 50kg, respectively. Case reports have also shown the sedative effect of midazolam (0.25mg/kg) in an adult patient with a seizure disorder (Cheng, 1993) and the seizure-terminating activity of nasal midazolam (dose of 4mg) in an adult epileptic woman (Kendall et al., 1997).

Whilst the above discussed studies have demonstrated the efficacy of nasally administered midazolam, it should be noted that in all clinical studies mentioned above the commercially available injection solutions, containing midazolam at concentrations of 5mg/ml (Dormicum®, Hoffmann-La Roche, Switzerland), were used. The use of solutions with this concentration of midazolam requires very large volumes of liquid to be applied intranasally, ranging from 1ml in children to even 4-5ml in adults.

When such large volumes of liquid are administered intranasally, a large portion of the volume actually drops out of the nose and/or will be swallowed, resulting, at best, in part of the dose being administered orally rather than nasally. This oral midazolam absorption is clearly shown by Burstein et al. (1997). As discussed above, the orally administered midazolam will have a significantly reduced therapeutic effect compared to the intranasally administered midazolam.

The nasal administration of such large volumes of solution also accounts for a number of unpleasant side-effects sometimes experienced by patients, including lacrimation, burning sensations, irritation in the nose and throat, and general discomfort (Lugo et al., 1993; Burstein et al., 1997; Kogan 2002). In addition, treatment failure can occur due to the inadequate technique of delivering unphysiologically large volumes of the midazolam solution (Scheepers et al., 2000).

A further problem is clearly the loss of a large proportion of the composition and of the midazolam, which leads to inconsistent and unpredictable amounts of midazolam being absorbed.

It is therefore clear that the use of commercially available midazolam injection solutions for intranasal midazolam administration is inefficient and unpleasant for the patients, due to the necessary large volumes applied. This can lead to reduced nasal bioavailability and ineffective plasma peak concentrations of midazolam and therefore to an insufficient therapeutic efficacy.

For efficient and comfortable nasal drug delivery, volumes of about 200µl (100µl into each nostril) are normally the maximum that should be administered to a patient. This implies that there is an urgent need for the availability of nasal formulations with highly increased midazolam concentrations in comparison with the midazolam injection solutions.

A few nasal midazolam formulations have been developed which seek to reduce the total volume of liquid to be delivered intranasally to the patients. These formulations are described in detail in Table 1 below.

Table 1 Nasal Midazolam Formulations

| Reference | Composition | pH |
|---|---|---|
| Lui et al. (1991) | Midazolam HCl 11.1mg/ml<br>Methocel 1.5% (w/v)<br>Water | about 4 |
| Loftsson et al. (2001) | Midazolam base 17mg/ml<br>SBEβCD 14% (w/v)<br>HPMC 0.10% (w/v)<br>Benzalkonium chloride 0.02% (w/v)<br>EDTA 0.1% (w/v)<br>Phosphoric acid 0.43% (v/v)<br>Water | 4.3 |
| Knoester et al. (2002a) | Midazolam HCl 30.9mg/ml<br>Benzyl alcohol 1% (v/v) = 10.46mg/ml<br>Propylene glycol 25% (v/v) = 259mg/ml<br>Water | 4 |

HPMC, hydroxypropyl methylcellulose 4000
SBEβCD, sulfobutylether-β-cyclodextrin sodium salt (Captisol®)

The midazolam formulation used in Lui et al. (1991) is an acidic solution of midazolam hydrochloride (11.1mg/ml) and 1.5% methocel as a viscosity-enhancing agent. It is prepared by freeze-drying the commercially available midazolam injection solution. The dried product is dissolved in water and mixed with the appropriate volume of a 7.5% methocel aqueous solution.

The formulation has been tested for nasal midazolam absorption in dogs, and not in human subjects. However, nasal administration of a total volume of 200μl of this formulation will not achieve therapeutically effective midazolam plasma levels in humans, because the midazolam concentration in this formulation is far too low.

The nasal formulation used by Loftsson et al. (2001) comprises midazolam hydrochloride (17mg/ml) with 14% sulfobutylether-β-cyclodextrin sodium salt (SBEβCD; Captisol®) as solubilizer in an acidic solution at pH 4.3. The presence of 0.1% hydroxypropyl methylcellulose (HPMC) has an additional solubilizing effect. This formulation also contains 0.02% benzalkonium chloride and 0.1% EDTA as preservatives.

Acute intranasal administration of this midazolam formulation in healthy volunteers (100-160µl into each nostril) is associated with mild to moderate transient irritation of the nasal mucosa (Gudmundsdottir et al., 2001).

A further disadvantage associated with this formulation is that the preservative mixture of 0.02% benzalkonium chloride/0.1% EDTA inhibits the ciliary movement *in vitro* and is classified as ciliostatic (Merkus et al., 2001). Also the use of the high Captisol® concentration (14%) required to solublize midazolam will also lead to a strong ciliostatic effect.

It is known that ciliary beating is the major factor in normal functioning of the nasal mucociliary clearance, which is a very important defence mechanism of the respiratory tract (Marttin et al., 1998). Nasal administration of the midazolam formulation of Loftsson et al. (2001) can therefore be expected to disturb the mucociliary clearance of the patients. More importantly, the midazolam concentration of this nasal formulation is too low to provide adequate therapeutic efficacy of the drug.

The intranasal midazolam formulation used by Knoester et al. (2002a, 2002) and Tenk et al. (2003) consists of midazolam hydrochloride (30.9mg/ml) in a mixture of 25% (v/v) propylene glycol and water (pH 4). It also contains 1% (v/v) benzyl alcohol as a preservative. A dose of 5mg midazolam base is delivered by two sprays of 90µl and, for a dose of 10mg midazolam base, 4 sprays of 90µl are needed (providing a total dose of 360µl).

The use of this formulation for intranasal midazolam administration in healthy volunteers and in epilepsy patients, providing a dose of 5mg or 10mg (90-180μl in each nostril), causes nasal irritation, lacrimation and irritation of the throat in almost all subjects, as well as a bitter taste (Knoester et al., 2002; Tenk et al., 2003). In *in vitro* experiments with ciliated tissue, this midazolam formulation has been shown to be ciliostatic, probably due, in particular, to the presence of 25% propylene glycol and 1% benzyl alcohol (Merkus et al., 2001). It is evident from these studies that the volume of the formulation used to administer a dose of 5 and 10mg via the nose is very large (two and four nasal sprays), and this is probably the cause of many of these adverse side effects. These adverse effects could prohibit the use of this formulation in clinical practice.

In light of the foregoing, it is clear that there is the need for a midazolam formulation which is specifically formulated for intranasal administration, in order to overcome all of the various disadvantages associated with the known formulations which are administered intranasally. It is therefore an aim of the present invention to provide a formulation with a high enough midazolam concentration to allow adequate doses of midazolam to be efficiently and comfortably administered via the intranasal route in a small volume. The formulation should also cause as little irritation as possible and have as high a bioavailability as possible. Finally, the formulation should have a similar or reduced ciliostatic effect in *in vitro* experiments, compared to the known nasal formulations.

According to a first aspect of the present invention, a pharmaceutical composition is provided, wherein the composition is a solution comprising midazolam in a concentration of at least 35mg/ml (based on the free base form of midazolam), and a solubilizer. The composition may contain midazolam either in the form of its free base or a pharmaceutically acceptable salt thereof.

The compositions according to the present invention are preferably suitable for intranasal administration.

In one embodiment of the invention, the concentration of midazolam is at least 40mg/ml, or at least 50mg/ml. The midazolam concentration may also be less than 100mg/ml, less than 75mg/ml or less than 60mg/ml. In a preferred embodiment, the midazolam concentration is 35-75mg/ml.

In a particularly preferred embodiment of the present invention, the composition is an aqueous solution. It is surprising that the solutions with such high midazolam concentrations may be formed including water, as it is well documented that midazolam is only poorly soluble in water.

However, once the problems associated with forming an aqueous solution of a high concentration of midazolam have been overcome, the solution has a number of surprising benefits.

In the present invention, the problem of the poor solubility of midazolam in water is overcome by the inclusion in the solution of a solubilizer. Particularly effective solubilizers include propylene glycol, glycerol, polyethylene glycol, povidone and ethanol, or combinations thereof. The inclusion of solubilizers not only enables the formation of an aqueous midazolam solution, but also allows that solution to have a high midazolam concentration. The preferred solubilizers for inclusion in the compositions of the present invention are discussed in greater detail below.

Thus, it is clear that significant formulatory hurdles had to be overcome in order to arrive at the high concentration midazolam solutions of the present invention. In particular, there was the prejudice against including water in a high concentration midazolam solution.

The prior art does not disclose nasal midazolam formulations having such high midazolam concentrations. The reason for this is that it was previously considered that the limited solubility of midazolam meant that concentrations of up to around 30mg/ml was the maximum possible (see Table 1). However, this is not true, especially when using propylene glycol alone as the solubilizer or propylene glycol in combination with glycerol and optionally one or more of polyethylene glycol,

povidone, and ethanol. It was also considered in the prior art that the formulations for nasal administration should have a pH of no less than about 4, as the intranasal administration of a formulation with a lower pH was thought to be too uncomfortable, due to irritation. These prejudices have led the skilled person to administer large volumes intranasally, leading to the above discussed problems.

Contrary to the common opinion of the skilled person, the nasal administration of formulations having a pH lower than 4 is not unacceptable to patients. More importantly, the lower pH allows greater amounts of midazolam to be dissolved, allowing composition with higher concentrations of midazolam to be prepared which, in turn, enables smaller volumes of formulation to be administered.

The high midazolam concentration has a number of surprising advantages. Firstly, as discussed above, it means that smaller volumes of the solution can be administered in order to achieve a desired therapeutic effect. This reduces the wastage due to varying amounts of the composition being swallowed or dropping out of the nose, so that more of the administered midazolam is properly absorbed and has the desired therapeutic effect. This also reduces the unpleasant taste and irritation which accompanies swallowing of the nasal composition. It also increases the dose consistency and predictability. This, in turn, enables one to achieve a specific therapeutic effect, as the plasma levels achieved following intranasal administration will be predictable and controllable. As discussed below, different midazolam plasma levels result in different therapeutic effects on the patient. The midazolam compositions for intranasal administration disclosed in the prior art do not result in consistent or predictable plasma levels and so do not permit accurate dosing to achieve a specific therapeutic effect.

The high midazolam concentration also means that some therapeutic effects which were previously difficult or impossible to achieve using known midazolam compositions can now be reliably achieved. If one can administer just 50-100μl per nostril instead of 2, 4 or even 10 times that volume per nostril, this will clearly be beneficial, especially if the patient is nervous or is a crying child or the like. Therefore, in one embodiment of the invention, the composition provides a

therapeutically effective dose of midazolam in a total volume of up to about 200µl. Preferably, the composition provides a therapeutically effective dose of midazolam in a volume of up to about 100µl, it being possible to administer this dose to each nostril.

Another benefit associated with administering a smaller volume of the composition intranasally is that it results in a smaller area of deposition within the nose. This localised administration within the nose means that any transient irritation will also be localised and limited to a small area within the nose and throat. This, once again, reduces the discomfort experienced by the patient.

Additionally, the high midazolam concentration has also been demonstrated to enhance diffusion of the active agent through the nasal epithelium, resulting in faster absorption compared to that observed with solutions having lower midazolam concentrations. This not only means a faster onset of the therapeutic effect, but also a reduction in the time for which the active agent is in contact with the nasal epithelium. Again, this will reduce the patient's discomfort, as the midazolam itself is an irritant. Also, less of the midazolam formulation will reach the throat and so there is less chance for irritation by the formulation ingredients and for experiencing the bitter taste of midazolam.

In one embodiment of the invention, the midazolam included in the composition is a salt of midazolam, such as midazolam hydrochloride, midazolam maleate or midazolam lactate. Preferably, the composition comprises midazolam hydrochloride.

In a preferred embodiment of the invention, the solubilizer comprises propylene glycol. Propylene glycol is a good solubilizer for midazolam, especially when the midazolam is to be formulated as an aqueous solution. In addition to the propylene glycol, the solubilizer may further comprise one or more of the following: glycerol, polyethylene glycol, povidone, and ethanol.

In an alternative embodiment of the invention, the solubilizer comprises glycerol, another good solubilizer for midazolam when an aqueous solution is to be formed. In addition to the glycerol, the solubilizer may further comprise one or more of the following: propylene glycol, polyethylene glycol, povidone, and ethanol.

In a particularly preferred embodiment of the invention, the composition is a solution of midazolam comprising 90-10%, 80-20%. 70-30%, 60-40% or 40-50% (v/v) solubiliser, preferably propylene glycol. The composition preferably also comprises 10-90%, 20-80%, 30-70%, 40-60% or 50-60% (v/v) water. Furthermore, the composition preferably comprises 40-75 mg/ml midazolam. A composition comprising 40-50% (v/v) propylene glycol and 50-60% (v/v) water is considered as being particularly advantageous.

In one embodiment of the invention, the composition comprises a combination of propylene glycol and glycerol. Glycerol has a sweet taste and, in addition to acting as an excellent solubilizer, it also serves to mask the taste of the midazolam, should some of the solution go down the back of the throat of the patient.

Propylene glycol and glycerol have further advantages. Compositions comprising solubilizers containing propylene glycol (>15% v/v) and/or glycerol (>20% v/v) do not need to include a preservative, because it is known from the literature that these concentrations of glycerol and of propylene glycol act as antimicrobial preservatives (Handbook of Pharmaceutical Excipients, Third Edition, The Pharmaceutical Press, London 2000).

Propylene glycol, glycerol, polyethylene glycol and povidone are also attractive solubilizers for use in a nasal solution because they do not have a strong adverse effect on ciliary movement. In *in vitro* experiments, according to a previously published method (Merkus et al, 2001), the effect of four different solubilizers [25% propylene glycol, 15% glycerol, 25% polyethylene glycol 400 and 5% povidone], dissolved in a Locke-Ringer solution, on the ciliary beat frequency (CBF) of ciliated tissue taken from chicken embryo tracheal tissue was measured. All four compounds showed a decrease in CBF after 15 minutes. However, after rinsing with Locke-

Ringer solution, the effects on CBF appeared to be completely reversed within 20 minutes.

The solubilizers used in the compositions of the present invention should cause as little irritation as possible when administered *in vivo*, and preferably no irritation at all. Whilst transient and mild irritation can be tolerated by patients, this should be kept to a minimum in order to avoid unnecessary discomfort.

The preferred solubilizers used in the present invention and discussed above will not cause unnecessary irritation upon intranasal administration.

Despite the reduction in the amount of swallowed composition achieved by using the compositions of the present invention, it is nevertheless possible that a very small part of the midazolam dose will reach the throat, which may lead to a bitter taste. Therefore, in another embodiment of the invention, one or more sweeteners are included in the composition, to mask the bitter taste of midazolam. According to this embodiment, the formulation may comprise midazolam in a concentration of at least 35mg/ml, a solubilizer and a sweetener.

Suitable sweeteners for inclusion in the compositions of the present invention include saccharin and saccharin alkali salts (which may be included in an amount of about 0.1-5% w/v), aspartame (which may be included in an amount of about 0.1-5% w/v), acesulfame K and cyclamate.

Further additional components which may be included in the compositions of the present invention include flavouring agents, preservatives, buffers, stabilising agents and pH adjusting agents, known from the pharmaceutical literature (Martindale 33rd edition, The Pharmaceutical Press, London 2002). In a preferred embodiment, the composition is free from any buffers.

Suitable flavouring agents include vanilla (vanillin), mint, raspberry, orange, lemon, grapefruit, caramel, cherry flavours and combinations of these.

Suitable stabilising agents include cyclodextrins such as beta-cyclodextrin (which may be included in an amount of about 1%) and derivatives of beta-cyclodextrin (which may be included in an amount of about 1-4%).

In an alternative embodiment, the compositions according to the present invention are free from any preservatives and/or stabilising agents. In another embodiment, the composition is free from benzyl alcohol

In a yet further embodiment of the invention, the compositions further comprise a viscosity enhancing agent. Viscosity enhancing agents are well known to the person skilled in the art from the pharmaceutical literature and will include agents such as cellulose derivatives. Enhancing the viscosity of the solution can enhance the delivery of the midazolam. Viscosity enhancing agents such as cellulose derivatives may also serve to increase the stability of the solutions.

The enhanced absorption of midazolam using the compositions according to the present invention means that the compositions of the invention may be free from any absorption enhancers.

The pH of the composition is preferably within the range of 2.5 to 7. In one embodiment, the pH of the composition is less than 4, and is preferably greater than 2.5. More preferably, the pH of the composition is between 3 and 4. Particularly preferably, the pH is around 3. Despite there being a general prejudice against compositions for nasal administration having such a low pH value, it has been found that there are no adverse effects or disadvantages associated with a composition having a pH in this range. Indeed, the midazolam is more soluble at lower pHs, making it easier to formulate solutions with high midazolam concentrations.

A pharmaceutically acceptable acid may be added to the solution in order to adjust the pH.

The free midazolam base is rather lipophilic with a partition coefficient between octanol and phosphate buffer (pH 7.5) of about 475. Therefore, the aqueous solubility of the midazolam base at neutral pH is too low to prepare suitable midazolam formulations and for this purpose midazolam salts (e.g., with hydrochloride) have to be used. Ionization of a drug will increase its aqueous solubility. In acidic solutions, midazolam as well as other 1,4-benzodiazepines are known to undergo reversible and pH-dependent ring-opening through the formation of aldehyde or ketone and a primary amine (Gerecke, 1983; Olivier et al, 2001; Loftsson et al., 2001). In the commercially available intravenous solutions of midazolam (5 mg/ml) with a pH of 3.3 to 3.5 the drug consists of 80-85% in the ring-closed form and 15-20% in the ring-open form (Gerecke, 1983). In this solution the ring-open form is considered as a prodrug of midazolam, because the ring is completely closed when the pH is increased to 7.4.

Intranasal administration of midazolam is characterized by rapid midazolam absorption, reaching maximum plasma concentrations in 5-15 minutes. The drug is subsequently eliminated from the blood circulation with half-lives ranging between 1 and 2.4 hours in children and healthy adults, which are not substantially different from that after intravenous injection of midazolam (Rey et al., 1991; Björkman et al., 1997; Burstein et al., 1997; Loftsson et al., 2001; Knoester et al., 2002; Tenk 2003).

Using the available midazolam injection solutions for intranasal midazolam delivery in children, healthy volunteers and adult surgical patients, mean absolute bioavailabilities of 50, 55 and 83% respectively, have been reported (Rey et al., 1991; Burstein et al., 1991; Björkman et al., 1997).

Examples of compositions according to the present invention are set out below.

**Example 1**

Midazolam HCl corresponding to 35-75mg/ml midazolam (free base)
Propylene glycol q.s. (in an amount sufficient to solubilize midazolam)
Water

Optionally, one or more of the following additional components may be added: polyethylene glycol, glycerol, povidone, ethanol, sweetener, flavouring substance, preservative, pH adjusting agent and stabilizing agents.

This composition is preferably formulated as a nasal spray or nasal drops or liquid for children and adults with a volume of 50-100µl, for intranasal administration.

The composition has a pH of between 2.5 and 7, preferably between 3 and 4.

**Example 2**

Midazolam HCl corresponding to 35-75mg/ml midazolam
Propylene glycol 5-50% (v/v)
Glycerol 5-50% (v/v)
Polyethylene glycol 5-50% (v/v)
Povidone 1-20% (w/v)
Water

The composition is formulated as a nasal spray or nasal drops or liquid with a volume for children and adults of 50-100µl.

The pH of the solution should be between 2.5 and 7, preferably between 3 and 4.

**Example 3**

Midazolam HCl corresponding to 35, 40, 45 or 50 mg/ml midazolam
Propylene glycol 15-30% (v/v)
Glycerol 15%-30% (v/v)
Saccharin sodium 10-50mg/ml
Water

The volume for intranasal administration is 50-100µl.

The pH of the solution should be between 2.5 and 7, preferably between 3 and 4.

**Example 4**

Midazolam HCl corresponding to 35, 40, 45 or 50 mg/ml midazolam
Propylene glycol 20-50% (v/v)
Povidone 1-10% (w/v)
Water

The volume for nasal administration is 50-100μl.

The pH of the solution should be between 2.5 and 7, preferably between 3 and 4.

**Example 5**

Midazolam HCl corresponding to 50 g/ml midazolam
45% (v/v) Propylene glycol
55% (v/v) Water
The pH of this solution has been adjusted to 3.

The intranasal midazolam solutions according to the present invention, providing to the subject a dose of 0.2mg/kg bodyweight is an interesting new route of drug administration.

According to a second aspect of the present invention, the compositions according to the first aspect may be used in the following situations:

1) as sedative and anxiolytic agents for children undergoing diagnostic and surgical procedures;

2) as sedative and anxiolytic agents for adults undergoing gastrointestinal endoscopy and other diagnostic procedures;

3) as treatment of acute epileptic and febrile seizures in children in medical centres and at home; and

4) as acute management to treat seizures in adults with severe epilepsy in medical centres and at home.

Conscious sedation using intranasal midazolam is a particularly attractive pre-operative technique which avoids the dangers and inconvenience of general anaesthesia in children and adults alike. Also, the use of midazolam in epilepsy sufferers is well documented in many clinical studies.

A good correlation between plasma levels and pharmacodynamic responses has been established for midazolam in a clinical study in which patients, undergoing abdominal surgery, received an intravenous midazolam infusion (Persson et al., 1988). The results are summarized as follows: (1) midazolam plasma concentrations from 75ng/ml to a range of 150 to 200ng/ml are able to induce pronounced sedation and partial amnesia; (2) at plasma concentrations of 150 to 200ng/ml the sleeping patients are arousable; and (3) midazolam plasma levels of 250 to 300ng/ml are required to achieve satisfactory hypnotic effects during surgery. From many publications it is also evident that the plasma threshold concentration of midazolam for the induction of conscious sedation is in the order of 40 to 50ng/ml (Allonen et al., 1981; Crevoisier et al., 1983; Persson et al., 1988).

Intranasal delivery of midazolam at dosages of 0.2 to 0.25mg/kg body weight can reach mean peak plasma concentrations ranging from 100 to 185ng/ml in children and adults (Rey et al., 1991; Malinovsky et al., 1993; Burstein et al., 1997). In these clinical studies therapeutically effective plasma concentrations of midazolam are manifest as rapidly as 3 minutes after nasal administration and are maintained for about 1 hour. This relationship between plasma levels and clinical effect of midazolam is derived from nasal delivery studies using the commercial midazolam injection solution, and is also valid for nasal administration of midazolam in more concentrated solutions. For example, Tenk et al. (2003) administered midazolam intranasally in epilepsy patients at dosages of 5 and 10mg/patient (equivalent to about 0.06 and 0.12mg/kg, respectively), using the midazolam formulation of Knoester et al. (2002a, 2002). Maximum plasma concentrations of 73 and 140ng/ml are reached in 5 to 10 minutes, and for both nasal midazolam dosages the sedative effects in the patients last for 45 to 60 minutes after administration.

A clear relationship between plasma midazolam concentrations and its clinical effect is not always well established. Gudmundsdottir et al. (2001) did a pharmacokinetic/ pharmacodynamic study in healthy volunteers after nasal delivery of midazolam (0.06mg/kg; 100-160μl into each nostril), using the midazolam formulation of Loftsson et al. (2001). Low mean peak serum levels of 42ng/ml within 10-15 minutes are observed, which are in the range of the reported threshold concentration for induction of sedation. Some sedative activity in the volunteers is shown for 1 hour after nasal administration. As stated before, the midazolam concentration used in the Loftsson formulation is not high enough to achieve optimal clinical effects.

The above mentioned plasma levels of midazolam are achieved by intranasal administration of the composition of the present invention, the dose of midazolam being selected to provide the plasma level which will result in the desired therapeutic effect. Preferably, the desired midazolam plasma level is achieved within 3 to 15 minutes of nasal administration of the composition.

The compositions of the present invention are preferably formulated for spray delivery, for example, by a pump spray device. Suitable devices which are already commercially available include multiple dose vials and bi-dose or unit-dose devices. The preferred devices are unit-dose devices and bi-dose devices. It is also possible to use disposable plastic unit-dose containers manufactured, for instance, by blow-fill-seal technology and known from commercial eye drops, to deliver a small volume of an intranasal midazolam formulation as a nasal liquid or nasal drops.

The composition of the present invention can also be administered in a liquid, semi-liquid, or semi-solid formulation for sublingual, buccal, rectal or any other transmucosal administration using a tampon, sponge, rectal or oromucosal capsule (i.e. a capsule for oromucosal absorption, such as buccal or sublingual mucosal absorption), mucosal patch, chewing gum, lollipop or any other form or device suitable for transmucosal drug delivery known to the skilled person, for example from the pharmaceutical literature.

According to a third aspect of the present invention, a device is provided, for spray delivery or delivery as liquid or nasal drops of a composition according to the first aspect of the present invention. The device preferably holds one or more doses of the composition.

**References**

Allonen H, Ziegler G and Klotz U, Midazolam kinetics. Clin. Pharmacol. Ther. 30: 653-661 (1981).

Björkman S, Rigemar G and Idvall J, Pharmacokinetics of midazolam given as an intranasal spray to adult surgical patients. Br. J. Anaesth. 79: 575-580 (1997).

Burstein AH, Modica R, Hatton M, Forrest A and Gengo FM, Pharmacokinetics and pharmacodynamics of midazolam after intranasal administration. J. Clin. Pharmacol. 37:711-718 (1997).

Cheng ACK, Intranasal midazolam for rapidly sedating an adult patient. Anesth. Analg.76: 904 (1993).

Crevoisier Ch, Ziegler WH, Eckert M and Heizmann P, Relationship between plasma concentration and effect of midazolam after oral and intravenous administration. Br. J.Clin. Pharmacol. 16: 51S - 61S (1983).

Davis PJ, Tome JA, McGowan FX, Cohen IT, Latta K and Felder H, Preanesthetic medication with intranasal midazolam for brief pediatric surgical procedures. Anesthesiology 82: 2-5 (1995).

Gerecke M, Chemical structure and properties of midazolam compared with other benzodiazepines. Br. J. Clin. Pharmacol. 16: 11S-16S (1983).

Gudmundsdottir H, Sigurjonsdottir JF, Masson M, Fjalldal O, Stefansson E and Loftsson T, Intranasal administration of midazolam in a cyclodextrin based

formulation: bioavailability and clinical evaluation in humans. Pharmazie 56: 963-966 (2001).

Heizmann P, Eckert M and Ziegler WH, Pharmacokinetics and bioavailability of midazolam in man. Br. J. Clin. Pharmacol. 16: 43S-49S (1983).

Karl HW, Keifer AT, Rosenberger JL, Larach MG and Ruffle JM, Comparison of the safety and efficacy of intranasal midazolam or sufentanil for preinduction of anesthesia in pediatric patients. Anesthesiology 76: 209-215 (1992).

Kendall J, Reynolds M and Goldberg R, Intranasal midazolam in patients with status epilepticus. Ann. Emerg. Med. 29: 415-417 (1997).

Knoester PD, Jonker DM, Van der Hoeven RTM, Vermeij TAC, Edelbroek PM, and De Haan GJ, Midazolam intranasaal toegepast, eventueel als noodmedicatie (in Dutch). Pharmaceutisch Weekblad 137: 112-117 (2002a)

Knoester PD, Jonker DM, Van der Hoeven RTM, Vermeij TAC, Edelbroek PM, Brekelmans GJ and De Haan GJ, Pharmacokinetics and pharmacodynamics of midazolam administered as a concentrated nasal spray. A study in healthy volunteers. Br. J. Clin. Pharmacol. 53: 501-507 (2002).

Kogan A, Katz J, Efrat R and Eidelman LA, Premedication with midazolam in young children: a comparison of four routes of administration. Paediatric Anaesthesia 12: 685-689 (2002).

Lahat E, Goldman M, Barr J, Eshel G and Berkovitch M, Intranasal midazolam for childhood seizures. The Lancet 352: 620 (1998).

Lahat E, Goldman M, Barr J, Bistritzer T and Berkovitch M, Comparison of intranasal midazolam with intravenous diazepam for treating febrile seizures in children: prospective randomised study. Br. Med. J. 321: 83-86 (2000).

Loftsson T, Gudmundsdottir H, Sigurjonsdottir FJ, Sigurosson HH, Sigfusson SD, Masson M and Stefansson E, Cyclodextrin solubilization of benzodiazepines: formulation of midazolam nasal spray. Int. J. Pharm. 212: 29-40 (2001).

Lugo RA, Fishbein M, Nahata MC and Lininger B, Complication of intranasal midazolam. Pediatrics 92: 638 (1993).

Lui CY, Amidon GL and Goldberg A, Intranasal absorption of flurazepam, midazolam and triazolam in dogs. J. Pharm. Sci. 80: 1125-1129 (1991).

Malinovsky JM, Lejus C, Servin F, Lepage JY, Le Normand Y, Testa S, Cozian A and Pinaud M, Plasma concentrations after i.v., nasal or rectal administration in children. Br. J. Anaesth. 70: 617-620 (1993).

Malinovsky JM, Populaire C, Cozian A, Lepage JY, Lejus C and Pinaud M, Premedication with midazolam in children. Effect of intranasal, rectal and oral routes on plasma midazolam concentrations. Anaesthesia 50: 351-354 (1995).

Marttin E, Schipper NG, Verhoef JC and Merkus FWHM, Nasal mucociliary clearance as a factor in nasal drug delivery. Adv. Drug Del. Rev. 29: 13-38 (1998).

Merkus P, Romeijn SG, Verhoef JC and Merkus FWHM, Classification of cilio inhibiting effects of nasal drugs. Laryngoscope 111: 595-602 (2001).

Olivier JC, Djilani M, Fahmy S and Couet W, In situ nasal absorption of midazolam in rats. Int. J. Pharm. 213: 187-192 (2001).

O'Regan ME, Brown JK and Clarke M, Nasal rather than rectal benzodiazepines in the management of acute childhood seizures? Develop. Med. Child Neurol. 38: 1037-1045 (1996).

Payne K, Mattheyse FJ, Liebenbenberg D and Dawes T, The pharmacokinetics of midazolam in paediatric patients. Eur. J. Clin. Pharmacol. 37: 267-272 (1989).

Persson MP, Nilsson A and Hartvig P, Relation of sedation and amnesia to plasma concentrations of midazolam in surgical patients. Clin. Pharmacol. Ther. 43: 324-331 (1988).

Randell TT and Kyttä, Conscious sedation in patients undergoing surgical and investigational procedures. A guide to drug choice. CNS Drugs 10: 329-342 (1998).

Rey E, Delaunay L, Pons G, Murat I, Richard MO, Saint-Maurice C and Olive G, Pharmacokinetics of midazolam in children: comparative study of intranasal and intravenous administration. Eur. J. Clin. Pharmacol. 41: 355-357 (1991).

Saint-Maurice C, Meistelman C, Rey E, Esteve C, De Lauture D and Olive G, The pharmacokinetics of rectal midazolam for premedication in children. Anesthesiology 65: 536-538 (1986).

Scheepers M, Scheepers B, Clarke M, Comish S and Ibitoye M, Is intranasal midazolam an effective rescue medication in adolescents and adults with severe epilepsy? Seizure 9: 417-422 (2000).

Smith MT, Eadie MJ and O'Rourke Brophy T, The pharmacokinetics of midazolam in man. Eur. J. Clin. Pharmacol. 19: 271-278 (1981).

Taylor MB, Vine PR and Hatch DJ, Intramuscular midazolam premedication in young children. Anaesthesia 41: 21-26 (1986).

Tenk H, Jonker DM, Van der Hoeven RTM, Vermeij TAC, Edelbroek PM and De Haan GJ, Midazolam neusspray bij patiënten met epilepsie. Pharm. Weekbl. 138: 99-103 (2003).

Theroux MC, West DW, Corddry DH, Hyde PM, Bachrach SJ, Croman KM and Kettrick RG, Efficacy of intranasal midazolam in facilitating suturing of lacerations in preschool children in the emergency department. Pediatrics 91: 624-627 (1993).

Tolle-Sander S, Rautio J, Wring S, Polli JW and Polli JE, Midazolam exhibits characteristics of a highly permeable P-glycoprotein substrate. Pharm. Res. 20: 757-764 (2003).

Uygur-Bayramicli O, Dabak R, Kuzucuoglu T and Kavakli B, Sedation with intranasal midazolam in adults undergoing upper gastrointestinal endoscopy. J. Clin. Gastroenterol. 35: 133-137 (2002).

Walbergh EJ, Wills RJ and Eckhert J, Plasma concentrations of midazolam following intranasal administration. Anesthesiology 74: 233-235 (1991).

Wilton NCT, Leigh J, Rosen DR and Pandit UA, Preanesthetic sedation of preschool children using intranasal midazolam. Anesthesiology 69: 972-975 (1988).

**Claims**

1. A pharmaceutical composition, which is a solution comprising midazolam in a concentration of at least 35mg/ml, and a solubilizer.

2. A composition as claimed in claim 1, wherein the concentration of midazolam is at least 40mg/ml.

3. A composition as claimed in claim 2, wherein the concentration of midazolam is at least 50mg/ml.

4. A composition as claimed in claim 1, wherein the concentration of midazolam is 35-75mg/ml.

5. A composition as claimed in any one of the preceding claims, wherein midazolam is used in the form of a pharmaceutically acceptable salt thereof.

6. A composition as claimed in claim 5, wherein the pharmaceutically acceptable midazolam salt is midazolam hydrochloride, midazolam maleate or midazolam lactate.

7. A composition as claimed in any one of the preceding claims, wherein the solution is an aqueous solution.

8. A composition as claimed in any one of the preceding claims, wherein the solubilizer comprises propylene glycol.

9. A composition as claimed in claim 8, wherein the solubilizer further comprises one or more of glycerol, polyethylene glycol, povidone, and ethanol.

10. A composition as claimed in any one of claims 1-7, wherein the solubilizer comprises glycerol.

11. A composition as claimed in claim 10, wherein the solubilizer further comprises one or more of propylene glycol, polyethylene glycol, povidone, and ethanol.

12. A composition as claimed in any one of the preceding claims, wherein the pH of the composition is within the range of 2.5 to 7.

13. A composition as claimed in claim 12, wherein the pH of the composition is less than 4.

14. A composition as claimed in any one of the preceding claims, comprising 40-50% (v/v) propylene glycol and 50-60% (v/v) water.

15. A composition as claimed in claim 14, wherein the concentration of midazolam is 40-75 mg/ml.

16. A composition as claimed in any one of claims 14-15, comprising:
midazolam in a concentration of 40-75 mg/ml,
40-50% (v/v) propylene glycol, and
50-60% (v/v) water,
wherein the pH is adjusted to 2.5-4.

17. A composition as claimed in any one of claims 14-16 consisting of:
midazolam in a concentration of 40-75 mg/ml,
40-50% (v/v) propylene glycol, and
50-60% (v/v) water, and
and optionally a pharmaceutically acceptable acid or base in an amount sufficient to adjust the pH to 2.5-4.

18. A composition as claimed in any one of the preceding claims, which is adapted for intranasal delivery.

19. A composition as claimed in any one of claims 1-16, which is in the form of a spray or a nasal liquid or nasal drops.

20. A composition as claimed in any one of claims 1-17, which is adapted for sublingual, buccal, rectal or any other form of transmucosal administration.

21. A composition as clamed in any one of the preceding claims, for use as a sedative or anxiolytic agent, a medicament for administration to patients undergoing gastrointestinal endoscopy and other diagnostic procedures, a medicament for the treatment of acute epileptic and febrile seizures or for the acute management of seizures in patients suffering from epilepsy.

22. Use of a composition as claimed in any one of claims 1-20 for the manufacture of a sedative or anxiolytic agent, a medicament for administration to patients undergoing gastrointestinal endoscopy and other diagnostic procedures, a medicament for the treatment of acute epileptic and febrile seizures or for the acute management of seizures in patients suffering from epilepsy.

23. A use according to claim 22, wherein the composition is administered intranasally.

24. A use according to claim 22, wherein the composition is administered sublingually, buccally, rectally or in any other form of transmucosal administration.

25. A device for intranasal delivery comprising the composition as claimed in any one of claims 1-20.

26. A dosage form comprising the composition as claimed in any one of claims 1-20.

27. A dosage form as claimed in claim 26, wherein the dosage form is a tampon, sponge, rectal or oromucosal capsule, mucosal patch, chewing gum or lollipop.

# mPEG

## methoxy-polyethyleneglycole

**Sveinbjörn Gizurarson, professor**
University of Iceland
Facutly of Pharmacy
Hofsvallagata 53
107 Reykjavík
ICELAND
E-mail: sveinbj@hi.is



DEFENDANTS' EXHIBIT
DTX-2456
exhibitsticker.com

# PEG

- Patents owned by Lyfjaþróun may be fully avoided if the concentration used is below following:
  - PEG 200 = 0%
  - PEG 300 = 37,7%
  - PEG 400 = 72,2%




[DateTime]

# Chemical family

- Polyethyleneglycol

  $H\text{-}(OCH_2CH_2)_n\text{-}OH$

- Glycofurolum

  $Furol\text{-}(OCH_2CH_2)_n\text{-}OH$

- Methoxypolyethyleneglycol

  $CH_3\text{-}(OCH_2CH_2)_n\text{-}OH$

[DateTime]

# mPEG - information

- Produced by Union Carbide (Dow Chemicals)
- Produced since 1940
- Produced according to ISO 9002
- mPEG fulfills National Formulary and Food Chemical Codes (FCC) grade
- Appearance: Clear lightly viscous liquid (less than PEG-200)
- Solubility: Soluble in all ratios with water as well as with manhy other solvents

[DateTime]

# Technical data

- Stabilty is excellent below 300°C in the absence of oxygen, like other PEG's. Best stored under nitrogen like other PEG's.
- Stability in water is excellent like other PEG's and do not need any precausions.
- Chemical reactivity is similar for both PEG's and mPEG.
- mPEG is considered Newtonian fluid

[DateTime]

# Usage

- Cosmetics – various (creams, lotions, sticks, cakes, powders, jellies and aerosols)
- Drugs (tablet coatings, plactisizer, lubricant & adhesive)
- PEG-labeling of proteins and peptides such as rhGH etc.
- Chemical intermediates
- Household products (cleaner, polisher, soap etc. due to low toxicity)

[DateTime]

# Comparison

- Molecular weight, melting/freezing, viscosity
  - PEG 200 = 190-210, below -65°C, 4.3 cSt
  - PEG 300 = 285-315, -15 to -8°C, 5.8 cSt
  - PEG 400 = 380-420, 4 to 8°C, 7.3 cSt
  - mPEG 350 = 335-365, -5 to 10°C, 3.9 cSt
- Average “n”
  - PEG 200 = 4.1
  - PEG 300 = 6.4
  - PEG 400 = 8.7
  - mPEG 350 =7.2

[DateTime]

# Selecting drugs for mPEG

- Replace all formulations where PEG has been used, with mPEG!
- PEG (and therefore mPEG) is one of the few compounds that are used and are able to protect proteins, peptides and large molecules from the immune system.
- PEG (and therefore mPEG) are bioadhesive and prolong duration of drugs at the mucosal surface

[DateTime]

# Possible drugs

- Benzodiazepines
  - Acute panic attack
  - Pre-anesthesia (sedation etc.)
  - Seizures
- Testosterone
- Tetrahydrocannabinol (THC)
- Setrons (ondansetron)
- Triptans (sumatriptan)

[DateTime]

# Peptides (administration of insulin to rabbits)

(Int. J. Pharm. 128, 287-289, 1996)




- **Dose 0.66 mg insulin (15.8 IU)**
  - Formulated in saline (■), n=32. No effect
  - With glycofurolum 5% (◆), n=5
  - Novolin (□), n=234.

[DateTime]

# Peptide T (for the treatment of HIV)

## (Eur. J. Pharm. Sci. 14, 69-74, 2001)




Saline. $t_{max}$ = 7.5 min and F=5.9% (△)

Glycofurol alone. $t_{max}$ = 15 min and F=22% (◊)

Glycofurol and 1% sodium glycocholate $t_{max}$ = 5 min and F=29% (**X**)

1% sodium glycocholate $t_{max}$ = 2 min and F= 59% (■)

[DateTime]

# Angiopeptide (Rabbit)

## (Int. J. Pharm. 113, 83-87, 1995)




- 750 µg angiopeptide
  - Control (■) $t_{max}$=31 min and F=133%
  - 5% Glycofurol (**X**) $t_{max}$=16 min, F=133%
  - 1% sodium glycocholate $t_{max}$=14 min, F=53%

[DateTime]

AFRIT

# Umsókn um einkaleyfi

Umsóknardags. 19 JAN. 2007
Umsóknarnr. 8593
Alm. aðgengileg 20.07.2008
Alþj.fl.[8] A61K

(Útfyllist af Einkaleyfastofu)

**1.** Heiti uppfinningar:

Formulation of biologically active substance

**2.** Umsækjandi (nafn og heimilisfang):

Hananja ehf, Aflagrandi 7, 107 Reykjavík, Ísland
Háskóli Íslands v/Suðurgötu, 101 Reykjavík, Ísland

Sími:
562 0730
525 4000

**3.** Uppfinningamaður (nafn og heimilisfang):

Sveinbjörn Gizurarson, Aflagrandi 7, 107 Reykjavík, Ísland

**4.** Forgangsréttar er krafist frá:

| Dags. | Land | Nr. |
|---|---|---|

**5.** ☐ Umsókn er yfirfærð alþjóðleg umsókn:

Alþjóðlegur umsóknardagur:
Alþjóðlegt umsóknarnúmer:

Fasi I ☐
Fasi II ☐

**Fylgigögn:** á íslensku

- ☑ Útfyllt umsóknarblað
- ☑ Lýsing í 2 eintökum
- ☑ Einkaleyfiskröfur í 2 eintökum ☐
- ☑ 11 einkaleyfiskröfur umfram 10
- ☐ Teikningar í 2 eint., fjöldi bls. ___ ☐
- Teikning nr. ___ óskast birt með ágripi
- ☑ Ágrip í 2 eintökum ☐
- ☐ Forgangsréttarskjöl
- ☐ Umboð
- ☐ Listi yfir amínósýru- eða kirnisraðir

**6.** Umboðsmaður (nafn og heimilisfang, sími):

**a** ☐ Umsækjandi veitir neðangreindum umboðsaðila umboð á sérstöku umboðsskjali.

**b** ☐ Allsherjarumboð fyrirliggjandi hjá ELS.

**c** ☐ Undirritaður umsækjandi veitir hér með neðangreindum umboðsaðila umboð til að koma fram fyrir sína hönd í öllu því er viðkemur þessari einkaleyfisumsókn og einkaleyfi því sem veitt kynni að verða á grundvelli hennar.

**7.** Réttur umsækjanda til uppfinningar:

**a** ☑ Umsækjandi hefur öðlast rétt til uppfinningarinnar á grundvelli samnings/framsals.

**b** ☐ Annað:

☑ Framhald á bakhlið

Til Einkaleyfastofunnar Skúlagötu 63 - 150 Reykjavík – Sími 580 9400 – Bréfasími 580 9401

EINKALEYFASTOFAN Reykjavík

DEFENDANTS' EXHIBIT
DTX-2507
exhibitsticker.com

CONFIDENTIAL NAYZILAM_00068587

AFRIT

# Umsókn um einkaleyfi (framhald)

8593
19.01.2007

8. ☐ Umsóknin hefur orðið til við hlutun eða úrfellingu:

Númer frumumsóknar:

Gildisdagur sem krafist er:

9. ☐ Umsóknin tekur til sýnis af líffræðilegu efni:

Varðveisla hófst:

Númer ræktar:

Heiti varðveislustofnunar:

☐ Sýni af varðveittu líffræðilegu efni má eingöngu afhenda sérfræðingi, sbr. 7. mgr. 22. gr. einkaleyfalaga og 1. mgr. 25. gr. b. reglugerðar varðandi einkaleyfisumsókir o.fl.

10. Framhald:

☑ Umsækjandi:

Hananja ehf, Aflagrandi 7, 107 Reykjavík, Ísland
Háskóli Íslands, v/Suðurgötu, 101 Reykjavík, Ísland

☑ Uppfinningamaður:

Sveinbjörn Gizurarson, Aflagrandi 7, 107 Reykjavík, Ísland

☐ Forgangsréttarkröfur:

☑ Annað:

Óskað er eftir að þessi umsókn fái forgang á Íslandi

**Gjöld:** (Útfyllist af Einkaleyfastofu)

| | |
|---|---|
| ☒ Grunngjald | kr. 34.500,- |
| ☑ Viðbótargjald v/krafna umfram 10. | kr. 18.700,- |
| Samtals kr. | 53.200,- |
| Greitt | |

Reykjavík 19. janúar 2007
Staður og dagsetning

Undirskrift umsækjanda eða umboðsmanns

EINKALEYFASTOFAN Reykjavík

Til Einkaleyfastofunnar Skúlagötu 63 - 150 Reykjavík – Sími 580 9400 – Bréfasími 580 9401

EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

# FRAMSAL

Undirritaður, Sveinbjörn Gizurarson, kt: 170562-2249 að heimilis að Aflagranda 7, 107 Reykjavík, framselur einkaleyfisumsókn sem ber heitið "*Formulation of biologically active substances*" með 21 kröfu (claims) til Hananja efh (kt: 611201-4190), Aflagranda 7, 107 Reykjavík og Háskóla Íslands v/Suðurgötu, 101 Reykjavík.

Reykjavík, 19. janúar 2007
Virðingarfyllst

Sveinbjörn Gizurarson, prófessor
kt: 170562-2249

EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

# Formulation of biologically active substances

Inventor: **Sveinbjörn Gizurarson** (Reykjavík **ICELAND**)
Assignee: **Hananja ehf, Aflagrandi 7 (Reykjavik, ICELAND)**
**University of Iceland, Faculty of Pharmacy (Reykjavík, ICELAND)**
Filed: **January 19, 2007**

## Abstract

A formulation to be used for administering a therapeutically effective amount of a biologically active substance to a mammal including administering a pharmaceutical composition having a total volume of 1-1000 μL to a mucosal surface of the mammal such as the nasal mucosa, the pharmaceutical composition including the therapeutically effective amount of the biologically active substance dissolved or suspended in a volume of 1-1000 μL of an methoxypolyethylene glycol called mPEG, containing vehicle including at least one methoxypolyethylene glycol represented by the formula I, wherein p is from 1 to 25 so that upon administration of the pharmaceutical composition to the mucosal membrane such as the nasal, ocular, rectal, pulmonal, vaginal, gastrointestinal and buccal mucosal membrane, absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal rapidly takes place and thereby allows the biologically active substance to exert its therapeutic effect.

---

## *Description*

The present invention relates to pharmaceutical compositions for administration of a biologically active substance to a mammal via a mucosal membrane.

The administration by injection (intravenous, intramuscular and subcutaneous) of biologically active substances is normally regarded as the most convenient way of administration when the purpose is to achieve a rapid and strong systemic effect, e.g. within 3-10 minutes, and when the active substance is not absorbed or is inactivated in the gastrointestinal tract or by first-pass hepatic metabolism. However, the administration by injection presents a range of disadvantages. Thus it requires the use of sterile syringes and may cause pains and irritations, particularly in the case of repeated injections, including the risk of infection. Besides, injections cannot be administered by untrained persons.

Mucosal administration, such as intranasal, buccal, sublingual, rectal and pulmonal administration is currently receiving special interest, avoiding the inconveniences caused

EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

by the direct invasion into the organism in connection with parenteral administration. Furthermore, these routes of administration may conveniently be used as an alternative to parenteral injection, when a rapid onset of effect is needed, and it can be performed by an untrained person.

In order to be an attractive alternative to injection, intranasal administration should offer a similar relation of doses to plasma concentration and should not cause any considerable pain or irritation to the patient nor any irreversible damage or irritation to the mucosal surface. However, in the case of treatment of acute health threatening indications, a relatively high local irritation to the mucosa may be acceptable.

In mucosal administration, such as the nasal, buccal or rectal administration, the biologically active substance must be applied to the mucosa in such a condition that it is able to penetrate or be absorbed through the mucosa. In order to penetrate the mucus the vehicle must be biocompatible with mucus and hence have a certain degree of hydrophilicity. However, the vehicle should preferably also posess lipophilic properties in order to dissolve a physiologically active amount of certain biologically active substances.

The extensive network of blood capillaries under the mucosal surface, especially the nasal mucosa is particularly suited to provide a rapid and effective systemic absorption of drugs, vaccines and biologicals. Moreover, the nasal epithelial membrane consists of practically a single layer of epithelial cells (*pseudostratified epithelium*) and it is therefore more suited for drug administration than other mucosal surfaces having squamous epithelial layers, such as the mouth, vagina, etc. These surfaces, however, are also very suited for the application of biologically active substances using the delivery system according to the invention.

The effective nasal absorption is considered very small if the biologically active substances are not available in water-soluble form (Proctor, D. F. (1985) *Nasal physiology in intranasal drug administrations*, in Chien, Y. W. (ed.) Transnasal Systemic Medications, Fundamentals, Developmental Concepts and Biomedical Assessments. ELSVIER Science Publishers, Amsterdam, p. 101-105.). This statement puts severe limitations on the use of the biologically active substances, which should be water soluble and stable in aqueous solutions.

A large number of biologically active substances, including drugs (such as benzodiazepines, hydromorfon, fentanyl, testosterone, phenytoin, tetrahydrocannabinol etc.), vitamins and vaccines, have a limited degree of water-solubility and very often it is not possible to dissolve a clinically relevant amount in the relatively small volume which may be applied for intranasal administration.

For liquid compositions aimed to the nasal cavity, it is essential that an effective amount of the biologically active substance(s) can be dissolved in a volume of less than about 1000 microL, preferably in a volume of less than 300 microL and more preferably in a volume of less than 150 microL. A larger volume can be disagreeable to the patient and

EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

will evidently drain out anteriorly through the nostrils or posteriorly toward the pharynx. The result is that a part of the active substance is lost from the absorption site and that in practice it will be impossible reproducibly to administer a correct dose. The volume for human adults is preferably from about 1 microL to about 1000 microL and more preferably from about 50 microL to about 150 microL per nostril.

The mucosal epithelium in the nasal cavity is covered with many hair-like cilia being an important defense mechanism for the mammal by against inhaled dust, allergens and microorganisms. The normal half-time for non-absorbed substances administered to the nasal cavity is about 15 minutes due to the mucociliary clearance removing foreign particles and excess mucus toward the pharynx. For this reason it is preferred that the absorption occurs rapidly and preferably within 0,5 to 20 minutes. However, in the current invention due to bioadhesive properties of the invention, the preferred absorption may occur within 0,1 to 300 minutes (e.g. for vaccines and biologicals), preferably between between 0,5 to 60 (e.g. for large molecules) and more preferably between 0,5 and 20 minutes.

For compositions such as liquid, gel, ointment, paste, incorporated into capsules, tablets, micells, liposomes etc. aimed to mucosal surfaces in general such as the nasal cavity, oral cavity (buccal, sublingual, gingual etc.), rectal, vaginal, urethral, uterus, gastro-intestinal, ocular, otal, pulmonal, the skin, formulated as parenteral injections for subcutaneous, intramuscular or to specific regions such as synovial fluid, intrethecal, into the brain tissue, intraosseus, intraperitoneal or other injection sites, it is essential that an effective amount of the biologically active substance(s) can be dissolved in appropriate volume of the vehicle in a volume of less than 10 mL, preferably in less than about 1000 microL, more preferably in a volume of less than 300 microL and even more preferably in a volume of less than 150 microL.

A variety of vehicle systems e.g. for the nasal delivery of biologically active substances has been developed. Up to date the literature has suggested that uptake of biologically active substances from the nasal mucosa may be made possible by incorporation into the formulation of a special vehicle system or by the addition of certain absorption enhancing agents.

Lau and Slattery (Lau, S. W. J. and Slattery, J. T. (1989), *Absorption of diazepam and lorazepam following intranasal administration.* Inernational Journal of Pharmaceutics, 54, 171-174) studied the absorption characteristics of diazepam and lorazepam following intranasal administration for the treatment of status epilepticus. In order to solubilize these drugs, a non-ionic surfactant, polyoxyethylated castor oil, was selected as the least irritating out of several solvents studied including polyethyleneglycol 400. Diazepam absorption was 84 and 72%, respectively, in two adults measured over a period of 60 hours. However, the peak concentration was not observed until 1.4 hours after the nasal administration and was only about 27% with reference to i.v. administration, which indicate that most of the absorption had probably taken place after the test substance was cleared down to pharynx and swallowed. Similar results were obtained for lorazepam giving an even longer time to peak (2.3 hours). The authors conclude that the intranasal



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

route of administration had limited potential for the acute treatment of epileptic seizures.

Wilton et al. (Wilton, N. C. T., Leigh, J., Rosen, D. R. and Pandit, U. A. (1988), *Preanaesthetic sedation of preschool children using intranasal midazolam.* Anesthesiology, 69, 972-975) attempted to administer midazolam to 45 children for achieving preanaesthetic sedation. The volumes used were very impractical and exceeded the maximal volume required for efficient administration resulting in coughing and sneezing with expulsion of part of the dose. The paper does not describe the aqueous vehicle system used.

Morimoto et al. (Morimoto, K., Tabata, H. and Morisaka, K. (1987), *Nasal absorption of nifedipine from gel preparations in rats.* Chemical and Pharmaceutical Bulletins, 35, No. 7, 3041-3044) have studied a gel preparation for nasal application in rats of nifedipine containing the gelling agent carbopol (polyacrylic acid) in polyethyleneglycol 400 (PEG 400), for achieving prolonged action and high bioavailability of the drug. A mixture of equal amounts of carbopol and PEG 400 was preferred. It was shown that nasal application provided higher bioavailability of nifedipine than after peroral administration, but the plasma peak concentration was not observed until after 30 minutes, and it was only .ltoreq.10% as compared with intravenous administration.

DK patent application no. 2586/87 discloses a pharmaceutical composition comprising an antiinflammatoric steroid, water and only 2 to 10 volume-percent propylene glycol, 10 to 25 volume-percent polyethyleneglycol 400 and 1 to 4 volume-percent Tween 20.

U.S. Pat. No. 4,153,689 discloses a principle for obtaining a stable aqueous solution of insulin intended for intranasal administration. It has a pH in the range from 2.5 to 4.7 and it contains from 0.1 to 20 weight percent of a stabilizing agent selected from the group consisting of (a) at least one non-ionic surface active agent with hydrophile-lipophile balance value in the range of 9 to 22, (b) a stabilizing agent selected from polyethylene glycoly's having a molecular weight in the range from 200 to 7500 and (c) mixtures of stabilizing agents mentioned in (a) and (b).

International Patent publication No. 90/02737 discloses nasal administration of benzodiazepine hypnotics in a pharmaceutically acceptable nasal carrier. The carrier may be a saline solution, an alcohol, a glycol, a glycol ether or a mixture thereof. There is no indication that the presence of a glycol or a glycol ether should be impart special advantages to the preparation, nor that the presence should be critical for the administration

International Patent publication No. *DK-2075/90* discloses nasal administration of drugs e.g. benzodiazepines a formulation containing n-glycofurol, a derivative of polyethyleneglycol, for mucosal administration, preferably water-free formulation for nasal administration. The patent discloses nasal administration of drugs e.g. benzodiazepines in a formulation containing at least 30% n-ethyleneglycols ranging from 1-8 ethyleneglycol such as PEG200. PEG 200 has the chemical formula II which differs

8593
19.01.2007

significantly from the current invention according to formula I where a methyl ether group has been replaced in formula I where hydrogen atom is in formula II.

$$\underline{H-}(OCH_2CH_2)_n\text{-}OH \qquad (II)$$

Data using these two patents have been published in papers such as xxx, xxx.

Other preparations for intranasal or sublingual administration are disclosed in U.S. Pat. No. 4,746,508 disclosing the uptake of e.g. insulin by using fusidic acid and derivatives as absorption promoters and in International Patent Publication No. WO 87/05210 disclosing a sublingual sprayable pharmaceutical preparation optionally comprising PEG and requiring ethanol, diglyceride and/or triglyceride of fatty acid and a pharmaceutically acceptable propellant gas.

The primary object of the invention is to provide a pharmaceutical composition for application of a biologically active substance via a mucosal membrane of a mammal which composition is capable of producing a high plasma concentration of the pharmaceutically active substance nearly as rapid as by IV administration, without causing unacceptable damage to the mucosal membrane. This object is fulfilled with the composition of the invention

**Detailed Description of the Invention**

The pharmaceutical preparation of he present invention is characterized in comprising from 0.1-99,9%, preferably 1-99%, more preferably 5-99% of one or more substance(s) selected of methoxypolyethylene glycol represented by the formula I:

$$\underline{CH_3\text{-}}(O\text{-}CH_2\text{-}CH_2)_n\text{-}H \qquad (I)$$

wherein n is an integer of 1 to 25, in water, polymers such as polyethyleneglycol 200, 300, 400 or propyleneglycol, pharmaceutically acceptable oil or in a mixture of water and/or polymers and/or vegetable oil.

According to a preferred aspect of the invention the preparation comprises methoxypolyethylene glycol where n is an integer of 1 to 25, preferably 2-12 and more preferably 3-10. One combination product containing one or more substance(s) represented in the formula I is methoxypolyethylene glycol 350 (mPEG 350) and another combination is the methoxypolyethylene glycol 550 (mPEG 550).

In accordance with a preferred aspect of the invention there is provided a pharmaceutical preparation comprising one or more methoxypolyethylene glycol in water polymers such as polyethyleneglycol 200, 300, 400 or propyleneglycol, pharmaceutically acceptable oil or in a mixture of water and/or polymers and/or vegetable oil.



EINKALEYFASTOFAN Reykjavík Pages 9 of 26

The pharmaceutical composition of the invention may comprise a biologically active substance selected from the group consisting of hydrophobic and hydrophilic therapeutic agents or combination thereof, suitable for use in the pharmaceutical compositions of the present invention are not particularly limited, as the carrier is surprisingly capable of solubilizing and delivering a wide variety of hydrophobic therapeutic agents. Hydrophobic therapeutic agents are compounds with little or no water solubility. Intrinsic water solubilities (i.e., water solubility of the unionized form) for hydrophobic therapeutic agents usable in the present invention are less than about 1% by weight, and typically less than about 0.1% or 0.01% by weight. Such therapeutic agents can be any agents having therapeutic or other value when administered to an animal, particularly to a mammal, such as drugs, peptides, proteins, immungens (e.g. vaccines, cytokines etc.), nutrients, and cosmetics (cosmeceuticals).

Specific non-limiting examples of hydrophobic therapeutic agents that can be used in the pharmaceutical compositions of the present invention include the following representative compounds, as well as their pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives: analgesics and anti-inflammatory agents, such as aloxiprin, auranofin, azapropazone, benorylate, capsaicin, celecoxib, diclofenac, diflunisal, etodolac, fenbufen, fenoprofen calcium, flurbiprofen, ibuprofen, indomethacin, ketoprofen, ketorolac, leflunomide, meclofenamic acid, mefenamic acid, nabumetone, naproxen, oxaprozin, oxyphenbutazone, phenylbutazone, piroxicam, refocoxib, sulindac, tetrahydrocannabinol, tramadol and tromethamine; antihelminthics, such as albendazole, bephenium hydroxynaphthoate, cambendazole, dichlorophen, ivermectin, mebendazole, oxamniquine, oxfendazole, oxantel embonate, praziquantel, pyrantel embonate and thiabendazole; anti-arrhythmic agents, such as amiodarone HCl, disopyramide, flecainide acetate and quinidine sulfate; anti-asthma agents, such as zileuton, zafirlukast, terbutaline sulfate, montelukast, and albuterol; anti-bacterial agents such as alatrofloxacin, azithromycin, baclofen, benzathine penicillin, cinoxacin, ciprofloxacin HCl, clarithromycin, clofazimine, cloxacillin, demeclocycline, dirithromycin, doxycycline, erythromycin, ethionamide, furazolidone, grepafloxacin, imipenem, levofloxacin, lorefloxacin, moxifloxacin HCl, nalidixic acid, nitrofurantoin, norfloxacin, ofloxacin, rifampicin, rifabutine, rifapentine, sparfloxacin, spiramycin, sulphabenzamide, sulphadoxine, sulphamerazine, sulphacetamide, sulphadiazine, sulphafurazole, sulphamethoxazole, sulphapyridine, tetracycline, trimethoprim, trovafloxacin, and vancomycin; anti-viral agents, such as abacavir, amprenavir, delavirdine, efavirenz, indinavir, lamivudine, nelfinavir, nevirapine, ritonavir, saquinavir, and stavudine; anti-coagulants, such as cilostazol, clopidogrel, dicumarol, dipyridamole, nicoumalone, oprelvekin, phenindione,, ticlopidine, and tirofiban; anti-depressants, such as amoxapine, bupropion, citalopram, clomipramine, fluoxetine HCl, maprotiline HCl, mianserin HCl, nortriptyline HCl, paroxetine HCl, sertraline HCl, trazodone HCl, trimipramine maleate, and venlafaxine HCl; anti-diabetics, such as acetohexamide, chlorpropamide, glibenclamide, gliclazide, glipizide, glimepiride, miglitol, pioglitazone, repaglinide, rosiglitazone, tolazamide, tolbutamide and troglitazone; anti-epileptics, such as beclamide, carbamazepine, clonazepam, ethotoin, felbamate, fosphenytoin sodium, lamotrigine, methoin, methsuximide, methylphenobarbitone, oxcarbazepine, paramethadione, phenacemide, phenobarbitone, phenytoin, phensuximide, primidone,



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

sulthiame, tiagabine HCl, topiramate, valproic acid, and vigabatrin; anti-fungal agents, such as amphotericin, butenafine HCl, butoconazole nitrate, clotrimazole, econazole nitrate, fluconazole, flucytosine, griseofulvin, itraconazole, ketoconazole, miconazole, natamycin, nystatin, sulconazole nitrate, oxiconazole, terbinafine HCl, terconazole, tioconazole and undecenoic acid; anti-gout agents, such as allopurinol, probenecid and sulphin-pyrazone; anti-hypertensive agents, such as amlodipine, benidipine, benezepril, candesartan, captopril, darodipine, dilitazem HCl, diazoxide, doxazosin HCl, elanapril, eposartan, losartan mesylate, felodipine, , fenoldopam, fosenopril, guanabenz acetate, irbesartan, isradipine, lisinopril, minoxidil, nicardipine HCl, nifedipine, nimodipine, nisoldipine, phenoxybenzamine HCl, prazosin HCl, quinapril, reserpine, terazosin HCl, telmisartan, and valsartan; anti-malarials, such as amodiaquine, chloroquine, chlorproguanil HCl, halofantrine HCl, mefloquine HCl, proguanil HCl, pyrimethamine and quinine sulfate; anti-migraine agents, such as dihydroergotamine mesylate, ergotamine tartrate, frovatriptan, methysergide maleate, naratriptan HCl, pizotyline malate, rizatriptan benzoate, sumatriptan succinate, and zolmitriptan; anti-muscarinic agents, such as atropine, benzhexol HCl, biperiden, ethopropazine HCl, hyoscyamine, mepenzolate bromide, oxyphencyclimine HCl and tropicamide; anti-neoplastic agents and immunosuppressants, such as aminoglutethimide, amsacrine, azathioprine, bicalutamide, bisantrene, busulfan, camptothecin, cytarabine, chlorambucil, cyclosporin, dacarbazine, ellipticine, estramustine, etoposide, irinotecan, lomustine, melphalan, mercaptopurine, methotrexate, mitomycin, mitotane, mitoxantrone, mofetil mycophenolate, nilutamide, paclitaxel, procarbazine HCl, sirolimus, tacrolimus, tamoxifen citrate, teniposide, testolactone, topotecan HCl, and toremifene citrate; anti-protozoal agents, such as atovaquone, benznidazole, clioquinol, decoquinate, diiodohydroxyquinoline, diloxanide furoate, dinitolmide, furazolidone, metronidazole, nimorazole, nitrofurazone, ornidazole and tinidazole; anti-thyroid agents, such as carbimazole, paracalcitol, and propylthiouracil; anti-tussives, such as benzonatate; anxiolytics, sedatives, hypnotics and neuroleptics, such as alprazolam, amylobarbitone, barbitone, bentazepam, bromazepam, bromperidol, brotizolam, butobarbitone, carbromal, chlordiazepoxide, chlormethiazole, chlorpromazine, chlorprothixene, clonazepam, clobazam, clotiazepam, clozapine, diazepam, droperidol, ethinamate, flunanisone, flunitrazepam, triflupromazine, fluphenthixol decanoate, fluphenazine decanoate, flurazepam, gabapentin, haloperidol, lorazepam, lormetazepam, medazepam, meprobamate, mesoridazine, methaqualone, methylphenidate, midazolam, molindone, nitrazepam, olanzapine, oxazepam, pentobarbitone, perphenazine pimozide, prochlorperazine, pseudoephedrine, quetiapine, rispiridone, sertindole, sulpiride, temazepam, thioridazine, triazolam, zolpidem, and zopiclone; .beta.-Blockers, such as acebutolol, alprenolol, atenolol, labetalol, metoprolol, nadolol, oxprenolol, pindolol and propranolol; cardiac inotropic agents, such as amrinone, digitoxin, digoxin, enoximone, lanatoside C and medigoxin; corticosteroids, such as beclomethasone, betamethasone, budesonide, cortisone acetate, desoxymethasone, dexamethasone, fludrocortisone acetate, flunisolide, fluocortolone, fluticasone propionate, hydrocortisone, methylprednisolone, prednisolone, prednisone and triamcinolone; diuretics, such as acetazolamide, amiloride, bendroflumethiazide, bumetanide, chlorothiazide, chlorthalidone, ethacrynic acid, frusemide, metolazone, spironolactone and triamterene. anti-parkinsonian agents, such as bromocriptine mesylate, lysuride maleate, pramipexole, ropinirole HCl, and tolcapone;



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

gastrointestinal agents, such as bisacodyl, cimetidine, cisapride, diphenoxylate HCl, domperidone, famotidine, lansoprazole, loperamide, mesalazine, nizatidine, omeprazole, ondansetron HCl, rabeprazole sodium, ranitidine HCl and sulphasalazine; histamine H, and H,-receptor antagonists, such as acrivastine, astemizole, chlorpheniramine, cinnarizine, cetrizine, clemastine fumarate, cyclizine, cyproheptadine HCl, dexchlorpheniramine, dimenhydrinate, fexofenadine, flunarizine HCl, loratadine, meclizine HCl, oxatomide, and terfenadine; keratolytics, such as such as acetretin, calcipotriene, calcifediol, calcitriol, cholecalciferol, ergocalciferol, etretinate, retinoids, targretin, and tazarotene; lipid regulating agents, such as atorvastatin, bezafibrate, cerivastatin, ciprofibrate, clofibrate, fenofibrate, fluvastatin, gemfibrozil, pravastatin, probucol, and simvastatin; muscle relaxants, such as dantrolene sodium and tizanidine HCl; nitrates and other anti-anginal agents, such as amyl nitrate, glyceryl trinitrate, isosorbide dinitrate, isosorbide mononitrate and pentaerythritol tetranitrate; nutritional agents, such as calcitriol, carotenes, dihydrotachysterol, essential fatty acids, non-essential fatty acids, phytonadiol, vitamin A, vitamin B.sub.2, vitamin D, vitamin E and vitamin K. opioid analgesics, such as codeine, codeine, dextropropoxyphene, diamorphine, dihydrocodeine, fentanyl, meptazinol, methadone, morphine, nalbuphine and pentazocine; sex hormones, such as clomiphene citrate, cortisone acetate, danazol, dehydroepiandrosterone, ethynyl estradiol, finasteride, fludrocortisone, fluoxymesterone, medroxyprogesterone acetate, megestrol acetate, mestranol, methyltestosterone, norethisterone, norgestrel, oestradiol, conjugated estrogens, progesterone, rimexolone, stanozolol, stilbestrol, testosterone and tibolone; stimulants, such as amphetamine, dexamphetamine, dexfenfluramine, fenfluramine and mazindol; and others, such as becaplermin, donepezil HCl, L-thryroxine, methoxsalen, verteporfrin, physostigmine, pyridostigmine, raloxifene HCl, sibutramine HCl, sildenafil citrate, tacrine, tamsulosin HCl, and tolterodine.

Preferred hydrophobic therapeutic agents include sildenafil citrate, amlodipine, tramadol, celecoxib, rofecoxib, oxaprozin, nabumetone, ibuprofen, terbenafine, itraconazole, zileuton, zafirlukast, cisapride, fenofibrate, tizanidine, nizatidine, fexofenadine, loratadine, famotidine, paricalcitol, atovaquone, nabumetone, alprazolam, bromazepam, chlorpromazine, clonazepam, diazepam, flunitrazepam, flurazepam, haloperidol, lorazepam, lormetazepam, midazolam, nitrazepam, oxazepam, pseudoephedrine, temazepam, triazolam, zolpidem, zopiclone, tetrahydrocannabinol, testosterone, megestrol acetate, repaglinide, progesterone, rimexolone, cyclosporin, tacrolimus, sirolimus, teniposide, paclitaxel, pseudoephedrine, troglitazone, rosiglitazone, finasteride, vitamin A, vitamin D, vitamin E, and pharmaceutically acceptable salts, isomers and derivatives thereof Particularly preferred hydrophobic therapeutic agents are progesterone and cyclosporin.

It should be appreciated that this listing of hydrophobic therapeutic agents and their therapeutic classes is merely illustrative. Indeed, a particular feature, and surprising advantage, of the compositions of the present invention is the ability of the present compositions to solubilize and deliver a broad range of hydrophobic therapeutic agents, regardless of functional class. Of course, mixtures of hydrophobic therapeutic agents may also be used where desired.



EINKALEYFASTOFAN Reykjavík

The hydrophilic therapeutic agents suitable for use in the pharmaceutical formulation of the present invention are not limited as the absorption enhancing compositions are surprisingly capable of delivering a wide variety of hydrophilic therapeutic agents. Suitable hydrophilic therapeutic agents include hydrophilic drugs (i.e., conventional non-peptidic drugs), hydrophilic macromolecules such as cytokines, peptidomimetics, peptides, proteins, toxoids, sera, antibodies, vaccines, nucleosides, nucleotides and genetic material, and other hydrophilic compounds, such as nucleic acids.

The hydrophilic therapeutic agent can be solubilized or suspended in a preconcentrate (before dilution with an aqueous diluent), added to the preconcentrate prior to dilution, added to the diluted preconcentrate, or added to an aqueous diluent prior to mixing with the preconcentrate. The hydrophilic therapeutic agent can also be co-administered as part of an independent dosage form, for therapeutic effect. Optionally, the hydrophilic therapeutic agent can be present in a first, solubilized amount, and a second, non-solubilized (suspended) amount. Such hydrophilic therapeutic agents can be any agents having therapeutic or other value when administered to an animal, particularly to a mammal, such as drugs, nutrients, cosmetics (cosmeceuticals), and diagnostic agents. It should be understood that while the invention is described with particular reference to its value for oral dosage forms, the invention is not so limited. Thus, hydrophilic drugs, nutrients, cosmetics and diagnostic agents which derive their therapeutic or other value from, for example, transmembrane (transport across a membrane barrier of therapeutic significance), nasal, buccal, sublingual, rectal, ocular, otal, vaginal, pulmonary, the skin or gastrointestinal administration, are still considered to be suitable for use in the present invention as well as formulations for parenteral injections for subcutaneous, intramuscular or to specific regions such as synovial fluid, intrethecal, into the brain tissue, intraosseus, intraperitoneal or other injection sites.

Specific non-limiting examples of therapeutic agents that can be used in the pharmaceutical compositions of the present invention include analgesics and anti-inflammatory agents, anthelmintics, anti-arrhythmic agents, anti-asthma agents, anti-bacterial agents, anti-viral agents, anti-coagulants, anti-depressants, anti-diabetics, anti-epileptics, anti-fungal agents, anti-gout agents, anti-hypertensive agents, anti-malarials, anti-migraine agents, anti-muscarinic agents, anti-neoplastic agents and immunosuppressants, anti-protozoal agents, anti-thyroid agents, anti-tussives, anxiolytic, sedatives, hypnotics and neuroleptics, .beta.-blockers, cardiac inotropic agents, corticosteroids, diuretics, anti-parkinsonian agents, gastrointestinal agents, histamine H,-receptor antagonists, keratolytics, lipid regulating agents, muscle relaxants, anti-anginal agents, nutritional agents, analgesics, sex hormones, stimulants, cytokines, peptidomimetics, peptides, proteins, toxoids, sera, antibodies, vaccines, nucleosides, nucleotides and genetic material, and nucleic acids. Amphiphilic therapeutic agents are also included, provided they have a water solubility of greater than about 1 mg/mL.

Although the invention is not limited thereby, examples of hydrophilic therapeutic agents suitable for use in the compositions and methods of the present invention include the following preferred compounds, as well as their pharmaceutically acceptable salts,



EINKALEYFASTOFAN
Reykjavík

8593
19.01.2007

isomers, esters, ethers and other derivatives: acarbose; acyclovir; acetyl cysteine; acetylcholine chloride; alatrofloxacin; alendronate; alglucerase; amantadine hydrochloride; ambenomium; amifostine; amiloride hydrochloride; aminocaproic acid; amphotericin B; antihemophilic factor (human); antihemophilic factor (porcine); antihemophilic factor (recombinant); aprotinin; asparaginase; atenolol; atracurium besylate; atropine; azithromycin; aztreonam; BCG vaccine; bacitracin; becalermin; belladona; bepridil hydrochloride; bleomycin sulfate; calcitonin human; calcitonin salmon; carboplatin; capecitabine; capreomycin sulfate; cefamandole nafate; cefazolin sodium; cefepime hydrochloride; cefixime; cefonicid sodium; cefoperazone; cefotetan disodium; cefotoxime; cefoxitin sodium; ceftizoxime; ceftriaxone; cefuroxime axetil; cephalexin; cephapirin sodium; cholera vaccine; chrionic gonadotropin; cidofovir; cisplatin; cladribine; clidinium bromide; clindamycin and clindamycin derivatives; ciprofloxacin; clondronate; colistimethate sodium; colistin sulfate; cortocotropin; cosyntropin; cromalyn sodium; cytarabine; daltaperin sodium; danaproid; deforoxamine; denileukin diftitox; desmopressin; diatrizoate megluamine and diatrizoate sodium; dicyclomine; didanosine; dirithromycin; dopamine hydrochloride; dornase alpha; doxacurium chloride; doxorubicin; editronate disodium; elanaprilat; enkephalin; enoxacin; enoxaprin sodium; ephedrine; epinephrine; epoetin alpha; erythromycin; esmol hydrochloride; factor IX; famiciclovir; fludarabine; fluoxetine; foscarnet sodium; ganciclovir; granulocyte colony stimulating factor; granulocyte-macrophage stimulating factor; growth hormones- recombinant human; growth hormone- bovine; gentamycin; glucagon; glycopyrolate; gonadotropin releasing hormone and synthetic analogs thereof; GnRH; gonadorelin; grepafloxacin; hemophilus B conjugate vaccine; Hepatitis A virus vaccine inactivated; Hepatitis B virus vaccine inactivated; heparin sodium; indinavir sulfate; influenza virus vaccine; interleukin-2; interleukin-3; insulin-human; insulin lispro; insulin procine; insulin NPH; insulin aspart; insulin glargine; insulin detemir; interferon alpha; interferon beta; ipratropium bromide; isofosfamide; japanese encephalitis virus vaccine; lamivudine; leucovorin calcium; leuprolide acetate; levofloxacin; lincomycin and lincomycin derivatives; lobucavir; lomefloxacin; loracarbef; mannitol; measles virus vaccine; meningococcal vaccine; menotropins; mephenzolate bromide; mesalmine; methanamine; methotrexate; methscopolamine; metformin hydrochloride; metroprolol; mezocillin sodium; mivacurium chloride; mumps viral vaccine; nedocromil sodium; neostigmine bromide; neostigmine methyl sulfate; neutontin; norfloxacin; octreotide acetate; ofloxacin; olpadronate; oxytocin; pamidronate disodium; pancuronium bromide; paroxetine; pefloxacin; pentamindine isethionate; pentostatin; pentoxifylline; periciclovir; pentagastrin; phentolamine mesylate; phenylalanine; physostigmine salicylate; plague vaccine; piperacillin sodium; platelet derived growth factor-human; pneumococcal vaccine polyvalent; poliovirus vaccine inactivated; poliovirus vaccine live (OPV); polymixin B sulfate; pralidoxine chloride; pramlintide; pregabalin; propofenone; propenthaline bromide; pyridostigmine bromide; rabies vaccine; residronate; ribavarin; rimantadine hydrochloride; rotavirus vaccine; salmetrol xinafoate; sincalide; small pox vaccine; solatol; somatostatin; sparfloxacin; spectinomycin; stavudine; streptokinase; streptozocin; suxamethonium chloride; tacrine hydrochloride; terbutaline sulfate; thiopeta; ticarcillin; tiludronate; timolol; tissue type plasminogen activator; TNFR:Fc; TNK-tPA; trandolapril; trimetrexate gluconate; trospectinomycin; trovafloxacin; tubocurarine chloride; tumor necrosis factor; typhoid



EINKALEYFASTOFAN Reykjavík



CONFIDENTIAL NAYZILAM_00068599

8593
19.01.2007

vaccine live; urea; urokinase; vancomycin; valaciclovir; valsartan; varicella virus vaccine live; vasopressin and vasopessin derivatives; vecoronium bromide; vinbiastin; vincristine; vinorelbine; vitamin $B_{12}$; warfarin sodium; yellow fever vaccine; zalcitabine; zanamavir; zolandtronate; and zidovudine.

Other biologically active compounds that may be administered in this formulation may comprise adrenal hormones, corticosteroids and derivatives such as ACTH and analogies, teracosactrin, alsactide, cortisone, cortisone acetate, hydrocortisone, hydrocortisone alcohol, hydrocortisone acetate, hydrocortisone hemisuccinate, prednisolone, prednisolone terbutate, 9-alpha-fluoroprednisolone, triamcinolone acetonide, dexamethasone phosphate, flurisolide, budesonide, toxicorol pivalate, etc.; Amino acids; Anorectics such as benzphetamine HCl chlorphentermine HCl, etc.; Antibiotics such as tetracycline HCl, tyrothricin, cephalosporine, aminoglycosides, streptomycin, gentamycin, leucomycin, penicillin and derivatives, erythromycin, etc.; Anti-allergic agents; Antibodies such as monoclonal or polyclonal antibodies &against infectious diseases; Anti-cholinergic agents such as atropine base, etc.; Anti-depressents such as amitriptyline HCl, imipramine HCl, etc.; Anti-emtica such as neuroleptica, e.g. metopimazin, antihistamins e.g. thienylperazin or anti-emetica having a regulatory effect on the motility of the intestine such as domperidon; Anti-epileptica and anti-spasmolytica such as clonazepam, diazepam, nitrazepam, lorazepam etc.; Anti-histaminic agents and histaminic agents such as diphenhydramin HCl, chloropheniramine maleate, clemastine, histamine, prophenpyridamine maleate, chlorprophenpyridamine maleate, disodium cromoglycate, meclizine, etc.; Anti-hypertensive agents such as clonidine HCl, etc.; Anti-inflammatory agents (enzymatic) such as chymotrypsin, bromelain seratiopeptidase, etc.; Anti-inflammatory agents (non-steroidal) such as acetaminophen, aspirin, aminopyrine, phenylbutazone, mefenamic acid, ibuprofen, diclofenac sodium, indomethacin, colchicine, probenocid, etc.; Anti- inflammatory agents (steroidal) such as hydrocortisone, prednisone, fluticasone, predonisolone, triamcinolone, triaxncinolone acetonide, dexamethasone, betamethasone, beclomethasone, beclomethasone dipropionate, etc.; Anti-neoplastic agents such as actinomycin C, etc.; Antiseptics such as chlorhexidine HCl, hexylresorcinol, dequalinium cloride, ethacridine, etc.; Anti-tumor agents; Anti-tussive expectorant (asthmatic agents) such as sodium cromoglycate, codeine phosphate, isoprotereol HCl, etc.; Anti-viral and anti-cancer agents such as interferons (such as Alpha-2 interferon for treatment of common colds), phenyl-p-guanidino benzoate, enviroxime, etc.; Beta-adrenergic blocking agents such as propranolol HCl, etc.; Blood factors such as factor VII, factor VIII etc.; Bone metabolism controlling agents agents such as vitamine D.sub.3, active vitamin D.sub.3, etc.; Bronchoisters clenbuterol HCl, bitolterol mesylate, etc.; cardiotonics such as digitalis, digoxin, etc.; Cardiovascular regulatory hormones, drugs and derivatives such as bradykin antagonists, atrial natriuretic peptide and derivatives, hydrailsazine, angiotensin II antagonist, nitroglycerine, nifedipine, isosorbide dinitrate, propranolol, clofilium rosylate, etc.; Chemotherapeutic agents such as sulphathiazole, nitrofurazone, etc.; CNS-stimulants such as lidocaine, cocaine, etc.; Corticosterqids such as lacicortone, hydrocorticeone, fluocinolone acetonide, triamcinolone acetonide, etc.; Diagnostic druqs such as phenolsulfonphthalein, dey T-1824, vital dyes, potassium ferrocyanide, secretin, pentagastrin, cerulein, etc.; Dopamineric agents such as bromocriptine mesylate. etc.;



EINKALEYFASTOFAN Reykjavík

Enzymes such as lysozyme chloride, dextranase, etc.; Gastrointenstinal hormones and derivatives such as secretin, substance P, etc.; Hypothalamus hormones and derivatives such as LHRH and analoguss (such as naferelin, buserelin, zolidex, etc.), enkephalins (DADLE, metkephamid, leucine enkephalin), TRH (thyrotropin releasing hormone),. etc.; Hypothensives; Local anesthitics such as benzocain, etc.; Migraine treatment substances such as dihydroergot amine, ergometrine, ergotamine, pizotizin, etc.; Narcotics, antagonists and analgetics such as buprenorphine, na. loxone etc.; Pancreatic hormones and derrivatives such as insulin (hexameric/dimeric/ monomeric forms), glucagon, etc.; Parasympathomimetics such as nicotine, methacholine, etc.; Parasympatholytics such as scopolamine, attopine, ipratropium, etc.;. Parcinson disease substances such as apomorphin etc.; Pituitary gland hormones and derivatives such as growth hormone (e.g. human), vasopressin and analogues (DDAVP, Lypressin), oxytocin and analoguss, etc.; Prostaglandines such as PGA and derivatives, PGE.sub.1 and derivatives, PGE.sub.2 and derivatives, PGF.sub.1 and derivatives, dinoprost trometamol, etc.; Protease inhibitors such as aprotinin, citrate, or .alpha..sub.1 -antitrypsin etc.; Sedatives such as alprazolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ethyl loflazepate, fludiazepam, flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam, triazolam, etc.; Sex-hormones such as ethinyloestradiol, levonorgestrel, FSH, LH, LTH, estradiol-17-beta, progesterone, norethindrone, testosterone, etc.; Sympathomimetics such as ephedrine, epinephrine, phenylephrine, xylometazoline, tramazoline, dopamine, dobutamine, etc.; Thyroid gland hormones and derivatives such as calcitonins and synthetic modifications thereof etc.; Tranquillisers such as alprazolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ethyl loflazepate, fludiazepam, flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam, triazolam, etc.; Vaccines such as AIDS-vaccines, influenza virus, parainfluenza virus, measles, polio, rhinovirus type 13, respiratory syncytial virus, etc.; Vasoconstrictors such as phenylephrine HCl, tetrahydrozoline HCl, naphazoline nitrate, oxymetazoline HCl, tramazoline HCl, etc.; Vasodilators such as nitroglycerin, papaverine HCl, substance P, VIP (vasoactive intestinal peptide) etc; Vitamines such as vitamin-B.sub.12, folic acid, or nicotinamide.

Specific non-limiting examples of hydrophobic therapeutic agents that can be used in the pharmaceutical compositions of the present invention include the following representative compounds, as well as their pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives: analgesics and anti-inflammatory agents, such as aloxiprin, auranofin, azapropazone, benorylate, capsaicin, celecoxib, diclofenac, diflunisal, etodolac, fenbufen, fenoprofen calcium, flurbiprofen, ibuprofen, indomethacin, ketoprofen, ketorolac, leflunomide, meclofenamic acid, mefenamic acid, nabumetone, naproxen, oxaprozin, oxyphenbutazone, phenylbutazone, piroxicam, refocoxib, sulindac,



EINKALEYFASTOFAN Reykjavík Page 12 of 26

tetrahydrocannabinol, tramadol and tromethamine; antihelminthics, such as albendazole, bephenium hydroxynaphthoate, cambendazole, dichlorophen, ivermectin, mebendazole, oxamniquine, oxfendazole, oxantel embonate, praziquantel, pyrantel embonate and thiabendazole; anti-arrhythmic agents, such as amiodarone HCl, disopyramide, flecainide acetate and quinidine sulfate; anti-asthma agents, such as zileuton, zafirlukast, terbutaline sulfate, montelukast, and albuterol; anti-bacterial agents such as alatrofloxacin, azithromycin, baclofen, benzathine penicillin, cinoxacin, ciprofloxacin HCl, clarithromycin, clofazimine, cloxacillin, demeclocycline, dirithromycin, doxycycline, erythromycin, ethionamide, furazolidone, grepafloxacin, imipenem, levofloxacin, lorefloxacin, moxifloxacin HCl, nalidixic acid, nitrofurantoin, norfloxacin, ofloxacin, rifampicin, rifabutine, rifapentine, sparfloxacin, spiramycin, sulphabenzamide, sulphadoxine, sulphamerazine, sulphacetamide, sulphadiazine, sulphafurazole, sulphamethoxazole, sulphapyridine, tetracycline, trimethoprim, trovafloxacin, and vancomycin; anti-viral agents, such as abacavir, amprenavir, delavirdine, efavirenz, indinavir, lamivudine, nelfinavir, nevirapine, ritonavir, saquinavir, and stavudine; anti-coagulants, such as cilostazol, clopidogrel, dicumarol, dipyridamole, nicoumalone, oprelvekin, phenindione,, ticlopidine, and tirofiban; anti-depressants, such as amoxapine, bupropion, citalopram, clomipramine, fluoxetine HCl, maprotiline HCl, mianserin HCl, nortriptyline HCl, paroxetine HCl, sertraline HCl, trazodone HCl, trimipramine maleate, and venlafaxine HCl; anti-diabetics, such as acetohexamide, chlorpropamide, glibenclamide, gliclazide, glipizide, glimepiride, miglitol, pioglitazone, repaglinide, rosiglitazone, tolazamide, tolbutamide and troglitazone; anti-epileptics, such as beclamide, carbamazepine, clonazepam, ethotoin, felbamate, fosphenytoin sodium, lamotrigine, methoin, methsuximide, methylphenobarbitone, oxcarbazepine, paramethadione, phenacemide, phenobarbitone, phenytoin, phensuximide, primidone, sulthiame, tiagabine HCl, topiramate, valproic acid, and vigabatrin; anti-fungal agents, such as amphotericin, butenafine HCl, butoconazole nitrate, clotrimazole, econazole nitrate, fluconazole, flucytosine, griseofulvin, itraconazole, ketoconazole, miconazole, natamycin, nystatin, sulconazole nitrate, oxiconazole, terbinafine HCl, terconazole, tioconazole and undecenoic acid; anti-gout agents, such as allopurinol, probenecid and sulphin-pyrazone; anti-hypertensive agents, such as amlodipine, benidipine, benezepril, candesartan, captopril, darodipine, dilitazem HCl, diazoxide, doxazosin HCl, elanapril, eposartan, losartan mesylate, felodipine, , fenoldopam, fosenopril, guanabènz acetate, irbesartan, isradipine, lisinopril, minoxidil, nicardipine HCl, nifedipine, nimodipine, nisoldipine, phenoxybenzamine HCl, prazosin HCl, quinapril, reserpine, terazosin HCl, telmisartan, and valsartan; anti-malarials, such as amodiaquine, chloroquine, chlorproguanil HCl, halofantrine HCl, mefloquine HCl, proguanil HCl, pyrimethamine and quinine sulfate; anti-migraine agents, such as dihydroergotamine mesylate, ergotamine tartrate, frovatriptan, methysergide maleate, naratriptan HCl, pizotyline malate, rizatriptan benzoate, sumatriptan succinate, and zolmitriptan; anti-muscarinic agents, such as atropine, benzhexol HCl, biperiden, ethopropazine HCl, hyoscyamine, mepenzolate bromide, oxyphencyclimine HCl and tropicamide; anti-neoplastic agents and immunosuppressants, such as aminoglutethimide, amsacrine, azathioprine, bicalutamide, bisantrene, busulfan, camptothecin, cytarabine, chlorambucil, cyclosporin, dacarbazine, ellipticine, estramustine, etoposide, irinotecan, lomustine, melphalan, mercaptopurine, methotrexate, mitomycin, mitotane, mitoxantrone, mofetil



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

mycophenolate, nilutamide, paclitaxel, procarbazine HCl, sirolimus, tacrolimus, tamoxifen citrate, teniposide, testolactone, topotecan HCl, and toremifene citrate; anti-protozoal agents, such as atovaquone, benznidazole, clioquinol, decoquinate, diiodohydroxyquinoline, diloxanide furoate, dinitolmide, furazolidone, metronidazole, nimorazole, nitrofurazone, ornidazole and tinidazole; anti-thyroid agents, such as carbimazole, paracalcitol, and propylthiouracil; anti-tussives, such as benzonatate; anxiolytics, sedatives, hypnotics and neuroleptics, such as alprazolam, amylobarbitone, barbitone, bentazepam, bromazepam, bromperidol, brotizolam, butobarbitone, carbromal, chlordiazepoxide, chlormethiazole, chlorpromazine, chlorprothixene, clonazepam, clobazam, clotiazepam, clozapine, diazepam, droperidol, ethinamate, flunanisone, flunitrazepam, triflupromazine, fluphenthixol decanoate, fluphenazine decanoate, flurazepam, gabapentin, haloperidol, lorazepam, lormetazepam, medazepam, meprobamate, mesoridazine, methaqualone, methylphenidate, midazolam, molindone, nitrazepam, olanzapine, oxazepam, pentobarbitone, perphenazine pimozide, prochlorperazine, pseudoephedrine, quetiapine, rispiridone, sertindole, sulpiride, temazepam, thioridazine, triazolam, zolpidem, and zopiclone; .beta.-Blockers, such as acebutolol, alprenolol, atenolol, labetalol, metoprolol, nadolol, oxprenolol, pindolol and propranolol; cardiac inotropic agents, such as amrinone, digitoxin, digoxin, enoximone, lanatoside C and medigoxin; corticosteroids, such as beclomethasone, betamethasone, budesonide, cortisone acetate, desoxymethasone, dexamethasone, fludrocortisone acetate, flunisolide, fluocortolone, fluticasone propionate, hydrocortisone, methylprednisolone, prednisolone, prednisone and triamcinolone; diuretics, such as acetazolamide, amiloride, bendroflumethiazide, bumetanide, chlorothiazide, chlorthalidone, ethacrynic acid, frusemide, metolazone, spironolactone and triamterene. anti-parkinsonian agents, such as bromocriptine mesylate, lysuride maleate, pramipexole, ropinirole HCl, and tolcapone; gastrointestinal agents, such as bisacodyl, cimetidine, cisapride, diphenoxylate HCl, domperidone, famotidine, lansoprazole, loperamide, mesalazine, nizatidine, omeprazole, ondansetron HCl, rabeprazole sodium, ranitidine HCl and sulphasalazine; histamine H, and H,-receptor antagonists, such as acrivastine, astemizole, chlorpheniramine, cinnarizine, cetrizine, clemastine fumarate, cyclizine, cyproheptadine HCl, dexchlorpheniramine, dimenhydrinate, fexofenadine, flunarizine HCl, loratadine, meclizine HCl, oxatomide, and terfenadine; keratolytics, such as such as acetretin, calcipotriene, calcifediol, calcitriol, cholecalciferol, ergocalciferol, etretinate, retinoids, targretin, and tazarotene; lipid regulating agents, such as atorvastatin, bezafibrate, cerivastatin, ciprofibrate, clofibrate, fenofibrate, fluvastatin, gemfibrozil, pravastatin, probucol, and simvastatin; muscle relaxants, such as dantrolene sodium and tizanidine HCl; nitrates and other anti-anginal agents, such as amyl nitrate, glyceryl trinitrate, isosorbide dinitrate, isosorbide mononitrate and pentaerythritol tetranitrate; nutritional agents, such as calcitriol, carotenes, dihydrotachysterol, essential fatty acids, non-essential fatty acids, phytonadiol, vitamin A, vitamin B.sub.2, vitamin D, vitamin E and vitamin K. opioid analgesics, such as codeine, codeine, dextropropoxyphene, diamorphine, dihydrocodeine, fentanyl, meptazinol, methadone, morphine, nalbuphine and pentazocine; sex hormones, such as clomiphene citrate, cortisone acetate, danazol, dehydroepiandrosterone, ethynyl estradiol, finasteride, fludrocortisone, fluoxymesterone, medroxyprogesterone acetate, megestrol acetate, mestranol, methyltestosterone, norethisterone, norgestrel, oestradiol, conjugated estrogens, progesterone, rimexolone,



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

stanozolol, stilbestrol, testosterone and tibolone; stimulants, such as amphetamine, dexamphetamine, dexfenfluramine, fenfluramine and mazindol; and others, such as becaplermin, donepezil HCl, L-thryroxine, methoxsalen, verteporfrin, physostigmine, pyridostigmine, raloxifene HCl, sibutramine HCl, sildenafil citrate, tacrine, tamsulosin HCl, and tolterodine.

Of course, salts, metabolic precursors, derivatives and mixtures of therapeutic agents may also be used where desired.

In accordance with another preferred aspect of the invention, the active substance is selected among antiepileptica, spasmolytics and tranquilizers selected from the group of benzodiazepines such as clonazepam, diazepam, flunitrazepam, triazolamn, lorazepam, nitrazepam or mixtures thereof. Antiemetics selected from setrons, metoclopramid, THC etc. or mixtures thereof. Hormones selected from sex hormones such as oestrogen, progesterone, testosterone, adrenal hormones.

As has already been pointed out the active substance must be present in an effective amount within a total volume of less than 10 mL, preferably less than 1000 microL, more preferably not more than 500 microL, for intranasal delivery the preferred dosage should be about 50-150 microL per nostril.

The active substance may be present in an amount of from 0.0001% to 50% of the total composition, preferably in an amount of from 0.001% to 20%.

The pharmaceutical preparation of the invention may furthermore comprise pharmaceutically acceptable excipients, appropriate for each delivery route or site in a concentration ranging from 0.0001 to 5%. One of such excipient may act as a stabilizer for active substances such as lorazepam, midazolam, diazepam, alprazolam, flunitrazepam and clonazepam.

The pharmaceutical preparation of the invention may, in its broadest aspect, be considered as preparation comprising from 1-99% of one or more methoxypolyethylene glycol represented by the above formula I wherein n is an integer of 3 to 10 and a carrier, in addition to the biologically active substance(s). Such carrier may comprise water and/or polymer such as polyethyelenglycol 200-400 and/or propylene glycol and/or vegetable oil and/or even powdery carrier of e.g. microspheres or nanospheres.

According to a further aspect of the invention the pharmaceutical preparation additionally comprises minor proportions of one or more compound(s) selected from the group consisting of surfactants, absorption promoters, water absorbing polymers, microspheres, oils, emulsions, liposomes, substances that inhibit enzymatic degradation, alcohols, organic solvents, water, hydrophobic agents, pH-controlling agents, preservatives and osmotic pressure controlling agents, cyclodextrines and propellants or mixtures thereof.

Preferably, the polymers are polyethylene glycols having an average molecular weight ranging from 200 to 7500 or propylene glycol or mixtures thereof or single ethylene



EINKALEYFASTOFAN Reykjavík
Page 15 of 26

8593
19.01.2007

glycols such as tetraethylene glycol and pentaethylene glycol.

According to a preferred aspect of the invention the composition comprises less than 39% (w/w) of polyethylene glycol having an average molecular weight ranging from 200 to 1000.

The invention also relates to a method for treatment of animals such as pets: for example dogs, cats, rabbits, guinea pigs, farm animals: horses, sheep, pigs, cattle, chicken or captured wild animals with an effective amount of a biologically active substance wherein the dosage unit quantity of a biologically active substance is applied to a mucosal membrane of the animal to be treated in a formulation according to the invention.

The mucosal membrane to which the pharmaceutical preparation of the invention is administered may be any mucosal membrane of the mammal to which the biologically active substance is to be given, e.g. in the nose, vagina, eye, ear, mouth, genital tract, lungs, gastrointestinal tract, or rectum, preferably the mucosa of the nose, mouth (buccal, gingual, sublingual or to the hard palate), the skin or vagina.

The pharmaceutical compositions of the invention may be administered in the form of a sublingual lozenge or troche or a buccal or nasal spray in the form of a solution, suspension or a powder, optionally together with various absorption enhancers or more preferred in the form of slightly viscous solution which is bioadhesive or optionally in the form of a suppository or vagitory.

According to a preferred aspect of the invention, the application is to the nasal mucosa, and the volume of the pharmaceutical composition is 1-1000 microL, preferably not more than 700 microL, say 50-150 .microL per nostril, a most preferred exemplary dosage being 100 microL.

The preferred use for the carrier compositions of the invention is in pharmaceutical preparations for systemic administration through the mucosa of the nose, mouth or vagina, most preferred through the mucosa of the nose, e.g. as a nasal spray.

The methoxypolyethylene glycol of the formula I are considered to be a pharmaceutically acceptable carrier, especially a pharmaceutically acceptable carrier for nasal administration. According to another aspect of the invention methoxypolyethylene glycols of the formula I are considered as a bioadhesive enhancing the attachment of the biologically active substances to the mucosal surface and allowing the formulation to stay at the surface for a long period of time.

The methoxypolyethylene glycol of the formula I is considered to be a pharmaceutically acceptable carrier, especially a pharmaceutically acceptable carrier for nasal administration. According to another aspect of the invention methoxypolyethylene glycols of the formula I are also considered as enhancer, facilitating the uptake of biologically active substance through a mucosal membrane of a mammal, especially

8593
19.01.2007

through the mucosa of the nose.

Especially preferred for use in vehicle compositions according to the invention is Carbovax™ Sentry™ (mPEG 350 and mPEG 550) which refers to commercially available solvents of polymers of the above formula I, wherein n is mainly x and y, respectively, manufactured by The Dow Chemical Company mPEG 350 and mPEG 550 are colourless liquid miscible with water, alcohols, such as methanol, ethanol, n-proypanol, glycerol and various oils in all proportions and has a b.p. about 155°C. Both mPEG 350 and mPEG 550 are reported to be non-irritating when used in compositions for parenteral administration undiluted form as stated by Dow Chemicals.

The methoxypolyethylene glycols used in accordance with the present invention may e.g. be methoxy-diethyleneglyol (m2EG), methoxy-triethylene glycol (m3EG), methoxy-tetraethylene glycol (m4EG), methoxy-pentaethylene glycol (m5EG), methoxy-hexaethylene glycol (m6EG), methoxy-heptaethylene glycol (m7EG), methoxy-octaethylene glycol (m8EG), methoxy-nonaethylene glycol (m9EG), methoxy-decaethylene glycol (m10EG), methoxy-undecaethylene glycol (m11EG), methoxy-dodecaethylene glycol (m12EG), methoxy-tridecaethylene glycol (m13EG) and methoxy-tetradecaethylene glycol (m14EG). The ethylene glycols may be used in the form of the single compounds or a mixture of two or more methoxy-n-ethylene glycols, e.g. commercial products such as Carbovax™ Sentry™ (mPEG 350 or mPEG 550).

Methoxypolyethylene glycols are available in various qualities. Especially preferred are highly purified qualities such as Carbovax™ Sentry™ mPEG350 from The Dow Chemical Company.

The delivery system according to the invention can be optimized e.g. with respect to bioadhesion, sprayability or viscosity. For example mPEG 350, in same concentration as PEG200, has a surprisingly positive effect on the sprayability compared with lower molecular weight PEG 200. This is of importance where the formulation should be carried on persons, to achieve acceptable sprayability and distribution inside the nose or other sites.

A special advantage in using the above vehicle system is that e.g. highly lipophilic substances such as the lorazepam, midazolam, clonazepam, alprazolam and other compounds belonging to the benzodiazepines, as well as water soluble substances e.g. peptides and proteins such as the pancreatic hormones can be solubilized in clinically relevant dose for human subjects in only e.g. 25-300 microL of the vehicle. In aqueous solutions clinically relevant doses of midazolam, lorazepam, alprazolam, diazepam and clonazepam will alternatively have to be dissolved in about 5000 ml and >10 ml, respectively.

If desired, the pharmaceutical compositions of the present invention can optionally include additional compounds to enhance the solubility of the therapeutic agent. Examples of such compounds, include: alcohols and polyols, such as ethanol, isopropanol, butanol, benzyl alcohol, ethylene glycol, propylene glycol, butanediols and



EINKALEYFASTOFAN Reykjavík

CONFIDENTIAL NAYZILAM_00068606

8593
19.01.2007

isomers thereof, glycerol, pentaerythritol, sorbitol, mannitol, transcutol, dimethyl isosorbide, polyethylene glycol, polypropylene glycol, pegylated-mono/di-caprylic/capric glycerides (available commercially from Sasol Chemie under the trade name Softigen 767) polyvinylalcohol, hydroxypropyl methylcellulose and other cellulose derivatives, cyclodextrins and cyclodextrin derivatives; ethers of polyethylene glycols having an average molecular weight of about 200 to about 6000 or tetrahydrofurfuryl alcohol PEG ether (glycofurol, available commercially from BASF under the trade name Tetraglycol); amides, such as 2-pyrrolidone, 2-piperidone, .epsilon.-caprolactam, N-alkylpyrrolidone, N-hydroxyalkylpyrrolidone, N-alkylpiperidone, N-alkylcaprolactam, dimethylacetamide, and polyvinylpyrrolidone; esters, such as ethyl propionate, tributylcitrate, acetyl triethylcitrate, acetyl tributyl citrate, triethylcitrate, ethyl oleate, ethyl caprylate, ethyl butyrate, triacetin, propylene glycol monoacetate, propylene glycol diacetate, .epsilon.-caprolactone and isomers thereof, .delta.-valerolactone and isomers thereof, .beta.-butyrolactone and isomers thereof; and other solubilizers known in the art, such as dimethyl acetamide, dimethyl isosorbide (Arlasolve DMI (ICI)), N-methyl pyrrolidones (Pharmasolve (ISP)), monooctanoin, diethylene glycol monoethyl ether (available from Gattefosse under the trade name Transcutol), and water.

Mixtures of solubilizers are also within the scope of the invention. Except as indicated, these compounds are readily available from standard commercial sources.

Preferred solubilizers include triacetin, triethylcitrate, ethyl oleate, ethyl caprylate, dimethylacetamide, N-methylpyrrolidone, N-hydroxyethylpyrrolidone, polyvinylpyrrolidone, hydroxypropyl methylcellulose, hydroxypropyl cyclodextrins, ethanol, polyethylene glycol 200-1000, glycofurol, transcutol, propylene glycol, and dimethyl isosorbide. Particularly preferred solubilizers include sorbitol, glycerol, triacetin, ethyl alcohol, PEG-300-400, glycofurol and propylene glycol.

The amount of solubilizer that can be included in compositions of the present invention is not particularly limited. Of course, when such compositions are ultimately administered to a patient, the amount of a given solubilizer is limited to a bioacceptable amount, which is readily determined by one of skill in the art. In some circumstances, it may be advantageous to include amounts of solubilizers far in excess of bioacceptable amounts, for example, to maximize the concentration of therapeutic agent, with excess solubilizer removed prior to providing the composition to a patient using conventional techniques, such as distillation or evaporation. Typically, the solubilizer will be present in an amount of about 1% to about 100%, more typically about 5% to about 75% by weight or about 5% to about 25% by weight.

The components of the absorption enhancing compositions of the present invention are present in amounts such that upon dilution with an aqueous diluent, the carrier forms an aqueous dispersion having a small particle size. The hydrophilic and optional hydrophobic surfactants should be present in amounts sufficient to improve the absorption of the hydrophilic therapeutic agent. It is surprisingly found that relatively large amounts of the surfactants can be used while still maintaining a small particle size upon dilution.



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

Without wishing to be bound by theory, it is believed that the absorption enhancers present in the compositions are able to enhance absorption by one or more of the following factors: effective presentation of an absorption enhancer to the site of enhancement; modulation of facilitated/active transport; transcellular permeability enhancement through favorable membrane perturbations; inhibition of efflux related transporters; inhibition of lumenal or cellular enzymatic inactivation; paracellular transport enhancement through loosening of tight junctions; induction of specific transporters to facilitate transport; altered biological binding characteristics; reduced degradation of the hydrophilic therapeutic agent; induction of transient water channels; and/or increased partitioning of the hydrophilic therapeutic agent by association with the absorption enhancer. Examples of possible absorption enhancers are sodium lauryl sulfate, oleic acid, linoleic acid, monoolein, lecithin, lysolecithin, deoxycholate, taurodeoxycholate, glycochenodeoxycholate, polyoxyethylene X-lauryl ether, where X is from 9 to 20, sodium tauro-24,25-dihydrofusidate, polyoxyethylene ether, polyoxyethylene sorbitan esters, p-t-octylphenoxypolyoxyethylene, N-lauryl-.beta.-D-maltopyranoside, 1-dodecylazacycloheptane-2-azone, and phospholipids, each surfactant is present in an amount of less than 5% by weight, based on the total weight of the pharmaceutical system.

Other excipients that may be needed in the formulation are following: pH-controlling agents, such as, nitric acid, phosphoric acid, or acetic acid, citrate: Preservatives and osmotic pressure controlling agents, such as glycerol, sodium chloride, methyl paraoxybenzoate, or benzoic acid; Powder compositions, such as, alfa-, beta- and gamma-cyclodextrines, cellulose and derivatives; Microspheres,nanospheres, virosomes, proteosomes, liposomes and emulsions compositions, such as, starch, albumin, gelatine, or lecithins or lysoleciythins; Microencapsulated formulations; Proypellants such as butane; Water.

The invention is explained more in detail with reference to the Examples which are to be considered only as illustrating the invention and not to be construed so as to limit the scope of the invention as set forth in the appended claims.

## EXAMPLE 1

10 mg lorazepam was dissolved in 2 ml of mPEG 350 using ultrasound to obtain a lorazepam concentration of 5 mg/ml. 50 microL of his preparation was administered into each nasal cavity of male New Zealand White rabbits, held in a supine position during and 1 minute after the application. An Eppendorph pipette was used for the application. Blood samples were obtained from the marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes and the lorazepam concentration was determined by HPLC.

Plasma samples for lorazepam concentration were obtained after 0, 2, 5, 10, 15, 20, 30, 45 and 60 min after the administration and compared with injection.



EINKALEYFASTOFAN Reykjavík

CONFIDENTIAL NAYZILAM_00068608

8593
19.01.2007

EXAMPLE 2

10 mg midazolam was dissolved in 2 ml of mPEG 350 using ultrasound to obtain a lorazepam concentration of 5 mg/ml. 50 microL of his preparation was administered into each nasal cavity of male New Zealand White rabbits, held in a supine position during and 1 minute after the application. An Eppendorph pipette was used for the application. Blood samples were obtained from the marginal ear vein at 0, 2, 5, 10, 15, 30 and 60 minutes and the midazolam concentration was determined by HPLC.

Plasma samples for midazolam concentration were obtained after 0, 2, 5, 10, 15, 20, 30, 45 and 60 min after the administration and compared with injection.

EXAMPLE 3

Into Pfeiffer unit-dose devices, presented in Figure 1, 150 microL of (A) PEG200, (B) PEG300, (C) PG and (D) mPEG350. The sprayability was analyzed inside a human nose (using a dummy), to lungs (using appropriate device) and on skin surface (using a dummy).

EXAMPLE 4

Pharmacodynamic response, enhanced by mPEG350

The pharmacodynamic response was tested in New Zealand White rabbits after application of 50 microL of 2.5 mg midazolam/ml vehicle into each nostril while they were in sitting position. The vehicle consisted of 20, 40, 60, 80 and 100% mPEG350 (from Dow Chemical). Midazolam was dissolved by ultrasonification.

EXAMPLE 5

0,5 mg testosteron in 50 microL mPEG350 was applied into one nostril of 5 sitting New Zealand White rabbits, weighing about 3 kg. Blood samples of 1 mL were withdrawn from the marginal ear vein after 0, 2, 5, 10, 15, 30, 60 and 120 minutes, and blood glucose level was determined.

EXAMPLE 5

0,5 mg tetrahydrocannabinol in 100 microL mPEG350 was applied into both nostrils (50 microL into each) of 5 sitting New Zealand White rabbits, weighing about 3 kg. Blood samples of 1 mL were withdrawn from the marginal ear vein after 0, 2, 5, 10, 15, 30, 60 and 120 minutes, and blood glucose level was determined.



EINKALEYFASTOFAN Reykjavík

CONFIDENTIAL NAYZILAM_00068609

8593
19.01.2007

EXAMPLE 6

4 mg midazolam in 100 microL mPEG350e was prepared and applied to rabbits in a manner analogous to that described in Example 3. The following vehicle was used: Polyethylene glycol 200, polyethylene glycol 300, polyethylene glycol 400, mPEG350 and mPEG 550. Blood samples were obtained from the marginal ear vein at following time intervals: 0, 5, 10, 15, 30 and 60 minutes and the midazolam concentration was determined by HPLC.

EXAMPLE 7

*Acute toxixological study*. This study was conducted in order to observe acute changes in the rabbit nasal cavity after a single dose of vehicle in each nasal cavity. Vehicles tested were mPEG350, mPEG550 and propylene glycol.

16 rabbits were randomized into 4 groups of 4 rabbits each. 3 groups received a single intranasal application of one of the test vehicles, 50 microL into each nasal cavity. Each rabbit received only one test compound. One group served as a control receiving the same volume of isotonic sodium chloride saline. 10 minutes after application the rabbits were sacrificed and bled. The right nasal cavity was then opened and evaluated macroscopically. The evaluator was blind as to the dosing scheme. The left nasal cavity was dissected and fixed in neutral buffered formalin for histological evaluation.

EXAMPLE 8

The bioavailability of estrogen (E2) and estrone (E1), after intranasal (i.n.), pulmonal, oral, vaginal, rectal and buccal application to rabbits (n=3) of a single dose of 50 microg E2, was studied in pilot. Two formulations containing 100% mPEG350, were tested relative to an i.v.-injection of the same dose. The formulations for i.v.-injection and for other routes were prepared just before the administration. Formulation for i.v. administration was prepared by dissolving 2.729 mg E2 in 25.0 ml PG and then adding 25.0 ml isotonic saline. Other formulations were prepared by dissolving 4.938 mg E2 in 10.0 ml mPEG350.

Rabbits (n=3) having i.v. administration received 1.0 ml of formulation 1 i.v. (equivalent to 50 .mu.g E2) as an ear-vein infusion during 30 seconds. Rabbits (n=3) having i.n. administration received formulation 2 or 3 i.n. with an Eppendoryph pipette. Each rabbit received one dose, equivalent to 50 microg E2 to the appropriate route. During and about 1 minute after the applications, the rabbits were held in a fixed position. Blood samples were collected 0, 5, 10, 20, 30, and 60 minutes after the administration. Plasma was isolated and stored at –20°C until analysis.



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

## *Claims*

We claim:

1. A method for administering a therapeutically effective amount of a biologically active substance to the mucosal surface of a mammal comprising administering a pharmaceutical composition having a total volume of 1-1000 microL to a mucosal surface such as the nasal mucosal membrane of the mammal, the pharmaceutical composition comprising the therapeutically effective amount of the biologically active substance dissolved or suspended in a volume of 1-1000 microL of an methoxy-n-ethylene glycol-containing vehicle comprising at least one methyl-ether-n-ethylene glycol represented by the formula I

$$CH_3\text{-}(O\text{-}CH_2\text{-}CH_2)_n\text{-}H \qquad (I)$$

wherein n is from 1 to 25 so that upon administration of the pharmaceutical composition to the nasal mucosal membrane, absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal rapidly takes place and thereby allows the biologically active substance to exert its therapeutic effect.

2. The method according to claim 1 wherein the methoxy-n-ethylene glycol contained in the vehicle is mPEG350 or mPEG550, preferably mPEG350

3. The method according to claim 1 wherein the methoxypolyethylene glycol are commercial products such as Carbovax™ Sentry™ mPEG 350 or mPEG 550, preferably mPEG 350.

4. The method according to claim 1 wherein the methoxy-n-ethylene glycol contained in the vehicle is selected from the group consisting of methoxy-triethylene glycol (m3EG), methoxy-tetraethylene glycol (m4EG), methoxy-pentaethylene glycol (m5EG), methoxy-hexaethylene glycol (m6EG), methoxy-heptaethylene glycol (m7EG), methoxy-octaethylene glycol (m8EG), methoxy-nonaethylene glycol (m9EG), methoxy-decaethylene glycol (m10EG), methoxy-undecaethylene glycol (m11EG), methoxy-dodecaethylene glycol (m12EG), methoxy-tridecaethylene glycol (m13EG) and methoxy-tetradecaethylene glycol (m14EG).

5. The method according to claim 3 and 4 wherein the methoxy-n-ethylene qlycol is mainly), methoxy-tetraethylene glycol (m4EG), methoxy-pentaethylene glycol (m5EG), methoxy-hexaethylene glycol (m6EG) and methoxy-heptaethylene glycol (m7EG).

6. The method according to claim 1 wherein the amount of methoxy-n-ethylene glycol contained in the vehicle is between 0.1 to 99,9 v/v percent, preferably



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

between 1 and 99 v/v percent, more preferably between 2 and 90 v/v percent and even more preferably between 2 and 75 v/v percent.

7. The method according to claim 1 wherein the composition comprises the therapeutically effective amount of the biologically active substance dissolved or suspended in a dosage unit quantity volume of 10 mL, preferably less than 1000 microL, more preferably in less than 500 microL and even more preferably in a volume of 50-300 microL.

8. The method according to claim 7 wherein the composition comprises the therapeutically effective amount of the biologically active substance in the form of a solution or suspension which is administered to the nasal mucosal membrane in a dosage unit quantity volume of 50-150 microL per nostril.

9. The method according to claim 7 wherein the composition comprises the therapeutically effective amount of the biologically active substance in the form of a solution or suspension which is administered to other mucosal membranes such as oral (buccal, sublingual, gingual), otal, ocular, pulmonal, vaginal, uterus, rectal, gastrointestinal and the skin in a dosage unit quantity volume of 10 mL, preferably less than 1000 microL, more preferably in less than 500 microL and even more preferably in a volume of 50-300 microL.

10. The method according to claim 1 wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a peak value ($t_{max}$) of the biologically active substance in the blood of the mammal within a period of 60 minutes upon administration of the substance to the mucosal membrane of the mammal, such as the nasal membrane, buccal membrane, pulmonal membrane, rectal membrane, the skin or a mixtures thereof, preferably the nasal membrane, the buccal membrane and the rectal membrane.

11. The method according to claim 10 wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a peak value ($t_{max}$) of the biologically active substance in the blood of the mammal within a period of 30 minutes, preferably within 15 minutes upon administration of the substance to the mucosal membrane of the mammal, such as the nasal membrane, buccal membrane, pulmonal membrane, rectal membrane, the skin or a mixtures thereof, preferably the nasal membrane, the buccal membrane and the rectal membrane.

12. The method according to claim 1 wherein the absorption of the biologically active substance through the mucosal membrane and into the blood stream of the mammal results in a maximal therapeutic effect of the biologically active substance within a period of 60 minutes, preferably within a perod of 30 minutes and more preferably within a perod of 15 minutes upon administration of the substance to the mucosal membrane of the mammal, such as the nasal membrane,



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

buccal membrane, pulmonal membrane, rectal membrane, the skin or a mixtures thereof, preferably the nasal membrane, the buccal membrane and the rectal membrane.

13. The method according to claim 1 wherein the biologically active substance is present in the pharmaceutical composition in a concentration from 0.0001 to 50 w/v percent, preferably in a concentration from 0.001 to 20 w/v percent.

14. The method according to claim 1 wherein the vehicle further comprises water.

15. The method according to claim 1 wherein the vehicle further comprises polymers such as polyethylene glycol 200-1000, ethyl alcohol, oil such as vegitabile oil, buffers in a concentration ranging from 0.0001 to 5 w/v percent.

16. The method according to claim 1 wherein the vehicle is anhydrous, wherein the pharmaceutical composition comprises the biologically active substance in the form of powder, microspheres or liposomes or wherein the pharmaceutical composition is liquid.

17. The method according to claim 1, wherein the step of administering the pharmaceutical composition comprises spraying the pharmaceutical composition to the nasal mucosal membrane of the mammal.

18. The method according to claim 17 comprisis metered dose pump, a unit-dose nasal device or a locked unit-dose nasal device.

19. The method according to claim 1 wherein the biologically active substance comprises of one or more, but not limited to following hydrophilic therapeutic agents and pharmaceutically acceptable salts, isomers, esters, ethers and other derivatives thereof, such as adrenal hormones, corticosteroids and derivatives such as ACTH and analogies, teracosactrin, alsactide, cortisone, cortisone acetate, hydrocortisone, hydrocortisone alcohol, hydrocortisone acetate, hydrocortisone hemisuccinate, prednisolone, prednisolone terbutate, 9-alpha-fluoroprednisolone, triamcinolone acetonide, dexamethasone phosphate, flurisolide, budesonide, toxicorol pivalate, etc.; Amino acids; Anorectics such as benzphetamine HCl chlorphentermine HCl, etc.; Antibiotics such as tetracycline HCl, tyrothricin, cephalosporine, aminoglycosides, streptomycin, gentamycin, leucomycin, penicillin and derivatives, erythromycin, etc.; Anti-allergic agents; Antibodies such as monoclonal or polyclonal antibodies &against infectious diseases; Anti-cholinergic agents such as atropine base, etc.; Anti-depressents such as amitriptyline HCl, imipramine HCl, etc.; Anti-emtica such as neuroleptica, e.g. metopimazin, antihistamins e.g. thienylperazin or anti-emetica having a regulatory effect on the motility of the intestine such as domperidon; Anti-epileptica and anti-spasmolytica such as clonazepam, diazepam, nitrazepam, lorazepam etc.; Anti-histaminic agents and histaminic agents such as diphenhydramin HCl, chloropheniramine maleate, clemastine, histamine, prophenpyridamine maleate,



EINKALEYFASTOFAN Reykjavík

CONFIDENTIAL NAYZILAM_00068613

8593
19.01.2007

chlorprophenpyridamine maleate, disodium cromoglycate, meclizine, etc.; Anti-hypertensive agents such as clonidine HCl, etc.; Anti-inflammatory agents (enzymatic) such as chymotrypsin, bromelain seratiopeptidase, etc.; Anti-inflammatory agents (non-steroidal) such as acetaminophen, aspirin, aminopyrine, phenylbutazone, mefenamic acid, ibuprofen, diclofenac sodium, indomethacin, colchicine, probenocid, etc.; Anti- inflammatory agents (steroidal) such as hydrocortisone, prednisone, fluticasone, predonisolone, triamcinolone, triaxncinolone acetonide, dexamethasone, betamethasone, beclomethasone, beclomethasone dipropionate, etc.; Anti-neoplastic agents such as actinomycin C, etc.; Antiseptics such as chlorhexidine HCl, hexylresorcinol, dequalinium cloride, ethacridine, etc.; Anti-tumor agents; Anti-tussive expectorant (asthmatic agents) such as sodium cromoglycate, codeine phosphate, isoprotereol HCl, etc.; Anti-viral and anti-cancer agents such as interferons (such as Alpha-2 interferon for treatment of common colds), phenyl-p-guanidino benzoate, enviroxime, etc.; Beta-adrenergic blocking agents such as propranolol HCl, etc.; Blood factors such as factor VII, factor VIII etc.; Bone metabolism controlling agents agents such as vitamine D.sub.3, active vitamin D.sub.3, etc.; Bronchoisters clenbuterol HCl, bitolterol mesylate, etc.; cardiotonics such as digitalis, digoxin, etc.; Cardiovascular regulatory hormones, drugs and derivatives such as bradykin antagonists, atrial natriuretic peptide and derivatives, hydrailsazine, angiotensin II antagonist, nitroglycerine, nifedipine, isosorbide dinitrate, propranolol, clofilium rosylate, etc.; Chemotherapeutic agents such as sulphathiazole, nitrofurazone, etc.; CNS-stimulants such as lidocaine, cocaine, etc.; Corticosterqids such as lacicortone, hydrocorticeone, fluocinolone acetonide, triamcinolone acetonide, etc.; Diagnostic druqs such as phenolsulfonphthalein, dey T-1824, vital dyes, potassium ferrocyanide, secretin, pentagastrin, cerulein, etc.; Dopamineric agents such as bromocriptine mesylate. etc.; Enzymes such as lysozyme chloride, dextranase, etc.; Gastrointenstinal hormones and derivatives such as secretin, substance P, etc.; Hypothalamus hormones and derivatives such as LHRH and analoguss (such as naferelin, buserelin, zolidex, etc.), enkephalins (DADLE, metkephamid, leucine enkephalin), TRH (thyrotropin releasing hormone),. etc.; Hypothensives; Local anesthitics such as benzocain, etc.; Migraine treatment substances such as dihydroergot amine, ergometrine, ergotamine, pizotizin, etc.; Narcotics, antagonists and analgetics such as buprenorphine, na. loxone etc.; Pancreatic hormones and derrivatives such as insulin (hexameric/dimeric/monomeric forms), glucagon, etc.; Parasympathomimetics such as nicotine, methacholine, etc.; Parasympatholytics such as scopolamine, attopine, ipratropium, etc.;. Parcinson disease substances such as apomorphin etc.; Pituitary gland hormones and derivatives such as growth hormone (e.g. human), vasopressin and analogues (DDAVP, Lypressin), oxytocin and analoguss, etc.; Prostaglandines such as PGA and derivatives, PGE.sub.1 and derivatives, PGE.sub.2 and derivatives, PGF.sub.1 and derivatives, dinoprost trometamol, etc.; Protease inhibitors such as aprotinin, citrate, or .alpha..sub.1 -antitrypsin etc.; Sedatives such as alprazolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ethyl loflazepate, fludiazepam,



EINKALEYFASTOFAN Reykjavík

8593
19.01.2007

flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam, triazolam, etc.; Sex-hormones such as ethinyloestradiol, levonorgestrel, FSH, LH, LTH, estradiol-17-beta, progesterone, norethindrone, testosterone, etc.; Sympathomimetics such as ephedrine, epinephrine, phenylephrine, xylometazoline, tramazoline, dopamine, dobutamine, etc.; Thyroid gland hormones and derivatives such as calcitonins and synthetic modifications thereof etc.; Tranquillisers such as alprazolam, bromazepam, brotizolam, camazepam, chlordiazepeoxide, clobazam, chlorazepic acid, clonazepam, clotiazepam, cloxazolam, delorazepam, diazepam, estazolam, ethyl loflazepate, fludiazepam, flunitrazepam, flurazepam, flutazolam, halazepam, haloxazolam, ketazolam, loprazolam, lorazepam, lormetazepam, medazepam, midazolam, nimetazepam, nitrazepam, nordiazepam, oxazepam, oxazolam, pinazepam, prazepam, temazepam, tetrazepam, tofisopam, triazolam, etc.; Vaccines such as AIDS-vaccines, influenza virus, parainfluenza virus, measles, polio, rhinovirus type 13, respiratory syncytial virus, etc.; Vasoconstrictors such as phenylephrine HCl, tetrahydrozoline HCl, naphazoline nitrate, oxymetazoline HCl, tramazoline HCl, etc.; Vasodilators such as nitroglycerin, papaverine HCl, substance P, VIP (vasoactive intestinal peptide) etc; Vitamines such as vitamin-$B_{12}$, folic acid, or nicotinamide.

20. The method according to claim 19, wherein the biologically active substance is dissolved in the vehicle.

21. The method according to claim 32, wherein the step of administering the pharmaceutical composition comprises spraying the pharmaceutical composition to a nasal mucosal membrane of the mammal.

# Upsher-Smith Laboratories, Inc.
## Pharmaceutical Development
## Research Report – Development Report

# USL 261 - Madison, Midazolam Nasal Spray – Formulation Development

004
~~004~~
RR640-~~005~~-12-00
Amd 19Nov2014 x2

**Date: September 2010 – March 2011**

**APPROVALS**

By signing and dating below, the following representatives have approved the report.

| Pharmaceutical Development | | Signature | Date |
|---|---|---|---|
| Author | David Joseph DeGrio<br>Scientist | David Joseph DeGrio | 09OCT2014 |
| PD Approver | Chandrashekar Giliyar<br>Principal Scientist | [signature] | 09OCT2014 |
| Editorial Approver | Chris Wertz<br>Director | [signature] | 21Oct2014 |

UPSHER-SMITH

Confidential



DEFENDANTS' EXHIBIT
DTX-2506

## TABLE OF CONTENTS


1. ABSTRACT .....4
2. INTRODUCTION AND BACKGROUND .....5
3. OBJECTIVE .....6
4. DEVELOPMENT .....7
4.1. Midazolam Equilibrium Solubility in Excipients .....7
4.1.1. Experiment Protocol TTP-UAR-M0055 .....7
4.1.2. Results .....8
4.2. Effect of Varying Excipient Composition on Midazolam Solubility .....8
4.2.1. Experiment Protocol TPP-UAR-M0058 .....8
4.2.2. Results .....10
4.3. Effect of Water Content on Equilibrium Solubility of Midazolam .....11
4.3.1. Experiment Protocol TTP-UAR-M0054 .....11
4.3.2. Results .....12
4.4. Solubility of Midazolam in Final Proposed Formulations .....14
4.4.1. Experiment Protocol TTP-UAR-M0155 .....14
4.4.2. Results .....15
5. CONCLUSION .....17
APPENDIX A. .....18
APPENDIX B. .....19
APPENDIX C. .....20
APPENDIX D. .....21
APPENDIX E. .....22


## LIST OF TABLES


Table 1: Formulations Used for Study TTP-UAR-M0055 .....7
Table 2: Visual Observations and Assay Results of Midazolam Solubility in each Formulation Excipient from Study TTP-UAR-M0055 .....8
Table 3: Excipient Concentration in the ITI 75 mg/mL and ITI Placebo Formulations .....9

Table 4: Excipient Composition of Formulations for Study TTP-UAR-M0058 ........................9
Table 5: Midazolam Assay Results for Formulations from Study TTP-UAR-M0058 .............10
Table 6: Composition of Solvent Vehicle Used for Study TTP-UAR-M0054 .........................11
Table 7: Excipient Composition of Test Vehicle Formulations for Study TTP-UAR-M0054 ........11
Table 8: Solution Phase Midazolam Assay Results for Test Vehicle Formulations (Heated and Unheated) at t =1, 2, and 4 Weeks from Study Protocol TTP-UAR-M0054 ........12
Table 9: Proposed Final Compositions for MZNS Formulations – Placebo and Four Strengths ........14
Table 10: Compositions of MZNS Proposed Formulation Vehicles for Solubility Study TTP-UAR-M0155 ........15
Table 11: Solution-Phase Assay of MZNS Proposed Formulation Vehicles (Solubility Study TTP-UAR-M0155) at 3, 5, and 7 days ........15
Table 12: Final Proposed MZNS Formulations ........16

## LIST OF FIGURES

Figure 1: Midazolam solubility as a function of water content in the formulation at t = 4 weeks in both the heated and unheated configurations. (TTP-UAR-M0054) .........13
Figure 2: MZ solubility as a function of water content in the formulation at t = 7 days from study TTP-UAR-M0155 and the MZ strength for each of the proposed batch formulae and corresponding water levels. ........16

## 1. ABSTRACT

USL 261, Midazolam Nasal Spray (MZNS), is a solution of midazolam (MZ) consisting of methoxypolyethylene glycol-350 (MPEG-350), polyethylene glycol 400 (PEG-400), propylene glycol, ethanol, and water. Following a bulk hold stability failure of a 75 mg/mL batch, as evidenced by visual observation of precipitates in the bulk drug product, reformulation development activities were undertaken. A series of experiments were executed to better understand the solubility of MZ in each of the individual formulation excipients and the effect of varying formulation excipient concentrations on MZ solubility. These experiments demonstrated that the water content in the formulation has the most significant impact on MZ solubility, with water content demonstrating an indirect relationship with MZ solubility. Based on this information, USL 261 was successfully reformulated to increase the solubility limit of MZ in each vehicle, ensuring solution stability in the four proposed strengths (12.5 mg/mL, 25 mg/mL, 50 mg/mL, and 75 mg/mL). These new drug product batch formulations were implemented for all subsequent development campaigns.

# 4. DEVELOPMENT

## 4.1. Midazolam Equilibrium Solubility in Excipients

### 4.1.1. Experiment Protocol TTP-UAR-M0055

Studies to determine the equilibrium solubility of MZ in each of the five liquid excipients intended for use in the drug product were carried out at Catalent Pharma Solutions (Morrisville, NC). Each of the drug product excipients (MPEG-350, PEG-400, propylene glycol, 190 proof ethanol, and water) were used to prepare the five experimental formulations (55-A to 55-E) as shown in Table 1. Each formulation consisted of one of the five excipients mixed with sufficient MZ to make a suspension prepared in 10 mL lyophilization vials in triplicate for each experiment.

**Table 1: Formulations Used for Study TTP-UAR-M0055**

| Sample ID | Excipient name | Excipient quantity (mL) | Midazolam (g) |
|---|---|---|---|
| 55-A | MPEG-350 | 5 | 2.5 |
| 55-B | PEG-400 | 5 | 2.5 |
| 55-C | Propylene glycol | 5 | 2.5 |
| 55-D | Ethanol, 190 proof | 5 | 2 |
| 55-E | Water | 5 | 0.1 |

After preparation of the experimental formulations, the vials were sealed with rubber stoppers and crimp-on caps. All vials were then heated in a boiling water bath (100°C) for 20 minutes with gentle shaking. Each sample was observed visually to ensure that crystalline MZ remained. Sample 55-D, containing the solvent ethanol, was a solution after heating so additional MZ was added until a suspension was achieved upon shaking. All vials were secured on an orbital shaker set at 200 rpm at room temperature. The samples were shaken and sampled at one week.

At one week, three vials of each formulation were removed for visual observation for the presence of undissolved particulates. After visually confirming and recording the presence of the undissolved/excess drug particulates in the sample vials, the samples were placed on the bench top, undisturbed, allowing the particles to settle. Adequate volume of the supernatant (drug solution phase) was filtered through a 0.22 micron filter into separate lyophilization vials. An aliquot of each supernatant was then appropriately transferred, diluted, and assayed for MZ by HPLC (Ikano Therapeutics Inc., Analytical Procedure AP-MZSCU).

#### 4.1.2. Results

The mean MZ concentration (n = 3) in the solution phase for each of the excipients tested is shown in Table 2.

**Table 2: Visual Observations and Assay Results of Midazolam Solubility in each Formulation Excipient from Study TTP-UAR-M0055**

| Sample ID | Excipient | Mean Solution Phase Assay (mg/mL) t = 1 week |
|---|---|---|
| 55-A | MPEG-350 | 131.61 |
| 55-B | PEG-400 | 127.83 |
| 55-C | Propylene glycol | 176.06 |
| 55-D | Ethanol, 190 proof | 350.15 |
| 55-E | Water | 0.01 |

*All samples were suspensions after allowing particles to settle subsequent to heating step.

The data indicate that the amount of water in the formulation has a significantly greater impact on MZ solubility than the other components. Therefore, as the MZ concentration of various formulations increases it is prudent to limit the water content to ensure MZ is fully solubilized and prevent recrystallization.

### 4.2. Effect of Varying Excipient Composition on Midazolam Solubility

#### 4.2.1. Experiment Protocol TPP-UAR-M0058

A set of experiments were carried out to determine the impact of the concentration of the formulation excipients on MZ solubility in the formulation. The excipient composition of the original ITI 75 mg/mL and ITI Placebo formulations are shown in Table 3 below.

**Table 3: Excipient Concentration in the ITI 75 mg/mL and ITI Placebo Formulations**

| Excipient | Excipient Concentration (% w/w) | |
|---|---|---|
| | ITI 75 mg/mL | ITI Placebo |
| Midazolam | 6.9 | 0.0 |
| MPEG-350 | 46.9 | 49 |
| PEG-400 | 16.5 | 17 |
| Propylene glycol | 5.3 | 6 |
| Ethanol, 190 proof | 6.2 | 7 |
| Water | 18.2 | 21 |
| Total | 100 | 100 |

An experiment was carried out at Catalent Pharma Solutions (Morrisville, NC) to evaluate the equilibrium solubility of MZ in five experimental vehicles (58-A to 58-E) in which the amounts of PEG-400, propylene glycol, ethanol, and water were varied, while the concentration of MPEG-350 was held constant, as shown below in Table 4. The experimental vehicles were designed around the ITI Placebo excipient concentrations and the ITI 75 mg/mL MZ concentration. Assuming a total formulation weight of 100 g, the experimental vehicles each contained ~93% (w/w) excipients to balance for the approximately 7% (w/w) MZ in the 75 mg/mL formulation.

**Table 4: Excipient Composition of Formulations for Study TTP-UAR-M0058**

| Excipient | Concentration (g) | | | | |
|---|---|---|---|---|---|
| | Formulation | | | | |
| | 58-A | 58-B | 58-C | 58-D | 58-E |
| MPEG-350 | 49.0 | 49.0 | 49.0 | 49.0 | 49.0 |
| PEG-400 | 17.0 | 9.0 | 13.6 | 17.0 | 17.0 |
| Propylene glycol | 6.0 | 18.2 | 13.6 | 10.2 | 11.0 |
| Ethanol, 190 proof | 7.0 | 7.0 | 7.0 | 7.0 | 2.0 |
| Water | 14.0 | 9.8 | 9.8 | 9.8 | 14.0 |
| Total | 93.0 | 93.0 | 93.0 | 93.0 | 93.0 |

The experimental formulations 58-A to 58-E were prepared in separate amber glass bottles by mixing the corresponding excipients as shown in Table 4. Approximately 2.0 - 2.5 g of MZ was placed in a vial and about 5 mL of the vehicle was added. Three vials were prepared for each of the formulations and sealed with rubber stoppers and crimp-on caps. All vials were heated in a boiling water bath (100°C) for 20 minutes and then allowed to cool. Once cooled, all the vials from each formulation were placed on an orbital shaker and shaken at 200 rpm for one week at ambient room temperature. After one week, the vials from each formulation were removed from the orbital shaker, visually inspected to confirm the presence of excess drug particles, and observations recorded. The samples were left undisturbed long enough to allow the particles to visually settle. The supernatant (drug solution phase) was filtered through a 0.22 micron PES membrane filter into separate lyophilization vials. Adequate volume of the supernatant (drug solution phase) from each sample was then appropriately transferred, diluted, and assayed for MZ by HPLC (Ikano Therapeutics Inc., Analytical Procedure AP-MZSCU.)

### 4.2.2. Results

The MZ saturation solubility was determined for each sample, with the data presented in Table 5. Samples 58-A and 58-E showed comparable solution phase MZ assay values of approximately 110 mg/mL. The three remaining samples (58-B, 58-C and 58-D) had solution phase MZ assay values that varied between ~160 – 165 mg/mL. All samples were observed to be a suspension prior to sampling for assay.

**Table 5: Midazolam Assay Results for Formulations from Study TTP-UAR-M0058**

| Assay Results in solution phase (mg/mL) t = 1 week | | | | |
|---|---|---|---|---|
| Formulation | | | | |
| 58-A | 58-B | 58-C | 58-D | 58-E |
| 110.7 | 165.2 | 159.9 | 160.3 | 109.5 |

*All samples were observed to be a suspension after one week.

The data indicate that MZ solubility is impacted most significantly by water content. Formulation 58-D (9.8 g water), when compared to formulation 58-A (14 g water), showed an increase in MZ solubility of approximately 50 mg/ml (110.7 vs 160.3 mg/ml), demonstrating the significant effect of the water content on MZ solubility.

Conversely, the data in Table 5 suggests that the amounts of PEG-400, propylene glycol, and ethanol are much less impactful on MZ solubility. This observation is consistent with conclusions from experiment TTP-UAR-M0055 in Section 4.1 of this report.

Comparison of the MZ solubility of vehicles 58-A (7.5% ethanol) and 58-E (2% ethanol) demonstrates that varying the amount of ethanol did not significantly impact MZ saturation

solubility (110.7 vs 109.5 mg/ml). Similarly, varying the ratio of PEG-400 to propylene glycol from ~1:2 to ~1.7:1 had minimal impact in MZ solubility, as evident from the comparable saturation solubility of MZ in 58-B (165.2 mg/ml), 58-C (159.9 mg/ml), and 58-D (160.3 mg/ml).

## 4.3. Effect of Water Content on Equilibrium Solubility of Midazolam

### 4.3.1. Experiment Protocol TTP-UAR-M0054

Based on the experimental results of the protocol TTP-UAR-M0058, the impact of water content on the equilibrium solubility of MZ was investigated further. For this set of experiments, the relevant concentration of the solvent vehicle (MPEG-350, PEG-400, propylene glycol, and ethanol) was kept constant, as shown in Table 6. Five formulations were then prepared in which the relative concentration of water to vehicle was systematically varied from 11.8 to 21.9%, as shown in Table 7.

**Table 6: Composition of Solvent Vehicle Used for Study TTP-UAR-M0054**

| Excipient | Amount (g) |
|---|---|
| MPEG-350 | 47 |
| PEG-400 | 17 |
| Propylene glycol | 5 |
| Ethanol 190 proof | 6 |
| Total | 75 |

**Table 7: Excipient Composition of Test Vehicle Formulations for Study TTP-UAR-M0054**

| Component | Concentration (%w/w) | | | | |
|---|---|---|---|---|---|
| | Formulation | | | | |
| | 54-A | 54-B | 54-C | 54-D | 54-E |
| Solvent Vehicle | 78.1 | 80.6 | 83.3 | 86.2 | 88.2 |
| Water | 21.9 | 19.4 | 16.7 | 13.8 | 11.8 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

Approximately 1600-1650 mg of MZ were weighed into a 10 mL lyophilization vial. Eight mL of each test vehicle formulation were then transferred the vial and sealed with rubber stoppers and crimp-on caps. Replicate vials (n = 12) were prepared for each test vehicle formulation. The vials were separated into two sets of six vials each for each test vehicle formulation. One set of vials were heated in a boiling water bath (100°C) for 20 minutes and then allowed to cool to room temperature, while the other set of vials was held at room temperature throughout the experiment. All vials were then placed on an orbital shaker and shaken at 200 rpm at room temperature. After one, two, and four weeks of shaking, two vials from each of the test vehicle formulations from both the sets (heated and unheated vials) were visually inspected to confirm the presence of undissolved MZ particles. The samples were left undisturbed, long enough to allow the particles to visually settle. Adequate volume of the supernatant (drug solution phase) from each of the vials was filtered through a 0.22 micron PES membrane filter into separate lyophilization vials. Adequate volume of the supernatant (drug solution phase) from each sample was then appropriately transferred, diluted, and assayed for MZ by HPLC (Ikano Therapeutics Inc., Analytical Procedure AP-MZSCU.)

### 4.3.2. Results

All test vehicle formulation vials (heated and unheated configurations) had undissolved suspended drug particles observed at all analysis time points, confirming that MZ was in a state of saturation throughout the study. The average solution phase MZ assay values measured in each set of vials at the indicated analysis time-points are summarized in Table 8 below.

**Table 8: Solution Phase Midazolam Assay Results for Test Vehicle Formulations (Heated and Unheated) at t =1, 2, and 4 Weeks from Study Protocol TTP-UAR-M0054**

| Test Vehicle Formulation | Solution Phase Midazolam Assay (mg/mL)* | | | | | |
|---|---|---|---|---|---|---|
| | 1 week | | 2 weeks | | 4 weeks | |
| | Unheated | Heated | Unheated | Heated | Unheated | Heated |
| 54-A | 59.6 | 60.0 | 57.2 | 58.4 | 56.2 | 57.2 |
| 54-B | 74.5 | 75.0 | 72.9 | 73.3 | 72.5 | 71.7 |
| 54-C | 92.4 | 92.4 | 91.1 | 91.2 | 90.7 | 89.6 |
| 54-D | 118.1 | 116.5 | 116.3 | 116.3 | 113.5 | 142.5 |
| 54-E | 146.6 | 151.8 | 138.1 | 150.0 | 134.9 | 140.9 |

**Note**: Values represent the average of n = 2 vials per time point per heating configuration.
* All test vehicle formulations had visible undissolved drug particles suspended at all the analysis time points.

Based on the solution-phase MZ solubility results in Table 8, it appears that equilibrium solubility was reached after one week for most of the test vehicle formulations and conditions, as indicated by comparable assay values from the one, two, and four week data points. Some modest differences in MZ solubility between heated and unheated samples were found for formulation 54-D and 54-E at some of the later time points, however, the inconsistent data suggests experimental error could have been a factor for these samples.

The data in Table 8 demonstrates an indirect correlation between water content and MZ solubility, with higher water concentrations resulting in lower MZ solubility values. This result is also apparent when the data is plotted graphically, as shown Figure 1.




**Figure 1: Midazolam solubility as a function of water content in the formulation at t = 4 weeks in both the heated and unheated configurations. (TTP-UAR-M0054)**

Based on the data in Figure 1, the lead placebo and active (12.5 mg/mL, 25 mg/mL, 50 mg/mL, 75 mg/ml) MZNS formulations listed in Table 9 were identified for further product development.

**Table 9: Proposed Final Compositions for MZNS Formulations – Placebo and Four Strengths**

| Ingredient | Composition, %w/w | | | | |
|---|---|---|---|---|---|
| | Placebo | 75 mg/ mL | 50 mg/ mL | 25 mg/ mL | 12.5 mg/ mL |
| methoxypolyethylene glycol-350, NF (MPEG-350) | 49 | 49 | 49 | 49 | 49 |
| Polyethylene glycol 400, NF (PEG 400) | 17 | 17 | 17 | 17 | 17 |
| Propylene glycol, USP | 6 | 6 | 6 | 6 | 6 |
| Ethanol, 190 proof, USP | 7 | 7 | 7 | 7 | 7 |
| Water, USP | 21 | 14.1 | 16.3 | 18.7 | 19.8 |
| Midazolam | - | 6.9 | 4.7 | 2.3 | 1.2 |
| Total | 100 | 100 | 100 | 100 | 100 |

## 4.4. Solubility of Midazolam in Final Proposed Formulations

### 4.4.1. Experiment Protocol TTP-UAR-M0155

This experiment was carried out to demonstrate that the proposed MZNS formulae are appropriately designed to ensure solubility and homogeneity at all strengths. Four experimental formulations were prepared separately by compounding ~140 g of each vehicle shown in Table 10. Then 10 g of each vehicle were transferred into a series of separate scintillation vials (n = 9 vials/formulation). Subsequently, about 1700 mg of MZ was massed into each vial and all vials were placed on the orbital shaker and shaken at a 200 rpm for the appropriate length of time. Unlike other studies, these samples were not heated so as to present a worst-case scenario for saturation solubility kinetics. At days 3, 5, and 7, the samples were visually observed to ensure that a suspension was still present. After visual observations were recorded, the samples were allowed to sit on the bench top until any particles settled and then the samples were filtered through a 0.22 micron PES membrane filter into separate vials. Each sample was then appropriately transferred, diluted, and assayed (in triplicate) using the appropriate analytical procedure (Catalent Pharma Solutions, PDR-ATM-USL-0012).

**Table 10: Compositions of MZNS Proposed Formulation Vehicles for Solubility Study TTP-UAR-M0155**

| Excipient | Composition (parts wt by wt) | | | |
|---|---|---|---|---|
| | Formulation | | | |
| | 155-A | 155-B | 155-C | 155-D |
| MPEG-350 | 49 | 49 | 49 | 49 |
| PEG-400 | 17 | 17 | 17 | 17 |
| Propylene glycol | 6 | 6 | 6 | 6 |
| Ethanol, 190 Proof | 7 | 7 | 7 | 7 |
| water | 14.1 | 16.3 | 18.7 | 19.8 |

### 4.4.2. Results

All test vehicle formulation vials had undissolved suspended drug particles observed at all analysis time points, confirming that MZ was in a state of saturation throughout the study. The solution phase MZ assay values measured in each of the vials at the indicated analysis time-points are summarized in Table 11 below.

**Table 11: Solution-Phase Assay of MZNS Proposed Formulation Vehicles (Solubility Study TTP-UAR-M0155) at 3, 5, and 7 days**

| Formulation | Solution-Phase MZ Assay* (mg/mL) | | |
|---|---|---|---|
| | 3 days | 5 days | 7 days |
| 155-A | 114.22 | 115.11 | 115.18 |
| 155-B | 94.73 | 96.31 | 96.63 |
| 155-C | 78.23 | 80.94 | 82.83 |
| 155-D | 72.23 | 74.37 | 75.10 |

* All solutions had visible, solid MZ particles at every time point.

Comparable solution assay values across Day 3 and Day 7, in Table 11, suggest that equilibrium solubility was achieved by for all formulations. Furthermore, the concentrations of MZ in each of the proposed formulation strengths listed in Table 12 are comfortably below the solubility curve (generated from the data in Table 11), as illustrated in Figure 2. This ensures that the MZ maintains solution stability and should not precipitate over time.

**Table 12: Final Proposed MZNS Formulations**

| Ingredient | Function | Composition, % w/w | | | | |
|---|---|---|---|---|---|---|
| | | Placebo | 75 mg/ mL (USL 75) | 50 mg/ mL (USL 50) | 25 mg/ mL (USL 25) | 12.5 mg/ mL (USL 12.5) |
| Methoxypolyethylene glycol-350, NF (MPEG-350) | Co-solvent | 49 | 49 | 49 | 49 | 49 |
| Polyethylene glycol 400, NF (PEG 400) | Co-solvent | 17 | 17 | 17 | 17 | 17 |
| Propylene glycol, USP | Co-solvent | 6 | 6 | 6 | 6 | 6 |
| Ethanol, 190 proof USP | Co-solvent | 7 | 7 | 7 | 7 | 7 |
| Water, USP | Co-solvent | 21 | 14.1 | 16.3 | 18.7 | 19.8 |
| Midazolam | Drug Substance | - | 6.9 | 4.7 | 2.3 | 1.2 |




**Figure 2: MZ solubility as a function of water content in the formulation at t = 7 days from study TTP-UAR-M0155 and the MZ strength for each of the proposed batch formulae and corresponding water levels.**

## 5. CONCLUSION

The following conclusions can be drawn based on these studies:

- The saturation solubility of MZ in methoxypolyethylene glycol-350 (MPEG-350) and polyethylene glycol 400 (PEG 400) were comparable (about 130 mg/mL), while in propylene glycol and ethanol it was approximately 176 mg /mL and 350 mg/mL, respectively. MZ is very poorly soluble in water (~0.01 mg/mL), hence the amount of water needs to be limited in the final formulation to avoid adverse impact on MZ solubility.
- MZ solubility in the formulation was less impacted by the amounts of PEG-400, propylene glycol, and ethanol. Specifically, varying the amount of ethanol from about 2% to about 7.5% by weight in the formulation did not significantly impact on MZ saturation solubility. Further, varying the ratio of the amounts of PEG-400 to propylene glycol from about 1:2 to about 1.7: 1 had least impact upon MZ saturation solubility in the formulation.
- It was demonstrated that as the amount of water in the formulations decreased, MZ saturation solubility in the formulation increased.
- Formulating MZ solution in the concentration ranges of 75mg/mL, 50 mg/mL, 25 mg/mL, and 12.5 mg/mL by keeping the solvent vehicle amount identical and varying only the water content as shown in the final proposed MZNS formulations ensures that the MZ concentrations are maintained sufficiently below its equilibrium solubility (about 30% -60%) in corresponding solvent vehicles.
- The final proposed formulations for placebo and all four strengths, shown in Table 12, are therefore suitable for use in all further product development activities.



# Handbook of Pharmaceutical Excipients

## Fifth Edition

PLAINTIFFS' EXHIBIT
PTX-1090
UCB v. Cipla (21-1229-JLH)

Edited by
Raymond C Rowe, Paul J Sheskey
and Siân C Owen

Pharmaceutical Press
APhA

PROPERTY OF COVINGTON & BURLING LLP
311123

# Handbook of Pharmaceutical Excipients

# Handbook of Pharmaceutical Excipients

FIFTH EDITION

Edited by

**Raymond C Rowe**
BPharm, PhD, DSc, FRPharmS, CChem, FRSC, CPhys, MInstP

**Chief Scientist**
Intelligensys Ltd
Billingham, UK

**Paul J Sheskey**
BSc, RPh

**Technical Services Leader**
The Dow Chemical Company
Midland
MI, USA

**Siân C Owen**
BSc, MA

**Development Editor**
Royal Pharmaceutical Society of Great Britain
London, UK

APhA

London • Chicago Pharmaceutical Press

**Published by the Pharmaceutical Press**
Publications division of the Royal Pharmaceutical Society of Great Britain

1 Lambeth High Street, London SE1 7JN, UK
100 South Atkinson Road, Suite 206, Grayslake, IL 60030-7820, USA

**and the American Pharmacists Association**
2215 Constitution Avenue, NW, Washington, DC 20037-2985, USA

© Pharmaceutical Press and American Pharmacists Association 2006

(PhP) is a trademark of Pharmaceutical Press

First published 1986
Second edition published 1994
Third edition published 2000
Fourth edition published 2003
Fifth edition published 2006

Printed in Great Britain by Butler & Tanner, Frome, Somerset
Typeset by Data Standards Ltd, Frome, Somerset

ISBN 0 85369 618 7 (UK)
ISBN 1 58212 058 7 (USA)

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, without the prior written permission of the copyright holder.

The publisher makes no representation, express or implied, with regard to the accuracy of the information contained in this book and cannot accept any legal responsibility or liability for any errors or omissions that may be made.

*A catalogue record for this book is available from the British Library*

**Library of Congress Cataloging-in-Publication Data**
Handbook of pharmaceutical excipients.–5th ed. / edited by Raymond C. Rowe, Paul J. Sheskey, Siân C. Owen.
p. ; cm.
Includes bibliographical references and index.
ISBN 1-58212-058-7 (USA) – ISBN 0-85369-618-7 (UK)
1. Excipients–Handbooks, manuals, etc.
[DNLM: 1. Excipients–Handbooks. 2. Technology, Pharmaceutical–Handbooks. QV 735 H236 2006] I. Rowe, Raymond C. II. Sheskey, Paul J. III. Owen, Siân C. IV. American Pharmacists Association.

RS201.E87H36 2006
615′.19–dc22

2005028523

# Contents

*International Steering Committee* ix
*Editorial Staff* ix
*Contributors* x
*About the Editors* xii
*New Monographs* xiii
*Related Substances* xiv
*Preface* xvi
*Arrangement* xvii
*Acknowledgments* xix
*Notice to Readers* xix
*Bibliography* xx
*Abbreviations* xx
*Units of Measurement* xxii

**Monographs**

Acacia 1
Acesulfame Potassium 4
Acetic Acid, Glacial 6
Acetone 8
Acetyltributyl Citrate 10
Acetyltriethyl Citrate 12
Agar 14
Albumin 16
Alcohol 18
Alginic Acid 21
Aliphatic Polyesters 24
Alitame 28
Almond Oil 30
Alpha Tocopherol 32
Aluminum Hydroxide Adjuvant 36
Aluminum Oxide 38
Aluminum Phosphate Adjuvant 40
Aluminum Stearate 42
Ammonia Solution 44
Ammonium Alginate 46
Ascorbic Acid 48
Ascorbyl Palmitate 51
Aspartame 53
Attapulgite 56
Bentonite 58
Benzalkonium Chloride 61
Benzethonium Chloride 64
Benzoic Acid 66
Benzyl Alcohol 69
Benzyl Benzoate 72
Boric Acid 74
Bronopol 76
Butylated Hydroxyanisole 79
Butylated Hydroxytoluene 81
Butylparaben 83
Calcium Alginate 86
Calcium Carbonate 89
Calcium Phosphate, Dibasic Anhydrous 93
Calcium Phosphate, Dibasic Dihydrate 96
Calcium Phosphate, Tribasic 100
Calcium Stearate 102
Calcium Sulfate 105
Canola Oil 108
Carbomer 111
Carbon Dioxide 116
Carboxymethylcellulose Calcium 118
Carboxymethylcellulose Sodium 120
Carrageenan 124
Castor Oil 128
Castor Oil, Hydrogenated 130
Cellulose, Microcrystalline 132
Cellulose, Powdered 136
Cellulose, Silicified Microcrystalline 139
Cellulose Acetate 142
Cellulose Acetate Phthalate 145
Ceratonia 148
Cetostearyl Alcohol 150

Cetrimide 152
Cetyl Alcohol 155
Cetylpyridinium Chloride 157
Chitosan 159
Chlorhexidine 163
Chlorobutanol 168
Chlorocresol 171
Chlorodifluoroethane (HCFC) 174
Chlorofluorocarbons (CFC) 176
Chloroxylenol 180
Cholesterol 182
Citric Acid Monohydrate 185
Colloidal Silicon Dioxide 188
Coloring Agents 192
Copovidone 201
Corn Oil 204
Cottonseed Oil 206
Cresol 208
Croscarmellose Sodium 211
Crospovidone 214
Cyclodextrins 217
Cyclomethicone 222
Denatonium Benzoate 224
Dextrates 226
Dextrin 228
Dextrose 231
Dibutyl Phthalate 234
Dibutyl Sebacate 236
Diethanolamine 238
Diethyl Phthalate 240
Difluoroethane (HFC) 242
Dimethicone 244
Dimethyl Ether 246
Dimethyl Phthalate 248
Dimethyl Sulfoxide 250
Dimethylacetamide 253
Disodium Edetate 255
Docusate Sodium 257
Edetic Acid 260
Erythorbic Acid 264
Erythritol 266
Ethyl Acetate 268
Ethyl Lactate 270
Ethyl Maltol 272
Ethyl Oleate 274
Ethyl Vanillin 276
Ethylcellulose 278
Ethylene Glycol Palmitostearate 283
Ethylene Vinyl Acetate 285
Ethylparaben 287
Fructose 290
Fumaric Acid 293
Gelatin 295
Glucose, Liquid 299
Glycerin 301
Glyceryl Behenate 304
Glyceryl Monooleate 306
Glyceryl Monostearate 308
Glyceryl Palmitostearate 311
Glycofurol 313
Guar Gum 315
Hectorite 318
Heptafluoropropane (HFC) 321
Hexetidine 323
Hydrocarbons (HC) 325
Hydrochloric Acid 328
Hydroxyethyl Cellulose 330
Hydroxyethylmethyl Cellulose 334
Hydroxypropyl Cellulose 336
Hydroxypropyl Cellulose, Low-substituted 341
Hydroxypropyl Starch 344
Hypromellose 346
Hypromellose Acetate Succinate 350
Hypromellose Phthalate 354
Imidurea 359
Inulin 362
Iron Oxides 364
Isomalt 366
Isopropyl Alcohol 371
Isopropyl Myristate 374
Isopropyl Palmitate 376
Kaolin 378
Lactic Acid 381
Lactitol 383
Lactose, Anhydrous 385
Lactose, Monohydrate 389
Lactose, Spray-Dried 396
Lanolin 399

| | |
|---|---|
| Lanolin Alcohols | 402 |
| Lanolin, Hydrous | 404 |
| Lauric Acid | 406 |
| Lecithin | 409 |
| Leucine | 412 |
| Linoleic Acid | 414 |
| Macrogol 15 Hydroxystearate | 416 |
| Magnesium Aluminum Silicate | 418 |
| Magnesium Carbonate | 422 |
| Magnesium Oxide | 426 |
| Magnesium Silicate | 428 |
| Magnesium Stearate | 430 |
| Magnesium Trisilicate | 434 |
| Malic Acid | 436 |
| Maltitol | 438 |
| Maltitol Solution | 440 |
| Maltodextrin | 442 |
| Maltol | 445 |
| Maltose | 447 |
| Mannitol | 449 |
| Medium-chain Triglycerides | 454 |
| Meglumine | 457 |
| Menthol | 459 |
| Methylcellulose | 462 |
| Methylparaben | 466 |
| Mineral Oil | 471 |
| Mineral Oil, Light | 474 |
| Mineral Oil and Lanolin Alcohols | 476 |
| Monoethanolamine | 478 |
| Monosodium Glutamate | 480 |
| Monothioglycerol | 482 |
| Myristic Acid | 484 |
| Neohesperidin Dihydrochalcone | 486 |
| Nitrogen | 488 |
| Nitrous Oxide | 490 |
| Octyldodecanol | 492 |
| Oleic Acid | 494 |
| Oleyl Alcohol | 496 |
| Olive Oil | 498 |
| Palmitic Acid | 501 |
| Paraffin | 503 |
| Peanut Oil | 505 |
| Pectin | 507 |
| Petrolatum | 509 |
| Petrolatum and Lanolin Alcohols | 512 |
| Phenol | 514 |
| Phenoxyethanol | 517 |
| Phenylethyl Alcohol | 519 |
| Phenylmercuric Acetate | 521 |
| Phenylmercuric Borate | 524 |
| Phenylmercuric Nitrate | 526 |
| Phosphoric Acid | 530 |
| Polacrilin Potassium | 532 |
| Poloxamer | 535 |
| Polycarbophil | 539 |
| Polydextrose | 542 |
| Polyethylene Glycol | 545 |
| Polyethylene Oxide | 551 |
| Polymethacrylates | 553 |
| Poly(methyl vinyl ether/maleic anhydride) | 561 |
| Polyoxyethylene Alkyl Ethers | 564 |
| Polyoxyethylene Castor Oil Derivatives | 572 |
| Polyoxyethylene Sorbitan Fatty Acid Esters | 580 |
| Polyoxyethylene Stearates | 585 |
| Polyvinyl Acetate Phthalate | 589 |
| Polyvinyl Alcohol | 592 |
| Potassium Alginate | 594 |
| Potassium Benzoate | 596 |
| Potassium Bicarbonate | 598 |
| Potassium Chloride | 600 |
| Potassium Citrate | 603 |
| Potassium Hydroxide | 605 |
| Potassium Metabisulfite | 607 |
| Potassium Sorbate | 609 |
| Povidone | 611 |
| Propionic Acid | 617 |
| Propyl Gallate | 619 |
| Propylene Carbonate | 622 |
| Propylene Glycol | 624 |
| Propylene Glycol Alginate | 627 |
| Propylparaben | 629 |
| 2-Pyrrolidone | 633 |
| Raffinose | 635 |
| Saccharin | 638 |
| Saccharin Sodium | 641 |
| Saponite | 644 |
| Sesame Oil | 646 |
| Shellac | 649 |

Simethicone 652
Sodium Acetate 654
Sodium Alginate 656
Sodium Ascorbate 659
Sodium Benzoate 662
Sodium Bicarbonate 665
Sodium Borate 669
Sodium Chloride 671
Sodium Citrate Dihydrate 675
Sodium Cyclamate 678
Sodium Hyaluronate 681
Sodium Hydroxide 683
Sodium Lactate 685
Sodium Lauryl Sulfate 687
Sodium Metabisulfite 690
Sodium Phosphate, Dibasic 693
Sodium Phosphate, Monobasic 696
Sodium Propionate 699
Sodium Starch Glycolate 701
Sodium Stearyl Fumarate 705
Sodium Sulfite 708
Sorbic Acid 710
Sorbitan Esters (Sorbitan Fatty Acid Esters) 713
Sorbitol 718
Soybean Oil 722
Starch 725
Starch, Pregelatinized 731
Starch, Sterilizable Maize 734
Stearic Acid 737
Stearyl Alcohol 740
Sucralose 742
Sucrose 744
Sugar, Compressible 748
Sugar, Confectioner's 750
Sugar Spheres 752
Sulfobutylether β-Cyclodextrin 754
Sulfuric Acid 758
Sunflower Oil 760
Suppository Bases, Hard Fat 762
Talc 767
Tartaric Acid 770
Tetrafluoroethane (HFC) 772
Thaumatin 775
Thimerosal 777
Thymol 780
Titanium Dioxide 782
Tragacanth 785
Trehalose 788
Triacetin 790
Tributyl Citrate 792
Triethanolamine 794
Triethyl Citrate 796
Vanillin 798
Vegetable Oil, Hydrogenated 800
Water 802
Wax, Anionic Emulsifying 807
Wax, Carnauba 809
Wax, Cetyl Esters 811
Wax, Microcrystalline 813
Wax, Nonionic Emulsifying 815
Wax, White 817
Wax, Yellow 819
Xanthan Gum 821
Xylitol 824
Zein 828
Zinc Acetate 830
Zinc Stearate 832

*Appendix I: Suppliers' Directory* 835
*Appendix II: List of Excipient 'E' Numbers* 882
*Appendix III: List of Excipient 'EINECS' Numbers* 884
*Appendix IV: List of Excipient Molecular Weights* 886
*Index* 889

# International Steering Committee

**Gregory E Amidon**
Pharmacia Corporation
Kalamazoo, MI, USA

**Graham Buckton**
University of London
London, UK

**Colin G Cable**
Western General Hospital
Edinburgh, UK

**Brian A Carlin**
FMC Biopolymer
Princeton, NJ, USA

**Walter Cook**
AstraZeneca
Loughborough, UK

**Henk J de Jong**
Servier International Research Institute
Courbevoie, France

**Stephen Edge**
DMV International
Veghel, The Netherlands

**Roger T Guest**
GlaxoSmithKline
Ware, Hertfordshire, UK

**Bruno Hancock**
Pfizer Inc
Groton, CT, USA

**Stephen W Hoag**
University of Maryland at Baltimore
Baltimore, MD, USA

**Arthur H Kibbe**
Wilkes University
Wilkes-Barre, PA, USA

**William J Lambert**
Eisai Inc
Research Triangle Park, NC, USA

**M Jayne Lawrence**
King's College, University of London
London, UK

**John MacLaine**
Boots Contract Manufacturing
Nottingham, UK

**Colin P McCoy**
Queens University Belfast
Belfast, UK

**R Christian Moreton**
Idenix Pharmaceuticals
Cambridge, MA, USA

**Sandeep Nema**
Pfizer Inc
Chesterfield, MO, USA

**Siân C Owen**
Royal Pharmaceutical Society of Great Britain
London, UK

**Anthony Palmieri III**
University of Florida
Gainesville, FL, USA

**Raymond C Rowe**
Intelligensys Ltd
Billingham, UK

**Shirish A Shah**
Watson Pharmaceuticals
Corona, CA, USA

**Bob Sherwood**
JRS Pharma
Patterson, NY, USA

**Paul J Sheskey**
The Dow Chemical Co
Midland, MI, USA

**Kamalinder K Singh**
SNDT Women's University
Mumbai, India

**Paul J Weller**
Royal Pharmaceutical Society of Great Britain
London, UK

**Tim Wood**
GlaxoSmithKline
Ware, Hertfordshire, UK

**Mukund Yelvigi**
Wyeth Research
Pearl River, NY, USA

# Editorial Staff

Editorial Staff of the Pharmaceutical Press:

Laurent Y Galichet
Louise ME McIndoe
Siân C Owen
Paul J Weller

# Contributors

**O AbuBaker**
Pfizer Inc
Ann Arbor, MI, USA

**KS Alexander**
University of Toledo
Toledo, OH, USA

**LV Allen**
International Journal of Pharmaceutical Compounding
Edmond, OK, USA

**GE Amidon**
Pharmacia Corporation
Kalamazoo, Michigan, USA

**GP Andrews**
The Queen's University of Belfast
Belfast, UK

**NA Armstrong**
Harpenden, Hertfordshire, UK

**ME Aulton**
De Montford University
Leicester, UK

**S Behn**
AstraZeneca
Macclesfield, UK

**M Bond**
Danisco Sweeteners Ltd
Redhill, Surrey, UK

**CG Cable**
Western General Hospital
Edinburgh, UK

**E Cahill**
AstraZeneca
Macclesfield, UK

**W Camarco**
ISP Corp
Wayne, NJ, USA

**WG Chambliss**
University of Mississippi
University, MS, USA

**RK Chang**
Shire Laboratory
Rockville, MD, USA

**R Chen**
Pfizer Inc
Groton, CT, USA

**JH Chu**
Pfizer Inc
Groton, CT, USA

**JH Collett**
University of Manchester
Manchester, UK

**JT Colvin**
Pfizer Inc
Groton, CT, USA

**W Cook**
AstraZeneca
Loughborough, UK

**DQM Craig**
The University of East Anglia
Norwich, UK

**TC Dahl**
Gilead Sciences
Foster City, CA, USA

**A Day**
AstraZeneca
Loughborough, UK

**HJ de Jong**
Servier International Research Institute
Courbevoie, France

**SP Denyer**
University of Cardiff
Cardiff, UK

**X Duriez**
Roquette Frères
Lestrem, France

**S Edge**
DMV International
Veghel, The Netherlands

**K Fowler**
Schering-Plough Healthcare Products
Memphis, TN, USA

**SO Freers**
Grain Processing Corporation
Muscatine, IA, USA

**B Fritzsching**
Palatinit GmbH
Mannheim, Germany

**G Frunzi**
Bristol-Myers Squibb
New Brunswick, NJ, USA

**LY Galichet**
Royal Pharmaceutical Society of Great Britain
London, UK

**SR Goskonda**
Sunnyvale, CA, USA

**JL Gray**
The Queen's University of Belfast
Belfast, UK

**RT Guest**
GlaxoSmithKline
Ware, Hertfordshire, UK

**RR Gupta**
SNDT Women's University
Mumbai, India

**VK Gupta**
Tyco HealthCare Mallinckrodt
St Louis, MO, USA

**G Haest**
Cargill Cerestar BVBA
Mechelen, Belgium

**BC Hancock**
Pfizer Inc
Groton, CT, USA

**RJ Harwood**
Bensalem, PA, USA

**S Hem**
Purdue University
West Lafayette, IN, USA

**L Hendricks**
Rhodia Inc
Cranbury, NJ, USA

**SE Hepburn**
Bristol Royal Infirmary
Bristol, UK

**NA Hodges**
University of Brighton
Brighton, UK

**JT Irwin**
Perrigo Corporation
MI, USA

**BR Jasti**
University of the Pacific
Stockton, CA, USA

**R Johnson**
AstraZeneca
Loughborough, UK

**DS Jones**
The Queen's University of Belfast
Belfast, UK

**AS Kearney**
GlaxoSmithKline
King-of-Prussia, PA, USA

**SW Kennedy**
Morflex Inc
Greensboro, NC, USA

**VL Kett**
The Queen's University of Belfast
Belfast, UK

**AH Kibbe**
Wilkes University
Wilkes-Barre, PA, USA

**V King**
Rhodia Inc
Cranbury, NJ, USA

**PB Klepak**
Reheis Inc
Berkley Heights, NJ, USA

**JJ Koleng**
University of Texas at Austin
Austin, TX, USA

**K Kussendrager**
DMV International
Veghel, The Netherlands

**WJ Lambert**
Eisai Inc
Research Triangle Park, NC, USA

**BA Langdon**
Pfizer Inc
Groton, CT, USA

**MJ Lawrence**
King's College, University of London
London, UK

**JC Lee**
Cellegy
San José, CA, USA

**MG Lee**
Medicines and Healthcare products Regulatory Agency
London, UK

**X Li**
University of the Pacific
Stockton, CA, USA

**EB Lindblad**
Brenntag Biosector
Frederikssund, Denmark

**O Luhn**
Palatinit GmbH
Mannheim, Germany

**PE Luner**
Pfizer Inc
Groton, CT, USA

**HJ Mawhinney**
The Queen's University of Belfast
Belfast, UK

**CP McCoy**
The Queen's University of Belfast
Belfast, UK

**OS McGarvey**
The Queen's University of Belfast
Belfast, UK

**JW McGinity**
University of Texas at Austin
Austin, TX, USA

**LME McIndoe**
Royal Pharmaceutical Society of Great Britain
London, UK

**LA Miller**
Pfizer Inc
Groton, CT, USA

**RW Miller**
Bristol-Myers Squibb
New Brunswick, NJ, USA

**J-P Mittwollen**
BASF Aktiengesellschaft
Ludwigshafen, Germany

**RC Moreton**
Idenix Pharmaceuticals
Cambridge, MA, USA

**G Mosher**
CyDex Inc
Lenexa, KS, USA

**C Mroz**
Colorcon Ltd
Dartford, Kent, UK

**MP Mullarney**
Pfizer Inc
Groton, CT, USA

**S Murdande**
Pfizer Inc
Groton, CT, USA

**RA Nash**
St John's University
Jamaica, NY, USA

**S Nema**
Pfizer Inc
Chesterfield, MO, USA

**SC Owen**
Royal Pharmaceutical Society of Great Britain
London, UK

**A Palmieri**
University of Florida
Gainesville, FL, USA

**D Parsons**
ConvaTec Ltd
Clwyd, UK

**Y Peng**
University of Tennessee
Memphis, TN, USA

**JD Pipkin**
CyDex Inc
Lenexa, KS, USA

**D Pipkorn**
Pfizer Inc
Ann Arbor, MI, USA

**JC Price**
University of Georgia
Athens, GA, USA

**MA Repka**
University of Mississippi
University, MS, USA

**B Sarsfield**
Bristol-Myers Squibb
New Brunswick, NJ, USA

**T Schmeller**
BASF Aktiengesellschaft
Ludwigshafen, Germany

**A Schoch**
Palatinit GmbH
Mannheim, Germany

**CJ Sciarra**
Sciarra Laboratories Inc
Hicksville, NY, USA

**JJ Sciarra**
Sciarra Laboratories Inc
Hicksville, NY, USA

**SA Shah**
Watson Pharmaceuticals
Corona, CA, USA

**RM Shanker**
Pfizer Inc
Groton, CT, USA

**PJ Sheskey**
The Dow Chemical Co
Midland, MI, USA

**AJ Shukla**
University of Tennessee
Memphis, TN, USA

**KK Singh**
SNDT Women's University
Mumbai, India

**R Steer**
AstraZeneca
Loughborough, UK

**JT Stewart**
University of Georgia
Athens, GA, USA

**Y Sun**
University of Tennessee
Memphis, TN, USA

**AK Taylor**
Baton Rouge, LA, USA

**MS Tesconi**
Wyeth Research
Pearl River, NY, USA

**D Thassu**
UCB Pharma Inc
Rochester, NY, USA

**BF Truitt**
Pfizer Inc
Groton, CT, USA

**CK Tye**
Pfizer Inc
Kalamazoo, MI, USA

**HM Unvala**
Bayer Corporation
Myerstown, PA, USA

**KD Vaughan**
Boots Healthcare International
Nottingham, UK

**H Wang**
Pfizer Inc
Groton, CT, USA

**PJ Weller**
Royal Pharmaceutical Society of Great Britain
London, UK

**AJ Winfield**
Aberdeen, UK

**AW Wood**
GlaxoSmithKline
Research Triangle Park, NC, USA

**M Yelvigi**
Wyeth Research
Pearl River, NY, USA

**PM Young**
University of Sydney
Sydney, Australia

# About the Editors

### Raymond C Rowe

BPharm, PhD, DSc, FRPharmS, CChem, FRSC, CPhys, MInstP

Raymond Rowe has been involved in the *Handbook of Pharmaceutical Excipients* since the first edition was published in 1986, initially as an author then as a Steering Committee member. In addition to his position as Chief Scientist at Intelligensys, UK, he is also Professor of Industrial Pharmaceutics at the School of Pharmacy, University of Bradford, UK. He was formerly Senior Principal Scientist at AstraZeneca, UK. In 1998 he was awarded the Chiroscience Industrial Achievement Award, and in 1999 he was the British Pharmaceutical Conference Science Chairman. He has contributed to over 350 publications in the pharmaceutical sciences including a book and eight patents.

### Paul J Sheskey

BSc, RPh

Paul Sheskey has been involved in the *Handbook of Pharmaceutical Excipients* as an author and member of the Steering Committee since the third edition. He is a Technical Service Leader in the Water Soluble Polymers, Pharmaceutical R&D Group at The Dow Chemical Company in Midland, Michigan, USA. Paul received his BSc degree in pharmacy from Ferris State University. Previously, he has worked as a research pharmacist in the area of solid dosage form development at the Perrigo Company and the Upjohn (Pharmacia) Company. Paul has authored numerous journal articles in the area of pharmaceutical technology. He is a member of the AAPS, Controlled Release Society, and the Institute for Briquetting and Agglomeration.

### Siân C Owen

BSc, MA

Siân Owen has been involved with the *Handbook of Pharmaceutical Excipients* since the fourth edition, as a contributor and Steering Committee member. Siân received her BSc degree in pharmacology from the University of Sunderland, and her MA in biotechnological law and ethics from the University of Sheffield.

# Preface

Pharmaceutical dosage forms contain both pharmacologically active compounds and excipients added to aid the formulation and manufacture of the subsequent dosage form for administration to patients. Indeed, the properties of the final dosage form (i.e. its bioavailability and stability) are, for the most part, highly dependent on the excipients chosen, their concentration and interaction with both the active compound and each other. No longer can excipients be regarded simply as inert or inactive ingredients, and a detailed knowledge not only of the physical and chemical properties but also of the safety, handling and regulatory status of these materials is essential for formulators throughout the world. In addition, the growth of novel forms of delivery has resulted in an increase in the number of the excipients being used and suppliers of excipients have developed novel excipient mixtures and new physical forms to improve their properties. The *Handbook of Pharmaceutical Excipients* has been conceived as a systematic, comprehensive resource of information on all of these topics

The first edition of the *Handbook* was published in 1986 and contained 145 monographs. This was followed by the second edition in 1994 containing 203 monographs, the third edition in 2000 containing 210 monographs and the fourth edition in 2003 containing 249 monographs. Since 2000, the data has also been available on CD-ROM, updated annually, and from 2004 online. This new printed edition with its companion CD-ROM, *Pharmaceutical Excipients 5*, contains 300 monographs compiled by over 120 experts in pharmaceutical formulation or excipient manufacture from Australia, Europe, India and the USA. All the monographs have been reviewed and revised in the light of current knowledge. There has been a greater emphasis on including published data from primary sources although some data from laboratory projects included in previous editions have been retained where relevant. Variations in test methodology can have significant effects on the data generated (especially in the case of the compactability of an excipient), and thus cause confusion. As a consequence, the editors have been more selective in including data relating to the physical properties of an excipient. However, comparative data that show differences between either source or batch of a specific excipient have been retained as this was considered relevant to the behavior of a material in practice. The Suppliers Directory (Appendix I) has also been completely updated with many more international suppliers included.

In a systematic and uniform manner, the *Handbook of Pharmaceutical Excipients* collects essential data on the physical properties of excipients such as: boiling point, bulk and tap density, compression characteristics, hygroscopicity, flowability, melting point, moisture content, moisture-absorption isotherms, particle size distribution, rheology, specific surface area, and solubility. Scanning electron microphotographs (SEMs) are also included for many of the excipients. The *Handbook* contains information from various international sources and personal observation and comments from monograph authors, steering committee members, and the editors.

All of the monographs in the *Handbook* are thoroughly cross-referenced and indexed so that excipients may be identified by either a chemical, a nonproprietary, or a trade name. Most monographs list related substances to help the formulator to develop a list of possible materials for use in a new dosage form or product. Related substances are not directly substitutable for each other but, in general, they are excipients that have been used for similar purposes in various dosage forms.

The *Handbook of Pharmaceutical Excipients* is a comprehensive, uniform guide to the uses, properties, and safety of pharmaceutical excipients, and is an essential reference source for those involved in the development, production, control, or regulation of pharmaceutical preparations. Since many pharmaceutical excipients are also used in other applications, the *Handbook of Pharmaceutical Excipients* will also be of value to persons with an interest in the formulation or production of confectionery, cosmetics, and food products.

# Glycerin

## 1 Nonproprietary Names

BP: Glycerol
JP: Concentrated glycerin
PhEur: Glycerolum
USP: Glycerin

## 2 Synonyms

*Croderol*; E422; glycerine; *Glycon G-100*; *Kemstrene*; *Optim*; *Pricerine*; 1,2,3-propanetriol; trihydroxypropane glycerol.

## 3 Chemical Name and CAS Registry Number

Propane-1,2,3-triol [56-81-5]

## 4 Empirical Formula and Molecular Weight

$C_3H_8O_3$ 92.09

## 5 Structural Formula




## 6 Functional Category

Antimicrobial preservative; emollient; humectant; plasticizer; solvent; sweetening agent; tonicity agent.

## 7 Applications in Pharmaceutical Formulation or Technology

Glycerin is used in a wide variety of pharmaceutical formulations including oral, otic, ophthalmic, topical, and parenteral preparations; *see* Table I.

In topical pharmaceutical formulations and cosmetics, glycerin is used primarily for its humectant and emollient properties. In parenteral formulations, glycerin is used mainly as a solvent.[1]

In oral solutions, glycerin is used as a solvent, sweetening agent, antimicrobial preservative, and viscosity-increasing agent. It is also used as a plasticizer and in film coatings.[2,3] Glycerin is additionally used in topical formulations such as creams and emulsions.[4]

Glycerin is used as a plasticizer of gelatin in the production of soft-gelatin capsules and gelatin suppositories.

Glycerin is employed as a therapeutic agent in a variety of clinical applications,[5] and is also used as a food additive.

**Table I:** Uses of glycerin.

| Use | Concentration (%) |
|---|---|
| Antimicrobial preservative | <20 |
| Emollient | ≤30 |
| Humectant | ≤30 |
| Ophthalmic formulations | 0.5–3.0 |
| Plasticizer in tablet film coating | Variable |
| Solvent for parenteral formulations | ≤50 |
| Sweetening agent in alcoholic elixirs | ≤20 |

## 8 Description

Glycerin is a clear, colorless, odorless, viscous, hygroscopic liquid; it has a sweet taste, approximately 0.6 times as sweet as sucrose.

## 9 Pharmacopeial Specifications

*See* Table II. *See also* Section 18.

**Table II:** Pharmacopeial specifications for glycerin.

| Test | JP 2001 | PhEur 2005 | USP 28 |
|---|---|---|---|
| Identification | + | + | + |
| Characters | + | + | − |
| Appearance of solution | + | + | + |
| Acidity or alkalinity | + | + | − |
| Refractive index | ≤1.470 | 1.470–1.475 | − |
| Aldehydes | − | ≤10 ppm | − |
| Related substances | − | + | − |
| Halogenated compounds | − | ≤35 ppm | − |
| Limit of chlorinated compounds | − | − | + |
| Sugars | − | + | − |
| Chloride | ≤0.001% | ≤10 ppm | ≤0.001% |
| Heavy metals | ≤5 ppm | ≤5 ppm | ≤5 µg/g |
| Water | − | ≤2.0% | ≤5.0% |
| Sulfated ash | ≤0.01% | ≤0.01% | ≤0.01% |
| Specific gravity | ≥1.258 | − | ≥1.249 |
| Sulfate | ≤0.002% | − | ≤0.002% |
| Esters | − | + | − |
| Ammonium | + | − | − |
| Calcium | + | − | − |
| Arsenic | ≤2 ppm | − | − |
| Acrolein, glucose or other reducing substances | + | − | − |
| Fatty acids and esters | + | + | + |
| Organic volatile impurities | − | − | + |
| Readily carbonizable substances | + | − | − |
| Assay | ≥98.0% | 98.0–101.0% | 99.0–101.0% |

## 10 Typical Properties

**Boiling point:** 290°C (with decomposition)
**Density:**
1.2656 g/cm$^3$ at 15°C;
1.2636 g/cm$^3$ at 20°C;
1.2620 g/cm$^3$ at 25°C.
**Flash point:** 176°C (open cup)
**Freezing point:** *see* Table III.
**Hygroscopicity:** hygroscopic.
**Melting point:** 17.8°C
**Osmolarity:** a 2.6% v/v aqueous solution is isoosmotic with serum.
**Refractive index:**
$n_D^{15}$ = 1.4758;
$n_D^{20}$ = 1.4746;
$n_D^{25}$ = 1.4730.
**Solubility:** *see* Table IV.
**Specific gravity:** *see* Table V.
**Surface tension:** 63.4 mN/m (63.4 dynes/cm) at 20°C.
**Vapor density (relative):** 3.17 (air = 1)
**Viscosity (dynamic):** *see* Table VI.

**Table III:** Freezing points of aqueous glycerin solutions.

| Concentration of aqueous glycerin solution (% w/w) | Freezing point (°C) |
|---|---|
| 10.0 | −1.6 |
| 20.0 | −4.8 |
| 30.0 | −9.5 |
| 40.0 | −15.4 |
| 50.0 | −23 |
| 60.0 | −34.7 |
| 66.7 | −46.5 |
| 80.0 | −20.3 |
| 90.0 | −1.6 |

**Table IV:** Solubility of glycerin.

| Solvent | Solubility at 20°C |
|---|---|
| Acetone | Slightly soluble |
| Benzene | Practically insoluble |
| Chloroform | Practically insoluble |
| Ethanol (95%) | Soluble |
| Ether | 1 in 500 |
| Ethyl acetate | 1 in 11 |
| Methanol | Soluble |
| Oils | Practically insoluble |
| Water | Soluble |

**Table V:** Specific gravity of glycerin.

| Concentration of aqueous glycerin solution (% w/w) | Specific gravity at 20°C |
|---|---|
| 10 | 1.024 |
| 20 | 1.049 |
| 30 | 1.075 |
| 40 | 1.101 |
| 50 | 1.128 |
| 60 | 1.156 |

**Table VI:** Viscosity (dynamic) of aqueous glycerin solutions.

| Concentration of aqueous glycerin solution (% w/w) | Viscosity at 20°C (mPa s) |
|---|---|
| 5 | 1.143 |
| 10 | 1.311 |
| 25 | 2.095 |
| 50 | 6.05 |
| 60 | 10.96 |
| 70 | 22.94 |
| 83 | 111.0 |

## 11 Stability and Storage Conditions

Glycerin is hygroscopic. Pure glycerin is not prone to oxidation by the atmosphere under ordinary storage conditions but it decomposes on heating, with the evolution of toxic acrolein. Mixtures of glycerin with water, ethanol (95%), and propylene glycol are chemically stable.

Glycerin may crystallize if stored at low temperatures; the crystals do not melt until warmed to 20°C.

Glycerin should be stored in an airtight container, in a cool, dry place.

## 12 Incompatibilities

Glycerin may explode if mixed with strong oxidizing agents such as chromium trioxide, potassium chlorate, or potassium permanganate. In dilute solution, the reaction proceeds at a slower rate with several oxidation products being formed. Black discoloration of glycerin occurs in the presence of light, or on contact with zinc oxide or basic bismuth nitrate.

An iron contaminant in glycerin is responsible for the darkening in color of mixtures containing phenols, salicylates, and tannin.

Glycerin forms a boric acid complex, glyceroboric acid, that is a stronger acid than boric acid.

## 13 Method of Manufacture

Glycerin is mainly obtained from oils and fats as a by-product in the manufacture of soaps and fatty acids. It may also be obtained from natural sources by fermentation of, for example, sugar beet molasses in the presence of large quantities of sodium sulfite. Synthetically, glycerin may be prepared by the chlorination and saponification of propylene.

## 14 Safety

Glycerin occurs naturally in animal and vegetable fats and oils that are consumed as part of a normal diet. Glycerin is readily absorbed from the intestine and is either metabolized to carbon dioxide and glycogen or used in the synthesis of body fats.

Glycerin is used in a wide variety of pharmaceutical formulations including oral, ophthalmic, parenteral, and topical preparations. Adverse effects are mainly due to the dehydrating properties of glycerin.[5]

Oral doses are demulcent and mildly laxative in action. Large doses may produce headache, thirst, nausea, and hyperglycemia. The therapeutic parenteral administration of very large glycerin doses, 70–80 g over 30–60 minutes in adults to reduce cranial pressure, may induce hemolysis, hemoglobinuria, and renal failure.[6] Slower administration has no deleterious effects.[7]

Glycerin may also be used orally in doses of 1.0–1.5 g/kg body-weight to reduce intraocular pressure.

When used as an excipient or food additive, glycerin is not usually associated with any adverse effects and is generally regarded as a nontoxic and nonirritant material.

$LD_{50}$ (guinea pig, oral): 7.75 g/kg[8]
$LD_{50}$ (mouse, IP): 8.98 g/kg
$LD_{50}$ (mouse, IV): 4.25 g/kg
$LD_{50}$ (mouse, oral): 4.1 g/kg
$LD_{50}$ (mouse, SC): 0.09 g/kg
$LD_{50}$ (rabbit, IV): 0.05 g/kg
$LD_{50}$ (rat, IP): 4.42 g/kg
$LD_{50}$ (rat, oral): 12.6 g/kg
$LD_{50}$ (rat, SC): 0.1 g/kg

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection and gloves are recommended. In the UK, the recommended long-term (8-hour TWA) exposure limit for glycerin mist is 10 mg/m$^3$.[9] Glycerin is combustible and may react explosively with strong oxidizing agents; *see* Section 12.

## 16 Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Guide (dental pastes; buccal preparations; inhalations; injections; nasal and ophthalmic preparations; oral capsules, solutions, suspensions and tablets; otic, rectal, topical, transdermal, and vaginal preparations). Included in nonparenteral and parenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17 Related Substances

—

## 18 Comments

The EINECS number for glycerin is 200-289-5.

Some pharmacopeias also contain specifications for diluted glycerin solutions. The JP 2001 contains a monograph for 'glycerin' that contains 84–87% of propane-1,2,3-triol ($C_3H_8O_3$). The PhEur 2005 contains a monograph for 'glycerol 85 per cent' that contains 83.5–88.5% of propane-1,2,3-triol ($C_3H_8O_3$). A specification for glycerin is contained in the Food Chemicals Codex (FCC).

## 19 Specific References


1 Spiegel AJ, Noseworthy MM. Use of nonaqueous solvents in parenteral products. *J Pharm Sci* 1963; 52: 917–927.
2 Kumar V, Kang J, Yang T. Preparation and characterization of spray-dried oxidized cellulose particles. *Pharm Dev Technol* 2001; 6(3): 449–458.
3 Palviainen P, Heinamaki J, Myllarinen P, *et al.* Corn starches as film formers in aqueous-based film coating. *Pharm Dev Technol* 2001; 6(3): 353–361.
4 Viegas TX, Van-Winkle LL, Lehman PA, *et al.* Evaluation of creams and ointments as suitable formulations for peldesine. *Int J Pharm* 2001; 219(1–2): 73–80.
5 Sweetman SC, ed. *Martindale: The Complete Drug Reference*, 34th edn. London: Pharmaceutical Press, 2005: 1694–1695.
6 Hägnevik K, Gordon E, Lins LE, *et al.* Glycerol-induced haemolysis with haemoglobinuria and acute renal failure. *Lancet* 1974; i: 75–77.
7 Welch KMA, Meyer JS, Okamoto S, *et al.* Glycerol-induced haemolysis. Report of three cases. [letter]. *Lancet* 1974; i: 416–417.
8 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn. New York: Wiley, 2004: 1865.
9 Health and Safety Executive. EH40/2002: *Occupational Exposure Limits 2002*. Sudbury: Health and Safety Executive, 2002.


## 20 General References


Grissom CB, Chagovetz AM, Wang Z. Use of viscosigens to stabilize vitamin $B_{12}$ solutions against photolysis. *J Pharm Sci* 1993; 82(6): 641–643.

Jungermann E, Sonntag NOV, eds. *Glycerine: A Key Cosmetic Ingredient*. New York: Marcel Dekker, 1991.

Smolinske SC. *Handbook of Food, Drug, and Cosmetic Excipients*. Boca Raton, FL: CRC Press, 1992: 199–204.

Staples R, Misher A, Wardell J. Gastrointestinal irritant effect of glycerin as compared with sorbitol and propylene glycol in rats and dogs. *J Pharm Sci* 1967; 56: 398–400.


## 21 Authors

JC Price.

## 22 Date of Revision

24 August 2005.

# Polyethylene Glycol

## 1 Nonproprietary Names

| | |
|---|---|
| BP: | Macrogols |
| JP: | Macrogol 400<br>Macrogol 1500<br>Macrogol 4000<br>Macrogol 6000<br>Macrogol 20000 |
| PhEur: | Macrogola |
| USPNF: | Polyethylene glycol |

## 2 Synonyms

*Carbowax*; *Carbowax Sentry*; *Lipoxol*; *Lutrol E*; PEG; *Pluriol E*; polyoxyethylene glycol.

## 3 Chemical Name and CAS Registry Number

α-Hydro-ω-hydroxypoly(oxy-1,2-ethanediyl) [25322-68-3]

## 4 Empirical Formula and Molecular Weight

$HOCH_2(CH_2OCH_2)_mCH_2OH$ where *m* represents the average number of oxyethylene groups.

Alternatively, the general formula $H(OCH_2CH_2)_nOH$ may be used to represent polyethylene glycol, where *n* is a number *m* in the previous formula + 1.

*See* Table I for the average molecular weights of typical polyethylene glycols. Note that the number that follows PEG indicates the average molecular weight of the polymer.

**Table I:** Structural formula and molecular weight of typical polyethylene glycol polymers.

| Grade | *m* | Average molecular weight |
|---|---|---|
| PEG 200 | 4.2 | 190–210 |
| PEG 300 | 6.4 | 285–315 |
| PEG 400 | 8.7 | 380–420 |
| PEG 540 (blend) | – | 500–600 |
| PEG 600 | 13.2 | 570–613 |
| PEG 900 | 15.3 | 855–900 |
| PEG 1000 | 22.3 | 950–1 050 |
| PEG 1450 | 32.5 | 1 300–1 600 |
| PEG 1540 | 28.0–36.0 | 1 300–1 600 |
| PEG 2000 | 40.0–50.0 | 1 800–2 200 |
| PEG 3000 | 60.0–75.0 | 2 700–3 300 |
| PEG 3350 | 75.7 | 3 000–3 700 |
| PEG 4000 | 69.0–84.0 | 3 000–4 800 |
| PEG 4600 | 104.1 | 4 400–4 800 |
| PEG 8000 | 181.4 | 7 000–9 000 |

## 5 Structural Formula



## 6 Functional Category

Ointment base; plasticizer; solvent; suppository base; tablet and capsule lubricant.

## 7 Applications in Pharmaceutical Formulation or Technology

Polyethylene glycols (PEGs) are widely used in a variety of pharmaceutical formulations including parenteral, topical, ophthalmic, oral, and rectal preparations. It has been used experimentally in biodegradable polymeric matrices used in controlled-release systems.[1]

Polyethylene glycols are stable, hydrophilic substances that are essentially nonirritant to the skin; *see* Section 14. They do not readily penetrate the skin, although the polyethylene glycols are water-soluble and are easily removed from the skin by washing, making them useful as ointment bases.[2] Solid grades are generally employed in topical ointments, with the consistency of the base being adjusted by the addition of liquid grades of polyethylene glycol.

Mixtures of polyethylene glycols can be used as suppository bases,[3] for which they have many advantages over fats. For example, the melting point of the suppository can be made higher to withstand exposure to warmer climates; release of the drug is not dependent upon melting point; the physical stability on storage is better; and suppositories are readily miscible with rectal fluids. Polyethylene glycols have the following disadvantages: they are chemically more reactive than fats; greater care is needed in processing to avoid inelegant contraction holes in the suppositories; the rate of release of water-soluble medications decreases with the increasing molecular weight of the polyethylene glycol; and polyethylene glycols tend to be more irritating to mucous membranes than fats.

Aqueous polyethylene glycol solutions can be used either as suspending agents or to adjust the viscosity and consistency of other suspending vehicles. When used in conjunction with other emulsifiers, polyethylene glycols can act as emulsion stabilizers.

Liquid polyethylene glycols are used as water-miscible solvents for the contents of soft gelatin capsules. However, they may cause hardening of the capsule shell by preferential absorption of moisture from gelatin in the shell.

In concentrations up to approximately 30% v/v, PEG 300 and PEG 400 have been used as the vehicle for parenteral dosage forms.

In solid-dosage formulations, higher-molecular-weight polyethylene glycols can enhance the effectiveness of tablet binders and impart plasticity to granules.[4] However, they have only limited binding action when used alone, and can prolong disintegration if present in concentrations greater than 5%

w/w. When used for thermoplastic granulations,[5–7] a mixture of the powdered constituents with 10–15% w/w PEG 6000 is heated to 70–75°C. The mass becomes pastelike and forms granules if stirred while cooling. This technique is useful for the preparation of dosage forms such as lozenges when prolonged disintegration is required.

Polyethylene glycols can also be used to enhance the aqueous solubility or dissolution characteristics of poorly soluble compounds by making solid dispersions with an appropriate polyethylene glycol.[8] Animal studies have also been performed using polyethylene glycols as solvents for steroids in osmotic pumps.

In film coatings, solid grades of polyethylene glycol can be used alone for the film-coating of tablets or can be useful as hydrophilic polishing materials. Solid grades are also widely used as plasticizers in conjunction with film-forming polymers.[9] The presence of polyethylene glycols in film coats, especially of liquid grades, tends to increase their water permeability and may reduce protection against low pH in enteric-coating films. Polyethylene glycols are useful as plasticizers in microencapsulated products to avoid rupture of the coating film when the microcapsules are compressed into tablets.

Polyethylene glycol grades with molecular weights of 6000 and above can be used as lubricants, particularly for soluble tablets. The lubricant action is not as good as that of magnesium stearate, and stickiness may develop if the material becomes too warm during compression. An antiadherent effect is also exerted, again subject to the avoidance of overheating.

Polyethylene glycols have been used in the preparation of urethane hydrogels, which are used as controlled-release agents. It has also been used in insulin-loaded microparticles for the oral delivery of insulin;[10,11] it has been used in inhalation preparations to improve aerosolization;[12] polyethylene glycol nanoparticles have been used to improve the oral bioavailability of cyclosporine;[13] it has been used in self-assembled polymeric nanoparticles as a drug carrier;[14] and copolymer networks of polyethylene glycol grafted with poly(methacrylic acid) have been used as bioadhesive controlled drug delivery formulations.[15]

## 8 Description

The USPNF 23 describes polyethylene glycol as being an addition polymer of ethylene oxide and water. Polyethylene glycol grades 200–600 are liquids; grades 1000 and above are solids at ambient temperatures.

Liquid grades (PEG 200–600) occur as clear, colorless or slightly yellow-colored, viscous liquids. They have a slight but characteristic odor and a bitter, slightly burning taste. PEG 600 can occur as a solid at ambient temperatures.

Solid grades (PEG>1000) are white or off-white in color, and range in consistency from pastes to waxy flakes. They have a faint, sweet odor. Grades of PEG 6000 and above are available as free-flowing milled powders.

## 9 Pharmacopeial Specifications

*See* Table II.

## 10 Typical Properties

**Density:**
1.11–1.14 g/cm³ at 25°C for liquid PEGs;
1.15–1.21 g/cm³ at 25°C for solid PEGs.

**Flash point:**
182°C for PEG 200;
213°C for PEG 300;
238°C for PEG 400;
250°C for PEG 600.

**Freezing point:**
<−65°C PEG 200 sets to a glass;
−15 to −8°C for PEG 300;
4–8°C for PEG 400;
15–25°C for PEG 600.

**Melting point:**
37–40°C for PEG 1000;
44–48°C for PEG 1500;
40–48°C for PEG 1540;
45–50°C for PEG 2000;
48–54°C for PEG 3000;
50–58°C for PEG 4000;
55–63°C for PEG 6000;
60–63°C for PEG 8000;
60–63°C for PEG 20000.

**Moisture content:** liquid polyethylene glycols are very hygroscopic, although hygroscopicity decreases with increasing molecular weight. Solid grades, e.g. PEG 4000 and above, are not hygroscopic. *See* Figures 1, 2 and 3.

**Particle size distribution:** *see* Figures 4 and 5.

**Refractive index:**
$n_D^{25}$ = 1.459 for PEG 200;
$n_D^{25}$ = 1.463 for PEG 300;
$n_D^{25}$ = 1.465 for PEG 400;
$n_D^{25}$ = 1.467 for PEG 600.

**Solubility:** all grades of polyethylene glycol are soluble in water and miscible in all proportions with other polyethylene glycols (after melting, if necessary). Aqueous solutions of higher-molecular-weight grades may form gels. Liquid polyethylene glycols are soluble in acetone, alcohols, benzene, glycerin, and glycols. Solid polyethylene glycols are soluble in acetone, dichloromethane, ethanol (95%),

**Table II:** Pharmacopeial specifications for polyethylene glycol.

| Test | JP 2001 | PhEur 2005 | USPNF 23 |
|---|---|---|---|
| Identification | + | + | — |
| Characters | — | + | — |
| Acidity or alkalinity | — | + | — |
| Appearance of solution | — | + | + |
| Density | — | *See* Table IV | — |
| Freezing point | *See* Table III | *See* Table IV | — |
| Viscosity | — | *See* Table IV | *See* Table V |
| Average molecular weight | *See* Table III | — | *See* Table V |
| pH (5% w/v solution) | *See* Table III | — | 4.5–7.5 |
| Hydroxyl value | — | *See* Table IV | — |
| Reducing substances | — | + | — |
| Residue on ignition | *See* Table III | — | ≤0.1% |
| Sulfated ash | — | ≤0.2% | — |
| Limit of ethylene glycol and diethylene glycol | ≤0.25% | ≤0.4% | ≤0.25% |
| Ethylene oxide | — | ≤1 ppm | ≤10 μg/g |
| 1,4-Dioxane | — | ≤10 ppm | ≤10 μg/g |
| Heavy metals | — | ≤20 ppm | ≤5 μg/g |
| Organic volatile impurities | — | — | + |
| Water | ≤1.0% | ≤2.0% | — |
| Formaldehyde | — | ≤15 ppm | — |

**Table III:** Specifications from JP 2001.

| Type of PEG | Average molecular weight | Freezing point (°C) | pH (5% w/v solution) | Residue on ignition |
|---|---|---|---|---|
| 400 | 380–420 | 4–8 | 4.0–7.0 | ≤0.1% |
| 1500 | — | 37–41 | 4.0–7.0 | ≤0.1% |
| 4000 | 2 600–3 800 | 53–57 | 4.0–7.5 | ≤0.25% |
| 6000 | 7 300–9 300 | 56–61 | 4.5–7.5 | ≤0.25% |
| 20000 | 15 000–25 000 | 56–64 | 4.5–7.5 | ≤0.25% |

and methanol; they are slightly soluble in aliphatic hydrocarbons and ether, but insoluble in fats, fixed oils, and mineral oil.

**Surface tension:** approximately 44 mN/m (44 dynes/cm) for liquid polyethylene glycols; approximately 55 mN/m (55 dynes/cm) for 10% w/v aqueous solution of solid polyethylene glycol.

**Viscosity (kinematic):** *see* Tables IV, V, and VI.

## 11 Stability and Storage Conditions

Polyethylene glycols are chemically stable in air and in solution, although grades with a molecular weight less than 2000 are hygroscopic. Polyethylene glycols do not support microbial growth, and they do not become rancid.

Polyethylene glycols and aqueous polyethylene glycol solutions can be sterilized by autoclaving, filtration, or gamma irradiation.[16] Sterilization of solid grades by dry heat at 150°C for 1 hour may induce oxidation, darkening, and the formation of acidic degradation products. Ideally, sterilization should be carried out in an inert atmosphere. Oxidation of polyethylene glycols may also be inhibited by the inclusion of a suitable antioxidant.

If heated tanks are used to maintain normally solid polyethylene glycols in a molten state, care must be taken to avoid contamination with iron, which can lead to discoloration. The temperature must be kept to the minimum necessary to ensure fluidity; oxidation may occur if polyethylene glycols are exposed for long periods to temperatures exceeding 50°C. However, storage under nitrogen reduces the possibility of oxidation.

Polyethylene glycols should be stored in well-closed containers in a cool, dry place. Stainless steel, aluminum, glass, or lined steel containers are preferred for the storage of liquid grades.

## 12 Incompatibilities

The chemical reactivity of polyethylene glycols is mainly confined to the two terminal hydroxyl groups, which can be either esterified or etherified. However, all grades can exhibit some oxidizing activity owing to the presence of peroxide impurities and secondary products formed by autoxidation.

Liquid and solid polyethylene glycol grades may be incompatible with some coloring agents.

The antibacterial activity of certain antibiotics is reduced in polyethylene glycol bases, particularly that of penicillin and bacitracin. The preservative efficacy of the parabens may also be impaired owing to binding with polyethylene glycols.

Physical effects caused by polyethylene glycol bases include softening and liquefaction in mixtures with phenol, tannic acid, and salicylic acid. Discoloration of sulfonamides and dithranol can also occur and sorbitol may be precipitated from mixtures. Plastics, such as polyethylene, phenolformaldehyde, polyvinyl chloride, and cellulose-ester membranes (in filters) may be softened or dissolved by polyethylene glycols. Migration of polyethylene glycol can occur from tablet film coatings, leading to interaction with core components.

## 13 Method of Manufacture

Polyethylene glycols are condensation polymers formed by the reaction of ethylene oxide and water under pressure in the presence of a catalyst.

## 14 Safety

Polyethylene glycols are widely used in a variety of pharmaceutical formulations. Generally, they are regarded as nontoxic and nonirritant materials.[17–19]

Adverse reactions to polyethylene glycols have been reported, the greatest toxicity being with glycols of low molecular weight. However, the toxicity of glycols is relatively low.

Polyethylene glycols administered topically may cause stinging, especially when applied to mucous membranes. Hypersensitivity reactions to polyethylene glycols applied topically have also been reported, including urticaria and delayed allergic reactions.[20]

The most serious adverse effects associated with polyethylene glycols are hyperosmolarity, metabolic acidosis, and renal failure following the topical use of polyethylene glycols in burn patients.[21] Topical preparations containing polyethylene glycols should therefore be used cautiously in patients with renal failure, extensive burns, or open wounds.

**Table IV:** Specifications from PhEur 2005.

| Type of PEG | Density (g/cm$^3$) | Freezing point (°C) | Hydroxyl value | Viscosity (dynamic) [mPa s (cP)] | Viscosity (kinematic) [mm$^2$/s (cSt)] |
|---|---|---|---|---|---|
| 300 | 1.120 | — | 340–394 | 80–105 | 71–94 |
| 400 | 1.120 | — | 264–300 | 105–130 | 94–116 |
| 600 | 1.080 | 15–25 | 178–197 | 15–20 | 13.9–18.5 |
| 1000 | 1.080 | 35–40 | 107–118 | 22–30 | 20.4–27.7 |
| 1500 | 1.080 | 42–48 | 70–80 | 34–50 | 31–46 |
| 3000 | 1.080 | 50–56 | 34–42 | 75–100 | 69–93 |
| 3350 | 1.080 | 53–57 | 30–38 | 83–120 | 76–110 |
| 4000 | 1.080 | 53–59 | 25–32 | 110–170 | 102–158 |
| 6000 | 1.080 | 55–61 | 16–22 | 200–270 | 185–250 |
| 8000 | 1.080 | 55–62 | 12–16 | 260–510 | 240–472 |
| 20000 | 1.080 | ≥57 | — | 2 700–3 500 | 2 500–3 200 |
| 35000 | 1.080 | ≥57 | — | 11 000–14 000 | 10 000–13 000 |




**Figure 1:** Equilibrium moisture content of PEG 4000 (McKesson, Lot No. B192–8209) at 25°C.




**Figure 3:** Equilibrium moisture content of PEG 6000 at 25°C.
○: PEG 6000 powder (Union Carbide Corp., Lot no. B–507)
△: PEG E–6000 (BASF, Lot no. WPNA–124B)




**Figure 2:** Equilibrium moisture content of PEG 4000 at 25°C.
○: PEG 4000 powder (Union Carbide Corp, Lot no. B-251)
△: PEG E–4000 (BASF, Lot no. WPYA–575B)




**Figure 4:** Particle size distribution of PEG 4000 and PEG 6000 flakes.
○: PEG 4000 flakes
△: PEG 6000 flakes




**Figure 5:** Particle size distribution of PEG 4000 and PEG 6000 powder.
○: PEG 4000 powder
△: PEG 6000 powder

Oral administration of large quantities of polyethylene glycols can have a laxative effect. Therapeutically, up to 4 L of an aqueous mixture of electrolytes and high-molecular-weight polyethylene glycol is consumed by patients undergoing bowel cleansing.(22)

Liquid polyethylene glycols may be absorbed when taken orally, but the higher-molecular-weight polyethylene glycols are not significantly absorbed from the gastrointestinal tract. Absorbed polyethylene glycol is excreted largely unchanged in the urine, although polyethylene glycols of low molecular weight may be partially metabolized.

The WHO has set an estimated acceptable daily intake of polyethylene glycols at up to 10 mg/kg body-weight.(23)

In parenteral products, the maximum recommended concentration of PEG 300 is approximately 30% v/v as hemolytic effects have been observed at concentrations greater than about 40% v/v.

For animal toxicity data, *see* Table VII.(24)

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection is recommended.

## 16 Regulatory Status

Included in the FDA Inactive Ingredients Guide (dental preparations; IM and IV injections; ophthalmic preparations; oral capsules, solutions, syrups, and tablets; rectal, topical, and vaginal preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

**Table V:** Specification for viscosity of polyethylene glycol of the given nominal molecular weight at 98.9°C ± 0.3°C from the USPNF 23.

| Type of PEG (nominal average molecular weight) | Viscosity (kinematic) [mm²/s (cSt)] |
|---|---|
| 200 | 3.9–4.8 |
| 300 | 5.4–6.4 |
| 400 | 6.8–8.0 |
| 500 | 8.3–9.6 |
| 600 | 9.9–11.3 |
| 700 | 11.5–13.0 |
| 800 | 12.5–14.5 |
| 900 | 15.0–17.0 |
| 1000 | 16.0–19.0 |
| 1100 | 18.0–22.0 |
| 1200 | 20.0–24.5 |
| 1300 | 22.0–27.5 |
| 1400 | 24–30 |
| 1450 | 25–32 |
| 1500 | 26–33 |
| 1600 | 28–36 |
| 1700 | 31–39 |
| 1800 | 33–42 |
| 1900 | 35–45 |
| 2000 | 38–49 |
| 2100 | 40–53 |
| 2200 | 43–56 |
| 2300 | 46–60 |
| 2400 | 49–65 |
| 2500 | 51–70 |
| 2600 | 54–74 |
| 2700 | 57–78 |
| 2800 | 60–83 |
| 2900 | 64–88 |
| 3000 | 67–93 |
| 3250 | 73–105 |
| 3350 | 76–110 |
| 3500 | 87–123 |
| 3750 | 99–140 |
| 4000 | 110–158 |
| 4250 | 123–177 |
| 4500 | 140–200 |
| 4750 | 155–228 |
| 5000 | 170–250 |
| 5500 | 206–315 |
| 6000 | 250–390 |
| 6500 | 295–480 |
| 7000 | 350–590 |
| 7500 | 405–735 |
| 8000 | 470–900 |

**Table VI:** Viscosity of selected polyethylene glycols at 25°C and 99°C.

| Type of PEG | Viscosity [mm²/s (cSt)] | |
|---|---|---|
| | 25°C | 99°C |
| PEG 200 | 39.9 | 4.4 |
| PEG 300 | 68.8 | 5.9 |
| PEG 400 | 90.0 | 7.4 |
| PEG 600 | 131 | 11.0 |
| PEG 1000 solid | 19.5 | — |
| PEG 2000 solid | 47 | — |
| PEG 4000 solid | 180 | — |
| PEG 6000 solid | 580 | — |
| PEG 20000 solid | 6900 | — |

**Table VII:** Animal toxicity data ($LD_{50}$) for various grades of polyethylene glycol.[24]

| PEG grade | $LD_{50}$ (g/kg) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Guinea pig (oral) | Mouse (IP) | Mouse (IV) | Mouse (oral) | Rabbit (oral) | Rabbit (IV) | Rat (IP) | Rat (IV) | Rat (oral) |
| PEG 200 | — | 7.5 | — | 34 | 19.9 | — | — | — | 28.0 |
| PEG 300 | 19.6 | — | — | — | 17.3 | — | — | — | 27.5 |
| PEG 400 | 15.7 | 10.0 | 8.6 | 28.9 | 26.8 | — | 9.7 | 7.3 | — |
| PEG 600 | — | — | — | 47 | — | — | — | — | 38.1 |
| PEG 1000 | — | 20 | — | — | — | — | 15.6 | — | 32 |
| PEG 1500 | 28.9 | — | — | — | 28.9 | 8 | 17.7 | — | 44.2 |
| PEG 4000 | 50.9 | — | 16 | — | 76 | — | 11.6 | — | 50 |
| PEG 6000 | 50 | — | — | — | — | — | 6.8 | — | — |

## 17 Related Substances

Polyoxyethylene alkyl ethers; polyethylene oxide; polyoxyethylene sorbitan fatty acid esters; polyoxyethylene stearates; suppository bases.

## 18 Comments

A specification for polyethylene glycol is contained in the Food Chemicals Codex (FCC).

## 19 Specific References

1 Mohl S, Winter G. Continuous release of rh-interferon alpha-2a from triglyceride matrices. *J Control Release* 2004; 97(1): 67–78.
2 Hadia IA, Ugriné HE, Farouk AM, Shayoub M. Formulation of polyethylene glycol ointment bases suitable for tropical and subtropical climates I. *Acta Pharm Hung* 1989; 59: 137–142.
3 Kellaway IW, Marriott C. Correlations between physical and drug release characteristics of polyethylene glycol suppositories. *J Pharm Sci* 1975; 64: 1162–1166.
4 Wells JI, Bhatt DA, Khan KA. Improved wet massed tableting using plasticized binder. *J Pharm Pharmacol* 1982; 34 (Suppl.): 46P.
5 Chiou WL, Riegelman S. Pharmaceutical applications of solid dispersion systems. *J Pharm Sci* 1971; 60: 1281–1302.
6 Ford JL, Rubinstein MH. Formulation and ageing of tablets prepared from indomethacin–polyethylene glycol 6000 solid dispersions. *Pharm Acta Helv* 1980; 55: 1–7.
7 Vila-Jato JL, Blanco J, Alonso MJ. The effect of the molecular weight of polyethylene glycol on the bioavailability of paracetamol–polyethylene glycol solid dispersions. *J Pharm Pharmacol* 1986; 38: 126–128.
8 Miralles MJ, McGinity JW, Martin A. Combined water-soluble carriers for coprecipitates of tolbutamide. *J Pharm Sci* 1982; 71: 302–304.
9 Okhamafe AO, York P. Moisture permeation mechanism of some aqueous-based film coats. *J Pharm Pharmacol* 1982; 34 (Suppl.): 53P.
10 Marishita M, Goto T, Peppas NA, *et al.* Mucosal insulin delivery systems based on complexation polymer hydrogels: effect of particle size on insulin enteral absorption. *J Control Release* 2004; 97(1): 67–78.
11 Marcel T, Nagappan P, Nerenbaum L, *et al.* Calcium phosphate-PEG-insulin-casein (CAPIC) particles as oral delivery systems for insulin. *Int J Pharm* 2004; 277(1–2): 91–97.
12 Fiegel J, Fu H, Hanes J. Poly(ether-anhydride) dry powder aerosols for sustained drug delivery in the lungs. *J Control Release* 2004; 96(3): 411–423.
13 Jaiswal J, Gupta SK, Kreuter J. Preparation of biodegradable cyclosporine nanoparticles by high-pressure emulsion-solvent evaporation process. *J Control Release* 2004; 96(1): 169–178.
14 Jung SW, Jeong YI, Kim YH, Kim SH. Self-assembled polymeric nanoparticles of poly(ethylene glycol) grafted pullulan acetate as a novel drug carrier. *Arch Pharmacal Res* 2004; 27(5): 562–569.
15 Peppas NA. Devices based on intelligent biopolymers for oral protein delivery. *Int J Pharm* 2004; 277(1–2): 11–17.
16 Bhalla HL, Menon MR, Gopal NGS. Radiation sterilization of polyethylene glycols. *Int J Pharm* 1983; 17: 351–355.
17 Smyth HF, Carpenter CP, Weil CS. The toxicology of the polyethylene glycols. *J Am Pharm Assoc (Sci)* 1950; 39: 349–354.
18 Tusing TW, Elsea JR, Sauveur AB. The chronic dermal toxicity of a series of polyethylene glycols. *J Am Pharm Assoc (Sci)* 1954; 43: 489–490.
19 Smyth HF, Carpenter CP, Weil CS. The chronic oral toxicology of the polyethylene glycols. *J Am Pharm Assoc (Sci)* 1955; 44: 27–30.
20 Fisher AA. Immediate and delayed allergic contact reactions to polyethylene glycol. *Contact Dermatitis* 1978; 4: 135–138.
21 Anonymous. Topical PEG in burn ointments. *FDA Drug Bull* 1982; 12: 25–26.
22 Sweetman SC, ed. *Martindale: The Complete Drug Reference*, 34th edn. London: Pharmaceutical Press, 2005: 1708–1709.
23 FAO/WHO. Evaluation of certain food additives. Twenty-third report of the joint FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1980; No. 648.
24 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn. New York: Wiley, 2004: 3001.

## 20 General References

Donovan MD, Flynn GL, Amidon GL. Absorption of polyethylene glycols 600 through 2000: molecular weight dependence of gastrointestinal and nasal absorption. *Pharm Res* 1990; 7: 863–867.
Mi YI, Wood J. The application and mechanisms of polyethylene glycol 8000 on stabilizing lactate dehydrogenase during lyophilization. *PDA J Pharm Sci Technol* 2004; 58(4): 192–202.
Union Carbide Corporation. Technical literature: *Carbowax polyethylene glycols*, 1986.
Van Dam J, Daenens P. Molecular weight identification of polyethylene glycols in pharmaceutical preparations by gel permeation chromatography. *J Pharm Sci* 1993; 82: 938–941.
Yamaoka T, Tabata Y, Ikada Y. Distribution and tissue uptake of poly(ethylene glycol) with different molecular weights after intravenous administration to mice. *J Pharm Sci* 1994; 83: 601–606.

## 21 Authors

JC Price.

## 22 Date of Revision

29 August 2005.

# Polyoxyethylene Alkyl Ethers

## 1 Nonproprietary Names

The polyoxyethylene alkyl ethers are a series of polyoxyethylene glycol ethers of *n*-alcohols (lauryl, oleyl, myristyl, cetyl, and stearyl alcohol). Of the large number of different materials commercially available, four types are listed in the USPNF 23, one type in the JP 2001, and four types in the PhEur 2005.

BP: Macrogol cetostearyl ether
Macrogol lauryl ether
Macrogol oleyl ether
Macrogol stearyl ether
JP: Lauromacrogol
PhEur: Macrogoli aether cetostearylicus
Macrogoli aether laurilicum
Macrogoli aether oleicum
Macrogoli aether stearylicus
USPNF: Polyoxyl 20 cetostearyl ether
Polyoxyl 10 oleyl ether
Polyoxyl lauryl ether
Polyoxyl stearyl ether

Polyoxyethylene alkyl ethers are employed extensively in cosmetics, where the CTFA names laureth-*N*, myreth-*N*, ceteth-*N*, and steareth-*N* are commonly used. In this nomenclature, *N* is the number of ethylene oxide groups, e.g. steareth-20.

*See also* Sections 2–5.

## 2 Synonyms

Polyoxyethylene alkyl ethers are nonionic surfactants produced by the polyethoxylation of linear fatty alcohols. Products tend to be mixtures of polymers of slightly varying molecular weights and the numbers used to describe polymer lengths are average values.

Two systems of nomenclature are used to describe these materials. The number '10' in the name *Texofor A10* refers to the approximate polymer length in oxyethylene units (i.e. *y*, *see* Section 5). The number '1000' in the name 'cetomacrogol 1000' refers to the average molecular weight of the polymer chain.

Synonyms applicable to polyoxyethylene alkyl ethers are shown below.

*Brij*; *Cremophor A*; *Cyclogol 1000*; *Empilan KB*; *Empilan KM*; *Emulgen*; *Ethylan C*; macrogol ethers; *Marlowet*; *Plurafac*; *Procol*; *Ritoleth*; *Ritox*; *Texofor A*; *Volpo*.

Table I shows synonyms for specific materials.

## 3 Chemical Name and CAS Registry Number

Polyethylene glycol monocetyl ether [9004-95-9]
Polyethylene glycol monolauryl ether [9002-92-0]
Polyethylene glycol monooleyl ether [9004-98-2]
Polyethylene glycol monostearyl ether [9005-00-9]

## 4 Empirical Formula and Molecular Weight

*See* Sections 1, 2, and 5.

## 5 Structural Formula

$CH_3(CH_2)_x(OCH_2CH_2)_yOH$

In the formula, $(x + 1)$ is the number of carbon atoms in the alkyl chain, typically:

12 lauryl (dodecyl)
14 myristyl (tetradecyl)
16 cetyl (hexadecyl)
18 stearyl (octadecyl)

and $y$ is the number of ethylene oxide groups in the hydrophilic chain, typically 10–60.

The polyoxyethylene alkyl ethers tend to be mixtures of polymers of slightly varying molecular weights, and the

**Table I:** Synonyms of selected polyoxyethylene alkyl ethers.

| Name | Synonym |
|---|---|
| Cetomacrogol 1000 | Polyethylene glycol 1000; macrocetyl ether; polyoxyethylene glycol 1000 monocetyl ether; *Cresmer 1000*. |
| Polyoxyl 6 cetostearyl ether | *Ceteareth 6*; *Cremophor A6*; *Volpo CS6*. |
| Polyoxyl 20 cetostearyl ether | *Atlas G-3713*; *Ceteareth 20*; *Cremophor A 20 polyether*; *Volpo CS20*. |
| Polyoxyl 25 cetostearyl ether | *Ceteareth 25*; *Cremophor A25*; *Volpo CS25*. |
| Polyoxyl 2 cetyl ether | *Brij 52*; ceteth-2; *Lipocol C-2*; *Procol CA-2*. |
| Polyoxyl 10 cetyl ether | *Brij 56*; ceteth-10; *Lipocol C-10*; *Procol CA-10*. |
| Polyoxyl 20 cetyl ether | *Brij 58*; ceteth-20; *Lipocol C-20*; *Volpo C20*. |
| Polyoxyl 4 lauryl ether | *Brij 30*; laureth-4; *Lipocol L-4*; *Procol LA-4*; *Tego Alkanol L4*; *Volpo L4*. |
| Polyoxyl 9 lauryl ether | Laureth-9; lauromacrogol 400; polidocanol; *Volpo L9*. |
| Polyoxyl 23 lauryl ether | *Brij 35*; laureth-23; *Lipocol L-23*; *Procol LA-23*; *Ritox 35*; *Tego Alkanol L23 P*. |
| Polyoxyl 2 oleyl ether | *Brij 92*; *Brij 93*; oleth-2; *Lipocol O-2*; *Procol OA-2*; *Ritoleth 2*;*Volpo N2*. |
| Polyoxyl 10 oleyl ether | *Brij 96*; *Brij 97*; oleth-10; polyethylene glycol monooleyl ether; *Lipocol O-10*; *Procol OA-10*; *Ritoleth 10*; *Volpo N 10*. |
| Polyoxyl 20 oleyl ether | *Brij 98*; *Brij 99*; *Lipocol O-20*; oleth-20; *Procol OA-20*; *Ritoleth 20*; *Volpo N 20*. |
| Polyoxyl 2 stearyl ether | *Brij 72*; *Lipocol S-2*; *Procol SA-2*; steareth-2; *Tego Alkanol S2*; *Volpo S-2*. |
| Polyoxyl 10 stearyl ether | *Brij 76*; *Lipocol S-10*; *Procol SA-10*; steareth-10; *Tego Alkanol S10*; *Volpo S-10*. |
| Polyoxyl 21 stearyl ether | *Brij 721*; *Ritox 721*; *steareth-21*. |
| Polyoxyl 100 stearyl ether | *Brij 700*; steareth-100. |

numbers quoted are average values. In cetomacrogol 1000, for example, $x$ is 15 or 17, and $y$ is 20–24.

## 6 Functional Category

Emulsifying agent; penetration enhancer; solubilizing agent; wetting agent.

## 7 Applications in Pharmaceutical Formulation or Technology

Polyoxyethylene alkyl ethers are nonionic surfactants widely used in topical pharmaceutical formulations and cosmetics, primarily as emulsifying agents for water-in-oil and oil-in-water emulsions; and the stabilization of microemulsions and multiple emulsions.

Polyoxyethylene alkyl ethers are used as solubilizing agents for essential oils, perfumery chemicals, vitamin oils, and drugs of low-water solubility such as cortisone acetate, griseofulvin, menadione,[1] chlordiazepoxide[2] and cholesterol.[3] They have applications as antidusting agents for powders; wetting and dispersing agents for coarse-particle liquid dispersions; and detergents, especially in shampoos, face washes and similar cosmetic cleaning preparations. They are used as gelling and foaming agents (e.g. *Brij 72* gives a quick-breaking foam, while *Brij 97* (15–20%), *Volpo N* series and *Cremophor A25* (21–30%) give clear gels).

Polyoxyethylene alkyl ethers have been used in formulation of oleosomes, hydrosomes, phosphosomes, vesicles[4] and niosomes.[5,6] An increased flux of estradiol niosomes through human stratum corneum *in vitro* has been demonstrated.[7]

Polyoxyethylene alkyl ethers have been found to have an enhancing effect on the skin permeation of drugs such as ibuprofen,[8] methyl nicotinate,[9] and clotrimazole.[10] Enhanced ocular absorption of insulin from eye drops,[11] and an ocular insert device,[12] have been observed using polyoxyethylene alkyl ethers in the formulation systems. Increased buccal absorption of verapamil through porcine esophageal mucosa has also been reported.[13]

Polyoxyethylene alkyl ethers have also been used in suppository formulations to increase the drug release from the suppository bases.[14–16]

Polyoxyethylene alkyl ethers (especially laureth-23) have been used as a solubilizer and coating agent to provide hydrophilicity to polymeric nanoparticles.[17–19]

Polyoxyethylene alkyl ethers such as polidocanol are suitable for use in injectable formulations as a solubilizer or dispersant.[20]

## 8 Description

Polyoxyethylene alkyl ethers vary considerably in their physical appearance from liquids, to pastes, to solid waxy substances. They are colorless, white, cream-colored or pale yellow materials with a slight odor.

## 9 Pharmacopeial Specifications

*See* Table II.

**Table II:** Pharmacopeial specifications for polyoxyethylene alkyl ethers.

| Test | JP 2001 | PhEur 2005 | PhEur 2005 | PhEur 2005 | PhEur 2005 | USPNF 23 | USPNF 23 | USPNF 23 | USPNF 23 |
|---|---|---|---|---|---|---|---|---|---|
| | Lauromacrogol | Macrogol cetostearyl ether | Macrogol stearyl ether | Macrogol lauryl ether | Macrogol oleyl ether | Polyoxyl 20 cetostearyl ether | Polyoxyl 10 oleyl ether | Polyoxyl lauryl ether | Polyoxyl stearyl ether |
| Appearance of solution | — | + | + | + | + | — | — | + | + |
| Identification | + | + | + | + | + | + | + | + | + |
| Characters | + | + | + | + | + | — | — | — | — |
| Water | — | ≤3.0% | ≤3.0% | ≤3.0% | ≤3.0% | ≤1.0% | ≤3.0% | ≤3.0% | ≤3.0% |
| pH (10% solution) | — | — | — | — | — | 4.5–7.5 | — | — | — |
| Alkalinity | — | + | + | + | + | — | — | + | + |
| Acidity | + | — | — | — | — | — | — | — | — |
| Residue on ignition | ≤0.20% | — | — | — | — | ≤0.4% | ≤0.4% | — | — |
| Heavy metals | — | — | — | — | — | ≤0.002% | ≤0.002% | — | — |
| Acid value | — | ≤1.0 | ≤1.0 | ≤1.0 | ≤1.0 | ≤0.5 | ≤1.0 | ≤1.0 | ≤1.0 |
| Hydroxyl value | — | + | + | + | + | 42–60 | 75–95 | + | + |
| Iodine value | — | ≤2.0 | ≤2.0 | ≤2.0 | + | — | 23–40 | ≤2.0 | ≤2.0 |
| Saponification value | — | ≤3.0 | ≤3.0 | ≤3.0 | ≤3.0 | ≤2.0 | ≤3.0 | ≤3.0 | ≤3.0 |
| Free polyethylene glycols | — | — | — | — | — | ≤7.5% | ≤7.5% | — | — |
| Free ethylene oxide | — | ≤1 ppm | ≤1 ppm | ≤1 ppm | ≤1 ppm | ≤0.01% | ≤0.01% | ≤1 μg/g | ≤1 μg/g |
| Dioxan | — | ≤10 ppm | ≤10 ppm | ≤10 ppm | ≤10 ppm | — | — | ≤10 μg/g | ≤10 μg/g |
| Peroxide value | — | — | — | — | ≤10.0 | — | — | — | — |
| Average polymer length | — | — | — | — | — | 17.2–25.0 | 8.6–10.4 | ≈3.0–23.0 | ≈2.0–20.0 |
| Organic volatile impurities | — | — | — | — | — | + | + | — | — |
| Total ash | — | ≤0.2% | — | ≤0.2% | ≤0.2% | — | — | ≤0.2% | — |

## 10 Typical Properties

*See* Tables III and IV.

## 11 Stability and Storage Conditions

Polyoxyethylene alkyl ethers are chemically stable in strongly acidic or alkaline conditions. The presence of strong electrolytes may, however, adversely affect the physical stability of emulsions containing polyoxyethylene alkyl ethers.

On storage, polyoxyethylene alkyl ethers can undergo autoxidation, resulting in the formation of peroxides with an increase in acidity. Many commercially available grades are thus supplied with added antioxidants. Typically, a mixture of 0.01% butylated hydroxyanisole and 0.005% citric acid is used for this purpose.

Polyoxyethylene alkyl ethers should be stored in an airtight container, in a cool, dry place.

## 12 Incompatibilities

Discoloration or precipitation may occur with iodides, mercury salts, phenolic substances, salicylates, sulfonamides, and tannins. Polyoxyethylene alkyl ethers are also incompatible with benzocaine, tretinoin[21] and oxidizable drugs.[22]

The antimicrobial efficacy of some phenolic preservatives, such as the parabens, is reduced owing to hydrogen bonding. Cloud points are similarly depressed by phenols owing to hydrogen bonding between ether oxygen atoms and phenolic hydroxyl groups. Salts, other than nitrates, iodides, and thiocyanates (which cause an increase) can also depress cloud points.[23]

## 13 Method of Manufacture

Polyoxyethylene alkyl ethers are prepared by the condensation of linear fatty alcohols with ethylene oxide. The reaction is controlled so that the required ether is formed with the polyethylene glycol of the desired molecular weight.

## 14 Safety

Polyoxyethylene alkyl ethers are used as nonionic surfactants in a variety of topical pharmaceutical formulations and cosmetics. The polyoxyethylene alkyl ethers form a series of materials with varying physical properties and manufacturers' literature should be consulted for information on the applications and safety of specific materials.

Although generally regarded as essentially nontoxic and nonirritant materials, some polyoxyethylene alkyl ethers, particularly when used in high concentration (>20%), appear to have a greater irritant potential than others.

Animal toxicity studies suggest that polyoxyethylene alkyl ethers have a similar oral toxicity to other surfactants and can be regarded as being moderately toxic.

*Polyoxyethylene cetyl ether:*[24]

$LD_{50}$ (mouse, oral): 2.60 g/kg
$LD_{50}$ (rabbit, skin): 40 g/kg/4 week intermittent
$LD_{50}$ (rat, oral): 2.50 g/kg

*Polyoxyethylene lauryl ether:*[24]

$LD_{50}$ (mouse, IP): 0.16 g/kg
$LD_{50}$ (mouse, IV): 0.10 g/kg
$LD_{50}$ (mouse, oral): 4.94 g/kg
$LD_{50}$ (mouse, SC): 0.79 g/kg
$LD_{50}$ (rat, IV): 0.027 g/kg
$LD_{50}$ (rat, oral): 8.60 g/kg
$LD_{50}$ (rat, SC): 0.95 g/kg

*Polyoxyethylene oleyl ether:*[24]

$LD_{50}$ (rat, oral): 25.8 g/kg

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection and gloves are recommended.

## 16 Regulatory Status

Included in nonparenteral medicines licensed in the USA and UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17 Related Substances

Nonionic emulsifying wax.

## 18 Comments

Many other polyoxyethylene ethers are commercially available and are also used as surfactants. In addition to their surfactant properties, the series of polyoxyethylene ethers with lauryl side chains, e.g. nonoxynol 10, are also widely used as spermicides.

## 19 Specific References


1 Elworthy PH, Patel MS. Demonstration of maximum solubilization in a polyoxyethylene alkyl ether series of non-ionic surfactants. *J Pharm Pharmacol* 1982; **34**: 543–546.
2 Abdel Rahman AA, Aboutaleb AE, Samy EM. Factors affecting chlordiazepoxide solubilization by non-ionic surfactants. *Bull Pharm Sci* 1991; 14(1–2): 35–45.
3 Mueller-Goymann CC, Usselmann B. Solubilization of cholesterol in liquid crystals of aqueous systems of polyoxyethylene cetyl ethers. *Acta Pharm Jugosl* 1988; 38(4): 327–329.
4 Friberg SE, Yang H, Fei L, Sadasivan S, *et al.* Preparation of vesicles from hydrotope solutions. *J Dispersion Sci Technol* 1998; **19**(1): 19–30.
5 Arunothayanun P, Uchegbu IF, Craig DQ, *et al. In vitro/in vivo* characterization of polyhedral niosomes. *Int J Pharm.* 1999; 183(1): 57–61.
6 Parthasarathi G, Udupa N, Pillai GK. Formulations and *in vitro* evaluation of vincristine encapsulated niosomes. *Int J Pharm* 1994; 56(3): 90–94.
7 Van Hal D, Van Rensen A, De Vringer T, *et al.* Diffusion of estradiol from non-ionic surfactant vesicles through human stratum corneum *in vitro*. *STP Pharm Sci* 1996; **6**(1): 72–78.
8 Park ES, Chang SY, Hahn M, Chi SC. Enhancing effect of polyoxyethylene alkyl ethers on the skin permeation of ibuprofen. *Int J Pharm* 2001; **218**(1–2): 167–168.
9 Ashton P, Walters KA, Brain KR, Hadgraft J. Surfactant effects in percutaneous absorption. Part 1. Effects on the transdermal flux of methyl nicotinate. *Int J Pharm* 1992; 87(10): 261–264.
10 Ibrahim SA, Hafez E, El-Shanawany SM, *et al.* Formulation and evaluation of some topical anti mycotics. Part 3. Effect of promoters on the *in vitro* and *in vivo* efficacy of clotrimazole ointment. *Bull Pharm Sci* 1991; 14(1–2): 82–94.
11 Zhang WY, Zhang LH. Study of absorption enhancers of insulin eye drops. *J China Pharm Univ* 1997; 28(5): 275–277.

Case: 26-1992 Document: 25-2 Page: 160 Filed: 09/04/2026



**Table III:** Typical properties of selected commercially available grades of polyoxyethylene alkyl ethers.

| Name | Physical form | Acid value | HLB value | Hydroxyl value | Iodine number | Saponification value | Density (g/cm$^3$) at 20°C unless otherwise stated | Water content (%) | Boiling point (°C) | Melting point or pour point (°C) | Cloud point (°C) for 1% aqueous solution | pH aqueous solution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Brij 30* | Colorless to pale yellow liquid | ⩽2 | 9.7 | 145–165 | — | — | ≈0.95 at 25°C | ⩽1.0 | >100 | ≈2 | — | — |
| *Brij 35* | White waxy solid | ⩽5 | 16.9 | 40–60 | — | — | ≈1.05 at 25°C | ⩽3.0 | >100 | ≈33 | — | — |
| *Brij 52* | White waxy solid | ⩽1 | 5.3 | 160–180 | — | — | ≈0.95 | ⩽1.0 | — | 33 | — | 5–8 (10% in 1 : 1 IPA : water) |
| *Brij 56* | White waxy solid | ⩽1 | 12.9 | 75–90 | — | — | ≈1.06 at 25°C | ⩽3.0 | — | 31 | — | — |
| *Brij 58* | White solid | ⩽1 | 15.7 | 45–60 | — | — | 1.02 at 25°C | ⩽3.0 | — | 38 | — | — |
| *Brij 72* | White waxy solid | ⩽1 | 4.9 | 150–170 | — | — | ≈0.97 at 25°C | ⩽1.0 | — | 43 | — | — |
| *Brij 76* | White waxy solid | ⩽1 | 12.4 | 75–90 | — | — | ≈1.05 at 25°C | ⩽3.0 | >100 | 38 | — | 5–8 (10% in 1 : 1 IPA : water) |
| *Brij 78* | White solid pellets | ⩽1 | 15.3 | 45–60 | — | — | ≈1.09 at 25°C | ⩽3.0 | — | 38 | — | 5–8 (10% in 1 : 4 IPA : water) |
| *Brij 721* | White to ivory solid pellets or flakes | <2 | 15.5 | 44–61 | — | — | ≈1.0 at 25°C | ⩽2.0 | — | 45 | — | — |
| *Brij 93Veg* | Pale yellow liquid | ⩽1 | 4.9 | 160–180 | — | — | ≈0.9 at 25°C | ⩽1.0 | >100 | 10 | — | 5–8 (10% in 1 : 1 IPA : water) |
| *Brij 97* | White to pale yellow liquid to semi-solid | ⩽1 | 12.4 | 80–95 | — | — | ≈1.0 at 25°C | ⩽3.0 | >100 | 16 | >100 | >100 |
| *Brij 98* | Cream soft waxy solid | ⩽1 | 15.3 | 50–65 | — | — | ≈1.07 at 25°C | ⩽3.0 | >100 | 33 | — | 5–8 (10% in 1 : 4 IPA : water) |
| *Cremophor A6* | White waxy substance | ⩽1 | 10–12 | 115–134 | ⩽1 | ⩽3 | 0.896–0.906 at 60°C | ⩽1.0 | — | 41–45 | — | — |
| *Cremophor A 20 polyether* | White flakes | — | — | — | — | — | 0.98% at 70°C | — | >149 | 56 | — | — |
| *Cremophor A25* | White to off-white micro beads | ⩽1 | 15–17 | 36–45 | ⩽1 | ⩽3 | 1.020–1.028 at 60°C | ⩽1.0 | — | 44–48 | — | 5–7 (10%) |
| *Emulgen 104P* | Clear liquid | — | 9.6 | — | — | — | — | — | — | — | — | — |
| *Emulgen 123P* | White solid | — | 16.9 | — | — | — | — | — | — | — | >100 | — |
| *Emulgen 210P* | Light yellow solid | — | 10.7 | — | — | — | — | — | — | — | — | — |
| *Emulgen 220* | Light yellow solid | — | 14.2 | — | — | — | — | — | — | — | 98 | — |
| *Emulgen 320P* | White solid | — | 13.9 | — | — | — | — | — | — | — | 91 | — |
| *Emulgen 409P* | Light yellow liquid | — | 12.0 | — | — | — | — | — | — | — | 55 | — |
| *Ethosperse 1A4* | — | ⩽2 | — | 145–160 | — | — | 0.95 | ⩽0.5 | — | — | — | — |
| *Ethosperse 1A12* | — | ⩽2 | — | 72–82 | — | — | 1.10 | ⩽1.0 | — | — | — | — |
| *Ethosperse TDA6* | — | ⩽1 | — | 118–133 | — | — | 0.98 | ⩽1.0 | — | — | — | — |
| *Ethosperse S120* | — | ⩽0.5 | — | 385–430 | — | — | 1.16 | ⩽1.0 | — | — | — | — |
| *Ethosperse G26* | — | ⩽2 | — | 133–142 | — | — | 1.12 at 38°C | ⩽0.5 | — | — | — | — |
| *Ethylan D252* | Liquid | — | 5.6 | — | — | — | 0.903 | ⩽0.5 | — | 5 | Insoluble | — |
| *Ethylan 253* | Liquid | — | 7.8 | — | — | — | 0.930 | ⩽0.5 | — | 3 | Insoluble | — |
| *Ethylan 254* | Liquid | — | 9.8 | — | — | — | 0.948 | ⩽3.0 | — | 5 | Insoluble | — |
| *Ethylan 256* | Liquid | — | 11.4 | — | — | — | 0.972 | ⩽0.5 | — | 15 | 43 | — |
| *Ethylan 257* | Liquid | — | 12.2 | — | — | — | 0.974 at 40°C | ⩽0.5 | — | 21 | 49 | — |
| *Ethylan 2512* | Solid | — | 14.2 | — | — | — | 1.001 | ⩽0.5 | — | 29 | 92 | — |



NAYZILAM_00672539

PTX-1090.0026

| Name | Physical form | Acid value | HLB value | Hydroxyl value | Iodine number | Saponification value | Density (g/cm³) at 20°C unless otherwise stated | Water content (%) | Boiling point (°C) | Melting point or pour point (°C) | Cloud point (°C) for 1% aqueous solution | pH aqueous solution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Ethylan 2560* | Solid | — | 18.6 | — | — | — | — | ⩽0.5 | — | 45 | >100 | — |
| *Plurafac RA20* | Colorless hazy liquid | — | 10.0 | 69–78 | — | 0.9965 | 0.988 at 25°C | ⩽0.2 | — | — | 45 | 5.0–6.5 (1%) |
| *Plurafac RA30* | Colorless liquid | — | 9.0 | 85–95 | — | — | 0.971 at 25°C | ⩽0.2 | — | 10 | 36 | 5.0–6.5 (1%) |
| *Plurafac RA40* | Clear liquid | — | 7.0 | 65–75 | — | — | 0.974 at 25°C | ⩽0.2 | — | –26 | 25 | 5.0–6.5 (1%) |
| *Plurafac RA43* | White opaque liquid | — | 7.0 | — | — | — | 0.974 at 25°C | ⩽0.4 | — | –6 | — | — |
| *Plurafac RA340* | — | — | — | 73 | — | — | 0.977 | — | 0.974 at 25°C | –23 | — | — |
| *Renex 30* | Colorless to pale yellow cloudy liquid | ⩽1 | 14.5 | 75–85 | — | — | 1.0 at 25°C | ⩽3.0 | 0.974 at 25°C | 14 | 84 | ≈6.0 (1%) |
| *Renex 31* | Liquid | ⩽1 | 15.4 | 60–74 | — | — | 1.0 at 25°C | ⩽3.0 | — | 16 | 99 | — |
| *Renex 36* | Colorless to pale yellow hazy liquid | ⩽1 | 11.4 | 118–133 | — | — | 1.0 at 25°C | ⩽1.0 | >100 | ≈0.6 | <0 | ≈6.0 (1%) |
| *Ritoleth 2* | Clear to slightly yellow liquid | <0.5 | 4.9 | 150–180 | — | — | 0.92 at 25°C | <1.0 | 149 | — | — | — |
| *Ritoleth 5* | Clear to slightly yellow liquid | <2.0 | 8.8 | 120–133 | — | — | 0.94 at 25°C | <3.0 | 149 | — | — | — |
| *Ritoleth 10* | White semi-solid paste | <10.0 | 12.3 | 80–90 | 32–40 | <2.0 | 0.94 at 25°C | <3.0 | 149 | — | 47–55 | 4.5–7.5 (10%) |
| *Ritoleth 20* | White to light yellow liquid | — | — | — | — | — | 1.01 at 25°C | — | 149 | — | — | — |
| *Ritox 35* | White waxy solid | — | — | — | — | — | 1.05 at 25°C | — | — | — | — | — |
| *Ritox 721* | White waxy flakes | <2.0 | — | 44–61 | — | — | 1.02 at 25°C | <2.0 | — | ≈35°C | — | 6.0–8.0 (0.5%) |
| *Texofor A1P* | Solid | — | 16.2 | — | — | — | 1.025 at 60°C | — | — | 40 | >100 | — |
| *Texofor AP* | — | — | — | — | — | — | 0.875 | — | — | 31 | Insoluble | — |
| *Texofor A6* | Solid | — | — | — | — | — | 0.140 | — | — | 26 | Insoluble | — |
| *Texofor A10* | Solid | — | — | — | — | — | 0.970 | — | — | 30 | 75 | — |
| *Texofor A14* | Solid | — | — | — | — | — | 0.995 | — | — | 35 | 100 | — |
| *Texofor A30* | Solid | — | — | — | — | — | 1.035 | — | — | 43 | >100 | — |
| *Texofor A45* | Solid | — | — | — | — | — | 1.055 | — | — | 47 | >100 | — |
| *Texofor A60* | Solid | — | — | — | — | — | 1.065 | — | — | 48 | >100 | — |
| *Volpo N 10* | Hazy liquid | <2 | — | 79–91 | 31–37 | — | — | <1.0 | — | — | >55 | — |
| *Volpo N 20* | Soft solid | <2 | 15.5 | 50–58 | 18–25 | — | — | <1.0 | — | — | >100 | — |
| *Volpo S2* | White translucent plastic wax | <1 | 4.9 | 150–165 | <2.0 | <3.0 | — | <1.0 | — | 41–45 | — | 6.0–7.5 (3%) |
| *Volpo S10* | White waxy solid | <1 | 12.4 | 78–86 | <2.0 | <3.0 | — | <1.0 | — | 35–38 | — | 6.0–7.5 (3%) |
| *Volpo S20* | White to off- white waxy pastilles | <1 | 15.3 | 45–55 | <2.0 | <3.0 | — | <1.0 | — | 42–48 | — | 6.0–7.5 (3%) |
| *Volpo C2* | White, waxy solid | <1 | — | 160–180 | — | — | — | — | — | — | — | 6.0–7.5 (3%) |
| *Volpo C20* | White, waxy solid | — | 15.7 | — | — | — | — | — | — | 40–45 | — | 6.0–7.5 (3%) |
| *Volpo CS10* | White soft solid | — | — | — | — | — | — | — | — | 35–38 | — | 6.0–7.5 (3%) |
| *Volpo CS20* | White waxy pastilles | <1 | 15.7 | 45–55 | <2.0 | <3.0 | — | <1.0 | — | 44 | — | 6.0–7.5 (3%) |
| *Volpo L4* | Clear colorless liquid | <1 | 9.5 | 145–160 | <2.0 | <3.0 | — | <1.0 | — | — | — | — |
| *Volpo L23* | White waxy solid | <1 | 16.7 | 42–52 | — | — | 1.049 at 25°C | 1–3 | — | 37 | — | 6.0–7.5 (3%) |

**Table IV:** Typical properties of selected commercially available grades of polyoxyethylene alkyl ethers.

| Name | Critical micelle concentration (%) | Surface tension of aqueous solution at 25°C (mN/m) | | | Dynamic viscosity at 25°C or pour point (mPa s) | Refractive index at 60°C | Solubility | | | | | Flash point (°C) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (0.05%) | (0.1%) | (0.2%) | | | Ethanol | Fixed oils | Mineral oil | Propylene glycol | Water | |
| *Brij 30* | — | — | — | — | ≈30 | — | S | D | D | S | I | >149 |
| *Brij 35* | 0.013 | — | — | — | — | — | S | I | I | S | S | >149 |
| *Brij 52* | — | — | — | — | — | — | S | S | H | I | I | >149 |
| *Brij 56* | — | — | — | — | — | — | H | D | I | D | H | >149 |
| *Brij 58* | — | — | — | — | — | — | S | D | I | I | S | >149 |
| *Brij 72* | — | — | — | — | — | — | S | S | I | I | I | >149 |
| *Brij 76* | — | — | — | — | — | — | S | I | I | D | D | >149 |
| *Brij 78* | — | — | — | — | — | — | S | D | I | I | D | >149 |
| *Brij 721* | — | — | — | — | — | — | I | I | D | I | D | >110 |
| *Brij 93Veg* | — | — | — | — | 30 | — | S | S | S | S | I | — |
| *Brij 97* | — | — | — | — | 100 | — | S | D | H | S | S | — |
| *Brij 98* | — | — | — | — | — | — | S | I | I | S | S | >149 |
| *Cremophor A6* | — | — | — | — | 13.5 at 60°C | 1.4420–1.4424 | S | I | — | — | S | 190 |
| *Cremophor A20 polyether* | — | — | — | — | — | — | — | — | — | — | D | >149 |
| *Cremophor A25* | — | — | — | — | — | 1.4512–1.4520 | S | I | — | — | S | — |
| *Ethosperse 1A4* | — | — | — | — | 30 | — | S | S | — | — | S | — |
| *Ethosperse 1A12* | — | — | — | — | 1000 | — | S | SH | — | — | S | — |
| *Ethosperse TDA6* | — | — | — | — | 80 | — | S | I | — | — | D | — |
| *Ethosperse S120* | — | — | — | — | 460 | — | S | I | — | — | S | — |
| *Ethosperse G26* | — | — | — | — | 150 at 38°C | — | S | I | — | — | S | — |
| *Ethylan D252* | — | — | — | — | — | — | — | — | — | — | I | — |
| *Ethylan 253* | — | — | — | — | — | — | — | — | — | — | I | — |
| *Ethylan 254* | — | — | — | — | — | — | — | — | — | — | I | — |
| *Ethylan 256* | — | — | — | — | — | — | — | — | — | — | S | — |
| *Ethylan 257* | — | — | — | — | — | — | — | — | — | — | S | — |
| *Ethylan 2512* | — | — | — | — | — | — | — | — | — | — | S | — |
| *Ethylan 2560* | — | — | — | — | — | — | — | — | — | — | S | — |
| *Plurafac RA20* | — | — | 30.7 | — | 80 | — | — | — | — | — | >10% at 25°C | 246 |
| *Plurafac RA30* | — | — | 28.6 | — | 65 | — | — | — | — | — | >10% at 25°C | 235 |
| *Plurafac RA40* | — | — | 30.3 | — | 80 | — | — | — | — | — | >10% at 25°C | 256 |
| *Plurafac RA43* | — | — | — | — | 200 | — | — | — | — | — | >1% at 25°C | 225 |
| *Plurafac RA340* | — | — | 30.5 | — | — | — | — | — | — | — | — | — |
| *Renex 30* | — | — | — | — | 60 | — | S | I | I | — | S | — |
| *Renex 31* | — | — | — | — | 130 | — | S | I | — | — | S | — |
| *Renex 36* | — | — | — | — | 80 | — | S | I | I | — | D | >93 |
| *Ritoleth 2* | — | — | — | — | — | — | — | — | — | — | I | >149 |
| *Ritoleth 5* | — | — | — | — | — | — | — | — | — | — | I | >149 |
| *Ritoleth 10* | — | — | — | — | — | — | — | — | — | — | I | >149 |
| *Ritoleth 20* | — | — | — | — | — | — | — | — | — | — | I | >149 |
| *Ritox 35* | — | — | — | — | — | — | — | — | — | — | I | >149 |
| *Ritox 721* | — | — | — | — | — | — | — | — | — | — | S | >149 |
| *Texofor A1P* | 0.006 | 42.9 | — | 42.3 | — | — | S | — | — | — | S | — |

| Name | Critical micelle concentration (%) | Surface tension of aqueous solution at 25°C (mN/m) | | | Dynamic viscosity at 25°C or pour point (mPa s) | Refractive index at 60°C | Solubility | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (0.05%) | (0.1%) | (0.2%) | | | Ethanol | Fixed oils | Mineral oil | Propylene glycol | Water | Flash point (°C) |
| *Texofor AP* | — | — | — | — | — | — | S | — | — | — | I | — |
| *Texofor A6* | — | — | — | — | — | — | S | — | — | — | I | — |
| *Texofor A10* | 0.004 | 36.5 | — | 36.7 | — | — | S | — | — | — | S | — |
| *Texofor A14* | — | 36.9 | — | 36.6 | — | — | S | — | — | — | S | — |
| *Texofor A30* | 0.003 | 46.0 | — | 46.0 | — | — | S | — | — | — | S | — |
| *Texofor A45* | 0.004 | 47.5 | — | 47.0 | — | — | S | — | — | — | S | — |
| *Texofor A60* | 0.003 | 48.3 | — | 48.3 | — | — | S | — | — | — | S | — |
| *Volpo S2* | — | — | — | — | — | — | S | — | — | — | D | >100 |
| *Volpo S10* | — | — | — | — | — | — | S | — | — | — | S | >100 |
| *Volpo S20* | — | — | — | — | — | — | S | — | — | — | S | >100 |
| *Volpo C2* | — | — | — | — | — | — | S | — | — | — | D | >100 |
| *Volpo C20* | — | — | — | — | — | — | S | — | — | — | S | >100 |
| *Volpo CS10* | — | — | — | — | — | — | S | — | — | — | S | >100 |
| *Volpo CS20* | — | — | — | — | — | — | S | — | — | — | S | >100 |
| *Volpo L4* | — | — | — | — | — | — | S | — | — | — | S | — |
| *Volpo L23* | — | — | — | — | — | — | S | — | — | — | S | 274 |

S = Soluble; H = Soluble with haze; I = Insoluble; D = Dispersible; SH = Soluble on heating.

Suppliers: ICI Surfactants (*Brij*, *Pharma* grades of *Brij 30, 35, 72, 76* and *78P* are also available); Croda Chemicals (*Volpo*); BASF Corporation (*Cremophor, Plurafac*); Rita Corporation (*Ritoleth, Ritox*).

12 Lee YC, Simamora P, Yalkowsky SH. Effect of Brij-78 on systemic delivery of insulin from an ocular device. *J Pharm Sci* 1997; 86(4): 430–433.
13 Sawicki W, Janicki S. Influence of polyoxyethylene-10-oleylether on *in vitro* verapamil hydrochloride penetration through mucous membrane from model buccal drug formulation. *STP Pharma Sci* 1998; 8(2): 107–111.
14 Al Gohary OM, Foda NH. Pharmaceutical and microbiological aspects of nalidixic acid suppositories. *Egyptian J Pharm Sci* 1996; 37(1–6): 273–284.
15 El Assasy AH, Foda NH, Badawi SS, Abd-El-Rehim RT. Formulation of flurbiprofen suppositories. *Egyptian J Pharm Sci* 1995; 36(1–6): 31–53.
16 El Assasy AH, Foda NH, Badawi SS, Abd-El-Rehim RT. Release characteristics and bioavailability of pirprofen from suppository bases. *Egyptian J Pharm Sci* 1995; 36(1–6): 15–29.
17 Harmia-Pulkkinen T, Ojantakanen S. *In vitro* release kinetics of timolol and timol oleate from polyethylcyanoacrylate nanoparticles. Part 2. Nanoparticles manufacture with timolol maleate using different surfactants and organic solvents. *Acta Pharm Fenn* 1992; 101(2): 57–63.
18 Muller RH, Wallis KH, Troster SD, Kreuter J. *In vitro* characterization of poly(methyl-methacrylate) nanoparticles and correlation to their *in vivo* fate. *J Control Release* 1992; 20: 237–246.
19 Troster SD, Muller U, Kreuter J. Modification of the body distribution of poly(methylmethacrylate) nanoparticles in rats by coating with surfactants. *Int J Pharm* 1990; 61: 85–100.
20 Cabrera J, Redondo P, Becerra A, *et al.* Ultrasound-guided injection of polidocanol microfoam in the management of venous leg ulcers. *Arch Dermatol* 2004; 140(6): 667–673.
21 Brisaert MG, Everaerts I, Plaizier-Vercammen JA. Chemical stability of tretinoin in dermatological preparations. *Pharm Acta Helv* 1995; 70(2): 161–166.
22 Azaz E, Donbrow M, Hamburger R. Incompatibility of non-ionic surfactants with oxidizable drugs. *Pharm J* 1973; 211: 15.
23 McDonald C, Richardson C. The effect of added salts on solubilization by a non-ionic surfactant. *J Pharm Pharmacol* 1981; 33: 38–39.
24 *The Registry of Toxic Effects of Chemical Substances.* Atlanta, GA: National Institute for Occupational Safety and Health, 2000.

## 20 General References

Ammar HO, Khali RM. Solubilization of certain analgesics by Cetomacrogol 1000. *Egypt J Pharm Sci* 1996; 37: 261–271.
Elworthy PH, Guthrie WG. Adsorption of non-ionic surfactants at the griseofulvin-solution interface. *J Pharm Pharmacol* 1970; 22 (Suppl.): 114S–120S.
Guveli D, Davis SS, Kayes JB. Viscometric studies on surface agent solutions and the examination of hydrophobic interactions. *J Pharm Pharmacol* 1974; 26 (Suppl.): 127P–128P.
Malcolmson C, Satra C, Kantaria S, *et al.* Effect of oil on the level of solubilization of testosterone propionate into non-ionic oil-in-water microemulsions. *J Pharm Sci* 1998; 87: 109–116.
Vasiljevic D, Vuleta G, Dakovic LJ, Primorac M. Influence of emulsifier concentration on the rheological behavior of w/o/w multiple emulsions. *Pharmazie* 1994; 49: 933–934.
Walters KA, Dugard PH, Florence AT. Non-ionic surfactants and gastric mucosal transport of paraquat. *J Pharm Pharmacol* 1981; 33: 207–213.

## 21 Authors

RR Gupta, KK Singh.

## 22 Date of Revision

5 August 2005.

# Polyoxyethylene Sorbitan Fatty Acid Esters

## 1 Nonproprietary Names

BP: Polysorbate 20, Polysorbate 40, Polysorbate 60, and Polysorbate 80
JP: Polysorbate 80
PhEur: Polysorbatum 20, Polysorbatum 40, Polysorbatum 60, and Polysorbatum 80
USPNF: Polysorbate 20, Polysorbate 40, Polysorbate 60, and Polysorbate 80

## 2 Synonyms

For synonyms of selected polysorbates, *see* Table I; *see also* Section 3.

## 3 Chemical Names and CAS Registry Numbers

*See* Table II.

## 4 Empirical Formula and Molecular Weight

Approximate molecular weights for selected polysorbates are shown in Table III.

**Table II:** Chemical names and CAS Registry Numbers of selected polysorbates.

| Polysorbate | Chemical name | CAS number |
|---|---|---|
| Polysorbate 20 | Polyoxyethylene 20 sorbitan monolaurate | [9005-64-5] |
| Polysorbate 21 | Polyoxyethylene (4) sorbitan monolaurate | [9005-64-5] |
| Polysorbate 40 | Polyoxyethylene 20 sorbitan monopalmitate | [9005-66-7] |
| Polysorbate 60 | Polyoxyethylene 20 sorbitan monostearate | [9005-67-8] |
| Polysorbate 61 | Polyoxyethylene (4) sorbitan monostearate | [9005-67-8] |
| Polysorbate 65 | Polyoxyethylene 20 sorbitan tristearate | [9005-71-4] |
| Polysorbate 80 | Polyoxyethylene 20 sorbitan monooleate | [9005-65-6] |
| Polysorbate 81 | Polyoxyethylene (5) sorbitan monooleate | [9005-65-6] |
| Polysorbate 85 | Polyoxyethylene 20 sorbitan trioleate | [9005-70-3] |
| Polysorbate 120 | Polyoxyethylene 20 sorbitan monoisostearate | [66794-58-9] |

**Table I:** Synonyms of selected polysorbates.

| Polysorbate | Synonym |
|---|---|
| Polysorbate 20 | *Armotan PML 20; Capmul POE-L; Campul POE-L Low PV; Crillet 1; Drewmulse*; E432; *Durfax 20*; E432; *Eumulgin SML; Glycosperse* L-20; *Hodag PSML-20; Lamesorb SML-20; Liposorb* L-20; *Liposorb* L-20K; *Montanox 20; Nissan Nonion LT-221; Norfox Sorbo T-20; POE-SML; Ritabate 20; Sorbax PML-20*; sorbitan monododecanoate; *Sorgen TW-20; T-Maz 20; T-Maz 20K*; poly(oxy-1,2-ethanediyl) derivatives; polyoxyethylene 20 laurate; *Protasorb* L-20; *Tego SML 20; Tween 20.* |
| Polysorbate 21 | *Crillet 11; Hodag PSML-4; Protasorb* L-5; *Tween 21.* |
| Polysorbate 40 | *Crillet 2*; E434; *Eumulgin SMP; Glycosperse S-20; Hodag PSMP-20; Lamesorb SMP-20; Liposorb P-20; Lonzest SMP-20; Montanox 40*; poly(oxy-1,2-ethanediyl) derivatives; *Protasorb P-20; Ritabate 40*; sorbitan monohexadecanoate; *Sorbax PMP-20; Tween 40.* |
| Polysorbate 60 | *Atlas 70K; Atlas Armotan PMS 20; Capmul POE-S; Cremophor PS 60; Crillet 3; Drewpone 60K; Durfax 60; Durfax 60K*; E435; *Emrite 6125; Eumulgin SMS; Glycosperse S-20; Glycosperse S-20FG; Glycosperse S-20FKG; Hodag PSMS-20; Hodag SVS-18; Lamsorb SMS-20; Liposorb S-20; Liposorb S-20K; Lonzest SMS-20; Nikkol TS-10; Norfox SorboT-60 Montanox 60; Polycon T 60 K*; polyoxyethylene 20 stearate; *Ritabate 60; Protasorb S-20; Sorbax PMS-20*; sorbitan monooctadecanoate poly(oxy-1,2-ethanediyl) derivatives; *T-Maz 60; T-Max 60KHS; Tween 60; Tween 60K; Tween 60 VS.* |
| Polysorbate 61 | *Crillet 31; Hodag PSMS-4; Liposorb S-4; Protasorb S-4; Tween 61.* |
| Polysorbate 65 | *Alkamuls PSTS-20; Crillet 35*; E436; *Glycosperse TS-20; Glycosperse TS-20 FG; Glycosperse TS-20 KFG; Hodag PSTS-20; Lamesorb STS-20; Lanzet STS-20; Liposorb TS-20; Liposorb TS-20A; Liposorb TS-20K; Montanox 65; Protasorb STS-20; Sorbax PTS-20*; sorbitan trioctadecanoate poly(oxy-1,2-ethanediyl) derivatives; *T-Maz 65K; Tween 65; Tween 65K; Tween 65V.* |
| Polysorbate 80 | *Atlas E; Armotan PMO 20; Capmul POE-O; Cremophor PS 80; Crillet 4; Crillet 50; Drewmulse POE-SMO; Drewpone 80K; Durfax 80; Durfax 80K*; E433; *Emrite 6120; Eumulgin SMO; Glycosperse O-20; Hodag PSMO-20; Liposorb O-20; Liposorb O-20K; Montanox 80*; polyoxyethylene 20 oleate; *Protasorb O-20; Ritabate 80*; (Z)-sorbitan mono-9-octadecenoate poly(oxy1,2-ethanediyl) derivatives; *Tego SMO 80; Tego SMO 80V; Tween 80.* |
| Polysorbate 81 | *Crillet 41; Hetsorb O-5; Hodag PSMO-5; Protasorb O-5; Sorbax PMO-5*; sorbitan mono-9-octadecenoate poly(oxy-1,2-ethanediyl) derivatives; *T-Maz 81; Tego SMO 81; Tween 81.* |
| Polysorbate 85 | *Alkamuls PSTO-20; Crillet 45; Glycosperse TO-20; Hodag PSTO-20; Lonzest STO-20; Liposorb TO-20; Montanox 85; Protasorb TO-20; Sorbax PTO-20*; sorbitan tri-9-octadecenoate poly(oxy1,2-ethanediyl) derivatives; *Tego STO 85; Tween 85.* |
| Polysorbate 120 | *Crillet 6.* |

**Table III:** Empirical formula and molecular weight of selected polysorbates.

| Polysorbate | Formula | Molecular weight |
|---|---|---|
| Polysorbate 20 | $C_{58}H_{114}O_{26}$ | 1128 |
| Polysorbate 21 | $C_{26}H_{50}O_{10}$ | 523 |
| Polysorbate 40 | $C_{62}H_{122}O_{26}$ | 1284 |
| Polysorbate 60 | $C_{64}H_{126}O_{26}$ | 1312 |
| Polysorbate 61 | $C_{32}H_{62}O_{10}$ | 607 |
| Polysorbate 65 | $C_{100}H_{194}O_{28}$ | 1845 |
| Polysorbate 80 | $C_{64}H_{124}O_{26}$ | 1310 |
| Polysorbate 81 | $C_{34}H_{64}O_{11}$ | 649 |
| Polysorbate 85 | $C_{100}H_{188}O_{28}$ | 1839 |
| Polysorbate 120 | $C_{64}H_{126}O_{26}$ | 1312 |

## 5 Structural Formula



Polyoxyethylene sorbitan monoester



Polyoxyethylene sorbitan triester

$w + x + y + z = 20$ (Polysorbates 20, 40, 60, 65, 80, and 85)
$w + x + y + z = 5$ (Polysorbates 81)
$w + x + y + z = 4$ (Polysorbates 21 and 61)
R = fatty acid

## 6 Functional Category

Emulsifying agent; nonionic surfactant; solubilizing agent; wetting, dispersing/suspending agent.

## 7 Applications in Pharmaceutical Formulation or Technology

Polyoxyethylene sorbitan fatty acid esters (polysorbates) are a series of partial fatty acid esters of sorbitol and its anhydrides copolymerized with approximately 20, 5, or 4 moles of ethylene oxide for each mole of sorbitol and its anhydrides. The resulting product is therefore a mixture of molecules of varying sizes rather than a single uniform compound.

Polysorbates containing 20 units of oxyethylene are hydrophilic nonionic surfactants that are used widely as emulsifying agents in the preparation of stable oil-in-water pharmaceutical emulsions. They may also be used as solubilizing agents for a variety of substances including essential oils and oil-soluble vitamins, and as wetting agents in the formulation of oral and parenteral suspensions. They have been found to be useful in improving the oral bioavailability of drug molecules that are substrates for *p*-glycoprotein.[1]

Polysorbates are also widely used in cosmetics and food products. *See* Table IV.

**Table IV:** Uses of polysorbates.

| Use | Concentration (%) |
|---|---|
| Emulsifying agent | |
| Used alone in oil-in-water emulsions | 1–15 |
| Used in combination with hydrophilic emulsifiers in oil-in-water emulsions | 1–10 |
| Used to increase the water-holding properties of ointments | 1–10 |
| Solubilizing agent | |
| For poorly soluble active constituents in lipophilic bases | 1–10 |
| Wetting agent | |
| For insoluble active constituents in lipophilic bases | 0.1–3 |

## 8 Description

Polysorbates have a characteristic odor and a warm, somewhat bitter taste. Their colors and physical forms at 25°C are shown in Table V, although it should be noted that the absolute color intensity of the products may vary from batch to batch and from manufacturer to manufacturer.

**Table V:** Colors and physical forms of selected polysorbates at 25°C.

| Polysorbate | Color and form at 25°C |
|---|---|
| Polysorbate 20 | Yellow oily liquid |
| Polysorbate 21 | Yellow oily liquid |
| Polysorbate 40 | Yellow oily liquid |
| Polysorbate 60 | Yellow oily liquid |
| Polysorbate 61 | Tan solid |
| Polysorbate 65 | Tan solid |
| Polysorbate 80 | Yellow oily liquid |
| Polysorbate 81 | Amber liquid |
| Polysorbate 85 | Amber liquid |
| Polysorbate 120 | Yellow liquid |

## 9 Pharmacopeial Specifications

*See* Table VI.

**Table VI:** Pharmacopeial specifications for polysorbates.

| Test | JP 2001 | PhEur 2005 | USPNF 23 |
|---|---|---|---|
| Identification | | | |
| Polysorbate 20 | — | + | + |
| Polysorbate 40 | — | + | + |
| Polysorbate 60 | — | + | + |
| Polysorbate 80 | + | + | + |
| Saponification value | | | |
| Polysorbate 20 | — | 40–50 | 40–50 |
| Polysorbate 40 | — | 41–52 | 41–52 |
| Polysorbate 60 | — | 45–55 | 45–55 |
| Polysorbate 80 | 45–55 | 45–55 | 45–55 |
| Composition of fatty acids | — | *see* Table VII | — |
| Hydroxyl value | | | |
| Polysorbate 20 | — | 96–108 | 96–108 |
| Polysorbate 40 | — | 89–105 | 89–105 |
| Polysorbate 60 | — | 81–96 | 81–96 |
| Polysorbate 80 | — | 65–80 | 65–80 |
| Water | | | |
| Polysorbate 20 | — | ≤3.0% | ≤3.0% |
| Polysorbate 40 | — | ≤3.0% | ≤3.0% |
| Polysorbate 60 | — | ≤3.0% | ≤3.0% |
| Polysorbate 80 | ≤3.0% | ≤3.0% | ≤3.0% |
| Residue on ignition | | | |
| Polysorbate 20 | — | ≤0.25% | ≤0.25% |
| Polysorbate 40 | — | ≤0.25% | ≤0.25% |
| Polysorbate 60 | — | ≤0.25% | ≤0.25% |
| Polysorbate 80 | ≤0.15% | ≤0.25% | ≤0.25% |
| Arsenic | | | |
| Polysorbate 80 | ≤2 ppm | — | — |
| Heavy metals | | | |
| Polysorbate 20 | — | ≤10 ppm | ≤0.001% |
| Polysorbate 40 | — | ≤10 ppm | ≤0.001% |
| Polysorbate 60 | — | ≤10 ppm | ≤0.001% |
| Polysorbate 80 | ≤20 ppm | ≤10 ppm | ≤0.001% |
| Acid value | | | |
| Polysorbate 20 | — | ≤2.0 | ≤2.2 |
| Polysorbate 40 | — | ≤2.0 | ≤2.2 |
| Polysorbate 60 | — | ≤2.0 | ≤2.2 |
| Polysorbate 80 | ≤2.0 | ≤2.0 | ≤2.2 |
| Iodine value | | | |
| Polysorbate 80 | 19–24 | — | — |
| Specific gravity | | | |
| Polysorbate 20 | — | ≈1.10 | — |
| Polysorbate 40 | — | ≈1.10 | — |
| Polysorbate 60 | — | ≈1.10 | — |
| Polysorbate 80 | 1.065–1.095 | ≈1.10 | 1.06–1.09 |
| Viscosity at 25°C | | | |
| Polysorbate 20 | — | ≈400 mPa s | — |
| Polysorbate 40 | — | ≈400 mPa s | — |
| Polysorbate 60 | — | ≈400 mPa s | — |
| Polysorbate 80 | 345–445 mm$^2$ | ≈400 mPa s | 300–500 mm$^2$/s |
| Organic volatile impurities | — | — | + |
| Peroxide value | | | |
| Polysorbate 20 | — | ≤10 | — |
| Polysorbate 40 | — | ≤10 | — |
| Polysorbate 60 | — | ≤10 | — |
| Polysorbate 80 | — | ≤10 | — |
| Residual ethylene oxide | | | |
| Polysorbate 20 | — | ≤1 ppm | — |
| Polysorbate 40 | — | ≤1 ppm | — |
| Polysorbate 60 | — | ≤1 ppm | — |
| Polysorbate 80 | — | ≤1 ppm | — |
| Residual dioxan | | | |

Continued

**Table VI:** Continued

| Test | JP 2001 | PhEur 2005 | USPNF 23 |
|---|---|---|---|
| Polysorbate 20 | — | ⩽10 ppm | — |
| Polysorbate 40 | — | ⩽10 ppm | — |
| Polysorbate 60 | — | ⩽10 ppm | — |
| Polysorbate 80 | — | ⩽10 ppm | — |

**Table VII:** Fatty acid composition of polysorbate 20, 40, 60, 80 from PhEur 2005.

| Fatty acid | Polysorbate 20 | Polysorbate 40 | Polysorbate 60 | Polysorbate 80 |
|---|---|---|---|---|
| Caproic acid | ⩽1.0% | — | — | — |
| Caprylic acid | ⩽10.0% | — | — | — |
| Capric acid | ⩽10.0% | — | — | — |
| Lauric acid | 40.0–60.0% | — | — | — |
| Myristic acid | 14.0–25.0% | — | — | ⩽5.0% |
| Palmitic acid | 7.0–15.0% | ⩾92.0% | +[a] | ⩽16.0% |
| Palmitoleic acid | — | — | — | ⩽8.0% |
| Stearic acid | ⩽7.0% | — | 40.0–60.0% | ⩽6.0% |
| Oleic acid | ⩽11.0% | — | — | 58.0–85.0% |
| Linolenic acid | — | — | — | ⩽4.0% |
| Linoleic acid | ⩽3.0% | — | — | — |

[a] Sum of the contents of palmitic and stearic acids ⩾90.0%.

## 10 Typical Properties

**Acid value:** *see* Table VIII.
**Acidity/alkalinity:** pH = 6.0–8.0 for a 5% w/v aqueous solution.
**Flash point:** 149°C
**HLB value:** *see* Table IX.
**Hydroxyl value:** *see* Table VIII.
**Moisture content:** *see* Table VIII.
**Saponification value:** *see* Table VIII.
**Solubility:** *see* Table X.
**Specific gravity:** *see* Table IX.
**Surface tension:** for 0.1% w/v solutions, *see* Table XI.
**Viscosity (dynamic):** *see* Table IX.

**Table VIII:** Typical properties of selected polysorbates.

| Polysorbate | Acid value (%) | Hydroxyl value | Moisture content | Saponification value |
|---|---|---|---|---|
| Polysorbate 20 | 2.0 | 96–108 | 3.0 | 40–50 |
| Polysorbate 21 | 3.0 | 225–255 | 3.0 | 100–115 |
| Polysorbate 40 | 2.0 | 90–105 | 3.0 | 41–52 |
| Polysorbate 60 | 2.0 | 81–96 | 3.0 | 45–55 |
| Polysorbate 61 | 2.0 | 170–200 | 3.0 | 95–115 |
| Polysorbate 65 | 2.0 | 44–60 | 3.0 | 88–98 |
| Polysorbate 80 | 2.0 | 65–80 | 3.0 | 45–55 |
| Polysorbate 81 | 2.0 | 134–150 | 3.0 | 96–104 |
| Polysorbate 85 | 2.0 | 39–52 | 3.0 | 80–95 |
| Polysorbate 120 | 2.0 | 65–85 | 5.0 | 40–50 |

**Table IX:** Typical properties of selected polysorbates.

| Polysorbate | HLB value | Specific gravity at 25°C | Viscosity (mPa s) |
|---|---|---|---|
| Polysorbate 20 | 16.7 | 1.1 | 400 |
| Polysorbate 21 | 13.3 | 1.1 | 500 |
| Polysorbate 40 | 15.6 | 1.08 | 500 |
| Polysorbate 60 | 14.9 | 1.1 | 600 |
| Polysorbate 61 | 9.6 | 1.06 | Solid |
| Polysorbate 65 | 10.5 | 1.05 | Solid |
| Polysorbate 80 | 15.0 | 1.08 | 425 |
| Polysorbate 81 | 10.0 | — | 450 |
| Polysorbate 85 | 11.0 | 1.00 | 300 |
| Polysorbate 120 | 14.9 | — | — |

**Table X:** Solubilities of selected polysorbates in various solvents.

| Polysorbate | Solvent | | | |
|---|---|---|---|---|
| | Ethanol | Mineral oil | Vegetable oil | Water |
| Polysorbate 20 | S | I | I | S |
| Polysorbate 21 | S | I | I | D |
| Polysorbate 40 | S | I | I | S |
| Polysorbate 60 | S | I | I | S |
| Polysorbate 61 | SW | SW | SWT | D |
| Polysorbate 65 | SW | SW | DW | D |
| Polysorbate 80 | S | I | I | S |
| Polysorbate 81 | S | S | ST | D |
| Polysorbate 85 | S | I | ST | D |
| Polysorbate 120 | S | I | I | S |

D = dispersible; I = insoluble; S = soluble; T = turbid; W = on warming.

**Table XI:** Surface tension of related polysorbates.

| Polysorbate | Surface tension at 20°C (mN/m) |
|---|---|
| Polysorbate 21 | 34.7 |
| Polysorbate 40 | 41.5 |
| Polysorbate 60 | 42.5 |
| Polysorbate 61 | 41.5 |
| Polysorbate 80 | 42.5 |
| Polysorbate 85 | 41.0 |

## 11 Stability and Storage Conditions

Polysorbates are stable to electrolytes and weak acids and bases; gradual saponification occurs with strong acids and bases. The oleic acid esters are sensitive to oxidation. Polysorbates are hygroscopic and should be examined for water content prior to use and dried if necessary. Also, in common with other polyoxyethylene surfactants, prolonged storage can lead to the formation of peroxides.

Polysorbates should be stored in a well-closed container, protected from light, in a cool, dry place.

## 12 Incompatibilities

Discoloration and/or precipitation occur with various substances, especially phenols, tannins, tars, and tarlike materials. The antimicrobial activity of paraben preservatives is reduced in the presence of polysorbates.[2] *See* Methylparaben.

## 13 Method of Manufacture

Polysorbates are prepared from sorbitol in a three-step process. Water is initially removed from the sorbitol to form a sorbitan (a cyclic sorbitol anhydride). The sorbitan is then partially esterified with a fatty acid, such as oleic or stearic acid, to yield a hexitan ester. Finally, ethylene oxide is chemically added in the presence of a catalyst to yield the polysorbate.

## 14 Safety

Polysorbates are widely used in cosmetics, food products, and oral, parenteral, and topical pharmaceutical formulations and are generally regarded as nontoxic and nonirritant materials. There have, however, been occasional reports of hypersensitivity to polysorbates following their topical and intramuscular use.[3] Polysorbates have also been associated with serious adverse effects, including some deaths, in low-birthweight infants intravenously administered a vitamin E preparation containing a mixture of polysorbates 20 and 80.[4,5] When heated to decomposition, the polysorbates emit acrid smoke and irritating fumes.

The WHO has set an estimated acceptable daily intake for polysorbates 20, 40, 60, 65, and 80, calculated as total polysorbate esters, at up to 25 mg/kg body-weight.[6]

*Polysorbate 20:* moderate toxicity by IP and IV routes. Moderately toxic by ingestion. Human skin irritant.
$LD_{50}$ (hamster, oral): 18 g/kg[7]
$LD_{50}$ (mouse, IV): 1.42 g/kg
$LD_{50}$ (rat, oral): 37 g/kg
*Polysorbate 21:* moderately toxic by IV route.
*Polysorbate 40:* $LD_{50}$ (rat, IV): 1.58 g/kg.[7] Moderately toxic by IV route.
*Polysorbate 60:* $LD_{50}$ (rat, IV): 1.22 g/kg.[7] Moderately toxic by IV route. Experimental tumorigen; reproductive effects.
*Polysorbate 61:* moderately toxic by IV route.
*Polysorbate 80:* moderately toxic by IV route. Mildly toxic by ingestion. Eye irritation. Experimental tumorigen, reproductive effects. Mutogenic data.
$LD_{50}$ (mouse, IP): 7.6 g/kg[7]
$LD_{50}$ (mouse, IV): 4.5 g/kg
$LD_{50}$ (mouse, oral): 25 g/kg
$LD_{50}$ (rat, IP): 6.8 g/kg
$LD_{50}$ (rat, IV): 1.8 g/kg
*Polysorbate 85:* skin irritant.

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection and gloves are recommended.

## 16 Regulatory Status

Polysorbates 60, 65, and 80 are GRAS listed. Polysorbates 20, 40, 60, 65, and 80 are accepted as food additives in Europe. Polysorbates 20, 40, 60, and 80 are included in the FDA Inactive Ingredients Guide (IM, IV, oral, rectal, topical, and vaginal preparations). Polysorbates are included in parenteral and nonparenteral medicines licensed in the UK. Polysorbates 20, 21, 40, 60, 61, 65, 80, 81, 85, and 120 are included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17 Related Substances

Polyethylene glycol; sorbitan esters (sorbitan fatty acid esters).

## 18 Comments

—

## 19 Specific References


1 Nerurkar MM, Burton PS, Borchardt RT. The use of surfactants to enhance the permeability of peptides through Caco-2 cells by inhibition of an apically polarized efflux system. *Pharm Res* 1996; 13(4): 528–534.
2 Blanchard J. Effect of polyols on interaction of paraben preservatives with polysorbate 80. *J Pharm Sci* 1980; **69**: 169–173.
3 Shelley WB, Talanin N, Shelley ED. Polysorbate 80 hypersensitivity [letter]. *Lancet* 1995; **345**: 1312–1313.
4 Alade SL, Brown RE, Paquet A. Polysorbate 80 and E-Ferol toxicity. *Pediatrics* 1986; 77: 593–597.
5 Balistreri WF, Farrell MK, Bove KE. Lessons from the E-Ferol tragedy. *Pediatrics* 1986; 78: 503–506.
6 FAO/WHO. Toxicological evaluation of certain food additives with a review of general principles and of specifications, Seventeenth report of the joint FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1974; No. 539.
7 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn. New York: Wiley, 2004: 3013.


## 20 General References


Allen LV, Levinson RS, Robinson C, Lau A. Effect of surfactant on tetracycline absorption across everted rat intestine. *J Pharm Sci* 1981; 70: 269–271.
Chowhan ZT, Pritchard R. Effect of surfactants on percutaneous absorption of naproxen I: comparisons of rabbit, rat, and human excised skin. *J Pharm Sci* 1978; 67: 1272–1274.
Donbrow M, Azaz E, Pillersdorf A. Autoxidation of polysorbates. *J Pharm Sci* 1978; 67: 1676–1681.
Khossravi M, Kao Y-H, Mrsny RJ, Sweeney TD. Analysis methods of polysorbate 20: a new method to assess the stability of polysorbate 20 and established methods that may overlook degraded polysorbate 20. *Pharm Res* 2002; 19(5): 634–639.
Smolinske SC. *Handbook of Food, Drug, and Cosmetic Excipients.* Boca Raton, FL: CRC Press, 1992: 295–301.


## 21 Authors

MJ Lawrence.

## 22 Date of Revision

22 August 2005.

# Polyoxyethylene Stearates

## 1 Nonproprietary Names

The polyoxyethylene stearates are a series of polyethoxylated derivatives of stearic acid. Of the large number of different materials commercially available, one type is listed in the USPNF 23.
JP: Polyoxyl 40 stearate
USPNF: Polyoxyl 40 stearate
*See also* Sections 2, 3, 4, and 5.

## 2 Synonyms

Ethoxylated fatty acid esters; macrogol stearates; *Marlosol*; PEG fatty acid esters; PEG stearates; polyethylene glycol stearates; poly(oxy-1,2-ethanediyl) α-hydro-ω-hydroxyoctadecanoate; polyoxyethylene glycol stearates.

Polyoxyethylene stearates are nonionic surfactants produced by polyethoxylation of stearic acid. Two systems of nomenclature are used for these materials. The number '8' in the names 'poloxyl 8 stearate' or 'polyoxyethylene 8 stearate' refers to the approximate polymer length in oxyethylene units. The same material may also be designated 'polyoxyethylene glycol 400 stearate' or 'macrogol stearate 400' in which case, the number '400' refers to the average molecular weight of the polymer chain.

For synonyms applicable to specific polyoxyethylene stearates, *see* Table I.

## 3 Chemical Name and CAS Registry Number

Polyethylene glycol stearate [9004-99-3]
Polyethylene glycol distearate [9005-08-7]

## 4 Empirical Formula and Molecular Weight

*See* Table II.

**Table I:** Synonyms of selected polyoxyethylene stearates and distearates.

| Name | Synonym |
|---|---|
| Polyoxyl 2 stearate | *Hodag DGS*; *Lipo DGS*; PEG-2 stearate. |
| Polyoxyl 4 stearate | *Acconon 200-MS*; *Hodag 20-S*; PEG-4 stearate; polyethylene glycol 200 monostearate; polyoxyethylene (4) monostearate; *Protamate 200-DPS*. |
| Polyoxyl 6 stearate | *Cerasynt 616*; *Kessco PEG 300 Monostearate*; *Lipal 300S*; *Lipo PEG 3-S*; PEG-6 stearate; polyethylene glycol 300 monostearate; polyoxyethylene (6) monostearate; *Polystate C*; *Protamate 300-DPS*. |
| Polyoxyl 8 stearate | *Acconon 400-MS*; *Cerasynt 660*; *Cithrol 4MS*; *Crodet S8*; *Emerest 2640*; *Grocor 400*; *Hodag 40-S*; *Kessco PEG-400 Monostearate*; *Lipo-PEG 4-S*; macrogol stearate 400; *Myrj 45*; PEG-8 stearate; *Pegosperse 400 MS*; polyethylene glycol 400 monostearate; polyoxyethylene (8) monostearate; *Protamate 400-DPS*; *Ritapeg 400 MS*. |
| Polyoxyl 12 stearate | *Hodag 60-S*; *Kessco PEG 600 Monostearate*; *Lipo-PEG 6-S*; PEG-12 stearate; *Pegosperse 600 MS*; polyethylene glycol 600 monostearate; polyoxyethylene (12) monostearate; *Protamate 600-DPS*. |
| Polyoxyl 20 stearate | *Cerasynt 840*; *Hodag 100-S*; *Kessco PEG 1000 Monostearate*; *Lipo-PEG 10-S*; *Myrj 49*; *Pegosperse 1000 MS*; PEG-20 stearate; polyethylene glycol 1000 monostearate; polyoxyethylene (20) monostearate; *Protamate 1000-DPS*. |
| Polyoxyl 30 stearate | *Myrj 51*; PEG-30 stearate; polyoxyethylene (30) stearate. |
| Polyoxyl 40 stearate | *Crodet S40*; E431; *Emerest 2672*; *Hodag POE (40) MS*; *Lipal 395*; *Lipo-PEG 39-S*; macrogol stearate 2000; *Myrj 52*; PEG-40 stearate; polyoxyethylene glycol 2000 monostearate; polyoxyethylene (40) monostearate; *Protamate 2000-DPS*; *Ritox 52*. |
| Polyoxyl 50 stearate | *Atlas G-2153*; *Crodet S50*; *Lipal 505*; *Myrj 53*; PEG-50 stearate; polyoxyethylene (50) monostearate. |
| Polyoxyl 100 stearate | *Lipo-PEG 100-S*; *Myrj 59*; PEG-100 stearate; polyethylene glycol 4400 monostearate; polyoxyethylene (100) monostearate; *Protamate 4400-DPS*; *Ritox 53*. |
| Polyoxyl 150 stearate | *Hodag 600-S*; PEG-150 stearate; *Ritox 59*. |
| Polyoxyl 4 distearate | *Hodag 22-S*; PEG-4 distearate. |
| Polyoxyl 8 distearate | *Hodag 42-S*; *Kessco PEG 400 DS*; PEG-8 distearate; polyethylene glycol 400 distearate; *Protamate 400-DS*. |
| Polyoxyl 12 distearate | *Hodag 62-S*; *Kessco PEG 600 Distearate*; PEG-12 distearate; polyethylene (12) distearate; polyethylene glycol 600 distearate; *Protamate 600-DS*. |
| Polyoxyl 32 distearate | *Hodag 154-S*; *Kessco PEG 1540 Distearate*; PEG-32 distearate; polyethylene glycol 1540 distearate; polyoxyethylene (32) distearate. |
| Polyoxyl 150 distearate | *Hodag 602-S*; *Kessco PEG 6000 DS*; *Lipo-PEG 6000-DS*; PEG-150 distearate; polyethylene glycol 6000 distearate; polyoxyethylene (150) distearate; *Protamate 6000-DS*. |

**Table II:** Empirical formulas and molecular weights of selected polyoxyethylene stearates.

| Name | Empirical formula | Molecular weight |
|---|---|---|
| Polyoxyl 6 stearate | $C_{30}H_{60}O_8$ | 548.80 |
| Polyoxyl 8 stearate | $C_{34}H_{68}O_{10}$ | 636.91 |
| Polyoxyl 12 stearate | $C_{42}H_{84}O_{14}$ | 813.12 |
| Polyoxyl 20 stearate | $C_{58}H_{116}O_{22}$ | 1165.55 |
| Polyoxyl 40 stearate | $C_{98}H_{196}O_{42}$ | 2046.61 |
| Polyoxyl 50 stearate | $C_{118}H_{236}O_{52}$ | 2487.15 |
| Polyoxyl 100 stearate | $C_{218}H_{436}O_{102}$ | 4689.80 |

## 5 Structural Formula




Structure A




Structure B

Structure A applies to the monostearate; where the average value of $n$ is 6 for polyoxyl 6 stearate, 8 for polyoxyl 8 stearate, and so on.

Structure B applies to the distearate; where the average value of $n$ is 12 for polyoxyl 12 distearate, 32 for polyoxyl 32 distearate, and so on.

In both structures, R represents the alkyl group of the parent fatty acid. With stearic acid, R is $CH_3(CH_2)_{16}$. However, it should be noted that stearic acid usually contains other fatty acids, primarily palmitic acid, and consequently a polyoxyethylene stearate may also contain varying amounts of other fatty acid derivatives such as palmitates.

## 6 Functional Category

Emulsifying agent; solubilizing agent; wetting agent.

## 7 Applications in Pharmaceutical Formulation or Technology

Polyoxyethylene stearates are generally used as emulsifiers in oil-in-water-type creams and lotions. Their hydrophilicity or lipophilicity depends on the number of ethylene oxide units present: the larger the number, the greater the hydrophilic properties. Polyoxyl 40 stearate has been used as an emulsifying agent in intravenous infusions.[1]

Polyoxyethylene stearates are particularly useful as emulsifying agents when astringent salts or other strong electrolytes are present. They can also be blended with other surfactants to obtain any hydrophilic–lipophilic balance for lotions or ointment formulations. *See* Table III.

**Table III:** Uses of polyoxyethylene stearates.

| Use | Concentration (%) |
|---|---|
| Auxiliary emulsifier for o/w intravenous fat emulsion | 0.5–5 |
| Emulsifier for o/w creams or lotions | 0.5–10 |
| Ophthalmic ointment | 7 |
| Suppository component | 1–10 |
| Tablet lubricant | 1–2 |

## 8 Description

*See* Table IV.

**Table IV:** Description of various polyoxyethylene stearates.

| Name | Description |
|---|---|
| Polyoxyl 6 stearate | Soft solid |
| Polyoxyl 8 stearate | Waxy cream |
| Polyoxyl 12 stearate | Pasty solid |
| Polyoxyl 20 stearate | Waxy solid |
| Polyoxyl 40 stearate | Waxy solid, with a faint, bland, fat-like odor, off-white to light tan in color |
| Polyoxyl 50 stearate | Solid, with a bland, fat-like odor or odorless |
| Polyoxyl 100 stearate | Solid |
| Polyoxyl 12 distearate | Paste |
| Polyoxyl 32 distearate | Solid |
| Polyoxyl 150 distearate | Solid |

## 9 Pharmacopeial Specifications

*See* Table V.

**Table V:** Pharmacopeial specifications for polyoxyethylene stearates.

| Test | JP 2001 | USPNF 23 |
|---|---|---|
| | Polyoxyl 40 stearate | Polyoxyl 40 stearate |
| Identification | + | + |
| Clarity and color of solution | + | — |
| Congealing range | 39–44°C | 37–47°C |
| Congealing point of the fatty acid | ⩾53°C | — |
| Residue on ignition | ⩽0.10% | — |
| Water | — | ⩽3.0% |
| Arsenic | ⩽3 ppm | — |
| Heavy metals | ⩽10 ppm | ⩽0.001% |
| Acid value | ⩽1 | ⩽2 |
| Hydroxyl value | — | 25–40 |
| Saponification value | 25–35 | 25–35 |
| Free polyethylene glycols | — | 17–27% |
| Organic volatile impurities | — | + |

## 10 Typical Properties

**Flash point:** >149°C for poloxyl 8 stearate (*Myrj 45*).
**Solubility:** *see* Table VI. *See also* Table VII.

**Table VI:** Solubility of polyoxyethylene stearates.

| Name | Solvent | | |
|---|---|---|---|
| | Ethanol (95%) | Mineral oil | Water |
| Polyoxyl 6 stearate | S | S | DH |
| Polyoxyl 8 stearate | S | I | D |
| Polyoxyl 12 stearate | S | I | S |
| Polyoxyl 20 stearate | S | I | S |
| Polyoxyl 40 stearate | S | I | S |
| Polyoxyl 50 stearate | S | I | S |
| Polyoxyl 100 stearate | S | I | S |
| Polyoxyl 12 distearate | S | — | DH |
| Polyoxyl 32 distearate | S | — | S |
| Polyoxyl 150 distearate | I | — | S |

D = dispersible; I = insoluble; S = soluble; DH = dispersible (with heat).

## 11 Stability and Storage Conditions

Polyoxyethylene stearates are generally stable in the presence of electrolytes and weak acids or bases. Strong acids and bases can cause gradual hydrolysis and saponification.

The bulk material should be stored in a well-closed container, in a dry place, at room temperature.

## 12 Incompatibilities

Polyoxyethylene stearates are unstable in hot alkaline solutions owing to hydrolysis, and will also saponify with strong acids or bases. Discoloration or precipitation can occur with salicylates, phenolic substances, iodine salts, and salts of bismuth, silver, and tannins.[2–4] Complex formation with preservatives may also occur.[5] The antimicrobial activity of some materials such as bacitracin, chloramphenicol, phenoxymethylpenicillin, sodium penicillin, and tetracycline may be reduced in the presence of polyoxyethylene stearate concentrations greater than 5% w/w.[6,7]

## 13 Method of Manufacture

Polyoxyethylene stearates are prepared by the direct reaction of fatty acids, particularly stearic acid, with ethylene oxide.

## 14 Safety

Although polyoxyethylene stearates are primarily used as emulsifying agents in topical pharmaceutical formulations, certain materials, particularly polyoxyl 40 stearate, have also been used in intravenous injections and oral preparations.[1,4]

Polyoxyethylene stearates have been tested extensively for toxicity in animals[8–13] and are widely used in pharmaceutical formulations and cosmetics. They are generally regarded as essentially nontoxic and nonirritant materials.

*Polyoxyl 8 stearate:*
$LD_{50}$ (hamster, oral): 27 g/kg
$LD_{50}$ (rat, oral): 64 g/kg
*Polyoxyl 20 stearate:*
$LD_{50}$ (mouse, IP): 0.2 g/kg
$LD_{50}$ (mouse, IV): 0.87 g/kg

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled.

Polyoxyethylene stearates that contain greater than 100 ppm of free ethylene oxide may present an explosion hazard when stored in a closed container. This is due to the release of ethylene oxide into the container headspace, where it can accumulate and so exceed the explosion limit.

## 16 Regulatory Status

Included in the FDA Inactive Ingredients Guide (dental solutions; IV injections; ophthalmic preparations; oral capsules and tablets; otic suspensions; topical creams, emulsions, lotions, ointments, and solutions; and vaginal preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17 Related Substances

Polyethylene glycol; stearic acid.

## 18 Comments

—

**Table VII:** Typical properties of polyoxyethylene stearates.

| Name | Acid value | Free ethylene oxide | HLB value | Hydroxyl value | Iodine number | Melting point (°C) | Saponification value | Water content (%) |
|---|---|---|---|---|---|---|---|---|
| Polyoxyl 6 stearate | ⩽5.0 | ⩽100 ppm | 9.7 | — | ⩽0.5 | 28–32 | 95–110 | — |
| Polyoxyl 8 stearate | ⩽2.0 | ⩽100 ppm | 11.1 | 87–105 | ⩽1.0 | 28–33 | 82–95 | ⩽3.0 |
| Polyoxyl 12 stearate | ⩽8.5 | ⩽100 ppm | 13.6 | 55–75 | ⩽1.0 | ≈37 | 62–78 | ⩽1.0 |
| Polyoxyl 20 stearate | ⩽1.0 | ⩽100 ppm | 14 | 50–62 | ⩽1.0 | ≈28 | 46–56 | ⩽1.0 |
| Polyoxyl 30 stearate | ⩽2.0 | — | 16 | 35–50 | — | — | 30–45 | ⩽3.0 |
| Polyoxyl 40 stearate | ⩽1.0 | — | 16.9 | 27–40 | — | ≈38 | 25–35 | ⩽3.0 |
| Polyoxyl 50 stearate | ⩽2.0 | — | 17.9 | 23–35 | — | ≈42 | 20–28 | ⩽3.0 |
| Polyoxyl 100 stearate | ⩽1.0 | ⩽100 ppm | 18.8 | 15–30 | — | ≈46 | 9–20 | ⩽3.0 |
| Polyoxyl 8 distearate | ⩽10.0 | — | — | ⩽15 | ⩽0.5 | ≈36 | 115–124 | — |
| Polyoxyl 12 distearate | ⩽10.0 | ⩽100 ppm | 10.6 | ⩽20 | ⩽1.0 | ≈39 | 93–102 | ⩽1.0 |
| Polyoxyl 32 distearate | ⩽10.0 | ⩽100 ppm | 14.8 | ⩽20 | ⩽0.25 | ≈45 | 50–62 | ⩽1.0 |
| Polyoxyl 150 distearate | 7–9 | ⩽100 ppm | 18.4 | ⩽15 | ⩽0.1 | 53–57 | 14–20 | ⩽1.0 |

## 19 Specific References


1 Cohn I, Singleton S, Hartwig QL, Atik M. New intravenous fat emulsion. *J Am Med Assoc* 1963; **183**: 755–757.

2 Thoma K, Ullmann E, Fickel O. The antibacterial activity of phenols in the presence of polyoxyethylene stearates and polyethylene glycols [in German]. *Arch Pharm* 1970; **303**: 289–296.

3 Thoma K, Ullmann E, Fickel O. Dimensions and cause of the reaction between phenols and polyoxyethylene stearates [in German]. *Arch Pharm* 1970; **303**: 297–304.

4 Duchene D, Djiane A, Puisieux F. Tablet study III: influence of nonionic surfactants with ester linkage on the quality of sulfanilamide grains and tablets [in French]. *Ann Pharm Fr* 1970; **28**: 289–298.

5 Chakravarty D, Lach JL, Blaug SM. Study of complex formation between polyoxyl 40 stearate and some pharmaceuticals. *Drug Standards* 1957; **25**: 137–140.

6 Ullmann E, Moser B. Effect of polyoxyethylene stearates on the antibacterial activity of antibiotics [in German]. *Arch Pharm* 1962; **295**: 136–143.

7 Thoma K, Ullmann E, Zelfel G. Investigation of the stability of penicillin G sodium in the presence of nonionic surface active agents (polyethylene glycol derivatives) [in German]. *Arch Pharm* 1962; **295**: 670–678.

8 Culver PJ, Wilcox CS, Jones CM, Rose RS. Intermediary metabolism of certain polyoxyethylene derivatives in man I: recovery of the polyoxyethylene moiety from urine and feces following ingestion of polyoxyethylene (20) sorbitan monooleate and of polyoxyethylene (40) mono-stearate. *J Pharmacol Exp Ther* 1951; **103**: 377–381.

9 Oser BL, Oser M. Nutritional studies on rats on diets containing high levels of partial ester emulsifiers I: general plan and procedures; growth and food utilization. *J Nutr* 1956; **60**: 367–390.

10 Oser BL, Oser M. Nutritional studies on rats on diets containing high levels of partial ester emulsifiers II: reproduction and lactation. *J Nutr* 1956; **60**: 489–505.

11 Oser BL, Oser M. Nutritional studies on rats on diets containing high levels of partial ester emulsifiers III: clinical and metabolic observations. *J Nutr* 1957; **61**: 149–166.

12 Oser BL, Oser M. Nutritional studies on rats on diets containing high levels of partial ester emulsifiers IV: mortality and post-mortem pathology; general conclusions. *J Nutr* 1957; **61**: 235–252.

13 Fitzhugh OG, Bourke AR, Nelson AA, Frawley JP. Chronic oral toxicities of four stearic acid emulsifiers. *Toxicol Appl Pharmacol* 1959; **1**: 315–331.


## 20 General References


Satkowski WB, Huang SK, Liss RL. Polyoxyethylene esters of fatty acids. In: Schick MJ, ed. *Nonionic Surfactants*. New York: Marcel Dekker, 1967: 142–174.


## 21 Authors

SC Owen.

## 22 Date of Revision

31 August 2005.

# Propylene Glycol

## 1 Nonproprietary Names

BP: Propylene glycol
JP: Propylene glycol
PhEur: Propylenglycolum
USP: Propylene glycol

## 2 Synonyms

1,2-Dihydroxypropane; E1520; 2-hydroxypropanol; methyl ethylene glycol; methyl glycol; propane-1,2-diol.

## 3 Chemical Name and CAS Registry Number

1,2-Propanediol [57-55-6]
(−)-1,2-Propanediol [4254-14-2]
(+)-1,2-Propanediol [4254-15-3]

## 4 Empirical Formula and Molecular Weight

$C_3H_8O_2$ 76.09

## 5 Structural Formula



## 6 Functional Category

Antimicrobial preservative; disinfectant; humectant; plasticizer; solvent; stabilizer for vitamins; water-miscible cosolvent.

## 7 Applications in Pharmaceutical Formulation or Technology

Propylene glycol has become widely used as a solvent, extractant, and preservative in a variety of parenteral and nonparenteral pharmaceutical formulations. It is a better general solvent than glycerin and dissolves a wide variety of materials, such as corticosteroids, phenols, sulfa drugs, barbiturates, vitamins (A and D), most alkaloids, and many local anesthetics.

As an antiseptic it is similar to ethanol, and against molds it is similar to glycerin and only slightly less effective than ethanol.

Propylene glycol is commonly used as a plasticizer in aqueous film-coating formulations.

Propylene glycol is also used in cosmetics and in the food industry as a carrier for emulsifiers and as a vehicle for flavors in preference to ethanol, since its lack of volatility provides a more uniform flavor. *See* Table I.

**Table I:** Uses of propylene glycol.

| Use | Dosage form | Concentration (%) |
|---|---|---|
| Humectant | Topicals | ≈15 |
| Preservative | Solutions, semisolids | 15–30 |
| Solvent or cosolvent | Aerosol solutions | 10–30 |
| | Oral solutions | 10–25 |
| | Parenterals | 10–60 |
| | Topicals | 5–80 |

## 8 Description

Propylene glycol is a clear, colorless, viscous, practically odorless liquid with a sweet, slightly acrid taste resembling that of glycerin.

## 9 Pharmacopeial Specifications

*See* Table II.

**Table II:** Pharmacopeial specifications for propylene glycol.

| Test | JP 2001 | PhEur 2005 | USP 28 |
|---|---|---|---|
| Identification | + | + | + |
| Appearance | — | + | — |
| Specific gravity | 1.035–1.040 | 1.035–1.040 | 1.035–1.037 |
| Acidity | + | + | + |
| Water | ≤0.5% | ≤0.2% | ≤0.2% |
| Residue on ignition | ≤0.005% | — | ≤3.5 mg |
| Sulfated ash | — | ≤0.01% | — |
| Chloride | ≤0.007% | — | ≤0.007% |
| Sulfate | ≤0.002% | — | ≤0.006% |
| Heavy metals | ≤5 ppm | ≤5 ppm | ≤5 ppm |
| Organic volatile impurities | — | — | + |
| Refractive index | — | 1.431–1.433 | — |
| Oxidizing substances | — | + | — |
| Reducing substances | — | + | — |
| Arsenic | ≤2 ppm | — | — |
| Glycerin | + | — | — |
| Distilling range | 184–189°C | — | — |
| Assay | — | — | ≥99.5% |

## 10 Typical Properties

**Autoignition temperature:** 371°C
**Boiling point:** 188°C
**Density:** 1.038 g/cm$^3$ at 20°C
**Flammability:** upper limit, 12.6% v/v in air; lower limit, 2.6% v/v in air.
**Flash point:** 99°C (open cup)
**Heat of combustion:** 1803.3 kJ/mol (431.0 kcal/mol)
**Heat of vaporization:** 705.4 J/g (168.6 cal/g) at b.p.
**Melting point:** −59°C

**Osmolarity:** a 2.0% v/v aqueous solution is iso-osmotic with serum.
**Refractive index:** $n_D^{20} = 1.4324$
**Specific rotation** $[\alpha]_D^{20}$:
−15.0° (neat) for (*R*)-form;
+15.8° (neat) for (*S*)-form.
**Solubility:** miscible with acetone, chloroform, ethanol (95%), glycerin, and water; soluble at 1 in 6 parts of ether; not miscible with light mineral oil or fixed oils, but will dissolve some essential oils.
**Specific heat:** 2.47 J/g (0.590 cal/g) at 20°C
**Surface tension:** 40.1 mN/m (40.1 dynes/cm) at 25°C
**Vapor density (relative):** 2.62 (air = 1)
**Vapor pressure:** 9.33 Pa (0.07 mmHg) at 20°C
**Viscosity (dynamic):** 58.1 mPa s (58.1 cP) at 20°C

## 11 Stability and Storage Conditions

At cool temperatures, propylene glycol is stable in a well-closed container, but at high temperatures, in the open, it tends to oxidize, giving rise to products such as propionaldehyde, lactic acid, pyruvic acid, and acetic acid. Propylene glycol is chemically stable when mixed with ethanol (95%), glycerin, or water; aqueous solutions may be sterilized by autoclaving.

Propylene glycol is hygroscopic and should be stored in a well-closed container, protected from light, in a cool, dry place.

## 12 Incompatibilities

Propylene glycol is incompatible with oxidizing reagents such as potassium permanganate.

## 13 Method of Manufacture

Propylene is converted to chlorohydrin by chlorine water and hydrolyzed to 1,2-propylene oxide. With further hydrolysis, 1,2-propylene oxide is converted to propylene glycol.

## 14 Safety

Propylene glycol is used in a wide variety of pharmaceutical formulations and is generally regarded as a relatively nontoxic material. It is also used extensively in foods and cosmetics. Probably as a consequence of its metabolism and excretion, propylene glycol is less toxic than other glycols. Propylene glycol is rapidly absorbed from the gastrointestinal tract; there is also evidence that it is absorbed topically when applied to damaged skin. It is extensively metabolized in the liver, mainly to lactic and pyruvic acids and is also excreted unchanged in the urine.[1,2]

In topical preparations, propylene glycol is regarded as minimally irritant, although it is more irritant than glycerin. Some local irritation is produced upon application to mucous membranes or when it is used under occlusive conditions.[3] Parenteral administration may cause pain or irritation when used in high concentration.

Propylene glycol is estimated to be one-third as intoxicating as ethanol, with administration of large volumes being associated with adverse effects most commonly on the central nervous system, especially in neonates and children.[4–6] Other adverse reactions reported, though generally isolated, include: ototoxicity;[7] cardiovascular effects; seizures; and hyperosmolarity[8] and lactic acidosis, both of which occur most frequently in patients with renal impairment. Adverse effects are more likely to occur following consumption of large quantities of propylene glycol or on adminstration to neonates, children under 4 years of age, pregnant women, and patients with hepatic or renal failure. Adverse events may also occur in patients treated with disulfiram or metronidazole.[9]

On the basis of metabolic and toxicological data, the WHO has set an acceptable daily intake of propylene glycol at up to 25 mg/kg body-weight.[10] Formulations containing 35% propylene glycol can cause hemolysis in humans.

In animal studies, there has been no evidence that propylene glycol is teratogenic or mutagenic. Rats can tolerate a repeated oral daily dose of up to 30 mL/kg in the diet over 6 months, while the dog is unaffected by a repeated oral daily dose of 2 g/kg in the diet for 2 years.[11]

$LD_{50}$ (mouse, IP): 9.72 g/kg[12]
$LD_{50}$ (mouse, IV): 6.63 g/kg
$LD_{50}$ (mouse, oral): 22.0 g/kg
$LD_{50}$ (mouse, SC): 17.34 g/kg
$LD_{50}$ (rat, IM): 0.01 g/kg
$LD_{50}$ (rat, IP): 6.66 g/kg
$LD_{50}$ (rat, IV): 6.42 g/kg
$LD_{50}$ (rat, oral): 0.02 g/kg
$LD_{50}$ (rat, SC): 22.5 g/kg

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Propylene glycol should be handled in a well-ventilated environment; eye protection is recommended. In the UK, the long-term (8-hour TWA) occupational exposure limit for propylene glycol vapor and particulates is 474 mg/m³ (150 ppm) and 10 mg/m³ for particulates.[13]

## 16 Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Guide (dental preparations, IM and IV injections, inhalations, ophthalmic, oral, otic, percutaneous, rectal, topical, and vaginal preparations). Included in nonparenteral and parenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17 Related Substances

Propylene glycol alginate.

## 18 Comments

In addition to its uses as an excipient, propylene glycol is used in veterinary medicine as an oral glucogenic in ruminants.[14] A specification for potassium glycol is contained in the Food Chemicals Codex (FCC). The EINECS number for propylene glycol is 200-338-0.

## 19 Specific References

1 Yu DK, Elmquist WF, Sawchuk RJ. Pharmacokinetics of propylene glycol in humans during multiple dosing regimens. *J Pharm Sci* 1985; 74: 876–879.
2 Speth PAJ, Vree TB, Neilen NF, *et al.* Propylene glycol pharmacokinetics and effects after intravenous infusion in humans. *Ther Drug Monit* 1987; 9: 255–258.
3 Motoyoshi K, Nozawa S, Yoshimura M, Matsuda K. The safety of propylene glycol and other humectants. *Cosmet Toilet* 1984; 99(10): 83–91.

4 Arulanantham K, Genel M. Central nervous system toxicity associated with ingestion of propylene glycol. *J Pediatr* 1978; 93: 515–516.
5 MacDonald MG, Getson PR, Glasgow AM, *et al.* Propylene glycol: increased incidence of seizures in low birth weight infants. *Pediatrics* 1987; 79: 622–625.
6 Martin G, Finberg L. Propylene glycol: a potentially toxic vehicle in liquid dosage form. *J Pediatr* 1970; 77: 877–878.
7 Morizono T, Johnstone BM. Ototoxicity of chloramphenicol ear drops with propylene glycol as solvent. *Med J Aust* 1975; 2: 634–638.
8 Fligner CL, Jack R, Twiggs GA, Raisys VA. Hyperosmolality induced by propylene glycol: a complication of silver sulfadiazine therapy. *J Am Med Assoc* 1985; 253: 1606–1609.
9 Anonymous. US warning on HIV drug excipient. *Pharm J* 2000; 264: 685.
10 FAO/WHO. Toxicological evaluation of certain food additives with a review of general principles and of specifications. Seventeenth report of the FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1974: No. 539.
11 Clayton GD, Clayton FE, eds. *Patty's Industrial Hygiene and Toxicology,* 3rd edn. Chichester: Wiley, 1987.
12 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials,* 11th edn. New York: Wiley, 2004: 3061.
13 Health and Safety Executive. *EH40/2002: Occupational Exposure Limits 2002.* Sudbury: Health and Safety Executive, 2002.
14 Bishop Y, ed. *The Veterinary Formulary,* 6th edn. London: Pharmaceutical Press, 2005: 420.


## 20 General References


Doenicke A, Nebauer AE, Hoernecke R, *et al.* Osmolalities of propylene glycol-containing drug formulations for parenteral use: should propylene glycol be used as a solvent? *Anesth Analg* 1992; 75(3): 431–435.

Krzyzaniak JF, Raymond DM, Yalkowsky SH. Lysis of human red blood cells 2: effect of contact time on cosolvent induced hemolysis. *Int J Pharm* 1997; 152: 193–200.

Strickley RG. Solubilizing excipients in oral and injectable formulations. *Pharm Res* 2004; 21(2): 201–230.

Wells JI, Bhatt DA, Khan KA. Improved wet massed tableting using plasticized binder. *J Pharm Pharmacol* 1982; 34 (Suppl.): 46P.

Williams AC, Barry BW. Penetration enhancers. *Adv Drug Delivery Rev* 2004; 56(5): 603–618.

Yu CD, Kent JS. Effect of propylene glycol on subcutaneous absorption of a benzimidazole hydrochloride. *J Pharm Sci* 1982; 71: 476–478.


## 21 Authors

SC Owen, PJ Weller.

## 22 Date of Revision

9 August 2005.

MORNINGSIDE
A Questel Company

# TRANSLATION CERTIFICATION

Date: December 14. 2022

Morningside's Quality Management System is certified to ISO 9001:2015, 13485:2016, and 17100:2015

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from Dutch (Netherlands) to English (USA):

The document is designated as:
'KNOESTER-Midazolam Intra.pdf'

The following services have been performed:

- Translation and Review

Larry Fedorko, VP of Operations in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

Signature of Larry Fedorko

ACKNOWLEDGEMENT

State of Ohio

County of Geauga

This record was acknowledged before me on this 14th of December, 2022 by

*Date*

Lawrence M. Fedorko

*Name of Individual*

*Signature of notarial officer*

Notary of the State of Ohio

NOTARY PUBLIC STATE OF OHIO

CARMEN PATRICIA MARLEN LEON PARADA
Notary Public
State of Ohio
My Comm. Expires
March 13, 2027

PLAINTIFFS' EXHIBIT
PTX-1367
UCB v. Cipla (21-1229-JLH)

*Midazolam administered intranasally*

**If necessary as emergency medication**

*The rapid and sufficient termination of an acute seizure in epilepsy patients is of great importance. The authors analyzed the possibilities of intranasal midazolam.*



**P.D. Knoester** Hospital pharmaceutical analyst, St. Radboud University Medical Center, Nijmegen



**D.M. Jonker** Pharmaceutical analyst in training, Physiology Laboratory, Leids University Medical Center, Leiden / Dutch Epilepsy Institutions Foundation, Heemstede

In approximately 20–30% of epilepsy patients, it is not truly possible to bring epileptic seizures completely under control using anti-epileptics [1]. In these treatment-resistant patients, an acute seizure occurs regularly, meaning seizure clusters and non-convulsive status epilepticus. Persistent seizures are characterized by a high morbidity, caused by metabolic and cerebral damage that the patient may suffer during this phase. The rapid and sufficient termination of the seizure is therefore of great importance. Rectally administered diazepam (Stesolid® rectal tube) is used in most cases to terminate the seizure. The rectal administration path for diazepam has practical and emotional drawbacks. The effect of the rectal tube is not always predictable, and sometimes repeated administration is required. This can lead to an accumulation of diazepam (the average half-life is approximately 36 hours), causing the patient to be sedated for a long time after a seizure is terminated.

Midazolam is a short-acting benzodiazepine and can be administered as a premedication and sedative and to induce and maintain anesthesia. The effectiveness of parenterally administered midazolam in the case of acute epileptic seizure is well-documented [2]. Recently, the effectiveness of intranasally administered midazolam as an emergency medication in epilepsy has been described in various publications [3–7]. The dosing of intranasal midazolam is based on body weight. For children, the dose is 0.2 mg/kg body weight. The dose for adults having a weight below 50 kg is 5 mg midazolam, and heavier patients are given 10 mg. In the analyses where midazolam was administered intranasally, the starting point was Dormicum® injection fluid having a midazolam concentration of 5 mg/ml. This ought to result in a relatively large volume, 1 to 2 ml in adults, being administered. The uptake capacity of the nasal mucous membrane is exceeded, resulting in fluid being swallowed and, as a result of the high first-pass effect after gastro-

**Key points**

- Persistent seizures are characterized by high morbidity due to metabolic and cerebral damage.
- Intranasal midazolam seems to be a suitable alternative to rectal diazepam.
- Midazolam nasal spray led to complete, irreversible cessation of ciliary movement.
- The high biological availability of the concentrated midazolam nasal spray means that, with this administration path, gastro-intestinal metabolism and/or a limited uptake capacity from the gastro-intestinal tract can be circumvented.
- The nasal spray meets the requirements on a good emergency medication.

intestinal absorption, the midazolam plasma concentration is lowered. This reduces the effectiveness of midazolam [8]. Intranasal administration of midazolam is often experienced as painful, especially by children. This is related to the large volume and the low pH (approximately 3.5) of the fluid to be administered [8, 9]. In addition, it is barely possible to administer the large volume effectively during the seizure phase. The failure of intranasal midazolam as an emergency medication due to this inefficiency has been described [6].

The drawbacks described above can potentially be limited by making use of a nasal spray having a higher midazolam concentration. In the present analysis, the pharmacokinetics and pharmacodynamics of midazolam after intranasal administration in a concentrated nasal spray are compared with those after intravenous administration to healthy volunteers.

## Equipment and methods

### FORMULATION AND STABILITY OF CONCENTRATED MIDAZOLAM NASAL SPRAY

Midazolam has a distinctive chemical structure within the group of benzodiazepines [10]. Midazolam is the only benzodiazepine to form salts soluble in water, and has increased stability in aqueous solutions. Use is made of these properties in the formulation of the midazolam nasal spray. Midazolam hydrochloride (Spruyt Hillen) is used to formulate the intravenous injection fluid [11] and the nasal spray. Midazolam hydrochloride is dissolved in a mixture of water and propylene glycol. The pH is 4.0. The formulation of the nasal spray is described in the box on this page.

The final concentration of the nasal spray is determined to be midazolam hydrochloride 30.9 mg/ml. The pump atomizer (Spruyt Hillen) delivers an average volume of 90 µl ± 4%, determined at different fill levels. Per 90 µl spray volume, 2.5 ± 0.1 mg midazolam are thus delivered at base. The shelf life of two batches of the nasal spray is analyzed using a stability-indicating HPLC UV method [11].

### CILIOTOXICITY ANALYSIS

The effect of the midazolam nasal spray on the ciliary functionality of epithelial cells in the nasal mucous membrane is determined in vitro by measuring the ciliary beat frequency. A reduction in ciliary beat frequency due to a pharmaceutical is a measure of ciliotoxicity. In the applied method, photo-electrical recording of the beat frequency of ciliary epithelium of isolated tissue from a bird trachea is performed [12]. The midazolam nasal spray and the solvent are tested undiluted and after five-fold dilution with the control fluid (Locke–Ringer solution). The fivefold dilution potentially gives a better comparison with the in vivo situation, since the formulation is also diluted in the nose in vivo, with mucus that covers the nasal mucous membrane. The reversibility of the reduction in beat frequency is measured by retrieving the tissue from the test formulation after 15 minutes and placing it in the Locke–Ringer control fluid. Subsequently, the measurement of the beat frequency is continued until 60 minutes so as to measure a potential restoration of the ciliary movement.

**Midazolam nasal spray (midazolam hydrochloride 30.9 mg/ml)**

*Ingredients*

| | |
|---|---|
| *Midazolam hydrochloride* | *3.090 g* |
| *Propylene glycol* | *25.900 g* |
| *Benzyl alcohol* | *1.046 g* |
| *Distilled water* | *to 100 ml* |

*Preparation*
*Add propylene glycol and benzyl alcohol to the majority of the distilled water and mix. Dissolve midazolam hydrochloride in mixture. Make up to volume with distilled water.*

*Shelf life*
*The shelf life is six months at room temperature if protected from light (the analysis method is described in reference 11).*

*Instructions*
*The amount of midazolam hydrochloride should be adapted to the spray volume of the pump atomizer. The present analysis makes use of a Spruyt Hillen pump atomizer (catalog number 6728). The spray volume is then 88.9 µl ± 3.4 µl. As a result, at base 2.5 mg midazolam is administered per spray.*

*Accountability*
*The midazolam nasal spray is prepared by the Haarlem Hospitals Pharmaceutical Foundation. The analysis was tested against the current standards and approved by the medical ethics commission and the Dutch Epilepsy Association. Follow-up analysis and comparative analysis with other pharmaceutical treatments are underway or planned. For the approval of all analyses, it was significant that administration was to take place under direct medical supervision (with experience with this patient group) and that suitable medical support was directly available in case of problems. The Haarlem Hospitals Pharmaceutical Foundation thus accepts no liability for use of this nasal spray outside this set of analyses.*

PHARMACOKINETICS AND PHARMACODYNAMICS
The protocol for the analysis on volunteers was approved by the medical ethics committee of the Leiden University Medical Centre. In an open, randomized crossover analysis, six


**R.T.M. van der Hoeven**
Hospital Pharmaceutical Director, Haarlem Hospitals Pharmaceutical Foundation, Haarlem


**T.A.C. Vermeij**
Researcher, Dutch Epilepsy Institutions Foundation, Heemstede


**P.M. Edelbroek**
Toxicologist, clinical pharmacologist, Dutch Epilepsy Institutions Foundation, Heemstede


**G.J. de Haan**
Neurologist, Dutch Epilepsy Institutions Foundation, Heemstede

*ANALYSIS*

healthy volunteers were administered 5 mg midazolam intravenously and intranasally. The washout period between the two types of administration was seven days. The volunteers were not allowed to take any medicines. On the analysis days, they had fasted and were provided with a standard breakfast 2 hours after the administration.

An intravenous bolus injection of midazolam was administered by the research doctor. The volunteers administered the intranasal dose of 5 mg themselves by spraying once in each nostril. After administration of the nasal spray, the volunteers were specifically asked, at regular times, about their tolerance for the nasal spray and their general condition.

Blood samples were taken until 8 hours after administration; after being taken, the samples were kept at −20°C until the analysis time. The analysis of the concentration of midazolam and of the active metabolite 1-hydroxymidazolam was performed by an HPLC-UV method. To 1 ml plasma samples, 40 ng chlorodesmethyldiazepam (Hoffman–La Roche) was added as an internal standard. 0.5 ml sodium hydroxide solution 0.1 mol/l was added, followed by extraction with 5 ml cyclohexane dichloromethane (55–45% v/v). The organic phase was evaporated until dry, and this was followed by reconstitution of the residue in 250 µl water/acetonitrile (95–5% v/v). Of this, 200 µl was injected into the HPLC system. Chromatographic separation was achieved using a C18 column (15×0.46 cm, Inertsil ODS-3; Varian Chrompack). As an eluent, 0.1 mol/l phosphate buffer acetonitrile (65–35% v/v) was used. The midazolam and the metabolite were detected by spectrophotometry using 220 nm UV. The calibration curves for the two components were linear in the region of 0–400 µg/l. The lowest detection threshold was 0.5 µg/l. The variation coefficient of the availability (both within 1 day and determined over multiple days) was less than 7%.

**Table 1**
**PARAMETER ESTIMATES FOR MIDAZOLAM AFTER INTRAVENOUS AND INTRANASAL ADMINISTRATION**

| **Parameter** | **Estimate ± SD** |
|---|---|
| Biological availability | 0.83 ± 0.19 |
| Absorption constant ($min^{-1}$) | 0.168 ± 0.053 |
| Lag time (min) | 0.87 ± 0.74 |
| Volume of distribution of central compartment (l/kg) | 0.46 ± 0.14 |
| Volume of distribution (steady state) (l/kg) | 1.11 ± 0.25 |
| Clearance ($l \cdot min^{-1} \cdot kg^{-1}$) | 0.0161 ± 0.0041 |
| Elimination half-life$_{\alpha}$ (min)* | 8.4 ± 2.4 |
| Elimination half-life$_{\beta}$ (min)* | 79 ± 30 |
| Conversion rate constant ($min^{-1}$) | 0.0036 ± 0.0015 |
| *Intranasal $C_{max}$ (mg/l) | 71 ± 25 |
| *Intranasal $t_{max}$ (min) | 14 ± 5 |

*For the half-life, the harmonic mean is calculated.

The parameter estimates are obtained using an integrated pharmacokinetic model (see text); the stated values are a mean ± standard deviation.

For each volunteer, the pharmacokinetics of the parent substance and the metabolite were described using an integrated pharmacokinetic model developed in WinNonlin (version 3.1, Pharsight). This model describes the pharmacokinetics of midazolam after both

**Fig. 1**
Integrated pharmacokinetic model of the progression of the plasma concentrations over time of midazolam and 1-hydroxymidazolam after intravenous and intranasal administration. The amount of midazolam ($A_p$) in the central and the peripheral compartment was described using the following system of differential comparisons.

Central compartment:

$$\frac{dA_{P1}}{dt} = k_a * F * D * e^{-k_a * t} - k_{10} * A_{P1} - k_{12} * A_{P1} + k_{21} * A_{P2} - k_M * A_{P1}$$

Peripheral compartment:

$$\frac{dA_{P2}}{dt} = k_{12} * A_{P1} - k_{21} * A_{P2}$$

$F$ is the biological availability and $D$ stands for dose. The intranasal absorption of midazolam was described using a first-order absorption constant $K_a$ and a lag time $t_{lag}$. For intravenous administration and if $t<t_{lag}$, $K_a$ is set equal to 0. The rate constant $k_M$ describes the disappearance of midazolam due to the formation of 1-hydroxymidazolam.

The formation and elimination of 1-hydroxymidazolam ($A_M$) in the central compartment are described using $k_M$ and a new elimination constant $k_{1OOH}$ respectively.

Central compartment:

$$\frac{dA_M}{dt} = k_M * A_{P1} - k_{1OOH} * A_M$$



Knoester PD, Jonker DM, Van der Hoeven RTM, Vermeij TAC, Edelbroek PM, De Haan GJ. If necessary as emergency medication. Midazolam administered intranasally. Pharm Weekbl 2002; 137(3):112-117.

**Keywords**
Administration, intranasal
Biological availability
Drug compounding
Metabolism
Midazolam
Pharmacokinetics

**Abstract**
If necessary as emergency medication. Midazolam administered intranasally.

A concentrated midazolam formulation was prepared. The formulation was stable, but ciliotoxicity was complete and irreversible. Subjects were administered single doses of midazolam intranasally and intravenously. The pharmacokinetic parameters were described simultaneously with a single pharmacokinetic model. Beta band EEG activity was recorded and related to plasma concentrations using an exponential pharmacokinetic/pharmacodynamic model. The peak plasma concentration of midazolam was reached after 14 ± 5 min. Mean bioavailability following intranasal administration was 83% ± 19%. Formation of the 1-hydroxy metabolite after intranasal administration did not exceed that after intravenous administration. In this study in healthy volunteers a concentrated midazolam nasal spray was easily administered and well tolerated. Rapid uptake and high bioavailability were demonstrated.

Correspondence can be addressed to P.D. Knoester, University Medical Centre St. Radboud, Postbox 9101, 6500 HB Nijmegen, P.Knoester@klinfarm.azn.nl.

intravenous and intranasal administration using a two-compartment model, in conjunction with a one-compartment model describing the formation and elimination of the metabolite (Fig. 1). Starting from these standard models, the integrated model was selected on the basis of visual assessment of the fitted curves using the data and the Akaike information criterion [13]. From the parameter estimates, the derived parameters of clearance (CL) and elimination half-life ($t_{1/2}$) are calculated. The time until the maximum plasma concentration ($t_{max}$) and the maximum plasma concentration ($C_{max}$) are determined manually from the pharmacokinetic profiles. The area under the plasma concentration/time curve (AUC) is calculated using the trapezoidal rule; from the last point, extrapolation to $t$ = infinity was performed by dividing by the final elimination rate constant [14].

The biological availability on the basis of the AUCs after intravenous and intranasal administration ($F_{AUC}$) is also calculated using the standard formula [14]:

$$F_{AUC} = \frac{AUC_{intranasal} \times dose_{intravenous}}{AUC_{intravenous} \times dose_{intranasal}}$$

Comparison of this $F_{AUC}$ with the biological availability F as estimated using the pharmacokinetic model provides an additional validation of the model.




**Fig. 2**
Fit of the integrated pharmacokinetic model to the data of one volunteer. The progression of the midazolam plasma concentrations (top two curves) and of 1-hydroxymidazolam (bottom two curves) are shown after both intravenous administration (—*—*—) and intranasal administration (- -*- -*- -).




**Fig. 3**
Individual midazolam plasma concentrations (··········) and 1-hydroxymidazolam (··········) after intranasal administration of 5 mg midazolam. The bold curves show the average fit of the integrated pharmacokinetic model to the data.

The EEG activity in the beta band (14–40 Hz) was used as an indirect measure of the pharmacodynamic effect of midazolam after intravenous and intranasal administration. This is possible because the power of the EEG in this frequency band is correlated with activation of $GABA_A$ receptors, the most prominent action site of the benzodiazepines [15]. EEG recording was performed from 30 minutes before to 2 hours after the administration of midazolam. The EEG activity in the β band was

related to the midazolam plasma concentration with the following exponential function: $E(C) = E_0 + b^n \cdot C^n$. Here, $E(C)$ is the perceived effect at concentration C, $E_0$ is the baseline EEG activity, and b and n are the parameters of the exponential function.

STATISTICAL METHODS
Deviation of the lag time and of F from 0 and 1 respectively was tested using the Student's t test (one-tailed; 95% confidence interval). The non-parametric Spearman's correlation was tested for deviation from 0 in the GraphPad Instat program (version 2.05a). The data are represented as mean ± SD unless stated otherwise.

**Results**

STABILITY
When kept at room temperature for the analysis period of 6 months, no breakdown of midazolam in the nasal spray could be demonstrated. Longer storage led to precipitation of presumed midazolam.

In the fraction of flasks exposed to daylight, the solution turned yellow. This could be avoided by keeping the nasal spray in the dark.

CILIOTOXICITY
Both the midazolam nasal spray and the solvent without midazolam, in diluted and undiluted form, caused complete cessation of ciliary movement within 15 minutes. After the tissue was placed in the control fluid, no restoration of the ciliary movement occurred; it must therefore be concluded that this is an irreversible effect.

PHARMACOKINETICS AND PHARMACODYNAMICS
Intranasal administration led to a certain degree of local irritation in all volunteers. Some volunteers mentioned suffering from watering eyes,

**Fig. 4**
Individual EEG response versus predicted midazolam plasma concentration after intravenous (———) and intranasal (.........) administration. The bold line shows the average fit of an exponential model to all data.



a dry throat and a bitter taste. No complaints of pain were reported. The symptoms had disappeared within approximately 10 minutes; one volunteer suffered from intranasal irritation for approximately 25 minutes.

The integrated pharmacokinetic model was able to describe the data of all volunteers well; the estimated parameters are summarized in Table 1. Fig. 2 shows a representative example of the fit to the data of one volunteer. The progression of the plasma concentration of midazolam after intranasal administration to all volunteers is reproduced in Fig. 3. After intranasal administration, an average maximum plasma concentration of 71 ± 25 ng/ml was reached after 14 ± 5 minutes. The biological availability *F*, estimated by the model, was 0.83 ± 0.19 (significant < 1; $p < 0.05$). The $F_{AUC}$ calculated using the non-compartmental analysis was 0.80 ± 0.19.

No reproducible EEG recording could be obtained from one volunteer; the pharmacodynamics were studied in the remaining five volunteers. For each volunteer, the EEG data of both intravenous and intranasal administration were fitted to the exponential model. Fig. 4 shows that there appears to be scattering in the EEG activity within and between individuals. As a result, no reliable parameter estimates could be obtained, and the pharmacodynamic EEG response after intranasal administration of midazolam could not be compared with intravenous administration in the present analysis.

**Observations**
In the present study, a concentrated midazolam solution for intranasal administration was formulated on the basis of a solvent containing water and propylene glycol. The solution is simple to make, and because of its stability can be held in reserve. The nasal spray is reasonably well tolerated. Irritation due to the nasal spray occurred in all volunteers, but was transient in nature.

A major drawback of the solution is the complete and irreversible cessation of ciliary movement that is found in the in vitro analysis. This indicates that the formulation is ciliotoxic. Further analysis of other formulations is thus required so as to arrive at a less ciliotoxic composition. On this point, it is noted that the ciliotoxic effect of midazolam alone was not analyzed in the present analysis. For use as an emergency medication, where the nasal spray alone is used intermittently, ciliotoxicity is possibly a relatively minor problem. Ciliary epithelial cells in the nasal mucosa are continuously replaced with new epithelial cells, and the ciliary functionality can thus be restored after use of the nasal spray [12].

Use is made of an integrated pharmacokinetic model that simultaneously describes the progression of both midazolam and 1-hydroxymidazolatexm over time after intravenous and intranasal administration. In this context, it is assumed that there is no difference in the degree of metabolization after intravenous or intranasal administration. From the good fit of the model to the

data, it appears that this assumption is correct.

The $AUC_{intranasal}$ : $AUC_{intravenous}$ ratio of the plasma concentration curves of 1-hydroxymidazolam is a measure of the relative amount of metabolite formed. The ratio was 0.79 ± 0.41 and seemed to be correlated with $F_{AUC}$ ($r^2$ = 0.81; p = 0.01). It further appears that this ratio, as estimated in the non-compartmental analysis, is no different from the biological availability estimated by the integrated model (0.80 ± 0.19). This indicates that there is barely any difference in the degree of metabolization after intranasal or intravenous administration. This value also shows that not much fluid is swallowed after administration of the concentrated spray. After oral administration of midazolam to adults, a biological availability varying between 24–50% is described [16, 17]. The high biological availability of 80 ± 19% of the concentrated midazolam nasal spray indicates that, with this administration path, gastro-intestinal metabolism and/or a limited uptake capacity from the gastro-intestinal tract can be circumvented.

In previous analyses of intranasal midazolam, a biological availability of approximately 50% was described [8, 18]. In these studies, a relatively large volume was administered. The biological availability in our experiment corresponds well to the value of 83 ± 15% that was found in a study on intranasal midazolam in adult surgery patients [19]. So as to avoid loss or swallowing of the midazolam solution, in the study the medication was administered slowly and carefully in small amounts. This time-consuming procedure is not suitable for use of intranasal midazolam as an emergency medication. In the present analysis, a high biological availability was achieved by a single spray, administered by the volunteer, of 90 µl in each nostril.

Intranasal midazolam is potentially an attractive alternative to rectal diazepam for use as an emergency medication. An ideal emergency medication is characterized by easy administration, a favorable pharmacokinetic profile, and a high tolerability [20]. The present study shows that intranasal midazolam meets these requirements; the greater ease of administration of the concentrated nasal spray, in particular, is an advantage over rectal administration of diazepam. The effectiveness of this concentrated nasal spray, including at a higher dose, will need to be studied in clinical analysis.

ACCOUNTABILITY

*This article is based on the presentation by P. Knoester as part of his enrollment as a hospital pharmacist, on a presentation during the European Epilepsy Congress in Florence [21], and on a concept article that was accepted by the British Journal of Clinical Pharmacology. The Haarlem Hospitals Pharmaceutical Foundation and the Dutch Epilepsy Institutions Foundation are working closely together on further analysis of the nasal spray. Analysis of the pharmacokinetics of midazolam after intranasal administration to epilepsy patients will be the next step here.*

ACKNOWLEDGMENT

*The dedication of K. Gilissen, P. Plesman and J. de Vries in performing the volunteer analysis and processing the EEG data are highly appreciated.*

*Prof. F.W.H.M. Merkus is cordially thanked for making the ciliary functionality analysis possible and for critically reviewing the manuscript.*

LITERATURE

1 Kasteleijn-Nolst Trenité DGA, Edelbroek PM. Antiepileptic drug treatment in the nineties in The Netherlands. Pharm World Sci 1997;19(2):60-9.
2 Shorvon SD. The use of clobazam, midazolam and nitrazepam in epilepsy. Epilepsia 1998;39 suppl 1:S15-23.
3 O'Regan ME, Brown JK, Clarke M. Nasal rather than rectal benzodiazepines in the management of acute seizures? Dev Med Neurol 1996;38:1037-45.
4 Kendall JL, Reynolds M, Goldberg R. Intranasal midazolam in patients with status epilepticus. Ann Emerg Med 1997; 29:415-7.
5 Scheepers M, Scheepers B, Clough P. Midazolam via the intranasal route: an effective rescue medication for severe epilepsy in adults with a learning disability. Seizure 1998;7:509-12.
6 Scheepers M, Scheepers B, Clarke M, et al. Is intranasal midazolam an effective rescue medication in adolescents and adults with severe epilepsy? Seizure 2000;9:417-21.
7 Lahat E, Goldman M, Barr J, et al. Comparison of intranasal midazolam with intravenous diazepam for treating febrile seizures in children: prospective randomised study. BMJ 2000;321:83-6.
8 Burstein AH, Modica R, Hatton M, et al. Pharmacokinetics and pharmacodynamics of midazolam after intranasal administration. J Clin Pharmacol 1997;37:711-8.
9 Lugo RA, Fishbein M, Nahaia MC, et al. Complications of intranasal midazolam. Pediatrics 1993;92:638.
10 Kanto JH. Midazolam: the first water-soluble benzodiazepine. Pharmacotherapy 1985;5:138-55.
11 Aarnoutse RE, Van 't Hart RMG, Tijssen TAG, et al. Preparation and shelf life of midazolam injection fluid. Ziekenhuisfarmacie 1997, 13:229-35.
12 Romeijn SG, Verhoef JC, Marttin E, et al. The effect of nasal drug formulations on ciliary beating in vitro. Int J pharm 1996;135:137-45.
13 Yamaoka K, Nakagawa T, Uno T. Application of Akaike's information criterion (AIC) in the evaluation of linear pharmacokinetic equations. J Pharmacokin Biopharm 1978;6:165-75.
14 Gibaldi M, Perrier D. Pharmacokinetics, 2nd ed. New York: Marcel Dekker; 1982.
15 Breimer LTM. Interaction between midazolam and flumazenil in man: pharmacokinetic-pharmacodynamic modelling of the CNS effect using the EEG [dissertation]. Leiden: Rijksuniversiteit Leiden; 1991.
16 Bornemann LD, Min BH, Crews T, et al. Dose dependent pharmacokinetics of midazolam. Eur J Clin Pharmacol 1985;29-91-5.
17 Heizmann P, Eckert M, Ziegler WH. Pharmacokinetics and bioavailability of midazolam in man. Br J Clin Pharmacol 1983;16:S43-9.
18 Rey E, Delaunay L, Pons G, et al. Pharmacokinetics of midazolam in children: comparative study of intranasal and intravenous administration. Eur J Clin Pharmacol 1991;41:355-7.
19 Björkman S, Rigemar R, Idvall J. Pharmacokinetics of midazolam given as an intranasal spray to adult surgical patients. Br J Anaest 1997;79:575-80.
20 Rey E, Tréluyer JM, Pons G. Pharmacokinetic optimisation of benzodiazepine therapy for acute seizures: Clin Pharmacokinet 1999;6:409-24.
21 Knoester P, De Haan GJ, Edelbroek PM, et al. Midazolam nasal spray: a study in healthy volunteers. Epilepsia, 41, suppl Florence 2000:S176.

ONDERZOEK



*Midazolam intranasaal toegepast*

# Eventueel als noodmedicatie

*Het snel en adequaat couperen van een acute aanvalsontregeling bij epilepsiepatiënten is van groot belang. De auteurs onderzochten de mogelijkheden van midazolam intranasaal.*



**P.D. Knoester**
*Ziekenhuisapotheker-onderzoeker, Universitair Medisch Centrum St. Radboud, Nijmegen*



**D.M. Jonker**
*Apotheker-onderzoeker in opleiding, Laboratorium Fysiologie, Leids Universitair Medisch Centrum, Leiden/Stichting Epilepsie Instellingen Nederland, Heemstede*

Bij ongeveer 20-30% van de epilepsiepatiënten is het niet goed mogelijk epileptische aanvallen helemaal onder controle te krijgen met anti-epileptica [1]. Bij deze therapieresistente patiënten treedt regelmatig een acute aanval op, hieronder worden aanvalsclusters en (non)convulsieve status epilepticus verstaan. Aanhoudende aanvallen worden gekenmerkt door een hoge morbiditeit die wordt veroorzaakt door metabole en cerebrale schade die de patiënt in deze fase kan oplopen. Het snel en adequaat couperen van de aanvalsontregeling is dus van groot belang. Rectaal toegediende diazepam (Stesolid®-rectiole) wordt in de meeste gevallen gebruikt om de aanval te couperen. De rectale toedieningsweg van diazepam heeft praktische en emotionele nadelen. Het effect van de rectiole is niet altijd voorspelbaar en soms moet er herhaaldelijk worden toegediend. Dit kan leiden tot accumulatie van diazepam (de gemiddelde halfwaardentijd is circa 36 uur), waardoor de patiënt langdurig gesedeerd is na het couperen van een aanval.

Midazolam is een kortwerkende benzodiazepine en kan worden toegepast als premedicatie en sedativum en ter inleiding en onderhoud van anesthesie. De effectiviteit van parenteraal toegediende midazolam bij acute epileptische-aanvalsontregeling is goed gedocumenteerd [2]. Recent is in verscheidene publicaties de werkzaamheid van intranasaal toegediende midazolam als noodmedicatie bij epilepsie beschreven [3-7]. De dosering van midazolam intranasaal is gebaseerd op het lichaamsgewicht. Voor kinderen bedraagt de dosis 0,2 mg/kg lichaamsgewicht. De dosis voor volwassenen met een gewicht onder 50 kg bedraagt 5 mg midazolam, zwaardere patiënten wordt 10 mg gegeven. In de onderzoeken waarin midazolam intranasaal is toegediend, werd uitgegaan van Dormicum®-injectievloeistof met een midazolam-concentratie van 5 mg/ml. Hierdoor dient een relatief groot volume, 1 à 2 ml bij volwassenen, te worden toegediend. De opnamecapaciteit van het neusslijmvlies wordt overschreden, hierdoor wordt vloeistof ingeslikt en ten gevolge van het grote first-pass-effect na gastro-

**Kernpunten**

- *Aanhoudende aanvalsontregeling wordt gekenmerkt door een hoge morbiditeit door metabole en cerebrale schade.*
- *Midazolam intranasaal lijkt een geschikt alternatief voor diazepam rectaal.*
- *De midazolamneusspray gaf een volledige en irreversibele stilstand van de trilhaarbeweging.*
- *De hoge biologische beschikbaarheid van de geconcentreerde midazolamneusspray geeft aan dat met deze toedieningsweg gastro-intestinaal metabolisme en/of een beperkte opnamecapaciteit vanuit het maagdarmkanaal kunnen worden omzeild.*
- *De neusspray voldoet aan de voorwaarden van een goed noodmedicament.*





NAYZILAM_00672451

PTX-1367.0008

intestinale absorptie is de midazolamplasmaconcentratie verlaagd. Hierdoor neemt de effectiviteit van midazolam af [8]. Intranasale toediening van midazolam wordt vaak als pijnlijk ervaren, met name door kinderen. Dit wordt gerelateerd aan het grote volume en de lage pH (circa 3,5) van de toe te dienen vloeistof [8, 9]. Daarnaast is het grote volume nauwelijks efficiënt toe te dienen in de aanvalsfase. Falen van midazolam intranasaal als noodmedicatie ten gevolge van deze inefficiëntie is beschreven [6].

Mogelijk kunnen de hierboven beschreven nadelen beperkt worden door gebruik te maken van een neusspray met een hogere midazolamconcentratie. In dit onderzoek zijn de farmacokinetiek en de farmacodynamiek van midazolam na intranasale toediening in een geconcentreerde neusspray vergeleken met die na intraveneuze toediening aan gezonde vrijwilligers.

## Materiaal en methoden

### FORMULERING EN STABILITEIT VAN GECONCENTREERDE MIDAZOLAMNEUSSPRAY

Midazolam heeft in de groep benzodiazepinen een onderscheiden chemische structuur [10]. Als enige benzodiazepine kan midazolam in water oplosbare zouten vormen en het heeft een verhoogde stabiliteit in waterige oplossingen. Van deze eigenschappen is gebruikgemaakt bij de formulering van de midazolamneusspray. Midazolamhydrochloride (Spruyt Hillen) is gebruikt om de intraveneuze injectievloeistof [11] en de neusspray te formuleren. Midazolamhydrochloride is opgelost in een mengsel van water en propyleenglycol. De pH bedraagt 4,0. De formulering van de neusspray staat beschreven in het kader op deze bladzijde.

De uiteindelijke concentratie van de neusspray is bepaald op midazolamhydrochloride 30,9 mg/ml. De pompverstuiver (Spruyt Hillen) levert een gemiddeld volume van 90 µl ± 4%, bepaald bij verschillende vullingsgraden. Per 90 µl sprayvolume wordt zodoende 2,5 ± 0,1 mg midazolam als base afgeleverd. De houdbaarheid van twee charges van de neusspray is onderzocht met behulp van een stabiliteitsindicerende HPLC-UV-methode [11].

### CILIOTOXICITEITSONDERZOEK

Het effect van de midazolamneusspray op de trilhaarfunctie van epitheelcellen van het neusslijmvlies is in vitro bepaald door het meten van de ciliaire slagfrequentie. Reductie in ciliaire slagfrequentie door een farmacon is een maat voor ciliotoxiciteit. In de gehanteerde methode vindt foto-elektrische registratie plaats van de slagfrequentie van trilhaarepitheel van geïsoleerd weefsel van een kuikentrachea [12]. De midazolamneusspray en het oplosmiddel zijn onverdund en na een vijfvoudige verdunning met de controlevloeistof (Locke-Ringer-oplossing) getest. De vijfvoudige verdunning geeft mogelijk een betere vergelijking met de in-vivo-situatie, omdat ook in vivo de formulering in de neus wordt verdund met mucus dat het neusslijmvlies bedekt. De reversibiliteit van de reductie in slagfrequentie werd gemeten door na 15 minuten het weefsel uit de testformulering te halen en te plaatsen in de Locke-Ringer-controlevloeistof. Vervolgens werd tot 60 minuten de meting van de slagfrequentie voortgezet teneinde een mogelijk herstel van de trilhaarbeweging te meten.

### FARMACOKINETIEK EN FARMACODYNAMIEK

Het protocol voor het onderzoek bij vrijwilligers is goedgekeurd door de medisch-ethische commissie van het Leids Universitair Medisch Centrum. In een open, gerandomiseerd cross-over-onderzoek is aan zes →

**Midazolamneusspray**
**(midazolamhydrochloride 30,9 mg/ml)**

*Voorschrift*

| | |
|---|---|
| *Midazolamhydrochloride* | *3,090 g* |
| *Propyleenglycol* | *25,900 g* |
| *Benzylalcohol* | *1,046 g* |
| *Gedestilleerd water* | *tot 100 ml* |

*Bereiding*
*Voeg toe propyleenglycol en benzylalcohol aan het grootste gedeelte van het gedestilleerde water en meng. Los hierin op midazolamhydrochloride. Vul aan tot volume met gedestilleerd water.*

*Houdbaarheid*
*De houdbaarheid is zes maanden bij kamertemperatuur, mits beschermd tegen licht (de analysemethode staat beschreven in referentie 11).*

*Aanwijzingen*
*De hoeveelheid midazolamhydrochloride dient te worden afgestemd op het sprayvolume van de pompverstuiver. Voor dit onderzoek is gebruikgemaakt van een pompverstuiver van de firma Spruyt Hillen (catalogusnummer 6728). Het sprayvolume bedraagt dan 88,9 µl ± 3,4 µl. Hierdoor wordt per spray 2,5 mg midazolam als base toegediend.*

*Verantwoording*
*De midazolamneusspray wordt door de Stichting Apotheek der Haarlemse Ziekenhuizen tot nader order slechts in het kader van onderzoek voor een geselecteerde groep patiënten bereid. Het onderzoek is volgens de vigerende normen getoetst en akkoord bevonden door de medisch-ethische commissie en de Nederlandse Epilepsie Vereniging. Vervolgonderzoek en vergelijkend onderzoek met andere farmacotherapie zijn nog gaande dan wel gepland. Bij de goedkeuring van alle onderzoek is een wezenlijk punt geweest dat de toepassing plaatsvindt onder direct (bij deze patiëntengroep ervaren) medisch toezicht en dat adequate medische ondersteuning direct ter beschikking staat in geval van problemen. De Stichting Apotheek der Haarlemse Ziekenhuizen wijst dan ook iedere verantwoordelijkheid voor gebruik van deze neusspray buiten dit onderzoeksverband af.*



**R.T.M. van der Hoeven**
*Ziekenhuisapotheker-directeur, Stichting Apotheek der Haarlemse Ziekenhuizen, Haarlem*



**T.A.C. Vermeij**
*Research medewerker, Stichting Epilepsie Instellingen Nederland, Heemstede*



**P.M. Edelbroek**
*Toxicoloog, klinisch farmacoloog, Stichting Epilepsie Instellingen Nederland, Heemstede*



**G.J. de Haan**
*Neuroloog, Stichting Epilepsie Instellingen Nederland, Heemstede*

gezonde vrijwilligers 5 mg midazolam intraveneus en intranasaal toegediend. De 'wash-out'-periode tussen beide typen toedieningen was zeven dagen. De vrijwilligers mochten geen geneesmiddelen gebruiken. Op de onderzoeksdagen waren zij nuchter en werden zij 2 uur na de toediening voorzien van een standaard ontbijt.

Een intraveneuze bolusinjectie midazolam werd toegediend door de onderzoeksarts. De intranasale dosis van 5 mg dienden de vrijwilligers zichzelf toe door in beide neusgaten eenmaal te sprayen. Na toediening van de neusspray werd de vrijwilligers op regelmatige tijden specifiek gevraagd naar hun verdraagzaamheid van de neusspray en hun algemene toestand.

Bloedmonsters zijn afgenomen tot 8 uur na toediening; de monsters werden na afname bij –20°C bewaard tot het moment van analyse. De analyse van de concentratie van midazolam en van de actieve metaboliet 1-hydroxymidazolam werd uitgevoerd via een HPLC-UV-methode. Aan 1 ml plasmamonster werd 40 ng chloordesmethyldiazepam als interne standaard toegevoegd (Hoffman-La Roche). Na toevoeging van 0,5 ml natriumhydroxideoplossing 0,1 mol/l volgde extractie met 5 ml cyclohexaandichloormethaan (55-45% v/v). Na droogdampen van de organische fase volgde reconstitutie van het residu in 250 µl water-acetonitril (95-5% v/v). Hiervan werd 200 µl geïnjecteerd in het HPLC-systeem. Chromatografische scheiding werd verkregen met behulp van een C18-kolom (15 × 0,46 cm, Inertsil ODS-3; Varian Chrompack). Als loopmiddel werd 0,1 mol/l fosfaatbuffer–acetonitril (65-35% v/v) gebruikt. Midazolam en metaboliet werden spectrofotometrisch gedetecteerd met UV bij 220 nm. De kalibratiecurven voor beide componenten waren lineair in het bereik van 0–400 µg/l. De onderste bepalingsgrens was 0,5 µg/l. De variatiecoëfficiënt van de herhaalbaarheid (zowel binnen 1 dag als bepaald over meer dagen) was kleiner dan 7%.

Per vrijwilliger werd de farmacokinetiek van moederstof en metaboliet beschreven met een geïntegreerd farmacokinetisch model dat is ontwikkeld in WinNonlin (versie 3.1, Pharsight). Dit model beschrijft de farmacokinetiek van midazolam na zowel

Tabel 1

PARAMETERSCHATTINGEN VAN MIDAZOLAM NA INTRAVENEUZE EN INTRANASALE TOEDIENING

| Parameter | Schatting ± SD |
|---|---|
| Biologische beschikbaarheid | 0,83 ± 0,19 |
| Absorptieconstante ($min^{-1}$) | 0,168 ± 0,053 |
| 'Lag'-tijd (min) | 0,87 ± 0,74 |
| Verdelingsvolume centrale compartiment (l/kg) | 0,46 ± 0,14 |
| Verdelingsvolume (steady state) (l/kg) | 1,11 ± 0,25 |
| Klaring ($l \cdot min^{-1} \cdot kg^{-1}$) | 0,0161 ± 0,0041 |
| Eliminatiehalfwaardentijd$_{\alpha}$ (min)* | 8,4 ± 2,4 |
| Eliminatiehalfwaardentijd$_{\beta}$ (min)* | 79 ± 30 |
| Omzettingssnelheidsconstante ($min^{-1}$) | 0,0036 ± 0,0015 |
| *$C_{max}$ intranasaal (mg/l) | 71 ± 25 |
| *$t_{max}$ intranasaal (min) | 14 ± 5 |

* voor de halfwaardentijden is het harmonische gemiddelde berekend

de parameterschattingen zijn verkregen met behulp van een geïntegreerd farmacokinetisch model (zie tekst); de gegeven waarden zijn een gemiddelde ± standaarddeviatie




Figuur 1

Geïntegreerd farmacokinetisch model voor het verloop van de plasmaconcentraties in de tijd van midazolam en 1-hydroxymidazolam na intraveneuze en intranasale toediening.
De hoeveelheid midazolam ($A_p$) in het centrale en het perifere compartiment werd beschreven met het volgende stelsel van differentiaalvergelijkingen.

Centraal compartiment:

$$\frac{dA_{P1}}{dt} = k_A \bullet F \bullet D \bullet e^{-kA \bullet t} - k_{10} \bullet A_{P1} - k_{12} \bullet A_{P1} + k_{21} \bullet A_{P2} - k_M \bullet A_{P1}$$

Perifeer compartiment:

$$\frac{dA_{P2}}{dt} = k_{12} \bullet A_{P1} - k_{21} \bullet A_{P2}$$

$F$ is de biologische beschikbaarheid en $D$ staat voor dosis. De intranasale absorptie van midazolam werd beschreven met een eerste-orde-absorptieconstante $K_a$ en een vertragingstijd $t_{lag}$. Bij intraveneuze toediening en indien $t < t_{lag}$ werd $K_a$ gelijk gesteld aan 0. De snelheidsconstante $k_M$ beschrijft het verdwijnen van midazolam door de vorming van 1-hydroxymidazolam.

De vorming en de eliminatie van 1-hydroxymidazolam ($A_M$) in het centrale compartiment werden beschreven met $k_M$ respectievelijk een nieuwe eliminatieconstante $k_{10OH}$.

Centraal compartiment:

$$\frac{dA_M}{dt} = k_M \bullet A_{P1} - k_{10OH} \bullet A_M$$





NAYZILAM_00672453

PTX-1367.0010

Knoester PD, Jonker DM, Van der Hoeven RTM, Vermeij TAC, Edelbroek PM, De Haan GJ. Eventueel als noodmedicatie. Midazolam intranasaal toegepast. Pharm Weekbl 2002;137(3):112-117.

Keywords
Administration, intranasal
Biological availability
Drug compounding
Metabolism
Midazolam
Pharmacokinetics

**Abstract**
If necessary as emergency medication. Midazolam administered intranasally
A concentrated midazolam formulation was prepared. The formulation was stable, but ciliotoxicity was complete and irreversible. Subjects were administered single doses of midazolam intranasally and intravenously. The pharmacokinetic parameters were described simultaneously with a single pharmacokinetic model. Betaband EEG activity was recorded and related to plasma concentrations using an exponential pharmacokinetic/pharmacodynamic model. The peak plasma concentration of midazolam was reached after 14 ± 5 min. Mean bioavailability following intranasal administration was 83% ± 19%. Formation of the 1-hydroxy-metabolite after intranasal administration did not exceed that after intravenous administration. In this study in healthy volunteers a concentrated midazolam nasal spray was easily administered and well tolerated. Rapid uptake and high bioavailability were demonstrated.

Correspondentie kan worden gericht aan P.D. Knoester, Universitair Medisch Centrum St. Radboud, Postbus 9101, 6500 HB Nijmegen, P.Knoester@klinfarm.azn.nl.

intraveneuze als intranasale toediening met een tweecompartimentmodel, gekoppeld aan een eencompartimentmodel dat de vorming en de eliminatie van de metaboliet beschrijft (figuur 1). Uitgaande van deze standaardmodellen is het geïntegreerde model gekozen op basis van visuele beoordeling van de gefitte curven door de gegevens en het Akaike-informatiecriterium [13]. Uit de parameterschattingen zijn de afgeleide parameters klaring (CL) en eliminatiehalfwaardentijd ($t_{1/2}$) berekend. De tijd tot de maximum plasmaconcentratie ($t_{max}$) en de maximum plasmaconcentratie ($C_{max}$) zijn handmatig bepaald uit de farmacokinetische profielen. Het oppervlak onder de plasmaconcentratie–tijdcurve (AUC) is berekend met de trapezoïderegel; vanaf het laatste punt werd geëxtrapoleerd naar $t$ = oneindig door deling door de terminale eliminatiesnelheidsconstante [14].

De biologische beschikbaarheid op basis van de AUC's na intraveneuze en intranasale toediening ($F_{AUC}$) is tevens berekend met behulp van de standaardformule [14]:

$$F_{AUC} = \frac{AUC_{intranasaal} \times dosis_{intraveneus}}{AUC_{intraveneus} \times dosis_{intranasaal}}$$

Vergelijking van deze $F_{AUC}$ met de door het farmacokinetische model geschatte biologische beschikbaarheid F vormt een extra validatie van het model.




Figuur 2
Fit van het geïntegreerde farmacokinetische model aan de gegevens van één vrijwilliger. Getoond is het verloop van de midazolamplasmaconcentraties (bovenste twee curven) en 1-hydroxymidazolam (onderste twee curven) na zowel intraveneuze toediening (—■—■—■—■) als na intranasale toediening (- -▲- -▲- -▲- -▲-)




Figuur 3
Individuele midazolamplasmaconcentraties (————) en 1-hydroxymidazolam (··············) na intranasale toediening van 5 mg midazolam. De vetgedrukte curven tonen de gemiddelde fit van het geïntegreerde farmacokinetische model aan de gegevens

De EEG-activiteit in de bètaband (14-40 Hz) is gebruikt als een indirecte maat voor het farmacodynamische effect van midazolam na intraveneuze en intranasale toediening. Dit is mogelijk omdat de power van het EEG in deze frequentieband gecorreleerd is aan activatie van $GABA_A$-receptoren, het voornaamste aangrijpingspunt van de benzodiazepinen [15]. EEG-registratie vond plaats van 30 minuten voor tot 2 uur na de toediening van midazolam. De EEG-activiteit in de β-band werd ➛





NAYZILAM_00672454

Case: 26-1992 Document: 25-2 Page: 188 Filed: 09/04/2026



gerelateerd aan de midazolamplasmaconcentratie met de volgende exponentiële functie: $E(C) = E_0 + b^n \cdot C^n$. Hierbij is E(C) het waargenomen effect bij concentratie C, $E_0$ is de 'baseline' EEG-activiteit en b en n zijn de parameters van de exponentiële functie.

### STATISTISCHE METHODEN

Afwijking van de 'lag'-tijd en van F van respectievelijk 0 en 1 is getoetst met de Student-t-test (eenzijdig; 95%-betrouwbaarheidsinterval). De niet-parametrische Spearman's correlatie is getoetst op afwijking van 0 in het programma GraphPad Instat (versie 2.05a). De gegevens worden gepresenteerd als gemiddelde ± SD, tenzij anders aangegeven.

## Resultaten

### STABILITEIT

Bij bewaring op kamertemperatuur gedurende de onderzoeksperiode van 6 maanden kon er geen ontleding van midazolam in de neusspray worden aangetoond. Langere bewaring leidde tot precipitatie van vermoedelijk midazolam.

Bij de fractie flacons die aan daglicht werden blootgesteld, kleurde de oplossing geel. Door de neusspray in het donker te bewaren kon dit worden voorkomen.

### CILIOTOXICITEIT

Zowel de midazolamneusspray als het oplosmiddel zonder midazolam gaf, in verdunde en onverdunde vorm, binnen 15 minuten een volledige stilstand van de trilhaarbeweging. Na herplaatsing van het weefsel in de controlevloeistof trad er geen herstel van de trilhaarbeweging op; geconcludeerd moet dus worden dat het een irreversibel effect betreft.

### FARMACOKINETIEK EN FARMACODYNAMIEK

Intranasale toediening leidde tot een zekere mate van lokale irritatie bij alle vrijwilligers. Sommige vrijwilligers gaven aan last te hebben van tranende ogen, schorre keel en bittere smaak. Pijnklachten werden niet gemeld. De symptomen waren binnen ongeveer 10 minuten verdwenen, één vrijwilliger had gedurende circa 25 minuten last van intranasale irritatie.

Het geïntegreerde farmacokinetische model kon de gegevens van alle vrijwilligers goed beschrijven; de geschatte parameters zijn samengevat in tabel 1. In figuur 2 is een representatief voorbeeld gegeven van de 'fit' aan de gegevens van één vrijwilliger. Het verloop van de plasmaconcentratie van midazolam na intranasale toediening aan alle vrijwilligers is weergegeven in figuur 3. Na intranasale toediening werd een gemiddelde maximale plasmaconcentratie van 71 ± 25 ng/ml bereikt na 14 ± 5 minuten. De biologische beschikbaarheid *F*, geschat door het model, was 0,83 ± 0,19 (significant <1; p <0,05). De $F_{AUC}$ berekend met de non-compartimentele analyse was 0,80 ± 0,19.

Van één vrijwilliger kon geen reproduceerbare EEG-registratie verkregen worden; de farmacodynamiek is bestudeerd bij de overige vijf vrijwilligers. Per vrijwilliger zijn de EEG-gegevens van zowel intraveneuze als intranasale toediening aan het exponentiële model 'gefit'. Figuur 4 laat zien dat er aanzienlijke intra- en interindividuele spreiding in de EEG-activiteit is. Hierdoor konden geen betrouwbare parameterschattingen verkregen worden en kon in dit onderzoek de farmacodynamische EEG-respons na intranasale toediening van midazolam niet vergeleken worden met intraveneuze toediening.

Figuur 4
Individuele EEG-respons versus voorspelde midazolamplasmaconcentratie na intraveneuze (————) en intranasale toediening (- - - - - - - - -). De vetgedrukte lijn toont de gemiddelde fit van een exponentieel model aan alle gegevens




## Beschouwing

In deze studie is een geconcentreerde midazolamoplossing voor intranasale toediening geformuleerd op basis van een water en propyleenglycol bevattend oplosmiddel. De oplossing is eenvoudig te maken en kan door haar stabiliteit op voorraad gehouden worden. De neusspray wordt redelijk verdragen. Irritatie door de neusspray trad op bij alle vrijwilligers, maar was van voorbijgaande aard.

Belangrijk nadeel van de oplossing is de volledige en irreversibele stilstand van trilhaarbeweging die is waargenomen in het in-vitro-onderzoek. Dit geeft aan dat de formulering ciliotoxisch is. Verder onderzoek naar andere formuleringen is dus nodig om te komen tot een minder ciliotoxische samenstelling. Hierbij wordt aangetekend dat het ciliotoxische effect van alleen midazolam in dit onderzoek niet onderzocht is. Voor het gebruik als noodmedicatie, waarbij de neusspray alleen incidenteel wordt gebruikt, is ciliotoxiciteit mogelijk een relatief probleem. De trilhaarepitheelcellen in de neusmucosa worden continu vervangen door nieuwe epitheelcellen en zodoende kan de trilhaarfunctie zich herstellen na gebruik van de neusspray [12].

Er is gebruikgemaakt van een geïntegreerd farmacokinetisch model dat het verloop van zowel midazolam als 1-hydroxymidazolam in de tijd na intraveneuze en intranasale toediening simultaan beschrijft. Hierbij is aangenomen dat de mate van metabolisatie na intraveneuze of intranasale toediening niet verschilt. Uit de goede fit van het model aan de



Appx17297
NAYZILAM_00672455
PTX-1367.0012

gegevens blijkt dat deze veronderstelling een juiste is.

De ratio $AUC_{intranasaal}$:$AUC_{intraveneus}$ van de plasmaconcentratiecurven van 1-hydroxymidazolam is een maat voor de relatieve hoeveelheid metaboliet die gevormd wordt. De ratio was 0,79 ± 0,41 en bleek gecorreleerd te zijn aan $F_{AUC}$ ($r^2$ = 0,81; p = 0,01). Verder blijkt dat deze ratio zoals geschat in de non-compartimentele analyse niet verschilt van de door het geïntegreerde model geschatte biologische beschikbaarheid (0,80 ± 0,19). Dit geeft aan dat er nauwelijks verschil is in de mate van metabolisatie na intranasale of intraveneuze toediening. Tevens laat deze waarde zien dat na toediening van de geconcentreerde spray niet veel vloeistof wordt ingeslikt. Na orale toediening van midazolam aan volwassenen wordt een biologische beschikbaarheid beschreven die varieert tussen 24-50% [16, 17]. De hoge biologische beschikbaarheid van de geconcentreerde midazolam-neusspray van 80 ± 19% geeft aan dat met deze toedieningsweg gastro-intestinaal metabolisme en/of een beperkte opnamecapaciteit vanuit het maagdarmkanaal kunnen worden omzeild.

In eerdere onderzoeken naar midazolam intranasaal werd een biologische beschikbaarheid beschreven van circa 50% [8, 18]. In deze studies werd een relatief groot volume toegediend. De biologische beschikbaarheid in ons onderzoek komt wel goed overeen met de waarde 83 ± 15% die is gevonden in een studie naar midazolam intranasaal bij volwassen chirurgiepatiënten [19]. Om verlies of inslikken van de midazolamoplossing te voorkomen, werd in die studie de medicatie langzaam en voorzichtig in kleine hoeveelheden toegediend. Deze tijdrovende procedure is niet geschikt voor gebruik van midazolam intranasaal als noodmedicatie. In het huidige onderzoek werd een hoge biologische beschikbaarheid verkregen door een, door de vrijwilliger toegediende, enkele spray van 90 µl in ieder neusgat.

Midazolam intranasaal is mogelijk een aantrekkelijk alternatief voor diazepam rectaal bij gebruik als noodmedicatie. Een ideaal noodmedicament wordt gekenmerkt door een gemakkelijke toediening, een gunstig farmacokinetisch profiel en een goede verdraagbaarheid [20]. Deze studie laat zien dat midazolam intranasaal voldoet aan deze voorwaarden; met name het grotere gemak van de toediening van de geconcentreerde neusspray is een voordeel boven rectale toediening van diazepam. De effectiviteit van deze geconcentreerde neusspray zal, mede in een hogere dosis, in klinisch onderzoek bestudeerd moeten worden ●

## VERANTWOORDING

*Dit artikel is gebaseerd op de voordracht van P. Knoester in het kader van zijn registratie als ziekenhuisapotheker, op een voordracht tijdens het Europese Epilepsie Congres in Florence [21] en op een conceptartikel dat is geaccepteerd door het British Journal of Clinical Pharmacology. De Stichting Apotheek Haarlemse Ziekenhuizen en de Stichting Epilepsie Instellingen Nederland werken nauw samen aan verder onderzoek van de neusspray. Onderzoek naar de farmacokinetiek van midazolam na intranasale toediening aan epilepsiepatiënten zal hierin de volgende stap zijn.*

## DANKBETUIGING

*De inzet van K. Gilissen, P. Plesman en J. de Vries bij het uitvoeren van het vrijwilligersonderzoek en het verwerken van de EEG-gegevens wordt ten zeerste gewaardeerd. Prof. dr. F.W.H.M. Merkus wordt hartelijk bedankt voor het mogelijk maken van het trilhaarfunctieonderzoek en voor het kritisch doornemen van het manuscript.*

## LITERATUUR


1 Kasteleijn-Nolst Trenité DGA, Edelbroek PM. Antiepileptic drug treatment in the nineties in The Netherlands. Pharm World Sci 1997;19(2):60-9.
2 Shorvon SD. The use of clobazam, midazolam and nitrazepam in epilepsy. Epilepsia 1998;39 suppl 1:S15-23.
3 O'Regan ME, Brown JK, Clarke M. Nasal rather than rectal benzodiazepines in the management of acute seizures? Dev Med Neurol 1996;38:1037-45.
4 Kendall JL, Reynolds M, Goldberg R. Intranasal midazolam in patients with status epilepticus. Ann Emerg Med 1997;29:415-7.
5 Scheepers M, Scheepers B, Clough P. Midazolam via the intranasal route: an effective rescue medication for severe epilepsy in adults with a learning disability. Seizure 1998;7:509-12.
6 Scheepers M, Scheepers B, Clarke M, et al. Is intranasal midazolam an effective rescue medication in adolescents and adults with severe epilepsy? Seizure 2000;9:417-21.
7 Lahat E, Goldman M, Barr J, et al. Comparison of intranasal midazolam with intravenous diazepam for treating febrile seizures in children: prospective randomised study. BMJ 2000;321:83-6.
8 Burstein AH, Modica R, Hatton M, et al. Pharmacokinetics and pharmacodynamics of midazolam after intranasal administration. J Clin Pharmacol 1997;37:711-8.
9 Lugo RA, Fishbein M, Nahata MC, et al. Complications of intranasal midazolam. Pediatrics 1993;92:638.
10 Kanto JH. Midazolam: the first water-soluble benzodiazepine. Pharmacotherapy 1985;5:138-55.
11 Aarnoutse RE, Van 't Hart RMG, Tijssen TAG, et al. Bereiding en houdbaarheid van midazolaminjectievloeistof. Ziekenhuisfarmacie 1997;13:229-35.
12 Romeijn SG, Verhoef JC, Marttin E, et al. The effect of nasal drug formulations on ciliary beating in vitro. Int J Pharm 1996;135:137-45.
13 Yamaoka K, Nakagawa T, Uno T. Application of Akaike's information criterion (AIC) in the evaluation of linear pharmacokinetic equations. J Pharmacokin Biopharm 1978;6:165-75.
14 Gibaldi M, Perrier, D. Pharmacokinetics. 2e ed. New York: Marcel Dekker; 1982.
15 Breimer LTM. Interaction between midazolam and flumazenil in man: pharmacokinetic-pharmacodynamic modelling of the CNS effect using the EEG [proefschrift]. Leiden: Rijksuniversiteit Leiden; 1991.
16 Bornemann LD, Min BH, Crews T, et al. Dose dependent pharmacokinetics of midazolam. Eur J Clin Pharmacol 1985;29:91-5.
17 Heizmann P, Eckert M, Ziegler WH. Pharmacokinetics and bioavailability of midazolam in man. Br J Clin Pharmacol 1983;16:S43-9.
18 Rey E, Delaunay L, Pons G, et al. Pharmacokinetics of midazolam in children: comparative study of intranasal and intravenous administration. Eur J Clin Pharmacol 1991;41:355-7.
19 Björkman S, Rigemar R, Idvall J. Pharmacokinetics of midazolam given as an intranasal spray to adult surgical patients. Br J Anaest 1997;79:575-80.
20 Rey E, Tréluyer JM, Pons G. Pharmacokinetic optimisation of benzodiazepine therapy for acute seizures. Clin Pharmacokinet 1999;6:409-24.
21 Knoester P, De Haan GJ, Edelbroek PM, et al. Midazolam nasal spray: a study in healthy volunteers. Epilepsia, 41, suppl Florence 2000: S176.






NAYZILAM_00672456

PTX-1367.0013

# Pharmacokinetics and pharmacodynamics of midazolam administered as a concentrated intranasal spray. A study in healthy volunteers

P. D. Knoester,[1] D. M. Jonker,[2] R. T. M. van der Hoeven,[1] T. A. C. Vermeij,[3] P. M. Edelbroek,[3] G. J. Brekelmans[3] & G. J. de Haan[3]

[1] *Stichting Apotheek der Haarlemse Ziekenhuizen (hospital pharmacy), Boerhaavelaan 24, 2035 RC Haarlem,* [2] *Department of Physiology, University of Leiden, Wassenaarseweg 62, 2300 RC Leiden and* [3] *Stichting Epilepsie Instellingen Nederland (tertiary epilepsy treament centre), Achterweg 5, 2103 SW Heemstede, The Netherlands*

***Aims*** To investigate the pharmacokinetic and pharmacodynamic profile of midazolam administered as a concentrated intranasal spray, compared with intravenous midazolam, in healthy adult subjects.

***Methods*** Subjects were administered single doses of 5 mg midazolam intranasally and intravenously in a cross-over design with washout period of 1 week. The total plasma concentrations of midazolam and the metabolite 1-hydroxymidazolam after both intranasal and intravenous administration were described with a single pharmacokinetic model. β-band EEG activity was recorded and related to midazolam plasma concentrations using an exponential pharmacokinetic/pharmacodynamic model.

***Results*** Administration of the intranasal spray led to some degree of temporary irritation in all six subjects, who nevertheless found intranasal administration acceptable and not painful. The mean (±s.d.) peak plasma concentration of midazolam of 71 (±25 ng ml$^{-1}$) was reached after 14 (±5 min). Mean bioavailability following intranasal administration was 0.83±0.19. After intravenous and intranasal administration, the pharmacokinetic estimates of midazolam were: mean volume of distribution at steady state 1.11±0.25 l kg$^{-1}$, mean systemic clearance 16.1±4.1 ml min$^{-1}$ kg$^{-1}$ and harmonic mean initial and terminal half lives 8.4±2.4 and 79±30 min, respectively. Formation of the 1-hydroxymetabolite after intranasal administration did not exceed that after intravenous administration.

***Conclusions*** In this study in healthy volunteers a concentrated midazolam nasal spray was easily administered and well tolerated. No serious complications of the mode of administration or the drug itself were reported. Rapid uptake and high bioavailability were demonstrated. The potential of midazolam given via a nasal spray in the acute treatment of status epilepticus and other seizure disruptions should be evaluated.

*Keywords:* formulation, intranasal, intravenous, midazolam, modelling, pharmacokinetics pharmacodynamics, PK-PD

## Introduction

The benzodiazepine diazepam is a standard treatment in the acute management of all types of seizures in both adults and children. However, it does have disadvantages including a short duration of action and a tendency to accumulate if repeated doses are given. For acute seizures diazepam must be applied either intravenously or rectally in order to reach an effective blood concentration as soon as possible. Non-professional carers may be reluctant to administer midazolam by these routes [1, 2].

The use of the water soluble benzodiazepine midazolam hydrochloride is well established as a premedicant, anxiolytic and anaesthetic induction agent [3]. Its safety and efficacy in the acute treatment of seizure exacerbations is well documented [4]. The efficacy of intranasal midazolam as premedication and sedative prompted its potential use in the management of acute seizures [1, 5–8]. The nasopharyngeal mucosal surface is relatively large

*Correspondence:* P. D. Knoester, Hospital pharmacist at UMC Nijmegen, PO Box 9101, 6500 HB Nijmegen, The Netherlands. E-mail: p.knoester@klinfarm@azn.nl

*Received 22 February 2001, accepted 17 December 2001.*



PLAINTIFFS' EXHIBIT
PTX-1354
UCB v. Cipla (21-1229-JLH)

and well vascularized, allowing for a rapid absorption of midazolam. Nasal absorption also avoids the high first-pass metabolism of midazolam after oral administration [9].

The dose of intranasal midazolam for treating seizure activity is based on body weight. It is 0.2 mg $kg^{-1}$ for children, 5 mg for adults under 50 kg, and 10 mg of midazolam for adults weighing more than 50 kg. In most studies on intranasal midazolam, the undiluted, commercially available parenteral fluid containing 5 mg $ml^{-1}$ midazolam has been used. This requires a relative large volume, 1–2 ml in adult patients, to be applied, which may account for the lacrimation, burning and general discomfort that is associated with intranasal midazolam [10, 11]. A significant amount of the fluid can be swallowed and absorbed from the gastrointestinal tract, which decreases bioavailability and therefore reduces efficacy [10]. Furthermore, treatment failure may occur due to poor technique in delivering an adequate volume of midazolam liquid [8].

These disadvantages might possibly be overcome by increasing the concentration of midazolam, thereby reducing the total volume of fluid to be delivered. In the present study we have investigated a concentrated intranasal formulation of midazolam. The aim was to compare the pharmacokinetic and EEG pharmacodynamic parameters after intranasal and intravenous administration of midazolam to healthy volunteers.

## Methods

### *Midazolam formulations*

The study medications were prepared by the Apotheek der Haarlemse Ziekenhuizen Hospital Pharmacy. Intravenous midazolam 5 mg $ml^{-1}$ (pH 3.3) was formulated using midazolam hydrochloride (Spruyt Hillen, IJsselstein, The Netherlands). The intranasal midazolam formulation contained midazolam hydrochloride in a mixture of water and propylene glycol (pH 4). Benzyl alcohol 1% v/v was added as an antimicrobial preservative.

The intranasal device used (Spruyt Hillen) delivered an equivalent dose of 2.5 mg midazolam with each 90 μl spray. The stability of both formulations was investigated using a validated h.p.l.c. analytical method. During a 6 month test period at ambient temperature no significant changes in pH or midazolam concentration occurred. Kept in the dark, the solutions remained clear and colourless.

### *Subjects*

The Ethics Review Board of the Leiden University Medical Centre approved the investigational protocol for this study. Six nonsmoking volunteers (two female, four male) provided informed consent and participated in the study. Their mean age was 40 ± 9 years (mean ± s.d., range: 27–47), and mean weight was 74 ± 5 kg (range: 66–80). None had a history of cardiac or neurological disease. They were not allowed to take any medication on a regular basis or benzodiazepines in the week before the study days. All subjects were healthy as assessed by medical history and physical examination, including ECG and blood pressure, and clinical chemical laboratory tests. The background EEG was normal.

### *Study design*

The study was an open, crossover trial. On the two study days the subjects fasted and refrained from caffeine-containing beverages until 2 h after midazolam administration. Alcoholic beverages were avoided from the day prior to the study until completion of the study day. All subjects received a single dose of 5 mg midazolam either intravenously or intranasally, in random order with a 7 day washout period between treatments.

Intravenous midazolam was given as a bolus injection over 30 s into a peripheral vein of the lower arm. Intranasal midazolam was self-administered by one spray in each nostril. Subjects remained supine for the first 2 h of study. Blood samples were collected from a forearm vein in heparinized tubes. In addition to a pre-dose sample, blood was collected at 2, 5, 10, 15, 20, 30 and 60 min and 2, 3, 4, 5, 6, 7, and 8 h postdose. The blood samples were kept on ice for a maximum of 2 h until centrifuged. Plasma samples were stored frozen at −20° C until assayed.

### *Analysis of midazolam and 1-hydroxymidazolam*

Plasma concentrations of both compounds were determined using a specific h.p.l.c. method with u.v. detection at 220 nm. Plasma aliquots of 1 ml were mixed with 40 ng of the internal standard chlordesmethyldiazepam (Hoffman-La Roche, Basel, Switzerland) and 0.5 ml sodium hydroxide (0.1 M). Following liquid-liquid extraction with 5 ml cyclohexane–dichloromethane (55–45 v/v), the organic layer was evaporated. The residue was dissolved in 250 μl water-acetonitrile (95–5 v/v) and 200 μl were injected onto the chromatograph. Separation was achieved on a custom-made column (15 × 0.46 cm) packed with Inertsil ODS-3 C-18 (Varian Chrompack, Houten, The Netherlands) with an isocratic mobile phase of 0.1 M phosphate buffer pH 7.0-acetonitrile (65–35 v/v).

Calibration curves were linear over the range of 0–400 ng $ml^{-1}$ ($r^2 > 0.99$). Inter- and intra-day coefficients of variation were less than 7%. The limit of quantification for both compounds was 0.5 ng $ml^{-1}$.

*EEG recordings*

Ten silver-silver chloride electrodes were placed on the skull of the subjects at positions following the International 10–20 system of electrode placement. EEG was recorded using a 32 channel digital EEG (Vickers Medelec DG32) with a bandwidth of 0.5–50 Hz, gain 7 $\mu$V mm$^{-1}$, sample frequency 240 Hz. The EEG data were filtered, electrical noise reduced, digitized and stored on optical disks for later analysis. In addition, during acquisition the raw data were examined visually for artefacts.

Two-minute EEG-time epochs were analysed from 5 min before and 5, 10, 15, 20, 30, 45, 60, 75, 90, and 120 min after midazolam administration. During EEG recording, subjects closed their eyes. The EEG signals were quantified by use of fast Fourier transformation. The averaged amplitudes (square root of power ($\mu V^2$)) in the 14–40 Hz beta frequency band were calculated and used as the EEG effect measure.

*Safety and tolerability assessment*

After administration of midazolam, subjects were periodically questioned and monitored for any unusual symptoms. They were asked specifically to record any sensation (bitter taste, burning sensation, pain) experienced after intranasal administration.

*Pharmacokinetic analysis*

The time course of midazolam concentrations was described by a two-compartment model, whereas for 1-hydroxymidazolam, a one-compartment model was used. In the model development process, discrimination was based on visual inspection of the plasma profiles and the residuals, and on Akaike's information criterion [12]. The concentration data were weighted using iterative reweighting (WinNonlin version 3.1). The model consisted of the following differential equations, each describing the amounts of the parent compound midazolam ($A_P$) in the central and peripheral compartment denoted by the subscripts 1 and 2, respectively:

$$\frac{dA_{P1}}{dt} = k_A \cdot F \cdot D \cdot e^{-k_A \cdot t} - k_{10} \cdot A_{P1} - k_{12} \cdot A_{P1} + k_{21} \cdot A_{P2} - k_M \cdot A_{P1} \quad (1)$$

$$\frac{dA_{P2}}{dt} = k_{12} \cdot A_{P1} - k_{21} \cdot A_{P2} \quad (2)$$

in which $F$ and $D$ denote the bioavailability and dose, respectively. Absorption of midazolam from the nasal mucosa was described with a first order absorption-rate constant ($k_A$) and a lagtime ($t_{lag}$). $k_A$ was reduced to zero for intravenous administration and when $t < t_{lag}$. $k_M$ is the first-order rate constant for the conversion of midazolam to 1-hydroxymidazolam.

The amount of the active metabolite 1-hydroxymidazolam in the central compartment ($A_M$) was described by:

$$\frac{dA_M}{dt} = k_M \cdot A_{P1} - k_{10OH} \cdot A_M \quad (3)$$

here $k_{10OH}$ denotes the elimination rate constant of 1-hydroxymidazolam.

Estimation of the volume of distribution of 1-hydroxymidazolam was not possible because inclusion of this parameter causes of the model. To solve this problem, the amounts of midazolam and of 1-hydroxymidazolam were related to the observed concentrations by dividing by the volume of distribution of midazolam ($V_C$). Previously, the volumes of distribution of midazolam and the metabolite were shown not to differ from each other [9]. Nevertheless, estimates of $k_{10}$, $k_M$ and $k_{10OH}$ would be affected if these volumes did differ. Therefore calculation of the clearance (CL) and half-life ($t_{1/2}$) of midazolam was based on the sum of $k_{10}$ and $k_M$, and were calculated using standard equations [13]. Equations 1 and 2 cannot be solved algebraically to obtain explicit equations for the maximum plasma concentration of midazolam ($C_{max}$) and time to maximum concentration ($t_{max}$). Therefore, these parameters were determined manually from the curve fitted to the concentration-time data. The areas under the concentration curves (AUC) were calculated by the linear trapezoidal rule. Extrapolation to infinite time was achieved by dividing the last concentration by the terminal rate constant $\lambda_\beta$. The AUC values obtained from the midazolam curves after i.v. and i.n. administration were used to calculate absolute bioavailability ($F_{AUC}$) using the standard equation [13]:

$$F_{AUC} = \frac{AUC_{i.n.} \times D_{i.v.}}{AUC_{i.v.} \times D_{i.n.}} \quad (4)$$

*Pharmacodynamics analysis*

The EEG activity in the β-band (14–40 Hz) was related to the midazolam plasma concentration using an exponential model:

$$E(C) = E_0 + b^n \cdot C^n \quad (5)$$

in which E($C$) is the observed effect at concentration $C$, $E_0$ is the baseline effect value, and $b$ and $n$ are parameters determining the curvature of the exponential function.

*Statistical analysis*

The Student's one tailed $t$-test with a 5% level of significance was used to test the difference of $t_{lag}$ and $F$

from zero and one, respectively. The nonparametric Spearman correlation was calculated and tested for deviation from zero using GraphPad Instat version 2.05a software. All data are presented as the mean ± s.d., unless indicated otherwise.

## Results

### *Safety and tolerability*

No relevant changes were observed in blood pressure, heart rate or respiration after administration of midazolam. Within 2 min after intravenous administration, all subjects felt sedated, and two of them fell asleep. Intranasal administration led to some degree of nasal irritation in all subjects. Some subjects complained of teary eyes, a slightly bitter taste and a raw throat. The symptoms disappeared within 10 min in all but one subject, in whom intranasal irritation lasted for 25 min All subjects tolerated intranasal administration well and none found it to be painful.

### *Pharmacokinetics*

The plasma concentrations of midazolam and 1-hydroxymidazolam were evaluated in all six volunteers using the composite model described above. An example of the curves fitted to the concentration data from one individual is given in Figure 1. The individual plasma concentrations after both intravenous and intranasal administration are shown in Figure 2. The pharmacokinetic parameters obtained using an integrated model for both midazolam and 1-hydroxymidazolam are summarized in Table 1. The model described the data adequately with the residuals being distributed satisfactorily and with a low correlation between the parameters. In two subjects, inclusion of the lagtime did not improve the fit to the data as determined by the Akaike criterion, and in these subjects the lagtime was constrained to 0 min.

Midazolam was rapidly absorbed after intranasal administration, with a mean peak concentration of 71 ± 25 ng ml$^{-1}$ reached after 14 ± 5 min. The mean lagtime for the appearance of midazolam and its metabolite after intranasal administration was 0.87 ± 0.74 min, which was significantly different from 0 ($P = 0.02$). Mean bioavailability was high (0.83 ± 0.19), but was significantly different from 1.0 ($P = 0.04$; C.I. 0.68, 0.98). Mean $F_{AUC}$, calculated from noncompartmental analysis, was 0.80 ± 0.19 (Table 2). The mean ratio $AUC_{i.n.}/AUC_{i.v.}$ for 1-hydroxymidazolam, a measure for the relative amount of metabolite formed, was 0.79 ± 0.41. In addition, a moderate but significant correlation between this ratio and $F_{AUC}$ was found ($r_s = 0.81$, $P = 0.01$). This




**Figure 1** Fit of the composite model to the concentration *vs* time data for midazolam and 1-hydroxymidazolam in one volunteer. Solid lines indicate the time course of midazolam concentrations (■) and 1-hydroxymidazolam concentrations (◆) after intravenous administration. Dotted lines indicate the time course of midazolam concentrations (▲) and 1-hydroxymidazolam concentrations (▼) after intranasal administration.




**Figure 2** Individual plasma concentration *vs* time curves for midazolam (solid lines) and 1-hydroxymidazolam (broken lines) after intranasal administration of 5 mg midazolam. The bold curves represent the mean pharmacokinetic model fit to the data.

indicates that there is no appreciable difference in the extent of metabolism after intranasal administration compared with intravenous administration.

### *Pharmacodynamics*

In one subject, no reliable EEG registration was obtained due to technical difficulties and the pharmacodynamic analysis was performed in the remaining five subjects. EEG activity *vs* midazolam plasma concentration data in individual subjects are shown in Figure 3. In all individuals the intraindividual basal EEG-activity after intravenous and intranasal administration was comparable. After intranasal administration, observable changes in EEG activity were observed in only one subject. Comparison of the pharmacodynamic parameter estimates after intravenous and intranasal administration would not be possible if the data were fitted to the model separately. Thus, the intravenous and intranasal EEG data of each subject were fitted to the pharmacodynamic model


© 2002 Blackwell Science Ltd *Br J Clin Pharmacol*, **53**, 501–507

**Table 1** Pharmacokinetic measurements after intravenous and intranasal administration of midazolam obtained using a composite pharmacokinetic model (see text).

| *Parameter* | *Estimate ± s.d.* |
|---|---|
| $F$ | 0.83 ± 0.19 |
| $k_A$ ($min^{-1}$) | 0.168 ± 0.053 |
| $t_{lag}$ (min) | 0.87 ± 0.74 |
| $V_C$ ($l\ kg^{-1}$) | 0.46 ± 0.14 |
| $V_{SS}$ ($l\ kg^{-1}$) | 1.11 ± 0.25 |
| CL ($l\ min^{-1}\ kg^{-1}$) | 0.0161 ± 0.0041 |
| $t_{1/2,\ \lambda_1}$ (min)* | 8.4 ± 2.4 |
| $t_{1/2,\ \lambda_z}$ (min)* | 79 ± 30 |
| $k_M$ ($min^{-1}$) | 0.0036 ± 0.0015 |
| $C_{max}$ ($\mu g\ l^{-1}$) | 71 ± 25 |
| $t_{max}$ (min) | 14 ± 5 |

$F$: intranasal bioavailability, $k_A$: absorption rate constant, $t_{lag}$: lag-time, $V_C$: volume of the central compartment, $V_{SS}$: volume of distribution at steady state, CL: midazolam clearance, $t_{1/2,\ \lambda 1}$: equilibration half-life, $t_{1/2,\ \lambda z}$: terminal half-life, $k_M$: formation rate constant of 1-hydroxymidazolam, $C_{max}$: maximum concentration after intranasal administration, $t_{max}$: time to maximum concentration after intranasal administration. Values are mean ± s.d. *Half-lives are expressed as harmonic means.

**Table 2** Estimates of the mean areas under the curve of the intravenous and intranasal formulations and mean bioavailability of the intranasal formulation from noncompartmental analysis for midazolam and 1-hydroxymidazolam. Values are mean ± s.d.

| *Parameter* | *Midazolam* | *1-Hydroxymidazolam* |
|---|---|---|
| $AUC_{i.v.}$ ($mg\ l^{-1}\ min$) | 13.0 ± 4.7 | 1.76 ± 0.61 |
| $AUC_{i.n.}$ ($mg\ l^{-1}\ min$) | 10.2 ± 3.3 | 1.27 ± 0.43 |
| $F_{AUC}$ | 0.80 ± 0.19 | 0.79 ± 0.41 |

simultaneously with the average parameter estimates reported in Table 3. Since only small changes in EEG activity were observed, the model parameters could not be estimated reliably.

## Discussion

An integrated pharmacokinetic model adequately described the concentration profiles of midazolam and its active metabolite 1-hydroxymidazolam after intravenous and intranasal administration. Using this model, the mean bioavailability of midazolam administered by nasal spray was estimated to be 0.83 ± 0.19, corresponding well with a mean $F_{AUC}$ value of 0.80 ± 0.19 calculated from noncompartmental analysis.

The formation of 1-hydroxymidazolam was best described by a one-compartment model. Although it has been shown that 1-hydroxy-midazolam is distributed into two compartments in both man and rat [9, 14], distribution to a second compartment could not be identified in this data set due to the first order formation rate of the metabolite. In the case of the parent compound, distribution to a second compartment was characterized from the concentration-time data after intravenous administration.

**Table 3** Pharmacodynamic parameter estimates following intravenous and intranasal administration of 5 mg midazolam. The EEG data were fitted simultaneously to the model (equation 5) because the data obtained after intranasal administration did not allow separate estimation of the parameters. Values are mean ± s.d.

| *Parameter* | *Estimate* |
|---|---|
| $E_0$ ($\mu V^2$) | 0.044 ± 0.015 |
| B | 0.0027 ± 0.0027 |
| n | 2.3 ± 2.1 |




**Figure 3** Individual EEG effect *vs* predicted plasma midazolam concentration after i.v. (solid lines) and i.n. (broken lines) administration of the drug. The bold curve represents the mean pharmacodynamic model fit.

In the composite model used, the formation rate of 1-hydroxymidazolam was assumed to be equal for the two routes of administration. Under this assumption, a good fit to both the midazolam and the 1-hydroxymidazolam data was obtained, indicating no difference in the extent of metabolism between the two routes. This was further confirmed by noncompartmental analysis. The mean ratio $AUC_{i.n.}/AUC_{i.v.}$ of 1-hydroxymidazolam was virtually identical to the mean value of $F_{AUC}$, which rules out the possibility that intranasal metabolism by cytochrome P450 metabolizing enzymes on the nasal mucosa contributes substantially to the observed concentration time profiles. In addition, the similarity of these AUC values indicates that very little of the concentrated spray used in this study is swallowed. After oral administration to adults, midazolam has been reported to be subject to saturable first-pass metabolism, with reported bioavailabilities in the range of 0.24–0.5 [15, 16]. The bioavailability reported in the present study corresponds well with the value of 0.83 ± 0.15 reported in a study

where midazolam was administered intranasally [17]. In another study in adults, a bioavailability of $0.50 \pm 0.13$ was reported [10], when 3.9 ml of a 5 mg $ml^{-1}$ solution of midazolam was instilled alternating between nostrils in 1 ml increments. It is quite possible that a considerable amount of the solution was swallowed. In the study by Björkman *et al.* spilling and swallowing of the 5 mg $ml^{-1}$ solution was minimized by slow and careful spraying of 0.1 ml aliquots into the nostrils [17], but the method was time consuming. In the present study, a high bioavailability was achieved with a single 90 μl spray in each nostril, using a more concentrated solution of midazolam.

After intravenous administration, changes in EEG activity seemed to be midazolam concentration dependent within each individual. However, considerable inter- and intra-subject variability in EEG activity was observed (Figure 3). The data were described by a reduced form of the sigmoid $E_{max}$ equation, which is useful in cases where the maximum response cannot be estimated from the data [18]. When $b^n$ is made equal to $E_{max}/EC_{50}^n$, the sigmoid $E_{max}$ equation appears under the condition that $c \ll EC_{50}$, where $EC_{50}$ is the concentration at half maximal effect. The pharmacodynamic analysis was hampered by the small changes in EEG activity after intranasal administration. Judging from the intravenous concentration-effect data, this was due to the slightly lower peak concentrations of midazolam after intranasal administration (Figures 2 and 3). It is for this reason that the EEG activity after intravenous and intranasal administration superimpose and that conclusions regarding the pharmacodynamic characteristics of intravenous *vs* intranasal midazolam cannot be drawn based on these data.

It has been shown in humans *in vivo*, that 1-hydroxymidazolam has a potency and intrinsic activity similar to the parent compound midazolam [9]. Furthermore, after oral administration to volunteers, the formation of the active metabolite significantly contributes to the sedative effect [19]. Differences in the extent of metabolite formation between intravenous and intranasal administration are likely to complicate the pharmacodynamic analysis in the sense that a pharmacodynamic interaction model would be needed to describe the concentration-effect relationship. A mechanism-based model assuming a competitive interaction between midazolam and 1-hydroxymidazolam has been validated in rats [14]. However, in the present study, fitting both a composite parametric model and a non-parametric model to the concentration data showed that no differences in the extent of metabolite formation occurred between formulations. Therefore, the 1-hydroxymidazolam concentration data were not taken into account in the pharmacodynamic analysis. Although formation of the active metabolite 1-hydroxymidazolam is very likely to contribute to the effect on EEG, the shape of the concentration-effect curve based on midazolam concentrations is not expected to differ between the routes of administration.

Intranasal midazolam has proved to be effective and safe in the treatment of acute seizure exacerbations [1, 5–8]. The more concentrated intranasal spray used in the present study was well tolerated, although all volunteers felt some degree of irritation directly after administration. This disappeared within 25 min for all subjects. Benzyl alcohol, which has weak anaesthetic properties, may have contributed to the decline of the irritation.

This concentrated intranasal midazolam spray combines ease of administration with good tolerability and a favourable pharmacokinetic profile, all regarded as essential requirements for 'on demand' administration in acute situations [20]. The potential of midazolam nasal spray in status epilepticus or other acute seizure dysregulations should be further evaluated.

The authors gratefully acknowledge the valuable comments Professor Dr M. Danhof made on this manuscript.

## References


1 Lahat E, Goldman M, Barr J, Bistritzer T, Berkovitch M. Comparison of intranasal midazolam with intravenous diazepam for treating febrile seizures in children: prospective randomised study. *Br Med J* 2000; **321**: 83–86.

2 Scott RC, Besag MC, Nevill BGR. Buccal midazolam and rectal diazepam for the treatment of prolonged seizures in childhood and adolescence: a randomised trial. *Lancet* 1999; **353**: 623–626.

3 Clausen TG, Wolff J, Hansen PB, *et al.* Pharmacokinetics of midazolam and α-hydroxy-midazolam following rectal and intravenous administration. *Br J Clin Pharmacol* 1988; **25**: 467–463.

4 Shorvon SD. The use of clobazam, midazolam and nitrazepam in epilepsy. *Epilepsia* 1998; **39**(Suppl 1): S15–S23.

5 O'Regan ME, Brown JK, Clarke M. Nasal rather than rectal benzodiazepines in the management of acute seizures? *Dev Med Neurol* 1996; **38**: 1037–1045.

6 Kendall JL, Reynolds M, Goldberg R. Intranasal midazolam in patients with status epilepticus. *Ann Emerg Med* 1997; **29**: 415–417.

7 Scheepers M, Scheepers B, Clough P. Midazolam via the intranasal route: an effective rescue medication for severe epilepsy in adults with a learning disability. *Seizure* 1998; **7**: 509–512.

8 Scheepers M, Scheepers B, Clarke M, Comish S, Ibitoye M. Is intranasal midazolam an effective rescue medication in adolescents and adults with severe epilepsy? *Seizure* 2000; **9**: 417–421.

9 Mandema JW, Tuk B, Van Steveninck AL, Breimer DD, Cohen AF, Danhof M. Pharmacokinetic-pharmacodynamic modeling of the central nervous system effects of midazolam and its main metabolite alpha-hydroxymidazolam in healthy volunteers. *Clin Pharmacol Ther* 1992; **51**: 715–728.




© 2002 Blackwell Science Ltd 

10 Burstein AH, Modica R, Hatton M, Forest A, Genco FM. Pharmacokinetics and pharmacodynamics of midazolam after intranasal administration. *J Clin Pharmacol* 1997; **37**: 711–718.
11 Lugo RA, Fishbein M, Nahata MC, Liniger B. Complications of intranasal midazolam. *Pediatrics* 1993; **92**: 638.
12 Yamaoka K, Nakagawa T, Uno T. Application of Akaike's information criterion (AIC) in the evaluation of linear pharmacokinetic equations. *J Pharmacokin Biopharm* 1978; **6**: 165–175.
13 Gibaldi M, Perrier D. *Pharmacokinetics*, 2nd edn. 1982 Marcel Dekker. New York.
14 Tuk B, Van Oostenbruggen MF, Herben VM, Mandema JW, Danhof M. Characterization of the pharmacodynamic interaction between parent drug and active metabolite in vivo: midazolam and α-OH-midazolam. *J Pharmacol Exp Ther* 1999; **289**: 1067–1074.
15 Bornemann LD, Min BH, Crews T, Rees MM, Blumenthal HP, Colburn WA, Patel IH. Dose dependent pharmacokinetics of midazolam. *Eur J Clin Pharmacol* 1985; **29**: 91–95.
16 Heizmann P, Eckert M, Ziegler WH. Pharmacokinetics and bioavailibility of midazolam in man. *Br J Clin Pharmacol* 1983; **16**: S43–S49.
17 Björkman S, Rigemar R, Idvall J. Pharmacokinetics of midazolam given as an intranasal spray to adult surgical patients. *Br J Anaest* 1997; **79**: 575–580.
18 Della Paschoa OE, Mandema JW, Voskuyl RA, Danhof M. Pharmacokinetic-pharmacodynamic modeling of the anticonvulsant and EEG effects of phenytoin in rats. *J Pharmacol Exp Ther* 1998; **284**: 450–466.
19 Crevoisier CH, Ziegler WH, Eckert M, Heizmann P. Relationship between plasma concentration and effect of midazolam after oral and intravenous administration. *Br J Clin Pharmacol* 1983; **16**: S51–S61.
20 Rey E, Tréluyer JM, Pons G. Pharmacokinetic optimisation of benzodiazepine therapy for acute seizures. *Clin Pharmacokinet* 1999; **6**: 409–424.

**From:** Richard Fisher [rfisher@intranasal.com]
**Sent:** 6/14/2007 7:59:09 PM
**To:** Sveinbjorn Gizurarson [sveinbj@hi.is]
**Subject:** RE: Agreement and MPEG-350

Dear Sveinbjorn,
Thanks for the feedback concerning MPEG safety. I agree that ITI's intranasal dose is a very small fraction of the safety dosing in the literature , but I think that the issue we face relates to exposure to nasal mucosal surface (no published tox data other than perhaps intestinal mucosa—which should count for something but may not be sufficient, I suppose) and the question of systemic absorption via the nasal mucosa; but also for the potential of local enzymatic conversion of MPEG to alkylene glycols. Also, there is no intermittent safety data that we have found for ingestion of MPEG. So, I think that we will have to include more safety testing along the way—but hopefully only during Phase 3. We can discuss all of this after you have a chance to look over the papers. Thanks!

We will try to turn around the licenses agreement asap.

Best regards,
Rich

---

**From:** Sveinbjorn Gizurarson [mailto:sveinbj@hi.is]
**Sent:** Thursday, June 14, 2007 11:27 AM
**To:** Richard Fisher
**Subject:** Agreement and MPEG-350

Dear Rich

Thank you for the documents. I have browsed through them but I need to study them a bit more. My first impression is that we are talking about very different dosis:
In ITI's case you will be delivering about 0.5-1 microgram/kg patient
In Grant's case they give about 100.000 - 500.000 microgram/kg (huge factor difference)
In Hermansky's case they give about 1.100.000 - 5.600.000 microgram/kg (even more factor difference)

When you are comparing dosage in the range of 1.000 - 10.000 or like here one hundred thousand to ten million fold difference, things cannot be compared.However it is important to compare these two studies and I will do that.

Attach is the agreement with a number of questions and comments.

PS! How is the project with the Boston company? Are you having a progress?

Best greetings
Sveinbjorn

**Sveinbjorn Gizurarson, professor**
Faculty of Pharmacy
University of Iceland
Hofsvallagata 53
107 Reykjavik
Iceland

**Tel**: +354 525 5807; **Mobile**: +354 898 0318
**Fax**: +354 525 4071; **e-mail**: sveinbj@hi.is
**Website**: http://www.hi.is/~sveinbj

PLAINTIFFS' EXHIBIT
PTX-1069
UCB v. Cipla (21-1229-JLH)

**From:** Richard Fisher [mailto:rfisher@intranasal.com]
**Sent:** Tuesday, June 12, 2007 3:20 PM
**To:** Sveinbjorn Gizurarson
**Subject:** MPEG-350

<<MSDS mPEG 350.doc>> <<Hermansky 1995 PEG400 tox.pdf>> <<Grant 1985 EGME tox.pdf>>

Dear Sveinbjorn,

I hope that you are well. You will be pleased to learn that ITI is moving toward an IND for our midazolam nasal spray (MZ NS) containing 50% MPEG-350 as a major excipient. We are now putting together questions that will likely come from the FDA concerning our plans (we meet with the FDA 17 July for a preIND meeting). I believe a major source of concern will be around the use of MPEG-350. So, I was wondering if you had time to think about the safety aspects of MPEG and help us support its use. As the Hermansky paper (attached) points out, conversion of MPEG to alkylene glycols is a toxicity issue (e.g., see Grant,1985, attached). In addition, the MPEG MSDS from Dow notes that MPEG can be irritating to skin and eyes (although we cannot find any documentation of this). We are currently in the middle of a 14 day dog toxicity study evaluating the local and systemic effects of our MZ formulation, but we will not see the report until August.

Any help that you can provide to address the question of MPEG safety would be much appreciated.

Thanks!

Rich

Richard Fisher, Ph.D.

CSO

Intranasal Therapeutics

1525 Bull Lea Blvd.

Lexington, KY 40511

rfisher@intranasal.com

(c) 857-998-1664

DTX-2583

1,1,1-TRICHLOROETHANE~ORAL; TABLET~000071556~~
1,1,1-TRICHLOROETHANE~ORAL; TABLET, COATED~000071556~~
1,1,2,2-TETRAFLUOROETHANE~NASAL; SPRAY, METERED~~~
1,2,6-HEXANETRIOL~TOPICAL; EMULSION, CREAM~000106694~7.5~%
1,3-DIMETHYLOL-5,5-DIMETHYL-HYDANTOIN~TOPICAL; LOTION~006440580~46.4~%
1-AMINOCYCLOHEXANECARBOXYLIC ACID, C-11~ORAL; CAPSULE~~~
1-METHYL-2-PYRROLIDINONE~PERIODONTAL; DRUG DELIVERY SYSTEM~000872504~~
1-METHYL-2-PYRROLIDINONE~SUBCUTANEOUS; INJECTION~000872504~25.85~%
1-O-TOLYLBIGUANIDE~TOPICAL; SOLUTION~000093696~0.0125~%
2-AMINO-2-METHYL-1-PROPANOL~TOPICAL; EMULSION, CREAM~000124685~1~%
2-AMINO-2-METHYL-1-PROPANOL~TOPICAL; LOTION~000124685~0.3~%
2-NAPTHOLENE SULFONATE SODIUM SALT~ORAL; SUSPENSION~~~
ACACIA~BUCCAL/SUBLINGUAL; TABLET~009000015~9.1~MG
ACACIA~ORAL; CAPSULE~009000015~~
ACACIA~ORAL; CAPSULE, SUSTAINED ACTION~009000015~11.77~MG
ACACIA~ORAL; POWDER~009000015~80~%
ACACIA~ORAL; POWDER, FOR ORAL SUSPENSION~009000015~64.8~%
ACACIA~ORAL; POWDER, FOR SOLUTION~009000015~~
ACACIA~ORAL; POWDER, FOR SUSPENSION~009000015~~
ACACIA~ORAL; SYRUP~009000015~~
ACACIA~ORAL; TABLET~009000015~70~MG
ACACIA~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009000015~80~MG
ACACIA~ORAL; TABLET, COATED~009000015~156~MG
ACACIA~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009000015~10~MG
ACACIA~ORAL; TABLET, FILM COATED~009000015~14.9~MG
ACACIA~ORAL; TABLET, REPEAT ACTION~009000015~11.542~MG
ACACIA~ORAL; TABLET, SUSTAINED ACTION~009000015~34.4~MG
ACACIA~ORAL-20; TABLET~009000015~33.5~MG
ACACIA~ORAL-21; TABLET~009000015~5~MG
ACACIA~ORAL-28; TABLET~009000015~5~MG
ACACIA MUCILAGE~ORAL; TABLET, COATED~008047389~27.2~MG
ACACIA SYRUP~ORAL; CAPSULE, SUSTAINED ACTION~008047378~69.64~MG
ACESULFAME POTASSIUM~BUCCAL; GUM, CHEWING~033665906~2~MG
ACESULFAME POTASSIUM~DENTAL; SOLUTION~033665906~0.12~%
ACESULFAME POTASSIUM~ORAL; POWDER, FOR ORAL SOLUTION~033665906~0.117~GM
ACESULFAME POTASSIUM~ORAL; POWDER, FOR SUSPENSION~033665906~0.9~%
ACESULFAME POTASSIUM~ORAL; SOLUTION~033665906~0.5~%
ACESULFAME POTASSIUM~ORAL; SUSPENSION, LIQUID~033665906~0.15~%
ACESULFAME POTASSIUM~ORAL; TABLET~033665906~4.4~MG
ACESULFAME POTASSIUM~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~033665906~2.143~MG
ACESULFAME POTASSIUM~ORAL; TABLET, FILM COATED~033665906~8.19~MG
ACESULFAME POTASSIUM~SUBLINGUAL; TABLET~033665906~3~MG
ACETIC ACID~AURICULAR (OTIC); SUSPENSION~~~
ACETIC ACID~IM - IV - SC; INJECTION~~~
ACETIC ACID~IM - IV; INJECTION~~~
ACETIC ACID~IM - SC; INJECTION~~~
ACETIC ACID~INTRAMUSCULAR; INJECTION~~0.02~%
ACETIC ACID~INTRAVENOUS; INJECTABLE~~0.01~%

ACETIC ACID~INTRAVENOUS;  INJECTION~~12.75~%
ACETIC ACID~IV(INFUSION);  INJECTION~~1~%
ACETIC ACID~OPHTHALMIC;  POWDER, FOR SOLUTION~~~
ACETIC ACID~OPHTHALMIC;  SOLUTION~~0.043~%
ACETIC ACID~ORAL;  CAPSULE, SUSTAINED ACTION~~~
ACETIC ACID~SUBCUTANEOUS;  INJECTION~~~
ACETIC ACID~SUBCUTANEOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~~
ACETIC ACID~SUBCUTANEOUS;  SOLUTION, INJECTION~~~
ACETIC ACID~TOPICAL;  SOLUTION~~~
ACETIC ACID~TOPICAL;  SPONGE~~~
ACETIC ACID~TOPICAL;  SUSPENSION~~0.04~%
ACETIC ACID, GLACIAL~AN,INFILTRATION;  INJECTION~000064197~~
ACETIC ACID, GLACIAL~AURICULAR (OTIC);  SOLUTION~000064197~~
ACETIC ACID, GLACIAL~AURICULAR (OTIC);  SUSPENSION~000064197~~
ACETIC ACID, GLACIAL~AURICULAR (OTIC);  SUSPENSION, LIQUID~000064197~2.55~%
ACETIC ACID, GLACIAL~EXTRACORPOREAL;  SOLUTION~000064197~~
ACETIC ACID, GLACIAL~IM - IV - SC;  INJECTION~000064197~0.352~%
ACETIC ACID, GLACIAL~IM - IV - SC;  POWDER, FOR INJECTION
SOLUTION~000064197~~
ACETIC ACID, GLACIAL~IM - IV;  INJECTION~000064197~0.25~%
ACETIC ACID, GLACIAL~IM - SC;  INJECTION~000064197~0.2~%
ACETIC ACID, GLACIAL~IM - SC;  INJECTION, SUSTAINED ACTION~000064197~~
ACETIC ACID, GLACIAL~INTRA-ARTICULAR;  INJECTION~000064197~~
ACETIC ACID, GLACIAL~INTRALESIONAL;  INJECTION~000064197~~
ACETIC ACID, GLACIAL~INTRAMUSCULAR;  INJECTION~000064197~0.25~%
ACETIC ACID, GLACIAL~INTRASYNOVIAL;  INJECTION~000064197~~
ACETIC ACID, GLACIAL~INTRAVENOUS;  INJECTABLE~000064197~0.046~%
ACETIC ACID, GLACIAL~INTRAVENOUS;  INJECTION~000064197~0.36~%
ACETIC ACID, GLACIAL~INTRAVENOUS;  SOLUTION, INJECTION~000064197~0.051~%
ACETIC ACID, GLACIAL~IRRIGATION;  SOLUTION~000064197~~
ACETIC ACID, GLACIAL~IV - SC;  INJECTION~000064197~0.2~%
ACETIC ACID, GLACIAL~IV - SC;  LIQUID~000064197~0.2~%
ACETIC ACID, GLACIAL~IV(INFUSION);  INJECTION~000064197~0.44~%
ACETIC ACID, GLACIAL~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION,
LYOPHILIZED~000064197~0.27~%
ACETIC ACID, GLACIAL~IV(INFUSION);  SOLUTION, INJECTION~000064197~0.715~%
ACETIC ACID, GLACIAL~NASAL;  SOLUTION~000064197~~
ACETIC ACID, GLACIAL~NASAL;  SPRAY, METERED~000064197~~
ACETIC ACID, GLACIAL~NERVE BLOCK;  INJECTION~000064197~~
ACETIC ACID, GLACIAL~OPHTHALMIC;  SOLUTION~000064197~0.2~%
ACETIC ACID, GLACIAL~OPHTHALMIC;  SOLUTION, DROPS~000064197~0.09~%
ACETIC ACID, GLACIAL~ORAL;  CAPSULE~000064197~~
ACETIC ACID, GLACIAL~ORAL;  CAPSULE, HARD GELATIN~000064197~~
ACETIC ACID, GLACIAL~ORAL;  CONCENTRATE~000064197~~
ACETIC ACID, GLACIAL~ORAL;  SOLUTION, ELIXIR~000064197~0.1067~%
ACETIC ACID, GLACIAL~ORAL;  SOLUTION, SYRUP~000064197~0.1~%
ACETIC ACID, GLACIAL~ORAL;  TABLET~000064197~0.002~MG
ACETIC ACID, GLACIAL~PHOTOPHERESIS;  SOLUTION~000064197~~
ACETIC ACID, GLACIAL~SOFT TISSUE;  INJECTION~000064197~~
ACETIC ACID, GLACIAL~SUBCUTANEOUS;  INJECTION~000064197~~

DTX-2583

ACETIC ACID, GLACIAL~SUBCUTANEOUS; LIQUID~000064197~0.0107~%
ACETIC ACID, GLACIAL~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000064197~0.041~%
ACETIC ACID, GLACIAL~SUBCUTANEOUS; SOLUTION, INJECTION~000064197~0.11~%
ACETIC ANHYDRIDE~INTRAVENOUS; INJECTION~000108247~~
ACETIC ANHYDRIDE~ORAL; TABLET, SUSTAINED ACTION~000108247~0.11~MG
ACETONE~IMPLANTATION; PELLET~000067641~~
ACETONE~ORAL; GRANULE, FOR SUSPENSION~000067641~~
ACETONE~ORAL; TABLET~000067641~~
ACETONE~ORAL; TABLET, COATED~000067641~~
ACETONE~ORAL; TABLET, SUSTAINED ACTION~000067641~~
ACETONE~ORAL-21; TABLET~000067641~~
ACETONE~TOPICAL; LOTION~000067641~10~%
ACETONE~TOPICAL; SHAMPOO~000067641~13~%
ACETONE~TOPICAL; SOLUTION~000067641~12.69~%
ACETONE SODIUM BISULFITE~AN,CNBLK INTRATHECAL; INJECTION~000540921~~
ACETONE SODIUM BISULFITE~AN,INFILTRATION; INJECTION~000540921~~
ACETONE SODIUM BISULFITE~DENTAL; INJECTION~000540921~~
ACETONE SODIUM BISULFITE~INHALATION; SOLUTION~000540921~0.5003~%
ACETONE SODIUM BISULFITE~NERVE BLOCK; INJECTION~000540921~~
ACETOPHENONE~ORAL; CAPSULE, SOFT GELATIN~000098862~0.01~MG
ACETYLATED MONOGLYCERIDES~INTRAVENOUS; INJECTION~~~
ACETYLATED MONOGLYCERIDES~ORAL; CAPSULE, EXTENDED RELEASE~~2.37~MG
ACETYLATED MONOGLYCERIDES~ORAL; CAPSULE, SUSTAINED ACTION~~0.593~MG
ACETYLATED MONOGLYCERIDES~ORAL; SOLUTION~~24~%
ACETYLATED MONOGLYCERIDES~ORAL; TABLET~~3.74~MG
ACETYLATED MONOGLYCERIDES~ORAL; TABLET, COATED~~0.28~MG
ACETYLATED MONOGLYCERIDES~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~5.17~MG
ACETYLATED MONOGLYCERIDES~ORAL; TABLET, FILM COATED~~2.1~MG
ACETYLATED MONOGLYCERIDES~ORAL; TABLET, SUSTAINED ACTION~~2.48~MG
ACETYLCYSTEINE~INHALATION; SOLUTION~000616911~0.5~%
ACETYLTRIBUTYL CITRATE~ORAL; CAPSULE~~~
ACETYLTRIBUTYL CITRATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~7.6~MG
ACETYLTRIBUTYL CITRATE~ORAL; CAPSULE, SUSTAINED ACTION~~18.98~MG
ACETYLTRIBUTYL CITRATE~ORAL; TABLET~~0.56~MG
ACETYLTRIBUTYL CITRATE~ORAL; TABLET, ENTERIC COATED PARTICLES~~18.7~MG
ACETYLTRIBUTYL CITRATE~ORAL; TABLET, SUSTAINED ACTION~~57.35~MG
ACETYLTRYPTOPHAN~INTRAVENOUS; INJECTION~~0.02~%
ACRYLATES COPOLYMER~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~5.05~MG
ACRYLATES COPOLYMER~ORAL; TABLET, EXTENDED RELEASE~~14.71~MG
ACRYLATES COPOLYMER~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~~11.88~MG
ACRYLATES COPOLYMER~ORAL; TABLET, SUSTAINED ACTION, COATED~~25.18~MG
ACRYLATES COPOLYMER~TOPICAL; EMULSION, CREAM~~13.6~%
ACRYLATES COPOLYMER~TOPICAL; GEL~~10~%
ACRYLATES COPOLYMER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~382.22~MG
ACRYLIC ACID HOMOPOLYMER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
ACRYLIC ACID/ISOOCTYLACRYLATE COPOLYMER~TRANSDERMAL; FILM, CONTROLLED

DTX-2583

RELEASE~~24.5~MG
ADCOTE 72A103~TRANSDERMAL; FILM, CONTROLLED RELEASE~~16~MG
ADCOTE 72A103~TRANSDERMAL; PATCH, CONTROLLED RELEASE~~3.99~MG
ADHESIVE TAPE~TOPICAL; DISC~~~
ADHESIVE TAPE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~127.85~MG
ADIPIC ACID~INTRAMUSCULAR; INJECTION~000124049~1~%
AEROTEX RESIN 3730~TRANSDERMAL; FILM, CONTROLLED RELEASE~~1.9~MG
AGAR~ORAL; TABLET~009002180~0.203~MG
AIR~INHALATION; GAS~~~
ALANINE~IV(INFUSION); INJECTION~000056417~77~%
ALANINE~IV(INFUSION); SOLUTION, INJECTION~000056417~21~%
ALBUMIN AGGREGATED~INTRAVENOUS; INJECTION~~0.15~%
ALBUMIN COLLOIDAL~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~~0.1~%
ALBUMIN HUMAN~INTRAVENOUS; INJECTION~009006535~1~%
ALBUMIN HUMAN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~009006535~1~%
ALBUMIN HUMAN~IV(INFUSION); INJECTION~009006535~1~%
ALBUMIN HUMAN~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009006535~80~%
ALBUMIN HUMAN~SUBCUTANEOUS; INJECTABLE~009006535~0.1~%
ALBUMIN MICROSHERE HUMAN SERUM~INTRAVENOUS; INJECTION~~0.5~%
ALBUMINS~ORAL; TABLET, FILM COATED~~4.5~MG
ALCOHOL~DENTAL; SOLUTION~000064175~12.8~%
ALCOHOL~IM - IV - SC; INJECTION~000064175~6.1~%
ALCOHOL~IM - IV; INJECTION~000064175~11~%
ALCOHOL~IM - IV; SOLUTION, INJECTION~000064175~10~%
ALCOHOL~INHALATION; AEROSOL, METERED~000064175~95.89~%
ALCOHOL~INHALATION; AEROSOL, SPRAY~000064175~33~%
ALCOHOL~INHALATION; SOLUTION~000064175~25~%
ALCOHOL~INTRAMUSCULAR; INJECTION~000064175~12~%
ALCOHOL~INTRAMUSCULAR; SOLUTION, INJECTION~000064175~10~%
ALCOHOL~INTRAVASCULAR; INJECTION~000064175~~
ALCOHOL~INTRAVENOUS; INJECTION~000064175~49~%
ALCOHOL~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000064175~~
ALCOHOL~INTRAVENOUS; SOLUTION, INJECTION~000064175~20~%
ALCOHOL~IV - SC; INJECTION~000064175~0.945~%
ALCOHOL~IV(INFUSION); INJECTION~000064175~34.3~%
ALCOHOL~IV(INFUSION); SOLUTION, INJECTION~000064175~30~%
ALCOHOL~N/A; NOT APPLICABLE~000064175~~
ALCOHOL~OPHTHALMIC; SOLUTION~000064175~0.5~%
ALCOHOL~OPHTHALMIC; SOLUTION, DROPS~000064175~1.4~%
ALCOHOL~ORAL; AEROSOL, METERED~000064175~~
ALCOHOL~ORAL; CAPSULE~000064175~0.058~MG
ALCOHOL~ORAL; CAPSULE, SOFT GELATIN~000064175~15.36~MG
ALCOHOL~ORAL; CAPSULE, SUSTAINED ACTION~000064175~~
ALCOHOL~ORAL; CONCENTRATE~000064175~71.6~%
ALCOHOL~ORAL; LIQUID~000064175~~
ALCOHOL~ORAL; SOLUTION~000064175~66~%
ALCOHOL~ORAL; SOLUTION, CONCENTRATE~000064175~~
ALCOHOL~ORAL; SOLUTION, ELIXIR~000064175~94.7~%
ALCOHOL~ORAL; SOLUTION, LIQUID, CONCENTRATE, ORAL~000064175~15.068~%

DTX-2583

ALCOHOL~ORAL; SUSPENSION~000064175~7.25~%
ALCOHOL~ORAL; SYRUP~000064175~75~%
ALCOHOL~ORAL; TABLET~000064175~196~MG
ALCOHOL~ORAL; TABLET, COATED~000064175~~
ALCOHOL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000064175~71.5~MG
ALCOHOL~ORAL; TABLET, FILM COATED~000064175~~
ALCOHOL~ORAL; TABLET, REPEAT ACTION~000064175~~
ALCOHOL~ORAL; TABLET, SUSTAINED ACTION~000064175~~
ALCOHOL~ORAL-21; TABLET~000064175~~
ALCOHOL~ORAL-28; TABLET~000064175~~
ALCOHOL~RECTAL; SUSPENSION~000064175~0.35~%
ALCOHOL~RESPIRATORY (INHALATION); SOLUTION, FOR INHALATION~000064175~0.081~%
ALCOHOL~ROUTE NOT GIVEN; DOSAGE FORM NOT GIVEN~000064175~~
ALCOHOL~ROUTE NOT GIVEN; SOLUTION, INJECTION~000064175~~
ALCOHOL~SUBLINGUAL; TABLET~000064175~~
ALCOHOL~TOPICAL; EMULSION, AEROSOL FOAM~000064175~58.21~%
ALCOHOL~TOPICAL; EMULSION, CREAM~000064175~~
ALCOHOL~TOPICAL; GEL~000064175~84.95~%
ALCOHOL~TOPICAL; LOTION~000064175~80.5~%
ALCOHOL~TOPICAL; PATCH~000064175~~
ALCOHOL~TOPICAL; POWDER, FOR SOLUTION~000064175~~
ALCOHOL~TOPICAL; SHAMPOO~000064175~10~%
ALCOHOL~TOPICAL; SOLUTION~000064175~91.07~%
ALCOHOL~TOPICAL; SPRAY~000064175~~
ALCOHOL~TOPICAL; SWAB~000064175~~
ALCOHOL~TRANSDERMAL; FILM, CONTROLLED RELEASE~000064175~358.7~MG
ALCOHOL~TRANSDERMAL; GEL~000064175~74.1~%
ALCOHOL, DEHYDRATED~DENTAL; SOLUTION~000064175~11.34~%
ALCOHOL, DEHYDRATED~EXTRACORPOREAL; SOLUTION~000064175~5~%
ALCOHOL, DEHYDRATED~IM - IV - SC; INJECTION~000064175~4.93~%
ALCOHOL, DEHYDRATED~IM - IV; INJECTABLE~000064175~10~%
ALCOHOL, DEHYDRATED~IM - IV; INJECTION~000064175~20~%
ALCOHOL, DEHYDRATED~IM - IV; SOLUTION, INJECTION~000064175~10~%
ALCOHOL, DEHYDRATED~INHALATION; AEROSOL, METERED~000064175~34.548~%
ALCOHOL, DEHYDRATED~INTRACAVITARY; INJECTION~000064175~~
ALCOHOL, DEHYDRATED~INTRAMUSCULAR; INJECTION~000064175~10~%
ALCOHOL, DEHYDRATED~INTRAMUSCULAR; INJECTION, MICROSPHERES~000064175~~
ALCOHOL, DEHYDRATED~INTRAMUSCULAR; SOLUTION, INJECTION~000064175~10~%
ALCOHOL, DEHYDRATED~INTRAVASCULAR; INJECTION~000064175~~
ALCOHOL, DEHYDRATED~INTRAVENOUS; INJECTION~000064175~40~%
ALCOHOL, DEHYDRATED~INTRAVESICAL; SOLUTION~000064175~50~%
ALCOHOL, DEHYDRATED~IV(INFUSION); INJECTION~000064175~80~%
ALCOHOL, DEHYDRATED~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000064175~0.0365~%
ALCOHOL, DEHYDRATED~IV(INFUSION); SOLUTION, INJECTION~000064175~49.7~%
ALCOHOL, DEHYDRATED~NASAL; AEROSOL~000064175~2~%
ALCOHOL, DEHYDRATED~NASAL; AEROSOL, METERED~000064175~0.7~%
ALCOHOL, DEHYDRATED~NASAL; SPRAY, METERED~000064175~~
ALCOHOL, DEHYDRATED~OPHTHALMIC; SOLUTION~000064175~0.5~%
ALCOHOL, DEHYDRATED~OPHTHALMIC; SOLUTION, DROPS~000064175~0.5~%

DTX-2583

ALCOHOL, DEHYDRATED~ORAL; AEROSOL, METERED~000064175~0.4716~%
ALCOHOL, DEHYDRATED~ORAL; CAPSULE~000064175~200~MG
ALCOHOL, DEHYDRATED~ORAL; CAPSULE, SOFT GELATIN~000064175~159.6~MG
ALCOHOL, DEHYDRATED~ORAL; CONCENTRATE~000064175~0~%
ALCOHOL, DEHYDRATED~ORAL; SOLUTION~000064175~35.63~%
ALCOHOL, DEHYDRATED~ORAL; SOLUTION, ELIXIR~000064175~20~%
ALCOHOL, DEHYDRATED~ORAL; SUSPENSION~000064175~1.75~%
ALCOHOL, DEHYDRATED~ORAL; SYRUP~000064175~29~%
ALCOHOL, DEHYDRATED~ORAL; TABLET~000064175~~
ALCOHOL, DEHYDRATED~ORAL; TABLET, FILM COATED~000064175~0.75~MG
ALCOHOL, DEHYDRATED~ORAL-28; TABLET~000064175~~
ALCOHOL, DEHYDRATED~PHOTOPHERESIS; SOLUTION~000064175~5~%
ALCOHOL, DEHYDRATED~RECTAL; GEL~000064175~11.224~%
ALCOHOL, DEHYDRATED~RESPIRATORY (INHALATION); AEROSOL, METERED~000064175~10~%
ALCOHOL, DEHYDRATED~SUBLINGUAL; SPRAY, METERED~000064175~0.95~%
ALCOHOL, DEHYDRATED~TOPICAL; AEROSOL~000064175~60.39~%
ALCOHOL, DEHYDRATED~TOPICAL; EMULSION, AEROSOL FOAM~000064175~60.43~%
ALCOHOL, DEHYDRATED~TOPICAL; GEL~000064175~94.7808~%
ALCOHOL, DEHYDRATED~TOPICAL; LOTION~000064175~8.8~%
ALCOHOL, DEHYDRATED~TOPICAL; SOLUTION~000064175~96.67~%
ALCOHOL, DEHYDRATED~TOPICAL; SOLUTION, LIQUID~000064175~25~%
ALCOHOL, DEHYDRATED~TOPICAL; SWAB~000064175~0.695~ML
ALCOHOL, DEHYDRATED~TRANSDERMAL; FILM, CONTROLLED RELEASE~000064175~250~MG
ALCOHOL, DENATURED~DENTAL; GEL~008024451~1.8~%
ALCOHOL, DENATURED~DENTAL; PASTE~008024451~~
ALCOHOL, DENATURED~INTRAVENOUS; INJECTION~008024451~~
ALCOHOL, DENATURED~ORAL; CAPSULE~008024451~~
ALCOHOL, DENATURED~ORAL; SYRUP~008024451~7~%
ALCOHOL, DENATURED~ORAL; TABLET~008024451~0.24~MG
ALCOHOL, DENATURED~ORAL; TABLET, FILM COATED~008024451~~
ALCOHOL, DENATURED~TOPICAL; AEROSOL~008024451~68~%
ALCOHOL, DENATURED~TOPICAL; GEL~008024451~96.9385~%
ALCOHOL, DENATURED~TOPICAL; LOTION~008024451~25~%
ALCOHOL, DENATURED~TOPICAL; SOLUTION~008024451~60.16~%
ALCOHOL, DENATURED~TOPICAL; SWAB~008024451~75~ML
ALCOHOL, DENATURED~VAGINAL; TABLET~008024451~~
ALCOHOL, DILUTED~IM - IV; INJECTION~008000166~10~%
ALCOHOL, DILUTED~ORAL; SOLUTION~008000166~~
ALCOHOL, DILUTED~ORAL; SOLUTION, ELIXIR~008000166~20~%
ALCOHOL, DILUTED~ORAL; SUSPENSION~008000166~~
ALCOHOL, DILUTED~ORAL; SYRUP~008000166~1.5~%
ALCOHOL, DILUTED~TOPICAL; AEROSOL~008000166~68.5~%
ALCOHOL, DILUTED~TOPICAL; POWDER, FOR SOLUTION~008000166~40~%
ALFADEX~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010016203~0.129~%
ALGINIC ACID~OPHTHALMIC; SUPPOSITORY, INSERT, CONTROLLED RELEASE~009005327~1~MG
ALGINIC ACID~ORAL; CAPSULE~009005327~80~MG
ALGINIC ACID~ORAL; TABLET~009005327~32~MG

ALGINIC ACID~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009005327~400~MG
ALGINIC ACID~ORAL; TABLET, COATED~009005327~60~MG
ALGINIC ACID~ORAL; TABLET, FILM COATED~009005327~52.8~MG
ALGINIC ACID~ORAL; TABLET, SUSTAINED ACTION~009005327~22.25~MG
ALKYL AMMONIUM SULFONIC ACID BETAINE~TOPICAL; SPONGE~~~
ALKYL ARYL SODIUM SULFONATE~TOPICAL; SHAMPOO, SUSPENSION~~2.5~%
ALLANTOIN~TOPICAL; EMULSION, CREAM~000097596~1~%
ALLANTOIN~TOPICAL; GEL~000097596~0.2~%
ALLANTOIN~VAGINAL; EMULSION, CREAM~000097596~2~%
ALMOND OIL~TOPICAL; EMULSION, CREAM~008007690~2~%
ALPHA-TERPINEOL~TOPICAL; LOTION~000098555~11~%
ALPHA-TOCOPHEROL~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~~0.064~%
ALPHA-TOCOPHEROL~ORAL; CAPSULE~~0.5~MG
ALPHA-TOCOPHEROL~ORAL; CAPSULE, SOFT GELATIN~~5~MG
ALPHA-TOCOPHEROL~ORAL; TABLET~~0.3~MG
ALPHA-TOCOPHEROL~TOPICAL; OINTMENT~~0.002~%
ALTHEA~ORAL; SUSPENSION~~~
ALUMINUM ACETATE~AURICULAR (OTIC); SOLUTION~000139128~0.79~%
ALUMINUM ACETATE~TOPICAL; EMULSION, CREAM~000139128~0.0001~%
ALUMINUM ACETATE~TOPICAL; LOTION~000139128~10~%
ALUMINUM ACETATE~TOPICAL; SHAMPOO~000139128~0.1~%
ALUMINUM CHLORHYDROXY ALLANTOINATE~TOPICAL; EMULSION, CREAM~017175870~~
ALUMINUM DIACETATE~RECTAL; SUPPOSITORY~000142030~75~MG
ALUMINUM HYDROXIDE~ORAL; CAPSULE~001302290~~
ALUMINUM HYDROXIDE~ORAL; TABLET~001302290~15~MG
ALUMINUM HYDROXIDE~TOPICAL; EMULSION, CREAM~001302290~5~%
ALUMINUM HYDROXIDE~TOPICAL; OINTMENT~001302290~~
ALUMINUM HYDROXIDE - SUCROSE, HYDRATED~TOPICAL; EMULSION, CREAM~~~
ALUMINUM HYDROXIDE GEL~ORAL; SUSPENSION~012040594~~
ALUMINUM HYDROXIDE GEL~ORAL; TABLET~012040594~85~MG
ALUMINUM HYDROXIDE GEL~TOPICAL; EMULSION, CREAM~012040594~5~%
ALUMINUM HYDROXIDE GEL F 500~TOPICAL; EMULSION, CREAM~~2~%
ALUMINUM HYDROXIDE GEL F 5000~TOPICAL; EMULSION, CREAM~~3~%
ALUMINUM HYDROXIDE GEL, DRIED~ORAL; TABLET~008012633~0.173~MG
ALUMINUM MAGNESIUM SILICATE~ORAL; DROPS~012511318~0.166~%
ALUMINUM MAGNESIUM SILICATE~ORAL; GRANULE~012511318~8.3~MG
ALUMINUM MAGNESIUM SILICATE~ORAL; SUSPENSION~012511318~6.4~%
ALUMINUM MAGNESIUM SILICATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~012511318~8~MG
ALUMINUM MAGNESIUM SILICATE~RECTAL; SUSPENSION~012511318~1~%
ALUMINUM MAGNESIUM SILICATE~TOPICAL; EMULSION, CREAM~012511318~1.5~%
ALUMINUM MAGNESIUM SILICATE~TOPICAL; LOTION~012511318~1.5~%
ALUMINUM MAGNESIUM SILICATE~TOPICAL; SHAMPOO, SUSPENSION~012511318~0.85~%
ALUMINUM MAGNESIUM SILICATE~VAGINAL; OINTMENT~012511318~5~%
ALUMINUM MONOSTEARATE~TOPICAL; EMULSION, CREAM~007047849~0.01~%
ALUMINUM OXIDE~ORAL; TABLET~001344281~~
ALUMINUM OXIDE~TOPICAL; SPONGE~001344281~~
ALUMINUM POLYESTER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~81~MG

DTX-2583

ALUMINUM POTASSIUM SULFATE~VAGINAL; SUPPOSITORY~~17.2~MG
ALUMINUM SILICATE~ORAL; TABLET~012141467~19.25~MG
ALUMINUM SILICATE~ORAL; TABLET, COATED~012141467~50~MG
ALUMINUM SILICATE~ORAL; TABLET, SUSTAINED ACTION~012141467~94~MG
ALUMINUM SILICATE~ORAL; TABLET, SUSTAINED ACTION, COATED~012141467~47~MG
ALUMINUM SILICATE~TOPICAL; SHAMPOO, SUSPENSION~012141467~~
ALUMINUM SILICATE PENTAHYDRATE~ORAL; TABLET, COATED~014504951~~
ALUMINUM STARCH OCTENYLSUCCINATE~TOPICAL; EMULSION, CREAM~~10~%
ALUMINUM STEARATE~ORAL; CAPSULE, SUSTAINED ACTION~007047849~0.4~MG
ALUMINUM STEARATE~ORAL; TABLET~007047849~2.8~MG
ALUMINUM STEARATE~ORAL; TABLET, SUSTAINED ACTION~007047849~105~MG
ALUMINUM STEARATE~TOPICAL; EMULSION, CREAM~007047849~~
ALUMINUM STEARATE~TOPICAL; OINTMENT~007047849~0.01~%
ALUMINUM SULFATE~AURICULAR (OTIC); SOLUTION~010043013~0.79~%
ALUMINUM SULFATE~TOPICAL; EMULSION, CREAM~010043013~0.131~%
ALUMINUM SULFATE~TOPICAL; LOTION~010043013~~
ALZAMER-39~ORAL; TABLET, SUSTAINED ACTION~~10~MG
ALZAMER-50~ORAL; TABLET, CONTROLLED RELEASE~~32~MG
ALZAMER-50~ORAL; TABLET, SUSTAINED ACTION~~10~MG
AMBERLITE~ORAL; CAPSULE~009002191~4.86~MG
AMBERLITE~ORAL; TABLET~009002191~20~MG
AMBERLITE~ORAL; TABLET, COATED~009002191~~
AMBERLITE~ORAL; TABLET, FILM COATED~009002191~25~MG
AMBERLITE IR-120~ORAL; CAPSULE, SUSTAINED ACTION~009002237~12~MG
AMBERLITE IRP-69M~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~~18~MG
AMBERLITE XE-58~ORAL; POWDER~009002317~~
AMBERLITE XE-88~ORAL; TABLET~009002340~2.4~MG
AMBERLITE XE-88~ORAL; TABLET, COATED~009002340~9~MG
AMERCHOL C~TOPICAL; EMULSION~008035301~0.1~%
AMERCHOL-CAB~OPHTHALMIC; OINTMENT~008029047~0.002~%
AMERCHOL-CAB~TOPICAL; OINTMENT~008029047~10~%
AMMONIA~INHALATION; LIQUID~007664417~~
AMMONIA SOLUTION~ORAL; SUSPENSION~008007576~0.015~%
AMMONIA SOLUTION~TOPICAL; EMULSION, CREAM~008007576~~
AMMONIA SOLUTION~TOPICAL; LOTION~008007576~~
AMMONIA SOLUTION, STRONG~ORAL; CAPSULE, SUSTAINED ACTION~007664417~0.05~MG
AMMONIA SOLUTION, STRONG~TOPICAL; LOTION~007664417~~
AMMONIO METHACRYLATE COPOLYMER~ORAL; CAPSULE, SUSTAINED ACTION~~81.1~MG
AMMONIO METHACRYLATE COPOLYMER~ORAL; TABLET~~~
AMMONIO METHACRYLATE COPOLYMER~ORAL; TABLET, CONTROLLED RELEASE~~56.7~MG
AMMONIO METHACRYLATE COPOLYMER~ORAL; TABLET, SUSTAINED ACTION~~132.5~MG
AMMONIO METHACRYLATE COPOLYMER TYPE A~ORAL; CAPSULE, EXTENDED RELEASE~~4.2~MG
AMMONIO METHACRYLATE COPOLYMER TYPE B~ORAL; CAPSULE, EXTENDED RELEASE~~37.48~MG
AMMONIO METHACRYLATE COPOLYMER TYPE B~ORAL; TABLET, SUSTAINED ACTION~~81.6~MG
AMMONIUM ACETATE~INTRAMUSCULAR; INJECTION~000631618~0.4~%
AMMONIUM ACETATE~INTRAVENOUS; INJECTION~000631618~0.4~%
AMMONIUM ACETATE~IV(INFUSION); INJECTION~000631618~0.4~%

AMMONIUM CALCIUM ALGINATE~ORAL; TABLET~~10.72~MG
AMMONIUM CHLORIDE~ORAL; SYRUP~012125029~7~%
AMMONIUM CHLORIDE~ORAL; TABLET~012125029~4.2~MG
AMMONIUM CHLORIDE~ORAL; TABLET, FILM COATED~012125029~8~MG
AMMONIUM GLYCYRRHIZATE~ORAL; GRANULE~053956040~3.125~MG
AMMONIUM GLYCYRRHIZATE~ORAL; SOLUTION~053956040~0.8~%
AMMONIUM HYDROXIDE~INTRAVENOUS; INJECTION~~0.219~%
AMMONIUM HYDROXIDE~OPHTHALMIC; SOLUTION~~~
AMMONIUM HYDROXIDE~OPHTHALMIC; SOLUTION, DROPS~~~
AMMONIUM HYDROXIDE~ORAL; CAPSULE~~~
AMMONIUM HYDROXIDE~ORAL; CAPSULE, DELAYED ACTION~~~
AMMONIUM HYDROXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
AMMONIUM HYDROXIDE~ORAL; TABLET, EXTENDED RELEASE~~~
AMMONIUM HYDROXIDE~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
AMMONIUM HYDROXIDE~SUBCUTANEOUS; INJECTION~~~
AMMONIUM HYDROXIDE~TOPICAL; EMULSION, CREAM~~5.72~%
AMMONIUM HYDROXIDE~TOPICAL; LOTION~~~
AMMONIUM LAURYL SULFATE~TOPICAL; AEROSOL~002235543~~
AMMONIUM LAURYL SULFATE~TOPICAL; EMULSION~002235543~39.75~%
AMMONIUM NONOXYNOL 4 SULFATE~TOPICAL; SPONGE~~~
AMMONIUM PHOSPHATE~ORAL; TABLET~007783280~0.4~MG
AMMONIUM PHOSPHATE~ORAL; TABLET, SUSTAINED ACTION~007783280~0.4~MG
AMMONIUM PHOSPHATE~SUBLINGUAL; TABLET~007783280~0.2~MG
AMMONIUM SALT OF C-12-C-15 LINEAR PRIMARY ALCOHOL ETHOXYLATE~TOPICAL; SPONGE~~~
AMMONIUM SULFATE~INTRAVENOUS; INJECTION, SUSPENSION, LIPOSOMAL~007783202~0.2~%
AMMONYX~TOPICAL; AEROSOL, METERED~~3~%
AMMONYX~TOPICAL; SOLUTION~~3.5~%
AMMONYX~TOPICAL; SPONGE~~37500~MG
AMPHOTERIC-2~TOPICAL; SHAMPOO, SUSPENSION~~5~%
AMPHOTERIC-9~TOPICAL; EMULSION, CREAM~~0.66~%
AMYL ACETATE~ORAL; SUSPENSION~000628637~~
ANETHOLE~DENTAL; SOLUTION~004180238~~
ANETHOLE~ORAL; SOLUTION~004180238~~
ANETHOLE~ORAL; SOLUTION, ELIXIR~004180238~0.003~%
ANETHOLE~ORAL; SYRUP~004180238~0.046~%
ANIDRISORB 85/70~ORAL; CAPSULE~~35.09~MG
ANIDRISORB 85/70~ORAL; CAPSULE, SOFT GELATIN~~123~MG
ANIDRISORB 85/70~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~~93.4~MG
ANISE~ORAL; SOLUTION, ELIXIR~~0.009~%
ANISE EXTRACT~ORAL; SOLUTION, ELIXIR~000104461~0.015~%
ANISE OIL~ORAL; PASTILLE~008007703~16~MG
ANISE OIL~ORAL; SOLUTION~008007703~0.14~%
ANISE OIL~ORAL; SOLUTION, ELIXIR~008007703~15~%
ANISE OIL~ORAL; SUSPENSION~008007703~0.05~%
ANISE OIL~RECTAL; SOLUTION~008007703~0.14~%
ANOXID SBN~TOPICAL; EMULSION, CREAM~~0.1562~%
ANTIFOAM~ORAL; CAPSULE, SUSTAINED ACTION~008051089~0.16~MG
ANTIFOAM~ORAL; POWDER, FOR SUSPENSION~008051089~~

DTX-2583

ANTIFOAM~ORAL; SUSPENSION~008051089~~
ANTIFOAM~TOPICAL; LOTION~008051089~0.031~%
ANTIFOAM DC~ORAL; POWDER, FOR SUSPENSION~~~
ANTIFOAM M~ORAL; CAPSULE~~~
ANTIPYRINE~OPHTHALMIC; SOLUTION~000060800~0.1~%
APRICOT KERNEL OIL PEG-6 ESTERS~TOPICAL; EMULSION, CREAM~~2.94~%
APRICOT KERNEL OIL PEG-6 ESTERS~VAGINAL; EMULSION, CREAM~~2.94~%
AQUACEL 126~ORAL; POWDER~008029149~~
AQUACOAT~ORAL; TABLET~~2.25~MG
AQUACOAT~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~13.5~MG
AQUACOAT ECD~ORAL; TABLET~~3.453~MG
AQUACOAT ECD~ORAL; TABLET, FILM COATED~~~
AQUACOAT ECD~ORAL; TABLET, SUSTAINED ACTION~~27.4~MG
AQUAPHOR~TOPICAL; EMULSION, CREAM~008029150~1~%
AQUAPHOR~TOPICAL; LOTION~008029150~~
AQUAPHOR~TOPICAL; OINTMENT~008029150~~
ARGININE~IM - IV; INJECTION~~~
ARGININE~IM - IV; POWDER, FOR INJECTION SOLUTION~~~
ARGININE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~~78~%
ARGININE~IV(INFUSION); INJECTION~~88~%
ARGININE~IV(INFUSION); SOLUTION, INJECTION~~29~%
ARLACEL~TOPICAL; EMULSION~008029229~5.5~%
ARLACEL~TOPICAL; EMULSION, CREAM~008029229~1.5~%
ARLATONE 289~TOPICAL; EMULSION, CREAM~~1.9~%
ASCORBIC ACID~AN,INFILTRATION; INJECTION~000050817~~
ASCORBIC ACID~CAUDAL BLOCK; INJECTION~000050817~~
ASCORBIC ACID~EPIDURAL; INJECTION~000050817~~
ASCORBIC ACID~IM - IV; INJECTION~000050817~0.2~%
ASCORBIC ACID~INHALATION; AEROSOL, METERED~000050817~95.95~%
ASCORBIC ACID~INHALATION; AEROSOL, SPRAY~000050817~0.1~%
ASCORBIC ACID~INHALATION; SOLUTION~000050817~1.02~%
ASCORBIC ACID~INTRAMUSCULAR; INJECTION~000050817~1~%
ASCORBIC ACID~INTRAVENOUS; INJECTION~000050817~62.5~%
ASCORBIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000050817~0.2~%
ASCORBIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000050817~0.088~%
ASCORBIC ACID~INTRAVENOUS; SOLUTION, INJECTION~000050817~0.2~%
ASCORBIC ACID~IV(INFUSION); INJECTION~000050817~50.4~%
ASCORBIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000050817~~
ASCORBIC ACID~NERVE BLOCK; INJECTION~000050817~~
ASCORBIC ACID~ORAL; CAPSULE~000050817~7~MG
ASCORBIC ACID~ORAL; CONCENTRATE~000050817~0.6~%
ASCORBIC ACID~ORAL; SUSPENSION~000050817~0.2~%
ASCORBIC ACID~ORAL; SUSPENSION, SUSTAINED ACTION~000050817~~
ASCORBIC ACID~ORAL; SYRUP~000050817~1.25~%
ASCORBIC ACID~ORAL; TABLET~000050817~28.44~MG
ASCORBIC ACID~ORAL; TABLET, FILM COATED~000050817~20~MG
ASCORBIC ACID~RECTAL; SUPPOSITORY~000050817~3~MG
ASCORBIC ACID~SUBCUTANEOUS; INJECTION~000050817~1~%
ASCORBIC ACID~TOPICAL; GEL~000050817~0.3~%

DTX-2583

ASCORBIC ACID~TOPICAL; SOLUTION~000050817~0.044~%
ASCORBYL PALMITATE~ORAL; CAPSULE~000137666~12~MG
ASCORBYL PALMITATE~ORAL; TABLET~000137666~0.515~MG
ASCORBYL PALMITATE~RECTAL; SUPPOSITORY~000137666~5.6~MG
ASCORBYL PALMITATE~TOPICAL; EMULSION, CREAM~000137666~0.02~%
ASCORBYL PALMITATE~TOPICAL; SOLUTION~000137666~0.0044~%
ASPARTAME~BUCCAL; PATCH, CONTROLLED RELEASE~053906697~1.1~MG
ASPARTAME~ORAL; GRANULE, EFFERVESCENT~053906697~~
ASPARTAME~ORAL; GRANULE, FOR SUSPENSION~053906697~35~MG
ASPARTAME~ORAL; POWDER~053906697~45~%
ASPARTAME~ORAL; POWDER, FOR ORAL SOLUTION~053906697~0.233~GM
ASPARTAME~ORAL; POWDER, FOR ORAL SUSPENSION~053906697~1~%
ASPARTAME~ORAL; POWDER, FOR RECONSTITUTION~053906697~1.25~%
ASPARTAME~ORAL; POWDER, FOR SOLUTION~053906697~4.7~%
ASPARTAME~ORAL; POWDER, FOR SUSPENSION~053906697~2~%
ASPARTAME~ORAL; SUSPENSION~053906697~40.244~%
ASPARTAME~ORAL; SYRUP~053906697~0.0125~%
ASPARTAME~ORAL; TABLET~053906697~20~MG
ASPARTAME~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~053906697~1.75~MG
ASPARTAME~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~053906697~65~MG
ASPARTAME~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, EFFERVESCENT~053906697~30~MG
ASPARTAME~ORAL; TABLET, FILM COATED~053906697~20~MG
ASPARTAME~ORAL; TABLET, ORALLY DISINTEGRATING~053906697~36~MG
ASPARTAME~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~053906697~9~MG
ASPARTAME~ORAL; TROCHE~053906697~6.1~MG
ASPARTIC ACID~IV(INFUSION); INJECTION~000056848~0.68~%
ATTAPULGITE, ACTIVATED~ORAL; POWDER~001337764~~
BALSAM, CANADA~TOPICAL; LOTION~008007474~0.5~%
BALSAM, PERU~RECTAL; SUPPOSITORY~~100~MG
BARIUM SULFATE~INTRAUTERINE; INTRAUTERINE DEVICE~007727437~~
BARIUM SULFATE~INTRAUTERINE; SUPPOSITORY, INSERT, CONTROLLED RELEASE~007727437~10~MG
BARIUM SULFATE~VAGINAL; DRUG DELIVERY SYSTEM~007727437~5.9~MG
BARIUM SULFATE~VAGINAL; INTRAUTERINE DEVICE~007727437~1.42~MG
B-CYCLODEXTRIN SULFOBUTYL ETHER SODIUM~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~182410000~44.149~%
B-CYCLODEXTRIN SULFOBUTYL ETHER SODIUM~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~182410000~~
BEESWAX~ORAL; CAPSULE~~2~MG
BEESWAX~ORAL; CAPSULE, SOFT GELATIN~~16.8~MG
BEESWAX~ORAL; CAPSULE, SUSTAINED ACTION~~15.7857~MG
BEESWAX~ORAL; TABLET~~0.44~MG
BEESWAX~ORAL; TABLET, COATED~~0.53~MG
BEESWAX~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.1~MG
BEESWAX~ORAL; TABLET, DELAYED RELEASE~~~
BEESWAX~TOPICAL; EMULSION, CREAM~~5~%
BEESWAX~TOPICAL; OINTMENT~~5~%

BEESWAX, SYNTHETIC~TOPICAL; EMULSION, CREAM~~3.5~%
BEHENETH-10~TOPICAL; SOLUTION~~1.5~%
BENTONITE~ORAL; CAPSULE~001302789~~
BENTONITE~ORAL; SUSPENSION~001302789~1.3~%
BENTONITE~ORAL; TABLET~001302789~23~MG
BENTONITE~ORAL; TABLET, COATED~001302789~3.6935~MG
BENTONITE~TOPICAL; LOTION~001302789~5~%
BENTONITE~TOPICAL; POWDER~001302789~66.64~%
BENTONITE~TOPICAL; SHAMPOO, SUSPENSION~001302789~4~%
BENTONITE~TRANSDERMAL; FILM, CONTROLLED RELEASE~001302789~9.86~MG
BENTONITE~TRANSDERMAL; PATCH, CONTROLLED RELEASE~001302789~2.47~MG
BENTONITE~VAGINAL; SUPPOSITORY~001302789~288.1~MG
BENZALDEHYDE~ORAL; SUSPENSION~000100527~0.06~%
BENZALKONIUM CHLORIDE~AURICULAR (OTIC); SOLUTION~008001545~0.0275~%
BENZALKONIUM CHLORIDE~AURICULAR (OTIC); SOLUTION, DROPS~008001545~0.02~%
BENZALKONIUM CHLORIDE~AURICULAR (OTIC); SUSPENSION~008001545~0.02~%
BENZALKONIUM CHLORIDE~INHALATION; SOLUTION~008001545~20~%
BENZALKONIUM CHLORIDE~INTRA-ARTICULAR; INJECTION~008001545~~
BENZALKONIUM CHLORIDE~INTRABURSAL; INJECTION~008001545~~
BENZALKONIUM CHLORIDE~INTRADERMAL; INJECTION~008001545~~
BENZALKONIUM CHLORIDE~INTRALESIONAL; INJECTION~008001545~~
BENZALKONIUM CHLORIDE~INTRAMUSCULAR; INJECTION~008001545~~
BENZALKONIUM CHLORIDE~INTRAOCULAR; SOLUTION~008001545~0.0052~%
BENZALKONIUM CHLORIDE~NASAL; GEL~008001545~~
BENZALKONIUM CHLORIDE~NASAL; SOLUTION~008001545~1~%
BENZALKONIUM CHLORIDE~NASAL; SPRAY~008001545~0.119~%
BENZALKONIUM CHLORIDE~NASAL; SPRAY, METERED~008001545~0.1176~%
BENZALKONIUM CHLORIDE~OPHTHALMIC; GEL~008001545~0.008~%
BENZALKONIUM CHLORIDE~OPHTHALMIC; OINTMENT~008001545~0.025~%
BENZALKONIUM CHLORIDE~OPHTHALMIC; SOLUTION~008001545~8.8~%
BENZALKONIUM CHLORIDE~OPHTHALMIC; SOLUTION, DROPS~008001545~0.512~%
BENZALKONIUM CHLORIDE~OPHTHALMIC; SUSPENSION~008001545~0.025~%
BENZALKONIUM CHLORIDE~OPHTHALMIC; SUSPENSION, DROPS~008001545~0.025~%
BENZALKONIUM CHLORIDE~TOPICAL; JELLY~008001545~~
BENZALKONIUM CHLORIDE~TOPICAL; LOTION~008001545~0.1~%
BENZALKONIUM CHLORIDE~TOPICAL; SHAMPOO~008001545~0.2~%
BENZALKONIUM CHLORIDE~TOPICAL; SOLUTION~008001545~0.005~%
BENZALKONIUM CHLORIDE~TOPICAL; SOLUTION, DROPS~008001545~0.0075~%
BENZALKONIUM CHLORIDE~TOPICAL; SUSPENSION~008001545~0.01~%
BENZENESULFONIC ACID SOLUTION~INTRAVENOUS; INJECTION~~~
BENZENESULFONIC ACID SOLUTION~INTRAVENOUS; SOLUTION, INJECTION~~~
BENZENESULFONIC ACID SOLUTION~IV(INFUSION); INJECTION~~~
BENZETHONIUM CHLORIDE~AURICULAR (OTIC); SOLUTION~000121540~0.1~%
BENZETHONIUM CHLORIDE~AURICULAR (OTIC); SOLUTION, DROPS~000121540~0.02~%
BENZETHONIUM CHLORIDE~IM - IV; INJECTION~000121540~0.01~%
BENZETHONIUM CHLORIDE~INTRAMUSCULAR; INJECTION~000121540~~
BENZETHONIUM CHLORIDE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000121540~0.05~%
BENZETHONIUM CHLORIDE~IV(INFUSION); INJECTION~000121540~0.012~%
BENZETHONIUM CHLORIDE~NASAL; SPRAY, METERED~000121540~0.02~%

BENZETHONIUM CHLORIDE~OPHTHALMIC; POWDER, FOR SUSPENSION~000121540~~
BENZODODECINIUM BROMIDE~OPHTHALMIC; SOLUTION~007281041~0.012~%
BENZODODECINIUM BROMIDE~OPHTHALMIC; SOLUTION, GEL FORMING, EXTENDED RELEASE~007281041~0.012~%
BENZOIC ACID~IM - IV; INJECTION~000065850~5~%
BENZOIC ACID~INTRAMUSCULAR; INJECTION~000065850~~
BENZOIC ACID~INTRAMUSCULAR; SOLUTION, INJECTION~000065850~0.2~%
BENZOIC ACID~IRRIGATION; SOLUTION~000065850~0.024~%
BENZOIC ACID~IV(INFUSION); INJECTION~000065850~~
BENZOIC ACID~ORAL; CONCENTRATE~000065850~1.25~%
BENZOIC ACID~ORAL; EMULSION~000065850~~
BENZOIC ACID~ORAL; SOLUTION~000065850~0.5~%
BENZOIC ACID~ORAL; SOLUTION, ELIXIR~000065850~0.5~%
BENZOIC ACID~ORAL; SUSPENSION~000065850~0.1~%
BENZOIC ACID~ORAL; SYRUP~000065850~0.753~%
BENZOIC ACID~ORAL; TABLET, COATED~000065850~~
BENZOIC ACID~ORAL; TABLET, FILM COATED~000065850~~
BENZOIC ACID~RECTAL; GEL~000065850~0.14~%
BENZOIC ACID~RECTAL; SUSPENSION~000065850~0.1~%
BENZOIC ACID~TOPICAL; EMULSION, CREAM~000065850~0.25~%
BENZOIC ACID~TOPICAL; GEL~000065850~0.1~%
BENZOIC ACID~TOPICAL; LOTION~000065850~0.2~%
BENZOIC ACID~TOPICAL; SOLUTION~000065850~0.1~%
BENZOIC ACID~VAGINAL; EMULSION, CREAM~000065850~0.25~%
BENZOIC ACID~VAGINAL; SPONGE~000065850~3~MG
BENZOIC ACID~VAGINAL; SUPPOSITORY~000065850~~
BENZOIN~ORAL; CAPSULE~009000059~~
BENZOIN~ORAL; CAPSULE, SUSTAINED ACTION~009000059~~
BENZYL ALCOHOL~AN,INFILTRATION; INJECTION~000100516~~
BENZYL ALCOHOL~AURICULAR (OTIC); SUSPENSION, LIQUID~000100516~9~%
BENZYL ALCOHOL~DENTAL; PASTE~000100516~25~MG
BENZYL ALCOHOL~EPIDURAL; INJECTION~000100516~1~%
BENZYL ALCOHOL~EXTRACORPOREAL; INJECTION~000100516~1~%
BENZYL ALCOHOL~IM - IV - SC; INJECTION~000100516~1.575~%
BENZYL ALCOHOL~IM - IV; INJECTABLE~000100516~1~%
BENZYL ALCOHOL~IM - IV; INJECTION~000100516~5.21~%
BENZYL ALCOHOL~IM - IV; POWDER, FOR INJECTION SOLUTION~000100516~6.69~%
BENZYL ALCOHOL~IM - IV; SOLUTION, INJECTION~000100516~2~%
BENZYL ALCOHOL~IM - SC; INJECTION~000100516~2~%
BENZYL ALCOHOL~IM - SC; INJECTION, SUSTAINED ACTION~000100516~1.2~%
BENZYL ALCOHOL~INTERSTITIAL; INJECTION~000100516~~
BENZYL ALCOHOL~INTRA-ARTERIAL; INJECTION~000100516~0.9~%
BENZYL ALCOHOL~INTRA-ARTICULAR; INJECTION~000100516~1.5~%
BENZYL ALCOHOL~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~000100516~~
BENZYL ALCOHOL~INTRABURSAL; INJECTION~000100516~1~%
BENZYL ALCOHOL~INTRACAVITARY; INJECTION~000100516~~
BENZYL ALCOHOL~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000100516~0.84~%
BENZYL ALCOHOL~INTRADERMAL; INJECTION~000100516~0.9~%
BENZYL ALCOHOL~INTRADERMAL; INJECTION, SUSTAINED ACTION~000100516~~

DTX-2583

BENZYL ALCOHOL~INTRALESIONAL; INJECTION~000100516~1~%
BENZYL ALCOHOL~INTRALESIONAL; INJECTION, SUSTAINED ACTION~000100516~~
BENZYL ALCOHOL~INTRAMUSCULAR; INJECTABLE~000100516~0.945~%
BENZYL ALCOHOL~INTRAMUSCULAR; INJECTION~000100516~10.962~%
BENZYL ALCOHOL~INTRAMUSCULAR; INJECTION, MICROSPHERES~000100516~~
BENZYL ALCOHOL~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~000100516~1~%
BENZYL ALCOHOL~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000100516~~
BENZYL ALCOHOL~INTRAMUSCULAR; SOLUTION, INJECTION~000100516~10~%
BENZYL ALCOHOL~INTRAPERITONEAL; INJECTION~000100516~~
BENZYL ALCOHOL~INTRAPLEURAL; INJECTION~000100516~~
BENZYL ALCOHOL~INTRASYNOVIAL; INJECTION~000100516~1~%
BENZYL ALCOHOL~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~000100516~~
BENZYL ALCOHOL~INTRATHECAL; INJECTION~000100516~0.45~%
BENZYL ALCOHOL~INTRATRACHEAL; SUSPENSION~000100516~~
BENZYL ALCOHOL~INTRATUMOR; INJECTION~000100516~0.9~%
BENZYL ALCOHOL~INTRAVENOUS; EMULSION, INJECTION~000100516~0.1~%
BENZYL ALCOHOL~INTRAVENOUS; INJECTABLE~000100516~2.02~%
BENZYL ALCOHOL~INTRAVENOUS; INJECTION~000100516~10.4~%
BENZYL ALCOHOL~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000100516~1.8~%
BENZYL ALCOHOL~INTRAVENOUS; SOLUTION~000100516~0.9~%
BENZYL ALCOHOL~INTRAVENOUS; SOLUTION, INJECTION~000100516~2.02~%
BENZYL ALCOHOL~IV - SC; INJECTION~000100516~1.5~%
BENZYL ALCOHOL~IV(INFUSION); INJECTION~000100516~3~%
BENZYL ALCOHOL~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000100516~6.69~%
BENZYL ALCOHOL~IV(INFUSION); SOLUTION, INJECTION~000100516~2.02~%
BENZYL ALCOHOL~N/A; LIQUID~000100516~0.9~%
BENZYL ALCOHOL~NASAL; SOLUTION~000100516~0.5~%
BENZYL ALCOHOL~NERVE BLOCK; INJECTION~000100516~~
BENZYL ALCOHOL~ORAL; CAPSULE~000100516~15~MG
BENZYL ALCOHOL~ORAL; CAPSULE, SOFT GELATIN~000100516~~
BENZYL ALCOHOL~ORAL; CAPSULE, SUSTAINED ACTION~000100516~1.231~MG
BENZYL ALCOHOL~ORAL; CONCENTRATE~000100516~~
BENZYL ALCOHOL~ORAL; SOLUTION~000100516~5~%
BENZYL ALCOHOL~ORAL; SUSPENSION~000100516~1~%
BENZYL ALCOHOL~ORAL; TABLET~000100516~1.06~MG
BENZYL ALCOHOL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000100516~2.31~MG
BENZYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION, COATED~000100516~1.25~MG
BENZYL ALCOHOL~RECTAL; GEL~000100516~1.55~%
BENZYL ALCOHOL~ROUTE NOT GIVEN; DOSAGE FORM NOT GIVEN~000100516~~
BENZYL ALCOHOL~SOFT TISSUE; INJECTION~000100516~1~%
BENZYL ALCOHOL~SOFT TISSUE; INJECTION, SUSTAINED ACTION~000100516~~
BENZYL ALCOHOL~SUBCONJUNCTIVAL; INJECTION~000100516~0.945~%
BENZYL ALCOHOL~SUBCUTANEOUS; INJECTION~000100516~1.5~%
BENZYL ALCOHOL~SUBCUTANEOUS; LIQUID~000100516~0.225~%
BENZYL ALCOHOL~SUBCUTANEOUS; SOLUTION, INJECTION~000100516~0.885~%
BENZYL ALCOHOL~TOPICAL; CREAM, AUGMENTED~000100516~1~%
BENZYL ALCOHOL~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~000100516~1~%
BENZYL ALCOHOL~TOPICAL; EMULSION, CREAM~000100516~2.7~%
BENZYL ALCOHOL~TOPICAL; GEL~000100516~50~%

BENZYL ALCOHOL~TOPICAL; LOTION~000100516~1.3~%
BENZYL ALCOHOL~TOPICAL; OINTMENT~000100516~2.2~%
BENZYL ALCOHOL~TOPICAL; SOLUTION~000100516~2~%
BENZYL ALCOHOL~TOPICAL; SUSPENSION~000100516~1~%
BENZYL ALCOHOL~URETERAL; SOLUTION~000100516~~
BENZYL ALCOHOL~VAGINAL; CREAM, AUGMENTED~000100516~1~%
BENZYL ALCOHOL~VAGINAL; EMULSION, CREAM~000100516~1~%
BENZYL ALCOHOL~VAGINAL; TABLET~000100516~~
BENZYL BENZOATE~INTRAMUSCULAR; INJECTABLE~000120514~20~%
BENZYL BENZOATE~INTRAMUSCULAR; INJECTION~000120514~46~%
BENZYL BENZOATE~INTRAMUSCULAR; SOLUTION, INJECTION~000120514~15~%
BENZYL BENZOATE~ORAL; CAPSULE~000120514~0.6084~ML
BENZYL CHLORIDE~INTRAVENOUS; INJECTION~000100447~0.001~%
BETADEX~ORAL; TABLET~007585399~89.17~MG
BETADEX~ORAL; TABLET, FILM COATED~007585399~82.5~MG
BETADEX~TOPICAL; GEL~007585399~1~%
BETA-NAPHTHOL~ORAL; CAPSULE~000135193~0.3~MG
BETOSE~ORAL; CAPSULE~~0.0487~MG
BIBAPCITIDE~INTRAVENOUS; INJECTION~153507461~0.01~%
BISMUTH SUBCARBONATE~ORAL; TABLET~005892104~0.0044~MG
BISMUTH SUBCARBONATE~ORAL; TABLET, SUSTAINED ACTION~005892104~0.044~MG
BISMUTH SUBGALLATE~RECTAL; SUPPOSITORY~012263400~115~MG
BORIC ACID~AURICULAR (OTIC); SOLUTION~010043353~0.049~%
BORIC ACID~INTRAVENOUS; SOLUTION, INJECTION~010043353~0.319~%
BORIC ACID~OPHTHALMIC; POWDER, FOR SOLUTION~010043353~0.06~%
BORIC ACID~OPHTHALMIC; POWDER, FOR SUSPENSION~010043353~~
BORIC ACID~OPHTHALMIC; SOLUTION~010043353~37.2~%
BORIC ACID~OPHTHALMIC; SOLUTION, DROPS~010043353~1.9~%
BORIC ACID~OPHTHALMIC; SOLUTION, GEL FORMING, EXTENDED RELEASE~010043353~0.3~%
BORIC ACID~OPHTHALMIC; SUSPENSION~010043353~1~%
BORIC ACID~OPHTHALMIC; SUSPENSION, DROPS~010043353~0.6~%
BORIC ACID~TOPICAL; EMULSION~010043353~1.3~%
BORIC ACID~TOPICAL; SHAMPOO~010043353~2~%
BORIC ACID~TOPICAL; SOLUTION, DROPS~010043353~0.12~%
BORIC ACID~TOPICAL; SUSPENSION~010043353~0.6~%
BROCRINAT~IV(INFUSION); INJECTION~~~
BUTANE~TOPICAL; AEROSOL~000106978~~
BUTANE~TOPICAL; EMULSION, AEROSOL FOAM~000106978~~
BUTYL ALCOHOL~ORAL; CAPSULE~000071363~~
BUTYL ALCOHOL~ORAL; TABLET, COATED~000071363~~
BUTYL ALCOHOL~TOPICAL; SOLUTION~000071363~0.0786~%
BUTYL ALCOHOL~TOPICAL; SWAB~000071363~~
BUTYL ALCOHOL, TERTIARY~TOPICAL; GEL~000075650~0.1186~%
BUTYL ESTER OF PVM/MA COPOLYMER~TOPICAL; SOLUTION~~15~%
BUTYL STEARATE~TOPICAL; EMULSION, CREAM~000123955~3.7~%
BUTYL STEARATE~TOPICAL; LOTION~000123955~~
BUTYLATED HYDROXYANISOLE~INTRAMUSCULAR; INJECTION~008003245~0.03~%
BUTYLATED HYDROXYANISOLE~IV(INFUSION); INJECTION~008003245~0.0003~%
BUTYLATED HYDROXYANISOLE~IV(INFUSION); POWDER, FOR INJECTION

SOLUTION~008003245~~
BUTYLATED HYDROXYANISOLE~NASAL; SOLUTION~008003245~2~%
BUTYLATED HYDROXYANISOLE~NASAL; SPRAY, METERED~008003245~0.0002~%
BUTYLATED HYDROXYANISOLE~ORAL; CAPSULE~008003245~0.08~MG
BUTYLATED HYDROXYANISOLE~ORAL; CAPSULE, SOFT GELATIN~008003245~1~MG
BUTYLATED HYDROXYANISOLE~ORAL; CONCENTRATE~008003245~0.0075~%
BUTYLATED HYDROXYANISOLE~ORAL; EMULSION~008003245~~
BUTYLATED HYDROXYANISOLE~ORAL; GRANULE, FOR SUSPENSION~008003245~~
BUTYLATED HYDROXYANISOLE~ORAL; SOLUTION~008003245~0.0189~%
BUTYLATED HYDROXYANISOLE~ORAL; SUSPENSION~008003245~0.05~%
BUTYLATED HYDROXYANISOLE~ORAL; TABLET~008003245~5~MG
BUTYLATED HYDROXYANISOLE~ORAL; TABLET, FILM COATED~008003245~0.4~MG
BUTYLATED HYDROXYANISOLE~RECTAL; SUPPOSITORY~008003245~0.213~MG
BUTYLATED HYDROXYANISOLE~SUBLINGUAL; TABLET~008003245~0.5~MG
BUTYLATED HYDROXYANISOLE~TOPICAL; EMULSION, CREAM~008003245~0.1~%
BUTYLATED HYDROXYANISOLE~TOPICAL; GEL~008003245~0.05~%
BUTYLATED HYDROXYANISOLE~TOPICAL; LOTION~008003245~~
BUTYLATED HYDROXYANISOLE~TOPICAL; OINTMENT~008003245~0.005~%
BUTYLATED HYDROXYANISOLE~TOPICAL; SOLUTION~008003245~~
BUTYLATED HYDROXYANISOLE~VAGINAL; EMULSION, CREAM~008003245~0.125~%
BUTYLATED HYDROXYANISOLE~VAGINAL; OINTMENT~008003245~0.02~%
BUTYLATED HYDROXYANISOLE~VAGINAL; SUPPOSITORY~008003245~1~MG
BUTYLATED HYDROXYTOLUENE~BUCCAL; GUM, CHEWING~000128370~0.21~MG
BUTYLATED HYDROXYTOLUENE~INTRAMUSCULAR; INJECTION~000128370~0.03~%
BUTYLATED HYDROXYTOLUENE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000128370~0.0015~%
BUTYLATED HYDROXYTOLUENE~IV(INFUSION); INJECTION~000128370~0.001~%
BUTYLATED HYDROXYTOLUENE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000128370~~
BUTYLATED HYDROXYTOLUENE~NASAL; SPRAY, METERED~000128370~0.01~%
BUTYLATED HYDROXYTOLUENE~ORAL; CAPSULE~000128370~0.2~MG
BUTYLATED HYDROXYTOLUENE~ORAL; CAPSULE, SOFT GELATIN~000128370~0.25~MG
BUTYLATED HYDROXYTOLUENE~ORAL; SOLUTION~000128370~0.0189~%
BUTYLATED HYDROXYTOLUENE~ORAL; SOLUTION, LIQUID, CONCENTRATE, ORAL~000128370~0.01~%
BUTYLATED HYDROXYTOLUENE~ORAL; TABLET~000128370~0.4~MG
BUTYLATED HYDROXYTOLUENE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~000128370~0.15~MG
BUTYLATED HYDROXYTOLUENE~ORAL; TABLET, CONTROLLED RELEASE~000128370~0.21~MG
BUTYLATED HYDROXYTOLUENE~ORAL; TABLET, EXTENDED RELEASE~000128370~~
BUTYLATED HYDROXYTOLUENE~ORAL; TABLET, FILM COATED~000128370~0.36~MG
BUTYLATED HYDROXYTOLUENE~ORAL; TABLET, SUSTAINED ACTION~000128370~0.24~MG
BUTYLATED HYDROXYTOLUENE~RECTAL; SUPPOSITORY~000128370~0.213~MG
BUTYLATED HYDROXYTOLUENE~TOPICAL; CREAM, AUGMENTED~000128370~0.05~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~000128370~0.1~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; EMULSION, AEROSOL FOAM~000128370~0.1~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; EMULSION, CREAM~000128370~0.1~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; GEL~000128370~2~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; OINTMENT~000128370~0.025~%

BUTYLATED HYDROXYTOLUENE~TOPICAL; SHAMPOO~000128370~0.1~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; SOLUTION~000128370~0.088~%
BUTYLATED HYDROXYTOLUENE~TOPICAL; SWAB~000128370~~
BUTYLATED HYDROXYTOLUENE~VAGINAL; EMULSION, CREAM~000128370~0.05~%
BUTYLATED HYDROXYTOLUENE~VAGINAL; SUPPOSITORY~000128370~~
BUTYLENE GLYCOL~TRANSDERMAL; FILM, CONTROLLED RELEASE~000107880~8.12~MG
BUTYLENE GLYCOL~TRANSDERMAL; PATCH, CONTROLLED RELEASE~000107880~2.03~MG
BUTYLPARABEN~INTRAMUSCULAR; INJECTION~000094268~~
BUTYLPARABEN~ORAL; CAPSULE~000094268~0.002~MG
BUTYLPARABEN~ORAL; CAPSULE, SUSTAINED ACTION~000094268~~
BUTYLPARABEN~ORAL; DROPS~000094268~0.1~%
BUTYLPARABEN~ORAL; SOLUTION~000094268~0.5~%
BUTYLPARABEN~ORAL; SUSPENSION~000094268~0.8~%
BUTYLPARABEN~ORAL; SYRUP~000094268~0.0075~%
BUTYLPARABEN~ORAL; TABLET~000094268~~
BUTYLPARABEN~ORAL; TABLET, COATED~000094268~0.004~MG
BUTYLPARABEN~ORAL; TABLET, REPEAT ACTION~000094268~0.006~MG
BUTYLPARABEN~ORAL; TABLET, SUSTAINED ACTION~000094268~0.04~MG
BUTYLPARABEN~ORAL; TABLET, SUSTAINED ACTION, COATED~000094268~~
BUTYLPARABEN~RECTAL; SOLUTION~000094268~0.5~%
BUTYLPARABEN~TOPICAL; EMULSION, CREAM~000094268~0.4~%
BUTYLPARABEN~TOPICAL; LOTION~000094268~0.15~%
BUTYLPARABEN~TOPICAL; OINTMENT~000094268~~
C20-40 PARETH-24~TOPICAL; SOLUTION~~0.25~%
CAFFEINE~NASAL; SPRAY, METERED~58082~~
CAFFEINE~OPHTHALMIC; SOLUTION~58082~2~%
CALCIUM~INTRAMUSCULAR; INJECTION~007440702~0.0012~%
CALCIUM ACETATE~ORAL; SUSPENSION~000062544~~
CALCIUM ACETATE~ORAL-20; TABLET~000062544~~
CALCIUM ACETATE~ORAL-21; TABLET~000062544~10~MG
CALCIUM ACETATE~ORAL-28; TABLET~000062544~10~MG
CALCIUM ACETATE~TOPICAL; EMULSION, CREAM~000062544~0.092~%
CALCIUM ACETATE~TOPICAL; LOTION~000062544~~
CALCIUM ALGINATE AND AMMONIUM ALGINATE~ORAL; TABLET~~20~MG
CALCIUM ASCORBATE~ORAL; SUSPENSION~005743271~~
CALCIUM CARBONATE~AURICULAR (OTIC); SOLUTION~471341~0.382~%
CALCIUM CARBONATE~BUCCAL; GUM, CHEWING~471341~145.5~MG
CALCIUM CARBONATE~ORAL; CAPSULE~471341~349.9~MG
CALCIUM CARBONATE~ORAL; CAPSULE, HARD GELATIN~471341~62.84~MG
CALCIUM CARBONATE~ORAL; CAPSULE, SUSTAINED ACTION~471341~4~MG
CALCIUM CARBONATE~ORAL; TABLET~471341~265.2~MG
CALCIUM CARBONATE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~471341~132~MG
CALCIUM CARBONATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~471341~550~MG
CALCIUM CARBONATE~ORAL; TABLET, COATED~471341~64.8~MG
CALCIUM CARBONATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~471341~8.4~MG
CALCIUM CARBONATE~ORAL; TABLET, FILM COATED~471341~225~MG
CALCIUM CARBONATE~ORAL; TABLET, SUSTAINED ACTION~471341~229.7~MG
CALCIUM CARBONATE~ORAL-21; TABLET, COATED~471341~8.607~MG

CALCIUM CARBONATE~ORAL-28; TABLET~471341~9.59~MG
CALCIUM CARBONATE~ORAL-28; TABLET, COATED~471341~8.607~MG
CALCIUM CARBONATE~RESPIRATORY (INHALATION); SOLUTION, INJECTION~471341~4.024~%
CALCIUM CARRAGEENAN~ORAL; POWDER, FOR SUSPENSION~~~
CALCIUM CHLORIDE~AN,INFILTRATION; INJECTION~010035048~0.033~%
CALCIUM CHLORIDE~CAUDAL BLOCK; INJECTION~010035048~0.033~%
CALCIUM CHLORIDE~EPIDURAL; INJECTION~010035048~0.033~%
CALCIUM CHLORIDE~IM - IV; INJECTION~010035048~4~%
CALCIUM CHLORIDE~INTRAMUSCULAR; INJECTION~010035048~4~%
CALCIUM CHLORIDE~INTRAOCULAR; SOLUTION~010035048~0.048~%
CALCIUM CHLORIDE~INTRAPERITONEAL; SOLUTION~010035048~2.57~%
CALCIUM CHLORIDE~INTRAVASCULAR; INJECTION~010035048~0.0074~%
CALCIUM CHLORIDE~INTRAVENOUS; INJECTION~010035048~0.074~%
CALCIUM CHLORIDE~INTRAVENOUS; SOLUTION, LIPOSOME, INJECTION~010035048~0.028~%
CALCIUM CHLORIDE~NERVE BLOCK; INJECTION~010035048~0.033~%
CALCIUM CHLORIDE~OPHTHALMIC; POWDER, FOR SOLUTION~010035048~0.048~%
CALCIUM CHLORIDE~OPHTHALMIC; SOLUTION, DROPS~010035048~0.006~%
CALCIUM CHLORIDE~ORAL; CONCENTRATE~010035048~0.008~%
CALCIUM CHLORIDE~ORAL; SUSPENSION~010035048~~
CALCIUM CHLORIDE~SUBCUTANEOUS; INJECTABLE~010035048~0.04~%
CALCIUM CHLORIDE~SUBCUTANEOUS; INJECTION~010035048~0.053~%
CALCIUM CHLORIDE~TOPICAL; EMULSION, CREAM~010035048~0.25~%
CALCIUM CITRATE~ORAL; POWDER~000813945~42.9~%
CALCIUM CITRATE~ORAL; TABLET~000813945~98.95~MG
CALCIUM CYCLAMATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~005897165~5~MG
CALCIUM GLUCEPTATE~INTRAVENOUS; INJECTION~17140602~5~%
CALCIUM HYDROXIDE~INTRAVENOUS; INJECTION~001305620~0.37~%
CALCIUM HYDROXIDE~IV - SC; INJECTION~001305620~~
CALCIUM HYDROXIDE~ORAL; SUSPENSION~001305620~~
CALCIUM HYDROXIDE~ORAL; TABLET~001305620~35~MG
CALCIUM HYDROXIDE~TOPICAL; EMULSION, CREAM~001305620~1.4~%
CALCIUM LACTATE~VAGINAL; TABLET~000814802~30~MG
CALCIUM PHOSPHATE~ORAL; TABLET~010103465~160~MG
CALCIUM PHOSPHATE~ORAL; TABLET, COATED~010103465~93.6~MG
CALCIUM PHOSPHATE~ORAL; TABLET, FILM COATED~010103465~362~MG
CALCIUM PHOSPHATE~ORAL; TABLET, REPEAT ACTION~010103465~~
CALCIUM PHOSPHATE~ORAL-21; TABLET~010103465~86~MG
CALCIUM PHOSPHATE~ORAL-28; TABLET~010103465~~
CALCIUM PHOSPHATE DIBASIC DIHYDRATE-SUCROSE AGGLOMERATE~ORAL; TABLET, COATED~~~
CALCIUM PHOSPHATE, DIBASIC~ORAL; CAPSULE~007757939~401~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; CAPSULE, SUSTAINED ACTION~007757939~287.6~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; PASTILLE~007757939~~
CALCIUM PHOSPHATE, DIBASIC~ORAL; SYRUP~007757939~~
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET~007757939~850~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET (IMMED./COMP. RELEASE), FILM

COATED~007757939~138.84~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~007757939~50~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET, COATED~007757939~293.2~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~007757939~46~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET, FILM COATED~007757939~525.56~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL; TABLET, SUSTAINED ACTION~007757939~335~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL-20; TABLET~007757939~~
CALCIUM PHOSPHATE, DIBASIC~ORAL-21; TABLET~007757939~104.5~MG
CALCIUM PHOSPHATE, DIBASIC~ORAL-28; TABLET~007757939~104.5~MG
CALCIUM PHOSPHATE, DIBASIC~TOPICAL; SHAMPOO~007757939~54.8~%
CALCIUM PHOSPHATE, DIBASIC MONOHYDRATE~ORAL; TABLET~~109.3~MG
CALCIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; CAPSULE~007789777~400~MG
CALCIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; TABLET~007789777~512~MG
CALCIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; TABLET, COATED~007789777~488.7~MG
CALCIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; TABLET, EXTENDED RELEASE~007789777~108~MG
CALCIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; TABLET, FILM COATED~007789777~635.5~MG
CALCIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; TABLET, SUSTAINED ACTION~007789777~189~MG
CALCIUM PHOSPHATE, TRIBASIC~BUCCAL/SUBLINGUAL; TABLET~012167747~99.2~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; CAPSULE, SUSTAINED ACTION~012167747~32.727~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; TABLET~012167747~282~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~012167747~21.8~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~012167747~130~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; TABLET, COATED~012167747~21~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~012167747~333.3~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL; TABLET, SUSTAINED ACTION~012167747~100~MG
CALCIUM PHOSPHATE, TRIBASIC~ORAL-28; TABLET~012167747~~
CALCIUM PYROPHOSPHATE~ORAL; TABLET~007790763~298.04~MG
CALCIUM SALICYLATE~ORAL; SOLUTION, ELIXIR~000824351~0.2487~%
CALCIUM SILICATE~ORAL; CAPSULE, SOFT GELATIN~010101390~1.03~MG
CALCIUM SILICATE~ORAL; TABLET~010101390~146.13~MG
CALCIUM SILICATE~ORAL; TABLET, COATED~010101390~143~MG
CALCIUM SILICATE~ORAL; TABLET, FILM COATED~010101390~182.7~MG
CALCIUM SILICATE~ORAL; TABLET, SUSTAINED ACTION~010101390~15~MG
CALCIUM STEARATE~BUCCAL/SUBLINGUAL; TABLET~001592230~1.42~MG
CALCIUM STEARATE~ORAL; CAPSULE~001592230~21.1~MG
CALCIUM STEARATE~ORAL; CAPSULE, HARD GELATIN~001592230~1~MG
CALCIUM STEARATE~ORAL; CAPSULE, SUSTAINED ACTION~001592230~91.9~MG
CALCIUM STEARATE~ORAL; POWDER~001592230~3~%
CALCIUM STEARATE~ORAL; TABLET~001592230~42.9~MG
CALCIUM STEARATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED,

CHEWABLE~001592230~47.5~MG
CALCIUM STEARATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001592230~3.2~MG
CALCIUM STEARATE~ORAL; TABLET, FILM COATED~001592230~16~MG
CALCIUM STEARATE~ORAL; TABLET, SUSTAINED ACTION~001592230~24~MG
CALCIUM STEARATE~ORAL-21; TABLET~001592230~0.7~MG
CALCIUM STEARATE~ORAL-28; TABLET~001592230~~
CALCIUM STEARATE~SUBLINGUAL; TABLET~001592230~2~MG
CALCIUM SULFATE~ORAL; CAPSULE~007778189~74.68~MG
CALCIUM SULFATE~ORAL; CAPSULE, SUSTAINED ACTION~007778189~1.54~MG
CALCIUM SULFATE~ORAL; SYRUP~007778189~~
CALCIUM SULFATE~ORAL; TABLET~007778189~436.9~MG
CALCIUM SULFATE~ORAL; TABLET, COATED~007778189~170~MG
CALCIUM SULFATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~007778189~75~MG
CALCIUM SULFATE~ORAL; TABLET, FILM COATED~007778189~443~MG
CALCIUM SULFATE~ORAL; TABLET, REPEAT ACTION~007778189~235~MG
CALCIUM SULFATE~ORAL; TABLET, SUSTAINED ACTION~007778189~340~MG
CALCIUM SULFATE~ORAL-28; TABLET~007778189~10.7~MG
CALCIUM SULFATE DIHYDRATE~ORAL; CAPSULE~10101414~370~MG
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET~10101414~279.309~MG
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET, COATED~10101414~214.24~MG
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~10101414~87.2~MG
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET, FILM COATED~10101414~341~MG
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET, REPEAT ACTION~10101414~242.946~MG
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET, SUSTAINED ACTION~10101414~~
CALCIUM SULFATE DIHYDRATE~ORAL; TABLET, SUSTAINED ACTION, COATED~10101414~29.7~MG
CALCIUM SULFATE DIHYDRATE~ORAL-28; TABLET~10101414~105.4~MG
CALCIUM SULFATE HEMIHYDRATE~ORAL; CAPSULE~010034761~10~MG
CALCIUM SULFATE, ANHYDROUS~ORAL; CAPSULE~~50~MG
CALCIUM SULFATE, ANHYDROUS~ORAL; TABLET~~174.5~MG
CALCIUM SULFATE, ANHYDROUS~ORAL; TABLET, COATED~~~
CALCIUM SULFATE, ANHYDROUS~ORAL; TABLET, DELAYED RELEASE~~~
CALCIUM SULFATE, ANHYDROUS~ORAL; TABLET, SUSTAINED ACTION~~~
CALCIUM SULFATE, ANHYDROUS~ORAL-28; TABLET~~10.7~MG
CALDIAMIDE SODIUM~INTRAVENOUS; SOLUTION, INJECTION~122760912~~
CALTERIDOL CALCIUM~INTRAVENOUS; INJECTION~121915831~0.023~%
CANDELILLA WAX~ORAL; TABLET~~0.3708~MG
CANDELILLA WAX~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.32~MG
CANDELILLA WAX~ORAL; TABLET, EXTENDED RELEASE~~0.37~MG
CANDELILLA WAX~ORAL; TABLET, FILM COATED~~0.8~MG
CANDELILLA WAX~ORAL; TABLET, SUSTAINED ACTION~~0.16~MG
CANDELILLA WAX~ORAL; TABLET, SUSTAINED ACTION, COATED~~0.58~MG
CANOLA OIL~ORAL; CAPSULE, SOFT GELATIN~008002139~165.55~MG
CAPRYLIC/CAPRIC TRIGLYCERIDE~ORAL; CAPSULE~~140.56~MG
CAPRYLIC/CAPRIC TRIGLYCERIDE~ORAL; CAPSULE, SOFT GELATIN~~250~MG
CAPRYLIC/CAPRIC TRIGLYCERIDE~ORAL; POWDER, FOR SUSPENSION~~67.8~%
CAPRYLIC/CAPRIC TRIGLYCERIDE~ORAL; SOLUTION~~2.62~%
CAPRYLIC/CAPRIC TRIGLYCERIDE~TOPICAL; AEROSOL, SPRAY~~~

DTX-2583

CAPRYLIC/CAPRIC TRIGLYCERIDE~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~10~%
CAPRYLIC/CAPRIC TRIGLYCERIDE~TOPICAL; EMULSION, CREAM~~10.8~%
CAPRYLIC/CAPRIC TRIGLYCERIDE~TOPICAL; SOLUTION~~50~%
CAPRYLIC/CAPRIC TRIGLYCERIDE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
CAPRYLIC/CAPRIC/STEARIC TRIGLYCERIDE~TOPICAL; OINTMENT~~70~%
CAPRYLIC/CAPRIC/SUCCINIC TRIGLYCERIDE~SUBLINGUAL; AEROSOL~~~
CAPSICUM OLEORESIN~ORAL; SYRUP~008023776~0.0011~%
CAPTAN~TOPICAL; SHAMPOO, SUSPENSION~000133062~1~%
CARAMEL~ORAL; CAPSULE~008028895~~
CARAMEL~ORAL; CAPSULE, SOFT GELATIN~008028895~~
CARAMEL~ORAL; GRANULE~008028895~2.5~MG
CARAMEL~ORAL; POWDER, FOR SOLUTION~008028895~~
CARAMEL~ORAL; SOLUTION~008028895~0.008~%
CARAMEL~ORAL; SOLUTION, ELIXIR~008028895~~
CARAMEL~ORAL; SUSPENSION~008028895~11.112~%
CARAMEL~ORAL; SYRUP~008028895~2.4~%
CARAMEL~RECTAL; POWDER, FOR SOLUTION~008028895~~
CARAMEL~TOPICAL; EMULSION, CREAM~008028895~0.26~%
CARBITOL~TOPICAL; GEL~~25~%
CARBOMER 1342~OPHTHALMIC; EMULSION~009003014~0.05~%
CARBOMER 1342~TOPICAL; CREAM, AUGMENTED~009003014~0.2~%
CARBOMER 1342~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~009003014~0.2~%
CARBOMER 1342~TOPICAL; EMULSION, LOTION~009003014~0.3~%
CARBOMER 1342~TRANSDERMAL; FILM, CONTROLLED RELEASE~009003014~24.3~MG
CARBOMER 1342~TRANSDERMAL; GEL~009003014~1.5~%
CARBOMER 934~ORAL; SUSPENSION~009007163~1~%
CARBOMER 934~ORAL; TABLET, SUSTAINED ACTION~009007163~90~MG
CARBOMER 934~RECTAL; ENEMA~009007163~14.4~%
CARBOMER 934~TOPICAL; EMULSION, CREAM~009007163~1~%
CARBOMER 934~TOPICAL; GEL~009007163~1.498~%
CARBOMER 934~TOPICAL; LOTION~009007163~0.5~%
CARBOMER 934~TOPICAL; OINTMENT~009007163~0.5~%
CARBOMER 934~TOPICAL; SOLUTION~009007163~0.15~%
CARBOMER 934P~BUCCAL; TABLET~~9.375~MG
CARBOMER 934P~OPHTHALMIC; SUSPENSION~~~
CARBOMER 934P~OPHTHALMIC; SUSPENSION, DROPS~~0.45~%
CARBOMER 934P~ORAL; CAPSULE~~14.2~MG
CARBOMER 934P~ORAL; SUSPENSION~~1.4~%
CARBOMER 934P~ORAL; TABLET, EXTENDED RELEASE~~15~MG
CARBOMER 934P~ORAL; TABLET, ORALLY DISINTEGRATING~~0.3~MG
CARBOMER 934P~ORAL; TABLET, SUSTAINED ACTION~~1.5~MG
CARBOMER 934P~ORAL; TABLET, SUSTAINED ACTION, COATED~~3~MG
CARBOMER 934P~RECTAL; ENEMA~~0.075~%
CARBOMER 934P~TOPICAL; CREAM, AUGMENTED~~1~%
CARBOMER 934P~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~1~%
CARBOMER 934P~TOPICAL; EMULSION, CREAM~~1~%
CARBOMER 934P~TOPICAL; GEL~~2~%
CARBOMER 934P~TOPICAL; LOTION~~0.56~%
CARBOMER 934P~TOPICAL; OINTMENT~~~

CARBOMER 934P~TOPICAL; SOLUTION~~0.18~%
CARBOMER 934P~VAGINAL; GEL~~2~%
CARBOMER 940~OPHTHALMIC; GEL~009007174~4~%
CARBOMER 940~TOPICAL; CREAM, AUGMENTED~009007174~1~%
CARBOMER 940~TOPICAL; EMULSION~009007174~0.6~%
CARBOMER 940~TOPICAL; EMULSION, CREAM~009007174~0.6~%
CARBOMER 940~TOPICAL; GEL~009007174~3.5~%
CARBOMER 940~TOPICAL; LOTION~009007174~58~%
CARBOMER 940~TOPICAL; OINTMENT, AUGMENTED~009007174~2.25~%
CARBOMER 940~TRANSDERMAL; GEL~009007174~0.83~%
CARBOMER 941~TOPICAL; GEL~009003014~0.2~%
CARBOMER 941~TOPICAL; LOTION~009003014~0.15~%
CARBOMER 974~ORAL; GRANULE, FOR SUSPENSION~009003014~~
CARBOMER 974P~OPHTHALMIC; SUSPENSION~~0.5~%
CARBOMER 974P~OPHTHALMIC; SUSPENSION, DROPS~~0.45~%
CARBOMER 974P~ORAL; TABLET, CONTROLLED RELEASE~~6.25~MG
CARBOMER 974P~ORAL; TABLET, SUSTAINED ACTION~~6.25~MG
CARBOMER 974P~TOPICAL; GEL~~0.8~%
CARBOMER 980~TOPICAL; EMULSION, CREAM~~1.2~%
CARBOMER 980~TOPICAL; GEL~~0.85~%
CARBOMER 980~TRANSDERMAL; GEL~~7.5~%
CARBON~ORAL; TABLET~007440440~0.006~MG
CARBON~ORAL; TABLET, COATED~007440440~0.011~MG
CARBON BLACK~ORAL; CAPSULE, SUSTAINED ACTION~001333864~0.2~MG
CARBON BLACK~ORAL; TABLET~001333864~~
CARBON DIOXIDE~AN,INFILTRATION; INJECTION~000124389~~
CARBON DIOXIDE~IM - IV; INJECTION~000124389~~
CARBON DIOXIDE~INHALATION; GAS~000124389~95~%
CARBON DIOXIDE~INTRA-ARTERIAL; SOLUTION, INJECTION~000124389~~
CARBON DIOXIDE~INTRACARDIAC; INJECTION~000124389~~
CARBON DIOXIDE~INTRAMUSCULAR; INJECTION~000124389~~
CARBON DIOXIDE~INTRATHECAL; INJECTABLE~000124389~~
CARBON DIOXIDE~INTRATHECAL; INJECTION~000124389~~
CARBON DIOXIDE~INTRAVASCULAR; SOLUTION, INJECTION~000124389~~
CARBON DIOXIDE~INTRAVENOUS; INJECTABLE~000124389~~
CARBON DIOXIDE~INTRAVENOUS; INJECTION~000124389~~
CARBON DIOXIDE~INTRAVENOUS; SOLUTION, INJECTION~000124389~~
CARBON DIOXIDE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000124389~~
CARBON DIOXIDE~NASAL; SPRAY, METERED~000124389~~
CARBON DIOXIDE~NERVE BLOCK; INJECTION~000124389~~
CARBOXY VINYL COPOLYMER~TOPICAL; GEL~~30~%
CARBOXYMETHYL STARCH~ORAL; CAPSULE~009057061~15~MG
CARBOXYMETHYL STARCH~ORAL; TABLET~009057061~25~MG
CARBOXYMETHYL STARCH~ORAL-28; TABLET~009057061~~
CARBOXYMETHYLAMYLOPECTIN SODIUM~ORAL; TABLET~~~
CARBOXYMETHYLCELLULOSE~INTRA-ARTICULAR; INJECTION~009000117~0.2~%
CARBOXYMETHYLCELLULOSE~INTRABURSAL; INJECTION~009000117~~
CARBOXYMETHYLCELLULOSE~INTRAMUSCULAR; INJECTION~009000117~0.9~%
CARBOXYMETHYLCELLULOSE~ORAL; CAPSULE, SUSTAINED ACTION~009000117~~
CARBOXYMETHYLCELLULOSE~ORAL; DROPS~009000117~~

CARBOXYMETHYLCELLULOSE~ORAL; POWDER, FOR SUSPENSION~009000117~~
CARBOXYMETHYLCELLULOSE~ORAL; SUSPENSION~009000117~6.4~%
CARBOXYMETHYLCELLULOSE~ORAL; TABLET~009000117~3~MG
CARBOXYMETHYLCELLULOSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009000117~~
CARBOXYMETHYLCELLULOSE~TOPICAL; PATCH~009000117~6.14~MG
CARBOXYMETHYLCELLULOSE CALCIUM~ORAL; CAPSULE~009050048~70~MG
CARBOXYMETHYLCELLULOSE CALCIUM~ORAL; CAPSULE, HARD GELATIN~009050048~36~MG
CARBOXYMETHYLCELLULOSE CALCIUM~ORAL; TABLET~009050048~29~MG
CARBOXYMETHYLCELLULOSE CALCIUM~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009050048~13.3~MG
CARBOXYMETHYLCELLULOSE CALCIUM~ORAL; TABLET, FILM COATED~009050048~241.842~MG
CARBOXYMETHYLCELLULOSE SODIUM~DENTAL; GEL~009004324~0.4~%
CARBOXYMETHYLCELLULOSE SODIUM~DENTAL; PASTE~009004324~174~MG
CARBOXYMETHYLCELLULOSE SODIUM~INTRA-ARTICULAR; INJECTION~009004324~0.5~%
CARBOXYMETHYLCELLULOSE SODIUM~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRABURSAL; INJECTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRADERMAL; INJECTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRADERMAL; INJECTION, SUSTAINED ACTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRALESIONAL; INJECTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRALESIONAL; INJECTION, SUSTAINED ACTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRAMUSCULAR; INJECTION~009004324~3~%
CARBOXYMETHYLCELLULOSE SODIUM~INTRAMUSCULAR; INJECTION, MICROSPHERES~009004324~1~%
CARBOXYMETHYLCELLULOSE SODIUM~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009004324~3~%
CARBOXYMETHYLCELLULOSE SODIUM~INTRASYNOVIAL; INJECTION~009004324~0.1~%
CARBOXYMETHYLCELLULOSE SODIUM~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~INTRATRACHEAL; SUSPENSION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~NASAL; SPRAY, METERED~009004324~0.15~%
CARBOXYMETHYLCELLULOSE SODIUM~OPHTHALMIC; SOLUTION, DROPS~009004324~0.5~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; CAPSULE~009004324~160~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; CAPSULE, ENTERIC COATED PELLETS~009004324~4.2~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; CAPSULE, HARD GELATIN~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; CAPSULE, SUSTAINED ACTION~009004324~0.469~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; DROPS~009004324~0.514~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; GRANULE~009004324~25.7~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; GRANULE, FOR SUSPENSION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; POWDER, FOR SOLUTION~009004324~0.2625~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; POWDER, FOR SUSPENSION~009004324~2~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SOLUTION~009004324~3.5~%

CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SUSPENSION~009004324~3.75~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SUSPENSION, DROPS~009004324~0.1~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SYRUP~009004324~2.65~%
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET~009004324~48~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004324~24.75~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET, COATED~009004324~2.2~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET, EXTENDED RELEASE~009004324~15~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET, FILM COATED~009004324~50~MG
CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET, SUSTAINED ACTION~009004324~155~MG
CARBOXYMETHYLCELLULOSE SODIUM~SOFT TISSUE; INJECTION~009004324~0.5~%
CARBOXYMETHYLCELLULOSE SODIUM~SUBCUTANEOUS; IMPLANT~009004324~16~MG
CARBOXYMETHYLCELLULOSE SODIUM~SUBCUTANEOUS; INJECTION~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~TOPICAL; FILM, CONTROLLED RELEASE~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~TOPICAL; JELLY~009004324~35~MG
CARBOXYMETHYLCELLULOSE SODIUM~TOPICAL; PASTE~009004324~~
CARBOXYMETHYLCELLULOSE SODIUM~TOPICAL; SOLUTION~009004324~~
CARBOXYPOLYMETHYLENE~ORAL; SUSPENSION~009007209~~
CARBOXYPOLYMETHYLENE~ORAL; TABLET, SUSTAINED ACTION~009007209~195~MG
CARBOXYPOLYMETHYLENE~RECTAL; ENEMA~009007209~~
CARBOXYPOLYMETHYLENE~TOPICAL; DISC~009007209~~
CARBOXYPOLYMETHYLENE~TOPICAL; FILM, CONTROLLED RELEASE~009007209~~
CARBOXYPOLYMETHYLENE~TOPICAL; GEL~009007209~1~%
CARBOXYPOLYMETHYLENE~TOPICAL; LOTION~009007209~0.3~%
CARDAMOM~ORAL; SOLUTION, ELIXIR~~0.25~%
CARMINE~ORAL; SUSPENSION~001390654~1.008~%
CARMINE~ORAL; TABLET~001390654~6.8~MG
CARMINE~ORAL; TABLET, FILM COATED~001390654~0.377~MG
CARMINE~ORAL; TABLET, UNCOATED, TROCHE~001390654~~
CARMINE 50~ORAL; SUSPENSION~008001807~~
CARMINE 50~ORAL; SYRUP~008001807~~
CARNAUBA WAX~BUCCAL; GUM, CHEWING~008015869~~
CARNAUBA WAX~ORAL; CAPSULE, SUSTAINED ACTION~008015869~0.75~MG
CARNAUBA WAX~ORAL; TABLET~008015869~57.8~MG
CARNAUBA WAX~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~008015869~31.129~MG
CARNAUBA WAX~ORAL; TABLET, COATED~008015869~0.92~MG
CARNAUBA WAX~ORAL; TABLET, CONTROLLED RELEASE~008015869~~
CARNAUBA WAX~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008015869~230~MG
CARNAUBA WAX~ORAL; TABLET, DELAYED RELEASE~008015869~~
CARNAUBA WAX~ORAL; TABLET, EXTENDED RELEASE~008015869~290~MG
CARNAUBA WAX~ORAL; TABLET, FILM COATED~008015869~0.4~MG
CARNAUBA WAX~ORAL; TABLET, REPEAT ACTION~008015869~0.046~MG
CARNAUBA WAX~ORAL; TABLET, SUSTAINED ACTION~008015869~300~MG
CARNAUBA WAX~ORAL; TABLET, SUSTAINED ACTION, COATED~008015869~140~MG
CARNAUBA WAX~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~008015869~0.25~MG
CARNAUBA WAX~ORAL; TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~008015869~75~MG
CARNAUBA WAX~ORAL-28; TABLET~008015869~0.157~MG

DTX-2583

CARNAUBA YELLOW WAX~ORAL; TABLET~~0.18~MG
CARNAUBA YELLOW WAX~ORAL; TABLET, COATED~~0.18~MG
CARNAUBA YELLOW WAX~ORAL; TABLET, EXTENDED RELEASE~~200~MG
CARNAUBA YELLOW WAX~ORAL; TABLET, SUGAR COATED~~0.09~MG
CARRAGEENAN~DENTAL; PASTE~009000071~~
CARRAGEENAN~ORAL; CAPSULE~009000071~0.1534~MG
CARRAGEENAN~ORAL; GRANULE, FOR RECONSTITUTION~009000071~6~MG
CARRAGEENAN~ORAL; GRANULE, FOR SUSPENSION~009000071~20.15~MG
CARRAGEENAN~ORAL; POWDER, FOR SUSPENSION~009000071~1.5~%
CARRAGEENAN~ORAL; SYRUP~009000071~~
CARRAGEENAN~TOPICAL; LOTION~009000071~0.5~%
CARRAGEENAN~TRANSDERMAL; FILM, CONTROLLED RELEASE~009000071~33~MG
CARRAGEENAN SALT~TOPICAL; LOTION~~0.271~%
CARRAGEENAN SODIUM~ORAL; SYRUP~~~
CASSIA OIL~ORAL; SOLUTION, ELIXIR~~~
CASTOR OIL~INTRAMUSCULAR; INJECTION~008001794~~
CASTOR OIL~INTRAMUSCULAR; SOLUTION, INJECTION~008001794~~
CASTOR OIL~OPHTHALMIC; EMULSION~008001794~1.25~%
CASTOR OIL~ORAL; CAPSULE~008001794~0.03~MG
CASTOR OIL~ORAL; CAPSULE, SUSTAINED ACTION~008001794~1.756~MG
CASTOR OIL~ORAL; GRANULE, FOR SUSPENSION~008001794~32~MG
CASTOR OIL~ORAL; TABLET~008001794~2~MG
CASTOR OIL~ORAL; TABLET, COATED~008001794~0.9~MG
CASTOR OIL~ORAL; TABLET, FILM COATED~008001794~3.06~MG
CASTOR OIL~ORAL; TABLET, SUSTAINED ACTION~008001794~23.27~MG
CASTOR OIL~ORAL; TABLET, SUSTAINED ACTION, COATED~008001794~~
CASTOR OIL~SUBLINGUAL; TABLET~008001794~1.6~MG
CASTOR OIL~TOPICAL; EMULSION, CREAM~008001794~12.5~%
CASTOR OIL~TOPICAL; OINTMENT~008001794~14.9~%
CASTOR OIL~TOPICAL; SOLUTION~008001794~~
CASTOR OIL HYDROGENATED~ORAL; CAPSULE~008001783~8~MG
CASTOR OIL HYDROGENATED~ORAL; CAPSULE, SUSTAINED ACTION~008001783~410.82~MG
CASTOR OIL HYDROGENATED~ORAL; TABLET~008001783~37.6~MG
CASTOR OIL HYDROGENATED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008001783~1.3~MG
CASTOR OIL HYDROGENATED~ORAL; TABLET, FILM COATED~008001783~3.3~MG
CASTOR OIL HYDROGENATED~ORAL; TABLET, SUSTAINED ACTION~008001783~295~MG
CASTOR OIL HYDROGENATED~ORAL; TABLET, SUSTAINED ACTION, COATED~008001783~5~MG
CASTOR OIL HYDROGENATED~ORAL-21; TABLET~008001783~0.93~MG
CASTOR OIL HYDROGENATED~ORAL-28; TABLET~008001783~0.93~MG
CASTOR OIL HYDROGENATED~SUBLINGUAL; TABLET~008001783~1.6~MG
CASTOR OIL HYDROGENATED~TOPICAL; EMULSION, CREAM~008001783~~
CEDAR LEAF OIL~TOPICAL; SHAMPOO~008007203~30~%
CELLACEFATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~009004380~28.2~MG
CELLACEFATE~ORAL; CAPSULE, SUSTAINED ACTION~009004380~9.42~MG
CELLACEFATE~ORAL; TABLET~009004380~37~MG
CELLACEFATE~ORAL; TABLET, COATED~009004380~~
CELLACEFATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009004380~70~MG
CELLACEFATE~ORAL; TABLET, FILM COATED~009004380~15.6~MG

CELLACEFATE~ORAL; TABLET, SUSTAINED ACTION~009004380~70~MG
CELLULOSE~BUCCAL/SUBLINGUAL; TABLET~~4.5~MG
CELLULOSE~ORAL; CAPSULE~~405~MG
CELLULOSE~ORAL; CAPSULE, HARD GELATIN~~140~MG
CELLULOSE~ORAL; CAPSULE, SOFT GELATIN~~~
CELLULOSE~ORAL; DROPS~~~
CELLULOSE~ORAL; LIQUID~~~
CELLULOSE~ORAL; POWDER, FOR SUSPENSION~~~
CELLULOSE~ORAL; SUSPENSION~~~
CELLULOSE~ORAL; TABLET~~1120~MG
CELLULOSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~~
CELLULOSE~ORAL; TABLET, COATED~~40.2~MG
CELLULOSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~16~MG
CELLULOSE~ORAL; TABLET, FILM COATED~~391.7~MG
CELLULOSE~ORAL; TABLET, SUSTAINED ACTION~~110.6~MG
CELLULOSE~ORAL; TABLET, SUSTAINED ACTION, COATED~~42.25~MG
CELLULOSE~ORAL-21; TABLET~~20~MG
CELLULOSE~ORAL-28; TABLET~~20~MG
CELLULOSE~TOPICAL; DISC~~~
CELLULOSE ACETATE~ORAL; CAPSULE~009004357~18.08~MG
CELLULOSE ACETATE~ORAL; TABLET~009004357~2.45~MG
CELLULOSE ACETATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004357~6.86~MG
CELLULOSE ACETATE~ORAL; TABLET, CONTROLLED RELEASE~009004357~27.39~MG
CELLULOSE ACETATE~ORAL; TABLET, EXTENDED RELEASE~009004357~23.56~MG
CELLULOSE ACETATE~ORAL; TABLET, SUSTAINED ACTION~009004357~39~MG
CELLULOSE ACETATE~ORAL; TABLET, SUSTAINED ACTION, COATED~009004357~44.6~MG
CELLULOSE ACETATE CA-320S~ORAL; TABLET, EXTENDED RELEASE~~36.02~MG
CELLULOSE ACETATE CA-398-10~ORAL; TABLET, EXTENDED RELEASE~~47.49~MG
CELLULOSE MICROCRYSTALLINE, AQUEOUS~ORAL; CAPSULE~~47.85~MG
CELLULOSE MICROCRYSTALLINE, AQUEOUS~ORAL; CAPSULE, HARD GELATIN~~141~MG
CELLULOSE MICROCRYSTALLINE, AQUEOUS~ORAL; TABLET~~240~MG
CELLULOSE MICROCRYSTALLINE, AQUEOUS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~199.6~MG
CELLULOSE MICROCRYSTALLINE, AQUEOUS~ORAL; TABLET, FILM COATED~~262.19~MG
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~NASAL; SPRAY~~2~%
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~NASAL; SPRAY, METERED~~1.5~%
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; GRANULE, FOR SUSPENSION~~50~MG
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; POWDER, FOR ORAL SUSPENSION~~2.5~%
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; POWDER, FOR SUSPENSION~~2.26~%
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SUSPENSION~~3~%
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SUSPENSION, DROPS~~0.76~%
CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; SUSPENSION, LIQUID~~3~%

DTX-2583

CELLULOSE MICROCRYSTALLINE/CARBOXYMETHYLCELLULOSE SODIUM~ORAL; TABLET~~160~MG
CELLULOSE, MICROCRYSTALLINE~INTRA-ARTICULAR; INJECTION~9004346~0.05~%
CELLULOSE, MICROCRYSTALLINE~INTRAMUSCULAR; INJECTION~9004346~0.05~%
CELLULOSE, MICROCRYSTALLINE~INTRAVENOUS; INJECTION~9004346~14.9~%
CELLULOSE, MICROCRYSTALLINE~INTRAVITREAL; IMPLANT~9004346~1.66~MG
CELLULOSE, MICROCRYSTALLINE~NASAL; SPRAY, METERED~9004346~0.15~%
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE~9004346~363.75~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, COATED PELLETS~9004346~8.03~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, COATED, SOFT GELATIN~9004346~60~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, ENTERIC COATED PELLETS~9004346~14~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, EXTENDED RELEASE~9004346~41.67~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, HARD GELATIN~9004346~154.3~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, SOFT GELATIN~9004346~105~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, SUSTAINED ACTION~9004346~186~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~9004346~282.6~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; DISPERSIBLE TABLET~9004346~253.2~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; GRANULE, ENTERIC COATED~9004346~789.6~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; GRANULE, FOR RECONSTITUTION~9004346~25~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; GRANULE, FOR SUSPENSION~9004346~~
CELLULOSE, MICROCRYSTALLINE~ORAL; MUCILAGE~9004346~63~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; POWDER, FOR SUSPENSION~9004346~58.65~%
CELLULOSE, MICROCRYSTALLINE~ORAL; SUSPENSION~9004346~1.45~%
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET~9004346~1385.3~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~9004346~240~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~9004346~570~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, COATED~9004346~356~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, CONTROLLED RELEASE~9004346~152~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, DELAYED ACTION~9004346~90~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~9004346~375.26~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, DELAYED RELEASE~9004346~~
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, ENTERIC COATED PARTICLES~9004346~391~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, EXTENDED RELEASE~9004346~397.7~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, FILM COATED~9004346~530~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, FOR SOLUTION~9004346~0.75~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, MULTILAYER, COATED~9004346~34~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~9004346~17.3~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, ORALLY DISINTEGRATING~9004346~147~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~9004346~30~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, SUGAR COATED~9004346~4.64~MG

CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, SUSTAINED ACTION~9004346~363.7~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, SUSTAINED ACTION, COATED~9004346~100~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~9004346~307.52~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~9004346~62.4~MG
CELLULOSE, MICROCRYSTALLINE~ORAL; TABLET, UNCOATED, TROCHE~9004346~60~MG
CELLULOSE, MICROCRYSTALLINE~ORAL-21; TABLET~9004346~28.488~MG
CELLULOSE, MICROCRYSTALLINE~ORAL-28; TABLET~9004346~28.488~MG
CELLULOSE, MICROCRYSTALLINE~ORAL-28; TABLET, COATED~9004346~10~MG
CELLULOSE, MICROCRYSTALLINE~SUBLINGUAL; TABLET~9004346~43.2~MG
CELLULOSE, MICROCRYSTALLINE~VAGINAL; TABLET~9004346~390~MG
CELLULOSE, MICROCRYSTALLINE 101~ORAL; CAPSULE~~39.1~MG
CELLULOSE, MICROCRYSTALLINE 101~ORAL; TABLET~~164.7~MG
CELLULOSE, MICROCRYSTALLINE 101~ORAL; TABLET, EXTENDED RELEASE~~100~MG
CELLULOSE, MICROCRYSTALLINE 101~ORAL; TABLET, FILM COATED~~6.5~MG
CELLULOSE, OXIDIZED~ORAL; TABLET~~165.092~MG
CELLULOSE, POWDER~ORAL; CAPSULE~~170~MG
CELLULOSE, POWDER~ORAL; TABLET~~44~MG
CELLULOSIC POLYMERS~ORAL; CAPSULE, ENTERIC COATED PELLETS~~~
CELLULOSIC POLYMERS~ORAL; TABLET, DELAYED ACTION~~~
CELLULOSIC POLYMERS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
CELLULOSIC POLYMERS~ORAL; TABLET, FILM COATED~~~
CELLULOSIC POLYMERS~ORAL; TABLET, SUSTAINED ACTION~~~
CERASYNT-SE~RECTAL; SUPPOSITORY~001319955~35~MG
CERASYNT-SE~TOPICAL; LOTION~001319955~3~%
CERESIN~TOPICAL; OINTMENT~008001750~7.31~%
CETEARETH-12~TOPICAL; EMULSION, CREAM~~5~%
CETEARETH-15~TOPICAL; EMULSION, CREAM~~1.5~%
CETEARETH-20~TOPICAL; EMULSION, CREAM~~10~%
CETEARETH-20~TOPICAL; LOTION~~~
CETEARETH-20~TOPICAL; OINTMENT~~~
CETEARETH-30~TOPICAL; CREAM, AUGMENTED~~1~%
CETEARETH-30~TOPICAL; EMULSION, CREAM~~3~%
CETEARETH-30~TOPICAL; LOTION~~2.3~%
CETEARYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION~~70~MG
CETEARYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~62~MG
CETEARYL ALCOHOL~TOPICAL; EMULSION, AEROSOL FOAM~~~
CETEARYL ALCOHOL~TOPICAL; EMULSION, CREAM~~12~%
CETEARYL ALCOHOL~TOPICAL; EMULSION, LOTION~~5~%
CETEARYL ALCOHOL~TOPICAL; LOTION~~3.7~%
CETEARYL ALCOHOL~TOPICAL; OINTMENT~~1.2~%
CETEARYL ALCOHOL~TOPICAL; SUSPENSION~~2.5~%
CETEARYL ALCOHOL~VAGINAL; CREAM, AUGMENTED~~10~%
CETEARYL ALCOHOL~VAGINAL; EMULSION, CREAM~~12~%
CETEARYL ALCOHOL~VAGINAL; TABLET~~~
CETEARYL ALCOHOL/CETEARETH-20~TOPICAL; CREAM, AUGMENTED~~4.72~%
CETEARYL ALCOHOL/CETEARETH-20~TOPICAL; EMULSION, CREAM~~8~%
CETEARYL OCTANOATE~TOPICAL; EMULSION, CREAM~~3~%

CETETH-10~TOPICAL; LOTION~~2.5~%
CETETH-2~TOPICAL; EMULSION, CREAM~~2.5~%
CETETH-2~TOPICAL; LOTION~~0.8~%
CETETH-20~TOPICAL; CREAM, AUGMENTED~~6~%
CETETH-20~TOPICAL; EMULSION, CREAM~~4.005~%
CETETH-20~TOPICAL; EMULSION, LOTION~~1~%
CETETH-20~TOPICAL; SOLUTION~~2~%
CETETH-20~TOPICAL; SOLUTION, LIQUID~~2~%
CETETH-20~VAGINAL; TAMPON~~~
CETETH-23~TOPICAL; EMULSION, CREAM~~2~%
CETRIMONIUM CHLORIDE~TOPICAL; LOTION~~0.2~%
CETYL ALCOHOL~AURICULAR (OTIC); SUSPENSION~000124298~1~%
CETYL ALCOHOL~OPHTHALMIC; SUSPENSION~000124298~0.5~%
CETYL ALCOHOL~ORAL; CAPSULE, ENTERIC COATED PELLETS~000124298~1~MG
CETYL ALCOHOL~ORAL; TABLET~000124298~~
CETYL ALCOHOL~ORAL; TABLET, FILM COATED~000124298~~
CETYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION~000124298~44~MG
CETYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000124298~59~MG
CETYL ALCOHOL~RECTAL; AEROSOL, METERED~000124298~0.162~%
CETYL ALCOHOL~TOPICAL; AEROSOL~000124298~1.15~%
CETYL ALCOHOL~TOPICAL; AEROSOL, METERED~000124298~10~%
CETYL ALCOHOL~TOPICAL; CREAM, AUGMENTED~000124298~4~%
CETYL ALCOHOL~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~000124298~6~%
CETYL ALCOHOL~TOPICAL; EMULSION, AEROSOL FOAM~000124298~3.226~%
CETYL ALCOHOL~TOPICAL; EMULSION, CREAM~000124298~12~%
CETYL ALCOHOL~TOPICAL; LOTION~000124298~68.4~%
CETYL ALCOHOL~TOPICAL; OINTMENT~000124298~7~%
CETYL ALCOHOL~TOPICAL; SUSPENSION~000124298~2.013~%
CETYL ALCOHOL~VAGINAL; EMULSION, CREAM~000124298~15~%
CETYL ALCOHOL~VAGINAL; SUPPOSITORY~000124298~~
CETYL ESTERS~ORAL; POWDER, FOR SUSPENSION~~~
CETYL ESTERS~TOPICAL; EMULSION, CREAM~~10.3~%
CETYL ESTERS~TOPICAL; LOTION~~3~%
CETYL ESTERS~VAGINAL; CREAM, AUGMENTED~~3~%
CETYL ESTERS~VAGINAL; EMULSION, CREAM~~3~%
CETYL ESTERS~VAGINAL; TABLET~~~
CETYL PALMITATE~TOPICAL; EMULSION, CREAM~000540103~9.45~%
CETYL PALMITATE~TOPICAL; OINTMENT~000540103~~
CETYL PALMITATE~TOPICAL; SOLUTION~000540103~0.05~%
CETYL PALMITATE~VAGINAL; EMULSION, CREAM~000540103~3.3~%
CETYLPYRIDINIUM CHLORIDE~INHALATION; AEROSOL, METERED~000123035~~
CETYLPYRIDINIUM CHLORIDE~IONTOPHORESIS; DRUG DELIVERY SYSTEM~000123035~1.2~MG
CETYLPYRIDINIUM CHLORIDE~ORAL; AEROSOL, METERED~000123035~~
CETYLPYRIDINIUM CHLORIDE~ORAL; CAPSULE~000123035~1.5~MG
CETYLPYRIDINIUM CHLORIDE~ORAL; CAPSULE, SOFT GELATIN~000123035~0.0043~MG
CETYLPYRIDINIUM CHLORIDE~ORAL; CAPSULE, SUSTAINED ACTION~000123035~0.02~MG
CETYLPYRIDINIUM CHLORIDE~TRANSDERMAL; DRUG DELIVERY SYSTEM~000123035~1.2~MG
CHARCOAL, ACTIVATED~INTRAMUSCULAR; INJECTABLE~001333853~0.3~%
CHARCOAL, ACTIVATED~INTRAVENOUS; INJECTABLE~001333853~0.3~%

CHARCOAL, ACTIVATED~IRRIGATION; SOLUTION~001333853~~
CHARCOAL, ACTIVATED~IV(INFUSION); INJECTION~001333853~~
CHARCOAL, ACTIVATED~ORAL; TABLET~001333853~0.6~MG
CHARTREUS COLORED SPHERES~ORAL; CAPSULE, SUSTAINED ACTION~~35.14~MG
CHEMODERM 6401B~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~0.1~%
CHERRY~ORAL; TABLET~~0.45~MG
CHERRY~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~~
CHERRY JUICE~ORAL; CONCENTRATE~008012995~~
CHLOROBUTANOL~AN,INFILTRATION; INJECTION~57158~0.4~%
CHLOROBUTANOL~AURICULAR (OTIC); SOLUTION~57158~~
CHLOROBUTANOL~IM - IV - SC; INJECTION~57158~0.5~%
CHLOROBUTANOL~IM - IV; INJECTION~57158~0.5~%
CHLOROBUTANOL~IM - SC; INJECTION~57158~0.5~%
CHLOROBUTANOL~INHALATION; INHALANT~57158~~
CHLOROBUTANOL~INHALATION; SOLUTION~57158~0.5~%
CHLOROBUTANOL~INTRAMUSCULAR; INJECTABLE~57158~0.525~%
CHLOROBUTANOL~INTRAMUSCULAR; INJECTION~57158~5~%
CHLOROBUTANOL~INTRAVENOUS; SOLUTION, INJECTION~57158~~
CHLOROBUTANOL~IV(INFUSION); INJECTION~57158~0.6~%
CHLOROBUTANOL~NASAL; SOLUTION~57158~0.05~%
CHLOROBUTANOL~NASAL; SPRAY~57158~0.5~%
CHLOROBUTANOL~NASAL; SPRAY, METERED~57158~0.5~%
CHLOROBUTANOL~NERVE BLOCK; INJECTION~57158~0.5~%
CHLOROBUTANOL~OPHTHALMIC; OINTMENT~57158~0.65~%
CHLOROBUTANOL~OPHTHALMIC; POWDER, FOR SOLUTION~57158~0.55~%
CHLOROBUTANOL~OPHTHALMIC; SOLUTION~57158~0.5~%
CHLOROBUTANOL~OPHTHALMIC; SOLUTION, DROPS~57158~0.2~%
CHLOROBUTANOL~SUBCUTANEOUS; INJECTION~57158~0.25~%
CHLOROBUTANOL~TOPICAL; SOLUTION~57158~0.3~%
CHLOROBUTANOL HEMIHYDRATE~INTRAMUSCULAR; INJECTION~006001645~0.525~%
CHLOROBUTANOL HEMIHYDRATE~INTRAVENOUS; SOLUTION, INJECTION~006001645~0.525~%
CHLOROBUTANOL, ANHYDROUS~INTRAMUSCULAR; INJECTION~001320667~0.525~%
CHLOROBUTANOL, ANHYDROUS~INTRAVENOUS; INJECTION~001320667~0.5~%
CHLOROBUTANOL, ANHYDROUS~OPHTHALMIC; SOLUTION~001320667~0.5~%
CHLOROCRESOL~TOPICAL; CREAM, AUGMENTED~000059507~0.1~%
CHLOROCRESOL~TOPICAL; EMULSION, CREAM~000059507~0.75~%
CHLOROFORM~ORAL; SYRUP~000067663~~
CHLOROFORM~ORAL; TABLET~000067663~~
CHLOROXYLENOL~AURICULAR (OTIC); SOLUTION~000088040~0.1~%
CHLOROXYLENOL~TOPICAL; EMULSION, CREAM~000088040~0.15~%
CHOLESTEROL~EPIDURAL; INJECTION, SUSPENSION, LIPOSOMAL~57885~0.33~%
CHOLESTEROL~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~57885~5.2~%
CHOLESTEROL~INTRAVENOUS; INJECTION, SUSPENSION, LIPOSOMAL~57885~0.319~%
CHOLESTEROL~INTRAVENOUS; SOLUTION, LIPOSOME, INJECTION~57885~0.684~%
CHOLESTEROL~OPHTHALMIC; POWDER, FOR SUSPENSION~57885~~
CHOLESTEROL~TOPICAL; EMULSION, CREAM~57885~1~%
CHOLESTEROL~TOPICAL; LOTION~57885~1.5~%
CHOLESTEROL~TOPICAL; OINTMENT~57885~5~%
CHOLESTEROL~VAGINAL; EMULSION, CREAM~57885~0.5~%

CHOLETH~VAGINAL; EMULSION, CREAM~~1~%
CHOLETH-24~TOPICAL; EMULSION~001339497~5~%
CHROMACOTE T 2700GN~ORAL; TABLET~~4.74~MG
CHROMACOTE T 2716Y~ORAL; TABLET~~6.33~MG
CHROMA-KOTE T2956-Y YELLOW~ORAL; TABLET, FILM COATED~~0.912~MG
CINNAMALDEHYDE~ORAL; SUSPENSION~000104552~0.01~%
CINNAMALDEHYDE~ORAL; TABLET~000104552~2.1~MG
CINNAMON~ORAL; SOLUTION, ELIXIR~~1.05~%
CINNAMON OIL~ORAL; PASTILLE~008007805~4~MG
CINNAMON OIL~ORAL; SOLUTION, ELIXIR~008007805~55~%
CINNAMON OIL~ORAL; SUSPENSION~008007805~0.0204~%
CINNAMON OIL~ORAL; SYRUP~008007805~0.005~%
CINNAMON OIL~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~008007805~0.001~MG
CITRATE~INTRAVENOUS; INJECTABLE~~0.72~%
CITRATE~INTRAVENOUS; LIQUID, CONCENTRATE, INJECTION~~~
CITRATE~ORAL; SYRUP~~1.2~%
CITRIC ACID~AN,CNBLK INTRATHECAL; INJECTION~000077929~~
CITRIC ACID~AN,INFILTRATION; INJECTION~000077929~0.02~%
CITRIC ACID~AURICULAR (OTIC); SOLUTION~000077929~1~%
CITRIC ACID~AURICULAR (OTIC); SOLUTION, DROPS~000077929~0.04~%
CITRIC ACID~CAUDAL BLOCK; INJECTION~000077929~~
CITRIC ACID~EPIDURAL; INJECTION~000077929~0.02~%
CITRIC ACID~IM - IV - SC; INJECTION~000077929~1.262~%
CITRIC ACID~IM - IV; INJECTABLE~000077929~~
CITRIC ACID~IM - IV; INJECTION~000077929~0.33~%
CITRIC ACID~IM - IV; SOLUTION, INJECTION~000077929~0.08~%
CITRIC ACID~IM - SC; INJECTION~000077929~0.219~%
CITRIC ACID~INHALATION; AEROSOL, METERED~000077929~0.0002~%
CITRIC ACID~INHALATION; INHALANT~000077929~~
CITRIC ACID~INHALATION; SOLUTION~000077929~0.4404~%
CITRIC ACID~INTRA-AMNIOTIC; INJECTION~000077929~~
CITRIC ACID~INTRA-ARTERIAL; SOLUTION, INJECTION~000077929~~
CITRIC ACID~INTRA-ARTICULAR; INJECTION~000077929~~
CITRIC ACID~INTRABURSAL; INJECTION~000077929~~
CITRIC ACID~INTRACARDIAC; INJECTION~000077929~0.2~%
CITRIC ACID~INTRALESIONAL; INJECTION~000077929~~
CITRIC ACID~INTRAMUSCULAR; INJECTION~000077929~2~%
CITRIC ACID~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000077929~0.03~%
CITRIC ACID~INTRAMUSCULAR; SOLUTION, INJECTION~000077929~~
CITRIC ACID~INTRAPLEURAL; INJECTION~000077929~~
CITRIC ACID~INTRAPLEURAL; POWDER, FOR INJECTION SOLUTION~000077929~0.03~%
CITRIC ACID~INTRASYNOVIAL; INJECTION~000077929~~
CITRIC ACID~INTRATHECAL; INJECTION~000077929~~
CITRIC ACID~INTRATHECAL; POWDER, FOR INJECTION SOLUTION~000077929~0.03~%
CITRIC ACID~INTRAVASCULAR; SOLUTION, INJECTION~000077929~~
CITRIC ACID~INTRAVENOUS; INFUSION~000077929~~
CITRIC ACID~INTRAVENOUS; INJECTABLE~000077929~~
CITRIC ACID~INTRAVENOUS; INJECTION~000077929~20~%
CITRIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000077929~50~%

DTX-2583

CITRIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000077929~7.692~%
CITRIC ACID~INTRAVENOUS; SOLUTION~000077929~0.5017~%
CITRIC ACID~INTRAVENOUS; SOLUTION, INJECTION~000077929~0.075~%
CITRIC ACID~IONTOPHORESIS; DRUG DELIVERY SYSTEM~000077929~1.4~MG
CITRIC ACID~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~000077929~0.2~MG
CITRIC ACID~IONTOPHORESIS; SOLUTION~000077929~0.02~%
CITRIC ACID~IV(INFUSION); INJECTION~000077929~5.1~%
CITRIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000077929~6.92~%
CITRIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000077929~~
CITRIC ACID~IV(INFUSION); SOLUTION, INJECTION~000077929~0.2~%
CITRIC ACID~NASAL; GEL~000077929~~
CITRIC ACID~NASAL; SOLUTION~000077929~20~%
CITRIC ACID~NASAL; SPRAY~000077929~0.26~%
CITRIC ACID~NASAL; SPRAY, METERED~000077929~3.5~%
CITRIC ACID~NERVE BLOCK; INJECTION~000077929~0.0202~%
CITRIC ACID~OPHTHALMIC; SOLUTION~000077929~0.035~%
CITRIC ACID~OPHTHALMIC; SOLUTION, DROPS~000077929~0.05~%
CITRIC ACID~OPHTHALMIC; SUSPENSION~000077929~~
CITRIC ACID~ORAL; BAR, CHEWABLE~000077929~500~MG
CITRIC ACID~ORAL; CAPSULE~000077929~30.75~MG
CITRIC ACID~ORAL; CAPSULE, EXTENDED RELEASE~000077929~18.8~MG
CITRIC ACID~ORAL; CAPSULE, HARD GELATIN~000077929~~
CITRIC ACID~ORAL; CAPSULE, SOFT GELATIN~000077929~1~MG
CITRIC ACID~ORAL; CAPSULE, SUSTAINED ACTION~000077929~~
CITRIC ACID~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~000077929~18.8~MG
CITRIC ACID~ORAL; CONCENTRATE~000077929~1.85~%
CITRIC ACID~ORAL; DROPS~000077929~0.18~%
CITRIC ACID~ORAL; FOR SUSPENSION~000077929~5~MG
CITRIC ACID~ORAL; GRANULE~000077929~6.25~MG
CITRIC ACID~ORAL; GRANULE, FOR RECONSTITUTION~000077929~6~MG
CITRIC ACID~ORAL; GRANULE, FOR SUSPENSION~000077929~9.1~MG
CITRIC ACID~ORAL; LIQUID~000077929~1.35~%
CITRIC ACID~ORAL; POWDER~000077929~9.5~%
CITRIC ACID~ORAL; POWDER, FOR ORAL SUSPENSION~000077929~8.1~%
CITRIC ACID~ORAL; POWDER, FOR RECONSTITUTION~000077929~0.25~%
CITRIC ACID~ORAL; POWDER, FOR SOLUTION~000077929~~
CITRIC ACID~ORAL; POWDER, FOR SUSPENSION~000077929~60~%
CITRIC ACID~ORAL; SOLUTION~000077929~0.8~%
CITRIC ACID~ORAL; SOLUTION, ELIXIR~000077929~2~%
CITRIC ACID~ORAL; SOLUTION, LIQUID~000077929~0.7~%
CITRIC ACID~ORAL; SUSPENSION~000077929~1.4065~%
CITRIC ACID~ORAL; SUSPENSION, DROPS~000077929~0.24~%
CITRIC ACID~ORAL; SUSPENSION, FOR INHALATION~000077929~0.028~%
CITRIC ACID~ORAL; SUSPENSION, LIQUID~000077929~0.18~%
CITRIC ACID~ORAL; SUSPENSION, SUSTAINED ACTION~000077929~0.5~%
CITRIC ACID~ORAL; SYRUP~000077929~72.2~%
CITRIC ACID~ORAL; TABLET~000077929~78~MG
CITRIC ACID~ORAL; TABLET (IMMED./COMP. RELEASE), FILM

COATED~000077929~0.945~MG
CITRIC ACID~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000077929~4.26~MG
CITRIC ACID~ORAL; TABLET, COATED~000077929~~
CITRIC ACID~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000077929~1~MG
CITRIC ACID~ORAL; TABLET, EXTENDED RELEASE~000077929~5~MG
CITRIC ACID~ORAL; TABLET, FILM COATED~000077929~42~MG
CITRIC ACID~ORAL; TABLET, ORALLY DISINTEGRATING~000077929~63~MG
CITRIC ACID~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~000077929~3.08~MG
CITRIC ACID~ORAL; TABLET, SUSTAINED ACTION~000077929~~
CITRIC ACID~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000077929~40~MG
CITRIC ACID~ORAL; TABLET, UNCOATED, TROCHE~000077929~~
CITRIC ACID~ORAL-28; TABLET~000077929~~
CITRIC ACID~PERIDURAL; INJECTION~000077929~~
CITRIC ACID~SOFT TISSUE; INJECTION~000077929~~
CITRIC ACID~SUBLINGUAL; TABLET~000077929~5.92~MG
CITRIC ACID~TOPICAL; AEROSOL~000077929~0.08~%
CITRIC ACID~TOPICAL; CREAM, AUGMENTED~000077929~0.05~%
CITRIC ACID~TOPICAL; EMULSION~000077929~0.11~%
CITRIC ACID~TOPICAL; EMULSION, AEROSOL FOAM~000077929~0.11~%
CITRIC ACID~TOPICAL; EMULSION, CREAM~000077929~5~%
CITRIC ACID~TOPICAL; GEL~000077929~0.05~%
CITRIC ACID~TOPICAL; LOTION~000077929~0.85~%
CITRIC ACID~TOPICAL; OINTMENT~000077929~0.012~%
CITRIC ACID~TOPICAL; PATCH, CONTROLLED RELEASE~000077929~0.2~MG
CITRIC ACID~TOPICAL; POWDER, FOR SOLUTION~000077929~~
CITRIC ACID~TOPICAL; SHAMPOO~000077929~2.3~%
CITRIC ACID~TOPICAL; SHAMPOO, SUSPENSION~000077929~1~%
CITRIC ACID~TOPICAL; SOLUTION~000077929~40~%
CITRIC ACID~TOPICAL; SWAB~000077929~40~MG
CITRIC ACID~TRANSDERMAL; DRUG DELIVERY SYSTEM~000077929~1.4~MG
CITRIC ACID~VAGINAL; EMULSION, CREAM~000077929~~
CITRIC ACID~VAGINAL; SPONGE~000077929~7.5~MG
CITRIC ACID MONOHYDRATE~AN,INFILTRATION; INJECTION~005949291~0.1613~%
CITRIC ACID MONOHYDRATE~IM - IV - SC; INJECTION~005949291~1.26~%
CITRIC ACID MONOHYDRATE~IM - IV; INJECTION~005949291~0.361~%
CITRIC ACID MONOHYDRATE~IM - IV; SOLUTION, INJECTION~005949291~0.0875~%
CITRIC ACID MONOHYDRATE~INTRACARDIAC; INJECTION~005949291~1.05~%
CITRIC ACID MONOHYDRATE~INTRAMUSCULAR; INJECTABLE~005949291~0.5~%
CITRIC ACID MONOHYDRATE~INTRAOCULAR; SOLUTION~005949291~0.05~%
CITRIC ACID MONOHYDRATE~INTRAVENOUS; INJECTION~005949291~52.5~%
CITRIC ACID MONOHYDRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~005949291~21.9~%
CITRIC ACID MONOHYDRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~005949291~41.36~%
CITRIC ACID MONOHYDRATE~INTRAVENOUS; SOLUTION~005949291~0.156~%
CITRIC ACID MONOHYDRATE~INTRAVENOUS; SOLUTION, INJECTION~005949291~0.082~%
CITRIC ACID MONOHYDRATE~IV(INFUSION); INJECTION~005949291~1.05~%
CITRIC ACID MONOHYDRATE~IV(INFUSION); SOLUTION, INJECTION~005949291~0.14~%

CITRIC ACID MONOHYDRATE~NASAL; SOLUTION~005949291~0.42~%
CITRIC ACID MONOHYDRATE~NASAL; SPRAY, METERED~005949291~0.17~%
CITRIC ACID MONOHYDRATE~NERVE BLOCK; INJECTION~005949291~0.1613~%
CITRIC ACID MONOHYDRATE~OPHTHALMIC; SOLUTION~005949291~0.05~%
CITRIC ACID MONOHYDRATE~OPHTHALMIC; SOLUTION, DROPS~005949291~0.05~%
CITRIC ACID MONOHYDRATE~ORAL; SOLUTION~005949291~0.5~%
CITRIC ACID MONOHYDRATE~ORAL; SUSPENSION~005949291~0.3~%
CITRIC ACID MONOHYDRATE~ORAL; SUSPENSION, SUSTAINED ACTION~005949291~14.08~%
CITRIC ACID MONOHYDRATE~ORAL; SYRUP~005949291~0.96~%
CITRIC ACID MONOHYDRATE~ORAL; TABLET~005949291~50~MG
CITRIC ACID MONOHYDRATE~ORAL; TABLET, FILM COATED~005949291~10~MG
CITRIC ACID MONOHYDRATE~TOPICAL; EMULSION, CREAM~005949291~0.05~%
CITRIC ACID MONOHYDRATE~TOPICAL; GEL~005949291~0.1~%
CITRIC ACID MONOHYDRATE~TOPICAL; SHAMPOO~005949291~0.24~%
CITRIC ACID MONOHYDRATE~TOPICAL; SHAMPOO, SUSPENSION~005949291~~
CITRIC ACID MONOHYDRATE~TOPICAL; SOLUTION~005949291~0.188~%
CITRIC ACID MONOHYDRATE~VAGINAL; EMULSION, CREAM~005949291~0.494~%
CITRIC ACID, HYDROUS~IM - IV - SC; INJECTION~015686654~1.26~%
CITRIC ACID, HYDROUS~INTRAVENOUS; INJECTION~015686654~10.5~%
CITRIC ACID, HYDROUS~IV(INFUSION); INJECTION~015686654~0.0032~%
CITRIC ACID, HYDROUS~ORAL; GRANULE, FOR SUSPENSION~015686654~14.1~MG
CITRIC ACID, HYDROUS~ORAL; SOLUTION~015686654~~
CITRIC ACID, HYDROUS~ORAL; SUSPENSION~015686654~0.75~%
CITRIC ACID, HYDROUS~ORAL; SYRUP~015686654~0.26~%
CITRIC ACID, HYDROUS~TOPICAL; EMULSION, CREAM~015686654~0.1~%
CITRIC ACID, HYDROUS~TOPICAL; EMULSION, LOTION~015686654~0.05~%
CLOVE OIL~ORAL; SOLUTION~008000348~~
CLOVE OIL~ORAL; SOLUTION, ELIXIR~008000348~40~%
CLOVE OIL~ORAL; SUSPENSION~008000348~0.01~%
COATERIC YPA-6-7430 WHITE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~26~MG
COCAMIDE DIETHANOLAMINE~TOPICAL; AEROSOL, METERED~061791319~3~%
COCAMIDE DIETHANOLAMINE~TOPICAL; EMULSION, CREAM~061791319~4~%
COCAMIDE DIETHANOLAMINE~TOPICAL; SHAMPOO~061791319~3.5~%
COCAMIDE DIETHANOLAMINE~TOPICAL; SOLUTION~061791319~4~%
COCAMIDE DIETHANOLAMINE~TOPICAL; SPONGE~061791319~20.2~MG
COCAMIDE DIETHANOLAMINE~TOPICAL; SUSPENSION~061791319~4~%
COCAMIDE ETHER SULFATE~TOPICAL; SHAMPOO~~5~%
COCAMINE OXIDE~TOPICAL; SHAMPOO~061788907~2~%
COCO BETAINE~TOPICAL; SHAMPOO~~6~%
COCOA BEAN~ORAL; SUSPENSION~~24.666~%
COCOA BUTTER~ORAL; POWDER~~~
COCOA BUTTER~RECTAL; SUPPOSITORY~~2070.6~MG
COCOA BUTTER~TOPICAL; LOTION~~0.1~%
COCOGLYCERIDES~TOPICAL; EMULSION, CREAM~~~
COCOMONOETHANOLAMIDE~TOPICAL; SHAMPOO~000142789~~
COCONUT OIL~ORAL; CAPSULE~008001318~~
COCONUT OIL~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~008001318~~
COCONUT OIL~ORAL; TABLET~008001318~~
COCONUT OIL~TOPICAL; EMULSION, CREAM~008001318~6~%

COCONUT OIL~TOPICAL; OINTMENT~008001318~25~%
COCONUT OIL~TOPICAL; SOLUTION~008001318~15.5~%
COCONUT OIL - LECITHIN~ORAL; CAPSULE, SOFT GELATIN~~~
COCONUT OIL, FRACTIONED~ORAL; CAPSULE~~124.9497~MG
COCONUT OIL, FRACTIONED~ORAL; CAPSULE, SOFT GELATIN~~99.77~MG
COCONUT OIL, FRACTIONED~TOPICAL; OINTMENT~~0.02~%
COCONUT OIL, HYDROGENATED~RECTAL; SUPPOSITORY~~~
COCONUT OIL/PALM KERNEL OIL GLYCERIDES, HYDROGENATED~RECTAL; SUPPOSITORY~~1734.9~MG
COCONUT OIL/PALM KERNEL OIL GLYCERIDES, HYDROGENATED~VAGINAL; SUPPOSITORY~~2375~MG
COCONUT OIL/PALM KERNEL OIL GLYCERIDES, HYDROGENATED~VAGINAL; TAMPON~~~
COFFEE~ORAL; POWDER~~~
COLORING SUSPENSION~TOPICAL; EMULSION, CREAM~~~
COMPRESSIBLE SUGAR~ORAL; CAPSULE~~270~MG
COMPRESSIBLE SUGAR~ORAL; CAPSULE, SUSTAINED ACTION~~75~MG
COMPRESSIBLE SUGAR~ORAL; TABLET~~360~MG
COMPRESSIBLE SUGAR~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~623.5~MG
COMPRESSIBLE SUGAR~ORAL; TABLET, COATED~~120~MG
COMPRESSIBLE SUGAR~ORAL; TABLET, SUSTAINED ACTION~~253~MG
COMPRESSIBLE SUGAR~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~354~MG
COMPRESSIBLE SUGAR~ORAL-21; TABLET~~8~MG
COMPRESSIBLE SUGAR~ORAL-28; TABLET~~8~MG
COMPRESSIBLE SUGAR~SUBLINGUAL; TABLET~~136~MG
COPOVIDONE~ORAL; TABLET~~356.82~MG
COPOVIDONE~ORAL; TABLET, EXTENDED RELEASE~~3.9~MG
COPOVIDONE~ORAL; TABLET, FILM COATED~~853.8~MG
COPOVIDONE~ORAL; TABLET, ORALLY DISINTEGRATING~~4.38~MG
COPOVIDONE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~6.1~MG
CORIANDER OIL~ORAL; SOLUTION~008008524~~
CORIANDER OIL~ORAL; SOLUTION, ELIXIR~008008524~15~%
CORN GLYCERIDES~ORAL; CAPSULE, SOFT GELATIN~~344~MG
CORN GLYCERIDES~ORAL; SOLUTION~~31.885~%
CORN OIL~INTRAMUSCULAR; INJECTION~008001307~~
CORN OIL~ORAL; CAPSULE~008001307~918~MG
CORN OIL~ORAL; CAPSULE, SOFT GELATIN~008001307~416~MG
CORN OIL~ORAL; SUSPENSION~008001307~50~%
CORN OIL~ORAL; TABLET~008001307~20~MG
CORN OIL~ORAL; TABLET, COATED~008001307~0.3~MG
CORN OIL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008001307~0.03~MG
CORN OIL~SUBLINGUAL; TABLET~008001307~1.7~MG
CORN OIL PEG-6 ESTERS~ORAL; CAPSULE, SOFT GELATIN~~300~MG
CORN SYRUP~ORAL; SOLUTION~~10~%
CORN SYRUP~ORAL; SOLUTION, ELIXIR~~30.4~%
CORN SYRUP~ORAL; SUSPENSION~~34.2~%
CORN SYRUP~ORAL; SUSPENSION, LIQUID~~~
CORN SYRUP~ORAL; SUSPENSION, SUSTAINED ACTION~~~
CORN SYRUP~ORAL; SYRUP~~65.78~%
CORN SYRUP~ORAL; TABLET~~14.065~MG

CORN SYRUP~ORAL; TABLET, UNCOATED, TROCHE~~~
COTTONSEED OIL~INTRAMUSCULAR; INJECTABLE~008001294~~
COTTONSEED OIL~INTRAMUSCULAR; INJECTION~008001294~87.46~%
COTTONSEED OIL~ORAL; CAPSULE, SOFT GELATIN~008001294~~
COTTONSEED OIL, HYDROGENATED~ORAL; CAPSULE~~15~MG
COTTONSEED OIL, HYDROGENATED~ORAL; CAPSULE, SUSTAINED ACTION~~58~MG
COTTONSEED OIL, HYDROGENATED~ORAL; TABLET~~34~MG
COTTONSEED OIL, HYDROGENATED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~~
COTTONSEED OIL, HYDROGENATED~ORAL; TABLET, COATED~~0.6~MG
COTTONSEED OIL, HYDROGENATED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~4~MG
COTTONSEED OIL, HYDROGENATED~ORAL; TABLET, SUSTAINED ACTION~~402~MG
COTTONSEED OIL, HYDROGENATED~SUBLINGUAL; TABLET~~2~MG
CREAM BASE~TOPICAL; EMULSION, CREAM~~~
CREATINE~INTRA-ARTICULAR; INJECTION~000057001~~
CREATINE~INTRALESIONAL; INJECTION~000057001~~
CREATINE~INTRAMUSCULAR; INJECTION~000057001~~
CREATININE~AURICULAR (OTIC); SOLUTION~000060275~0.5~%
CREATININE~IM - IV - SC; INJECTION~000060275~~
CREATININE~IM - IV; INJECTION~000060275~0.8~%
CREATININE~INTRA-ARTICULAR; INJECTION~000060275~0.8~%
CREATININE~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~000060275~~
CREATININE~INTRABURSAL; INJECTION~000060275~~
CREATININE~INTRADERMAL; INJECTION, SUSTAINED ACTION~000060275~~
CREATININE~INTRALESIONAL; INJECTION~000060275~0.8~%
CREATININE~INTRALESIONAL; INJECTION, SUSTAINED ACTION~000060275~~
CREATININE~INTRAMUSCULAR; INJECTION~000060275~0.5~%
CREATININE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~000060275~~
CREATININE~INTRASYNOVIAL; INJECTION~000060275~0.8~%
CREATININE~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~000060275~~
CREATININE~OPHTHALMIC; SOLUTION~000060275~0.5~%
CREATININE~OPHTHALMIC; SOLUTION, DROPS~000060275~0.2~%
CREATININE~SOFT TISSUE; INJECTION~000060275~0.8~%
CREATININE~TOPICAL; EMULSION, CREAM~000060275~~
CRESOL~SUBCUTANEOUS; INJECTION~008026946~~
CRESOL, M-~IM - IV - SC; INJECTION~000108394~0.1~%
CRESOL, M-~IM - SC; INJECTION~000108394~0.25~%
CRESOL, M-~INTRADERMAL; INJECTION~000108394~0.16~%
CRESOL, M-~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000108394~0.3~%
CRESOL, M-~IV(INFUSION); INJECTION~000108394~0.1~%
CRESOL, M-~SUBCUTANEOUS; INJECTABLE~000108394~0.315~%
CRESOL, M-~SUBCUTANEOUS; INJECTION~000108394~0.45~%
CRESOL, M-~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000108394~0.3~%
CRESOL, M-~SUBCUTANEOUS; SOLUTION, INJECTION~000108394~0.22~%
CRESOL, M-~SUBCUTANEOUS; SUSPENSION, INJECTION~000108394~0.172~%
CROSCARMELLOSE SODIUM~INTRAMUSCULAR; INJECTION~~1~%
CROSCARMELLOSE SODIUM~ORAL; CAPSULE~~50~MG

CROSCARMELLOSE SODIUM~ORAL; CAPSULE (IMMED./COMP. RELEASE), HARD GELATIN~~30~MG
CROSCARMELLOSE SODIUM~ORAL; CAPSULE, ENTERIC COATED PELLETS~~20~MG
CROSCARMELLOSE SODIUM~ORAL; CAPSULE, HARD GELATIN~~20~MG
CROSCARMELLOSE SODIUM~ORAL; GRANULE, FOR RECONSTITUTION~~143.5~MG
CROSCARMELLOSE SODIUM~ORAL; GRANULE, FOR SUSPENSION~~35.3~MG
CROSCARMELLOSE SODIUM~ORAL; SOLUTION~~~
CROSCARMELLOSE SODIUM~ORAL; TABLET~~180~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~50~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~18~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, COATED~~35.2~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, DELAYED ACTION~~12~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~32.44~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, DELAYED RELEASE~~~
CROSCARMELLOSE SODIUM~ORAL; TABLET, EXTENDED RELEASE~~15~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, FILM COATED~~165~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, ORALLY DISINTEGRATING~~6~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, SUGAR COATED~~2.5~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, SUSTAINED ACTION~~28~MG
CROSCARMELLOSE SODIUM~ORAL; TABLET, UNCOATED, TROCHE~~10~MG
CROSCARMELLOSE SODIUM~ORAL-21; TABLET~~3~MG
CROSCARMELLOSE SODIUM~ORAL-28; TABLET~~3~MG
CROSCARMELLOSE SODIUM~ORAL-28; TABLET, COATED~~2~MG
CROSCARMELLOSE SODIUM~SUBLINGUAL; TABLET~~6.5~MG
CROSPOVIDONE~IMPLANTATION; PELLET~009003398~2~MG
CROSPOVIDONE~INTRA-ARTICULAR; INJECTION~009003398~0.02~%
CROSPOVIDONE~INTRAMUSCULAR; INJECTION~009003398~0.02~%
CROSPOVIDONE~INTRAUTERINE; SOLUTION~009003398~~
CROSPOVIDONE~ORAL; CAPSULE~009003398~30~MG
CROSPOVIDONE~ORAL; CAPSULE, COATED, SOFT GELATIN~009003398~14~MG
CROSPOVIDONE~ORAL; CAPSULE, ENTERIC COATED PELLETS~009003398~20.25~MG
CROSPOVIDONE~ORAL; CAPSULE, HARD GELATIN~009003398~70~MG
CROSPOVIDONE~ORAL; CAPSULE, SUSTAINED ACTION~009003398~10.71~MG
CROSPOVIDONE~ORAL; DISPERSIBLE TABLET~009003398~340~MG
CROSPOVIDONE~ORAL; MUCILAGE~009003398~9~MG
CROSPOVIDONE~ORAL; POWDER, FOR SUSPENSION~009003398~5~%
CROSPOVIDONE~ORAL; SUSPENSION~009003398~0.05~%
CROSPOVIDONE~ORAL; SUSPENSION, SUSTAINED ACTION~009003398~18.68~%
CROSPOVIDONE~ORAL; TABLET~009003398~300~MG
CROSPOVIDONE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009003398~15~MG
CROSPOVIDONE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009003398~100~MG
CROSPOVIDONE~ORAL; TABLET, COATED~009003398~792~MG
CROSPOVIDONE~ORAL; TABLET, CONTROLLED RELEASE~009003398~~
CROSPOVIDONE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009003398~50~MG
CROSPOVIDONE~ORAL; TABLET, DISPERSIBLE~009003398~6~MG
CROSPOVIDONE~ORAL; TABLET, ENTERIC COATED PARTICLES~009003398~130~MG

CROSPOVIDONE~ORAL; TABLET, EXTENDED RELEASE~009003398~39.2~MG
CROSPOVIDONE~ORAL; TABLET, FILM COATED~009003398~196.7~MG
CROSPOVIDONE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~009003398~5~MG
CROSPOVIDONE~ORAL; TABLET, ORALLY DISINTEGRATING~009003398~180~MG
CROSPOVIDONE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~009003398~15~MG
CROSPOVIDONE~ORAL; TABLET, REPEAT ACTION~009003398~10~MG
CROSPOVIDONE~ORAL; TABLET, SUSTAINED ACTION~009003398~144~MG
CROSPOVIDONE~ORAL; TABLET, SUSTAINED ACTION, COATED~009003398~15.4~MG
CROSPOVIDONE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009003398~5~MG
CROSPOVIDONE~ORAL-21; TABLET~009003398~4.45~MG
CROSPOVIDONE~SUBLINGUAL; TABLET~009003398~6.5~MG
CROSPOVIDONE~TOPICAL; EMULSION~009003398~1~%
CROSPOVIDONE~TOPICAL; LOTION~009003398~0.185~%
CROSPOVIDONE~VAGINAL; SUPPOSITORY~009003398~116.1~MG
CROSPOVIDONE~VAGINAL; TABLET~009003398~35~MG
CRYSTAL GUM~ORAL; TABLET~~17~MG
CUPRIC SULFATE~AURICULAR (OTIC); SOLUTION~7758998~0~%
CUPRIC SULFATE~AURICULAR (OTIC); SUSPENSION~7758998~~
CUPRIC SULFATE, ANHYDROUS~AURICULAR (OTIC); SOLUTION, DROPS~7758987~0~%
CUTINA~SUBLINGUAL; TABLET~~1.6~MG
CYCLAMIC ACID~ORAL; SUSPENSION~000100889~~
CYCLOMETHICONE~ORAL; POWDER, FOR SOLUTION~~~
CYCLOMETHICONE~TOPICAL; CREAM, AUGMENTED~~7.6~%
CYCLOMETHICONE~TOPICAL; EMULSION, AEROSOL FOAM~~~
CYCLOMETHICONE~TOPICAL; EMULSION, CREAM~~13~%
CYCLOMETHICONE~TOPICAL; LOTION~~4~%
CYCLOMETHICONE/DIMETHICONE COPOLYOL~TOPICAL; GEL~~2.3~%
CYSTEINE~IM - SC; INJECTION, SUSTAINED ACTION~52904~0.1~%
CYSTEINE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~52904~2.6~%
CYSTEINE~IV(INFUSION); SOLUTION, INJECTION~52904~2~%
CYSTEINE HYDROCHLORIDE~INTRAVENOUS; INJECTION~7048046~~
CYSTEINE HYDROCHLORIDE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~7048046~0.1~%
CYSTEINE HYDROCHLORIDE~IV(INFUSION); INJECTION~7048046~2~%
CYSTEINE HYDROCHLORIDE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~7048046~1.5~%
CYSTEINE HYDROCHLORIDE~ORAL; CAPSULE~7048046~~
CYSTEINE HYDROCHLORIDE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~7048046~16.2~MG
CYSTEINE HYDROCHLORIDE, ANHYDROUS~INTRADISCAL; POWDER, FOR INJECTION SOLUTION~000052891~~
DAUBERT 1-5 PESTR (MATTE) 164Z~TRANSDERMAL; FILM, CONTROLLED RELEASE~~507.5~MG
DC ANTIFOAM AF TRITURATION 1% ON SUCROSE~ORAL; POWDER, FOR SOLUTION~~0.2625~%
DC ANTIFOAM AF TRITURATION 1% ON SUCROSE~ORAL; POWDER, FOR SUSPENSION~~~
DEHYDROACETIC ACID~TOPICAL; LOTION~000520456~11.6~%
DEHYDROACETIC ACID~TOPICAL; SHAMPOO~000520456~~

DEHYMULS E~TOPICAL; OINTMENT~~7.5~%
DENATONIUM BENZOATE~TOPICAL; GEL~003734336~0.0006~%
DENATONIUM BENZOATE~TOPICAL; SOLUTION~003734336~0.0003~%
DENATONIUM BENZOATE~TOPICAL; SWAB~003734336~~
DEOXYCHOLIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000083443~~
DEXTRAN~INTRAVENOUS; LIQUID, CONCENTRATE, INJECTION~009004540~~
DEXTRAN 40~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009004540~30~%
DEXTRATES~ORAL; TABLET~~86.5~MG
DEXTRATES~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~1247~MG
DEXTRATES~ORAL; TABLET, SUSTAINED ACTION~~108.5~MG
DEXTRIN~ORAL; TABLET~009004539~21.7~MG
DEXTRIN~ORAL; TABLET, COATED~009004539~~
DEXTRIN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009004539~9.25~MG
DEXTRIN~TOPICAL; EMULSION, CREAM~009004539~0.029~%
DEXTRIN~TOPICAL; LOTION~009004539~~
DEXTRIN~TOPICAL; SHAMPOO~009004539~5~%
DEXTRINS MODIFIED~ORAL-28; TABLET~~~
DEXTROSE~IM - IV - SC; INJECTION~005996101~~
DEXTROSE~IM - IV; INJECTION~005996101~5~%
DEXTROSE~IM - IV; POWDER, FOR INJECTION SOLUTION~005996101~5~%
DEXTROSE~INTERSTITIAL; INJECTION~005996101~~
DEXTROSE~INTRACAVITARY; INJECTION~005996101~~
DEXTROSE~INTRAMUSCULAR; INJECTION~005996101~4.4~%
DEXTROSE~INTRAPERITONEAL; INJECTION~005996101~~
DEXTROSE~INTRAPLEURAL; INJECTION~005996101~~
DEXTROSE~INTRASPINAL; INJECTION~005996101~5~%
DEXTROSE~INTRAVENOUS; INJECTION~005996101~30~%
DEXTROSE~INTRAVENOUS; INJECTION, SOLUTION~005996101~~
DEXTROSE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~005996101~5~%
DEXTROSE~INTRAVENOUS; SOLUTION, INJECTION~005996101~5~%
DEXTROSE~IV(INFUSION); INJECTION~005996101~5.6~%
DEXTROSE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~005996101~5~%
DEXTROSE~IV(INFUSION); SOLUTION, INJECTION~005996101~5.17~%
DEXTROSE~NASAL; SPRAY~005996101~5~%
DEXTROSE~NASAL; SPRAY, METERED~005996101~5~%
DEXTROSE~ORAL; CONCENTRATE~005996101~~
DEXTROSE~ORAL; PASTILLE~005996101~157~MG
DEXTROSE~ORAL; POWDER, FOR SOLUTION~005996101~~
DEXTROSE~ORAL; SUSPENSION~005996101~~
DEXTROSE~ORAL; SYRUP~005996101~27~%
DEXTROSE~ORAL; TABLET~005996101~183.66~MG
DEXTROSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~005996101~25~MG
DEXTROSE~ORAL; TABLET, SUSTAINED ACTION, COATED~005996101~103.95~MG
DEXTROSE~ORAL; TABLET, UNCOATED, TROCHE~005996101~903.5~MG
DEXTROSE~SPINAL; INJECTION~005996101~7.5~%
DEXTROSE~SUBLINGUAL; TABLET~005996101~115.775~MG
DEXTROSE SOLUTION~INTRAVENOUS; INJECTION~008012246~~
DEXTROSE SOLUTION~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~008012246~5~%

DEXTROSE SOLUTION~ORAL; SYRUP~008012246~~
DEXTROSE, ANHYDROUS~IM - IV; INJECTABLE~000050997~5~%
DEXTROSE, ANHYDROUS~IM - IV; POWDER, FOR INJECTION SOLUTION~000050997~~
DEXTROSE, ANHYDROUS~IM - SC; INJECTION~000050997~3.75~%
DEXTROSE, ANHYDROUS~INTRAMUSCULAR; INJECTION~000050997~5~%
DEXTROSE, ANHYDROUS~INTRAVENOUS; INJECTION~000050997~4.5~%
DEXTROSE, ANHYDROUS~INTRAVENOUS; KIT~000050997~1.11~GM
DEXTROSE, ANHYDROUS~INTRAVENOUS; SOLUTION, INJECTION~000050997~5~%
DEXTROSE, ANHYDROUS~IV(INFUSION); INJECTION~000050997~5.43~%
DEXTROSE, ANHYDROUS~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000050997~~
DEXTROSE, ANHYDROUS~IV(INFUSION); SOLUTION, INJECTION~000050997~4.7~%
DEXTROSE, ANHYDROUS~NASAL; SPRAY, METERED~000050997~0.5~%
DEXTROSE, ANHYDROUS~SPINAL; INJECTION~000050997~8.25~%
DIACETYLATED MONOGLYCERIDES~ORAL; TABLET~008029923~9.14~MG
DIACETYLATED MONOGLYCERIDES~ORAL; TABLET, COATED~008029923~0.63~MG
DIACETYLATED MONOGLYCERIDES~ORAL; TABLET, DELAYED ACTION~008029923~~
DIACETYLATED MONOGLYCERIDES~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008029923~1.2~MG
DIACETYLATED MONOGLYCERIDES~ORAL; TABLET, FILM COATED~008029923~1.143~MG
DIATOMACEOUS EARTH~ORAL; TABLET, COATED~~~
DIATOMACEOUS EARTH~ORAL; TABLET, SUSTAINED ACTION~~~
DIATRIZOIC ACID~INTRA-ARTERIAL; INJECTION~000117964~~
DIATRIZOIC ACID~INTRA-ARTICULAR; INJECTION~000117964~~
DIATRIZOIC ACID~INTRACARDIAC; INJECTION~000117964~~
DIATRIZOIC ACID~INTRADISCAL; INJECTION~000117964~~
DIATRIZOIC ACID~INTRAMUSCULAR; INJECTION~000117964~59.7~%
DIATRIZOIC ACID~INTRAUTERINE; SOLUTION~000117964~~
DIATRIZOIC ACID~INTRAVASCULAR; INJECTION~000117964~~
DIATRIZOIC ACID~INTRAVENOUS; INJECTION~000117964~59.7~%
DIATRIZOIC ACID~IV(INFUSION); INJECTION~000117964~~
DIATRIZOIC ACID~PERIARTICULAR; INJECTION~000117964~~
DIATRIZOIC ACID~SUBCUTANEOUS; INJECTION~000117964~~
DIATRIZOIC ACID~URETERAL; SOLUTION~000117964~~
DIATRIZOIC ACID~URETHRAL; INJECTION~000117964~~
DIATRIZOIC ACID~URETHRAL; SOLUTION~000117964~~
DIAZOLIDINYLUREA~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~0.2~%
DIAZOLIDINYLUREA~TOPICAL; EMULSION, CREAM~~0.3~%
DIAZOLIDINYLUREA~TOPICAL; LOTION~~~
DIBUTYL PHTHALATE~ORAL; CAPSULE, EXTENDED RELEASE~000084742~11.18~MG
DIBUTYL PHTHALATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000084742~1.7~MG
DIBUTYL SEBACATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000109433~0.893~MG
DIBUTYL SEBACATE~ORAL; CAPSULE, EXTENDED RELEASE~000109433~~
DIBUTYL SEBACATE~ORAL; CAPSULE, SUSTAINED ACTION~000109433~8.82~MG
DIBUTYL SEBACATE~ORAL; GRANULE, ENTERIC COATED~000109433~43.2~MG
DIBUTYL SEBACATE~ORAL; TABLET~000109433~0.65~MG
DIBUTYL SEBACATE~ORAL; TABLET, EXTENDED RELEASE~000109433~8~MG
DIBUTYL SEBACATE~ORAL; TABLET, FILM COATED~000109433~~
DIBUTYL SEBACATE~ORAL; TABLET, SUSTAINED ACTION~000109433~1.11~MG
DICHLOROBENZYL ALCOHOL~TOPICAL; EMULSION, CREAM~001777828~0.1~%

DTX-2583

DICHLORODIFLUOROMETHANE~INHALATION; AEROSOL, METERED~000075718~74.029~%
DICHLORODIFLUOROMETHANE~INHALATION; INHALANT~000075718~~
DICHLORODIFLUOROMETHANE~INTRAPLEURAL; AEROSOL, METERED~000075718~~
DICHLORODIFLUOROMETHANE~NASAL; AEROSOL~000075718~~
DICHLORODIFLUOROMETHANE~NASAL; AEROSOL, METERED~000075718~1.72~%
DICHLORODIFLUOROMETHANE~RECTAL; AEROSOL, METERED~000075718~13.5~%
DICHLORODIFLUOROMETHANE~SUBLINGUAL; AEROSOL~000075718~~
DICHLORODIFLUOROMETHANE~TOPICAL; AEROSOL~000075718~~
DICHLORODIFLUOROMETHANE~TOPICAL; AEROSOL, METERED~000075718~~
DICHLORODIFLUOROMETHANE~TOPICAL; AEROSOL, SPRAY~000075718~~
DICHLORODIFLUOROMETHANE~TOPICAL; EMULSION, AEROSOL FOAM~000075718~8~%
DICHLOROFLUOROMETHANE~ORAL; AEROSOL, METERED~000075434~35~%
DICHLOROTETRAFLUOROETHANE~INHALATION; AEROSOL, METERED~000076142~51.12~%
DICHLOROTETRAFLUOROETHANE~NASAL; AEROSOL~000076142~~
DICHLOROTETRAFLUOROETHANE~NASAL; AEROSOL, METERED~000076142~0.86~%
DICHLOROTETRAFLUOROETHANE~RECTAL; AEROSOL, METERED~000076142~9~%
DICHLOROTETRAFLUOROETHANE~SUBLINGUAL; AEROSOL~000076142~~
DICHLOROTETRAFLUOROETHANE~TOPICAL; AEROSOL~000076142~~
DICHLOROTETRAFLUOROETHANE~TOPICAL; AEROSOL, METERED~000076142~~
DICHLOROTETRAFLUOROETHANE~TOPICAL; EMULSION, AEROSOL FOAM~000076142~~
DIETHANOLAMINE~IV(INFUSION); INJECTION~000111422~1.5~%
DIETHANOLAMINE~OPHTHALMIC; SOLUTION~000111422~~
DIETHANOLAMINE~TOPICAL; EMULSION, CREAM~000111422~0.3~%
DIETHYL PHTHALATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000084662~12~MG
DIETHYL PHTHALATE~ORAL; CAPSULE, EXTENDED RELEASE~000084662~5.93~MG
DIETHYL PHTHALATE~ORAL; CAPSULE, SUSTAINED ACTION~000084662~3.6~MG
DIETHYL PHTHALATE~ORAL; TABLET~000084662~4~MG
DIETHYL PHTHALATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000084662~0.5~MG
DIETHYL PHTHALATE~ORAL; TABLET, COATED~000084662~1.25~MG
DIETHYL PHTHALATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000084662~16.8~MG
DIETHYL PHTHALATE~ORAL; TABLET, FILM COATED~000084662~2.3~MG
DIETHYL PHTHALATE~ORAL; TABLET, SUSTAINED ACTION~000084662~12~MG
DIETHYL SEBACATE~TOPICAL; EMULSION, CREAM~000110407~~
DIETHYL SEBACATE~TOPICAL; SOLUTION~000110407~24~%
DIGLYCOL STEARATE~VAGINAL; EMULSION, CREAM~000106116~~
DIHYDROXYALUMINUM GLYCINATE~TOPICAL; FILM, CONTROLLED RELEASE~000140910~~
DIHYDROXYALUMINUM SODIUM CARBONATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000539684~1350~MG
DIISOPROPANOLAMINE~TOPICAL; EMULSION, CREAM~000110974~0.12~%
DIISOPROPANOLAMINE~TOPICAL; GEL~000110974~0.2~%
DIISOPROPANOLAMINE~TOPICAL; SOLUTION~000110974~~
DIISOPROPYL ADIPATE~TOPICAL; LOTION~006938949~20~%
DIISOPROPYL ADIPATE~TOPICAL; SOLUTION~006938949~17~%
DIISOPROPYL DIMERATE~TOPICAL; SOLUTION~~1~%
DIISOPROPYLBENZOTHIAZYL-2-SULFENAMIDE~ORAL; TABLET~~77~MG
DIMETHICONE 350~ORAL; CAPSULE~009006659~3.7~MG
DIMETHICONE 350~ORAL; CAPSULE, SUSTAINED ACTION~009006659~0.114~MG
DIMETHICONE 350~TOPICAL; EMULSION, CREAM~009006659~1~%

DIMETHICONE 350~TOPICAL; SOLUTION~009006659~0.5~%
DIMETHICONE 360~INTRAVENOUS; INJECTABLE~~~
DIMETHICONE 360~TOPICAL; EMULSION, CREAM~~5~%
DIMETHICONE 360~TRANSDERMAL; FILM, CONTROLLED RELEASE~~564~MG
DIMETHICONE COPOLYOL~TOPICAL; GEL~064365237~1~%
DIMETHICONE COPOLYOL~TRANSDERMAL; FILM, CONTROLLED RELEASE~064365237~~
DIMETHICONE MDX4-4210~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
DIMETHYL ISOSORBIDE~TOPICAL; EMULSION, CREAM~~15~%
DIMETHYL PHTHALATE~ORAL; TABLET, SUSTAINED ACTION~000131113~0.407~MG
DIMETHYL SULFOXIDE~IV(INFUSION); POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~000067685~~
DIMETHYL SULFOXIDE~SUBCUTANEOUS; IMPLANT~000067685~104~MG
DIMETHYL SULFOXIDE~TOPICAL; DRESSING~000067685~16.5~MG
DIMETHYLDIOCTADECYLAMMONIUM BENTONITE~RECTAL; SUSPENSION~~~
DIMETHYLSILOXANE/METHYLVINYLSILOXANE COPOLYMER~IMPLANTATION; PELLET, IMPLANT~~142~MG
DIMETHYLSILOXANE/METHYLVINYLSILOXANE COPOLYMER~IMPLANTATION; ROD~~142~MG
DIMYRISTOYL LECITHIN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~18194246~7.05~%
DIMYRISTOYL LECITHIN~IV(INFUSION); SUSPENSION, INJECTION~18194246~0.34~%
DIMYRISTOYL PHOSPHATIDYLGLYCEROL~IV(INFUSION); SUSPENSION, INJECTION~057618287~0.15~%
DIOCTYLPHTHALATE~OPHTHALMIC; SUPPOSITORY, INSERT, CONTROLLED RELEASE~~2~MG
DIOCTYLPHTHALATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~600.12~MG
DIOLEOYL LECITHIN~EPIDURAL; INJECTION, SUSPENSION, LIPOSOMAL~~0.42~%
DIPALMITOYL PHOSPHATIDYLGLYCEROL~EPIDURAL; INJECTION, SUSPENSION, LIPOSOMAL~~0.09~%
DIPROPYLENE GLYCOL~BUCCAL; PATCH, CONTROLLED RELEASE~000110985~29.9~MG
DIPROPYLENE GLYCOL~TRANSDERMAL; FILM, CONTROLLED RELEASE~000110985~12~MG
DIPROPYLENE GLYCOL~TRANSDERMAL; PATCH, CONTROLLED RELEASE~000110985~0.218~MG
DISODIUM COCOAMPHODIACETATE~TOPICAL; SHAMPOO, SUSPENSION~~~
DISODIUM EDISYLATE~ORAL; SOLUTION~~0.02~%
DISODIUM EDISYLATE~ORAL; TABLET~~~
DISODIUM LAURETH SULFOSUCCINATE~TOPICAL; GEL~~0.04~%
DISODIUM LAURETH SULFOSUCCINATE~TOPICAL; SHAMPOO~~15~%
DISODIUM LAURYL SULFOSUCCINATE~TOPICAL; SHAMPOO~~15~%
DISODIUM SULFOSALICYLATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.032~%
DISOFENIN~IV(INFUSION); INJECTION~065717977~2~%
DISTEAROYL LECITHIN~INTRAVENOUS; SOLUTION, LIPOSOME, INJECTION~092129129~2.804~%
DISTEAROYL PHOSPHATIDYLGLYCEROL~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~~8.4~%
DIVINYLBENZENE STYRENE COPOLYMER~OPHTHALMIC; SUSPENSION, DROPS~~0.75~%
DOCOSANOL~TOPICAL; SOLUTION~~1.1~%
DOCUSATE SODIUM~INTRAMUSCULAR; INJECTION~000577117~0.015~%
DOCUSATE SODIUM~ORAL; CAPSULE~000577117~8.2~MG
DOCUSATE SODIUM~ORAL; CAPSULE, HARD GELATIN~000577117~0.64~MG
DOCUSATE SODIUM~ORAL; CAPSULE, SUSTAINED ACTION~000577117~0.001~MG
DOCUSATE SODIUM~ORAL; GRANULE, FOR SUSPENSION, EXTENDED RELEASE~000577117~~

DTX-2583

DOCUSATE SODIUM~ORAL; SUSPENSION~000577117~0.115~%
DOCUSATE SODIUM~ORAL; SUSPENSION, SUSTAINED ACTION~000577117~0.077~%
DOCUSATE SODIUM~ORAL; TABLET~000577117~11~MG
DOCUSATE SODIUM~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~000577117~0.03~MG
DOCUSATE SODIUM~ORAL; TABLET, COATED~000577117~0.002~MG
DOCUSATE SODIUM~ORAL; TABLET, FILM COATED~000577117~0.5~MG
DOCUSATE SODIUM~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000577117~0.03~MG
DOCUSATE SODIUM~TOPICAL; GEL~000577117~3~%
DOCUSATE SODIUM~TOPICAL; SHAMPOO~000577117~2~%
DOCUSATE SODIUM/SODIUM BENZOATE~ORAL; CAPSULE~~85~MG
DOCUSATE SODIUM/SODIUM BENZOATE~ORAL; TABLET~~7~MG
DOCUSATE SODIUM/SODIUM BENZOATE~ORAL; TABLET, FILM COATED~~3~MG
DRI KLEAR~ORAL; TABLET~~1.5~MG
DRI KLEAR 042~ORAL; TABLET~~18~MG
DRI KLEAR 042~ORAL; TABLET, COATED~~10~MG
DRI KLEAR 042~ORAL; TABLET, FILM COATED~~5.67~MG
DRI KLEAR LV 609527~ORAL; TABLET, FILM COATED~~2.256~MG
DRY FLO~ORAL; TABLET~~27.5~MG
DRY-CLEAR LV~ORAL; TABLET~~19.94~MG
DURO-TAK 280-2516~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
DURO-TAK 80-1196~TRANSDERMAL; FILM, CONTROLLED RELEASE~~172~MG
DURO-TAK 87-2070~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
DURO-TAK 87-2194~TRANSDERMAL; FILM, CONTROLLED RELEASE~~208.28~MG
DURO-TAK 87-2287~PERCUTANEOUS; PATCH, CONTROLLED RELEASE~~165~CMS
DURO-TAK 87-2287~TRANSDERMAL; FILM, CONTROLLED RELEASE~~121.1~MG
DURO-TAK 87-2296~TRANSDERMAL; PATCH, CONTROLLED RELEASE~~43~MG
DURO-TAK 87-2888~TRANSDERMAL; PATCH~~175.9~MG
DURO-TAK 87-2979~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
DUSTING POWDER~ORAL; TABLET~~~
DUSTING POWDER~ORAL; TABLET, COATED~~22~MG
DYE BEIGE P-1437~ORAL; TABLET~~~
DYE BLACK LB-1171~ORAL; TABLET~~1.545~MG
DYE BLACK LB-442~ORAL; TABLET~~0.333~MG
DYE BLACK LB-636~ORAL-28; TABLET~~0.15~MG
DYE BLACK LB-9972~ORAL; TABLET~~0.19~MG
DYE BLACK OXIDE~ORAL; CAPSULE~~~
DYE BLUE #1~ORAL; CAPSULE~~0.027~MG
DYE BLUE #1~ORAL; CAPSULE, SUSTAINED ACTION~~~
DYE BLUE #1~ORAL; SOLUTION~~0.0753~%
DYE BLUE #1~ORAL; TABLET~~0.36~MG
DYE BLUE #1~ORAL; TABLET, SUSTAINED ACTION~~~
DYE BLUE #1 LAKE~ORAL; TABLET~~15.4~MG
DYE BLUE #2~ORAL; TABLET~~~
DYE BLUE #2~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.0003~MG
DYE BLUE LAKE BLEND LB-1245~ORAL; TABLET~~0.26~MG
DYE BLUE LAKE BLEND LB-332~ORAL; TABLET~~0.11~MG
DYE BLUE LAKOLENE~ORAL; TABLET~~0.12~MG
DYE BLUE LB-781~ORAL; TABLET~~2~MG

DTX-2583

DYE BROWN LAKE~ORAL;  TABLET~~0.17~MG
DYE BROWN LAKE BLEND~ORAL;  TABLET~~0.258~MG
DYE BROWN LAKE BLEND LB-1685~ORAL;  TABLET~~0.45~MG
DYE BROWN LAKE BLEND LB-1792~ORAL;  TABLET~~0.22~MG
DYE BROWN LB-292~ORAL;  TABLET~~0.825~MG
DYE BROWN LB-464~ORAL;  TABLET~~1.3~MG
DYE BURNT UMBER~ORAL;  TABLET, FILM COATED~~0.06~MG
DYE CARAMEL 105~ORAL;  SYRUP~~0.0052~%
DYE CARAMEL ACID PROOF 100~ORAL;  SOLUTION, ELIXIR~~0.005~%
DYE CARAMEL ACID PROOF 100~ORAL;  SYRUP~~0.048~%
DYE CARMINE 09349~ORAL;  TABLET, FILM COATED~~0.54~MG
DYE CASING 27-75~ORAL;  POWDER, FOR SUSPENSION~~0.0014~%
DYE CHROMA-TERIC DEB-5037-ORE~ORAL;  TABLET, DELAYED ACTION, ENTERIC COATED~~10~MG
DYE CHROMA-TERIC T3000-WE~ORAL;  TABLET, DELAYED ACTION, ENTERIC COATED~~~
DYE CHROMA-TERIC YELLOW T3277-YE~ORAL;  TABLET, DELAYED ACTION, ENTERIC COATED~~30.54~MG
DYE CHROMA-TONE~ORAL;  CAPSULE~~29.6~MG
DYE CHROMA-TONE~ORAL;  TABLET, FILM COATED~~1.53~MG
DYE CHROMA-TONE PDDB-8906W~ORAL;  TABLET~~6~MG
DYE CHROMA-TONE-P DDB-8746-OR~ORAL;  TABLET~~11.9~MG
DYE DC BLACK #1~ORAL;  TABLET~001064488~0.08~MG
DYE DC BLUE #1~ORAL;  CAPSULE~~~
DYE DC BLUE #1~ORAL;  POWDER, FOR SUSPENSION~~~
DYE DC BLUE #1~ORAL;  TABLET~~0.15~MG
DYE DC BLUE #1~ORAL;  TABLET, FILM COATED~~0.1624~MG
DYE DC BLUE #1 LAKE~ORAL;  TABLET~~3.6~MG
DYE DC BLUE #2 LAKE~ORAL;  CAPSULE~000130201~~
DYE DC BLUE #2 LAKE~ORAL;  TABLET~000130201~0.24~MG
DYE DC BLUE #2 LAKE~ORAL;  TABLET, COATED~000130201~0.002~MG
DYE DC BLUE #6~ORAL;  CAPSULE~482893~~
DYE DC GREEN #1 LAKE~ORAL;  TABLET~~0.649~MG
DYE DC GREEN #3 LAKE~ORAL;  CAPSULE~~~
DYE DC GREEN #3 LAKE~ORAL;  TABLET, COATED~~~
DYE DC GREEN #4~ORAL;  CAPSULE~006546185~40~MG
DYE DC GREEN #5~ORAL;  CAPSULE, SUSTAINED ACTION~004403901~0.0029~MG
DYE DC GREEN #5~ORAL;  SOLUTION~004403901~~
DYE DC GREEN #5~ORAL;  SOLUTION, ELIXIR~004403901~~
DYE DC GREEN #5~ORAL;  TABLET~004403901~0.015~MG
DYE DC GREEN #5~ORAL;  TABLET, COATED~004403901~~
DYE DC GREEN #5~ORAL-21;  TABLET~004403901~0.0024~MG
DYE DC GREEN #5~ORAL-28;  TABLET~004403901~0.0024~MG
DYE DC GREEN #5~TOPICAL;  EMULSION, CREAM~004403901~~
DYE DC GREEN #5~TOPICAL;  LOTION~004403901~~
DYE DC ORANGE #3~ORAL;  SOLUTION, ELIXIR~001936158~~
DYE DC RED #19~ORAL;  SUSPENSION~000081889~~
DYE DC RED #19~ORAL;  TABLET~000081889~0.005~MG
DYE DC RED #19~TOPICAL;  EMULSION~000081889~0.0007~%
DYE DC RED #2 LAKE~ORAL;  CAPSULE~~~
DYE DC RED #2 LAKE~ORAL;  TABLET~~0.722~MG

DYE DC RED #2 LAKE~ORAL; TABLET, COATED~~~
DYE DC RED #21 LAKE~ORAL; CAPSULE~~~
DYE DC RED #21 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~~
DYE DC RED #22~ORAL; CAPSULE~000548265~~
DYE DC RED #22~ORAL; CAPSULE, SUSTAINED ACTION~000548265~~
DYE DC RED #22~ORAL; TABLET, COATED~000548265~~
DYE DC RED #27~ORAL; CAPSULE, SUSTAINED ACTION~002134158~~
DYE DC RED #27~ORAL; TABLET~002134158~0.04~MG
DYE DC RED #27~ORAL; TABLET, COATED~002134158~~
DYE DC RED #27 LAKE~ORAL; CAPSULE~~1.31~MG
DYE DC RED #27 LAKE~ORAL; TABLET~~0.69~MG
DYE DC RED #27 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~1.25~MG
DYE DC RED #27 LAKE~ORAL; TABLET, FILM COATED~~0.333~MG
DYE DC RED #27 LAKE~ORAL; TABLET, SUSTAINED ACTION~~~
DYE DC RED #27 LAKE~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
DYE DC RED #27 LAKE~ORAL-28; TABLET~~~
DYE DC RED #28~ORAL; CAPSULE~004618239~0.2241~MG
DYE DC RED #28~ORAL; CAPSULE, COATED, SOFT GELATIN~004618239~~
DYE DC RED #28~ORAL; CAPSULE, ENTERIC COATED PELLETS~004618239~~
DYE DC RED #28~ORAL; CAPSULE, EXTENDED RELEASE~004618239~~
DYE DC RED #28~ORAL; CAPSULE, HARD GELATIN~004618239~~
DYE DC RED #28~ORAL; CAPSULE, SUSTAINED ACTION~004618239~~
DYE DC RED #28~ORAL; POWDER, FOR SUSPENSION~004618239~0.07~%
DYE DC RED #28~ORAL; SUSPENSION~004618239~0.05~%
DYE DC RED #28~ORAL; TABLET~004618239~~
DYE DC RED #28~TOPICAL; AEROSOL~004618239~0.0007~%
DYE DC RED #28 LAKE~ORAL; CAPSULE~~~
DYE DC RED #28 LAKE~ORAL-28; TABLET~~0.106~MG
DYE DC RED #3 LAKE~ORAL; CAPSULE~~0.005~MG
DYE DC RED #3 LAKE~ORAL; TABLET~~0.5~MG
DYE DC RED #3 LAKE~ORAL; TABLET, FILM COATED~~~
DYE DC RED #3 LAKE~SUBLINGUAL; TABLET~~0.005~MG
DYE DC RED #30~ORAL; CAPSULE~2379740~~
DYE DC RED #30~ORAL; CAPSULE, SUSTAINED ACTION~2379740~~
DYE DC RED #30~ORAL; TABLET~2379740~0.75~MG
DYE DC RED #30~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~2379740~1.46~MG
DYE DC RED #30~ORAL; TABLET, COATED~2379740~1.16~MG
DYE DC RED #30~ORAL; TABLET, DELAYED ACTION~2379740~~
DYE DC RED #30~ORAL; TABLET, FILM COATED~2379740~290~MG
DYE DC RED #30~ORAL-21; TABLET~2379740~0.5~MG
DYE DC RED #30~ORAL-28; TABLET~2379740~0.5~MG
DYE DC RED #30 LAKE~ORAL; CAPSULE~~~
DYE DC RED #30 LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~0.3~MG
DYE DC RED #30 LAKE~ORAL; GRANULE, FOR SUSPENSION~~0.85~MG
DYE DC RED #30 LAKE~ORAL; POWDER~~0.3~%
DYE DC RED #30 LAKE~ORAL; TABLET~~1.5~MG
DYE DC RED #30 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED,

CHEWABLE~~5~MG
DYE DC RED #30 LAKE~ORAL; TABLET, COATED~~0.343~MG
DYE DC RED #30 LAKE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.04~MG
DYE DC RED #30 LAKE~ORAL; TABLET, ENTERIC COATED PARTICLES~~0.8~MG
DYE DC RED #30 LAKE~ORAL; TABLET, FILM COATED~~0.064~MG
DYE DC RED #30 LAKE~ORAL; TABLET, SUSTAINED ACTION~~0.025~MG
DYE DC RED #30 LAKE~ORAL-21; TABLET~~0.03~MG
DYE DC RED #33~DENTAL; SOLUTION~3567666~0.0007~%
DYE DC RED #33~ORAL; CAPSULE~3567666~0.39~MG
DYE DC RED #33~ORAL; CAPSULE, HARD GELATIN~3567666~~
DYE DC RED #33~ORAL; CAPSULE, SOFT GELATIN~3567666~0.0001~MG
DYE DC RED #33~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~3567666~0.0113~MG
DYE DC RED #33~ORAL; CAPSULE, SUSTAINED ACTION~3567666~0.134~MG
DYE DC RED #33~ORAL; CONCENTRATE~3567666~0.0022~%
DYE DC RED #33~ORAL; SOLUTION~3567666~0.0004~%
DYE DC RED #33~ORAL; SOLUTION, ELIXIR~3567666~0.0007~%
DYE DC RED #33~ORAL; SUSPENSION~3567666~0.0025~%
DYE DC RED #33~ORAL; SUSPENSION, LIQUID~3567666~0.0013~%
DYE DC RED #33~ORAL; SUSPENSION, SUSTAINED ACTION~3567666~0.4~%
DYE DC RED #33~ORAL; SYRUP~3567666~0.006~%
DYE DC RED #33~ORAL; TABLET~3567666~0.24~MG
DYE DC RED #33~ORAL; TABLET, COATED~3567666~0.0023~MG
DYE DC RED #33~ORAL; TABLET, FILM COATED~3567666~~
DYE DC RED #33~TOPICAL; SHAMPOO~3567666~0.002~%
DYE DC RED #33 LAKE~ORAL; CAPSULE~~0.0046~MG
DYE DC RED #33 LAKE~ORAL; SYRUP~~~
DYE DC RED #33 LAKE~ORAL; TABLET~~0.3~MG
DYE DC RED #36~ORAL; TABLET~~48.75~MG
DYE DC RED #36~TOPICAL; EMULSION, CREAM~~~
DYE DC RED #36~TOPICAL; OINTMENT~~~
DYE DC RED #39~TOPICAL; LOTION~6371557~~
DYE DC RED #4 LAKE~ORAL; CAPSULE~~~
DYE DC RED #40~ORAL; CAPSULE, SUSTAINED ACTION~~0.2~MG
DYE DC RED #40~ORAL; TABLET~~0.02~MG
DYE DC RED #40 LAKE~ORAL; CAPSULE~~~
DYE DC RED #40 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~~
DYE DC RED #40 LAKE~ORAL; TABLET~~0.2~MG
DYE DC RED #40 LAKE~ORAL; TABLET, COATED~~~
DYE DC RED #40 LAKE~RECTAL; SUPPOSITORY~~~
DYE DC RED #5~ORAL; TABLET~003761533~0.18~MG
DYE DC RED #6~ORAL; TABLET, COATED~005858811~~
DYE DC RED #6 BARIUM LAKE~ORAL; TABLET~~0.38~MG
DYE DC RED #6 LAKE~ORAL; TABLET~~1.5~MG
DYE DC RED #7~ORAL; TABLET~005281049~0.28~MG
DYE DC RED #7~ORAL; TABLET, COATED~005281049~~
DYE DC RED #7~ORAL; TABLET, FILM COATED~005281049~0.16~MG
DYE DC RED #7 CALCIUM LAKE~ORAL; CAPSULE~~~
DYE DC RED #7 CALCIUM LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~~
DYE DC RED #7 CALCIUM LAKE~ORAL; CAPSULE, HARD GELATIN~~~
DYE DC RED #7 CALCIUM LAKE~ORAL; TABLET~~0.5~MG

DYE DC RED #7 CALCIUM LAKE~ORAL; TABLET, COATED~~~
DYE DC RED #7 CALCIUM LAKE~ORAL; TABLET, FILM COATED~~~
DYE DC RED #7 CALCIUM LAKE~ORAL; TABLET, SUSTAINED ACTION~~~
DYE DC RED #7 CALCIUM LAKE~SUBLINGUAL; TABLET~~0.005~MG
DYE DC RED #7 LAKE~ORAL; TABLET~~0.6~MG
DYE DC RED #7 LAKE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.5~MG
DYE DC RED #7 LAKE~ORAL; TABLET, FILM COATED~~~
DYE DC RED LAKE~ORAL; TABLET~~2.4~MG
DYE DC RED LB #9570~ORAL; TABLET~~0.85~MG
DYE DC RED LB WJ-9570~ORAL; TABLET~~0.5605~MG
DYE DC VIOLET #2 LAKE~ORAL; TABLET~~0.112~MG
DYE DC YELLOW #10~BUCCAL; GUM, CHEWING~008004920~1~MG
DYE DC YELLOW #10~DENTAL; GEL~008004920~0.003~%
DYE DC YELLOW #10~DENTAL; PASTE~008004920~~
DYE DC YELLOW #10~INHALATION; SOLUTION~008004920~~
DYE DC YELLOW #10~ORAL; CAPSULE~008004920~331~MG
DYE DC YELLOW #10~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~008004920~0.09~MG
DYE DC YELLOW #10~ORAL; CAPSULE, COATED PELLETS~008004920~0.0145~MG
DYE DC YELLOW #10~ORAL; CAPSULE, COATED, SOFT GELATIN~008004920~0.047~MG
DYE DC YELLOW #10~ORAL; CAPSULE, DELAYED ACTION~008004920~~
DYE DC YELLOW #10~ORAL; CAPSULE, ENTERIC COATED PELLETS~008004920~0.0525~MG
DYE DC YELLOW #10~ORAL; CAPSULE, HARD GELATIN~008004920~~
DYE DC YELLOW #10~ORAL; CAPSULE, SOFT GELATIN~008004920~1.51~MG
DYE DC YELLOW #10~ORAL; CAPSULE, SUSTAINED ACTION~008004920~0.491~MG
DYE DC YELLOW #10~ORAL; CONCENTRATE~008004920~0.0025~%
DYE DC YELLOW #10~ORAL; POWDER~008004920~0.6~%
DYE DC YELLOW #10~ORAL; SOLUTION~008004920~5~%
DYE DC YELLOW #10~ORAL; SOLUTION, ELIXIR~008004920~30~%
DYE DC YELLOW #10~ORAL; SOLUTION, LIQUID~008004920~0.0008~%
DYE DC YELLOW #10~ORAL; SUSPENSION~008004920~2~%
DYE DC YELLOW #10~ORAL; SUSPENSION, DROPS~008004920~~
DYE DC YELLOW #10~ORAL; SUSPENSION, LIQUID~008004920~0.0008~%
DYE DC YELLOW #10~ORAL; SUSPENSION, SUSTAINED ACTION~008004920~~
DYE DC YELLOW #10~ORAL; SYRUP~008004920~0.05~%
DYE DC YELLOW #10~ORAL; TABLET~008004920~80~MG
DYE DC YELLOW #10~ORAL; TABLET, COATED~008004920~2.5~MG
DYE DC YELLOW #10~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008004920~1.9~MG
DYE DC YELLOW #10~ORAL; TABLET, EXTENDED RELEASE~008004920~0.03~MG
DYE DC YELLOW #10~ORAL; TABLET, FILM COATED~008004920~120~MG
DYE DC YELLOW #10~ORAL; TABLET, SUSTAINED ACTION~008004920~2.01~MG
DYE DC YELLOW #10~ORAL-21; TABLET~008004920~0.12~MG
DYE DC YELLOW #10~ORAL-28; TABLET~008004920~0.09~MG
DYE DC YELLOW #10~RECTAL; SOLUTION~008004920~0.0007~%
DYE DC YELLOW #10~RECTAL; SUPPOSITORY~008004920~0.11~MG
DYE DC YELLOW #10~SUBLINGUAL; TABLET~008004920~0.23~MG
DYE DC YELLOW #10~TOPICAL; EMULSION, CREAM~008004920~~
DYE DC YELLOW #10~TOPICAL; GEL~008004920~0.001~%
DYE DC YELLOW #10~TOPICAL; LOTION~008004920~~

DYE DC YELLOW #10~TOPICAL; SHAMPOO~008004920~0.001~%
DYE DC YELLOW #10~TOPICAL; SHAMPOO, SUSPENSION~008004920~0.005~%
DYE DC YELLOW #10 HT LAKE~ORAL; TABLET~~1.4~MG
DYE DC YELLOW #10 HT LAKE~ORAL; TABLET, SUSTAINED ACTION~~1.32~MG
DYE DC YELLOW #10 LAKE~BUCCAL; GUM, CHEWING~~0.35~MG
DYE DC YELLOW #10 LAKE~ORAL; CAPSULE~~1.2~MG
DYE DC YELLOW #10 LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~0.3~MG
DYE DC YELLOW #10 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~0.22~MG
DYE DC YELLOW #10 LAKE~ORAL; POWDER~~4.3~%
DYE DC YELLOW #10 LAKE~ORAL; POWDER, FOR SUSPENSION~~~
DYE DC YELLOW #10 LAKE~ORAL; TABLET~~12.5~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~2~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, COATED~~0.208~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.05~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, DISPERSIBLE~~0.13~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, EXTENDED RELEASE~~1~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, FILM COATED~~0.3968~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, REPEAT ACTION~~~
DYE DC YELLOW #10 LAKE~ORAL; TABLET, SUSTAINED ACTION~~2.33~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~0.16~MG
DYE DC YELLOW #10 LAKE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~~0.8~MG
DYE DC YELLOW #10 LAKE~ORAL-21; TABLET~~0.415~MG
DYE DC YELLOW #10 LAKE~ORAL-28; TABLET~~0.415~MG
DYE DC YELLOW #10 LAKE~SUBLINGUAL; TABLET~~0.18~MG
DYE DC YELLOW #5~ORAL; TABLET~~0.013~MG
DYE DC YELLOW #5~SUBLINGUAL; TABLET~~0.1~MG
DYE DC YELLOW #5 LAKE~ORAL; TABLET~~2.69~MG
DYE DC YELLOW #5 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~0.285~MG
DYE DC YELLOW #5 LAKE~ORAL; TABLET, FILM COATED~~0.59~MG
DYE DC YELLOW #6~ORAL; CAPSULE~~~
DYE DC YELLOW #6~ORAL; CAPSULE, SUSTAINED ACTION~~0.2~MG
DYE DC YELLOW #6~ORAL; POWDER, FOR SUSPENSION~~~
DYE DC YELLOW #6~ORAL; TABLET~~0.005~MG
DYE DC YELLOW #6~ORAL-21; TABLET~~~
DYE DC YELLOW #6 LAKE~ORAL; CAPSULE~~~
DYE DC YELLOW #6 LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~0.5~MG
DYE DC YELLOW #6 LAKE~ORAL; SOLUTION~~0.005~%
DYE DC YELLOW #6 LAKE~ORAL; TABLET~~0.5~MG
DYE DC YELLOW #6 LAKE~ORAL; TABLET, COATED~~~
DYE DC YELLOW #6 LAKE~ORAL; TABLET, FILM COATED~~~
DYE DC YELLOW #6 LAKE~SUBLINGUAL; TABLET~~0.01~MG
DYE DIOLACK 00F32892 YELLOW~ORAL; TABLET~~2.8~MG
DYE EMERALD GREEN LB~ORAL; TABLET~~0.05~MG
DYE EMERALD GREEN LB-9207~ORAL; TABLET~~0.44~MG
DYE FDC BLACK LB260~ORAL; TABLET~~3~MG
DYE FDC BLUE #1~DENTAL; PASTE~002650182~~
DYE FDC BLUE #1~DENTAL; SOLUTION~002650182~0.01~%
DYE FDC BLUE #1~ORAL; BAR, CHEWABLE~002650182~2~MG

DYE FDC BLUE #1~ORAL; CAPSULE~002650182~26.3~MG
DYE FDC BLUE #1~ORAL; CAPSULE, COATED PELLETS~002650182~0.0002~MG
DYE FDC BLUE #1~ORAL; CAPSULE, ENTERIC COATED PELLETS~002650182~~
DYE FDC BLUE #1~ORAL; CAPSULE, EXTENDED RELEASE~002650182~~
DYE FDC BLUE #1~ORAL; CAPSULE, HARD GELATIN~002650182~3.708~MG
DYE FDC BLUE #1~ORAL; CAPSULE, SOFT GELATIN~002650182~0.04~MG
DYE FDC BLUE #1~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~002650182~0.017~MG
DYE FDC BLUE #1~ORAL; CAPSULE, SUSTAINED ACTION~002650182~0.9~MG
DYE FDC BLUE #1~ORAL; CONCENTRATE~002650182~~
DYE FDC BLUE #1~ORAL; POWDER, FOR SUSPENSION~002650182~0.02~%
DYE FDC BLUE #1~ORAL; SOLUTION~002650182~0.0753~%
DYE FDC BLUE #1~ORAL; SOLUTION, ELIXIR~002650182~0.0005~%
DYE FDC BLUE #1~ORAL; SUSPENSION~002650182~0.0015~%
DYE FDC BLUE #1~ORAL; SUSPENSION, LIQUID~002650182~0.0007~%
DYE FDC BLUE #1~ORAL; SUSPENSION, SUSTAINED ACTION~002650182~~
DYE FDC BLUE #1~ORAL; SYRUP~002650182~0.004~%
DYE FDC BLUE #1~ORAL; TABLET~002650182~3~MG
DYE FDC BLUE #1~ORAL; TABLET, COATED~002650182~0.0085~MG
DYE FDC BLUE #1~ORAL; TABLET, DELAYED ACTION~002650182~~
DYE FDC BLUE #1~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~002650182~~
DYE FDC BLUE #1~ORAL; TABLET, FILM COATED~002650182~0.0324~MG
DYE FDC BLUE #1~ORAL; TABLET, SUSTAINED ACTION~002650182~0.03~MG
DYE FDC BLUE #1~ORAL; TABLET, SUSTAINED ACTION, COATED~002650182~~
DYE FDC BLUE #1~ORAL-21; TABLET~002650182~0.05~MG
DYE FDC BLUE #1~ORAL-28; TABLET~002650182~0.15~MG
DYE FDC BLUE #1~RECTAL; SOLUTION~002650182~0.0753~%
DYE FDC BLUE #1~SUBLINGUAL; TABLET~002650182~0.03~MG
DYE FDC BLUE #1~TOPICAL; LOTION~002650182~~
DYE FDC BLUE #1~TOPICAL; SHAMPOO~002650182~0.0036~%
DYE FDC BLUE #1~TOPICAL; SHAMPOO, SUSPENSION~002650182~~
DYE FDC BLUE #1~TOPICAL; SWAB~002650182~~
DYE FDC BLUE #1 H.T. ALUMINUM LAKE~ORAL; CAPSULE~~~
DYE FDC BLUE #1 H.T. ALUMINUM LAKE~ORAL; TABLET~~0.5~MG
DYE FDC BLUE #1 H.T. ALUMINUM LAKE~ORAL-28; TABLET~~~
DYE FDC BLUE #1 LAKE~INTRAUTERINE; INTRAUTERINE DEVICE~~~
DYE FDC BLUE #1 LAKE~ORAL; CAPSULE~~0.0412~MG
DYE FDC BLUE #1 LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~4~MG
DYE FDC BLUE #1 LAKE~ORAL; CAPSULE, HARD GELATIN~~~
DYE FDC BLUE #1 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~0.095~MG
DYE FDC BLUE #1 LAKE~ORAL; POWDER, FOR SOLUTION~~~
DYE FDC BLUE #1 LAKE~ORAL; SYRUP~~0.0013~%
DYE FDC BLUE #1 LAKE~ORAL; TABLET~~360~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~0.18~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET, COATED~~0.1375~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET, CONTROLLED RELEASE~~1.665~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.03~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET, EXTENDED RELEASE~~0.85~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET, FILM COATED~~8~MG
DYE FDC BLUE #1 LAKE~ORAL; TABLET, SUSTAINED ACTION~~2~MG

DTX-2583

DYE FDC BLUE #1 LAKE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~~
DYE FDC BLUE #1 LAKE~ORAL-28; TABLET~~0.1~MG
DYE FDC BLUE #10~ORAL; SYRUP~~0.0001~%
DYE FDC BLUE #10~ORAL; TABLET~~~
DYE FDC BLUE #2 HT LAKE~ORAL; TABLET~~0.2~MG
DYE FDC BLUE #40 HT LAKE~ORAL; TABLET~~0.225~MG
DYE FDC BROWN R LB-56069~BUCCAL; GUM, CHEWING~~0.14~MG
DYE FDC BROWN R LB-56069~ORAL; TABLET~~0.2~MG
DYE FDC GREEN #1~ORAL; TABLET~004680788~0.124~MG
DYE FDC GREEN #1 LAKE~ORAL; TABLET~~4~MG
DYE FDC GREEN #1 LAKE~SUBLINGUAL; TABLET~~0.25~MG
DYE FDC GREEN #3~DENTAL; GEL~002353459~0.0033~%
DYE FDC GREEN #3~ORAL; CAPSULE~002353459~40~MG
DYE FDC GREEN #3~ORAL; CAPSULE, COATED, SOFT GELATIN~002353459~~
DYE FDC GREEN #3~ORAL; CAPSULE, ENTERIC COATED PELLETS~002353459~0.2192~MG
DYE FDC GREEN #3~ORAL; CAPSULE, EXTENDED RELEASE~002353459~~
DYE FDC GREEN #3~ORAL; CAPSULE, SOFT GELATIN~002353459~0.17~MG
DYE FDC GREEN #3~ORAL; CAPSULE, SUSTAINED ACTION~002353459~0.067~MG
DYE FDC GREEN #3~ORAL; SOLUTION, ELIXIR~002353459~~
DYE FDC GREEN #3~ORAL; SYRUP~002353459~0.075~%
DYE FDC GREEN #3~ORAL; TABLET~002353459~10~MG
DYE FDC GREEN #3~ORAL; TABLET, COATED~002353459~0.005~MG
DYE FDC GREEN #3~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~002353459~~
DYE FDC GREEN #3~RECTAL; SUPPOSITORY~002353459~0.015~MG
DYE FDC GREEN LB-1174~ORAL-28; TABLET~~0.3~MG
DYE FDC GREEN LB-3323~ORAL; TABLET~~1.65~MG
DYE FDC GREEN LB-9583~ORAL; TABLET~~0.23~MG
DYE FDC LB483~ORAL; TABLET~~0.28~MG
DYE FDC ORANGE #2~ORAL; TABLET, COATED~002646175~0.07~MG
DYE FDC ORANGE LB-452~ORAL; TABLET~~0.54~MG
DYE FDC PURPLE LB588~ORAL; TABLET~~0.2~MG
DYE FDC PURPLE LB-694~ORAL; TABLET~~0.25~MG
DYE FDC RED #1~ORAL; CAPSULE~003564098~~
DYE FDC RED #1~ORAL; TABLET~003564098~0.092~MG
DYE FDC RED #1~ORAL; TABLET, COATED~003564098~0.1944~MG
DYE FDC RED #19~ORAL; TABLET~~0.0032~MG
DYE FDC RED #2~ORAL; CAPSULE~000915673~0.101~MG
DYE FDC RED #2~ORAL; CAPSULE, SOFT GELATIN~000915673~0.092~MG
DYE FDC RED #2~ORAL; CAPSULE, SUSTAINED ACTION~000915673~0.1~MG
DYE FDC RED #2~ORAL; CONCENTRATE~000915673~~
DYE FDC RED #2~ORAL; POWDER, FOR SUSPENSION~000915673~~
DYE FDC RED #2~ORAL; SOLUTION, ELIXIR~000915673~0~%
DYE FDC RED #2~ORAL; SUSPENSION~000915673~~
DYE FDC RED #2~ORAL; SYRUP~000915673~~
DYE FDC RED #2~ORAL; TABLET~000915673~0.025~MG
DYE FDC RED #2~ORAL; TABLET, COATED~000915673~~
DYE FDC RED #2~ORAL; TABLET, FILM COATED~000915673~~
DYE FDC RED #2~ORAL-20; TABLET~000915673~~
DYE FDC RED #2 LAKE~ORAL; TABLET~~0.14~MG
DYE FDC RED #27 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~~

DTX-2583

DYE FDC RED #27 LAKE~ORAL; TABLET~~0.4~MG
DYE FDC RED #28~ORAL; CAPSULE~~0.004~MG
DYE FDC RED #28~ORAL; POWDER, FOR SUSPENSION~~~
DYE FDC RED #3~ORAL; CAPSULE~16423680~59.16~MG
DYE FDC RED #3~ORAL; CAPSULE, HARD GELATIN~16423680~~
DYE FDC RED #3~ORAL; CAPSULE, SOFT GELATIN~16423680~0.217~MG
DYE FDC RED #3~ORAL; CAPSULE, SUSTAINED ACTION~16423680~0.58~MG
DYE FDC RED #3~ORAL; DROPS~16423680~0.005~%
DYE FDC RED #3~ORAL; GRANULE~16423680~0.25~MG
DYE FDC RED #3~ORAL; POWDER, FOR ORAL SUSPENSION~16423680~0.008~%
DYE FDC RED #3~ORAL; POWDER, FOR SOLUTION~16423680~~
DYE FDC RED #3~ORAL; POWDER, FOR SUSPENSION~16423680~0.1~%
DYE FDC RED #3~ORAL; SOLUTION, ELIXIR~16423680~0.0008~%
DYE FDC RED #3~ORAL; SUSPENSION~16423680~0.02~%
DYE FDC RED #3~ORAL; SYRUP~16423680~0.015~%
DYE FDC RED #3~ORAL; TABLET~16423680~2.2~MG
DYE FDC RED #3~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~16423680~0.05~MG
DYE FDC RED #3~ORAL; TABLET, COATED~16423680~0.06~MG
DYE FDC RED #3~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~16423680~0.0048~MG
DYE FDC RED #3~ORAL; TABLET, EXTENDED RELEASE~16423680~0.03~MG
DYE FDC RED #3~ORAL; TABLET, FILM COATED~16423680~0.0042~MG
DYE FDC RED #3~ORAL; TABLET, SUSTAINED ACTION~16423680~~
DYE FDC RED #3~ORAL; TABLET, SUSTAINED ACTION, COATED~16423680~~
DYE FDC RED #3~ORAL-20; TABLET~16423680~~
DYE FDC RED #3~ORAL-21; TABLET~16423680~0.0025~MG
DYE FDC RED #3~ORAL-28; TABLET~16423680~~
DYE FDC RED #3 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~0.29~MG
DYE FDC RED #3 LAKE~ORAL; GRANULE~~50~MG
DYE FDC RED #3 LAKE~ORAL; POWDER, FOR SUSPENSION~~0.03~%
DYE FDC RED #3 LAKE~ORAL; TABLET~~8~MG
DYE FDC RED #3 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~4.25~MG
DYE FDC RED #3 LAKE~ORAL; TABLET, COATED~~0.541~MG
DYE FDC RED #3 LAKE~ORAL; TABLET, FILM COATED~~~
DYE FDC RED #3 LAKE~ORAL; TABLET, SUSTAINED ACTION~~0.161~MG
DYE FDC RED #3 LAKE~SUBLINGUAL; TABLET~~0.01~MG
DYE FDC RED #3 LAKE~TOPICAL; SOLUTION~~0.006~%
DYE FDC RED #30 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~~
DYE FDC RED #30 LAKE~ORAL; TABLET~~0.4~MG
DYE FDC RED #30 LAKE~ORAL; TABLET, EXTENDED RELEASE~~0.315~MG
DYE FDC RED #30 LAKE~ORAL-21; TABLET~~0.03~MG
DYE FDC RED #33~ORAL; CAPSULE~~262~MG
DYE FDC RED #33~ORAL; SOLUTION~~0.0011~%
DYE FDC RED #33~ORAL; SOLUTION, ELIXIR~~2.75~%
DYE FDC RED #33~ORAL; SYRUP~~0.002~%
DYE FDC RED #4~ORAL; CAPSULE~004548532~0.64~MG
DYE FDC RED #4~ORAL; SOLUTION, ELIXIR~004548532~~
DYE FDC RED #4~ORAL; TABLET~004548532~0.091~MG

DTX-2583

DYE FDC RED #4~ORAL; TABLET, COATED~004548532~0.35~MG
DYE FDC RED #4~TOPICAL; LOTION~004548532~0.0007~%
DYE FDC RED #4~TOPICAL; SOLUTION~004548532~0.0005~%
DYE FDC RED #40 AC LAKE~ORAL; CAPSULE~~~
DYE FDC RED #40 LAKE~ORAL; CAPSULE~~~
DYE FDC RED #40 LAKE~ORAL; CAPSULE, SOFT GELATIN~~~
DYE FDC RED #40 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~0.05~MG
DYE FDC RED #40 LAKE~ORAL; POWDER~~0.1~%
DYE FDC RED #40 LAKE~ORAL; POWDER, FOR ORAL SUSPENSION~~0.008~%
DYE FDC RED #40 LAKE~ORAL; POWDER, FOR SOLUTION~~~
DYE FDC RED #40 LAKE~ORAL; POWDER, FOR SUSPENSION~~0.01~%
DYE FDC RED #40 LAKE~ORAL; SOLUTION~~0.007~%
DYE FDC RED #40 LAKE~ORAL; SUSPENSION~~0.04~%
DYE FDC RED #40 LAKE~ORAL; TABLET~~21.25~MG
DYE FDC RED #40 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~3.5~MG
DYE FDC RED #40 LAKE~ORAL; TABLET, COATED~~~
DYE FDC RED #40 LAKE~ORAL; TABLET, EXTENDED RELEASE~~0.4~MG
DYE FDC RED #40 LAKE~ORAL; TABLET, FILM COATED~~2.5~MG
DYE FDC RED #40 LAKE~ORAL; TABLET, SUSTAINED ACTION~~0.4~MG
DYE FDC RED #40 LAKE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~~
DYE FDC RED #40 LAKE~ORAL-28; TABLET~~0.12~MG
DYE FDC RED #40 LAKE~SUBLINGUAL; TABLET~~0.0005~MG
DYE FDC RED #7 LAKE~ORAL; CAPSULE~~~
DYE FDC RED #7 LAKE~ORAL; POWDER, FOR SUSPENSION~~~
DYE FDC RED #7 LAKE~ORAL; TABLET~~0.06~MG
DYE FDC VIOLET #1~ORAL; TABLET~001694093~0.2~MG
DYE FDC VIOLET #1~ORAL; TABLET, COATED~001694093~0.001~MG
DYE FDC VIOLET #1 LAKE~ORAL; TABLET~~0.1~MG
DYE FDC YELLOW #1~ORAL; TABLET~000846708~0.025~MG
DYE FDC YELLOW #10~ORAL; CAPSULE~~0.34~MG
DYE FDC YELLOW #10~ORAL; CAPSULE, SUSTAINED ACTION~~0.2~MG
DYE FDC YELLOW #10~ORAL; POWDER, FOR SOLUTION~~~
DYE FDC YELLOW #10~ORAL; SUSPENSION~~0.01~%
DYE FDC YELLOW #10~ORAL; SYRUP~~0.025~%
DYE FDC YELLOW #10~ORAL; TABLET~~3.15~MG
DYE FDC YELLOW #10~ORAL; TABLET, COATED~~~
DYE FDC YELLOW #10~ORAL; TABLET, SUSTAINED ACTION~~0.015~MG
DYE FDC YELLOW #10~ORAL-28; TABLET~~~
DYE FDC YELLOW #10~TOPICAL; LOTION~~0.0008~%
DYE FDC YELLOW #10 LAKE~ORAL; CAPSULE~~~
DYE FDC YELLOW #10 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~0.28~MG
DYE FDC YELLOW #10 LAKE~ORAL; SOLUTION, ELIXIR~~~
DYE FDC YELLOW #10 LAKE~ORAL; TABLET~~6.52~MG
DYE FDC YELLOW #10 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~3~MG
DYE FDC YELLOW #10 LAKE~ORAL; TABLET, FILM COATED~~~
DYE FDC YELLOW #10 LAKE~ORAL-21; TABLET~~0.096~MG
DYE FDC YELLOW #10 LAKE~ORAL-28; TABLET~~0.15~MG
DYE FDC YELLOW #10 LAKE~SUBLINGUAL; TABLET~~0.151~MG

DTX-2583

DYE FDC YELLOW #3~ORAL; TABLET~000085847~0.2~MG
DYE FDC YELLOW #5~BUCCAL/SUBLINGUAL; TABLET~1934210~0.11~MG
DYE FDC YELLOW #5~ORAL; CAPSULE~1934210~652~MG
DYE FDC YELLOW #5~ORAL; CAPSULE, ENTERIC COATED PELLETS~1934210~0.12~MG
DYE FDC YELLOW #5~ORAL; CAPSULE, SOFT GELATIN~1934210~~
DYE FDC YELLOW #5~ORAL; CAPSULE, SUSTAINED ACTION~1934210~0.065~MG
DYE FDC YELLOW #5~ORAL; SOLUTION~1934210~0.1~%
DYE FDC YELLOW #5~ORAL; SOLUTION, ELIXIR~1934210~0.002~%
DYE FDC YELLOW #5~ORAL; SUSPENSION~1934210~~
DYE FDC YELLOW #5~ORAL; SYRUP~1934210~0.0015~%
DYE FDC YELLOW #5~ORAL; TABLET~1934210~500~MG
DYE FDC YELLOW #5~ORAL; TABLET, COATED~1934210~7.93~MG
DYE FDC YELLOW #5~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~1934210~~
DYE FDC YELLOW #5~ORAL; TABLET, FILM COATED~1934210~1.68~MG
DYE FDC YELLOW #5~ORAL; TABLET, SUSTAINED ACTION~1934210~0.032~MG
DYE FDC YELLOW #5~ORAL; TABLET, SUSTAINED ACTION, COATED~1934210~0.7564~MG
DYE FDC YELLOW #5~ORAL-20; TABLET~1934210~0.0056~MG
DYE FDC YELLOW #5~TOPICAL; EMULSION, CREAM~1934210~0.004~%
DYE FDC YELLOW #5~TOPICAL; POWDER~1934210~~
DYE FDC YELLOW #5~TOPICAL; SHAMPOO, SUSPENSION~1934210~~
DYE FDC YELLOW #5~TOPICAL; SOLUTION~1934210~0.0055~%
DYE FDC YELLOW #5~VAGINAL; EMULSION, CREAM~1934210~0.004~%
DYE FDC YELLOW #5~VAGINAL; SUPPOSITORY~1934210~~
DYE FDC YELLOW #5 LAKE~ORAL; CAPSULE~012227699~0.09~MG
DYE FDC YELLOW #5 LAKE~ORAL; TABLET~012227699~2.423~MG
DYE FDC YELLOW #5 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~012227699~1~MG
DYE FDC YELLOW #5 LAKE~ORAL; TABLET, COATED~012227699~0.135~MG
DYE FDC YELLOW #5 LAKE~ORAL; TABLET, FILM COATED~012227699~0.6~MG
DYE FDC YELLOW #5 LAKE~ORAL; TABLET, SUSTAINED ACTION~012227699~~
DYE FDC YELLOW #5 LAKE~SUBLINGUAL; TABLET~012227699~0.03~MG
DYE FDC YELLOW #6~INHALATION; SOLUTION~2783940~~
DYE FDC YELLOW #6~ORAL; CAPSULE~2783940~327.6~MG
DYE FDC YELLOW #6~ORAL; CAPSULE, COATED PELLETS~2783940~0.0017~MG
DYE FDC YELLOW #6~ORAL; CAPSULE, HARD GELATIN~2783940~~
DYE FDC YELLOW #6~ORAL; CAPSULE, SOFT GELATIN~2783940~0.8~MG
DYE FDC YELLOW #6~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~2783940~~
DYE FDC YELLOW #6~ORAL; CAPSULE, SUSTAINED ACTION~2783940~4.5~MG
DYE FDC YELLOW #6~ORAL; CONCENTRATE~2783940~0.003~%
DYE FDC YELLOW #6~ORAL; DROPS~2783940~~
DYE FDC YELLOW #6~ORAL; LIQUID~2783940~~
DYE FDC YELLOW #6~ORAL; POWDER~2783940~2~%
DYE FDC YELLOW #6~ORAL; POWDER, FOR SOLUTION~2783940~~
DYE FDC YELLOW #6~ORAL; POWDER, FOR SUSPENSION~2783940~0.04~%
DYE FDC YELLOW #6~ORAL; SOLUTION~2783940~20~%
DYE FDC YELLOW #6~ORAL; SOLUTION, ELIXIR~2783940~4~%
DYE FDC YELLOW #6~ORAL; SUSPENSION~2783940~0.1~%
DYE FDC YELLOW #6~ORAL; SUSPENSION, LIQUID~2783940~0.01~%
DYE FDC YELLOW #6~ORAL; SUSPENSION, SUSTAINED ACTION~2783940~0.0115~%
DYE FDC YELLOW #6~ORAL; SYRUP~2783940~0.4~%

DTX-2583

DYE FDC YELLOW #6~ORAL; TABLET~2783940~555~MG
DYE FDC YELLOW #6~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~2783940~0.3~MG
DYE FDC YELLOW #6~ORAL; TABLET, COATED~2783940~3.17~MG
DYE FDC YELLOW #6~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~2783940~0.0192~MG
DYE FDC YELLOW #6~ORAL; TABLET, FILM COATED~2783940~0.9~MG
DYE FDC YELLOW #6~ORAL; TABLET, REPEAT ACTION~2783940~0.02~MG
DYE FDC YELLOW #6~ORAL; TABLET, SUSTAINED ACTION~2783940~1.06~MG
DYE FDC YELLOW #6~ORAL-21; TABLET~2783940~0.14~MG
DYE FDC YELLOW #6~ORAL-28; TABLET~2783940~0.03~MG
DYE FDC YELLOW #6~RECTAL; SOLUTION~2783940~20~%
DYE FDC YELLOW #6~SUBLINGUAL; TABLET~2783940~0.4~MG
DYE FDC YELLOW #6~TOPICAL; GEL~2783940~0.0013~%
DYE FDC YELLOW #6~TOPICAL; LOTION~2783940~0.0016~%
DYE FDC YELLOW #6~TOPICAL; SPONGE~2783940~~
DYE FDC YELLOW #6 HT LAKE~ORAL; CAPSULE~~0.8~MG
DYE FDC YELLOW #6 HT LAKE~ORAL; TABLET~~0.45~MG
DYE FDC YELLOW #6 HT LAKE~ORAL; TABLET, EXTENDED RELEASE~~0.4~MG
DYE FDC YELLOW #6 HT LAKE~ORAL; TABLET, SUSTAINED ACTION~~0.2~MG
DYE FDC YELLOW #6 LAKE~BUCCAL/SUBLINGUAL; TABLET~012227600~1~MG
DYE FDC YELLOW #6 LAKE~ORAL; CAPSULE~012227600~0.385~MG
DYE FDC YELLOW #6 LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~012227600~1.25~MG
DYE FDC YELLOW #6 LAKE~ORAL; CAPSULE, SUSTAINED ACTION~012227600~0.24~MG
DYE FDC YELLOW #6 LAKE~ORAL; POWDER~012227600~0.15~%
DYE FDC YELLOW #6 LAKE~ORAL; POWDER, FOR SUSPENSION~012227600~0.032~%
DYE FDC YELLOW #6 LAKE~ORAL; TABLET~012227600~6.97~MG
DYE FDC YELLOW #6 LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~012227600~1.76~MG
DYE FDC YELLOW #6 LAKE~ORAL; TABLET, COATED~012227600~0.343~MG
DYE FDC YELLOW #6 LAKE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~012227600~1.4~MG
DYE FDC YELLOW #6 LAKE~ORAL; TABLET, EXTENDED RELEASE~012227600~3.3~MG
DYE FDC YELLOW #6 LAKE~ORAL; TABLET, FILM COATED~012227600~0.254~MG
DYE FDC YELLOW #6 LAKE~ORAL; TABLET, REPEAT ACTION~012227600~~
DYE FDC YELLOW #6 LAKE~ORAL; TABLET, SUSTAINED ACTION~012227600~2.8~MG
DYE FDC YELLOW #6 LAKE~ORAL-21; TABLET~012227600~0.1~MG
DYE FDC YELLOW #6 LAKE~ORAL-28; TABLET~012227600~0.75~MG
DYE FDC YELLOW #6 LAKE~SUBLINGUAL; TABLET~012227600~0.4~MG
DYE FERRIC OXIDE ORANGE~ORAL; TABLET~~0.5~MG
DYE GRAY #2982~ORAL; CAPSULE~~~
DYE GREEN 70363~ORAL; TABLET~~1.05~MG
DYE GREEN AL LB-265~ORAL; TABLET~~0.64~MG
DYE GREEN ALUMINUM LB~ORAL; TABLET~~8~MG
DYE GREEN LAKE BLEND LB-1236~ORAL; TABLET~~0.35~MG
DYE GREEN LAKE BLEND LB-1441~ORAL; TABLET~~1.32~MG
DYE GREEN LAKE BLEND LB-1644~ORAL; TABLET~~0.26~MG
DYE GREEN LAKE BLEND LB-333~ORAL; TABLET~~0.11~MG
DYE GREEN LB~ORAL; TABLET~~0.4~MG

DYE GREEN LB-1594~ORAL; TABLET~~0.75~MG
DYE GREEN LB-1616~ORAL; TABLET~~0.94~MG
DYE GREEN LB-279~ORAL; TABLET~~2~MG
DYE GREEN LB-482~ORAL; TABLET~~1.27~MG
DYE GREEN LB-555~ORAL; TABLET~~0.44~MG
DYE GREEN LB-603~ORAL; TABLET~~0.7~MG
DYE GREEN LB-820~ORAL; TABLET~~0.6~MG
DYE GREEN LB-883~ORAL; TABLET~~0.6~MG
DYE GREEN PB-1543~ORAL; TABLET~~0.02~MG
DYE GREEN PB-1766~ORAL-28; TABLET~~~
DYE GREEN PMS-579~ORAL; CAPSULE, SOFT GELATIN~~~
DYE GREEN PR-1333~ORAL; TABLET~~0.0014~ML
DYE GREEN PR-1339~ORAL; TABLET~~~
DYE LAVENDER~ORAL; TABLET, FILM COATED~~~
DYE LAVENDER LAKE BLEND LB-1603~ORAL; TABLET~~0.66~MG
DYE LAVENDER LB-1356~ORAL; TABLET~~0.03~MG
DYE MINT GREEN~ORAL; TABLET~~0.0055~MG
DYE MINT GREEN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~0.075~MG
DYE OCHRE 3506~ORAL; TABLET~~0.76~MG
DYE OCHRE 3506~ORAL; TABLET, COATED~~0.285~MG
DYE ORANGE LAKE BLEND 3810~ORAL; TABLET~~0.45~MG
DYE ORANGE LAKE BLEND LB-1439~ORAL; TABLET~~0.22~MG
DYE ORANGE LB-1387~ORAL; TABLET~~0.5~MG
DYE ORANGE LB-715~ORAL; TABLET~~4.8~MG
DYE PEACH LB-1576~ORAL-21; TABLET~~0.3~MG
DYE PEACH LB-1576~ORAL-28; TABLET~~0.3~MG
DYE PINK~ORAL; CAPSULE~~~
DYE PINK~ORAL; TABLET~~0.3~MG
DYE PINK~ORAL; TABLET, DELAYED ACTION~~7.93~MG
DYE PURPLE LAKE~ORAL; TABLET~~~
DYE PURPLE LB-1902~ORAL; TABLET, SUSTAINED ACTION~~0.8~MG
DYE PURPLE LB-562~ORAL; TABLET~~0.81~MG
DYE PURPLE LB-639~ORAL; TABLET~~0.084~MG
DYE PURPLE LB-694~ORAL; TABLET~~0.125~MG
DYE RED #27 ALUMINUM LAKE~ORAL; TABLET~~~
DYE RED #3 LAKE HT~ORAL; TABLET~~0.03~MG
DYE RED #33~ORAL; CAPSULE~~~
DYE RED #33~ORAL; TABLET~~0.292~MG
DYE RED #40 ALUMINUM LAKE~ORAL; CAPSULE~~~
DYE RED COTOLENE-P~ORAL; TABLET~~20.7~MG
DYE RED LAKE BLEND 6053-R~ORAL; TABLET~~0.6~MG
DYE RED PB-1595~ORAL; TABLET~~0.8~MG
DYE SALMON LB-1668~ORAL; TABLET~~0.2~MG
DYE SPECTRASPRAY BLUE 50726~ORAL; TABLET, EXTENDED RELEASE~~3.66~MG
DYE SWEDISH ORANGE #2191~ORAL; CAPSULE~~~
DYE TAN PB-1388~ORAL; TABLET~~0.05~MG
DYE TAN PB-1388~ORAL; TABLET, FILM COATED~~0.75~MG
DYE TETRAROME ORANGE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~~

DYE TURQUOISE LB-1430~ORAL; TABLET~~0.035~MG
DYE WHITE COATERIC YPA-6-7089~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
DYE WHITE COTOLENE-P~ORAL; TABLET~~10.35~MG
DYE WHITE TC-1032~ORAL; TABLET~~~
DYE WILD CHERRY 7598~ORAL; SYRUP~~0.0035~%
DYE YELLOW #10~ORAL; CAPSULE~~~
DYE YELLOW #10~ORAL; SOLUTION~~0.006~%
DYE YELLOW #10~ORAL; TABLET~~1.31~MG
DYE YELLOW #10~ORAL; TABLET, FILM COATED~~~
DYE YELLOW #10 LAKE~ORAL; TABLET~~5.2~MG
DYE YELLOW #10 LAKE~ORAL; TABLET, COATED~~3.68~MG
DYE YELLOW #10 LAKE~ORAL; TABLET, FILM COATED~~~
DYE YELLOW #10 LAKE~ORAL; TABLET, SUSTAINED ACTION~~0.015~MG
DYE YELLOW #5 LAKE~ORAL; TABLET~0~0.15~MG
DYE YELLOW #5 LAKE~ORAL-21; TABLET~0~0.1~MG
DYE YELLOW #6~ORAL; TABLET, FILM COATED~~~
DYE YELLOW #62~ORAL; CAPSULE~~5.1~MG
DYE YELLOW 70362~ORAL; TABLET~~2.8~MG
DYE YELLOW LAKE BLEND LB-1769~ORAL; TABLET~~0.13~MG
DYE YELLOW LB 104~ORAL; TABLET~~0.22~MG
DYE YELLOW LB 9706~ORAL; TABLET~~0.44~MG
DYE YELLOW LB-111~ORAL; TABLET~~0.6~MG
DYE YELLOW LB-1577~ORAL; TABLET~~5~MG
DYE YELLOW LB-1637~ORAL; TABLET~~0.2~MG
DYE YELLOW OCHRE~ORAL; CAPSULE~001345262~~
DYE YELLOW OCHRE~ORAL; TABLET~001345262~0.24~MG
DYE YELLOW PB1345~ORAL; TABLET~~0.5~MG
DYE YELLOW PB-1381~ORAL; TABLET~~0.2~MG
DYE YELLOW WD-2014~ORAL; TABLET~~3.07~MG
EDAMINE~INTRAVENOUS; INJECTION~000107153~0.3755~%
EDAMINE~IV(INFUSION); INJECTION~000107153~0.392~%
EDAMINE~ORAL; SOLUTION~000107153~0.37~%
EDAMINE~RECTAL; ENEMA~000107153~~
EDAMINE~TOPICAL; EMULSION, CREAM~000107153~0.18~%
EDETATE CALCIUM DISODIUM~AN,INFILTRATION; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~CAUDAL BLOCK; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~EPIDURAL; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~IM - IV; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRA-ARTERIAL; INJECTION~023411349~0.048~%
EDETATE CALCIUM DISODIUM~INTRA-ARTERIAL; SOLUTION, INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRA-ARTICULAR; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRACARDIAC; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRADISCAL; INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAMUSCULAR; INJECTION~023411349~0.048~%
EDETATE CALCIUM DISODIUM~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~023411349~0.005~%
EDETATE CALCIUM DISODIUM~INTRAPERITONEAL; POWDER, FOR INJECTION SOLUTION~023411349~0.005~%
EDETATE CALCIUM DISODIUM~INTRATHECAL; INJECTABLE~023411349~~

DTX-2583

EDETATE CALCIUM DISODIUM~INTRATHECAL;  INJECTION~023411349~0.216~%
EDETATE CALCIUM DISODIUM~INTRATHECAL;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAUTERINE;  INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAUTERINE;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAVASCULAR;  INJECTION~023411349~10~%
EDETATE CALCIUM DISODIUM~INTRAVASCULAR;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAVASCULAR;  SOLUTION, INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAVENOUS;  INJECTION~023411349~0.48~%
EDETATE CALCIUM DISODIUM~INTRAVENOUS;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAVENOUS;  SOLUTION, INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~INTRAVESICAL;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~IV(INFUSION);  INJECTION~023411349~0.005~%
EDETATE CALCIUM DISODIUM~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION~023411349~0.005~%
EDETATE CALCIUM DISODIUM~IV(INFUSION);  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~NERVE BLOCK;  INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  CAPSULE~023411349~0.272~MG
EDETATE CALCIUM DISODIUM~ORAL;  CAPSULE, SUSTAINED ACTION~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  CONCENTRATE~023411349~0.025~%
EDETATE CALCIUM DISODIUM~ORAL;  DROPS~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  POWDER, FOR SOLUTION~023411349~0.022~%
EDETATE CALCIUM DISODIUM~ORAL;  POWDER, FOR SUSPENSION~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  SOLUTION, ELIXIR~023411349~0.1~%
EDETATE CALCIUM DISODIUM~ORAL;  SUSPENSION~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  SYRUP~023411349~~
EDETATE CALCIUM DISODIUM~ORAL;  TABLET~023411349~4~MG
EDETATE CALCIUM DISODIUM~ORAL;  TABLET, FILM COATED~023411349~0.4~MG
EDETATE CALCIUM DISODIUM~ORAL;  TABLET, ORALLY DISINTEGRATING~023411349~0.775~MG
EDETATE CALCIUM DISODIUM~PERIARTICULAR;  INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~RECTAL;  SOLUTION~023411349~~
EDETATE CALCIUM DISODIUM~SUBCUTANEOUS;  INJECTION~023411349~0.17~%
EDETATE CALCIUM DISODIUM~URETERAL;  SOLUTION~023411349~0.01~%
EDETATE CALCIUM DISODIUM~URETHRAL;  INJECTION~023411349~~
EDETATE CALCIUM DISODIUM~URETHRAL;  SOLUTION~023411349~0.01~%
EDETATE DISODIUM~AN,INFILTRATION;  INJECTION~6381926~0.0111~%
EDETATE DISODIUM~AURICULAR (OTIC);  SOLUTION~6381926~0.1~%
EDETATE DISODIUM~AURICULAR (OTIC);  SOLUTION, DROPS~6381926~0.1~%
EDETATE DISODIUM~AURICULAR (OTIC);  SUSPENSION~6381926~~
EDETATE DISODIUM~CAUDAL BLOCK;  INJECTION~6381926~~
EDETATE DISODIUM~EPIDURAL;  INJECTION~6381926~0.0111~%
EDETATE DISODIUM~IM - IV - SC;  INJECTION~6381926~0.2~%
EDETATE DISODIUM~IM - IV;  INJECTABLE~6381926~0.05~%
EDETATE DISODIUM~IM - IV;  INJECTION~6381926~10~%
EDETATE DISODIUM~IM - IV;  SOLUTION, INJECTION~6381926~~
EDETATE DISODIUM~IM - SC;  INJECTION~6381926~0.2~%
EDETATE DISODIUM~INHALATION;  SOLUTION~6381926~5~%
EDETATE DISODIUM~INTRA-ARTERIAL;  INJECTION~6381926~~
EDETATE DISODIUM~INTRA-ARTICULAR;  INJECTION~6381926~0.05~%

DTX-2583

EDETATE DISODIUM~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~6381926~~
EDETATE DISODIUM~INTRABURSAL; INJECTION~6381926~0.01~%
EDETATE DISODIUM~INTRACARDIAC; INJECTION~6381926~~
EDETATE DISODIUM~INTRADERMAL; INJECTION~6381926~~
EDETATE DISODIUM~INTRADERMAL; INJECTION, SUSTAINED ACTION~6381926~~
EDETATE DISODIUM~INTRADISCAL; POWDER, FOR INJECTION SOLUTION~6381926~~
EDETATE DISODIUM~INTRALESIONAL; INJECTION~6381926~0.05~%
EDETATE DISODIUM~INTRALESIONAL; INJECTION, SUSTAINED ACTION~6381926~~
EDETATE DISODIUM~INTRAMUSCULAR; INJECTION~6381926~10~%
EDETATE DISODIUM~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~6381926~~
EDETATE DISODIUM~INTRAMUSCULAR; SOLUTION, INJECTION~6381926~0.1~%
EDETATE DISODIUM~INTRASYNOVIAL; INJECTION~6381926~~
EDETATE DISODIUM~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~6381926~~
EDETATE DISODIUM~INTRAUTERINE; SOLUTION~6381926~~
EDETATE DISODIUM~INTRAVASCULAR; INJECTION~6381926~0.04~%
EDETATE DISODIUM~INTRAVENOUS; EMULSION, INJECTION~6381926~0.005~%
EDETATE DISODIUM~INTRAVENOUS; INFUSION~6381926~0.01~%
EDETATE DISODIUM~INTRAVENOUS; INJECTABLE~6381926~0.01~%
EDETATE DISODIUM~INTRAVENOUS; INJECTION~6381926~10~%
EDETATE DISODIUM~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~6381926~0.15~%
EDETATE DISODIUM~INTRAVENOUS; SOLUTION~6381926~0.05~%
EDETATE DISODIUM~INTRAVENOUS; SOLUTION, INJECTION~6381926~0.11~%
EDETATE DISODIUM~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~6381926~0.1~MG
EDETATE DISODIUM~IV(INFUSION); INJECTION~6381926~1~%
EDETATE DISODIUM~IV(INFUSION); POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~6381926~0.0801~%
EDETATE DISODIUM~IV(INFUSION); SOLUTION, INJECTION~6381926~0.04~%
EDETATE DISODIUM~NASAL; SOLUTION~6381926~5~%
EDETATE DISODIUM~NASAL; SPRAY~6381926~0.1~%
EDETATE DISODIUM~NASAL; SPRAY, METERED~6381926~0.5~%
EDETATE DISODIUM~NERVE BLOCK; INJECTION~6381926~0.0111~%
EDETATE DISODIUM~OPHTHALMIC; GEL~6381926~0.01~%
EDETATE DISODIUM~OPHTHALMIC; SOLUTION~6381926~10~%
EDETATE DISODIUM~OPHTHALMIC; SOLUTION, DROPS~6381926~0.3~%
EDETATE DISODIUM~OPHTHALMIC; SUSPENSION~6381926~0.13~%
EDETATE DISODIUM~OPHTHALMIC; SUSPENSION, DROPS~6381926~0.1~%
EDETATE DISODIUM~ORAL; CAPSULE~6381926~1~MG
EDETATE DISODIUM~ORAL; CAPSULE, SOFT GELATIN~6381926~1.004~MG
EDETATE DISODIUM~ORAL; CAPSULE, SUSTAINED ACTION~6381926~~
EDETATE DISODIUM~ORAL; CONCENTRATE~6381926~0.3~%
EDETATE DISODIUM~ORAL; EMULSION~6381926~~
EDETATE DISODIUM~ORAL; LIQUID~6381926~0.05~%
EDETATE DISODIUM~ORAL; POWDER, FOR SOLUTION~6381926~~
EDETATE DISODIUM~ORAL; POWDER, FOR SUSPENSION~6381926~0.06~%
EDETATE DISODIUM~ORAL; SOLUTION~6381926~0.5~%
EDETATE DISODIUM~ORAL; SOLUTION, ELIXIR~6381926~~
EDETATE DISODIUM~ORAL; SUSPENSION~6381926~0.2497~%
EDETATE DISODIUM~ORAL; SUSPENSION, DROPS~6381926~0.04~%
EDETATE DISODIUM~ORAL; SUSPENSION, FOR INHALATION~6381926~0.01~%

EDETATE DISODIUM~ORAL; SYRUP~6381926~0.5~%
EDETATE DISODIUM~ORAL; TABLET~6381926~4~MG
EDETATE DISODIUM~ORAL; TABLET, COATED~6381926~0.21~MG
EDETATE DISODIUM~ORAL; TABLET, EXTENDED RELEASE~6381926~5~MG
EDETATE DISODIUM~ORAL; TABLET, FILM COATED~6381926~4~MG
EDETATE DISODIUM~RECTAL; ENEMA~6381926~0.1~%
EDETATE DISODIUM~RECTAL; SOLUTION~6381926~0.04~%
EDETATE DISODIUM~RESPIRATORY (INHALATION); SOLUTION, FOR INHALATION~6381926~0.03~%
EDETATE DISODIUM~SOFT TISSUE; INJECTION~6381926~0.05~%
EDETATE DISODIUM~SUBCUTANEOUS; INJECTABLE~6381926~0.1~%
EDETATE DISODIUM~SUBCUTANEOUS; INJECTION~6381926~0.2~%
EDETATE DISODIUM~TOPICAL; CREAM, AUGMENTED~6381926~0.1~%
EDETATE DISODIUM~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~6381926~0.05~%
EDETATE DISODIUM~TOPICAL; EMULSION~6381926~0.1107~%
EDETATE DISODIUM~TOPICAL; EMULSION, CREAM~6381926~1~%
EDETATE DISODIUM~TOPICAL; FILM, CONTROLLED RELEASE~6381926~~
EDETATE DISODIUM~TOPICAL; GEL~6381926~0.1~%
EDETATE DISODIUM~TOPICAL; LOTION~6381926~0.1~%
EDETATE DISODIUM~TOPICAL; OINTMENT~6381926~0.0065~%
EDETATE DISODIUM~TOPICAL; PATCH, CONTROLLED RELEASE~6381926~0.1~MG
EDETATE DISODIUM~TOPICAL; POWDER, FOR SOLUTION~6381926~0.01~%
EDETATE DISODIUM~TOPICAL; SOLUTION~6381926~0.01~%
EDETATE DISODIUM~TOPICAL; SUSPENSION~6381926~0.01~%
EDETATE DISODIUM~URETERAL; SOLUTION~6381926~~
EDETATE DISODIUM~URETHRAL; SOLUTION~6381926~~
EDETATE DISODIUM~VAGINAL; EMULSION, CREAM~6381926~0.05~%
EDETATE DISODIUM~VAGINAL; GEL~6381926~0.05~%
EDETATE DISODIUM, ANHYDROUS~INTRA-AMNIOTIC; INJECTION~000139333~~
EDETATE DISODIUM, ANHYDROUS~INTRAMUSCULAR; INJECTION~000139333~0.01~%
EDETATE DISODIUM, ANHYDROUS~INTRAVENOUS; INJECTABLE~000139333~0.01~%
EDETATE DISODIUM, ANHYDROUS~INTRAVENOUS; INJECTION~000139333~0.5~%
EDETATE DISODIUM, ANHYDROUS~IV(INFUSION); INJECTION~000139333~0.01~%
EDETATE DISODIUM, ANHYDROUS~OPHTHALMIC; SOLUTION, DROPS~000139333~0.1~%
EDETATE SODIUM~IM - IV - SC; INJECTION~000064028~0.2~%
EDETATE SODIUM~IM - IV; INJECTION~000064028~~
EDETATE SODIUM~INHALATION; SOLUTION~000064028~0.02~%
EDETATE SODIUM~INTRAMUSCULAR; INJECTION~000064028~0.01~%
EDETATE SODIUM~IV(INFUSION); SOLUTION, INJECTION~000064028~0.04~%
EDETATE SODIUM~OPHTHALMIC; SOLUTION~000064028~0.1~%
EDETATE SODIUM~OPHTHALMIC; SUSPENSION~000064028~0.02~%
EDETATE SODIUM~ORAL; CAPSULE, SOFT GELATIN~000064028~1~MG
EDETATE SODIUM~ORAL; TABLET~000064028~5~MG
EDETATE SODIUM~TOPICAL; EMULSION, CREAM~000064028~~
EDETATE SODIUM~TOPICAL; LOTION~000064028~0.05~%
EDETATE SODIUM~TOPICAL; SHAMPOO~000064028~~
EDETATE SODIUM~TOPICAL; SPONGE~000064028~~
EDETIC ACID~AURICULAR (OTIC); SUSPENSION~000060004~0.001~%
EDETIC ACID~ORAL; TABLET~000060004~4~MG
EDETIC ACID~ORAL; TABLET, FILM COATED~000060004~0.2~MG

EDETIC ACID~RECTAL; SUPPOSITORY~000060004~1.7~MG
EDETIC ACID~TOPICAL; LOTION~000060004~0.11~%
EDETIC ACID~TOPICAL; SHAMPOO~000060004~0.2~%
EDETIC ACID~TOPICAL; SOLUTION~000060004~0.5~%
EGG YOLK PHOSPHATIDES~INTRAVENOUS; EMULSION, INJECTION~~1.2~%
EGG YOLK PHOSPHATIDES~INTRAVENOUS; INJECTION~~1.2~%
EGG YOLK PHOSPHATIDES~IV(INFUSION); INJECTION~~1.8~%
EIDERDOWN SOAP~ORAL; TABLET, REPEAT ACTION~~0.39~MG
EIDERDOWN SOAP~ORAL; TABLET, SUSTAINED ACTION~~~
ENTSUFON~TOPICAL; EMULSION~055837166~~
ENTSUFON~TOPICAL; SPONGE~055837166~~
ENTSUFON SODIUM~TOPICAL; EMULSION~002917944~~
ENTSUFON SODIUM~TOPICAL; SPONGE~002917944~~
EPILACTOSE~ORAL; SOLUTION~~1.3333~%
EPILACTOSE~RECTAL; SOLUTION~~1.3333~%
ERYTHORBIC ACID~ORAL; CONCENTRATE~000089656~~
ERYTHORBIC ACID~ORAL; TABLET~000089656~~
ESSENCE BOUQUET 9200~TOPICAL; LOTION~~0.2~%
ESSENCE FRITZBRO ORANGE~ORAL; SUSPENSION~~2.01~%
ESSENCE LEMON~ORAL; SYRUP~~0.25~%
ESSENCE ORANGE~ORAL; SYRUP~~1~%
ETHANOLAMINE HYDROCHLORIDE~INTRAVENOUS; INJECTION~~0.15~%
ETHER~ORAL; CAPSULE~000060297~~
ETHER~SUBLINGUAL; AEROSOL~000060297~~
ETHYL ACETATE~INTRAMUSCULAR; INJECTION, MICROSPHERES~000141786~~
ETHYL ACETATE~ORAL; CAPSULE, SUSTAINED ACTION~000141786~382.257~MG
ETHYL ACETATE~ORAL; SUSPENSION~000141786~~
ETHYL ACETATE~ORAL; TABLET~000141786~~
ETHYL ACETATE~ORAL; TABLET, DELAYED RELEASE~000141786~~
ETHYL ACETATE~ORAL; TABLET, SUSTAINED ACTION~000141786~~
ETHYL ACETATE~TOPICAL; SOLUTION~000141786~31~%
ETHYL ACETATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000141786~36138~MG
ETHYL HEXANEDIOL~TOPICAL; SOLUTION~001321342~0.25~%
ETHYL MALTOL~ORAL; SOLUTION~004940118~0.05~%
ETHYL MALTOL~ORAL; SOLUTION, ELIXIR~004940118~60~%
ETHYL MALTOL~ORAL; SYRUP~004940118~3.05~%
ETHYL OLEATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000111626~8.64~MG
ETHYL VANILLIN~ORAL; CAPSULE~000121324~0.341~MG
ETHYL VANILLIN~ORAL; CAPSULE, COATED, SOFT GELATIN~000121324~0.124~MG
ETHYL VANILLIN~ORAL; CAPSULE, SOFT GELATIN~000121324~0.64~MG
ETHYL VANILLIN~ORAL; CAPSULE, SUSTAINED ACTION~000121324~~
ETHYL VANILLIN~ORAL; SUSPENSION~000121324~0.008~%
ETHYL VANILLIN~ORAL; SYRUP~000121324~~
ETHYL VANILLIN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000121324~0.143~MG
ETHYLCELLULOSE~ORAL; CAPSULE~009004573~6~MG
ETHYLCELLULOSE~ORAL; CAPSULE, EXTENDED RELEASE~009004573~21.887~MG
ETHYLCELLULOSE~ORAL; CAPSULE, SUSTAINED ACTION~009004573~39.2~MG
ETHYLCELLULOSE~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~009004573~27.04~MG

DTX-2583

ETHYLCELLULOSE~ORAL; GRANULE, FOR SUSPENSION~009004573~85~MG
ETHYLCELLULOSE~ORAL; GRANULE, FOR SUSPENSION, EXTENDED RELEASE~009004573~~
ETHYLCELLULOSE~ORAL; POWDER, FOR SUSPENSION~009004573~~
ETHYLCELLULOSE~ORAL; SUSPENSION, SUSTAINED ACTION~009004573~~
ETHYLCELLULOSE~ORAL; TABLET~009004573~120.8~MG
ETHYLCELLULOSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004573~8.8~MG
ETHYLCELLULOSE~ORAL; TABLET, COATED~009004573~20~MG
ETHYLCELLULOSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009004573~53.8~MG
ETHYLCELLULOSE~ORAL; TABLET, EXTENDED RELEASE~009004573~80~MG
ETHYLCELLULOSE~ORAL; TABLET, FILM COATED~009004573~83~MG
ETHYLCELLULOSE~ORAL; TABLET, ORALLY DISINTEGRATING~009004573~17.46~MG
ETHYLCELLULOSE~ORAL; TABLET, SUSTAINED ACTION~009004573~308.8~MG
ETHYLCELLULOSE~ORAL; TABLET, SUSTAINED ACTION, COATED~009004573~15.15~MG
ETHYLCELLULOSE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009004573~52.5~MG
ETHYLCELLULOSE~ORAL-28; TABLET~009004573~1.05~MG
ETHYLCELLULOSE~TOPICAL; PATCH~009004573~2.53~MG
ETHYLCELLULOSE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009004573~80.4~MG
ETHYLCELLULOSE~VAGINAL; TABLET~009004573~50~MG
ETHYLENE~ORAL; CAPSULE~000074851~~
ETHYLENE GLYCOL~TOPICAL; SHAMPOO, SUSPENSION~000107211~1~%
ETHYLENE GLYCOL MONOETHYL ETHER~ORAL; CAPSULE~000110805~0.009~MG
ETHYLENE VINYL ACETATE COPOLYMER~IMPLANTATION; ROD~~61~MG
ETHYLENE VINYL ACETATE COPOLYMER~INTRAUTERINE; SUPPOSITORY, INSERT, CONTROLLED RELEASE~~160~MG
ETHYLENE VINYL ACETATE COPOLYMER~OPHTHALMIC; SUPPOSITORY, INSERT, CONTROLLED RELEASE~~14~MG
ETHYLENE VINYL ACETATE COPOLYMER~PERIODONTAL; FILM, CONTROLLED RELEASE~~51~MG
ETHYLENE VINYL ACETATE COPOLYMER~SUBCUTANEOUS; ROD~~61~MG
ETHYLENE VINYL ACETATE COPOLYMER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~735~MG
ETHYLENE VINYLACETATE COPOLYMER, 28% VINYLACETATE~VAGINAL; SPONGE~~1677~MG
ETHYLENE VINYLACETATE COPOLYMER, 9% VINYLACETATE~VAGINAL; SPONGE~~197~MG
ETHYLENEDIAMINE DIHYDROCHLORIDE~TOPICAL; EMULSION, CREAM~000333186~0.25~%
ETHYLENE-PROPYLENE COPOLYMER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~31.67~MG
ETHYLPARABEN~ORAL; POWDER, FOR SOLUTION~000120478~~
ETHYLPARABEN~TOPICAL; EMULSION, CREAM~000120478~~
ETHYLPARABEN SODIUM~ORAL; CAPSULE, SOFT GELATIN~~1.004~MG
EUCALYPTOL~DENTAL; SOLUTION~000470826~~
EUCALYPTUS OIL~ORAL; SYRUP~008000484~0.014~%
EUDRAGIT E 100~ORAL; CAPSULE, SUSTAINED ACTION~~1.63~MG
EUDRAGIT E 100~ORAL; TABLET~~3.5~MG
EUDRAGIT E 100~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~4.57~MG
EUDRAGIT E 100~ORAL; TABLET, COATED~~~
EUDRAGIT E 100~ORAL; TABLET, FILM COATED~~7.2~MG
EUDRAGIT E 100~ORAL; TABLET, ORALLY DISINTEGRATING~~33.39~MG
EUDRAGIT E 100~ORAL; TABLET, SUSTAINED ACTION~~3.96~MG

EUDRAGIT E 100~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
EUDRAGIT L 100~ORAL; CAPSULE, ENTERIC COATED PELLETS~052932726~93.36~MG
EUDRAGIT L 100~ORAL; CAPSULE, SUSTAINED ACTION~052932726~22.08~MG
EUDRAGIT L 100~ORAL; TABLET, CONTROLLED RELEASE~052932726~~
EUDRAGIT L 100 - 55~ORAL; TABLET, DELAYED ACTION~~15.86~MG
EUDRAGIT L 100 - 55~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~17~MG
EUDRAGIT L 30 D~ORAL; CAPSULE, ENTERIC COATED PELLETS~~28~MG
EUDRAGIT L 30 D~ORAL; CAPSULE, SUSTAINED ACTION~~2.16~MG
EUDRAGIT L 30 D~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~25.5~MG
EUDRAGIT L 30 D~ORAL; TABLET, ENTERIC COATED PARTICLES~~27.9~MG
EUDRAGIT L 30 D~ORAL; TABLET, SUSTAINED ACTION, COATED~~15.4~MG
EUDRAGIT L 30D - 55~ORAL; CAPSULE~~75.18~MG
EUDRAGIT L 30D - 55~ORAL; CAPSULE, ENTERIC COATED PELLETS~~80.36~MG
EUDRAGIT L 30D - 55~ORAL; CAPSULE, EXTENDED RELEASE~~40.414~MG
EUDRAGIT L 30D - 55~ORAL; CAPSULE, SUSTAINED ACTION~~48.1~MG
EUDRAGIT L 30D - 55~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~~10.9~MG
EUDRAGIT L 30D - 55~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~140~MG
EUDRAGIT L 30D - 55~ORAL; TABLET, DELAYED RELEASE~~~
EUDRAGIT L 30D - 55~ORAL; TABLET, EXTENDED RELEASE~~6.86~MG
EUDRAGIT L 30D - 55~ORAL; TABLET, SUSTAINED ACTION, COATED~~15~MG
EUDRAGIT NE 30 D~ORAL; CAPSULE, ENTERIC COATED PELLETS~~93.36~MG
EUDRAGIT NE 30 D~ORAL; CAPSULE, EXTENDED RELEASE~~30.062~MG
EUDRAGIT NE 30 D~ORAL; CAPSULE, SUSTAINED ACTION~~187.3~MG
EUDRAGIT NE 30 D~ORAL; TABLET~~6.63~MG
EUDRAGIT NE 30 D~ORAL; TABLET, COATED~~66~MG
EUDRAGIT NE 30 D~ORAL; TABLET, EXTENDED RELEASE~~54.7~MG
EUDRAGIT NE 30 D~ORAL; TABLET, SUSTAINED ACTION~~0.35~MG
EUDRAGIT NE 30 D~ORAL; TABLET, SUSTAINED ACTION, COATED~~30~MG
EUDRAGIT RL 100~ORAL; TABLET, CONTROLLED RELEASE~~~
EUDRAGIT RL 12.5~ORAL; CAPSULE, SUSTAINED ACTION~~25.59~MG
EUDRAGIT RL 12.5~ORAL; POWDER, FOR SUSPENSION~~3.22~%
EUDRAGIT RL 12.5~ORAL; TABLET, SUSTAINED ACTION, COATED~~25~MG
EUDRAGIT RL 30 D~ORAL; CAPSULE, SUSTAINED ACTION~~4.706~MG
EUDRAGIT RL 30 D~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~~4.2~MG
EUDRAGIT RS 100~ORAL; TABLET, CONTROLLED RELEASE~~~
EUDRAGIT RS 12.5~ORAL; CAPSULE, SUSTAINED ACTION~~~
EUDRAGIT RS 30 D~ORAL; CAPSULE, EXTENDED RELEASE~~35.7~MG
EUDRAGIT RS 30 D~ORAL; CAPSULE, SUSTAINED ACTION~~91.88~MG
EUDRAGIT RS 30 D~ORAL; TABLET~~33.33~MG
EUDRAGIT RS 30 D~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~16.67~MG
EUDRAGIT RS 30 D~ORAL; TABLET, CONTROLLED RELEASE~~14~MG
EUDRAGIT RS 30 D~ORAL; TABLET, FILM COATED~~8~MG
EUDRAGIT RS 40 D~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~10~MG
EUDRAGIT S 100~ORAL; CAPSULE, SUSTAINED ACTION~~28.38~MG
EUDRAGIT S 100~ORAL; TABLET~~0.82~MG
EUGENOL~ORAL; SOLUTION, ELIXIR~000097530~~
EXAMETAZIME~INTRAVENOUS; INJECTION~105613487~~
FAMPRIDINE~INTRAVENOUS; INJECTION~000504245~~
FAT, EDIBLE~RECTAL; SUPPOSITORY~~~

FAT, HARD~RECTAL; SUPPOSITORY~~1920~MG
FATTY ACID ESTERS~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
FATTY ACID ESTERS, SATURATED~ORAL; CAPSULE, ENTERIC COATED PELLETS~~0.2~MG
FATTY ACID GLYCERIDES~SUBLINGUAL; SPRAY, METERED~~0.096~%
FATTY ACID PENTAERYTHRIOL ESTER~TOPICAL; OINTMENT~~1~%
FATTY ACIDS~TOPICAL; SOLUTION~009013187~13.58~%
FATTY ALCOHOL CITRATE~TOPICAL; OINTMENT~~~
FATTY ALCOHOLS~VAGINAL; EMULSION, CREAM~~~
FD&C BLUE NO. 2.~BUCCAL; TABLET~860220~0.008~MG
FD&C BLUE NO. 2.~ORAL; CAPSULE~860220~0.218~MG
FD&C BLUE NO. 2.~ORAL; CAPSULE, DELAYED ACTION~860220~0.0769~MG
FD&C BLUE NO. 2.~ORAL; CAPSULE, ENTERIC COATED PELLETS~860220~~
FD&C BLUE NO. 2.~ORAL; CAPSULE, EXTENDED RELEASE~860220~~
FD&C BLUE NO. 2.~ORAL; CAPSULE, HARD GELATIN~860220~0.0114~MG
FD&C BLUE NO. 2.~ORAL; CAPSULE, SUSTAINED ACTION~860220~0.03~MG
FD&C BLUE NO. 2.~ORAL; TABLET~860220~21~MG
FD&C BLUE NO. 2.~ORAL; TABLET, COATED~860220~24.12~MG
FD&C BLUE NO. 2.~ORAL; TABLET, CONTROLLED RELEASE~860220~~
FD&C BLUE NO. 2.~ORAL; TABLET, DELAYED ACTION~860220~~
FD&C BLUE NO. 2.~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~860220~0.2018~MG
FD&C BLUE NO. 2.~ORAL; TABLET, FILM COATED~860220~0.7~MG
FD&C BLUE NO. 2.~ORAL; TABLET, SUSTAINED ACTION~860220~0.6~MG
FD&C BLUE NO. 2.~ORAL; TABLET, SUSTAINED ACTION, COATED~860220~~
FD&C BLUE NO. 2.~ORAL-28; TABLET~860220~~
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; CAPSULE~~0.218~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~3.5~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; CAPSULE, SUSTAINED ACTION~~~
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET~~6.5~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~1.25~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, COATED~~0.75~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, CONTROLLED RELEASE~~0.546~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.05~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, EXTENDED RELEASE~~0.3~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, FILM COATED~~1.25~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, ORALLY DISINTEGRATING~~0.005~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, REPEAT ACTION~~~
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, SUSTAINED ACTION~~7~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~~
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL; TABLET, UNCOATED, TROCHE~~~
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL-21; TABLET~~0.208~MG
FD&C BLUE NO. 2. ALUMINUM LAKE~ORAL-28; TABLET~~0.25~MG
FD&C RED NO. 40.~BUCCAL; TABLET~25956176~0.006~MG
FD&C RED NO. 40.~DENTAL; SOLUTION~25956176~0.0006~%
FD&C RED NO. 40.~ORAL; BAR, CHEWABLE~25956176~10~MG
FD&C RED NO. 40.~ORAL; CAPSULE~25956176~73.2~MG
FD&C RED NO. 40.~ORAL; CAPSULE, COATED, SOFT GELATIN~25956176~0.0125~MG

FD&C RED NO. 40.~ORAL; CAPSULE, ENTERIC COATED PELLETS~25956176~~
FD&C RED NO. 40.~ORAL; CAPSULE, EXTENDED RELEASE~25956176~~
FD&C RED NO. 40.~ORAL; CAPSULE, HARD GELATIN~25956176~~
FD&C RED NO. 40.~ORAL; CAPSULE, SOFT GELATIN~25956176~0.52~MG
FD&C RED NO. 40.~ORAL; CAPSULE, SUSTAINED ACTION~25956176~1.36~MG
FD&C RED NO. 40.~ORAL; CONCENTRATE~25956176~0.0035~%
FD&C RED NO. 40.~ORAL; DROPS~25956176~0.001~%
FD&C RED NO. 40.~ORAL; POWDER~25956176~0.05~%
FD&C RED NO. 40.~ORAL; POWDER, FOR ORAL SUSPENSION~25956176~0.003~%
FD&C RED NO. 40.~ORAL; POWDER, FOR RECONSTITUTION~25956176~0.0292~%
FD&C RED NO. 40.~ORAL; POWDER, FOR SOLUTION~25956176~1.3325~%
FD&C RED NO. 40.~ORAL; POWDER, FOR SUSPENSION~25956176~0.0375~%
FD&C RED NO. 40.~ORAL; SOLUTION~25956176~0.035~%
FD&C RED NO. 40.~ORAL; SOLUTION, ELIXIR~25956176~12.5~%
FD&C RED NO. 40.~ORAL; SUSPENSION~25956176~10~%
FD&C RED NO. 40.~ORAL; SUSPENSION, DROPS~25956176~0.016~%
FD&C RED NO. 40.~ORAL; SUSPENSION, LIQUID~25956176~0.005~%
FD&C RED NO. 40.~ORAL; SYRUP~25956176~2~%
FD&C RED NO. 40.~ORAL; TABLET~25956176~2~MG
FD&C RED NO. 40.~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~25956176~40~MG
FD&C RED NO. 40.~ORAL; TABLET, COATED~25956176~~
FD&C RED NO. 40.~ORAL; TABLET, DELAYED ACTION~25956176~~
FD&C RED NO. 40.~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~25956176~0.043~MG
FD&C RED NO. 40.~ORAL; TABLET, FILM COATED~25956176~0.028~MG
FD&C RED NO. 40.~ORAL; TABLET, SUSTAINED ACTION~25956176~~
FD&C RED NO. 40.~ORAL; TABLET, SUSTAINED ACTION, COATED~25956176~~
FD&C RED NO. 40.~ORAL-21; TABLET~25956176~0.007~MG
FD&C RED NO. 40.~ORAL-28; TABLET~25956176~0.007~MG
FD&C RED NO. 40.~SUBLINGUAL; TABLET~25956176~0.0036~MG
FD&C RED NO. 40.~TOPICAL; SHAMPOO~25956176~0.004~%
FD&C RED NO. 40.~TOPICAL; SOLUTION~25956176~~
FD&C RED NO. 40.~TOPICAL; SPONGE~25956176~50~MG
FERRIC CHLORIDE~INTRAVENOUS; INJECTION~010025771~6.05~%
FERRIC OXIDE~ORAL; CAPSULE~~0.63~MG
FERRIC OXIDE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~2~MG
FERRIC OXIDE~ORAL; CAPSULE, HARD GELATIN~~~
FERRIC OXIDE~ORAL; CAPSULE, SUSTAINED ACTION~~~
FERRIC OXIDE~ORAL; DROPS~~~
FERRIC OXIDE~ORAL; TABLET~~50~MG
FERRIC OXIDE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.961~MG
FERRIC OXIDE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~0.1~MG
FERRIC OXIDE~ORAL; TABLET, COATED~~~
FERRIC OXIDE~ORAL; TABLET, DELAYED ACTION~~~
FERRIC OXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
FERRIC OXIDE~ORAL; TABLET, FILM COATED~~0.25~MG
FERRIC OXIDE~ORAL; TABLET, ORALLY DISINTEGRATING~~0.0125~MG
FERRIC OXIDE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~~0.15~MG
FERRIC OXIDE~ORAL; TABLET, SUSTAINED ACTION~~1~MG

FERRIC OXIDE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~0.112~MG
FERRIC OXIDE~ORAL-28; TABLET~~~
FERRIC OXIDE~TOPICAL; LOTION~~0.15~%
FERRIC OXIDE GREEN~ORAL; TABLET, CONTROLLED RELEASE~~1.8~MG
FERRIC OXIDE GREEN~ORAL; TABLET, EXTENDED RELEASE~~~
FERRIC OXIDE PINK~ORAL; TABLET, FILM COATED~~0.039~MG
FERRIC OXIDE RED~ORAL; CAPSULE~~2.64~MG
FERRIC OXIDE RED~ORAL; CAPSULE, HARD GELATIN~~~
FERRIC OXIDE RED~ORAL; CAPSULE, SOFT GELATIN~~2.28~MG
FERRIC OXIDE RED~ORAL; CAPSULE, SUSTAINED ACTION~~~
FERRIC OXIDE RED~ORAL; SUSPENSION, SUSTAINED ACTION~~0.27~%
FERRIC OXIDE RED~ORAL; TABLET~~13~MG
FERRIC OXIDE RED~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.05~MG
FERRIC OXIDE RED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~1.19~MG
FERRIC OXIDE RED~ORAL; TABLET, COATED~~~
FERRIC OXIDE RED~ORAL; TABLET, CONTROLLED RELEASE~~0.199~MG
FERRIC OXIDE RED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~2.3~MG
FERRIC OXIDE RED~ORAL; TABLET, EXTENDED RELEASE~~0.35~MG
FERRIC OXIDE RED~ORAL; TABLET, FILM COATED~~0.6~MG
FERRIC OXIDE RED~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~~0.11~MG
FERRIC OXIDE RED~ORAL; TABLET, SUSTAINED ACTION~~3~MG
FERRIC OXIDE RED~ORAL; TABLET, SUSTAINED ACTION, COATED~~3.6~MG
FERRIC OXIDE RED~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~1.8~MG
FERRIC OXIDE RED~ORAL-21; TABLET~~0.0019~MG
FERRIC OXIDE RED~ORAL-21; TABLET, COATED~~0.014~MG
FERRIC OXIDE RED~ORAL-28; TABLET~~0.0212~MG
FERRIC OXIDE RED~ORAL-28; TABLET, COATED~~0.014~MG
FERRIC OXIDE RED 30~ORAL; TABLET~~0.12~MG
FERRIC OXIDE RED 30~ORAL; TABLET, EXTENDED RELEASE~~~
FERRIC OXIDE RED-BROWN~ORAL; TABLET~~0.05~MG
FERRIC OXIDE RED-BROWN~ORAL; TABLET, SUSTAINED ACTION~~0.04~MG
FERRIC OXIDE YELLOW~ORAL; CAPSULE~~1.05~MG
FERRIC OXIDE YELLOW~ORAL; CAPSULE, ENTERIC COATED PELLETS~~~
FERRIC OXIDE YELLOW~ORAL; CAPSULE, EXTENDED RELEASE~~~
FERRIC OXIDE YELLOW~ORAL; CAPSULE, HARD GELATIN~~~
FERRIC OXIDE YELLOW~ORAL; CAPSULE, SOFT GELATIN~~1.23~MG
FERRIC OXIDE YELLOW~ORAL; CAPSULE, SUSTAINED ACTION~~3.04~MG
FERRIC OXIDE YELLOW~ORAL; GRANULE, FOR RECONSTITUTION~~0.25~MG
FERRIC OXIDE YELLOW~ORAL; TABLET~~2~MG
FERRIC OXIDE YELLOW~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.18~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, COATED~~0.38~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, CONTROLLED RELEASE~~0.36~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.43~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, EXTENDED RELEASE~~~
FERRIC OXIDE YELLOW~ORAL; TABLET, FILM COATED~~1.06~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~~1.96~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, ORALLY DISINTEGRATING~~0.93~MG
FERRIC OXIDE YELLOW~ORAL; TABLET, SUSTAINED ACTION~~3~MG

FERRIC OXIDE YELLOW~ORAL-21; TABLET~~0.013~MG
FERRIC OXIDE YELLOW~ORAL-21; TABLET, COATED~~0.008~MG
FERRIC OXIDE YELLOW~ORAL-28; TABLET~~0.0275~MG
FERRIC OXIDE YELLOW~ORAL-28; TABLET, COATED~~0.008~MG
FERRIC OXIDE, BROWN~ORAL; CAPSULE~~0.0983~MG
FERRIC OXIDE, BROWN~ORAL; CAPSULE, SOFT GELATIN~~0.7~MG
FERRIC OXIDE, BROWN~ORAL; TABLET~~1.125~MG
FERRIC OXIDE, HYDRATED~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~012259211~0.0653~MG
FERRIC OXIDE, HYDRATED~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~012259211~0.0002~MG
FERROSOFERRIC OXIDE~ORAL; CAPSULE~001317619~0.82~MG
FERROSOFERRIC OXIDE~ORAL; CAPSULE, COATED, SOFT GELATIN~001317619~~
FERROSOFERRIC OXIDE~ORAL; CAPSULE, ENTERIC COATED PELLETS~001317619~~
FERROSOFERRIC OXIDE~ORAL; CAPSULE, EXTENDED RELEASE~001317619~~
FERROSOFERRIC OXIDE~ORAL; CAPSULE, HARD GELATIN~001317619~~
FERROSOFERRIC OXIDE~ORAL; CAPSULE, SOFT GELATIN~001317619~0.3~MG
FERROSOFERRIC OXIDE~ORAL; CAPSULE, SUSTAINED ACTION~001317619~1.492~MG
FERROSOFERRIC OXIDE~ORAL; POWDER, FOR SUSPENSION~001317619~~
FERROSOFERRIC OXIDE~ORAL; TABLET~001317619~149~MG
FERROSOFERRIC OXIDE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~001317619~0.0003~MG
FERROSOFERRIC OXIDE~ORAL; TABLET, COATED~001317619~~
FERROSOFERRIC OXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001317619~~
FERROSOFERRIC OXIDE~ORAL; TABLET, EXTENDED RELEASE~001317619~~
FERROSOFERRIC OXIDE~ORAL; TABLET, FILM COATED~001317619~0.2~MG
FERROSOFERRIC OXIDE~ORAL; TABLET, SUSTAINED ACTION~001317619~1.23~MG
FERROSOFERRIC OXIDE~ORAL; TABLET, SUSTAINED ACTION, COATED~001317619~~
FERROSOFERRIC OXIDE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~001317619~0.002~MG
FERROUS FUMARATE~ORAL; TABLET~000141015~75~MG
FERROUS FUMARATE~ORAL-28; TABLET~000141015~75~MG
FERROUS OXIDE~ORAL; TABLET~001345251~~
FERROUS OXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001345251~~
FERROUS OXIDE~ORAL; TABLET, SUSTAINED ACTION~001345251~~
FILM COATING SOLUTION, AQUEOUS IM-163~ORAL; TABLET~~20~MG
FILM COATING SOLUTION, AQUEOUS IM-163~ORAL; TABLET, FILM COATED~~6.3~MG
FIRMENICH 51.226/T~ORAL; SYRUP~~~
FLAVOR 18317~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR 57000 IU~ORAL; GRANULE, FOR SUSPENSION~~~
FLAVOR 57000 IU~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR 57820/A~ORAL; POWDER~~~
FLAVOR 57820/A~ORAL; SUSPENSION~~~
FLAVOR 89-186~DENTAL; SOLUTION~~0.08~%
FLAVOR 89-259~DENTAL; PASTE~~~
FLAVOR ANISE 29653~ORAL; SOLUTION~~0.0186~%
FLAVOR APPLE WATERMELON PFC 9887~ORAL; SYRUP~~0.51~%
FLAVOR APRICOT 23067~ORAL; SUSPENSION~~0.0963~%
FLAVOR APRICOT 24829~ORAL; SOLUTION~~0.2~%
FLAVOR APRICOT PEACH~ORAL; SYRUP~~0.3~%

FLAVOR AROMALOK 182608~ORAL; POWDER, FOR SUSPENSION~~0.72~%
FLAVOR AROMALOK 262453~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR BANANA 15223~ORAL; POWDER, FOR ORAL SUSPENSION~~23~%
FLAVOR BANANA 501013 AP0551~ORAL; POWDER, FOR ORAL SUSPENSION~~0.3906~%
FLAVOR BANANA 71507~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR BANANA 74546~ORAL; SUSPENSION~~0.21~%
FLAVOR BANANA DURAROME 860.095 TD09.91~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~10~MG
FLAVOR BANANA FMC 23406~ORAL; SUSPENSION~~~
FLAVOR BANANA SA84~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR BANANA SA84~ORAL; TABLET~~2.5~MG
FLAVOR BBA-47769~ORAL; DROPS~~0.23~%
FLAVOR BERRY CITRUS BLEND 8409~ORAL; CONCENTRATE~~0.8~%
FLAVOR BERRY CITRUS BLEND 8409~ORAL; SOLUTION~~5~%
FLAVOR BERRY CITRUS BLEND 9621~ORAL; SOLUTION~~5.125~%
FLAVOR BERRY CITRUS BLEND 9756~ORAL; SOLUTION~~~
FLAVOR BITTER MASK 9885~ORAL; SOLUTION~~0.5~%
FLAVOR BITTERNESS MODIFIER 15555~ORAL; SOLUTION~~0~%
FLAVOR BITTERNESS MODIFIER 36734~ORAL; SYRUP~~0.1~%
FLAVOR BITTERNESS MODIFIER 367343~ORAL; SYRUP~~0.5~%
FLAVOR BLACK CHERRY 501027 AP0551~ORAL; POWDER, FOR ORAL SUSPENSION~~0.2344~%
FLAVOR BLOOD ORANGE 51.226T~ORAL; SOLUTION, ELIXIR~~~
FLAVOR BLOOD ORANGE SA~ORAL; SYRUP~~0.021~%
FLAVOR BUBBLE GUM 15864~ORAL; SYRUP~~0.1~%
FLAVOR BUBBLE GUM 175303~ORAL; SOLUTION~~0.1234~%
FLAVOR BUBBLE GUM 3266P~ORAL; SYRUP~~0.05~%
FLAVOR BUBBLE GUM MC-4938~ORAL; SUSPENSION~~0.36~%
FLAVOR BUTTERMINT 24020~ORAL; CONCENTRATE~~~
FLAVOR BUTTERSCOTCH 61005-U~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~12~MG
FLAVOR BUTTERSCOTCH F-1785~ORAL; SYRUP~~35~%
FLAVOR C&K MIXED FRUIT A13688~ORAL; SOLUTION~~2.5~%
FLAVOR CANDIED SUGAR 510155U~ORAL; SYRUP~~0.7223~%
FLAVOR CHERI BERI PCD-5580~ORAL; SYRUP~~5~%
FLAVOR CHERI-BERI PFC-8573~ORAL; POWDER, FOR SUSPENSION~~0.5~%
FLAVOR CHERI-BERI PFC-8580~ORAL; SOLUTION~~0.05~%
FLAVOR CHERI-BERI PFC-8580~ORAL; SYRUP~~5~%
FLAVOR CHERRY 104613~ORAL; SYRUP~~0.0002~%
FLAVOR CHERRY 107026~ORAL; SYRUP~~0.1~%
FLAVOR CHERRY 11539~ORAL; SUSPENSION~~~
FLAVOR CHERRY 11929~ORAL; POWDER, FOR ORAL SUSPENSION~~14~%
FLAVOR CHERRY 1566~ORAL; SOLUTION~~0.15~%
FLAVOR CHERRY 181612~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR CHERRY 213~ORAL; SYRUP~~0.07~%
FLAVOR CHERRY 231494~ORAL; SOLUTION~~~
FLAVOR CHERRY 3321~ORAL; SYRUP~~0.15~%
FLAVOR CHERRY 338614~ORAL; SUSPENSION~~~
FLAVOR CHERRY 349~ORAL; SOLUTION~~1.645~%
FLAVOR CHERRY 349~ORAL; SOLUTION, ELIXIR~~~

FLAVOR CHERRY 349~ORAL; SUSPENSION~~~
FLAVOR CHERRY 500910U~ORAL; SUSPENSION~~0.04~%
FLAVOR CHERRY 57.679/A~ORAL; SUSPENSION~~5~%
FLAVOR CHERRY 590271A~ORAL; SUSPENSION~~0.0061~%
FLAVOR CHERRY 594 S.D.~ORAL; GRANULE, FOR RECONSTITUTION~~7.5~MG
FLAVOR CHERRY 594 S.D.~ORAL; POWDER, FOR SUSPENSION~~0.15~%
FLAVOR CHERRY 594 S.D.~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~5~MG
FLAVOR CHERRY 598384~ORAL; SYRUP~~0.14~%
FLAVOR CHERRY 825.476WC~ORAL; SOLUTION~~0.3~%
FLAVOR CHERRY 842~ORAL; SYRUP~~0.5~%
FLAVOR CHERRY 8513~ORAL; SYRUP~~0.022~%
FLAVOR CHERRY A-22872~ORAL; SUSPENSION~~~
FLAVOR CHERRY BERI PFC-8573~ORAL; GRANULE~~16.7~MG
FLAVOR CHERRY BERRY F-1194~ORAL; SUSPENSION, LIQUID~~0.4~%
FLAVOR CHERRY BLEND 770~ORAL; POWDER, FOR SOLUTION~~~
FLAVOR CHERRY BURGUNDY 11650~ORAL; CONCENTRATE~~~
FLAVOR CHERRY BURGUNDY 11650~ORAL; SOLUTION~~0.3~%
FLAVOR CHERRY BURGUNDY 11650~ORAL; SYRUP~~~
FLAVOR CHERRY CREAM 14850~ORAL; SUSPENSION~~0.0715~%
FLAVOR CHERRY DP300684~ORAL; SYRUP~~0.35~%
FLAVOR CHERRY DURAROME 860.097 TD10.91~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~45~MG
FLAVOR CHERRY E.P.MODIFIED 151~ORAL; CONCENTRATE~~0.1~%
FLAVOR CHERRY EP-3699~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR CHERRY F-232~ORAL; CONCENTRATE~~0.1~%
FLAVOR CHERRY F-232~ORAL; SOLUTION~~1.5~%
FLAVOR CHERRY F-232~ORAL; SUSPENSION~~0.1~%
FLAVOR CHERRY FI-8568~ORAL; TABLET, ORALLY DISINTEGRATING~~1.63~MG
FLAVOR CHERRY FMC 22872~ORAL; CONCENTRATE~~~
FLAVOR CHERRY FMC 22872~ORAL; SUSPENSION~~~
FLAVOR CHERRY FMC 8513~ORAL; SOLUTION~~0.05~%
FLAVOR CHERRY FMC 8513~ORAL; SYRUP~~0.08~%
FLAVOR CHERRY FONA 825.662~ORAL; SUSPENSION, LIQUID~~0.205~%
FLAVOR CHERRY H&R PHARMA 004~ORAL; SUSPENSION~~~
FLAVOR CHERRY IFF 13530912~ORAL; SOLUTION, ELIXIR~~0.005~%
FLAVOR CHERRY L-1233~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR CHERRY MARASCHINO S-3531~ORAL; SUSPENSION~~~
FLAVOR CHERRY MINT 5073A~ORAL; SOLUTION~~0.5~%
FLAVOR CHERRY N-2755~ORAL; SYRUP~~~
FLAVOR CHERRY NV-1489~ORAL; TABLET~~9~MG
FLAVOR CHERRY PFC-9768~ORAL; CONCENTRATE~~0.7~%
FLAVOR CHERRY PFC-9768~ORAL; SOLUTION~~2~%
FLAVOR CHERRY PFC-9768~ORAL; SYRUP~~2~%
FLAVOR CHERRY PISTACHIO PFC-8450~ORAL; CONCENTRATE~~0.9~%
FLAVOR CHERRY R-6556~ORAL; POWDER, FOR SUSPENSION~~0.05~%
FLAVOR CHERRY VANILLA COMPOUND A77487~ORAL; SYRUP~~0.1057~%
FLAVOR CHERRY WIXON 3566~ORAL; SYRUP~~1~%
FLAVOR CHERRY WL-1093~ORAL; SYRUP~~0.08~%
FLAVOR CHERRY WL-18022~ORAL; POWDER, FOR SUSPENSION~~~

FLAVOR CHERRY WL-4658~ORAL; SOLUTION~~0.65~%
FLAVOR CHERRY-ANISE PFC-9758~ORAL; SYRUP~~0.5313~%
FLAVOR CHLOROFORM 103589~ORAL; SYRUP~~~
FLAVOR CHOCOLATE P727~ORAL; SOLUTION~~~
FLAVOR COCONUT 41~ORAL; SUSPENSION~~~
FLAVOR COCONUT F-3893~ORAL; SUSPENSION~~~
FLAVOR COCONUT TOASTED 1323PG~ORAL; SOLUTION~~0.06~%
FLAVOR COLA FMC 15740~ORAL; SOLUTION, ELIXIR~~1.5~%
FLAVOR COLA FMC 15740~ORAL; SYRUP~~~
FLAVOR COTTON CANDY 30-92-0011~ORAL; SOLUTION~~1.02~%
FLAVOR COTTON CANDY F-9967~ORAL; SOLUTION~~0.7~%
FLAVOR COUGH SYRUP 110257~ORAL; SOLUTION~~0.1~%
FLAVOR COUGH SYRUP 134681~ORAL; SYRUP~~0.6~%
FLAVOR COUGH SYRUP 819~ORAL; SYRUP~~0.15~%
FLAVOR CREAM EP-17688~ORAL; POWDER, FOR SUSPENSION~~0.08~%
FLAVOR CREAM SODA~ORAL; CONCENTRATE~~~
FLAVOR CREAMY VANILLA 16345~ORAL; SOLUTION~~0.2~%
FLAVOR CREME 46971~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~2.5~MG
FLAVOR CREME DE MENTHE 14677~ORAL; SOLUTION~~0.3~%
FLAVOR CREME DE MENTHE 14677~ORAL; SUSPENSION~~0.0003~%
FLAVOR CREME DE VANILLA 28156~ORAL; DROPS~~0.16~%
FLAVOR CREME DE VANILLA 28156~ORAL; POWDER, FOR SUSPENSION~~0.002~%
FLAVOR CREME DE VANILLA 28156~ORAL; SUSPENSION~~~
FLAVOR CURACAO 50.397A~ORAL; SOLUTION, ELIXIR~~~
FLAVOR CUSTARD 52.940/A FIR~ORAL; SOLUTION~~~
FLAVOR DF-119~DENTAL; PASTE~~~
FLAVOR DF-1530~DENTAL; GEL~~0.77~%
FLAVOR E-472~ORAL; CONCENTRATE~~0.4~%
FLAVOR ENHANCER~DENTAL; PASTE~~~
FLAVOR F-5397A~ORAL; CONCENTRATE~~8~%
FLAVOR F-9843~ORAL; SUSPENSION~~0.05~%
FLAVOR FELTON 6-R-9~ORAL; SYRUP~~0.15~%
FLAVOR FIG 827118~ORAL; SOLUTION~~~
FLAVOR FIG 827118~RECTAL; SOLUTION~~~
FLAVOR FRITZSCHE 21028-D~ORAL; SYRUP~~~
FLAVOR FRITZSCHE 46215~ORAL; SYRUP~~0~%
FLAVOR FRITZSCHE 73959~ORAL; SYRUP~~0.5~%
FLAVOR FRITZSCHE 75021~ORAL; SYRUP~~~
FLAVOR FRITZSCHE 78087~ORAL; SYRUP~~0.1~%
FLAVOR FRUIT 01-10428~ORAL; CONCENTRATE~~0.025~%
FLAVOR FRUIT 84.6422~BUCCAL; GUM, CHEWING~~11~MG
FLAVOR FRUIT GUM 912~ORAL; GRANULE, FOR RECONSTITUTION~~20~MG
FLAVOR FRUIT GUM 912~ORAL; POWDER, FOR ORAL SUSPENSION~~0.36~%
FLAVOR FRUIT GUM 912~ORAL; POWDER, FOR SUSPENSION~~0.4~%
FLAVOR FRUIT GUM 912~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~25~MG
FLAVOR FRUIT MINT 75588~ORAL; SUSPENSION~~~
FLAVOR FRUIT PUNCH #28140~ORAL; SUSPENSION~~0.75~%
FLAVOR FRUIT PUNCH #716~ORAL; SOLUTION, ELIXIR~~~

FLAVOR FRUIT PUNCH #716~ORAL; SYRUP~~~
FLAVOR FRUIT PUNCH 14761FM~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR FRUIT TAK 20008~ORAL; CONCENTRATE~~0.1~%
FLAVOR GRAPE 054158~ORAL; TABLET, ORALLY DISINTEGRATING~~11.4~MG
FLAVOR GRAPE 13403873~ORAL; SUSPENSION~~~
FLAVOR GRAPE 486939~ORAL; TABLET, FILM COATED~~1.35~MG
FLAVOR GRAPE 501040A~ORAL; SOLUTION~~0.03~%
FLAVOR GRAPE 59.145/APO5.51~ORAL; POWDER, FOR SUSPENSION~~0.1~%
FLAVOR GRAPE 59.145/APO5.51~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~1.25~MG
FLAVOR GRAPE 59.266/APO5.51~ORAL; POWDER, FOR SUSPENSION~~0.1~%
FLAVOR GRAPE 6175~ORAL; SUSPENSION~~0.2~%
FLAVOR GRAPE FIRMENICH 587.444~ORAL; SUSPENSION, LIQUID~~0.37~%
FLAVOR GRAPE FIRMENICH 597.303/C~ORAL; SUSPENSION, LIQUID~~0.133~%
FLAVOR GRAPE GIVAUDAN 433160~ORAL; SUSPENSION, LIQUID~~0.37~%
FLAVOR GRAPE IFF 13549478~ORAL; SUSPENSION, SUSTAINED ACTION~~~
FLAVOR GRAPE MANHEIMER 522463~ORAL; SUSPENSION~~0.5~%
FLAVOR GRAPE MICRON ZD-3876~ORAL; POWDER, FOR SOLUTION~~0.3~%
FLAVOR GRAPE NECTOR PFC-8599~ORAL; SYRUP~~0.2~%
FLAVOR GRAPE PFC-9711~ORAL; SYRUP~~0.0015~%
FLAVOR GRAPE PFC-9924~ORAL; SOLUTION~~0.4~%
FLAVOR GUARANA FMC-15417~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR GUARANA FMC-15417~ORAL; SUSPENSION~~0.756~%
FLAVOR HAVERSTROO ZD 49284~BUCCAL; GUM, CHEWING~~11~MG
FLAVOR IFF FP 69 F~ORAL; SOLUTION, ELIXIR~~~
FLAVOR KIWI S-718~ORAL; POWDER~~0.63~%
FLAVOR LEMON 812~ORAL; SUSPENSION~~0.176~%
FLAVOR LEMON 812~ORAL; SYRUP~~~
FLAVOR LEMON FMC-10471~ORAL; SYRUP~~0.5~%
FLAVOR LEMON GIVAUDAN 74940-74~ORAL; SUSPENSION, LIQUID~~9~%
FLAVOR LEMON MINT 862.547~ORAL; SOLUTION~~0.12~%
FLAVOR LEMON MINT FRITZSCHE 54369~ORAL; SYRUP~~0.1~%
FLAVOR LEMON SPRAY V3938-1N1~ORAL; POWDER, FOR ORAL SOLUTION~~0.34~GM
FLAVOR MAGNASWEET 110~ORAL; SOLUTION~~2.95~%
FLAVOR MANDARIN 15228-71~ORAL; GRANULE, FOR SUSPENSION~~70~MG
FLAVOR MAQUE TREE 377(BUSH)~ORAL; SUSPENSION~~~
FLAVOR MASK RBT-NV-7759~ORAL; POWDER, FOR SUSPENSION~~0.224~%
FLAVOR MASKING 35321~ORAL; SYRUP~~~
FLAVOR MCP LEMON DURAMONE 4409A~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~44~MG
FLAVOR MCP LIME DURAMONE 6419~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~2~MG
FLAVOR MENTHOL MINT PFC-9926~ORAL; TROCHE~~1.2~MG
FLAVOR MENTHOL VERALOCK~BUCCAL; GUM, CHEWING~~3.84~MG
FLAVOR MINT SN027513~ORAL; TABLET~~1.5~MG
FLAVOR MINT SN027513~ORAL; TABLET, ORALLY DISINTEGRATING~~9.31~MG
FLAVOR MIXED FRUIT PFC-9970~ORAL; SYRUP~~0.235~%
FLAVOR NNS DZ-03226~NASAL; SPRAY, METERED~008013909~1~%
FLAVOR ORANGE #7679~ORAL; SOLUTION~~0.4~%
FLAVOR ORANGE #7679~ORAL; SYRUP~~1.25~%

FLAVOR ORANGE 13334~ORAL; SOLUTION~~0~%
FLAVOR ORANGE 249792~ORAL; POWDER, FOR RECONSTITUTION~~0.3~%
FLAVOR ORANGE 57.458/AP05.51~ORAL; POWDER, FOR ORAL SUSPENSION~~6~%
FLAVOR ORANGE 607217~ORAL; SYRUP~~0.5~%
FLAVOR ORANGE 739K (PB82)~ORAL; POWDER, FOR RECONSTITUTION~~0.625~%
FLAVOR ORANGE 74016-71~ORAL; GRANULE, FOR SUSPENSION~~70~MG
FLAVOR ORANGE 9/79J839~ORAL; POWDER, FOR RECONSTITUTION~~0.225~%
FLAVOR ORANGE BANANA WL-18093~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR ORANGE G-10431~ORAL; SUSPENSION~~~
FLAVOR ORANGE GIVAUDAN 74388-74~ORAL; SUSPENSION, LIQUID~~0.02~%
FLAVOR ORANGE P-5614~ORAL; SUSPENSION~~~
FLAVOR ORANGE PFW-730016U~ORAL; SUSPENSION, SUSTAINED ACTION~~1.5~%
FLAVOR ORANGE WONF 608352~ORAL; SOLUTION~~0.01~%
FLAVOR ORBIT SERENE 20340~ORAL; SOLUTION~~~
FLAVOR PEACH 10457~ORAL; SOLUTION~~0.06~%
FLAVOR PEACH 13503584~ORAL; SOLUTION~~0~%
FLAVOR PEACH 13503584~ORAL; SYRUP~~0.308~%
FLAVOR PEACH 302789~ORAL; SOLUTION~~0.12~%
FLAVOR PEACH 57695~ORAL; POWDER, FOR ORAL SUSPENSION~~3~%
FLAVOR PEACH MINT FRITZSCHE 106109~ORAL; SYRUP~~0.1~%
FLAVOR PEACH PINEAPPLE FMC 14258~ORAL; SOLUTION~~0.0003~%
FLAVOR PEACH PINEAPPLE FMC 14258~ORAL; SUSPENSION~~0.0003~%
FLAVOR PEPPERMINT 104~ORAL; SOLUTION~~0.05~%
FLAVOR PEPPERMINT 517~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR PEPPERMINT 894.143~ORAL; SOLUTION~~0.03~%
FLAVOR PEPPERMINT F94249~ORAL; POWDER, FOR ORAL SUSPENSION~~1.1~%
FLAVOR PEPPERMINT K373~ORAL; SUSPENSION~~~
FLAVOR PEPPERMINT PFC 9927~ORAL; SOLUTION~~0.07~%
FLAVOR PEPPERMINT SEELOCK 34907~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~11~MG
FLAVOR PEPPERMINT STICK FMC 16170~DENTAL; SOLUTION~~4.5~%
FLAVOR PEPPERMINT STICK FMC 16170~ORAL; CONCENTRATE~~~
FLAVOR PEPPERMINT WL-6167~ORAL; TABLET~~5~MG
FLAVOR PEPPERMINT, NATURAL SPRAYLENE~ORAL; TABLET~~4~MG
FLAVOR PERLAROM STRAWBERRY~ORAL; POWDER, FOR ORAL SUSPENSION~~1.2~%
FLAVOR PHARMACEUTICAL 182608~ORAL; POWDER, FOR SUSPENSION~~0.72~%
FLAVOR PHARMASWEET~ORAL; TABLET, FILM COATED~~0.225~MG
FLAVOR PHARMASWEET 10772900~ORAL; SYRUP~~0.2~%
FLAVOR PINEAPPLE 182661~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR PINEAPPLE N-2566~ORAL; SUSPENSION~~~
FLAVOR PINEAPPLE N-2766~ORAL; SYRUP~~1~%
FLAVOR PINEAPPLE-COCONUT~ORAL; SUSPENSION~~~
FLAVOR PROSWEET 694~ORAL; POWDER, FOR SUSPENSION~~0.5~%
FLAVOR PUNCH 610962U~ORAL; POWDER, FOR SOLUTION~~~
FLAVOR PUNCH WL-7126~ORAL; SUSPENSION~~0.3~%
FLAVOR RASPBERRY 1840~ORAL; SOLUTION, ELIXIR~~0.125~%
FLAVOR RASPBERRY 21028D~ORAL; SOLUTION~~0.044~%
FLAVOR RASPBERRY 21028D~ORAL; SYRUP~~0.5~%
FLAVOR RASPBERRY 262085~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR RASPBERRY 28106~ORAL; DROPS~~0.5~%

FLAVOR RASPBERRY 28106~ORAL; SUSPENSION~~~
FLAVOR RASPBERRY 50776~ORAL; SYRUP~~0.05~%
FLAVOR RASPBERRY 65934~ORAL; SOLUTION~~0.075~%
FLAVOR RASPBERRY 8456~ORAL; SYRUP~~0.336~%
FLAVOR RASPBERRY 954~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~5~MG
FLAVOR RASPBERRY 954K (BK77)~ORAL; POWDER, FOR RECONSTITUTION~~1.25~%
FLAVOR RASPBERRY 998~ORAL; SOLUTION~~0.75~%
FLAVOR RASPBERRY 998~ORAL; SYRUP~~1~%
FLAVOR RASPBERRY A11693~ORAL; SYRUP~~0.075~%
FLAVOR RASPBERRY AROME PFC-9908~ORAL; SYRUP~~0.5~%
FLAVOR RASPBERRY D9599~ORAL; SUSPENSION~~0.2~%
FLAVOR RASPBERRY DY-04447~ORAL; POWDER, FOR RECONSTITUTION~~0.45~%
FLAVOR RASPBERRY F-1784~ORAL; SOLUTION~~1~%
FLAVOR RASPBERRY F-1784~ORAL; SYRUP~~7~%
FLAVOR RASPBERRY F-1840~ORAL; SOLUTION~~0.25~%
FLAVOR RASPBERRY F-1840~ORAL; SYRUP~~0.6~%
FLAVOR RASPBERRY F-6887-S~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR RASPBERRY PFC-8407~ORAL; CONCENTRATE~~~
FLAVOR RASPBERRY PFC-8407~ORAL; SOLUTION, ELIXIR~~0.025~%
FLAVOR RASPBERRY POLAK 5000064~ORAL; SOLUTION~~0.0001~%
FLAVOR REFRACHESSMENT FD-8027D~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR RHODIA PHARMACEUTICAL #RF 451~TOPICAL; SOLUTION~~~
FLAVOR ROOT BEER 180339~ORAL; POWDER, FOR SUSPENSION~~0.042~%
FLAVOR STRAWBERRY 052311 AP0551~ORAL; FOR SUSPENSION~~25~MG
FLAVOR STRAWBERRY 133.5655~ORAL; GRANULE~~~
FLAVOR STRAWBERRY 14953~ORAL; SOLUTION~~0.3~%
FLAVOR STRAWBERRY 17C56217~ORAL; SOLUTION~~0.3~%
FLAVOR STRAWBERRY 17C56217~ORAL; TABLET, ORALLY DISINTEGRATING~~0.25~MG
FLAVOR STRAWBERRY 52.311AP~ORAL; POWDER, FOR RECONSTITUTION~~0.2~%
FLAVOR STRAWBERRY 52.311AP~ORAL; POWDER, FOR SUSPENSION~~0.5~%
FLAVOR STRAWBERRY 5210(FD&D)~ORAL; SYRUP~~0.078~%
FLAVOR STRAWBERRY 52312/AP~ORAL; POWDER, FOR SUSPENSION~~0.3~%
FLAVOR STRAWBERRY 523121A~ORAL; SUSPENSION~~4.2~%
FLAVOR STRAWBERRY 55058~ORAL; CONCENTRATE~~0.1~%
FLAVOR STRAWBERRY 55058~ORAL; SYRUP~~0.1~%
FLAVOR STRAWBERRY 5951~ORAL; DROPS~~0.2~%
FLAVOR STRAWBERRY 5951~ORAL; SUSPENSION~~~
FLAVOR STRAWBERRY 9843~ORAL; SYRUP~~0.1~%
FLAVOR STRAWBERRY DY-04359~ORAL; POWDER, FOR SUSPENSION~~0.12~%
FLAVOR STRAWBERRY F-5665~ORAL; CONCENTRATE~~~
FLAVOR STRAWBERRY F-5930-A~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR STRAWBERRY GUARANA 586.997/APO5.51~ORAL; POWDER, FOR RECONSTITUTION~~0.2~%
FLAVOR STRAWBERRY GUARANA 586.997/APO5.51~ORAL; POWDER, FOR SUSPENSION~~0.4~%
FLAVOR STRAWBERRY GUARANA 586.997/APO5.51~ORAL; TABLET~~20~MG
FLAVOR STRAWBERRY GUARANA 586.997/APO5.51~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~14.415~MG
FLAVOR STRAWBERRY MICROSEAL~ORAL; POWDER, FOR SUSPENSION~~0.08~%

FLAVOR STRAWBERRY PFC-9626~ORAL; SYRUP~~1.5795~%
FLAVOR STRAWBERRY TRUSIL WINDSOR 2373031~ORAL; SUSPENSION, SUSTAINED ACTION~~2.21~%
FLAVOR STRAWBERRY WL-16650~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR SWEET 24052~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~2.7~MG
FLAVOR SWEET 604978~ORAL; TABLET, FILM COATED~~0.45~MG
FLAVOR SWEET TONE 28837~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR SWEET TONE 28837~ORAL; SOLUTION~~0.05~%
FLAVOR SWEET-AM 918.005~ORAL; GRANULE, FOR SUSPENSION~~30~MG
FLAVOR SWEET-AM 918.005~ORAL; SOLUTION~~0.04~%
FLAVOR SWEETNESS ENHANCER 5401B~ORAL; SYRUP~~0.3~%
FLAVOR TANGERINE FRITZSCHE 51465~ORAL; SYRUP~~0.05~%
FLAVOR TETRAROME~ORAL; SUSPENSION~~0.01~%
FLAVOR TM 313298~ORAL; SUSPENSION~~0.075~%
FLAVOR TPF 135~ORAL; SUSPENSION~~0.007~%
FLAVOR TPF 143~ORAL; SUSPENSION~~0.13~%
FLAVOR TROPICAL FRUIT PUNCH 1591~ORAL; SOLUTION~~0.8~%
FLAVOR TROPICAL FRUIT PUNCH N&A 50432~ORAL; SOLUTION~~18.2~%
FLAVOR TROPICAL FRUIT PUNCH N&A 50432~ORAL; SYRUP~~0.52~%
FLAVOR TUTTI FRUTTI 0002028~ORAL; SUSPENSION~~0.35~%
FLAVOR TUTTI FRUTTI 24093FM~ORAL; POWDER, FOR SUSPENSION~~~
FLAVOR TUTTI FRUTTI 501.103/A~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~1.26~MG
FLAVOR TUTTI FRUTTI 51.880/AP05.51~ORAL; POWDER, FOR SUSPENSION~~2.04~%
FLAVOR TUTTI FRUTTI 51.880/AP05.51~ORAL; SUSPENSION~~0.05~%
FLAVOR TUTTI FRUTTI 51.880/AP05.51~ORAL; TABLET~~10~MG
FLAVOR TUTTI FRUTTI P-5400~ORAL; SUSPENSION~~~
FLAVOR TUTTI FRUTTI PERMASEAL 77919-31~ORAL; POWDER, FOR SOLUTION~~0.015~%
FLAVOR TUTTI FRUTTI WL-18481~ORAL; POWDER, FOR SUSPENSION~~0.6~%
FLAVOR VANILLA 323453~ORAL; SOLUTION~~0.156~%
FLAVOR VANILLA 33869~ORAL; SOLUTION~~1.27~%
FLAVOR VANILLA 501441 AP2004~ORAL; POWDER, FOR ORAL SUSPENSION~~0.547~%
FLAVOR VANILLA BECK C7984~ORAL; SYRUP~~0.6~%
FLAVOR VANILLA F-6257~ORAL; SOLUTION~~0.6~%
FLAVOR VANILLA F-6257~ORAL; SYRUP~~~
FLAVOR VANILLA P-1160~ORAL; SUSPENSION~~~
FLAVOR VANILLA PFC-8541~ORAL; CONCENTRATE~~0.01~%
FLAVOR VANILLA PFC-9772~ORAL; CONCENTRATE~~1~%
FLAVOR VERALOCK BUBBLE GUM~ORAL; POWDER, FOR SUSPENSION~~0.167~%
FLAVOR WILD CHERRY 29653~ORAL; SOLUTION~~0.04~%
FLAVOR WILD CHERRY 695047U~ORAL; CONCENTRATE~~1~%
FLAVOR WILD CHERRY 695047U~ORAL; POWDER, FOR SOLUTION~~~
FLAVOR WILD CHERRY GIVAUDAN F-1813~ORAL; POWDER, FOR SOLUTION~~3.704~%
FLAVOR WILD CHERRY GIVAUDAN F-1813~ORAL; POWDER, FOR SUSPENSION~~6.82~%
FLAVOR WILD CHERRY K-321~ORAL; SUSPENSION~~~
FLAVOR WILD CHERRY NV-101-1489~ORAL; POWDER, FOR SUSPENSION~~0.05~%
FLAVOR WILD CHERRY PFC-14783~ORAL; SUSPENSION~~0.037~%
FLAVOR WILD CHERRY PFC-14783~ORAL; SYRUP~~0.4~%
FLAVOR WILD CHERRY WL-1093 FLORASYNTH~ORAL; SYRUP~~0.25~%

DTX-2583

FLAVOR WINTERGREEN PFC-8421~ORAL; SOLUTION~~0.0001~%
FLAVOR YELLOW PLUM LEMON 39K 020~ORAL; SUSPENSION~~0.05~%
FLORASYNTH~ORAL; SOLUTION~~0.5~%
FLOUR~ORAL; TABLET~~1.16~MG
FLOUR~ORAL; TABLET, COATED~~11.25~MG
FLOUR~ORAL; TABLET, SUSTAINED ACTION~~~
FLUORESCEIN~ORAL; CAPSULE~2321075~0.0068~MG
FLUOROCHLOROHYDROCARBONS~INHALATION; AEROSOL, METERED~~~
FLUOROCHLOROHYDROCARBONS~INHALATION; AEROSOL, SPRAY~~~
FORMALDEHYDE~TOPICAL; EMULSION, CREAM~000050000~0.27~%
FORMALDEHYDE~TOPICAL; SOLUTION~000050000~0.2~%
FORMALDEHYDE SOLUTION~TOPICAL; EMULSION, CREAM~008006073~0.27~%
FRAGRANCE 3949-5~TOPICAL; SHAMPOO, SUSPENSION~~0.4~%
FRAGRANCE 520A~TOPICAL; SHAMPOO, SUSPENSION~~~
FRAGRANCE 6.007~TOPICAL; LOTION~~0.2~%
FRAGRANCE 91-122~TOPICAL; SHAMPOO, SUSPENSION~~3~%
FRAGRANCE 9128-Y~TOPICAL; EMULSION, CREAM~~0.07~%
FRAGRANCE 93498G~TOPICAL; LOTION~~0.0069~%
FRAGRANCE BALSAM PINE #5124~TOPICAL; OIL~~~
FRAGRANCE BOUQUET 10328~TOPICAL; EMULSION, CREAM~~~
FRAGRANCE CHEMODERM 6401-B~TOPICAL; CREAM, AUGMENTED~~0.25~%
FRAGRANCE CHEMODERM 6411~TOPICAL; EMULSION, CREAM~~0.1~%
FRAGRANCE CREAM #73457~TOPICAL; OIL~~~
FRAGRANCE CS-28197~TOPICAL; EMULSION, CREAM~~0.1~%
FRAGRANCE FELTON 066M~TOPICAL; SOLUTION~~0.12~%
FRAGRANCE FIRMENICH 47373~TOPICAL; SOLUTION~~0.1~%
FRAGRANCE GIVAUDAN ESS 9090/1C~TOPICAL; SOLUTION~~0.101~%
FRAGRANCE GIVAUDAN ESS 9090/1C~TOPICAL; SPONGE~~1.01~MG
FRAGRANCE H-6540~TOPICAL; LOTION~~~
FRAGRANCE HERBAL 10396~TOPICAL; SHAMPOO~~0.3~%
FRAGRANCE NJ-1085~TOPICAL; LOTION~~0.1~%
FRAGRANCE P O FL-147~TOPICAL; AEROSOL~~0.274~%
FRAGRANCE P O FL-147~TOPICAL; AEROSOL, METERED~~0.1~%
FRAGRANCE P O FL-147~TOPICAL; EMULSION~~0.274~%
FRAGRANCE P O FL-147~TOPICAL; SOLUTION~~0.13~%
FRAGRANCE PA 52805~TOPICAL; SOLUTION~~5~%
FRAGRANCE PA 52805~TOPICAL; SWAB~~50~MG
FRAGRANCE PERA DERM D~TOPICAL; LOTION~~0.12~%
FRAGRANCE PERA DERM D~TOPICAL; SOLUTION~~0.0217~%
FRAGRANCE PERA DERM D~TOPICAL; SWAB~~~
FRAGRANCE RBD-9819~TOPICAL; EMULSION, AEROSOL FOAM~~0.1~%
FRAGRANCE RBD-9819~TOPICAL; EMULSION, CREAM~~0.125~%
FRAGRANCE RBD-9819~TOPICAL; LOTION~~0.084~%
FRAGRANCE RBD-9819~TOPICAL; SOLUTION~~0.025~%
FRAGRANCE SHAW MUDGE U-7776~TOPICAL; SOLUTION~~0.01~%
FRAGRANCE TF 044078~TOPICAL; SOLUTION~~0.5~%
FRAGRANCE UNGERER HONEYSUCKLE K 2771~TOPICAL; SHAMPOO~~1~%
FRAGRANCE UNGERER N5195~TOPICAL; LOTION~~8.1~%
FRUCTOSE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION,
LYOPHILIZED~007660255~5~%

FRUCTOSE~ORAL; BAR, CHEWABLE~007660255~438~MG
FRUCTOSE~ORAL; POWDER, FOR SOLUTION~007660255~~
FRUCTOSE~ORAL; POWDER, FOR SUSPENSION~007660255~~
FRUCTOSE~ORAL; SOLUTION~007660255~35~%
FRUCTOSE~ORAL; SUSPENSION~007660255~2~%
FRUCTOSE~ORAL; SUSPENSION, SUSTAINED ACTION~007660255~~
FRUCTOSE~ORAL; SYRUP~007660255~~
FRUCTOSE~RECTAL; SOLUTION~007660255~0.6667~%
FUMARIC ACID~ORAL; CAPSULE, SUSTAINED ACTION~000110178~150~MG
FUMARIC ACID~ORAL; SUSPENSION~000110178~0.5~%
FUMARIC ACID~ORAL; SYRUP~000110178~0.075~%
FUMARIC ACID~ORAL; TABLET~000110178~26~MG
FUMARIC ACID~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000110178~10~MG
FUMARIC ACID~ORAL; TABLET, EXTENDED RELEASE~000110178~10~MG
FUMARIC ACID~ORAL; TABLET, SUSTAINED ACTION~000110178~55.56~MG
FUSED SODIUM ASH~OPHTHALMIC; SOLUTION, DROPS~~0.005~%
GADOLINIUM OXIDE~INTRAVENOUS; INJECTION~~~
GALACTOSE~ORAL; POWDER, FOR SOLUTION~003646739~~
GALACTOSE~ORAL; SOLUTION~003646739~14.7~%
GALACTOSE~ORAL; TABLET~003646739~0.665~MG
GALACTOSE~RECTAL; SOLUTION~003646739~14.6667~%
GAMMA-CYCLODEXTRIN~INTRAVENOUS; INJECTION~~5~%
GELATIN~DENTAL; PASTE~009000708~180~MG
GELATIN~IM - IV - SC; POWDER, FOR INJECTION SOLUTION~009000708~1.4~%
GELATIN~IM - SC; INJECTION~009000708~16~%
GELATIN~IM - SC; INJECTION, SUSTAINED ACTION~009000708~16~%
GELATIN~INTRAMUSCULAR; INJECTION~009000708~0.26~%
GELATIN~INTRAMUSCULAR; INJECTION, MICROSPHERES~009000708~0.13~%
GELATIN~INTRAVENOUS; SOLUTION~009000708~3.48~%
GELATIN~IV(INFUSION); INJECTION~009000708~2~%
GELATIN~ORAL; BAR, CHEWABLE~009000708~1000~MG
GELATIN~ORAL; CAPSULE~009000708~756~MG
GELATIN~ORAL; CAPSULE (IMMED./COMP. RELEASE), HARD GELATIN~009000708~~
GELATIN~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~009000708~50~MG
GELATIN~ORAL; CAPSULE, COATED PELLETS~009000708~65~MG
GELATIN~ORAL; CAPSULE, COATED, SOFT GELATIN~009000708~67.71~MG
GELATIN~ORAL; CAPSULE, DELAYED ACTION~009000708~97.012~MG
GELATIN~ORAL; CAPSULE, ENTERIC COATED PELLETS~009000708~60.7595~MG
GELATIN~ORAL; CAPSULE, EXTENDED RELEASE~009000708~76~MG
GELATIN~ORAL; CAPSULE, HARD GELATIN~009000708~50.5~MG
GELATIN~ORAL; CAPSULE, SOFT GELATIN~009000708~733~MG
GELATIN~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~009000708~164~MG
GELATIN~ORAL; CAPSULE, SUSTAINED ACTION~009000708~217.859~MG
GELATIN~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~009000708~107~MG
GELATIN~ORAL; DROPS~009000708~~
GELATIN~ORAL; PASTILLE~009000708~143~MG
GELATIN~ORAL; POWDER, FOR SUSPENSION~009000708~~
GELATIN~ORAL; SOLUTION~009000708~3.48~%

GELATIN~ORAL; SOLUTION, ELIXIR~009000708~~
GELATIN~ORAL; SYRUP~009000708~~
GELATIN~ORAL; TABLET~009000708~45.36~MG
GELATIN~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009000708~11.725~MG
GELATIN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009000708~2~MG
GELATIN~ORAL; TABLET, COATED~009000708~42.12~MG
GELATIN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009000708~15~MG
GELATIN~ORAL; TABLET, DELAYED RELEASE~009000708~~
GELATIN~ORAL; TABLET, FILM COATED~009000708~28.35~MG
GELATIN~ORAL; TABLET, ORALLY DISINTEGRATING~009000708~23.75~MG
GELATIN~ORAL; TABLET, REPEAT ACTION~009000708~1.608~MG
GELATIN~ORAL; TABLET, SUSTAINED ACTION~009000708~40~MG
GELATIN~ORAL; TABLET, SUSTAINED ACTION, COATED~009000708~~
GELATIN~ORAL-21; TABLET~009000708~1~MG
GELATIN~ORAL-28; TABLET~009000708~1~MG
GELATIN~RESPIRATORY (INHALATION); CAPSULE~009000708~~
GELATIN~SUBLINGUAL; TABLET~009000708~1.485~MG
GELATIN~TOPICAL; FILM, CONTROLLED RELEASE~009000708~~
GELATIN~TOPICAL; PASTE~009000708~~
GELATIN~VAGINAL; SUPPOSITORY~009000708~~
GELATIN 200 BLOOM~ORAL; TABLET~~18~MG
GELATIN, CROSSLINKED~DENTAL; TABLET~~3.44~MG
GELFOAM SPONGE~N/A; NOT APPLICABLE~~~
GELFOAM SPONGE~ROUTE NOT GIVEN; DOSAGE FORM NOT GIVEN~~~
GELLAN GUM~OPHTHALMIC; SOLUTION~071010521~0.6~%
GELUCIRE 33/01~ORAL; CAPSULE, SOFT GELATIN~~114~MG
GELUCIRE 44/14~ORAL; CAPSULE, HARD GELATIN~~218~MG
GELUCIRE 50/13~ORAL; CAPSULE~~260~MG
GELVA 737~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
GENTISIC ACID~INTRAVENOUS; INJECTION~000490799~0.056~%
GENTISIC ACID ETHANOLAMIDE~IV(INFUSION); INJECTION~~2~%
GINGER FLUIDEXTRACT~ORAL; SOLUTION, ELIXIR~~1~%
GINGER FLUIDEXTRACT~ORAL; SYRUP~~1~%
GLUCEPTATE SODIUM~INTRAVENOUS; INJECTION~013007857~7.5~%
GLUCEPTATE SODIUM~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~013007857~20~%
GLUCEPTATE SODIUM DIHYDRATE~INTRAVENOUS; INJECTION~~7.5~%
GLUCONOLACTONE~IM - IV; INJECTION~000090802~~
GLUCONOLACTONE~INTRAVENOUS; INJECTION~000090802~~
GLUCONOLACTONE~TOPICAL; AEROSOL, METERED~000090802~0.25~%
GLUCONOLACTONE~TOPICAL; SOLUTION~000090802~0.25~%
GLUCONOLACTONE~TOPICAL; SPONGE~000090802~2500~MG
GLUCOSE, LIQUID~ORAL; CONCENTRATE~008027563~~
GLUCOSE, LIQUID~ORAL; LIQUID~008027563~~
GLUCOSE, LIQUID~ORAL; PASTILLE~008027563~826~MG
GLUCOSE, LIQUID~ORAL; SOLUTION~008027563~49.78~%
GLUCOSE, LIQUID~ORAL; SUSPENSION~008027563~~
GLUCOSE, LIQUID~ORAL; SYRUP~008027563~62~%
GLUCOSE, LIQUID~ORAL; TABLET~008027563~10.37~MG
GLUCOSE, LIQUID~ORAL; TABLET, SUSTAINED ACTION~008027563~2~MG

GLUCOSE, LIQUID~ORAL; TABLET, UNCOATED, TROCHE~008027563~~
GLUCURONIC ACID~INTRAVENOUS; INJECTION~~~
GLUTAMIC ACID HYDROCHLORIDE~ORAL; CAPSULE~000138158~~
GLUTAMIC ACID HYDROCHLORIDE~ORAL; TABLET~000138158~30~MG
GLUTAMIC ACID, DL-~VAGINAL; EMULSION, CREAM~000617652~0.1~%
GLUTATHIONE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~000070188~0.5~%
GLUTEN~ORAL; TABLET~008002800~~
GLYCERIN~AURICULAR (OTIC); SOLUTION~000056815~60~%
GLYCERIN~AURICULAR (OTIC); SOLUTION, DROPS~000056815~63.6373~%
GLYCERIN~AURICULAR (OTIC); SUSPENSION~000056815~0.05~%
GLYCERIN~BUCCAL; GUM, CHEWING~000056815~28.8~MG
GLYCERIN~BUCCAL; PATCH, CONTROLLED RELEASE~000056815~66~MG
GLYCERIN~DENTAL; PASTE~000056815~~
GLYCERIN~DENTAL; SOLUTION~000056815~15~%
GLYCERIN~DENTAL; TABLET~000056815~0.53~MG
GLYCERIN~IM - IV - SC; INJECTION~000056815~15.36~%
GLYCERIN~IM - IV - SC; POWDER, FOR INJECTION SOLUTION~000056815~1.2~%
GLYCERIN~IM - IV; INJECTION~000056815~15~%
GLYCERIN~IM - SC; INJECTION~000056815~1.6~%
GLYCERIN~INHALATION; SOLUTION~000056815~7.3~%
GLYCERIN~INTRADERMAL; INJECTION~000056815~1.6~%
GLYCERIN~INTRAMUSCULAR; INJECTABLE~000056815~1.7814~%
GLYCERIN~INTRAMUSCULAR; INJECTION~000056815~5.9367~%
GLYCERIN~INTRAVENOUS; EMULSION, INJECTION~000056815~2.25~%
GLYCERIN~INTRAVENOUS; INJECTABLE~000056815~2.25~%
GLYCERIN~INTRAVENOUS; INJECTION~000056815~12.62~%
GLYCERIN~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~000056815~168.1~MG
GLYCERIN~IV - SC; INJECTION~000056815~1.2~%
GLYCERIN~IV(INFUSION); EMULSION, INJECTION~000056815~22.5~%
GLYCERIN~IV(INFUSION); INJECTION~000056815~2.5~%
GLYCERIN~NASAL; GEL~000056815~~
GLYCERIN~NASAL; SOLUTION~000056815~2.5~%
GLYCERIN~NASAL; SPRAY, METERED~000056815~0.223~%
GLYCERIN~OPHTHALMIC; EMULSION~000056815~2.2~%
GLYCERIN~OPHTHALMIC; SOLUTION~000056815~3~%
GLYCERIN~OPHTHALMIC; SOLUTION, DROPS~000056815~2.6~%
GLYCERIN~OPHTHALMIC; SUSPENSION~000056815~2.5~%
GLYCERIN~OPHTHALMIC; SUSPENSION, DROPS~000056815~2.5~%
GLYCERIN~ORAL; BAR, CHEWABLE~000056815~48~MG
GLYCERIN~ORAL; CAPSULE~000056815~197.88~MG
GLYCERIN~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~000056815~25~MG
GLYCERIN~ORAL; CAPSULE, COATED, SOFT GELATIN~000056815~31.2~MG
GLYCERIN~ORAL; CAPSULE, HARD GELATIN~000056815~~
GLYCERIN~ORAL; CAPSULE, SOFT GELATIN~000056815~223.8~MG
GLYCERIN~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~000056815~~
GLYCERIN~ORAL; CAPSULE, SUSTAINED ACTION~000056815~132.318~MG
GLYCERIN~ORAL; CONCENTRATE~000056815~75~%
GLYCERIN~ORAL; DROPS~000056815~10~%
GLYCERIN~ORAL; LIQUID~000056815~22~%

GLYCERIN~ORAL; SOLUTION~000056815~75~%
GLYCERIN~ORAL; SOLUTION, CONCENTRATE~000056815~20~%
GLYCERIN~ORAL; SOLUTION, ELIXIR~000056815~62.3~%
GLYCERIN~ORAL; SOLUTION, LIQUID, CONCENTRATE, ORAL~000056815~~
GLYCERIN~ORAL; SOLUTION, SYRUP~000056815~20~%
GLYCERIN~ORAL; SUSPENSION~000056815~79~%
GLYCERIN~ORAL; SUSPENSION, DROPS~000056815~10~%
GLYCERIN~ORAL; SUSPENSION, LIQUID~000056815~10~%
GLYCERIN~ORAL; SYRUP~000056815~77~%
GLYCERIN~ORAL; TABLET~000056815~16~MG
GLYCERIN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000056815~1~MG
GLYCERIN~ORAL; TABLET, FILM COATED~000056815~0.91~MG
GLYCERIN~ORAL; TABLET, SUSTAINED ACTION~000056815~3.45~MG
GLYCERIN~ORAL-21; TABLET, COATED~000056815~0.137~MG
GLYCERIN~ORAL-28; TABLET~000056815~0.28~MG
GLYCERIN~ORAL-28; TABLET, COATED~000056815~0.137~MG
GLYCERIN~PERFUSION, BILIARY; LIQUID~000056815~2.5~%
GLYCERIN~RECTAL; SUPPOSITORY~000056815~128~MG
GLYCERIN~SUBCUTANEOUS; INJECTABLE~000056815~2~%
GLYCERIN~SUBCUTANEOUS; INJECTION~000056815~32.5~%
GLYCERIN~SUBCUTANEOUS; SUSPENSION, INJECTION~000056815~1.6~%
GLYCERIN~TOPICAL; CREAM, AUGMENTED~000056815~4~%
GLYCERIN~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~000056815~2~%
GLYCERIN~TOPICAL; EMULSION, AEROSOL FOAM~000056815~2.11~%
GLYCERIN~TOPICAL; EMULSION, CREAM~000056815~20~%
GLYCERIN~TOPICAL; FILM, CONTROLLED RELEASE~000056815~~
GLYCERIN~TOPICAL; GEL~000056815~20~%
GLYCERIN~TOPICAL; LOTION~000056815~50~%
GLYCERIN~TOPICAL; OINTMENT~000056815~~
GLYCERIN~TOPICAL; PATCH, CONTROLLED RELEASE~000056815~168.1~MG
GLYCERIN~TOPICAL; SOLUTION~000056815~50~%
GLYCERIN~TOPICAL; SPONGE~000056815~~
GLYCERIN~TOPICAL; SUSPENSION~000056815~5~%
GLYCERIN~TRANSDERMAL; FILM, CONTROLLED RELEASE~000056815~306.2~MG
GLYCERIN~TRANSDERMAL; GEL~000056815~25~%
GLYCERIN~VAGINAL; EMULSION, CREAM~000056815~5~%
GLYCERIN~VAGINAL; GEL~000056815~14.51~%
GLYCERIN~VAGINAL; SUPPOSITORY~000056815~227.9~MG
GLYCERIN POLYMER SOLUTION I-137~ORAL; TABLET~~0.5~MG
GLYCERIN POLYMER SOLUTION IM-137~ORAL; TABLET~~~
GLYCEROL ESTER OF HYDROGENATED ROSIN~NASAL; OINTMENT~008050291~~
GLYCERYL BEHENATE~ORAL; CAPSULE~~5.7~MG
GLYCERYL BEHENATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~1.7496~MG
GLYCERYL BEHENATE~ORAL; POWDER, FOR ORAL SUSPENSION~~~
GLYCERYL BEHENATE~ORAL; TABLET~~14~MG
GLYCERYL BEHENATE~ORAL; TABLET, CONTROLLED RELEASE~~15.04~MG
GLYCERYL BEHENATE~ORAL; TABLET, EXTENDED RELEASE~~33~MG
GLYCERYL BEHENATE~ORAL; TABLET, SUSTAINED ACTION~~50.6~MG
GLYCERYL CAPRYLATE~ORAL; CAPSULE, SOFT GELATIN~026402266~400~MG

GLYCERYL CAPRYLATE~ORAL; SOLUTION~026402266~34.91~%
GLYCERYL CAPRYLATE/CAPRATE~ORAL; CAPSULE, SOFT GELATIN~~765~MG
GLYCERYL CITRATE~TOPICAL; EMULSION, CREAM~~0.05~%
GLYCERYL DISTEARATE~ORAL; CAPSULE, SUSTAINED ACTION~001323837~39.2~MG
GLYCERYL ISOSTEARATE~TOPICAL; EMULSION, CREAM~032057140~2~%
GLYCERYL ISOSTEARATE~VAGINAL; EMULSION, CREAM~032057140~2.7~%
GLYCERYL LAURATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~001322889~0.36~MG
GLYCERYL OLEATE~ORAL; CAPSULE~000544763~~
GLYCERYL OLEATE~ORAL; CAPSULE, HARD GELATIN~000544763~~
GLYCERYL OLEATE~ORAL; POWDER, FOR SUSPENSION~000544763~~
GLYCERYL OLEATE~ORAL; TABLET~000544763~0.15~MG
GLYCERYL OLEATE~ORAL; TABLET, COATED~000544763~~
GLYCERYL OLEATE~ORAL-28; TABLET~000544763~0.15~MG
GLYCERYL OLEATE~TOPICAL; CREAM, AUGMENTED~000544763~3.5~%
GLYCERYL OLEATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000544763~18.8~MG
GLYCERYL OLEATE/PROPYLENE GLYCOL~TOPICAL; CREAM, AUGMENTED~~3~%
GLYCERYL OLEATE/PROPYLENE GLYCOL~TOPICAL; EMULSION, CREAM~~3~%
GLYCERYL OLEATE/PROPYLENE GLYCOL~TOPICAL; OINTMENT~~10~%
GLYCERYL PALMITATE~RECTAL; SUPPOSITORY~001330730~~
GLYCERYL PALMITATE~TOPICAL; EMULSION, CREAM~001330730~18~%
GLYCERYL PALMITATE~TOPICAL; LOTION~001330730~~
GLYCERYL PALMITOSTEARATE~ORAL; SUSPENSION~8067321~3~%
GLYCERYL PALMITOSTEARATE~ORAL; TABLET~8067321~18~MG
GLYCERYL RICINOLEATE~TOPICAL; SHAMPOO, SUSPENSION~001323382~2~%
GLYCERYL STEARATE~AURICULAR (OTIC); SUSPENSION~031566311~0.5~%
GLYCERYL STEARATE~DENTAL; PASTE~031566311~64~MG
GLYCERYL STEARATE~OPHTHALMIC; SUSPENSION~031566311~0.5~%
GLYCERYL STEARATE~ORAL; CAPSULE, DELAYED ACTION~031566311~1.896~MG
GLYCERYL STEARATE~ORAL; CAPSULE, SUSTAINED ACTION~031566311~27~MG
GLYCERYL STEARATE~ORAL; TABLET~031566311~6~MG
GLYCERYL STEARATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~031566311~0.253~MG
GLYCERYL STEARATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~031566311~0.005~MG
GLYCERYL STEARATE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~031566311~7.5~MG
GLYCERYL STEARATE~ORAL; TABLET, SUSTAINED ACTION~031566311~154~MG
GLYCERYL STEARATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~031566311~264.3~MG
GLYCERYL STEARATE~RECTAL; SUPPOSITORY~031566311~32.3~MG
GLYCERYL STEARATE~SUBLINGUAL; TABLET~031566311~1.231~MG
GLYCERYL STEARATE~TOPICAL; EMULSION, AEROSOL FOAM~031566311~~
GLYCERYL STEARATE~TOPICAL; EMULSION, CREAM~031566311~20~%
GLYCERYL STEARATE~TOPICAL; LOTION~031566311~11.5~%
GLYCERYL STEARATE~TOPICAL; OINTMENT~031566311~5~%
GLYCERYL STEARATE~VAGINAL; EMULSION, CREAM~031566311~17~%
GLYCERYL STEARATE - LAURETH-23~TOPICAL; EMULSION, CREAM~~0.7~%
GLYCERYL STEARATE SE~TOPICAL; EMULSION, CREAM~~7~%
GLYCERYL STEARATE SE~TOPICAL; LOTION~~0.5~%
GLYCERYL STEARATE SE~TOPICAL; SUSPENSION~~1.25~%

DTX-2583

GLYCERYL STEARATE/PEG STEARATE~ORAL; TABLET~~1.8~MG
GLYCERYL STEARATE/PEG STEARATE~ORAL; TABLET, COATED~~1.8~MG
GLYCERYL STEARATE/PEG STEARATE~RECTAL; SUPPOSITORY~~36.85~MG
GLYCERYL STEARATE/PEG-100 STEARATE~TOPICAL; CREAM, AUGMENTED~~7.08~%
GLYCERYL STEARATE/PEG-100 STEARATE~TOPICAL; EMULSION, CREAM~~7.5~%
GLYCERYL STEARATE/PEG-100 STEARATE~TOPICAL; LOTION~~7.1~%
GLYCERYL STEARATE/PEG-40 STEARATE~RECTAL; SUPPOSITORY~~35~MG
GLYCERYL STEARATE-STEARAMIDOETHYL DIETHYLAMINE~TOPICAL; OINTMENT~~~
GLYCINE~IM - IV - SC; POWDER, FOR INJECTION SOLUTION~000056406~~
GLYCINE~IM - SC; POWDER, FOR INJECTION SOLUTION~000056406~~
GLYCINE~INTRAMUSCULAR; INJECTION~000056406~1.126~%
GLYCINE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000056406~4~%
GLYCINE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000056406~2.76~%
GLYCINE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000056406~~
GLYCINE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000056406~25~%
GLYCINE~INTRAVENOUS; SOLUTION, LIPOSOME, INJECTION~000056406~0.376~%
GLYCINE~IV(INFUSION); INJECTION~000056406~90~%
GLYCINE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000056406~0.376~%
GLYCINE~IV(INFUSION); SOLUTION, INJECTION~000056406~42~%
GLYCINE~ORAL; CAPSULE~000056406~25~MG
GLYCINE~ORAL; CAPSULE, SOFT GELATIN~000056406~3.6~MG
GLYCINE~ORAL; POWDER, FOR ORAL SUSPENSION~000056406~0.1~%
GLYCINE~ORAL; POWDER, FOR SOLUTION~000056406~9.08~%
GLYCINE~ORAL; POWDER, FOR SUSPENSION~000056406~1~%
GLYCINE~ORAL; SOLUTION~000056406~5~%
GLYCINE~ORAL; SUSPENSION~000056406~2~%
GLYCINE~ORAL; SUSPENSION, DROPS~000056406~~
GLYCINE~ORAL; TABLET~000056406~163.31~MG
GLYCINE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000056406~200~MG
GLYCINE~ORAL; TABLET, ORALLY DISINTEGRATING~000056406~12~MG
GLYCINE~RECTAL; SOLUTION~000056406~5~%
GLYCINE~RESPIRATORY (INHALATION); POWDER, FOR INHALATION~000056406~0.013~%
GLYCINE~SUBCUTANEOUS; INJECTABLE~000056406~0.136~%
GLYCINE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~000056406~2.4~%
GLYCINE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000056406~2.76~%
GLYCINE HYDROCHLORIDE~ORAL; TABLET~006000437~6~MG
GLYCOCHOLIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000475310~14~%
GLYCOL DISTEARATE~TOPICAL; SHAMPOO~~1.25~%
GLYCOL STEARATE~TOPICAL; EMULSION, CREAM~000111604~1~%
GLYCOL STEARATE~TOPICAL; SHAMPOO~000111604~3~%
GLYCOL STEARATE~TOPICAL; SHAMPOO, SUSPENSION~000111604~1~%
GLYCYRRHIZIC ACID~ORAL; SYRUP~~0.125~%
GLYCYRRHIZIN, AMMONIATED~ORAL; GRANULE~001407030~~
GLYCYRRHIZIN, AMMONIATED~ORAL; POWDER, FOR SOLUTION~001407030~~
GLYCYRRHIZIN, AMMONIATED~ORAL; SOLUTION~001407030~0.13~%

GLYCYRRHIZIN, AMMONIATED~ORAL; SYRUP~001407030~0.125~%
GLYCYRRHIZIN, AMMONIATED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~001407030~0.5~MG
GREEN STARCH BLEND~ORAL; TABLET~~2~MG
GUANIDINE HYDROCHLORIDE~INTRAVENOUS; INJECTION~000050011~0.25~%
GUAR GUM~BUCCAL/SUBLINGUAL; TABLET~009000300~1.1~MG
GUAR GUM~ORAL; BAR, CHEWABLE~009000300~40~MG
GUAR GUM~ORAL; CAPSULE~009000300~3.3~MG
GUAR GUM~ORAL; FOR SUSPENSION~009000300~10~MG
GUAR GUM~ORAL; POWDER, FOR SUSPENSION~009000300~0.2~%
GUAR GUM~ORAL; SUSPENSION~009000300~0.493~%
GUAR GUM~ORAL; TABLET~009000300~12.9597~MG
GUAR GUM~ORAL; TABLET, FILM COATED~009000300~35.4~MG
GUAR GUM~ORAL; TABLET, SUSTAINED ACTION~009000300~5.04~MG
GUAR GUM~TOPICAL; LOTION~009000300~~
GUAR GUM~VAGINAL; TABLET~009000300~2.76~MG
GUM BASE, CHEWING~BUCCAL; GUM, CHEWING~~729.6~MG
GUM ROSIN~ORAL; TABLET, REPEAT ACTION~008050100~8.987~MG
GUM ROSIN~ORAL; TABLET, SUSTAINED ACTION~008050100~9~MG
GUM, NATURAL~ORAL; TABLET, SUSTAINED ACTION~~~
HAIR CONDITIONER (18N195-1M)~TOPICAL; LOTION~~78.8~%
HERBACOL~TOPICAL; SOLUTION~006365839~~
HERBACOL~TOPICAL; SPONGE~006365839~964~MG
HETASTARCH~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~009005270~7.36~%
HEXANE~ORAL; CAPSULE, SOFT GELATIN~000110543~~
HEXANE~ORAL; TABLET~000110543~~
HEXANE~ORAL; TABLET, COATED~000110543~~
HEXYLENE GLYCOL~TOPICAL; EMULSION, CREAM~000107415~12~%
HEXYLENE GLYCOL~TOPICAL; GEL~000107415~2~%
HEXYLENE GLYCOL~TOPICAL; OINTMENT~000107415~12~%
HEXYLENE GLYCOL~TOPICAL; SOLUTION~000107415~12~%
HIGH FRUCTOSE CORN SYRUP~ORAL; SOLUTION~~16.86~%
HIGH FRUCTOSE CORN SYRUP~ORAL; SUSPENSION, SUSTAINED ACTION~~~
HISTIDINE~INTRAVENOUS; INJECTION, SUSPENSION, LIPOSOMAL~000071001~0.155~%
HISTIDINE~IV(INFUSION); INJECTION~000071001~37.2~%
HISTIDINE~IV(INFUSION); SOLUTION, INJECTION~000071001~8.5~%
HISTIDINE~ORAL; SUSPENSION~000071001~0.5~%
HISTIDINE~SUBCUTANEOUS; SOLUTION, INJECTION~000071001~0.11~%
HYALURONATE SODIUM~TOPICAL; GEL~009067327~2.5~%
HYDROCARBON~RECTAL; AEROSOL, METERED~~5.21~%
HYDROCARBON GEL, PLASTICIZED~DENTAL; PASTE~008049658~~
HYDROCARBON GEL, PLASTICIZED~OPHTHALMIC; OINTMENT~008049658~~
HYDROCARBON GEL, PLASTICIZED~OPHTHALMIC; SUSPENSION~008049658~~
HYDROCARBON GEL, PLASTICIZED~TOPICAL; OINTMENT~008049658~~
HYDROCHLORIC ACID~AN,CNBLK INTRATHECAL; INJECTION~007647010~~
HYDROCHLORIC ACID~AN,INFILTRATION; INJECTION~007647010~0.64~%
HYDROCHLORIC ACID~AN,SYMPATHETIC NBLK; INJECTION~007647010~~
HYDROCHLORIC ACID~AURICULAR (OTIC); SOLUTION~007647010~0.37~%
HYDROCHLORIC ACID~AURICULAR (OTIC); SOLUTION, DROPS~007647010~0.06~%
HYDROCHLORIC ACID~AURICULAR (OTIC); SUSPENSION~007647010~0.044~%

HYDROCHLORIC ACID~CAUDAL BLOCK; INJECTION~007647010~~
HYDROCHLORIC ACID~DENTAL; SOLUTION~007647010~~
HYDROCHLORIC ACID~DIAGNOSTIC; INJECTION~007647010~~
HYDROCHLORIC ACID~EPIDURAL; INJECTION~007647010~~
HYDROCHLORIC ACID~EPIDURAL; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~EXTRACORPOREAL; INJECTION~007647010~~
HYDROCHLORIC ACID~IM - IV - SC; INJECTION~007647010~~
HYDROCHLORIC ACID~IM - IV - SC; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~IM - IV - SC; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~IM - IV - SC; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~IM - IV; INJECTABLE~007647010~~
HYDROCHLORIC ACID~IM - IV; INJECTION~007647010~~
HYDROCHLORIC ACID~IM - IV; INJECTION, SOLUTION~007647010~~
HYDROCHLORIC ACID~IM - IV; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~IM - IV; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~IM - IV; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~IM - SC; INJECTION~007647010~~
HYDROCHLORIC ACID~IM - SC; INJECTION, SUSTAINED ACTION~007647010~~
HYDROCHLORIC ACID~IM - SC; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~INFILTRATION; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~INHALATION; AEROSOL, METERED~007647010~1.72~%
HYDROCHLORIC ACID~INHALATION; SOLUTION~007647010~3.5~%
HYDROCHLORIC ACID~INHALATION; SOLUTION, FOR INHALATION~007647010~~
HYDROCHLORIC ACID~INTERSTITIAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRA-AMNIOTIC; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRA-ARTERIAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRA-ARTERIAL; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRA-ARTERIAL; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~INTRA-ARTICULAR; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRABURSAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRACARDIAC; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRACARDIAC; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~INTRACAVITARY; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~INTRADERMAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRALESIONAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRALESIONAL; INJECTION, SUSTAINED ACTION~007647010~~
HYDROCHLORIC ACID~INTRAMUSCULAR; INJECTABLE~007647010~8~%
HYDROCHLORIC ACID~INTRAMUSCULAR; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~007647010~~
HYDROCHLORIC ACID~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~INTRAMUSCULAR; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~INTRAOCULAR; SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRAPERITONEAL; INJECTION~007647010~~

HYDROCHLORIC ACID~INTRAPERITONEAL; SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRAPLEURAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRASPINAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRASYNOVIAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~007647010~~
HYDROCHLORIC ACID~INTRATHECAL; INJECTABLE~007647010~~
HYDROCHLORIC ACID~INTRATHECAL; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRATHECAL; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRATHECAL; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~INTRATHECAL; SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRATRACHEAL; POWDER, FOR SUSPENSION~007647010~~
HYDROCHLORIC ACID~INTRATRACHEAL; SUSPENSION~007647010~~
HYDROCHLORIC ACID~INTRATUMOR; INJECTABLE~007647010~~
HYDROCHLORIC ACID~INTRATUMOR; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRATUMOR; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRAVASCULAR; INJECTION~007647010~~
HYDROCHLORIC ACID~INTRAVASCULAR; SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRAVENOUS; INJECTABLE~007647010~8~%
HYDROCHLORIC ACID~INTRAVENOUS; INJECTION~007647010~10~%
HYDROCHLORIC ACID~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~007647010~~
HYDROCHLORIC ACID~INTRAVENOUS; INJECTION, SUSPENSION, LIPOSOMAL~007647010~~
HYDROCHLORIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~14.11~%
HYDROCHLORIC ACID~INTRAVENOUS; SOLUTION~007647010~1.825~%
HYDROCHLORIC ACID~INTRAVENOUS; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~INTRAVITREAL; INJECTABLE~007647010~~
HYDROCHLORIC ACID~INTRAVITREAL; INJECTION~007647010~~
HYDROCHLORIC ACID~IONTOPHORESIS; SOLUTION~007647010~~
HYDROCHLORIC ACID~IRRIGATION; SOLUTION~007647010~~
HYDROCHLORIC ACID~IV - SC; INJECTION~007647010~~
HYDROCHLORIC ACID~IV - SC; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~IV(INFUSION); INJECTION~007647010~1.44~%
HYDROCHLORIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~IV(INFUSION); POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~007647010~0.834~%
HYDROCHLORIC ACID~IV(INFUSION); SOLUTION~007647010~~
HYDROCHLORIC ACID~IV(INFUSION); SOLUTION, INJECTION~007647010~12.7~%
HYDROCHLORIC ACID~NASAL; SOLUTION~007647010~24.7~%
HYDROCHLORIC ACID~NASAL; SPRAY~007647010~~
HYDROCHLORIC ACID~NASAL; SPRAY, METERED~007647010~~
HYDROCHLORIC ACID~NERVE BLOCK; INJECTION~007647010~0.64~%
HYDROCHLORIC ACID~NERVE BLOCK; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~OPHTHALMIC; GEL~007647010~~
HYDROCHLORIC ACID~OPHTHALMIC; POWDER, FOR SOLUTION~007647010~~
HYDROCHLORIC ACID~OPHTHALMIC; SOLUTION~007647010~1.06~%

HYDROCHLORIC ACID~OPHTHALMIC; SOLUTION, DROPS~007647010~0.17~%
HYDROCHLORIC ACID~OPHTHALMIC; SOLUTION, IRRIGATION~007647010~~
HYDROCHLORIC ACID~OPHTHALMIC; SUSPENSION~007647010~~
HYDROCHLORIC ACID~OPHTHALMIC; SUSPENSION, DROPS~007647010~~
HYDROCHLORIC ACID~ORAL; CONCENTRATE~007647010~3.1~%
HYDROCHLORIC ACID~ORAL; SOLUTION~007647010~9.51~%
HYDROCHLORIC ACID~ORAL; SUSPENSION~007647010~10~%
HYDROCHLORIC ACID~ORAL; SYRUP~007647010~0.203~%
HYDROCHLORIC ACID~ORAL; TABLET~007647010~~
HYDROCHLORIC ACID~PARENTERAL; INJECTION~007647010~~
HYDROCHLORIC ACID~PERFUSION, CARDIAC; SOLUTION~007647010~~
HYDROCHLORIC ACID~PERIDURAL; INJECTION~007647010~~
HYDROCHLORIC ACID~RECTAL; SOLUTION~007647010~~
HYDROCHLORIC ACID~RESPIRATORY (INHALATION); SOLUTION, FOR INHALATION~007647010~~
HYDROCHLORIC ACID~RETROBULBAR; INJECTION~007647010~~
HYDROCHLORIC ACID~ROUTE NOT GIVEN; DOSAGE FORM NOT GIVEN~007647010~~
HYDROCHLORIC ACID~SOFT TISSUE; INJECTION~007647010~~
HYDROCHLORIC ACID~SOFT TISSUE; INJECTION, SUSTAINED ACTION~007647010~~
HYDROCHLORIC ACID~SPINAL; INJECTION~007647010~~
HYDROCHLORIC ACID~SUBARACHNOID; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~SUBCONJUNCTIVAL; INJECTION~007647010~~
HYDROCHLORIC ACID~SUBCUTANEOUS; INJECTABLE~007647010~~
HYDROCHLORIC ACID~SUBCUTANEOUS; INJECTION~007647010~0.17~%
HYDROCHLORIC ACID~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~007647010~~
HYDROCHLORIC ACID~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647010~~
HYDROCHLORIC ACID~SUBCUTANEOUS; SOLUTION, INJECTION~007647010~~
HYDROCHLORIC ACID~SUBCUTANEOUS; SUSPENSION, INJECTION~007647010~0.22~%
HYDROCHLORIC ACID~TOPICAL; EMULSION~007647010~~
HYDROCHLORIC ACID~TOPICAL; EMULSION, AEROSOL FOAM~007647010~~
HYDROCHLORIC ACID~TOPICAL; EMULSION, CREAM~007647010~0.34~%
HYDROCHLORIC ACID~TOPICAL; GEL~007647010~~
HYDROCHLORIC ACID~TOPICAL; JELLY~007647010~~
HYDROCHLORIC ACID~TOPICAL; LOTION~007647010~~
HYDROCHLORIC ACID~TOPICAL; OINTMENT~007647010~~
HYDROCHLORIC ACID~TOPICAL; SHAMPOO~007647010~4~%
HYDROCHLORIC ACID~TOPICAL; SOLUTION~007647010~1.24~%
HYDROCHLORIC ACID~TOPICAL; SOLUTION, DROPS~007647010~~
HYDROCHLORIC ACID~TOPICAL; SPONGE~007647010~~
HYDROCHLORIC ACID~TOPICAL; SUSPENSION~007647010~~
HYDROCHLORIC ACID~URETERAL; SOLUTION~007647010~~
HYDROCHLORIC ACID~URETHRAL; INJECTION~007647010~~
HYDROCHLORIC ACID~URETHRAL; SOLUTION~007647010~~
HYDROCHLORIC ACID, DILUTED~AN,INFILTRATION; INJECTION~~1.36~%
HYDROCHLORIC ACID, DILUTED~IM - IV - SC; SOLUTION, INJECTION~~~
HYDROCHLORIC ACID, DILUTED~IM - IV; INJECTION~~~
HYDROCHLORIC ACID, DILUTED~INHALATION; SOLUTION~~~
HYDROCHLORIC ACID, DILUTED~INTRA-ARTERIAL; INJECTION~~~
HYDROCHLORIC ACID, DILUTED~INTRAVASCULAR; INJECTION~~~

HYDROCHLORIC ACID, DILUTED~INTRAVENOUS; INJECTION~~~
HYDROCHLORIC ACID, DILUTED~INTRAVENOUS; SOLUTION, INJECTION~~~
HYDROCHLORIC ACID, DILUTED~IV(INFUSION); SOLUTION, INJECTION~~~
HYDROCHLORIC ACID, DILUTED~NERVE BLOCK; INJECTION~~1.36~%
HYDROCHLORIC ACID, DILUTED~OPHTHALMIC; SOLUTION~~~
HYDROCHLORIC ACID, DILUTED~ORAL; CONCENTRATE~~~
HYDROCHLORIC ACID, DILUTED~ORAL; SOLUTION~~2.75~%
HYDROCHLORIC ACID, DILUTED~TOPICAL; SHAMPOO~~2.35~%
HYDROCHLORIC ACID, DILUTED~TOPICAL; SOLUTION~~5.55~%
HYDROCORTISONE~AURICULAR (OTIC); SOLUTION~000050237~5.5007~%
HYDROGEL POLYMER~VAGINAL; INSERT, EXTENDED RELEASE~~236~MG
HYDROGEN PEROXIDE~TOPICAL; SOLUTION~007722841~~
HYDROGEN PEROXIDE~TOPICAL; SPONGE~007722841~~
HYDROGENATED PALM/PALM KERNEL OIL PEG-6 ESTERS~TOPICAL; EMULSION, CREAM~~5~%
HYDROXYETHYL CELLULOSE~AURICULAR (OTIC); SOLUTION~009004620~0.25~%
HYDROXYETHYL CELLULOSE~OPHTHALMIC; SOLUTION~009004620~0.35~%
HYDROXYETHYL CELLULOSE~OPHTHALMIC; SOLUTION, DROPS~009004620~0.5~%
HYDROXYETHYL CELLULOSE~OPHTHALMIC; SUSPENSION~009004620~0.25~%
HYDROXYETHYL CELLULOSE~OPHTHALMIC; SUSPENSION, DROPS~009004620~0.35~%
HYDROXYETHYL CELLULOSE~ORAL; CAPSULE~009004620~2.98~MG
HYDROXYETHYL CELLULOSE~ORAL; SOLUTION~009004620~0.45~%
HYDROXYETHYL CELLULOSE~ORAL; SUSPENSION~009004620~0.1~%
HYDROXYETHYL CELLULOSE~ORAL; SYRUP~009004620~10~%
HYDROXYETHYL CELLULOSE~ORAL; TABLET~009004620~12~MG
HYDROXYETHYL CELLULOSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004620~11.8~MG
HYDROXYETHYL CELLULOSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009004620~45~MG
HYDROXYETHYL CELLULOSE~ORAL; TABLET, SUSTAINED ACTION~009004620~150~MG
HYDROXYETHYL CELLULOSE~ORAL; TABLET, SUSTAINED ACTION, COATED~009004620~140~MG
HYDROXYETHYL CELLULOSE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009004620~47.99~MG
HYDROXYETHYL CELLULOSE~TOPICAL; GEL~009004620~1.25~%
HYDROXYETHYL CELLULOSE~TOPICAL; LOTION~009004620~0.8~%
HYDROXYETHYL CELLULOSE~TOPICAL; SOLUTION~009004620~0.75~%
HYDROXYETHYL CELLULOSE~TOPICAL; SOLUTION, DROPS~009004620~~
HYDROXYETHYL CELLULOSE~TOPICAL; SPONGE~009004620~9.09~MG
HYDROXYETHYL CELLULOSE~TOPICAL; SUSPENSION~009004620~0.2~%
HYDROXYETHYL CELLULOSE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009004620~20~MG
HYDROXYETHYL CELLULOSE 250L~ORAL; TABLET~~2~MG
HYDROXYMETHYL CELLULOSE~ORAL; CAPSULE, SUSTAINED ACTION~~1.6~MG
HYDROXYMETHYL CELLULOSE~ORAL; POWDER, FOR RECONSTITUTION~~7.5~%
HYDROXYMETHYL CELLULOSE~ORAL; TABLET, FILM COATED~~30~MG
HYDROXYMETHYL CELLULOSE~TOPICAL; SOLUTION~~0.909~%
HYDROXYOCTACOSANYL HYDROXYSTEARATE~TOPICAL; CREAM, AUGMENTED~~5~%
HYDROXYPROPYL CELLULOSE~ORAL; CAPSULE~009004642~36~MG
HYDROXYPROPYL CELLULOSE~ORAL; CAPSULE, COATED PELLETS~009004642~3.96~MG
HYDROXYPROPYL CELLULOSE~ORAL; CAPSULE, DELAYED ACTION~009004642~8.88~MG
HYDROXYPROPYL CELLULOSE~ORAL; CAPSULE, ENTERIC COATED

PELLETS~009004642~41.4~MG
HYDROXYPROPYL CELLULOSE~ORAL; CAPSULE, HARD GELATIN~009004642~71.3~MG
HYDROXYPROPYL CELLULOSE~ORAL; CAPSULE, SUSTAINED ACTION~009004642~41.5~MG
HYDROXYPROPYL CELLULOSE~ORAL; GRANULE~009004642~10.4~MG
HYDROXYPROPYL CELLULOSE~ORAL; GRANULE, FOR RECONSTITUTION~009004642~20~MG
HYDROXYPROPYL CELLULOSE~ORAL; GRANULE, FOR SUSPENSION~009004642~31.4~MG
HYDROXYPROPYL CELLULOSE~ORAL; POWDER, FOR ORAL SUSPENSION~009004642~6.7~%
HYDROXYPROPYL CELLULOSE~ORAL; POWDER, FOR SUSPENSION~009004642~0.0004~%
HYDROXYPROPYL CELLULOSE~ORAL; TABLET~009004642~46~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009004642~12~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004642~2.85~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, COATED~009004642~8.36~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009004642~15~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, ENTERIC COATED PARTICLES~009004642~9~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, EXTENDED RELEASE~009004642~6~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, FILM COATED~009004642~131.67~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~009004642~107~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~009004642~10~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, SUSTAINED ACTION~009004642~240~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, SUSTAINED ACTION, COATED~009004642~15~MG
HYDROXYPROPYL CELLULOSE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009004642~187.6~MG
HYDROXYPROPYL CELLULOSE~SUBLINGUAL; TABLET~009004642~1~MG
HYDROXYPROPYL CELLULOSE~TOPICAL; GEL~009004642~4~%
HYDROXYPROPYL CELLULOSE~TOPICAL; LOTION~009004642~0.54~%
HYDROXYPROPYL CELLULOSE~TOPICAL; LOTION, AUGMENTED~009004642~~
HYDROXYPROPYL CELLULOSE~TOPICAL; PATCH~009004642~1.26~MG
HYDROXYPROPYL CELLULOSE~TOPICAL; SOLUTION~009004642~0.6~%
HYDROXYPROPYL CELLULOSE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009004642~19~MG
HYDROXYPROPYL CELLULOSE LF~ORAL; TABLET~~16~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; CAPSULE, ENTERIC COATED PELLETS~~20~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; CAPSULE, HARD GELATIN~~6~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET~~80~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~25~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~19.5~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET, FILM COATED~~40~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~~63~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET, ORALLY

DTX-2583

DISINTEGRATING, DELAYED RELEASE~~40~MG
HYDROXYPROPYL CELLULOSE, LOW SUBSTITUTED~ORAL; TABLET, SUSTAINED ACTION~~11.66~MG
HYDROXYPROPYL ETHYLCELLULOSE 250L~ORAL; TABLET, FILM COATED~~1~MG
HYDROXYPROPYL METHYLCELLULOSE 100~ORAL; SUSPENSION~009004653~5~%
HYDROXYPROPYL METHYLCELLULOSE 100~ORAL; SYRUP~009004653~0.25~%
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; CAPSULE~009004653~80.25~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; CAPSULE, SUSTAINED ACTION~009004653~336~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~009004653~2.771~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; TABLET~009004653~86~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; TABLET, CONTROLLED RELEASE~009004653~105~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; TABLET, EXTENDED RELEASE~009004653~320~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; TABLET, SUSTAINED ACTION~009004653~480~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; TABLET, SUSTAINED ACTION, COATED~009004653~94~MG
HYDROXYPROPYL METHYLCELLULOSE 2208~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009004653~200~MG
HYDROXYPROPYL METHYLCELLULOSE 2906~BUCCAL; TABLET~009004653~2.25~MG
HYDROXYPROPYL METHYLCELLULOSE 2906~OPHTHALMIC; SOLUTION, DROPS~009004653~0.5~%
HYDROXYPROPYL METHYLCELLULOSE 2906~ORAL; CAPSULE~009004653~3.5~MG
HYDROXYPROPYL METHYLCELLULOSE 2906~ORAL; GRANULE, ENTERIC COATED~009004653~33.2~MG
HYDROXYPROPYL METHYLCELLULOSE 2906~ORAL; TABLET~009004653~50~MG
HYDROXYPROPYL METHYLCELLULOSE 2906~ORAL; TABLET, EXTENDED RELEASE~009004653~17~MG
HYDROXYPROPYL METHYLCELLULOSE 2906~ORAL; TABLET, FILM COATED~009004653~~
HYDROXYPROPYL METHYLCELLULOSE 2910~NASAL; SPRAY, METERED~009004653~0.1~%
HYDROXYPROPYL METHYLCELLULOSE 2910~OPHTHALMIC; SOLUTION~009004653~0.5~%
HYDROXYPROPYL METHYLCELLULOSE 2910~OPHTHALMIC; SUSPENSION~009004653~0.5~%
HYDROXYPROPYL METHYLCELLULOSE 2910~OPHTHALMIC; SUSPENSION, DROPS~009004653~0.5~%
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE~009004653~40.5519~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE, DELAYED ACTION~009004653~33.42~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE, ENTERIC COATED PELLETS~009004653~13.82~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE, EXTENDED RELEASE~009004653~3.78~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE, HARD GELATIN~009004653~2~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE, SUSTAINED ACTION~009004653~10.88~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~009004653~4.772~MG

HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; POWDER, FOR RECONSTITUTION~009004653~1.593~%
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; POWDER, FOR SUSPENSION~009004653~3~%
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; SUSPENSION~009004653~0.5~%
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; SYRUP~009004653~0.45~%
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET~009004653~54~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009004653~16.76~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004653~11.8~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, COATED~009004653~7.5~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, CONTROLLED RELEASE~009004653~20~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009004653~19~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, ENTERIC COATED PARTICLES~009004653~445~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, EXTENDED RELEASE~009004653~150~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, FILM COATED~009004653~60~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, MULTILAYER, COATED~009004653~22~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~009004653~7~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, SUSTAINED ACTION~009004653~250~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, SUSTAINED ACTION, COATED~009004653~6~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009004653~54~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL-21; TABLET~009004653~0.75~MG
HYDROXYPROPYL METHYLCELLULOSE 2910~ORAL-28; TABLET~009004653~0.75~MG
HYDROXYPROPYL METHYLCELLULOSE 4000~ORAL; CAPSULE, SUSTAINED ACTION~009004653~100.4~MG
HYDROXYPROPYL METHYLCELLULOSE 4000~ORAL; SUSPENSION~009004653~2~%
HYDROXYPROPYL METHYLCELLULOSE 4000~ORAL; TABLET, CONTROLLED RELEASE~009004653~31.25~MG
HYDROXYPROPYL METHYLCELLULOSE 603~ORAL; SUSPENSION~~2.3~%
HYDROXYPROPYL METHYLCELLULOSE 606~ORAL; CAPSULE~~~
HYDROXYPROPYL METHYLCELLULOSE ACETATE SUCCINATE~ORAL; CAPSULE~~44.6~MG
HYDROXYPROPYL METHYLCELLULOSE ACETATE SUCCINATE~ORAL; CAPSULE, DELAYED ACTION~~66.78~MG
HYDROXYPROPYL METHYLCELLULOSE E5~ORAL; CAPSULE~~9~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; CAPSULE~~16.8~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; CAPSULE, COATED PELLETS~~13.26~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~76.4~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; CAPSULE, SUSTAINED

ACTION~~19.63~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; GRANULE, FOR SUSPENSION~~302.4~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; TABLET~~65~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~44.57~MG
HYDROXYPROPYL METHYLCELLULOSE PHTHALATE~ORAL; TABLET, ENTERIC COATED PARTICLES~~119.4~MG
HYDROXYPROPYL-B-CYCLODEXTRIN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~~
HYDROXYPROPYL-B-CYCLODEXTRIN~IV(INFUSION); INJECTION~~0.4~%
HYDROXYPROPYL-B-CYCLODEXTRIN~ORAL; SOLUTION~~40~%
HYSTRENE~ORAL; CAPSULE~008039325~~
HYSTRENE~ORAL; TABLET~008039325~~
ILLICIUM ANISATUM~ORAL; TABLET~~50~MG
IMIDUREA~TOPICAL; EMULSION, CREAM~39236469~0.4~%
IMIDUREA~TOPICAL; EMULSION, LOTION~39236469~0.14~%
IMIDUREA~TOPICAL; LOTION~39236469~0.2~%
IMIDUREA~TOPICAL; SHAMPOO~39236469~0.4~%
INK BLACK 2271~ORAL; CAPSULE~~~
INK BLACK 2271~ORAL; TABLET, SUSTAINED ACTION~~~
INK BLACK A-10464~ORAL; TABLET, SUSTAINED ACTION~~~
INK BLACK A-10527~ORAL; TABLET, REPEAT ACTION~~0.185~MG
INK BLACK A-10527~ORAL; TABLET, SUSTAINED ACTION~~~
INK BLACK FGE-1386~ORAL; CAPSULE~~~
INK BLACK FGE-1386~ORAL; TABLET~~~
INK BLACK GG-606~ORAL; CAPSULE~~37~MG
INK BLACK S-1-8100-HV~ORAL; CAPSULE~~~
INK BLACK SW-9007~ORAL; TABLET~~0.09~MG
INK BLACK SW-9007~ORAL; TABLET, ENTERIC COATED PARTICLES~~~
INK BLACK SW-9007~ORAL; TABLET, FILM COATED~~0.09~MG
INK BLACK SW-9008~ORAL; CAPSULE~~~
INK BLACK SW-9008~ORAL; CAPSULE, DELAYED ACTION~~~
INK BLACK SW-9008~ORAL; CAPSULE, HARD GELATIN~~~
INK BLACK SW-9008~ORAL; CAPSULE, SUSTAINED ACTION~~~
INK BLACK SW-9008~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~~
INK BLACK SW-9009~ORAL; CAPSULE~~~
INK BLACK SW-9009~ORAL; CAPSULE, HARD GELATIN~~~
INK BLACK SW-9009~ORAL; CAPSULE, SUSTAINED ACTION~~~
INK BLACK SW-9010~ORAL; CAPSULE~~~
INK BLUE AND YELLOW IMPRINT GG-823~ORAL; CAPSULE~~~
INK BLUE BLACK A-10463~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
INK BLUE BLACK A-9371~ORAL; TABLET, COATED~~~
INK BLUE S-1-10551~ORAL; CAPSULE~~~
INK BLUE S-1-4118~ORAL; CAPSULE~~~
INK BLUE TEK PRINT SB-6029~ORAL; CAPSULE~~~
INK BLUE TEK PRINT SB-6029~ORAL; TABLET, SUSTAINED ACTION~~0.2~MG
INK BLUE TEKPRINT SB-6008~ORAL; CAPSULE~~~
INK DARK YELLOW AND YELLOW IMPRINT GG-824~ORAL; CAPSULE~~~
INK EDIBLE BLACK~ORAL; CAPSULE~~0.05~MG

INK EDIBLE BLACK~ORAL; TABLET~~~
INK EDIBLE BLACK~ORAL; TABLET, COATED~~0.1~MG
INK EDIBLE BLACK~ORAL; TABLET, SUSTAINED ACTION~~1~MG
INK EDIBLE BLACK~ORAL-28; TABLET~~0.2~MG
INK EDIBLE BLUE~ORAL; TABLET~~~
INK EDIBLE BLUE~ORAL; TABLET, FILM COATED~~~
INK EDIBLE BROWN~ORAL; TABLET, COATED~~~
INK EDIBLE BROWN~ORAL; TABLET, FILM COATED~~~
INK EDIBLE BROWN~ORAL; TABLET, SUSTAINED ACTION~~~
INK EDIBLE GRAY~ORAL; CAPSULE~~~
INK EDIBLE ORANGE~ORAL; TABLET, SUSTAINED ACTION~~~
INK EDIBLE PINK~ORAL; TABLET, SUSTAINED ACTION~~~
INK EDIBLE RED~ORAL; CAPSULE~~~
INK EDIBLE RED~ORAL; CAPSULE, SOFT GELATIN~~~
INK EDIBLE RED~ORAL; TABLET, COATED~~~
INK EDIBLE RED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
INK EDIBLE RED A-8032~ORAL; TABLET, SUSTAINED ACTION~~~
INK EDIBLE WHITE~ORAL; CAPSULE~~0.0005~MG
INK EDIBLE WHITE~ORAL; TABLET~~~
INK EDIBLE WHITE~ORAL; TABLET, COATED~~~
INK EDIBLE WHITE~ORAL; TABLET, FILM COATED~~~
INK EDIBLE WHITE~ORAL; TABLET, REPEAT ACTION~~0.185~MG
INK FINE BLACK 2202C~ORAL; TABLET~~0.0011~ML
INK FINE BLACK 2212~ORAL; TABLET~~~
INK FLEXOGRAPHIC PINK~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
INK GREEN A-10454~ORAL; TABLET, SUSTAINED ACTION~~0.125~MG
INK GREEN A-10629~ORAL; TABLET, SUSTAINED ACTION~~~
INK ORANGE AND YELLOW IMPRINT GG-822~ORAL; CAPSULE~~~
INK PINK IMPRINTING SB-1003~ORAL; CAPSULE~~~
INK RED 5-1-9034~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
INK RED A-8032~ORAL; CAPSULE~~~
INK RED A-8032~ORAL; CAPSULE, SUSTAINED ACTION~~~
INK RED A-8032~ORAL; TABLET, COATED~~~
INK RED AND AQUA IMPRINTING GG-827~ORAL; CAPSULE~~95~MG
INK RED AND CARAMEL IMPRINTING GG-825~ORAL; CAPSULE~~62~MG
INK RED IMPRINTING GG-826~ORAL; CAPSULE~~78~MG
INK S-1-7085~ORAL; CAPSULE~~~
INK THINNER~ORAL; TABLET, SUSTAINED ACTION~~0.018~MG
INK WHITE 21-K~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~~~
INK WHITE 21-K~ORAL; CAPSULE, SUSTAINED ACTION~~0.5~MG
INK WHITE A-8154~ORAL; CAPSULE~~0.8~MG
INK WHITE A-8154~ORAL; TABLET~~~
INK WHITE A-8154~ORAL; TABLET, FILM COATED~~~
INK WHITE S-1-7075~ORAL; CAPSULE~~~
INK WHITE SB-0007P~ORAL; CAPSULE~~~
INK WHITE SB-0007P~ORAL; CAPSULE, SUSTAINED ACTION~~~
INK WHITE TEK PRINT SB-007P~ORAL; CAPSULE, EXTENDED RELEASE~~~
INK WHITE TEK PRINT SB-007P~ORAL; CAPSULE, SUSTAINED ACTION~~~
INK/POLYETHYLENE TEREPHTHALATE/ALUMINUM/POLYETHYLENE/SODIUM
POLYMETHACRYLATE/ETHYLENE VINYLACETATE COPOLYMER~TRANSDERMAL; FILM,

CONTROLLED RELEASE~~264~MG
INSULIN BEEF~SUBCUTANEOUS; INJECTION~011070738~0.1~%
INSULIN PORK~SUBCUTANEOUS; INJECTION~012584586~0.1~%
INVERT SUGAR~ORAL; CAPSULE~008013170~~
INVERT SUGAR~ORAL; SOLUTION, SYRUP~008013170~~
INVERT SUGAR~ORAL; SYRUP~008013170~77~%
INVERT SYRUP, MEDIUM~ORAL; SYRUP~~~
IODINE~INTRA-ARTERIAL; INJECTION~007553562~~
IODINE~INTRA-ARTICULAR; INJECTION~007553562~~
IODINE~INTRACARDIAC; INJECTION~007553562~~
IODINE~INTRADISCAL; INJECTION~007553562~~
IODINE~INTRAVASCULAR; INJECTION~007553562~~
IODINE~INTRAVENOUS; INJECTION~007553562~~
IODINE~PERIARTICULAR; INJECTION~007553562~~
IODOXAMIC ACID~INTRAVENOUS; INFUSION~31127829~7.61~%
IODOXAMIC ACID~INTRAVENOUS; INJECTION~31127829~31~%
IOFETAMINE HYDROCHLORIDE~INTRAVENOUS; INJECTION~~~
IRISH MOSS EXTRACT~TOPICAL; LOTION~~0.3~%
IRON SUBCARBONATE~ORAL; CAPSULE~~~
IRON SUBCARBONATE~ORAL; TABLET~~0.7875~MG
IRON SUBCARBONATE~ORAL; TABLET, FILM COATED~~0.2~MG
ISOBUTANE~TOPICAL; AEROSOL~000075285~6~%
ISOBUTANE~TOPICAL; AEROSOL, SPRAY~000075285~~
ISOBUTANE~TOPICAL; SPRAY~000075285~~
ISOBUTYL ALCOHOL~ORAL; TABLET, COATED~~~
ISOCETETH-20~TOPICAL; SOLUTION~~2.3~%
ISOLEUCINE~IV(INFUSION); INJECTION~000073325~90~%
ISOLEUCINE~IV(INFUSION); SOLUTION, INJECTION~000073325~21~%
ISOMALT~ORAL; TABLET, UNCOATED, TROCHE~~~
ISOOCTYL ACRYLATE/ACRYLAMIDE/VINYL ACETATE COPOLYMER, KOLLIDON VA 64 POLYMER~ORAL; TABLET, FILM COATED~~53~MG
ISOOCTYLACRYLATE~TOPICAL; TAPE~~~
ISOPROPYL ALCOHOL~INTRAVENOUS; INJECTION~000067630~~
ISOPROPYL ALCOHOL~ORAL; CAPSULE~000067630~46.4~MG
ISOPROPYL ALCOHOL~ORAL; CAPSULE, SOFT GELATIN~000067630~~
ISOPROPYL ALCOHOL~ORAL; CAPSULE, SUSTAINED ACTION~000067630~392.8~MG
ISOPROPYL ALCOHOL~ORAL; TABLET~000067630~5.21~MG
ISOPROPYL ALCOHOL~ORAL; TABLET, COATED~000067630~~
ISOPROPYL ALCOHOL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000067630~0.2~MG
ISOPROPYL ALCOHOL~ORAL; TABLET, FILM COATED~000067630~~
ISOPROPYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION~000067630~0.5~ML
ISOPROPYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION, COATED~000067630~~
ISOPROPYL ALCOHOL~ORAL-21; TABLET~000067630~2~MG
ISOPROPYL ALCOHOL~TOPICAL; AEROSOL, METERED~000067630~4~%
ISOPROPYL ALCOHOL~TOPICAL; AEROSOL, SPRAY~000067630~10~%
ISOPROPYL ALCOHOL~TOPICAL; GEL~000067630~20~%
ISOPROPYL ALCOHOL~TOPICAL; LOTION~000067630~99.57~%
ISOPROPYL ALCOHOL~TOPICAL; LOTION, AUGMENTED~000067630~30~%
ISOPROPYL ALCOHOL~TOPICAL; OIL~000067630~~

ISOPROPYL ALCOHOL~TOPICAL; OINTMENT~000067630~~
ISOPROPYL ALCOHOL~TOPICAL; SOLUTION~000067630~51.5~%
ISOPROPYL ALCOHOL~TOPICAL; SPONGE~000067630~56.1~ML
ISOPROPYL ALCOHOL~TOPICAL; SWAB~000067630~~
ISOPROPYL ISOSTEARATE~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~3~%
ISOPROPYL ISOSTEARATE~TOPICAL; EMULSION, CREAM~~3~%
ISOPROPYL MYRISTATE~AURICULAR (OTIC); SUSPENSION~000110270~0.024~%
ISOPROPYL MYRISTATE~TOPICAL; AEROSOL~000110270~~
ISOPROPYL MYRISTATE~TOPICAL; EMULSION, AEROSOL FOAM~000110270~~
ISOPROPYL MYRISTATE~TOPICAL; EMULSION, CREAM~000110270~10~%
ISOPROPYL MYRISTATE~TOPICAL; EMULSION, LOTION~000110270~1~%
ISOPROPYL MYRISTATE~TOPICAL; GEL~000110270~10~%
ISOPROPYL MYRISTATE~TOPICAL; LOTION~000110270~2~%
ISOPROPYL MYRISTATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000110270~~
ISOPROPYL MYRISTATE~TRANSDERMAL; GEL~000110270~0.86~%
ISOPROPYL MYRISTATE~VAGINAL; EMULSION, CREAM~000110270~5~%
ISOPROPYL MYRISTATE~VAGINAL; SUPPOSITORY~000110270~~
ISOPROPYL PALMITATE~TOPICAL; CREAM, EMULSION, SUSTAINED
RELEASE~000142916~1.8~%
ISOPROPYL PALMITATE~TOPICAL; EMULSION, CREAM~000142916~5.5~%
ISOPROPYL PALMITATE~TOPICAL; LOTION~000142916~3.9~%
ISOPROPYL PALMITATE~TOPICAL; OINTMENT~000142916~~
ISOPROPYL PALMITATE~TOPICAL; SPRAY~000142916~~
ISOPROPYL PALMITATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000142916~187.5~MG
ISOPROPYL STEARATE~TOPICAL; EMULSION, CREAM~~~
ISOSTEARIC ACID~TOPICAL; EMULSION, CREAM~~2.5~%
ISOSTEARIC ACID~TOPICAL; OINTMENT~~~
ISOSTEARYL ALCOHOL~TOPICAL; EMULSION, CREAM~~3~%
ISOSTEARYL ALCOHOL~TOPICAL; LOTION~~25~%
ISOSTEARYL ALCOHOL~TOPICAL; OINTMENT~~~
ISOSTEARYL ALCOHOL~TOPICAL; SUSPENSION~~2.5~%
ISOTONIC SODIUM CHLORIDE SOLUTION~EPIDURAL; INJECTION, SUSPENSION,
LIPOSOMAL~008028771~~
ISOTONIC SODIUM CHLORIDE SOLUTION~INTRATRACHEAL; SUSPENSION,
INJECTION~008028771~~
ISOTONIC SODIUM CHLORIDE SOLUTION~INTRAVENOUS; INJECTION~008028771~~
ISOTONIC SODIUM CHLORIDE SOLUTION~INTRAVENOUS; SOLUTION~008028771~~
ISOTONIC SODIUM CHLORIDE SOLUTION~ORAL; SOLUTION~008028771~~
JELENE~OPHTHALMIC; OINTMENT~008049669~~
JELENE~TOPICAL; OINTMENT~008049669~~
KAOLIN~ORAL; CAPSULE~001332587~~
KAOLIN~ORAL; CAPSULE, ENTERIC COATED PELLETS~001332587~14.61~MG
KAOLIN~ORAL; POWDER, FOR SUSPENSION~001332587~~
KAOLIN~ORAL; SYRUP~001332587~1~%
KAOLIN~ORAL; TABLET~001332587~30.4~MG
KAOLIN~ORAL; TABLET, COATED~001332587~8~MG
KAOLIN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001332587~18.5~MG
KAOLIN~ORAL; TABLET, DELAYED RELEASE~001332587~~
KAOLIN~ORAL; TABLET, SUSTAINED ACTION~001332587~66~MG
KAOLIN~TOPICAL; FILM, CONTROLLED RELEASE~001332587~~

KARAYA GUM~BUCCAL; PATCH, CONTROLLED RELEASE~009000366~68.1~MG
KARION 83 (D-SORBITOL CONTENT 19-25%)~ORAL; CAPSULE~~55.79~MG
KATHON CG~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~0.05~%
KATHON CG~TOPICAL; EMULSION, CREAM~~0.05~%
KATHON CG II~TOPICAL; EMULSION, CREAM~~0.05~%
KOLA NUT EXTRACT~ORAL; CONCENTRATE~089997820~24.72~%
KOLA NUT EXTRACT~ORAL; SOLUTION~089997820~2~%
KOLA NUT EXTRACT~RECTAL; SOLUTION~089997820~2~%
LAC RESIN~ORAL; CAPSULE, SUSTAINED ACTION~~31.2~MG
LACTATE~TOPICAL; LOTION~000050215~~
LACTIC ACID~AN,INFILTRATION; INJECTION~008012213~0.1184~%
LACTIC ACID~IM - IV - SC; INJECTION~008012213~0.012~%
LACTIC ACID~IM - IV - SC; SOLUTION, INJECTION~008012213~~
LACTIC ACID~IM - IV; INJECTION~008012213~1.1578~%
LACTIC ACID~INTRACARDIAC; INJECTION~008012213~0.012~%
LACTIC ACID~INTRACARDIAC; SOLUTION, INJECTION~008012213~~
LACTIC ACID~INTRAMUSCULAR; INJECTION~008012213~~
LACTIC ACID~INTRAVENOUS; INJECTABLE~008012213~0.413~%
LACTIC ACID~INTRAVENOUS; INJECTION~008012213~0.71~%
LACTIC ACID~IV(INFUSION); INJECTION~008012213~32.2~%
LACTIC ACID~IV(INFUSION); SOLUTION, INJECTION~008012213~0.119~%
LACTIC ACID~NERVE BLOCK; INJECTION~008012213~0.1184~%
LACTIC ACID~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~008012213~44~MG
LACTIC ACID~ORAL; CONCENTRATE~008012213~5~%
LACTIC ACID~ORAL; SOLUTION~008012213~~
LACTIC ACID~ORAL; SYRUP~008012213~~
LACTIC ACID~ORAL; TABLET~008012213~~
LACTIC ACID~SUBCUTANEOUS; INJECTION~008012213~0.34~%
LACTIC ACID~TOPICAL; EMULSION, AEROSOL FOAM~008012213~1.05~%
LACTIC ACID~TOPICAL; EMULSION, CREAM~008012213~1~%
LACTIC ACID~TOPICAL; GEL~008012213~6.07~%
LACTIC ACID~TOPICAL; LOTION~008012213~5.7~%
LACTIC ACID~TOPICAL; OINTMENT~008012213~~
LACTIC ACID~TOPICAL; SOLUTION~008012213~18.06~%
LACTIC ACID~TOPICAL; SUSPENSION~008012213~0.7~%
LACTIC ACID~VAGINAL; EMULSION, CREAM~008012213~0.81~%
LACTIC ACID~VAGINAL; SUPPOSITORY~008012213~~
LACTIC ACID~VAGINAL; TABLET~008012213~70~MG
LACTIC ACID, DL-~IM - IV; INJECTION~000598823~~
LACTIC ACID, DL-~INTRAMUSCULAR; INJECTION~000598823~~
LACTIC ACID, DL-~IV(INFUSION); INJECTION~000598823~2.82~%
LACTIC ACID, DL-~TOPICAL; SOLUTION~000598823~7.4~%
LACTIC ACID, DL-~VAGINAL; SUPPOSITORY~000598823~~
LACTIC ACID, L-~INTRAVENOUS; INJECTABLE~000079334~0.4~%
LACTIC ACID, L-~INTRAVENOUS; INJECTION~000079334~0.3~%
LACTIC ACID, L-~SUBCUTANEOUS; INJECTION~000079334~0.3~%
LACTOBIONIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000096822~~
LACTOFERRIN, BOVINE~ORAL; TABLET~~28.6~MG
LACTOSE~BUCCAL/SUBLINGUAL; TABLET~000063423~296.7~MG
LACTOSE~BUCCAL; TABLET~000063423~183.3~MG

LACTOSE~IM - IV - SC; INJECTION~000063423~~
LACTOSE~IM - IV - SC; POWDER, FOR INJECTION SOLUTION~000063423~13.3~%
LACTOSE~IM - IV; INJECTION~000063423~~
LACTOSE~IM - IV; POWDER, FOR INJECTION SOLUTION~000063423~~
LACTOSE~INHALATION; CAPSULE~000063423~20~MG
LACTOSE~INHALATION; CAPSULE, HARD GELATIN~000063423~25~MG
LACTOSE~INHALATION; POWDER~000063423~9~%
LACTOSE~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000063423~19.38~%
LACTOSE~INTRAMUSCULAR; INJECTION~000063423~~
LACTOSE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000063423~2~%
LACTOSE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000063423~1~%
LACTOSE~INTRAVENOUS; INJECTION~000063423~50~%
LACTOSE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000063423~5~%
LACTOSE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000063423~1~%
LACTOSE~IV(INFUSION); INJECTION~000063423~~
LACTOSE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000063423~~
LACTOSE~IV(INFUSION); SOLUTION, INJECTION~000063423~0.45~%
LACTOSE~ORAL; CAPSULE~000063423~530~MG
LACTOSE~ORAL; CAPSULE, COATED PELLETS~000063423~102.44~MG
LACTOSE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000063423~135.2~MG
LACTOSE~ORAL; CAPSULE, HARD GELATIN~000063423~100~MG
LACTOSE~ORAL; CAPSULE, SOFT GELATIN~000063423~115.75~MG
LACTOSE~ORAL; CAPSULE, SUSTAINED ACTION~000063423~120~MG
LACTOSE~ORAL; CONCENTRATE~000063423~~
LACTOSE~ORAL; GRANULE~000063423~~
LACTOSE~ORAL; GRANULE, FOR SUSPENSION~000063423~~
LACTOSE~ORAL; POWDER, FOR SOLUTION~000063423~~
LACTOSE~ORAL; SOLUTION~000063423~11.2133~%
LACTOSE~ORAL; TABLET~000063423~1020~MG
LACTOSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000063423~117.7~MG
LACTOSE~ORAL; TABLET, COATED~000063423~332.05~MG
LACTOSE~ORAL; TABLET, CONTROLLED RELEASE~000063423~69.25~MG
LACTOSE~ORAL; TABLET, DELAYED ACTION~000063423~92.02~MG
LACTOSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000063423~209~MG
LACTOSE~ORAL; TABLET, DELAYED RELEASE~000063423~~
LACTOSE~ORAL; TABLET, FILM COATED~000063423~590~MG
LACTOSE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~000063423~122~MG
LACTOSE~ORAL; TABLET, REPEAT ACTION~000063423~153.2~MG
LACTOSE~ORAL; TABLET, SUSTAINED ACTION~000063423~400~MG
LACTOSE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000063423~51.1~MG
LACTOSE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~000063423~38.75~MG
LACTOSE~ORAL-20; TABLET~000063423~70.7~MG
LACTOSE~ORAL-21; TABLET~000063423~89.275~MG
LACTOSE~ORAL-28; TABLET~000063423~179.2~MG
LACTOSE~RECTAL; SOLUTION~000063423~8~%
LACTOSE~RECTAL; TABLET~000063423~65.3816~MG

LACTOSE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~000063423~2~%
LACTOSE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000063423~0.5~%
LACTOSE~SUBLINGUAL; TABLET~000063423~191.76~MG
LACTOSE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000063423~675~MG
LACTOSE~TRANSDERMAL; OINTMENT~000063423~18.9~%
LACTOSE~VAGINAL; EMULSION, CREAM~000063423~3~%
LACTOSE~VAGINAL; SUPPOSITORY~000063423~~
LACTOSE~VAGINAL; TABLET~000063423~1013~MG
LACTOSE MONOHYDRATE~BUCCAL; TABLET~010039266~21.375~MG
LACTOSE MONOHYDRATE~IM - IV - SC; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010039266~10.7~%
LACTOSE MONOHYDRATE~IM - IV; POWDER~010039266~2.75~%
LACTOSE MONOHYDRATE~IM - SC; INJECTION~010039266~2.1~%
LACTOSE MONOHYDRATE~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010039266~4.54~%
LACTOSE MONOHYDRATE~INTRAMUSCULAR; INJECTION~010039266~5~%
LACTOSE MONOHYDRATE~INTRAVENOUS; INJECTION~010039266~~
LACTOSE MONOHYDRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010039266~69~%
LACTOSE MONOHYDRATE~IV - SC; INJECTION~010039266~4.9~%
LACTOSE MONOHYDRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~010039266~20~%
LACTOSE MONOHYDRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010039266~90~%
LACTOSE MONOHYDRATE~IV(INFUSION); POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~010039266~~
LACTOSE MONOHYDRATE~ORAL; CAPSULE~010039266~427.26~MG
LACTOSE MONOHYDRATE~ORAL; CAPSULE, COATED, SOFT GELATIN~010039266~178.905~MG
LACTOSE MONOHYDRATE~ORAL; CAPSULE, EXTENDED RELEASE~010039266~23.3~MG
LACTOSE MONOHYDRATE~ORAL; CAPSULE, HARD GELATIN~010039266~161.8~MG
LACTOSE MONOHYDRATE~ORAL; CAPSULE, SUSTAINED ACTION~010039266~67~MG
LACTOSE MONOHYDRATE~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~010039266~18.8~MG
LACTOSE MONOHYDRATE~ORAL; DISPERSIBLE TABLET~010039266~543.6~MG
LACTOSE MONOHYDRATE~ORAL; POWDER, FOR INHALATION~010039266~1.25~%
LACTOSE MONOHYDRATE~ORAL; POWDER, FOR SUSPENSION~010039266~~
LACTOSE MONOHYDRATE~ORAL; TABLET~010039266~889.42~MG
LACTOSE MONOHYDRATE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~010039266~182.6~MG
LACTOSE MONOHYDRATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~010039266~62.3~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, COATED~010039266~346.5~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, CONTROLLED RELEASE~010039266~138.913~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~010039266~157.95~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, ENTERIC COATED PARTICLES~010039266~150~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, EXTENDED RELEASE~010039266~258.25~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, FILM COATED~010039266~577.664~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, MULTILAYER, COATED~010039266~22.7~MG

LACTOSE MONOHYDRATE~ORAL; TABLET, ORALLY DISINTEGRATING~010039266~29.75~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, SUSTAINED ACTION~010039266~299.2~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, SUSTAINED ACTION, COATED~010039266~215~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~010039266~260~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~010039266~374.5~MG
LACTOSE MONOHYDRATE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~010039266~81.9~MG
LACTOSE MONOHYDRATE~ORAL-21; TABLET~010039266~83.645~MG
LACTOSE MONOHYDRATE~ORAL-21; TABLET, COATED~010039266~35.19~MG
LACTOSE MONOHYDRATE~ORAL-28; TABLET~010039266~93.865~MG
LACTOSE MONOHYDRATE~ORAL-28; TABLET, COATED~010039266~82.89~MG
LACTOSE MONOHYDRATE~RESPIRATORY (INHALATION); CAPSULE~010039266~25~MG
LACTOSE MONOHYDRATE~RESPIRATORY (INHALATION); POWDER, FOR INHALATION~010039266~2~%
LACTOSE MONOHYDRATE~SUBLINGUAL; TABLET~010039266~33.874~MG
LACTOSE MONOHYDRATE~VAGINAL; TABLET, FILM COATED~010039266~17.9~MG
LACTOSE, ANHYDROUS~BUCCAL; TABLET~000063423~23.75~MG
LACTOSE, ANHYDROUS~IM - IV; INJECTABLE~000063423~2.5~%
LACTOSE, ANHYDROUS~IM - IV; POWDER, FOR INJECTION SOLUTION~000063423~2.5~%
LACTOSE, ANHYDROUS~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000063423~4.75~%
LACTOSE, ANHYDROUS~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000063423~2.5~%
LACTOSE, ANHYDROUS~ORAL; CAPSULE~000063423~402.5~MG
LACTOSE, ANHYDROUS~ORAL; CAPSULE, COATED, SOFT GELATIN~000063423~71.906~MG
LACTOSE, ANHYDROUS~ORAL; CAPSULE, ENTERIC COATED PELLETS~000063423~117~MG
LACTOSE, ANHYDROUS~ORAL; CAPSULE, SUSTAINED ACTION~000063423~300.8~MG
LACTOSE, ANHYDROUS~ORAL; GRANULE~000063423~433~MG
LACTOSE, ANHYDROUS~ORAL; GRANULE, FOR RECONSTITUTION~000063423~15.688~MG
LACTOSE, ANHYDROUS~ORAL; POWDER, FOR INHALATION~000063423~0.1161~%
LACTOSE, ANHYDROUS~ORAL; TABLET~000063423~613.6~MG
LACTOSE, ANHYDROUS~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000063423~108~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, COATED~000063423~138~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, CONTROLLED RELEASE~000063423~29.99~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000063423~90~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, FILM COATED~000063423~453.6~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, SUSTAINED ACTION~000063423~180.9~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, SUSTAINED ACTION, COATED~000063423~130.7~MG
LACTOSE, ANHYDROUS~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000063423~157.95~MG
LACTOSE, ANHYDROUS~ORAL-21; TABLET~000063423~75.687~MG
LACTOSE, ANHYDROUS~ORAL-21; TABLET, COATED~000063423~58~MG
LACTOSE, ANHYDROUS~ORAL-28; TABLET~000063423~79.335~MG
LACTOSE, ANHYDROUS~ORAL-28; TABLET, COATED~000063423~58~MG
LACTOSE, ANHYDROUS~SUBLINGUAL; TABLET~000063423~128~MG
LACTOSE, ANHYDROUS~VAGINAL; TABLET~000063423~605~MG

LACTOSE, HYDROUS~IM - IV; INJECTION~~2.5~%
LACTOSE, HYDROUS~IM - IV; POWDER, FOR INJECTION SOLUTION~~2.5~%
LACTOSE, HYDROUS~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~1.05~%
LACTOSE, HYDROUS~INTRAVENOUS; INJECTION~~25~%
LACTOSE, HYDROUS~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~~75~%
LACTOSE, HYDROUS~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~~20~%
LACTOSE, HYDROUS~ORAL; CAPSULE~~430.42~MG
LACTOSE, HYDROUS~ORAL; CAPSULE, HARD GELATIN~~141~MG
LACTOSE, HYDROUS~ORAL; CAPSULE, SUSTAINED ACTION~~147.6~MG
LACTOSE, HYDROUS~ORAL; GRANULE, FOR SUSPENSION~~~
LACTOSE, HYDROUS~ORAL; TABLET~~708.9~MG
LACTOSE, HYDROUS~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~100~MG
LACTOSE, HYDROUS~ORAL; TABLET, COATED~~186~MG
LACTOSE, HYDROUS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~88.5~MG
LACTOSE, HYDROUS~ORAL; TABLET, EXTENDED RELEASE~~43.23~MG
LACTOSE, HYDROUS~ORAL; TABLET, FILM COATED~~556~MG
LACTOSE, HYDROUS~ORAL; TABLET, REPEAT ACTION~~155.28~MG
LACTOSE, HYDROUS~ORAL; TABLET, SUSTAINED ACTION~~156.8~MG
LACTOSE, HYDROUS~ORAL; TABLET, SUSTAINED ACTION, COATED~~83.3~MG
LACTOSE, HYDROUS~ORAL-21; TABLET~~48~MG
LACTOSE, HYDROUS~ORAL-28; TABLET~~39.62~MG
LACTOSE, HYDROUS~SUBLINGUAL; TABLET~~164.38~MG
LACTOSE, HYDROUS~VAGINAL; EMULSION, CREAM~~~
LACTOSE, HYDROUS~VAGINAL; TABLET~~596~MG
LANDALGENE~ORAL; TABLET, COATED~~5~MG
LANDALGINE P~ORAL; TABLET, COATED~~5~MG
LANETH~TOPICAL; SOLUTION~008051965~0.5~%
LANOLIN~OPHTHALMIC; OINTMENT~008020846~2~%
LANOLIN~TOPICAL; EMULSION, CREAM~008020846~2~%
LANOLIN~TOPICAL; LOTION~008020846~2.5~%
LANOLIN~TOPICAL; OINTMENT~008020846~2~%
LANOLIN~VAGINAL; EMULSION, CREAM~008020846~2~%
LANOLIN ALCOHOL - MINERAL OIL~TOPICAL; EMULSION, CREAM~~5~%
LANOLIN ALCOHOL - MINERAL OIL~TOPICAL; LOTION~~11~%
LANOLIN ALCOHOLS~OPHTHALMIC; OINTMENT~008013341~10~%
LANOLIN ALCOHOLS~TOPICAL; EMULSION, CREAM~008013341~3~%
LANOLIN ALCOHOLS~TOPICAL; GEL~008013341~~
LANOLIN ALCOHOLS~TOPICAL; OINTMENT~008013341~3.01~%
LANOLIN ALCOHOLS, ACETYLATED~TOPICAL; SPONGE~008028986~~
LANOLIN CHOLESTEROLS~TOPICAL; EMULSION~~~
LANOLIN CHOLESTEROLS~TOPICAL; SPONGE~~~
LANOLIN NONIONIC DERIVATIVES~OPHTHALMIC; OINTMENT~~~
LANOLIN, ANHYDROUS~OPHTHALMIC; OINTMENT~008006540~3~%
LANOLIN, ANHYDROUS~TOPICAL; EMULSION, CREAM~008006540~2~%
LANOLIN, ANHYDROUS~TOPICAL; OINTMENT~008006540~~
LANOLIN, ANHYDROUS~TRANSDERMAL; OINTMENT~008006540~35~%
LANOLIN, ANHYDROUS~VAGINAL; EMULSION, CREAM~008006540~0.2~%
LANOLIN, HYDROGENATED~TOPICAL; OINTMENT~008031445~10~%

LAURALKONIUM CHLORIDE~OPHTHALMIC; SOLUTION, DROPS~000139071~0.005~%
LAURAMINE OXIDE~TOPICAL; SOLUTION~~4.8~%
LAURAMINE OXIDE~TOPICAL; SPONGE~~~
LAURDIMONIUM HYDROLYZED ANIMAL COLLAGEN~TOPICAL; SHAMPOO~~1~%
LAURETH SULFATE~TOPICAL; SPONGE~~~
LAURETH-23~TOPICAL; AEROSOL~~0.45~%
LAURETH-23~TOPICAL; EMULSION~~0.45~%
LAURETH-23~TOPICAL; EMULSION, AEROSOL FOAM~~1.075~%
LAURETH-23~TOPICAL; EMULSION, CREAM~~~
LAURETH-23~TOPICAL; LOTION~~~
LAURETH-4~TOPICAL; EMULSION, CREAM~009002920~1.1~%
LAURETH-4~TOPICAL; LOTION~009002920~3~%
LAURETH-4~TOPICAL; SOLUTION~009002920~5.22~%
LAURIC DIETHANOLAMIDE~TOPICAL; EMULSION~000120401~15~%
LAURIC DIETHANOLAMIDE~TOPICAL; LOTION~000120401~1.7~%
LAURIC DIETHANOLAMIDE~TOPICAL; SHAMPOO~000120401~20~%
LAURIC DIETHANOLAMIDE~TOPICAL; SHAMPOO, SUSPENSION~000120401~4~%
LAURIC DIETHANOLAMIDE~TOPICAL; SOLUTION~000120401~1.4167~%
LAURIC DIETHANOLAMIDE~TOPICAL; SPONGE~000120401~~
LAURIC MYRISTIC DIETHANOLAMIDE~TOPICAL; EMULSION~~~
LAURIC MYRISTIC DIETHANOLAMIDE~TOPICAL; LOTION~~0.54~%
LAURIC MYRISTIC DIETHANOLAMIDE~TOPICAL; SPONGE~~~
LAURYL SULFATE~ORAL; CAPSULE~~0.15~MG
LAURYL SULFATE~TOPICAL; SHAMPOO, SUSPENSION~~25~%
LAVENDER~TOPICAL; EMULSION, CREAM~~~
LAVENDER~TOPICAL; SOLUTION~~~
LECITHIN~INHALATION; AEROSOL, METERED~008002435~0.0002~%
LECITHIN~INTRAMUSCULAR; INJECTION~008002435~2.3~%
LECITHIN~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~008002435~~
LECITHIN~ORAL; BAR, CHEWABLE~008002435~54~MG
LECITHIN~ORAL; CAPSULE~008002435~15~MG
LECITHIN~ORAL; CAPSULE, COATED, SOFT GELATIN~008002435~1~MG
LECITHIN~ORAL; CAPSULE, SOFT GELATIN~008002435~~
LECITHIN~ORAL; CAPSULE, SUSTAINED ACTION~008002435~~
LECITHIN~ORAL; POWDER, FOR SUSPENSION~008002435~3.34~%
LECITHIN~ORAL; SUSPENSION~008002435~11~%
LECITHIN~ORAL; TABLET~008002435~~
LECITHIN~RECTAL; SUPPOSITORY~008002435~6.5~MG
LECITHIN~TOPICAL; GEL~008002435~1~%
LECITHIN~TOPICAL; SOLUTION~008002435~1.4~%
LECITHIN~TRANSDERMAL; FILM, CONTROLLED RELEASE~008002435~9.86~MG
LECITHIN~VAGINAL; EMULSION, CREAM~008002435~1~%
LECITHIN, EGG~INTRAVENOUS; EMULSION, INJECTION~097281442~1.2~%
LECITHIN, EGG~INTRAVENOUS; INJECTABLE~097281442~1.2~%
LECITHIN, EGG~ORAL; TABLET~097281442~48~MG
LECITHIN, HYDROGENATED~AURICULAR (OTIC); SUSPENSION, LIQUID~0~1.5~%
LECITHIN, HYDROGENATED SOY~INHALATION; AEROSOL, METERED~~0.28~%
LECITHIN, HYDROGENATED SOY~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~~21.3~%
LECITHIN, HYDROGENATED SOY~INTRAVENOUS; INJECTION, SUSPENSION,

LIPOSOMAL~~0.958~%
LECITHIN, SOYBEAN~INHALATION; AEROSOL, METERED~008030760~0.1~%
LECITHIN, SOYBEAN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~008030760~11.25~%
LECITHIN, SOYBEAN~ORAL; CAPSULE~008030760~5~MG
LECITHIN, SOYBEAN~ORAL; CAPSULE, SOFT GELATIN~008030760~20~MG
LECITHIN, SOYBEAN~ORAL; SUSPENSION~008030760~0.2~%
LECITHIN, SOYBEAN~VAGINAL; EMULSION, CREAM~008030760~0.33~%
LEMON OIL~ORAL; CAPSULE~008008568~5~MG
LEMON OIL~ORAL; CAPSULE, SOFT GELATIN~008008568~8.5~MG
LEMON OIL~ORAL; TABLET~008008568~0.0007~ML
LEMON OIL~TOPICAL; GEL~008008568~1~%
LEUCINE~IV(INFUSION); INJECTION~000061905~52.6~%
LEUCINE~IV(INFUSION); SOLUTION, INJECTION~000061905~27~%
LEUCINE~ORAL; TABLET~000061905~3.6~MG
LEVOMENTHOL~BUCCAL; GUM, CHEWING~002216515~3.84~MG
LEVOMENTHOL~BUCCAL; INHALATION~002216515~0.1~%
LEVOMENTHOL~ORAL; SYRUP~002216515~~
LIDOFENIN~INTRAVENOUS; INJECTION~059160291~~
LIME OIL~ORAL; SOLUTION, ELIXIR~008008262~~
LIMONENE, DL-~TOPICAL; LOTION~000138863~10~%
LIPOCOL SC-15~TOPICAL; EMULSION, CREAM~~1~%
LITHIUM HYDROXIDE MONOHYDRATE~ORAL; SYRUP~001310663~33.7~%
LOCUST BEAN GUM~ORAL; BAR, CHEWABLE~009000402~40~MG
LOCUST BEAN GUM~ORAL; TABLET, SUSTAINED ACTION, COATED~009000402~74.25~MG
LUBRITAB~ORAL; TABLET~~10~MG
LUBRITAB~ORAL; TABLET, SUSTAINED ACTION~~35~MG
LYSINE~IM - IV; INJECTION~000056871~~
LYSINE~IV(INFUSION); INJECTION~000056871~61~%
LYSINE~IV(INFUSION); SOLUTION, INJECTION~000056871~22~%
LYSINE ACETATE~IV(INFUSION); INJECTION~057282492~0.756~%
LYSINE ACETATE~IV(INFUSION); SOLUTION, INJECTION~057282492~31~%
MAGNASWEET 110~ORAL; SOLUTION~~0.8~%
MAGNASWEET 135~ORAL; GRANULE, FOR SUSPENSION~~60~MG
MAGNASWEET 135~ORAL; POWDER~~20~%
MAGNASWEET 135~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~11.5~MG
MAGNASWEET 180~ORAL; SOLUTION~~0.13~%
MAGNASWEET 185~ORAL; POWDER, FOR SOLUTION~~53~%
MAGNESIUM ACETATE~ORAL; CAPSULE~000142723~1.475~MG
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; CAPSULE~001327431~19.8~MG
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; CONCENTRATE~001327431~41~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; GRANULE~001327431~12.5~MG
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; GRANULE, FOR SUSPENSION~001327431~11~MG
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; POWDER, FOR SUSPENSION~001327431~~
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; SUSPENSION~001327431~10.6~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; SYRUP~001327431~10~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; TABLET~001327431~60~MG
MAGNESIUM ALUMINUM SILICATE HYDRATE~ORAL; TABLET (IMMED./COMP. RELEASE),

UNCOATED, CHEWABLE~001327431~12~MG
MAGNESIUM ALUMINUM SILICATE HYDRATE~RECTAL; SUSPENSION~001327431~1~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~TOPICAL; CREAM, AUGMENTED~001327431~3~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~TOPICAL; EMULSION, CREAM~001327431~1.5~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~TOPICAL; LOTION~001327431~~
MAGNESIUM ALUMINUM SILICATE HYDRATE~TOPICAL; SHAMPOO~001327431~0.5~%
MAGNESIUM ALUMINUM SILICATE HYDRATE~VAGINAL; OINTMENT~001327431~5.39~%
MAGNESIUM ASPARTATE~ORAL; TABLET~007018077~1.5~MG
MAGNESIUM CARBONATE~ORAL; CAPSULE~023389335~19.44~MG
MAGNESIUM CARBONATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~023389335~22.4~MG
MAGNESIUM CARBONATE~ORAL; CAPSULE, SUSTAINED ACTION~023389335~22.4~MG
MAGNESIUM CARBONATE~ORAL; TABLET~023389335~175~MG
MAGNESIUM CARBONATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~023389335~100~MG
MAGNESIUM CARBONATE~ORAL; TABLET, COATED~023389335~1.157~MG
MAGNESIUM CARBONATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~023389335~250~MG
MAGNESIUM CARBONATE~ORAL; TABLET, FILM COATED~023389335~250~MG
MAGNESIUM CARBONATE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~023389335~10~MG
MAGNESIUM CHLORIDE~INTRAMUSCULAR; INJECTION~7791186~~
MAGNESIUM CHLORIDE~INTRAOCULAR; SOLUTION~7791186~0.03~%
MAGNESIUM CHLORIDE~INTRAPERITONEAL; SOLUTION~7791186~0.508~%
MAGNESIUM CHLORIDE~IV(INFUSION); INJECTION~7791186~10.2~%
MAGNESIUM CHLORIDE~OPHTHALMIC; POWDER, FOR SOLUTION~7791186~0.03~%
MAGNESIUM CHLORIDE~OPHTHALMIC; SOLUTION, DROPS~7791186~0.0065~%
MAGNESIUM CHLORIDE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~7791186~0.125~%
MAGNESIUM HYDROXIDE~ORAL; CAPSULE, ENTERIC COATED PELLETS~001309428~~
MAGNESIUM HYDROXIDE~ORAL; POWDER, FOR ORAL SUSPENSION~001309428~25~%
MAGNESIUM HYDROXIDE~ORAL; TABLET~001309428~40~MG
MAGNESIUM HYDROXIDE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~001309428~450~MG
MAGNESIUM HYDROXIDE~ORAL; TABLET, CONTROLLED RELEASE~001309428~0.42~MG
MAGNESIUM HYDROXIDE~ORAL; TABLET, FILM COATED~001309428~43.4~MG
MAGNESIUM HYDROXIDE~ORAL; TABLET, SUSTAINED ACTION~001309428~0.794~MG
MAGNESIUM NITRATE~TOPICAL; EMULSION, CREAM~010377603~~
MAGNESIUM NITRATE~TOPICAL; LOTION~010377603~~
MAGNESIUM OXIDE~BUCCAL; GUM, CHEWING~001309484~7.2~MG
MAGNESIUM OXIDE~ORAL; CAPSULE~001309484~10~MG
MAGNESIUM OXIDE~ORAL; TABLET~001309484~26.4~MG
MAGNESIUM OXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001309484~63~MG
MAGNESIUM OXIDE~ORAL; TABLET, FILM COATED~001309484~40~MG
MAGNESIUM OXIDE~ORAL; TABLET, SUSTAINED ACTION~001309484~25.74~MG
MAGNESIUM PHOSPHATE~ORAL; TABLET~010043831~0.85~MG
MAGNESIUM SILICATE~ORAL; CAPSULE~001343880~40~MG
MAGNESIUM SILICATE~ORAL; TABLET~001343880~10~MG
MAGNESIUM SILICATE~ORAL; TABLET, COATED~001343880~29.03~MG
MAGNESIUM SILICATE~ORAL; TABLET, ENTERIC COATED PARTICLES~001343880~30~MG
MAGNESIUM SILICATE~ORAL; TABLET, FILM COATED~001343880~14.3~MG

MAGNESIUM STEARATE~BUCCAL/SUBLINGUAL; TABLET~000557040~17.5~MG
MAGNESIUM STEARATE~BUCCAL; TABLET~000557040~2.5~MG
MAGNESIUM STEARATE~IMPLANTATION; INJECTION~000557040~0.0015~%
MAGNESIUM STEARATE~INTRAVITREAL; IMPLANT~000557040~0.0048~MG
MAGNESIUM STEARATE~INTRAVITREAL; INJECTION~000557040~0.0015~%
MAGNESIUM STEARATE~ORAL; CAPSULE~000557040~256.4~MG
MAGNESIUM STEARATE~ORAL; CAPSULE (IMMED./COMP. RELEASE), HARD GELATIN~000557040~10~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, COATED PELLETS~000557040~0.15~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, COATED, SOFT GELATIN~000557040~3~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, DELAYED ACTION~000557040~2.604~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000557040~34.87~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, EXTENDED RELEASE~000557040~6.905~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, HARD GELATIN~000557040~11.4~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, SOFT GELATIN~000557040~9~MG
MAGNESIUM STEARATE~ORAL; CAPSULE, SUSTAINED ACTION~000557040~100~MG
MAGNESIUM STEARATE~ORAL; CONCENTRATE~000557040~~
MAGNESIUM STEARATE~ORAL; DISPERSIBLE TABLET~000557040~~
MAGNESIUM STEARATE~ORAL; DROPS~000557040~~
MAGNESIUM STEARATE~ORAL; GRANULE~000557040~1.25~MG
MAGNESIUM STEARATE~ORAL; MUCILAGE~000557040~4.5~MG
MAGNESIUM STEARATE~ORAL; POWDER, FOR SUSPENSION~000557040~0.65~%
MAGNESIUM STEARATE~ORAL; SUSPENSION~000557040~5.756~%
MAGNESIUM STEARATE~ORAL; SUSPENSION, SUSTAINED ACTION~000557040~2.7~%
MAGNESIUM STEARATE~ORAL; TABLET~000557040~400.748~MG
MAGNESIUM STEARATE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~000557040~10~MG
MAGNESIUM STEARATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000557040~50~MG
MAGNESIUM STEARATE~ORAL; TABLET, COATED~000557040~40~MG
MAGNESIUM STEARATE~ORAL; TABLET, CONTROLLED RELEASE~000557040~3.335~MG
MAGNESIUM STEARATE~ORAL; TABLET, DELAYED ACTION~000557040~3~MG
MAGNESIUM STEARATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000557040~53.8~MG
MAGNESIUM STEARATE~ORAL; TABLET, DELAYED RELEASE~000557040~~
MAGNESIUM STEARATE~ORAL; TABLET, ENTERIC COATED PARTICLES~000557040~7~MG
MAGNESIUM STEARATE~ORAL; TABLET, EXTENDED RELEASE~000557040~15~MG
MAGNESIUM STEARATE~ORAL; TABLET, FILM COATED~000557040~28.31~MG
MAGNESIUM STEARATE~ORAL; TABLET, MULTILAYER, COATED~000557040~3~MG
MAGNESIUM STEARATE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~000557040~1.2~MG
MAGNESIUM STEARATE~ORAL; TABLET, ORALLY DISINTEGRATING~000557040~28.07~MG
MAGNESIUM STEARATE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~000557040~6~MG
MAGNESIUM STEARATE~ORAL; TABLET, REPEAT ACTION~000557040~1.2~MG
MAGNESIUM STEARATE~ORAL; TABLET, SUSTAINED ACTION~000557040~150~MG
MAGNESIUM STEARATE~ORAL; TABLET, SUSTAINED ACTION, COATED~000557040~10~MG
MAGNESIUM STEARATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000557040~15.8~MG
MAGNESIUM STEARATE~ORAL; TABLET, UNCOATED, TROCHE~000557040~9~MG

MAGNESIUM STEARATE~ORAL; TROCHE~000557040~21~MG
MAGNESIUM STEARATE~ORAL-20; TABLET~000557040~1.5~MG
MAGNESIUM STEARATE~ORAL-21; TABLET~000557040~1.5~MG
MAGNESIUM STEARATE~ORAL-21; TABLET, COATED~000557040~0.88~MG
MAGNESIUM STEARATE~ORAL-28; TABLET~000557040~75~MG
MAGNESIUM STEARATE~ORAL-28; TABLET, COATED~000557040~0.88~MG
MAGNESIUM STEARATE~SUBCUTANEOUS; IMPLANT~000557040~0.5~MG
MAGNESIUM STEARATE~SUBLINGUAL; TABLET~000557040~3~MG
MAGNESIUM STEARATE~TOPICAL; EMULSION, CREAM~000557040~0.0008~%
MAGNESIUM STEARATE~VAGINAL; SPONGE~000557040~0.85~MG
MAGNESIUM STEARATE~VAGINAL; TABLET~000557040~17~MG
MAGNESIUM STEARATE~VAGINAL; TABLET, FILM COATED~000557040~0.4~MG
MAGNESIUM SULFATE~ORAL; CAPSULE~10034998~~
MAGNESIUM SULFATE~ORAL; TABLET~10034998~2.9~MG
MAGNESIUM SULFATE~ORAL; TABLET, COATED~10034998~~
MAGNESIUM SULFATE~ORAL; TABLET, EXTENDED RELEASE~10034998~4~MG
MAGNESIUM SULFATE~ORAL; TABLET, FILM COATED~10034998~14~MG
MAGNESIUM SULFATE, ANHYDROUS~ORAL; CAPSULE~7487889~29.8~MG
MAGNESIUM TARTRATE~ORAL; TABLET~~3.24~MG
MAGNESIUM TRISILICATE~ORAL; TABLET~1343904~76.89~MG
MAGNESIUM TRISILICATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~1343904~15~MG
MAGNESIUM TRISILICATE~ORAL; TABLET, COATED~1343904~20~MG
MAGNESIUM TRISILICATE~ORAL; TABLET, SUSTAINED ACTION~1343904~~
MALEIC ACID~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000110167~~
MALEIC ACID~IV(INFUSION); INJECTION~000110167~~
MALEIC ACID~ORAL; CAPSULE~000110167~2~MG
MALEIC ACID~ORAL; SYRUP~000110167~0.0345~%
MALEIC ACID~ORAL; TABLET~000110167~4~MG
MALIC ACID~ORAL; POWDER~006915157~~
MALIC ACID~ORAL; SOLUTION~006915157~0.042~%
MALIC ACID, DL-~ORAL; SOLUTION~~0.33~%
MALIC ACID, DL-~ORAL; TABLET~~~
MALTITOL~ORAL; SOLUTION~000585886~65~%
MALTODEXTRIN~ORAL; GRANULE, FOR SUSPENSION~~238.1~MG
MALTODEXTRIN~ORAL; POWDER~~26.68~%
MALTODEXTRIN~ORAL; POWDER, FOR SUSPENSION~~19~%
MALTODEXTRIN~ORAL; TABLET~~80~MG
MALTODEXTRIN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~292~MG
MALTODEXTRIN~ORAL; TABLET, COATED~~5.6~MG
MALTODEXTRIN~ORAL; TABLET, EXTENDED RELEASE~~150~MG
MALTODEXTRIN~ORAL; TABLET, FILM COATED~~~
MALTODEXTRIN~ORAL; TABLET, SUSTAINED ACTION~~72.5~MG
MALTODEXTRIN~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
MALTODEXTRIN~ORAL-28; TABLET~~0.158~MG
MALTOL~ORAL; CONCENTRATE~000118718~0.01~%
MALTOL~ORAL; SOLUTION~000118718~0.01~%
MALTOL~ORAL; SYRUP~000118718~~
MALTOSE~ORAL; TABLET~000069794~473~MG
MANNITOL~BUCCAL/SUBLINGUAL; TABLET~000069658~52.5~MG

MANNITOL~IM - IV; INJECTION~000069658~2.5~%
MANNITOL~IM - IV; POWDER, FOR INJECTION SOLUTION~000069658~30~%
MANNITOL~IM - SC; INJECTION~000069658~~
MANNITOL~IM - SC; POWDER, FOR INJECTION SOLUTION~000069658~2~%
MANNITOL~INTRAMUSCULAR; INJECTION~000069658~10.66~%
MANNITOL~INTRAMUSCULAR; INJECTION, MICROSPHERES~000069658~13.49~%
MANNITOL~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000069658~11.9292~%
MANNITOL~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000069658~8.5~%
MANNITOL~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~000069658~3.6~%
MANNITOL~INTRAMUSCULAR; POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~000069658~5.19~%
MANNITOL~INTRAVENOUS; INJECTABLE~000069658~45~%
MANNITOL~INTRAVENOUS; INJECTION~000069658~13~%
MANNITOL~INTRAVENOUS; LIQUID, CONCENTRATE, INJECTION~000069658~6.13~%
MANNITOL~INTRAVENOUS; POWDER~000069658~45~%
MANNITOL~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000069658~34~%
MANNITOL~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000069658~45~%
MANNITOL~INTRAVENOUS; SOLUTION~000069658~4.15~%
MANNITOL~IV(INFUSION); INJECTION~000069658~20~%
MANNITOL~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000069658~75~%
MANNITOL~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000069658~50~%
MANNITOL~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~000069658~7.5~%
MANNITOL~IV(INFUSION); SOLUTION, INJECTION~000069658~4.7~%
MANNITOL~OPHTHALMIC; POWDER, FOR SOLUTION~000069658~5.6~%
MANNITOL~OPHTHALMIC; SOLUTION~000069658~23~%
MANNITOL~OPHTHALMIC; SOLUTION, DROPS~000069658~4.6~%
MANNITOL~OPHTHALMIC; SOLUTION, GEL FORMING, EXTENDED RELEASE~000069658~4.35~%
MANNITOL~OPHTHALMIC; SUSPENSION~000069658~2.4~%
MANNITOL~OPHTHALMIC; SUSPENSION, DROPS~000069658~4~%
MANNITOL~ORAL; CAPSULE~000069658~297.2~MG
MANNITOL~ORAL; CAPSULE, ENTERIC COATED PELLETS~000069658~170.7~MG
MANNITOL~ORAL; CAPSULE, HARD GELATIN~000069658~92~MG
MANNITOL~ORAL; CAPSULE, SUSTAINED ACTION~000069658~56.1~MG
MANNITOL~ORAL; GRANULE~000069658~484.2~MG
MANNITOL~ORAL; GRANULE, EFFERVESCENT~000069658~~
MANNITOL~ORAL; GRANULE, FOR SUSPENSION~000069658~500~MG
MANNITOL~ORAL; POWDER~000069658~~
MANNITOL~ORAL; POWDER, FOR RECONSTITUTION~000069658~29.362~%
MANNITOL~ORAL; POWDER, FOR SOLUTION~000069658~~
MANNITOL~ORAL; POWDER, FOR SUSPENSION~000069658~20~%
MANNITOL~ORAL; SUSPENSION, SUSTAINED ACTION~000069658~~
MANNITOL~ORAL; TABLET~000069658~454.2~MG
MANNITOL~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~000069658~10.5~MG
MANNITOL~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED,

CHEWABLE~000069658~600~MG
MANNITOL~ORAL; TABLET, COATED~000069658~177.7~MG
MANNITOL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000069658~42.7~MG
MANNITOL~ORAL; TABLET, DISPERSIBLE~000069658~90~MG
MANNITOL~ORAL; TABLET, FILM COATED~000069658~241.21~MG
MANNITOL~ORAL; TABLET, ORALLY DISINTEGRATING~000069658~606.72~MG
MANNITOL~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~000069658~221~MG
MANNITOL~ORAL; TABLET, SUSTAINED ACTION~000069658~392.2~MG
MANNITOL~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000069658~274.972~MG
MANNITOL~ORAL; TROCHE~000069658~1035.175~MG
MANNITOL~RESPIRATORY (INHALATION); POWDER, FOR INHALATION~000069658~0.051~%
MANNITOL~SUBCUTANEOUS; INJECTABLE~000069658~3.6~%
MANNITOL~SUBCUTANEOUS; INJECTION~000069658~4.5~%
MANNITOL~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~000069658~9~%
MANNITOL~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000069658~16.44~%
MANNITOL~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~000069658~4~%
MANNITOL~SUBCUTANEOUS; POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~000069658~10~%
MANNITOL~SUBCUTANEOUS; SOLUTION, INJECTION~000069658~4.3~%
MANNITOL~SUBCUTANEOUS; SUSPENSION, INJECTION~000069658~3.64~%
MANNITOL~SUBLINGUAL; TABLET~000069658~158.45~MG
MANNITOL~TOPICAL; SOLUTION, DROPS~000069658~1.6~%
MANNITOL 60~ORAL; TABLET, ORALLY DISINTEGRATING~~174.78~MG
MANNITOL M300~ORAL; TABLET, ORALLY DISINTEGRATING~~174.76~MG
MANNOSE, D-~ORAL; TABLET~000530267~1.197~MG
MAPROFIX~TOPICAL; EMULSION, CREAM~~2~%
MEBROFENIN~INTRAVENOUS; INJECTION~078266065~~
MEDICAL ADHESIVE MODIFIED S-15~TRANSDERMAL; FILM, CONTROLLED RELEASE~~164~MG
MEDICAL ANTIFOAM EMULSION C~ORAL; SUSPENSION~~0.0528~%
MEDICAL ANTIFOAM EMULSION C~ORAL; TABLET~~1~MG
MEDICAL ANTIFORM A-F EMULSION~TOPICAL; EMULSION, CREAM~~0.1~%
MEDRONATE DISODIUM~INTRAVENOUS; INJECTION~025681894~1~%
MEDRONATE DISODIUM~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~025681894~0.01~%
MEDRONIC ACID~INTRAVENOUS; INJECTION~001984152~2~%
MEDRONIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~001984152~1~%
MEGLUMINE~INTRA-ARTERIAL; INJECTION~006284408~~
MEGLUMINE~INTRA-ARTICULAR; INJECTION~006284408~~
MEGLUMINE~INTRACARDIAC; INJECTION~006284408~~
MEGLUMINE~INTRADISCAL; INJECTION~006284408~~
MEGLUMINE~INTRAMUSCULAR; INJECTION~006284408~15.924~%
MEGLUMINE~INTRAUTERINE; INJECTION~006284408~~
MEGLUMINE~INTRAUTERINE; SOLUTION~006284408~~
MEGLUMINE~INTRAVASCULAR; INJECTION~006284408~~
MEGLUMINE~INTRAVENOUS; INFUSION~006284408~2.3~%
MEGLUMINE~INTRAVENOUS; INJECTION~006284408~15.924~%
MEGLUMINE~IV(INFUSION); INJECTION~006284408~7.238~%

DTX-2583

MEGLUMINE~ORAL; TABLET~006284408~24~MG
MEGLUMINE~PERIARTICULAR; INJECTION~006284408~~
MEGLUMINE~URETERAL; SOLUTION~006284408~7.238~%
MEGLUMINE~URETHRAL; INJECTION~006284408~~
MEGLUMINE~URETHRAL; SOLUTION~006284408~~
MELOJEL~ORAL; TABLET~~35~MG
MENTHOL~BUCCAL; GUM, CHEWING~000089781~10~MG
MENTHOL~DENTAL; SOLUTION~000089781~~
MENTHOL~INHALATION; AEROSOL, METERED~000089781~0.0502~%
MENTHOL~ORAL; CAPSULE~000089781~0.87~MG
MENTHOL~ORAL; CONCENTRATE~000089781~0.005~%
MENTHOL~ORAL; POWDER, FOR SOLUTION~000089781~~
MENTHOL~ORAL; SOLUTION~000089781~0.075~%
MENTHOL~ORAL; SOLUTION, ELIXIR~000089781~~
MENTHOL~ORAL; SOLUTION, LIQUID, CONCENTRATE, ORAL~000089781~0.05~%
MENTHOL~ORAL; SUSPENSION~000089781~0.041~%
MENTHOL~ORAL; SYRUP~000089781~0.4~%
MENTHOL~ORAL; TABLET~000089781~0.58~MG
MENTHOL~SUBLINGUAL; AEROSOL~000089781~~
MENTHOL~TOPICAL; LOTION~000089781~0.05~%
MENTHOL~TOPICAL; SOLUTION~000089781~0.08~%
METAPHOSPHORIC ACID~IV(INFUSION); INJECTION~013478983~0.13~%
METAPHOSPHORIC ACID~ORAL; CAPSULE~013478983~~
METHACRYLIC ACID COPOLYMER~ORAL; CAPSULE, DELAYED ACTION~~37.916~MG
METHACRYLIC ACID COPOLYMER~ORAL; CAPSULE, ENTERIC COATED PELLETS~~95.876~MG
METHACRYLIC ACID COPOLYMER~ORAL; CAPSULE, EXTENDED RELEASE~~18.04~MG
METHACRYLIC ACID COPOLYMER~ORAL; CAPSULE, SUSTAINED ACTION~~44.6~MG
METHACRYLIC ACID COPOLYMER~ORAL; GRANULE, ENTERIC COATED~~430.8~MG
METHACRYLIC ACID COPOLYMER~ORAL; TABLET~~5.8~MG
METHACRYLIC ACID COPOLYMER~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~54~MG
METHACRYLIC ACID COPOLYMER~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~~106.89~MG
METHACRYLIC ACID COPOLYMER~ORAL; TABLET, SUSTAINED ACTION~~35~MG
METHACRYLIC ACID COPOLYMER~ORAL; TABLET, SUSTAINED ACTION, COATED~~24.6~MG
METHACRYLIC ACID COPOLYMER TYPE A~ORAL; CAPSULE, EXTENDED RELEASE~025086151~37.48~MG
METHACRYLIC ACID COPOLYMER TYPE A~ORAL; TABLET, SUSTAINED ACTION~025086151~6~MG
METHACRYLIC ACID COPOLYMER TYPE A~ORAL; TABLET, SUSTAINED ACTION, COATED~025086151~10.5~MG
METHACRYLIC ACID COPOLYMER TYPE B~ORAL; CAPSULE, EXTENDED RELEASE~~5.39~MG
METHACRYLIC ACID COPOLYMER TYPE B~ORAL; TABLET~~0.83~MG
METHACRYLIC ACID COPOLYMER TYPE B~ORAL; TABLET, SUSTAINED ACTION~~5.6~MG
METHACRYLIC ACID COPOLYMER TYPE B~ORAL; TABLET, SUSTAINED ACTION, COATED~~10.5~MG
METHACRYLIC ACID COPOLYMER TYPE C~ORAL; CAPSULE~~~
METHACRYLIC ACID COPOLYMER TYPE C~ORAL; CAPSULE, DELAYED ACTION~~15.82~MG
METHACRYLIC ACID COPOLYMER TYPE C~ORAL; CAPSULE, ENTERIC COATED PELLETS~~25.6~MG

METHACRYLIC ACID COPOLYMER TYPE C~ORAL; TABLET, EXTENDED RELEASE~~66.7~MG
METHANESULFONIC ACID~IM - IV - SC; INJECTION~000075752~~
METHANESULFONIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000075752~8.07~%
METHANESULFONIC ACID~SUBCUTANEOUS; INJECTION~000075752~~
METHIONINE~INTRAMUSCULAR; SOLUTION, INJECTION~000063683~0.0443~%
METHIONINE~INTRATHECAL; INJECTABLE~000063683~0.005~%
METHIONINE~INTRAVENOUS; INJECTION~000063683~0.3~%
METHIONINE~IV(INFUSION); INJECTION~000063683~49.2~%
METHIONINE~IV(INFUSION); SOLUTION, INJECTION~000063683~16~%
METHIONINE~ORAL; TABLET~000063683~~
METHIONINE~SUBCUTANEOUS; INJECTION~000063683~0.015~%
METHIONINE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000063683~0.01~%
METHIONINE~SUBCUTANEOUS; SOLUTION, INJECTION~000063683~0.0443~%
METHIONINE~SUBCUTANEOUS; SUSPENSION, INJECTION~000063683~0.15~%
METHOXYPOLYOXYETHYLENE GLYCOL 350~TOPICAL; GEL~009004744~20~%
METHYL ACRYLATE - METHYL METHACRYLATE~ORAL; TABLET, SUSTAINED ACTION~~~
METHYL ALCOHOL~ORAL; CAPSULE, SUSTAINED ACTION~000067561~0.03~ML
METHYL ALCOHOL~ORAL; CONCENTRATE~000067561~4.42~%
METHYL ALCOHOL~ORAL; TABLET~000067561~210~MG
METHYL ALCOHOL~ORAL; TABLET, COATED~000067561~15.7~MG
METHYL ALCOHOL~ORAL; TABLET, FILM COATED~000067561~10.36~MG
METHYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION~000067561~~
METHYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION, COATED~000067561~~
METHYL ALCOHOL~TRANSDERMAL; FILM, CONTROLLED RELEASE~000067561~4015~MG
METHYL BORONIC ACID~INTRAVENOUS; INJECTION~~0.2~%
METHYL CHLORIDE~ORAL; TABLET~000074873~69.82~MG
METHYL CHLORIDE~ORAL; TABLET, COATED~000074873~~
METHYL ETHYL KETONE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000078933~61~MG
METHYL GLUCETH-10~TOPICAL; CREAM, AUGMENTED~~5~%
METHYL GLUCETH-120 DIOLEATE~TOPICAL; SHAMPOO~~1.8~%
METHYL GLUCETH-20~TOPICAL; EMULSION, CREAM~~5~%
METHYL GLUCETH-20 SESQUISTEARATE~TOPICAL; EMULSION, CREAM~~3.5~%
METHYL GLUCOSE SESQUISTEARATE~TOPICAL; EMULSION, CREAM~~3.5~%
METHYL HYDROXYETHYL CELLULOSE~ORAL; TABLET~~24~MG
METHYL LAURATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~17.6~MG
METHYL SALICYLATE~ORAL; CAPSULE~000119368~16~MG
METHYL SALICYLATE~TOPICAL; GEL~000119368~1~%
METHYL STEARATE~TOPICAL; EMULSION, CREAM~000112618~1~%
METHYL STEARATE~VAGINAL; EMULSION, CREAM~000112618~1~%
METHYLATED SPIRITS~ORAL; CAPSULE~~0.101~MG
METHYLCELLULOSE~BUCCAL/SUBLINGUAL; TABLET~009004675~4~MG
METHYLCELLULOSE~INTRA-ARTICULAR; INJECTION~009004675~0.1~%
METHYLCELLULOSE~INTRALESIONAL; INJECTION~009004675~~
METHYLCELLULOSE~INTRAMUSCULAR; INJECTION~009004675~0.1~%
METHYLCELLULOSE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~009004675~~
METHYLCELLULOSE~INTRASYNOVIAL; INJECTION~009004675~~
METHYLCELLULOSE~NASAL; GEL~009004675~~

DTX-2583

METHYLCELLULOSE~OPHTHALMIC; POWDER, FOR SUSPENSION~009004675~~
METHYLCELLULOSE~OPHTHALMIC; SOLUTION~009004675~0.1641~%
METHYLCELLULOSE~ORAL; CAPSULE~009004675~13.5~MG
METHYLCELLULOSE~ORAL; CAPSULE, EXTENDED RELEASE~009004675~2.67~MG
METHYLCELLULOSE~ORAL; CAPSULE, SUSTAINED ACTION~009004675~3.2~MG
METHYLCELLULOSE~ORAL; EMULSION~009004675~~
METHYLCELLULOSE~ORAL; POWDER, FOR SUSPENSION~009004675~1.19~%
METHYLCELLULOSE~ORAL; SUSPENSION~009004675~0.025~%
METHYLCELLULOSE~ORAL; SYRUP~009004675~~
METHYLCELLULOSE~ORAL; TABLET~009004675~183.6~MG
METHYLCELLULOSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009004675~50~MG
METHYLCELLULOSE~ORAL; TABLET, COATED~009004675~138.3~MG
METHYLCELLULOSE~ORAL; TABLET, CONTROLLED RELEASE~009004675~~
METHYLCELLULOSE~ORAL; TABLET, FILM COATED~009004675~21~MG
METHYLCELLULOSE~ORAL; TABLET, SUSTAINED ACTION~009004675~96~MG
METHYLCELLULOSE~ORAL-28; TABLET~009004675~15~MG
METHYLCELLULOSE~SOFT TISSUE; INJECTION~009004675~~
METHYLCELLULOSE~SUBLINGUAL; TABLET~009004675~~
METHYLCELLULOSE~TOPICAL; EMULSION~009004675~~
METHYLCELLULOSE~TOPICAL; EMULSION, CREAM~009004675~1.3~%
METHYLCELLULOSE~TOPICAL; LOTION~009004675~1.5~%
METHYLCELLULOSE~TOPICAL; SPONGE~009004675~~
METHYLCELLULOSE~VAGINAL; EMULSION, CREAM~009004675~0.3~%
METHYLCELLULOSE 1500~ORAL; TABLET~~2.75~MG
METHYLCELLULOSE 400~ORAL; TABLET~~33~MG
METHYLCELLULOSE 4000~OPHTHALMIC; SOLUTION~~0.5~%
METHYLCHLOROISOTHIAZOLINONE~TOPICAL; EMULSION, CREAM~026172554~~
METHYLCHLOROISOTHIAZOLINONE~TOPICAL; LOTION~026172554~~
METHYLENE BLUE~INTRAVENOUS; INJECTION~000061734~1~%
METHYLENE CHLORIDE~ORAL; CAPSULE~000075092~69.658~MG
METHYLENE CHLORIDE~ORAL; TABLET~000075092~209~MG
METHYLENE CHLORIDE~ORAL; TABLET, COATED~000075092~157~MG
METHYLENE CHLORIDE~ORAL; TABLET, FILM COATED~000075092~103.6~MG
METHYLENE CHLORIDE~ORAL; TABLET, SUSTAINED ACTION~000075092~~
METHYLISOTHIAZOLINONE~TOPICAL; EMULSION, CREAM~002682204~~
METHYLISOTHIAZOLINONE~TOPICAL; LOTION~002682204~~
METHYLPARABEN~AN,INFILTRATION; INJECTION~000099763~0.1~%
METHYLPARABEN~AURICULAR (OTIC); SUSPENSION~000099763~0.0014~%
METHYLPARABEN~CAUDAL BLOCK; INJECTION~000099763~0.1~%
METHYLPARABEN~EPIDURAL; INJECTION~000099763~0.1~%
METHYLPARABEN~IM - IV - SC; INJECTION~000099763~0.44~%
METHYLPARABEN~IM - IV; INJECTION~000099763~0.75~%
METHYLPARABEN~IM - IV; POWDER, FOR INJECTION SOLUTION~000099763~~
METHYLPARABEN~IM - SC; INJECTION~000099763~0.18~%
METHYLPARABEN~INHALATION; SOLUTION~000099763~0.07~%
METHYLPARABEN~INTRA-ARTERIAL; INJECTION~000099763~~
METHYLPARABEN~INTRA-ARTICULAR; INJECTION~000099763~0.24~%
METHYLPARABEN~INTRABURSAL; INJECTION~000099763~0.18~%
METHYLPARABEN~INTRADERMAL; INJECTION~000099763~0.1~%

METHYLPARABEN~INTRALESIONAL;  INJECTION~000099763~0.15~%
METHYLPARABEN~INTRAMUSCULAR;  INJECTION~000099763~0.24~%
METHYLPARABEN~INTRAMUSCULAR;  SOLUTION, INJECTION~000099763~~
METHYLPARABEN~INTRASYNOVIAL;  INJECTION~000099763~~
METHYLPARABEN~INTRAVENOUS;  INJECTABLE~000099763~0.18~%
METHYLPARABEN~INTRAVENOUS;  INJECTION~000099763~1.8~%
METHYLPARABEN~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION~000099763~1.5~%
METHYLPARABEN~IONTOPHORESIS;  SOLUTION~000099763~0.1~%
METHYLPARABEN~IRRIGATION;  SOLUTION~000099763~2~%
METHYLPARABEN~IV - SC;  INJECTION~000099763~0.18~%
METHYLPARABEN~IV(INFUSION);  INJECTION~000099763~0.44~%
METHYLPARABEN~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION~000099763~0.1~%
METHYLPARABEN~N/A;  LIQUID~000099763~0.12~%
METHYLPARABEN~N/A;  NOT APPLICABLE~000099763~0.45~MG
METHYLPARABEN~NASAL;  SOLUTION~000099763~0.033~%
METHYLPARABEN~NASAL;  SPRAY, METERED~000099763~0.7~%
METHYLPARABEN~NERVE BLOCK;  INJECTION~000099763~0.1~%
METHYLPARABEN~OPHTHALMIC;  OINTMENT~000099763~0.05~%
METHYLPARABEN~OPHTHALMIC;  SOLUTION~000099763~0.05~%
METHYLPARABEN~OPHTHALMIC;  SOLUTION, DROPS~000099763~0.05~%
METHYLPARABEN~OPHTHALMIC;  SUSPENSION~000099763~0.05~%
METHYLPARABEN~OPHTHALMIC;  SUSPENSION, DROPS~000099763~0.05~%
METHYLPARABEN~ORAL;  CAPSULE~000099763~1~MG
METHYLPARABEN~ORAL;  CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~000099763~~
METHYLPARABEN~ORAL;  CAPSULE, COATED, SOFT GELATIN~000099763~0.156~MG
METHYLPARABEN~ORAL;  CAPSULE, HARD GELATIN~000099763~~
METHYLPARABEN~ORAL;  CAPSULE, SOFT GELATIN~000099763~0.48~MG
METHYLPARABEN~ORAL;  CAPSULE, SUSTAINED ACTION~000099763~0.864~MG
METHYLPARABEN~ORAL;  CONCENTRATE~000099763~0.2~%
METHYLPARABEN~ORAL;  GRANULE~000099763~50~MG
METHYLPARABEN~ORAL;  LIQUID~000099763~0.5~%
METHYLPARABEN~ORAL;  POWDER, FOR SOLUTION~000099763~0.1575~%
METHYLPARABEN~ORAL;  POWDER, FOR SUSPENSION~000099763~0.1~%
METHYLPARABEN~ORAL;  SOLUTION~000099763~13~%
METHYLPARABEN~ORAL;  SOLUTION, CONCENTRATE~000099763~0.1~%
METHYLPARABEN~ORAL;  SOLUTION, ELIXIR~000099763~0.5~%
METHYLPARABEN~ORAL;  SOLUTION, SYRUP~000099763~0.18~%
METHYLPARABEN~ORAL;  SUSPENSION~000099763~1~%
METHYLPARABEN~ORAL;  SUSPENSION, LIQUID~000099763~0.2~%
METHYLPARABEN~ORAL;  SUSPENSION, SUSTAINED ACTION~000099763~0.75~%
METHYLPARABEN~ORAL;  SYRUP~000099763~5~%
METHYLPARABEN~ORAL;  TABLET~000099763~1.8~MG
METHYLPARABEN~ORAL;  TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000099763~1.27~MG
METHYLPARABEN~ORAL;  TABLET, COATED~000099763~0.016~MG
METHYLPARABEN~ORAL;  TABLET, CONTROLLED RELEASE~000099763~0.0814~MG
METHYLPARABEN~ORAL;  TABLET, FILM COATED~000099763~0.23~MG
METHYLPARABEN~ORAL;  TABLET, SUSTAINED ACTION~000099763~0.17~MG
METHYLPARABEN~ORAL;  TABLET, SUSTAINED ACTION, COATED~000099763~~

DTX-2583

METHYLPARABEN~ORAL;  TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~000099763~0.09~MG
METHYLPARABEN~PERIDURAL;  INJECTION~000099763~0.1~%
METHYLPARABEN~RECTAL;  AEROSOL, METERED~000099763~0.09~%
METHYLPARABEN~RECTAL;  ENEMA~000099763~10.8~%
METHYLPARABEN~RECTAL;  SOLUTION~000099763~13~%
METHYLPARABEN~RECTAL;  SUSPENSION~000099763~0.1~%
METHYLPARABEN~SOFT TISSUE;  INJECTION~000099763~0.15~%
METHYLPARABEN~SUBCUTANEOUS;  INJECTION~000099763~0.18~%
METHYLPARABEN~SUBCUTANEOUS;  SUSPENSION, INJECTION~000099763~0.16~%
METHYLPARABEN~TOPICAL;  CREAM, AUGMENTED~000099763~0.2~%
METHYLPARABEN~TOPICAL;  CREAM, EMULSION, SUSTAINED RELEASE~000099763~0.2~%
METHYLPARABEN~TOPICAL;  EMULSION~000099763~0.2~%
METHYLPARABEN~TOPICAL;  EMULSION, AEROSOL FOAM~000099763~0.108~%
METHYLPARABEN~TOPICAL;  EMULSION, CREAM~000099763~18~%
METHYLPARABEN~TOPICAL;  EMULSION, LOTION~000099763~0.17~%
METHYLPARABEN~TOPICAL;  FILM, CONTROLLED RELEASE~000099763~~
METHYLPARABEN~TOPICAL;  GEL~000099763~0.3~%
METHYLPARABEN~TOPICAL;  JELLY~000099763~0.07~%
METHYLPARABEN~TOPICAL;  LOTION~000099763~15~%
METHYLPARABEN~TOPICAL;  OINTMENT~000099763~0.2~%
METHYLPARABEN~TOPICAL;  PATCH~000099763~0.35~MG
METHYLPARABEN~TOPICAL;  SHAMPOO~000099763~0.18~%
METHYLPARABEN~TOPICAL;  SHAMPOO, SUSPENSION~000099763~0.15~%
METHYLPARABEN~TOPICAL;  SOLUTION~000099763~0.1~%
METHYLPARABEN~TOPICAL;  SUSPENSION~000099763~0.3~%
METHYLPARABEN~URETERAL;  SOLUTION~000099763~~
METHYLPARABEN~URETHRAL;  INJECTION~000099763~0.18~%
METHYLPARABEN~VAGINAL;  EMULSION, CREAM~000099763~0.2~%
METHYLPARABEN~VAGINAL;  GEL~000099763~0.08~%
METHYLPARABEN~VAGINAL;  SUPPOSITORY~000099763~~
METHYLPARABEN SODIUM~ORAL;  POWDER, FOR SUSPENSION~005026620~0.1~%
METHYLPARABEN SODIUM~ORAL;  SUSPENSION~005026620~0.13~%
METHYLPARABEN SODIUM~ORAL;  TABLET~005026620~0.1875~MG
METHYLPARABEN SODIUM~ORAL;  TABLET, ORALLY DISINTEGRATING~005026620~0.3~MG
METHYLPHENIDATE~ORAL;  TABLET, EXTENDED RELEASE~000113451~~
MICROCRYSTALLINE WAX~ORAL;  CAPSULE, SUSTAINED ACTION~008063089~6~MG
MICROCRYSTALLINE WAX~TOPICAL;  GEL~008063089~~
MICROCRYSTALLINE WAX~TOPICAL;  OINTMENT~008063089~30~%
MICROCRYSTALLINE WAX~VAGINAL;  EMULSION, CREAM~008063089~0.45~%
MILK~ORAL;  SUSPENSION~008049987~49.3~%
MINERAL OIL~AURICULAR (OTIC);  OINTMENT~008012951~~
MINERAL OIL~AURICULAR (OTIC);  SUSPENSION~008012951~0.5~%
MINERAL OIL~DENTAL;  PASTE~008012951~457.95~MG
MINERAL OIL~OPHTHALMIC;  OINTMENT~008012951~59.5~%
MINERAL OIL~OPHTHALMIC;  SUSPENSION~008012951~0.1~%
MINERAL OIL~ORAL;  CAPSULE~008012951~5~MG
MINERAL OIL~ORAL;  CAPSULE, SUSTAINED ACTION~008012951~50~MG
MINERAL OIL~ORAL;  DROPS~008012951~~
MINERAL OIL~ORAL;  TABLET~008012951~50~MG

MINERAL OIL~ORAL; TABLET, COATED~008012951~1.3~MG
MINERAL OIL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008012951~5.67~MG
MINERAL OIL~ORAL; TABLET, FILM COATED~008012951~~
MINERAL OIL~ORAL; TABLET, SUSTAINED ACTION~008012951~~
MINERAL OIL~TOPICAL; AEROSOL, SPRAY~008012951~~
MINERAL OIL~TOPICAL; CREAM, AUGMENTED~008012951~50.618~%
MINERAL OIL~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~008012951~23.63~%
MINERAL OIL~TOPICAL; EMULSION, CREAM~008012951~40~%
MINERAL OIL~TOPICAL; EMULSION, LOTION~008012951~20~%
MINERAL OIL~TOPICAL; LOTION~008012951~19.4796~%
MINERAL OIL~TOPICAL; OIL~008012951~~
MINERAL OIL~TOPICAL; OINTMENT~008012951~95~%
MINERAL OIL~TOPICAL; PASTE~008012951~~
MINERAL OIL~TOPICAL; SUSPENSION~008012951~2.013~%
MINERAL OIL~TRANSDERMAL; FILM, CONTROLLED RELEASE~008012951~11.8~MG
MINERAL OIL~TRANSDERMAL; PATCH, CONTROLLED RELEASE~008012951~1.52~MG
MINERAL OIL~VAGINAL; EMULSION, CREAM~008012951~15~%
MINERAL OIL~VAGINAL; GEL~008012951~4.725~%
MINERAL OIL, LIGHT~OPHTHALMIC; OINTMENT~~~
MINERAL OIL, LIGHT~OPHTHALMIC; SUSPENSION~~~
MINERAL OIL, LIGHT~ORAL; CAPSULE~~0.8~MG
MINERAL OIL, LIGHT~ORAL; CAPSULE, SOFT GELATIN~~~
MINERAL OIL, LIGHT~ORAL; PASTILLE~~3.6~MG
MINERAL OIL, LIGHT~ORAL; TABLET~~1474~MG
MINERAL OIL, LIGHT~ORAL; TABLET, COATED~~4.8~MG
MINERAL OIL, LIGHT~ORAL; TABLET, FILM COATED~~2.494~MG
MINERAL OIL, LIGHT~ORAL; TABLET, SUSTAINED ACTION~~0.2~MG
MINERAL OIL, LIGHT~RECTAL; SUSPENSION~~~
MINERAL OIL, LIGHT~TOPICAL; CREAM, AUGMENTED~~25~%
MINERAL OIL, LIGHT~TOPICAL; EMULSION, AEROSOL FOAM~~~
MINERAL OIL, LIGHT~TOPICAL; EMULSION, CREAM~~20~%
MINERAL OIL, LIGHT~TOPICAL; LOTION~~16~%
MINERAL OIL, LIGHT~TOPICAL; OINTMENT~~23~%
MINERAL OIL, LIGHT~TRANSDERMAL; FILM, CONTROLLED RELEASE~~162~MG
MINERAL SPIRITS~ORAL; TABLET~008032324~~
MISTRON SPRAY TALC~ORAL; TABLET~~~
MIVACURIUM CHLORIDE~ORAL; TABLET~10686143~~
MONOGLYCERIDES~ORAL; CAPSULE, SUSTAINED ACTION~~~
MONOSODIUM CITRATE~ORAL; GRANULE, EFFERVESCENT~~~
MONOSODIUM CITRATE~ORAL; POWDER, FOR RECONSTITUTION~~0.12~%
MONOSODIUM CITRATE~ORAL; POWDER, FOR SUSPENSION~~2.2~%
MONOSODIUM CITRATE~ORAL; TABLET~~50~MG
MONTAN WAX~ORAL; TABLET~008002537~0.06~MG
MONTAN WAX~ORAL; TABLET, CONTROLLED RELEASE~008002537~0.05~MG
MONTAN WAX~ORAL-21; TABLET~008002537~0.03~MG
MONTAN WAX~ORAL-21; TABLET, COATED~008002537~0.05~MG
MONTAN WAX~ORAL-28; TABLET~008002537~0.05~MG
MONTAN WAX~ORAL-28; TABLET, COATED~008002537~0.05~MG
MULLEIN LEAF~ORAL; TABLET~~~
MULTISTEROL EXTRACT~TOPICAL; EMULSION, CREAM~~~

DTX-2583

MUSCATEL WINE~ORAL; SOLUTION, ELIXIR~~~
MYRISTIC ACID~ORAL; CAPSULE, SUSTAINED ACTION~000544638~~
MYRISTYL ALCOHOL~ORAL; TABLET, SUSTAINED ACTION~000112721~2~MG
MYRISTYL ALCOHOL~TOPICAL; EMULSION, CREAM~000112721~3~%
MYRISTYL ALCOHOL~TOPICAL; LOTION~000112721~1~%
MYRISTYL ALCOHOL~TOPICAL; SUSPENSION~000112721~1.05~%
MYRISTYL LACTATE~TOPICAL; LOTION~~92.8~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRA-ARTICULAR;
INJECTION~002748881~0.019~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRALESIONAL;
INJECTION~002748881~0.019~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRALESIONAL; INJECTION, SUSTAINED
ACTION~002748881~0.0195~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRAMUSCULAR;
INJECTION~002748881~0.019~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRAMUSCULAR; INJECTION, SUSTAINED
ACTION~002748881~0.0195~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRASYNOVIAL; INJECTION~002748881~~
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~INTRASYNOVIAL; INJECTION, SUSTAINED
ACTION~002748881~0.0195~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~SOFT TISSUE; INJECTION~002748881~0.019~%
MYRISTYL-GAMMA-PICOLINIUM CHLORIDE~SOFT TISSUE; INJECTION, SUSTAINED
ACTION~002748881~0.0195~%
N-(CARBAMOYL-METHOXY PEG-40)-1,2-DISTEAROYL-CEPHALIN SODIUM~INTRAVENOUS;
INJECTION, SUSPENSION, LIPOSOMAL~~0.319~%
N,N-BIS(2-HYDROXYETHYL)STEARAMIDE~ORAL; TABLET~000093823~~
N,N-BIS(2-HYDROXYETHYL)STEARAMIDE~TOPICAL; EMULSION, CREAM~000093823~~
N,N-DIMETHYL LAURAMINE OXIDE~TOPICAL; SOLUTION~~3.5~%
N,N-DIMETHYLACETAMIDE~INTRAMUSCULAR; INJECTION~000127195~~
N,N-DIMETHYLACETAMIDE~INTRAVENOUS; INJECTION~000127195~1.8~%
N,N-DIMETHYLACETAMIDE~IV(INFUSION); INJECTION~000127195~~
N-2-HYDROXYETHYLPIPERAZINE N'-2'-ETHANESULPHONIC ACID~INTRAVENOUS;
INJECTION~~~
N-3-CHLOROALLYL-METHENAMINE CHLORIDE~TOPICAL; EMULSION, CREAM~~0.1~%
N-3-CHLOROALLYL-METHENAMINE CHLORIDE~TOPICAL; LOTION~~~
N-3-CHLOROALLYL-METHENAMINE CHLORIDE~VAGINAL; EMULSION, CREAM~~~
NAPHTHA~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~8030306~~
NAPHTHA~ORAL; TABLET~8030306~0.9934~MG
NAPHTHA~ORAL; TABLET, COATED~8030306~~
N-DECYL-METHYL SULFOXIDE~TOPICAL; POWDER, FOR SOLUTION~~0.125~%
NEUTRAL OIL~ORAL; CAPSULE, SUSTAINED ACTION~~240~MG
NEUTRAL OIL~SUBLINGUAL; AEROSOL~~~
NIACINAMIDE~IM - IV; INJECTION~000098920~2.5~%
NIACINAMIDE~INTRA-ARTICULAR; INJECTION~000098920~~
NIACINAMIDE~INTRALESIONAL; INJECTION~000098920~~
NIACINAMIDE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000098920~~
NIACINAMIDE~INTRASYNOVIAL; INJECTION~000098920~~
NIACINAMIDE~TOPICAL; GEL~000098920~1.25~%
NIOXIME~INTRAVENOUS; INJECTION~000492999~0.2~%
NIPASEPT~ORAL; SYRUP~~0.1~%

DTX-2583

NIPASTAT~ORAL; TABLET~~~
NITRIC ACID~INHALATION; AEROSOL, METERED~007697372~1.67~%
NITRIC ACID~IV(INFUSION); INJECTION~007697372~~
NITRIC ACID~OPHTHALMIC; SOLUTION~007697372~~
NITRIC ACID~TOPICAL; EMULSION, CREAM~007697372~~
NITRIC ACID~TOPICAL; SOLUTION~007697372~~
NITRIC ACID~VAGINAL; EMULSION, CREAM~007697372~~
NITROGEN~AN,INFILTRATION; INJECTION~007727379~~
NITROGEN~CAUDAL BLOCK; INJECTION~007727379~~
NITROGEN~DENTAL; SOLUTION~007727379~~
NITROGEN~EPIDURAL; INJECTION~007727379~~
NITROGEN~IM - IV - SC; INJECTION~007727379~~
NITROGEN~IM - IV; INJECTABLE~007727379~~
NITROGEN~IM - IV; INJECTION~007727379~~
NITROGEN~IM - IV; POWDER, FOR INJECTION SOLUTION~007727379~~
NITROGEN~IM - SC; INJECTION~007727379~~
NITROGEN~IM - SC; INJECTION, SUSTAINED ACTION~007727379~~
NITROGEN~INHALATION; GAS, FOR INHALATION~007727379~~
NITROGEN~INHALATION; SOLUTION~007727379~~
NITROGEN~INTRA-ARTERIAL; INJECTION~007727379~~
NITROGEN~INTRACAVITARY; INJECTION~007727379~~
NITROGEN~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007727379~~
NITROGEN~INTRAMUSCULAR; INJECTION~007727379~~
NITROGEN~INTRATHECAL; INJECTION~007727379~~
NITROGEN~INTRATUMOR; INJECTION~007727379~~
NITROGEN~INTRATUMOR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007727379~~
NITROGEN~INTRAVASCULAR; INJECTION~007727379~~
NITROGEN~INTRAVENOUS; EMULSION, INJECTION~007727379~~
NITROGEN~INTRAVENOUS; INJECTABLE~007727379~~
NITROGEN~INTRAVENOUS; INJECTION~007727379~~
NITROGEN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~007727379~~
NITROGEN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007727379~~
NITROGEN~INTRAVENOUS; SOLUTION, INJECTION~007727379~~
NITROGEN~INTRAVESICAL; INJECTION~007727379~~
NITROGEN~INTRAVESICAL; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007727379~~
NITROGEN~IRRIGATION; SOLUTION~007727379~~
NITROGEN~IV - SC; POWDER, FOR INJECTION SOLUTION~007727379~~
NITROGEN~IV(INFUSION); INJECTION~007727379~~
NITROGEN~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~007727379~~
NITROGEN~IV(INFUSION); SOLUTION, INJECTION~007727379~~
NITROGEN~NASAL; SPRAY, METERED~007727379~~
NITROGEN~NERVE BLOCK; INJECTION~007727379~~
NITROGEN~ORAL; SOLUTION~007727379~~
NITROGEN~RECTAL; GEL~007727379~~
NITROGEN~SUBCUTANEOUS; INJECTION~007727379~~
NITROGEN~SUBMUCOSAL; SOLUTION, INJECTION~007727379~~
N-LAUROYLSARCOSINE~OPHTHALMIC; SUSPENSION, DROPS~000097789~0.03~%

DTX-2583

NONOXYNOL IODINE~TOPICAL;  SOLUTION~009006353~15.11~%
NONOXYNOL-15~TOPICAL;  SOLUTION~026027383~5.05~%
NONOXYNOL-15~TOPICAL;  SPONGE~026027383~50.5~MG
NONOXYNOL-9~OPHTHALMIC;  SOLUTION~026027383~0.125~%
NONOXYNOL-9~TOPICAL;  SOLUTION~026027383~0.01~%
NON-PAREIL SEEDS~ORAL;  CAPSULE~~299.9~MG
NON-PAREIL SEEDS~ORAL;  CAPSULE, COATED PELLETS~~122.191~MG
NON-PAREIL SEEDS~ORAL;  CAPSULE, ENTERIC COATED PELLETS~~~
NON-PAREIL SEEDS~ORAL;  CAPSULE, SUSTAINED ACTION~~823.5~MG
NON-PAREIL SEEDS~ORAL;  TABLET~~166.36~MG
NON-PAREIL SEEDS~ORAL;  TABLET, SUSTAINED ACTION~~157.5~MG
NON-PAREIL SEEDS BLUE~ORAL;  CAPSULE~~65~MG
NON-PAREIL SEEDS ORANGE~ORAL;  CAPSULE, SUSTAINED ACTION~~35~MG
NON-PAREIL SEEDS WHITE~ORAL;  CAPSULE~~43~MG
NORFLURANE~INHALATION;  AEROSOL, METERED~000811972~4.738~%
NORFLURANE~ORAL;  AEROSOL, METERED~000811972~5.4234~%
NORFLURANE~ORAL;  SOLUTION, AEROSOL, FOR INHALATION~000811972~~
NORFLURANE~ORAL;  SUSPENSION, FOR INHALATION~000811972~7.5~%
NORFLURANE~RESPIRATORY (INHALATION);  AEROSOL, METERED~000811972~89.76~%
N-PROPYL ORTHOSILICATE~VAGINAL;  INTRAUTERINE DEVICE~~0.7~MG
NUTMEG OIL, EXPRESSED~ORAL;  SOLUTION, ELIXIR~008007123~0.45~%
OATMEAL~TOPICAL;  SHAMPOO~~8~%
OCTADECENE-1/MALEIC ACID COPOLYMER~TOPICAL;  LOTION~~2~%
OCTANOIC ACID~INTRAVENOUS;  INJECTION~~0.012~%
OCTOXYNOL-1~TOPICAL;  SPONGE~009002931~~
OCTOXYNOL-40~OPHTHALMIC;  SOLUTION~~0.01~%
OCTOXYNOL-9~TOPICAL;  OINTMENT~009002931~~
OCTOXYNOL-9~TOPICAL;  SOLUTION~009002931~22~%
OCTOXYNOL-9~TOPICAL;  SPONGE~009002931~~
OCTYL HYDROXYSTEARATE~TOPICAL;  EMULSION, CREAM~~12~%
OCTYLDODECANOL~TOPICAL;  EMULSION, CREAM~005333426~12~%
OCTYLDODECANOL~TOPICAL;  GEL~005333426~10~%
OCTYLDODECANOL~TOPICAL;  LOTION~005333426~3.3~%
OCTYLDODECANOL~TOPICAL;  OINTMENT~005333426~~
OCTYLDODECANOL~TOPICAL;  SUSPENSION~005333426~2.013~%
OCTYLDODECANOL~TRANSDERMAL;  FILM, CONTROLLED RELEASE~005333426~253.4~MG
OCTYLDODECANOL~VAGINAL;  CREAM, AUGMENTED~005333426~13.5~%
OCTYLDODECANOL~VAGINAL;  EMULSION, CREAM~005333426~13.5~%
OCTYLDODECANOL~VAGINAL;  TABLET~005333426~~
OCTYLPHENOL POLYMETHYLENE~OPHTHALMIC;  SOLUTION~~~
OIL CREAM SODA~ORAL;  SYRUP~~~
OLEIC ACID~INHALATION;  AEROSOL, METERED~000112801~0.267~%
OLEIC ACID~INHALATION;  INHALANT~000112801~0.16~%
OLEIC ACID~NASAL;  AEROSOL, METERED~000112801~0.132~%
OLEIC ACID~ORAL;  CAPSULE, SOFT GELATIN~000112801~598.6~MG
OLEIC ACID~ORAL;  TABLET, COATED~000112801~0.72~MG
OLEIC ACID~ORAL;  TABLET, FILM COATED~000112801~~
OLEIC ACID~ORAL;  TABLET, REPEAT ACTION~000112801~1.854~MG
OLEIC ACID~ORAL;  TABLET, SUSTAINED ACTION~000112801~2~MG
OLEIC ACID~RESPIRATORY (INHALATION);  AEROSOL, METERED~000112801~0.0003~%

OLEIC ACID~TOPICAL; EMULSION~000112801~~
OLEIC ACID~TOPICAL; SOLUTION~000112801~7.4~%
OLEIC ACID~TRANSDERMAL; FILM, CONTROLLED RELEASE~000112801~22~MG
OLEIC ACID~TRANSDERMAL; PATCH, CONTROLLED RELEASE~000112801~5.51~MG
OLETH-10/OLETH-5~TOPICAL; EMULSION, CREAM~~~
OLETH-10/OLETH-5~TOPICAL; SOLUTION~~~
OLETH-2~TOPICAL; OIL~~~
OLETH-20~TOPICAL; EMULSION, CREAM~009004982~~
OLEYL ALCOHOL~TOPICAL; EMULSION, CREAM~000143282~10~%
OLEYL ALCOHOL~TOPICAL; OINTMENT~000143282~5~%
OLEYL OLEATE~TOPICAL; OINTMENT~~2.55~%
OLIVE OIL~ORAL; CAPSULE~008001250~~
OLIVE OIL~ORAL; SOLUTION~008001250~42.5~%
OLIVE OIL~TOPICAL; SOLUTION~008001250~0.6~%
OPACOAT NA2203~ORAL; TABLET~~~
OPACOAT NA4108 BLUE~ORAL; TABLET, FILM COATED~~~
OPACOAT NA4711 LAVENDER~ORAL; TABLET, FILM COATED~~~
OPACOAT NA7013 CLEAR~ORAL; TABLET, SUSTAINED ACTION~~4~MG
OPACODE A-10450 BLACK~ORAL; CAPSULE~0~~
OPACODE A-10450 BLACK~ORAL; TABLET~0~~
OPACODE A-10450 BLACK~ORAL; TABLET, FILM COATED~0~~
OPACODE A-10509 BLACK~ORAL; CAPSULE~~~
OPACODE NS-78-10013-N~ORAL; TABLET~~0.03~MG
OPACODE NS-78-17502 GRAY~ORAL; TABLET, FILM COATED~~~
OPACODE NS-78-8000 BLACK~ORAL; TABLET~~0.3~MG
OPACODE NS-78-8000 BLACK~ORAL; TABLET, COATED~~0.1~MG
OPACODE NS-78-8000 BLACK~ORAL; TABLET, FILM COATED~~0.1~MG
OPACODE NS-78-8000 BLACK~ORAL; TABLET, SUSTAINED ACTION~~0.2~MG
OPACODE NS-78-8001~ORAL; CAPSULE, SOFT GELATIN~~~
OPACODE NS-78-8001~ORAL; TABLET, EXTENDED RELEASE~~~
OPACODE NS-78-8001~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE NS-78-8001~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~~
OPACODE NSP-78-17734 BLACK~ORAL; CAPSULE, SOFT GELATIN~~~
OPACODE S-1-13001 ORANGE~ORAL; TABLET~~0.03~MG
OPACODE S-1-15034-FD RED~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-15038 RED~ORAL; TABLET~~0.2~MG
OPACODE S-1-16507~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
OPACODE S-1-1666 RED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
OPACODE S-1-1666 RED~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-1666 RED~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
OPACODE S-1-1666-M RED~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-1681 RED~ORAL; CAPSULE~~1~MG
OPACODE S-1-17706 BLACK~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-17711 BLACK~ORAL-21; TABLET, COATED~~~
OPACODE S-1-17711 BLACK~ORAL-28; TABLET, COATED~~~
OPACODE S-1-17734 BLACK~ORAL; TABLET~~~
OPACODE S-1-17734 BLACK~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-17749 BLACK~ORAL; CAPSULE, EXTENDED RELEASE~~~
OPACODE S-1-17749 BLACK~ORAL; CAPSULE, SUSTAINED ACTION~~~
OPACODE S-1-17797 BLACK~ORAL; TABLET~~~

OPACODE S-1-18025 WHITE~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-26514 BROWN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.06~MG
OPACODE S-1-3110 GREEN~ORAL; TABLET~~~
OPACODE S-1-3171 GREEN~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-4124 BLUE~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-4157~ORAL; CAPSULE, SOFT GELATIN~~~
OPACODE S-1-4159 BLACK~ORAL; TABLET, EXTENDED RELEASE~~~
OPACODE S-1-4160 BLUE~ORAL; TABLET~~~
OPACODE S-1-4160 BLUE~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-4160 BLUE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~~~
OPACODE S-1-4172 BLUE~ORAL; TABLET, FILM COATED~~1~MG
OPACODE S-1-4172M BLUE~ORAL; TABLET, FILM COATED~~1~MG
OPACODE S-1-4362~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-7020~ORAL; CAPSULE~~~
OPACODE S-1-7077~ORAL; CAPSULE~~~
OPACODE S-1-7078~ORAL; CAPSULE~~~
OPACODE S-1-7085 WHITE~ORAL; CAPSULE~~0.0332~MG
OPACODE S-1-7085 WHITE~ORAL; CAPSULE, SUSTAINED ACTION~~0.028~MG
OPACODE S-1-7090 WHITE~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-7534 GRAY~ORAL; TABLET~~~
OPACODE S-1-800HV BLACK~ORAL; CAPSULE~~~
OPACODE S-1-800HV BLACK~ORAL; TABLET, CONTROLLED RELEASE~~~
OPACODE S-1-8025 BLACK~ORAL; CAPSULE~~~
OPACODE S-1-8025 BLACK~ORAL; TABLET~~~
OPACODE S-1-8081 BLACK~ORAL; TABLET~~~
OPACODE S-1-8090 BLACK~ORAL; CAPSULE~~0.05~MG
OPACODE S-1-8090 BLACK~ORAL; CAPSULE, SOFT GELATIN~~~
OPACODE S-1-8090 BLACK~ORAL; TABLET~~0.6~MG
OPACODE S-1-8090 BLACK~ORAL; TABLET, COATED~~2.4~MG
OPACODE S-1-8090 BLACK~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
OPACODE S-1-8090 BLACK~ORAL; TABLET, EXTENDED RELEASE~~~
OPACODE S-1-8090 BLACK~ORAL; TABLET, FILM COATED~~0.7~MG
OPACODE S-1-8090 BLACK~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~~
OPACODE S-1-8092 BLACK~ORAL; CAPSULE~~~
OPACODE S-1-8093 BLACK~ORAL; TABLET~~~
OPACODE S-1-8093 BLACK~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-8094 BLACK~ORAL; CAPSULE~~~
OPACODE S-1-8095~ORAL; TABLET, FILM COATED~~0.7~MG
OPACODE S-1-8100-HV BLACK~ORAL; CAPSULE~~~
OPACODE S-1-8100-HV BLACK~ORAL; TABLET~~0.5~MG
OPACODE S-1-8100-HV BLACK~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
OPACODE S-1-8100-HV BLACK~ORAL; TABLET, SUGAR COATED~~0.09~MG
OPACODE S-1-8100-HV BLACK~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-8105 BLACK~ORAL; TABLET~~~
OPACODE S-1-8105 BLACK~ORAL; TABLET, FILM COATED~~~
OPACODE S-1-8105 BLACK~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-8106 BLACK~ORAL; TABLET~~~
OPACODE S-1-8106 BLACK~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-8106 BLACK~ORAL; TABLET, SUSTAINED ACTION, COATED~~~

OPACODE S-1-8109 BLACK~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
OPACODE S-1-8110 BLACK~ORAL; CAPSULE~~~
OPACODE S-1-8114 BLACK~ORAL; CAPSULE~~0.0275~MG
OPACODE S-1-8114 BLACK~ORAL; CAPSULE, HARD GELATIN~~~
OPACODE S-1-8114 BLACK~ORAL; CAPSULE, SUSTAINED ACTION~~0.033~MG
OPACODE S-1-8115 BLACK~ORAL; CAPSULE~~0.0275~MG
OPACODE S-1-8115 BLACK~ORAL; CAPSULE, HARD GELATIN~~~
OPACODE S-1-8115 BLACK~ORAL; CAPSULE, SUSTAINED ACTION~~0.0232~MG
OPACODE S-1-8152HV BLACK~ORAL; CAPSULE~~~
OPACODE S-1-8152HV BLACK~ORAL; TABLET~~~
OPACODE S-1-9009 BROWN~ORAL; TABLET, COATED~~~
OPACODE S-1-9032~ORAL; TABLET~~~
OPACODE S-1-9037 BROWN~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-9048C~ORAL; TABLET, SUSTAINED ACTION~~~
OPACODE S-1-9460HV BROWN~ORAL; CAPSULE~~0.15~MG
OPACODE S-19-7014 WHITE~ORAL; CAPSULE, SUSTAINED ACTION~~0.5~MG
OPACODE S-8-20931~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
OPACODE SB-4028 GREEN~ORAL; CAPSULE~~~
OPACODE WB NS-78-10521 BLUE~ORAL; TABLET~~0.09~MG
OPACODE WB NS-78-17715 BLACK~ORAL; TABLET~0~0.09~MG
OPACODE WB NS-78-17715 BLACK~ORAL; TABLET, CONTROLLED RELEASE~0~~
OPACODE WB NS-78-17715 BLACK~ORAL; TABLET, EXTENDED RELEASE~0~~
OPACODE WB NS-78-17715 BLACK~ORAL; TABLET, SUSTAINED ACTION~0~~
OPACODE WB NSP-78-18022 WHITE~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~~~
OPADRY 00A28646~ORAL; TABLET, FILM COATED~~3.4~MG
OPADRY 02B14941 PINK~ORAL; TABLET~~6~MG
OPADRY 02B22429 YELLOW~ORAL; TABLET~~30~MG
OPADRY 02G22555 YELLOW~ORAL; TABLET, FILM COATED~~4~MG
OPADRY 02G26637 BROWN~ORAL; TABLET, FILM COATED~~8~MG
OPADRY 02-H-22703 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~9~MG
OPADRY 03A 58900 WHITE~ORAL; TABLET~~4.46~MG
OPADRY 03A14309 PINK~ORAL; TABLET~~11.9~MG
OPADRY 03B11434 GREEN~ORAL; TABLET~~32.38~MG
OPADRY 03B12896 YELLOW~ORAL; TABLET~~24~MG
OPADRY 03B22426 YELLOW~ORAL; TABLET~~15~MG
OPADRY 03B24562 PEACH~ORAL; TABLET, FILM COATED~~18~MG
OPADRY 03B54504 PINK~ORAL; TABLET, FILM COATED~~27~MG
OPADRY 03B54573 PINK~ORAL; TABLET~~4~MG
OPADRY 03B54588 PINK~ORAL; TABLET~~2~MG
OPADRY 03B54955 PINK~ORAL; TABLET~~18.5~MG
OPADRY 03B56518 BROWN~ORAL; TABLET~~3~MG
OPADRY 03B56982 BROWN~ORAL; TABLET~~~
OPADRY 03B58902 WHITE~ORAL; TABLET~~10.5~MG
OPADRY 03B58930 WHITE~ORAL; TABLET~~13.4~MG
OPADRY 03B58965 WHITE~ORAL; TABLET~~24.05~MG
OPADRY 03B86625 BROWN~ORAL; TABLET~~~
OPADRY 03F12920 YELLOW~ORAL; CAPSULE~~5.4~MG
OPADRY 03F12967 YELLOW~ORAL; TABLET, FILM COATED~~4~MG
OPADRY 03F13325 ORANGE~ORAL; TABLET~~12~MG
OPADRY 03F14895 PINK~ORAL; TABLET, FILM COATED~~4~MG

DTX-2583

OPADRY 03F54568 PINK~ORAL;  TABLET~~7~MG
OPADRY 03J18312 WHITE~ORAL;  TABLET~~30~MG
OPADRY 03K14881 PINK~ORAL;  TABLET~~34.2~MG
OPADRY 04F50702 BLUE~ORAL;  TABLET~~5~MG
OPADRY 04F58804 WHITE~ORAL;  TABLET~~6~MG
OPADRY 05B10446 PURPLE~ORAL;  TABLET~~16~MG
OPADRY 05B10446 PURPLE~ORAL;  TABLET, COATED~~23~MG
OPADRY 05B11552 GREEN~ORAL;  TABLET, SUSTAINED ACTION~~3.642~MG
OPADRY 05B11781 GREEN~ORAL;  TABLET~~7~MG
OPADRY 05B12337 YELLOW~ORAL;  TABLET~~8.5~MG
OPADRY 05B15325 RED~ORAL;  TABLET~~5~MG
OPADRY 05B17055 TAN~ORAL;  TABLET~~4~MG
OPADRY 05B17055 TAN~ORAL;  TABLET, FILM COATED~~5~MG
OPADRY 12B58900 WHITE~ORAL;  TABLET~~20~MG
OPADRY 12F20984 BLUE~ORAL;  TABLET, FILM COATED~~4~MG
OPADRY 12F21129 GREEN~ORAL;  TABLET, FILM COATED~~2~MG
OPADRY 12F22609 YELLOW~ORAL;  TABLET, FILM COATED~~8~MG
OPADRY 12J18255 WHITE~ORAL;  TABLET~~~
OPADRY 13H52750 YELLOW~ORAL;  TABLET~~~
OPADRY 13H52754 YELLOW~ORAL;  TABLET~~~
OPADRY 13H54756 PINK~ORAL;  TABLET~~~
OPADRY 13H54757 PINK~ORAL;  TABLET~~~
OPADRY 15B13335 ORANGE~ORAL;  TABLET, EXTENDED RELEASE~~20~MG
OPADRY 15B24879 PINK~ORAL;  TABLET, FILM COATED~~4~MG
OPADRY 15B53449 ORANGE~ORAL;  TABLET~~12.5~MG
OPADRY 16B38982 WHITE~ORAL;  TABLET~~2~MG
OPADRY 16B5900 YELLOW~ORAL;  TABLET, FILM COATED~~7.5~MG
OPADRY 20014832 PINK~ORAL;  TABLET, FILM COATED~~3.745~MG
OPADRY 20A52560 YELLOW~ORAL;  TABLET, FILM COATED~~4.5~MG
OPADRY 20A54614 PINK~ORAL;  TABLET, FILM COATED~~16~MG
OPADRY 20A56788 BROWN~ORAL;  TABLET, FILM COATED~~9~MG
OPADRY 20A58806 WHITE~ORAL;  TABLET, FILM COATED~~13.5~MG
OPADRY 20A58916 WHITE~ORAL;  TABLET, FILM COATED~~13.5~MG
OPADRY 20A59015 CLEAR~ORAL;  TABLET, FILM COATED~~30~MG
OPADRY 20B11521 GREEN~ORAL;  TABLET, FILM COATED~~28~MG
OPADRY 20B17583 GRAY~ORAL;  TABLET, FILM COATED~~21~MG
OPADRY 20B97160 BEIGE~ORAL;  TABLET, FILM COATED~~12~MG
OPADRY 20C15347 RED~ORAL;  TABLET, FILM COATED~~22~MG
OPADRY 20H52619 YELLOW~ORAL;  TABLET~~~
OPADRY 31F20963 BLUE~ORAL;  TABLET, SUSTAINED ACTION~~23~MG
OPADRY 31F32870 YELLOW~ORAL;  TABLET, SUSTAINED ACTION, FILM COATED~~21~MG
OPADRY 32K23123 ORANGE~ORAL;  TABLET, SUSTAINED ACTION~~7~MG
OPADRY 33G12976 YELLOW~ORAL;  TABLET, FILM COATED~~4.5~MG
OPADRY 40L14203 PINK~ORAL;  TABLET, SUSTAINED ACTION~~5.1~MG
OPADRY 80W 12319 YELLOW~ORAL;  TABLET~~9.7~MG
OPADRY 80W22657 AMB YELLOW~ORAL;  TABLET~~7.5~MG
OPADRY 80W-93032 AMB ORANGE~ORAL;  TABLET, FILM COATED~~9.967~MG
OPADRY 85F14999 PINK~ORAL;  TABLET~~8~MG
OPADRY 85G93096 ORANGE~ORAL;  TABLET~~4.53~MG
OPADRY AMB 80W52110 YELLOW~ORAL;  TABLET~~16~MG

DTX-2583

OPADRY I 03B22409 YELLOW~ORAL; TABLET, MULTILAYER, COATED~~17~MG
OPADRY I 03B23197 ORANGE~ORAL; TABLET, MULTILAYER, COATED~~18~MG
OPADRY I 03B24658 PINK~ORAL; TABLET, MULTILAYER, COATED~~17~MG
OPADRY II 03B10903 BLUE~ORAL; TABLET, SUSTAINED ACTION~~20.82~MG
OPADRY II 31F23111 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~16~MG
OPADRY II 31F27625 GRAY~ORAL; TABLET, SUSTAINED ACTION~~19~MG
OPADRY II 32B10817 BLUE~ORAL; TABLET~~6~MG
OPADRY II 32K10054 PURPLE~ORAL; TABLET~~13.1~MG
OPADRY II 32K12160 YELLOW~ORAL; TABLET, FILM COATED~~32.28~MG
OPADRY II 32K12884 YELLOW~ORAL; TABLET~~14~MG
OPADRY II 32K12942 YELLOW~ORAL; TABLET~~38.85~MG
OPADRY II 32K12968 YELLOW~ORAL; TABLET, CONTROLLED RELEASE~~8.88~MG
OPADRY II 32K13357 ORANGE~ORAL-21; TABLET~~5~MG
OPADRY II 32K13357 ORANGE~ORAL-28; TABLET~~5~MG
OPADRY II 32K13699 ORANGE~ORAL; TABLET, FILM COATED~~9~MG
OPADRY II 32K14826 PINK~ORAL; TABLET~~7.2~MG
OPADRY II 32K14833 PINK~ORAL; TABLET~~21~MG
OPADRY II 32K14833 PINK~ORAL; TABLET, FILM COATED~~5~MG
OPADRY II 32K17089 TAN~ORAL; TABLET~~3.75~MG
OPADRY II 32K17573 GRAY~ORAL; TABLET~~7.5~MG
OPADRY II 33G10907 BLUE~ORAL; TABLET~~4.5~MG
OPADRY II 33G11635 GREEN~ORAL; TABLET, SUSTAINED ACTION~~11.2~MG
OPADRY II 33G28707 WHITE~ORAL; TABLET~~31.25~MG
OPADRY II 40 L14235 PINK~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~22~MG
OPADRY II 40 L17589 GRAY~ORAL; TABLET, SUSTAINED ACTION~~26~MG
OPADRY II 40014876 PINK~ORAL; TABLET, FILM COATED~~4.93~MG
OPADRY II 40B12994 BEIGE~ORAL; TABLET~~10~MG
OPADRY II 40B97172 YELLOW~ORAL; TABLET~~5~MG
OPADRY II 40C10881 BLUE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY II 40C13396 ORANGE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY II 40C18303 WHITE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY II 40L10412 PURPLE~ORAL; TABLET, SUSTAINED ACTION~~5.25~MG
OPADRY II 40L10884 BLUE~ORAL; TABLET, FILM COATED~~18~MG
OPADRY II 40L11588 GREEN~ORAL; TABLET~~26.25~MG
OPADRY II 40L11588 GREEN~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~22~MG
OPADRY II 40L12917 YELLOW~ORAL; TABLET, FILM COATED~~18~MG
OPADRY II 40L12979 YELLOW~ORAL; TABLET, SUSTAINED ACTION, COATED~~30~MG
OPADRY II 40L13950 ORANGE~ORAL; TABLET~~9~MG
OPADRY II 40L14190 PINK~ORAL; TABLET~~24.5~MG
OPADRY II 40L14336 PINK~ORAL; TABLET~~9~MG
OPADRY II 40L14836 PINK~ORAL; TABLET, FILM COATED~~4.75~MG
OPADRY II 40L17427 BEIGE~ORAL; TABLET~~9~MG
OPADRY II 40L17587 GRAY~ORAL; TABLET~~6.2~MG
OPADRY II 40L92058 YELLOW~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~12.9~MG
OPADRY II 49B10882 BLUE~ORAL; TABLET~~26.9~MG
OPADRY II 49B13460 ORANGE~ORAL; TABLET~~19~MG
OPADRY II 49B16716 BROWN~ORAL; TABLET~~9.57~MG
OPADRY II 49B16716 BROWN~ORAL; TABLET, COATED~~~
OPADRY II 85F10919 BLUE~ORAL; TABLET~~24~MG

OPADRY II 85F12345 YELLOW~ORAL; TABLET~~6~MG
OPADRY II 85F12372 YELLOW~ORAL; TABLET~~4.5~MG
OPADRY II 85F13980 ORANGE~ORAL; TABLET~~4.5~MG
OPADRY II 85F16876 BROWN~ORAL; TABLET~~24~MG
OPADRY II 85F18378 WHITE~ORAL; TABLET~~40~MG
OPADRY II 85F18422 WHITE~ORAL; TABLET~~35.4~MG
OPADRY II 85F22055 YELLOW~ORAL; TABLET~~10~MG
OPADRY II 85F23470 PINK~ORAL; TABLET~~7.5~MG
OPADRY II 85F24033 PINK~ORAL; TABLET~~7.5~MG
OPADRY II 85F24307 PINK~ORAL; TABLET~~35~MG
OPADRY II 85F28751 WHITE~ORAL; TABLET~~24~MG
OPADRY II 85F288751 WHITE~ORAL; TABLET~~30~MG
OPADRY II 85F94172 PINK~ORAL; TABLET~~46.5~MG
OPADRY II OY-L-22903~ORAL; TABLET, FILM COATED~~6~MG
OPADRY II OY-L-23028 ORANGE~ORAL; TABLET, FILM COATED~~4.5~MG
OPADRY II OY-L-24802 PINK~ORAL; TABLET, FILM COATED~~4.5~MG
OPADRY II OY-L-24803 PINK~ORAL; TABLET, FILM COATED~~9~MG
OPADRY II OY-L-24808~ORAL; TABLET, FILM COATED~~12~MG
OPADRY II OY-L-32920~ORAL; TABLET, FILM COATED~~12~MG
OPADRY II Y-19-19054 CLEAR~ORAL; CAPSULE, SUSTAINED ACTION~~45.14~MG
OPADRY II Y-19-7483 CLEAR~ORAL; CAPSULE, SUSTAINED ACTION~~5.74~MG
OPADRY II Y-19-7483 CLEAR~ORAL; TABLET~~5.6~MG
OPADRY II Y-19-7483 CLEAR~ORAL; TABLET, FILM COATED~~34~MG
OPADRY II Y-19-7483 CLEAR~ORAL; TABLET, SUSTAINED ACTION~~35~MG
OPADRY II Y-19-7483 CLEAR~ORAL; TABLET, SUSTAINED ACTION, COATED~~9.8~MG
OPADRY II Y-22-10274 LAVENDER~ORAL; TABLET, FILM COATED~~8~MG
OPADRY II Y-22-10274 LAVENDER~ORAL; TABLET, SUSTAINED ACTION~~14.95~MG
OPADRY II Y-22-10508 BLUE~ORAL; TABLET~~14.83~MG
OPADRY II Y-22-10519 BLUE~ORAL; TABLET~~29.66~MG
OPADRY II Y-22-10538 BLUE~ORAL; TABLET~~90~MG
OPADRY II Y-22-10702 BLUE~ORAL; TABLET~~6.2~MG
OPADRY II Y-22-10702 BLUE~ORAL; TABLET, SUSTAINED ACTION~~5.25~MG
OPADRY II Y-22-10764 BLUE~ORAL; TABLET~~15~MG
OPADRY II Y-22-11184 GREEN~ORAL; TABLET~~8~MG
OPADRY II Y-22-12664 YELLOW~ORAL; TABLET~~86.4~MG
OPADRY II Y-22-12664 YELLOW~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~12~MG
OPADRY II Y-22-12718 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~15~MG
OPADRY II Y2212720 PALE YELLOW~ORAL; TABLET, FILM COATED~~2.375~MG
OPADRY II Y-22-12780 YELLOW~ORAL; TABLET, FILM COATED~~10.85~MG
OPADRY II Y-22-13034 ORANGE~ORAL; TABLET~~4.2~MG
OPADRY II Y-22-13061 ORANGE~ORAL; TABLET~~24~MG
OPADRY II Y-22-13061 ORANGE~ORAL; TABLET, COATED~~13~MG
OPADRY II Y-22-13061 ORANGE~ORAL; TABLET, FILM COATED~~6.5~MG
OPADRY II Y-22-13083 ORANGE~ORAL; TABLET~~15~MG
OPADRY II Y-22-13089 ORANGE~ORAL; TABLET~~4.9~MG
OPADRY II Y-22-13167 ORANGE~ORAL; TABLET~~25~MG
OPADRY II Y-22-13167 ORANGE~ORAL; TABLET, CONTROLLED RELEASE~~6~MG
OPADRY II Y-22-13167 ORANGE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~17.19~MG

OPADRY II Y-22-13526 ORANGE~ORAL; TABLET, FILM COATED~~~
OPADRY II Y-22-13577 FLESH~ORAL; TABLET~~4~MG
OPADRY II Y-22-13577 FLESH~ORAL; TABLET, FILM COATED~~9.3~MG
OPADRY II Y-22-13577 FLESH~ORAL; TABLET, SUSTAINED ACTION~~15~MG
OPADRY II Y-22-13603 ORANGE~ORAL; TABLET~~67.5~MG
OPADRY II Y-22-13613 ORANGE~ORAL; TABLET~~~
OPADRY II Y-22-13663 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~5.25~MG
OPADRY II Y2214701 PINK~ORAL; TABLET, FILM COATED~~19~MG
OPADRY II Y-22-15061~ORAL; TABLET, SUSTAINED ACTION, COATED~~17.1~MG
OPADRY II Y-22-16562 BROWN~ORAL; TABLET~~15~MG
OPADRY II Y-22-16577 BROWN~ORAL; TABLET, SUSTAINED ACTION, COATED~~12~MG
OPADRY II Y-22-17025 BEIGE~ORAL; TABLET, FILM COATED~~15~MG
OPADRY II Y-22-17165 BEIGE~ORAL; TABLET~~20~MG
OPADRY II Y-22-17221 BEIGE~ORAL; TABLET, FILM COATED~~12~MG
OPADRY II Y2217279 BEIGE~ORAL; TABLET, FILM COATED~~9.5~MG
OPADRY II Y-22-17515 GRAY~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~~40~MG
OPADRY II Y-22-18238 WHITE~ORAL; TABLET~~3~MG
OPADRY II Y-22-18238 WHITE~ORAL; TABLET, CONTROLLED RELEASE~~5.85~MG
OPADRY II Y-22-7719 WHITE~ORAL; CAPSULE~~4.44~MG
OPADRY II Y-22-7719 WHITE~ORAL; TABLET~~42.42~MG
OPADRY II Y-22-7719 WHITE~ORAL; TABLET, COATED~~~
OPADRY II Y-22-7719 WHITE~ORAL; TABLET, FILM COATED~~40~MG
OPADRY II Y-22-7719 WHITE~ORAL; TABLET, SUSTAINED ACTION~~9~MG
OPADRY II Y-22-7719 WHITE~ORAL; TABLET, SUSTAINED ACTION, COATED~~18.15~MG
OPADRY II Y-22-7719 WHITE~ORAL; TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~~17.91~MG
OPADRY II Y-30-10671A BLUE~ORAL; TABLET~~~
OPADRY II Y-30-10701 BLUE~ORAL; TABLET~~40~MG
OPADRY II Y-30-12705 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~20~MG
OPADRY II Y-30-12736A YELLOW~ORAL; TABLET, FILM COATED~~18~MG
OPADRY II Y-30-12736A YELLOW~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~7~MG
OPADRY II Y-30-12737A YELLOW~ORAL; TABLET~~6~MG
OPADRY II Y-30-12737A YELLOW~ORAL; TABLET, FILM COATED~~5~MG
OPADRY II Y-30-12842A YELLOW~ORAL; TABLET~~2~MG
OPADRY II Y-30-12863A YELLOW~ORAL; TABLET, FILM COATED~~4.5~MG
OPADRY II Y-30-13091 ORANGE~ORAL-21; TABLET~~3~MG
OPADRY II Y-30-13091 ORANGE~ORAL-28; TABLET~~3~MG
OPADRY II Y-30-13242A ORANGE~ORAL; TABLET~~~
OPADRY II Y-30-13616 ORANGE~ORAL; TABLET~~6~MG
OPADRY II Y-30-13642A ORANGE~ORAL; TABLET, SUSTAINED ACTION~~24.5~MG
OPADRY II Y-30-14700A PINK~ORAL; TABLET, FILM COATED~~7~MG
OPADRY II Y-30-14758 PINK~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~7.99~MG
OPADRY II Y-30-17295A TAN~ORAL; TABLET~~6~MG
OPADRY II Y-30-17296A BEIGE~ORAL; TABLET~~6~MG
OPADRY II Y-30-17340A BEIGE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY II Y-30-17528 GRAY~ORAL; TABLET~~25~MG
OPADRY II Y-30-17528 GRAY~ORAL; TABLET, SUSTAINED ACTION~~5.6~MG

OPADRY II Y-30-18037 WHITE~ORAL; TABLET~~16~MG
OPADRY II Y-30-18037 WHITE~ORAL; TABLET, CONTROLLED RELEASE~~38~MG
OPADRY II Y-30-18037 WHITE~ORAL; TABLET, EXTENDED RELEASE~~~
OPADRY II Y-30-18037 WHITE~ORAL; TABLET, FILM COATED~~43.2~MG
OPADRY II Y-30-18037 WHITE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~~26~MG
OPADRY II YS-1-12524A~ORAL; TABLET, FILM COATED~~16~MG
OPADRY II YS-1-19025A CLEAR~ORAL; TABLET, COATED~~9.9~MG
OPADRY II Y-S-1-7006 CLEAR~ORAL; TABLET, FILM COATED~~~
OPADRY II YS-1-7006 CLEAR~ORAL; TABLET~~4.8~MG
OPADRY II YS-1-7006 CLEAR~ORAL; TABLET, COATED~~4.8~MG
OPADRY II YS-1-7006 CLEAR~ORAL; TABLET, SUSTAINED ACTION~~13~MG
OPADRY II YS-22-13571 ORANGE~ORAL; TABLET, FILM COATED~~7.5~MG
OPADRY II YS-22-17227A BEIGE~ORAL; TABLET, FILM COATED~~5.25~MG
OPADRY II YS-22-18096 WHITE~ORAL; TABLET~~28.5~MG
OPADRY II YS-30-12788A YELLOW~ORAL; TABLET, CONTROLLED RELEASE~~18~MG
OPADRY II YS-30-13641A ORANGE~ORAL; TABLET~~15~MG
OPADRY II YS-30-14743A PINK~ORAL; TABLET, FILM COATED~~5.1~MG
OPADRY II YS-30-14777A PINK~ORAL; TABLET, FILM COATED~~5~MG
OPADRY II YS-30-17265A BEIGE~ORAL; TABLET~~6~MG
OPADRY II YS-30-17265A BEIGE~ORAL; TABLET, SUSTAINED ACTION~~9~MG
OPADRY II YS-30-17271A BEIGE~ORAL; TABLET, FILM COATED~~15.46~MG
OPADRY II YS-30-18105 WHITE~ORAL; TABLET, FILM COATED~~13.2~MG
OPADRY II YS-30-18105 WHITE~ORAL; TABLET, SUSTAINED ACTION~~9~MG
OPADRY O2B24864 PINK~ORAL; TABLET, FILM COATED~~~
OPADRY OS-F-32867 YELLOW~ORAL; TABLET~~20~MG
OPADRY OY-22959 YELLOW~ORAL; TABLET, FILM COATED~~~
OPADRY OY-23050 ORANGE~ORAL; TABLET, FILM COATED~~~
OPADRY OY-27202 TAN~ORAL; TABLET~~~
OPADRY OY-27301 BUTTERSCOTCH~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~6~MG
OPADRY OY-3736 BUTTERSCOTCH~ORAL; TABLET~~29.2~MG
OPADRY OY-38924 WHITE~ORAL; TABLET~~39~MG
OPADRY OY-52945 YELLOW~ORAL; TABLET~~23.16~MG
OPADRY OY-54937 PINK~ORAL; TABLET, FILM COATED~~3~MG
OPADRY OY-58900 WHITE~ORAL; TABLET~~31.8~MG
OPADRY OY-7240 CLEAR~ORAL; TABLET~~24~MG
OPADRY OY-7300 WHITE~ORAL; TABLET~~35~MG
OPADRY OY-8764H ORANGE~ORAL; TABLET, FILM COATED~~25.2~MG
OPADRY OY-B-28920 WHITE~ORAL; TABLET~~28~MG
OPADRY OY-B-28920 WHITE~ORAL; TABLET, FILM COATED~~14~MG
OPADRY OY-B-32830~ORAL; TABLET~~28~MG
OPADRY OY-GM-28900~ORAL; TABLET, FILM COATED~~26~MG
OPADRY OY-L-27204 TAN~ORAL; TABLET~~4~MG
OPADRY OY-L-27205 BEIGE~ORAL; TABLET~~4~MG
OPADRY OY-L-28906~ORAL; TABLET~~4.5~MG
OPADRY OY-L-34836 PINK~ORAL; TABLET~~4~MG
OPADRY OY-LS-20921 BLUE~ORAL; TABLET~~15~MG
OPADRY OY-LS-23016 ORANGE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY OY-LS-23018 ORANGE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~6~MG

DTX-2583

OPADRY OY-LS-28908 WHITE~ORAL;  TABLET~~7.5~MG
OPADRY OY-LS-28908 WHITE~ORAL;  TABLET, FILM COATED~~13.5~MG
OPADRY OY-LS-28914 WHITE~ORAL;  TABLET, FILM COATED~~15~MG
OPADRY OY-LS-28914 WHITE~ORAL;  TABLET, SUSTAINED ACTION~~7~MG
OPADRY OY-LS-33111 ORANGE~ORAL;  TABLET~~7~MG
OPADRY OY-LS-37200 BUFF~ORAL;  TABLET, FILM COATED~~9~MG
OPADRY OY-LS-58900 WHITE~ORAL;  SOLUTION~~0.3~%
OPADRY OY-S-1387 PINK~ORAL;  TABLET, SUSTAINED ACTION, FILM COATED~~0.25~MG
OPADRY OY-S-20007 PURPLE~ORAL;  TABLET, SUSTAINED ACTION, COATED~~13~MG
OPADRY OY-S-20900 BLUE~ORAL;  TABLET, FILM COATED~~4.5~MG
OPADRY OY-S-20901 BLUE~ORAL;  TABLET~~8~MG
OPADRY OY-S-21001 GREEN~ORAL;  TABLET, FILM COATED~~4.5~MG
OPADRY OY-S-21027 GREEN~ORAL;  TABLET~~9~MG
OPADRY OY-S-22802 YELLOW~ORAL;  TABLET~~5~MG
OPADRY OY-S-22815 YELLOW~ORAL;  TABLET~~~
OPADRY OY-S-22815 YELLOW~ORAL-28;  TABLET~~1.22~MG
OPADRY OY-S-22907 YELLOW~ORAL;  TABLET, FILM COATED~~4.5~MG
OPADRY OY-S-23049 ORANGE~ORAL-28;  TABLET~~1.21~MG
OPADRY OY-S-24900 PINK~ORAL;  TABLET, FILM COATED~~4.5~MG
OPADRY OY-S-24972 PINK~ORAL;  TABLET~~8.6~MG
OPADRY OY-S-26529 RED~ORAL;  TABLET~~~
OPADRY OY-S-26530 RED~ORAL-28;  TABLET~~1.21~MG
OPADRY OY-S-28833 WHITE~ORAL;  TABLET~~~
OPADRY OY-S-28849 WHITE~ORAL;  TABLET~~5~MG
OPADRY OY-S-28924 WHITE~ORAL;  TABLET~~13~MG
OPADRY OY-S-28924 WHITE~ORAL;  TABLET, FILM COATED~~16.52~MG
OPADRY OY-S-29019 CLEAR~ORAL;  TABLET, SUSTAINED ACTION~~30~MG
OPADRY OY-S-30013 PURPLE~ORAL;  TABLET~~17~MG
OPADRY OY-S-30913 BLUE~ORAL;  TABLET~~10~MG
OPADRY OY-S-30953 BLUE~ORAL;  TABLET~~6~MG
OPADRY OY-S-32921 YELLOW~ORAL;  TABLET~~4~MG
OPADRY OY-S-32921 YELLOW~ORAL;  TABLET, FILM COATED~~4~MG
OPADRY OY-S-32986 YELLOW~ORAL;  TABLET~~10.35~MG
OPADRY OY-S-33016~ORAL;  TABLET~~30~MG
OPADRY OY-S-34800 PINK~ORAL;  TABLET~~6~MG
OPADRY OY-S-34817 PINK~ORAL;  TABLET, FILM COATED~~18~MG
OPADRY OY-S-34923 PINK~ORAL;  TABLET~~8~MG
OPADRY OY-S-34995 PINK~ORAL;  TABLET~~13.8~MG
OPADRY OY-S-38928~ORAL;  TABLET, FILM COATED~~20~MG
OPADRY OY-S-38944 WHITE~ORAL;  TABLET~~11~MG
OPADRY OY-S-52902 YELLOW~ORAL;  TABLET~~16.656~MG
OPADRY OY-S-53010 ORANGE~ORAL;  TABLET~~8.328~MG
OPADRY OY-S-54902 PINK~ORAL;  TABLET, FILM COATED~~5.24~MG
OPADRY OY-S-54904 PINK~ORAL;  TABLET, FILM COATED~~3.6~MG
OPADRY OY-S-6937 PINK~ORAL;  TABLET, FILM COATED~~6~MG
OPADRY OY-S-7322 WHITE~ORAL;  TABLET, FILM COATED~~9~MG
OPADRY OY-S-7399 WHITE~ORAL;  TABLET~~19~MG
OPADRY OY-S-7399 WHITE~ORAL;  TABLET, FILM COATED~~10~MG
OPADRY OY-S-9476 BROWN~ORAL;  TABLET, SUSTAINED ACTION~~28.26~MG
OPADRY OY-S-9603 WHITE~ORAL;  TABLET~~24~MG

OPADRY OY-S-9603 WHITE~ORAL; TABLET, FILM COATED~~38.5~MG
OPADRY OY-SR-34907~ORAL; TABLET~~12.25~MG
OPADRY S-1-1666 RED~ORAL; TABLET, FILM COATED~~~
OPADRY Y-1-1518 PINK~ORAL; TABLET~~~
OPADRY Y-1-17272A BEIGE~ORAL; TABLET~~12~MG
OPADRY Y-1-17517 GRAY~ORAL; TABLET, SUSTAINED ACTION~~~
OPADRY Y-1-2102 YELLOW~ORAL; TABLET, COATED~~10.87~MG
OPADRY Y-1-2132 YELLOW~ORAL; TABLET~~28~MG
OPADRY Y-1-2516 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~5~MG
OPADRY Y-1-2553 ORANGE~ORAL; TABLET~~10.5~MG
OPADRY Y-1-2605 BEIGE~ORAL; TABLET~~~
OPADRY Y-1-3211 GREEN~ORAL; TABLET~~~
OPADRY Y-1-3211 GREEN~ORAL; TABLET, SUSTAINED ACTION~~~
OPADRY Y-1-4205 BLUE~ORAL; TABLET, FILM COATED~~12.2~MG
OPADRY Y-1-4206 BLUE~ORAL; TABLET, SUSTAINED ACTION~~5.7~MG
OPADRY Y-1-4234 BLUE~ORAL; TABLET~~3.055~MG
OPADRY Y-1-7000 WHITE~ORAL; TABLET~~25.5~MG
OPADRY Y-1-7000 WHITE~ORAL; TABLET, COATED~~3~MG
OPADRY Y-1-7000 WHITE~ORAL; TABLET, CONTROLLED RELEASE~~~
OPADRY Y-1-7000 WHITE~ORAL; TABLET, EXTENDED RELEASE~~11.1~MG
OPADRY Y-1-7000 WHITE~ORAL; TABLET, FILM COATED~~27~MG
OPADRY Y-1-7000B WHITE~ORAL; TABLET~~10~MG
OPADRY Y-1-7000H WHITE~ORAL; TABLET~~15~MG
OPADRY Y-1-7000H WHITE~ORAL; TABLET, FILM COATED~~28~MG
OPADRY Y-1-7006 BLUE~ORAL; TABLET~~3.232~MG
OPADRY Y-1-7503 GRAY~ORAL; TABLET, SUSTAINED ACTION~~5~MG
OPADRY Y-22-10501 BLUE~ORAL; TABLET, CONTROLLED RELEASE~~17.95~MG
OPADRY Y-22-12751 YELLOW~ORAL; TABLET~~25.8~MG
OPADRY Y-22-13558 ORANGE~ORAL; TABLET~~12.8~MG
OPADRY Y-22-14525 PINK~ORAL; TABLET~~4.8~MG
OPADRY Y-22-15008 RED~ORAL; TABLET, FILM COATED~~3.83~MG
OPADRY Y-22-15119 RED~ORAL; TABLET, SUSTAINED ACTION, COATED~~18~MG
OPADRY Y-22-18238 WHITE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY Y-30-13168A ORANGE~ORAL; TABLET~~7~MG
OPADRY Y-30-14565 PINK~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~18~MG
OPADRY Y-30-14565 PINK~ORAL; TABLET, FILM COATED~~36~MG
OPADRY Y-30-17267 BEIGE~ORAL; TABLET~~~
OPADRY Y-30-17267 BEIGE~ORAL; TABLET, FILM COATED~~~
OPADRY Y-33G-27241 BEIGE~ORAL; TABLET~~~
OPADRY Y-5-10272A LAVENDER~ORAL; TABLET~~~
OPADRY Y-5-10300 LAVENDER~ORAL; TABLET, FILM COATED~~2~MG
OPADRY Y-5-10670 BLUE~ORAL; TABLET~~18~MG
OPADRY Y-5-1244 PINK~ORAL; TABLET~~2~MG
OPADRY Y-5-12539 YELLOW~ORAL; TABLET~~12.6~MG
OPADRY Y-5-12544A YELLOW~ORAL; TABLET, FILM COATED~~6~MG
OPADRY Y-5-12584 YELLOW~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~11.55~MG
OPADRY Y-5-13512 ORANGE~ORAL; TABLET~~25.2~MG
OPADRY Y-5-13513 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~5~MG

OPADRY Y-5-14530A PINK~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~11.55~MG
OPADRY Y-5-1727 RED~ORAL; TABLET~~7~MG
OPADRY Y-5-2028 YELLOW~ORAL; TABLET~~~
OPADRY Y-5-2042 YELLOW~ORAL; TABLET~~~
OPADRY Y-5-2042 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~18.3~MG
OPADRY Y-5-2086 YELLOW~ORAL; TABLET~~26~MG
OPADRY Y-5-2312 YELLOW~ORAL; TABLET~~~
OPADRY Y-5-2328 ORANGE~ORAL; TABLET~~24.6~MG
OPADRY Y-5-2371 ORANGE~ORAL; TABLET~~28.875~MG
OPADRY Y-5-2394 ORANGE~ORAL; TABLET~~31.5~MG
OPADRY Y-5-2450 ORANGE~ORAL; TABLET~~20.895~MG
OPADRY Y-5-2450 ORANGE~ORAL; TABLET, FILM COATED~~7.875~MG
OPADRY Y-5-2451 ORANGE~ORAL; TABLET~~6~MG
OPADRY Y-5-2644 BEIGE~ORAL; TABLET~~~
OPADRY Y-5-2646 BEIGE~ORAL; TABLET~~14~MG
OPADRY Y-5-3140 GREEN~ORAL; TABLET~~~
OPADRY Y-5-3171 GREEN~ORAL; TABLET, SUSTAINED ACTION~~10~MG
OPADRY Y-5-3193 GREEN~ORAL; TABLET, FILM COATED~~~
OPADRY Y-5-3296 GREEN~ORAL; TABLET~~36.4~MG
OPADRY Y-5-4129 BLUE~ORAL; TABLET~~7~MG
OPADRY Y-5-4270 BLUE~ORAL; TABLET~~14~MG
OPADRY Y-5-4287 BLUE~ORAL; TABLET~~~
OPADRY Y-5-4295 BLUE~ORAL; TABLET, SUSTAINED ACTION, COATED~~17.11~MG
OPADRY Y-5-6233 LIGHT ORANGE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY Y-5-6301 YELLOW~ORAL; TABLET, FILM COATED~~5.25~MG
OPADRY Y-5-6308~ORAL; TABLET~~~
OPADRY Y-5-7058 WHITE~ORAL; TABLET~~6~MG
OPADRY Y-5-7058 WHITE~ORAL; TABLET, COATED~~3~MG
OPADRY Y-5-7068 WHITE~ORAL; TABLET~~120~MG
OPADRY Y-5-7068 WHITE~ORAL; TABLET, COATED~~21~MG
OPADRY Y-5-7068 WHITE~ORAL; TABLET, CONTROLLED RELEASE~~5~MG
OPADRY Y-5-7068 WHITE~ORAL; TABLET, FILM COATED~~22.5~MG
OPADRY Y-5-7068 WHITE~ORAL; TABLET, SUSTAINED ACTION~~6~MG
OPADRY Y-5-7072 WHITE~ORAL; TABLET~~~
OPADRY Y-5-7411 PURPLE~ORAL; TABLET~~12~MG
OPADRY Y-5-7524 GREY~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~31.5~MG
OPADRY Y-5-8050 BLACK~ORAL; TABLET~~7~MG
OPADRY Y-5-9006 BROWN~ORAL; TABLET~~8~MG
OPADRY Y-5-9006 BROWN~ORAL; TABLET, EXTENDED RELEASE~~15~MG
OPADRY Y-5-9006 BROWN~ORAL; TABLET, SUSTAINED ACTION~~15~MG
OPADRY Y-5-9020 BROWN~ORAL; TABLET, FILM COATED~~12~MG
OPADRY YELLOW~ORAL; TABLET~~12.75~MG
OPADRY YELLOW~ORAL; TABLET, FILM COATED~~1.89~MG
OPADRY YPS-7-2127~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~54~MG
OPADRY YS-1-003 WHITE~ORAL; TABLET~~7~MG
OPADRY YS-1-10010 PURPLE~ORAL; TABLET~~18~MG
OPADRY YS-1-10291 LAVENDER~ORAL; TABLET, SUSTAINED ACTION~~5~MG
OPADRY YS-1-10523A BLUE~ORAL; TABLET, FILM COATED~~12~MG
OPADRY YS-1-10525 BLUE~ORAL; TABLET~~23~MG

OPADRY YS-1-10533A~ORAL; TABLET~~8.16~MG
OPADRY YS-1-10542A BLUE~ORAL; TABLET, SUSTAINED ACTION~~5~MG
OPADRY YS-1-10547A BLUE~ORAL; TABLET, FILM COATED~~35~MG
OPADRY YS-1-10563 BLUE~ORAL; TABLET~~4.2~MG
OPADRY YS-1-10613A BLUE~ORAL; TABLET~~~
OPADRY YS-1-10618~ORAL; TABLET, FILM COATED~~3.75~MG
OPADRY YS-1-10629~ORAL; TABLET~~9.12~MG
OPADRY YS-1-10654A BLUE~ORAL; TABLET~~2.17~MG
OPADRY YS-1-10682 BLUE~ORAL; TABLET, FILM COATED~~24~MG
OPADRY YS-1-10690A BLUE~ORAL; TABLET~~~
OPADRY YS-1-10699 BLUE~ORAL; TABLET, EXTENDED RELEASE~~19.59~MG
OPADRY YS-1-10745 BLUE~ORAL; TABLET~~~
OPADRY YS-1-10755 BLUE~ORAL; TABLET~~8.4~MG
OPADRY YS-1-10783A BLUE~ORAL; TABLET~~2.17~MG
OPADRY YS-1-11000 PINK~ORAL; TABLET, FILM COATED~~3.75~MG
OPADRY YS-1-11051 GREEN~ORAL; TABLET~~17.56~MG
OPADRY YS-1-11051 GREEN~ORAL; TABLET, COATED~~16~MG
OPADRY YS-1-11060 GREEN~ORAL; TABLET, FILM COATED~~10~MG
OPADRY YS-1-1107 GREEN~ORAL; TABLET, FILM COATED~~12~MG
OPADRY YS-1-11075A GREEN~ORAL; TABLET, SUSTAINED ACTION~~8~MG
OPADRY YS-1-11113 GREEN~ORAL; TABLET, SUSTAINED ACTION~~30~MG
OPADRY YS-1-11171 GREEN~ORAL; TABLET~~6.3~MG
OPADRY YS-1-11234 GREEN~ORAL; TABLET~~5.89~MG
OPADRY YS-1-11305 GREEN~ORAL; TABLET~0~7.2~MG
OPADRY YS-1-11369 GREEN~ORAL; TABLET, SUSTAINED ACTION~~21~MG
OPADRY YS-1-1246 PINK~ORAL; TABLET~~4.3~MG
OPADRY YS-1-1252 PINK~ORAL; TABLET, FILM COATED~~4.5~MG
OPADRY YS-1-12524A YELLOW~ORAL; TABLET~~9~MG
OPADRY YS-1-12525A YELLOW~ORAL; TABLET~~7~MG
OPADRY YS-1-12525A YELLOW~ORAL; TABLET, CONTROLLED RELEASE~~5~MG
OPADRY YS-1-12525A YELLOW~ORAL; TABLET, FILM COATED~~5~MG
OPADRY YS-1-12526A YELLOW~ORAL; TABLET~~15~MG
OPADRY YS-1-12526A YELLOW~ORAL; TABLET, FILM COATED~~5~MG
OPADRY YS-1-12529 YELLOW~ORAL; TABLET, FILM COATED~~3.75~MG
OPADRY YS-1-12541 YELLOW~ORAL; TABLET~~22~MG
OPADRY YS-1-12541 YELLOW~ORAL; TABLET, COATED~~12~MG
OPADRY YS-1-1256-A YELLOW~ORAL; TABLET~~7.5~MG
OPADRY YS-1-12573 YELLOW~ORAL; TABLET, FILM COATED~~20~MG
OPADRY YS-1-12581 YELLOW~ORAL; TABLET~~8.4~MG
OPADRY YS-1-1262 PINK~ORAL; TABLET, FILM COATED~~10.5~MG
OPADRY YS-1-12625 YELLOW~ORAL; TABLET~~10~MG
OPADRY YS-1-12702A YELLOW~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~12.5~MG
OPADRY YS-1-12732 YELLOW~ORAL; TABLET, FILM COATED~~20.96~MG
OPADRY YS-1-1277 PINK~ORAL; TABLET~~2.4~MG
OPADRY YS-1-12789 YELLOW~ORAL; TABLET, FILM COATED~~~
OPADRY YS-1-12826 YELLOW~ORAL; TABLET~~8.1~MG
OPADRY YS-1-1283 PINK~ORAL; TABLET~~~
OPADRY YS-1-12844 YELLOW~ORAL; TABLET, FILM COATED~~10~MG
OPADRY YS-1-12847 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~9.66~MG

OPADRY YS-1-1298 PINK~ORAL; TABLET~~4.4~MG
OPADRY YS-1-13013 PEACH~ORAL; TABLET~~10.3~MG
OPADRY YS-1-13065A ORANGE~ORAL; TABLET~~41~MG
OPADRY YS-1-13119 ORANGE~ORAL; TABLET~~4.2~MG
OPADRY YS-1-13121 YELLOW~ORAL; TABLET, FILM COATED~~11.25~MG
OPADRY YS-1-13148A ORANGE~ORAL; TABLET~~10~MG
OPADRY YS-1-13148A ORANGE~ORAL; TABLET, FILM COATED~~5~MG
OPADRY YS-1-13214 ORANGE~ORAL; TABLET, CONTROLLED RELEASE~~7.68~MG
OPADRY YS-1-13269 ORANGE~ORAL; TABLET, FILM COATED~~5~MG
OPADRY YS-1-13271 ORANGE~ORAL; TABLET, FILM COATED~~20~MG
OPADRY YS-1-13555 ORANGE~ORAL; TABLET~~6~MG
OPADRY YS-1-13591A ORANGE~ORAL; TABLET, FILM COATED~~9~MG
OPADRY YS-1-13664A ORANGE~ORAL; TABLET~~10.11~MG
OPADRY YS-1-13673A ORANGE~ORAL; TABLET~~5.09~MG
OPADRY YS-1-13675A ORANGE~ORAL; TABLET~~5.09~MG
OPADRY YS-1-14012 PINK~ORAL; TABLET~~5~MG
OPADRY YS-1-14012 PINK~ORAL-21; TABLET~~~
OPADRY YS-1-14012 PINK~ORAL-28; TABLET~~~
OPADRY YS-1-14129 PINK~ORAL; TABLET, FILM COATED~~19~MG
OPADRY YS-1-14130 PINK~ORAL; TABLET~~12~MG
OPADRY YS-1-14130 PINK~ORAL-21; TABLET, COATED~~5~MG
OPADRY YS-1-14130 PINK~ORAL-28; TABLET, COATED~~5~MG
OPADRY YS-1-1441G~ORAL; TABLET, FILM COATED~~8~MG
OPADRY YS-1-1448G PINK~ORAL; TABLET, SUSTAINED ACTION~~11~MG
OPADRY YS-1-14518A PINK~ORAL; TABLET~~4.5~MG
OPADRY YS-1-14518A PINK~ORAL; TABLET, CONTROLLED RELEASE~~5~MG
OPADRY YS-1-14518A PINK~ORAL; TABLET, FILM COATED~~8~MG
OPADRY YS-1-14518A PINK~ORAL; TABLET, SUSTAINED ACTION~~12~MG
OPADRY YS-1-14519A PINK~ORAL; TABLET~~18~MG
OPADRY YS-1-14532 PINK~ORAL; TABLET, SUSTAINED ACTION~~15~MG
OPADRY YS-1-1454 PINK~ORAL; TABLET, FILM COATED~~15~MG
OPADRY YS-1-14555A PINK~ORAL; TABLET, FILM COATED~~4~MG
OPADRY YS-1-14559 PINK~ORAL; TABLET~~~
OPADRY YS-1-1456G PINK~ORAL; TABLET, COATED~~10.9~MG
OPADRY YS-1-14587A PINK~ORAL-21; TABLET~~2.38~MG
OPADRY YS-1-14587A PINK~ORAL-28; TABLET~~2.38~MG
OPADRY YS-1-14593A PINK~ORAL; TABLET, FILM COATED~~12~MG
OPADRY YS-1-14595 PINK~ORAL; TABLET~~10~MG
OPADRY YS-1-14608A~ORAL; TABLET~~10.18~MG
OPADRY YS-1-14643A PINK~ORAL; TABLET~~32~MG
OPADRY YS-1-14725 PINK~ORAL; TABLET~~39~MG
OPADRY YS-1-14756A PINK~ORAL; TABLET~~8~MG
OPADRY YS-1-14779A PINK~ORAL; TABLET, CONTROLLED RELEASE~~7.48~MG
OPADRY YS-1-15050 RED~ORAL; TABLET~~6~MG
OPADRY YS-1-1510 PINK~ORAL; TABLET~~4.2~MG
OPADRY YS-1-1528 PINK~ORAL; TABLET~~15~MG
OPADRY YS-1-1543 PINK~ORAL; TABLET~~6~MG
OPADRY YS-1-1543 PINK~ORAL; TABLET, FILM COATED~~4.8~MG
OPADRY YS-1-15585A RED~ORAL; TABLET~~15~MG
OPADRY YS-1-16002 MAROON~ORAL-21; TABLET~~4~MG

DTX-2583

OPADRY YS-1-16002 MAROON~ORAL-28; TABLET~~4~MG
OPADRY YS-1-16518A BROWN~ORAL; TABLET~~16.2~MG
OPADRY YS-1-17169A~ORAL; TABLET~~~
OPADRY YS-1-17180A BEIGE~ORAL; TABLET~~15~MG
OPADRY YS-1-17181A BEIGE~ORAL; TABLET~~34.5~MG
OPADRY YS-1-17192A~ORAL; TABLET~~20.36~MG
OPADRY YS-1-17209 BEIGE~ORAL; TABLET~~30~MG
OPADRY YS-1-17220~ORAL; TABLET, FILM COATED~~7.5~MG
OPADRY YS-1-17222A TAN~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~20~MG
OPADRY YS-1-17235A PEACH~ORAL; TABLET~~18~MG
OPADRY YS-1-1724 RED~ORAL; TABLET~~18.566~MG
OPADRY YS-1-17274A BEIGE~ORAL; CAPSULE, DELAYED ACTION~~1.49~MG
OPADRY YS-1-17274A BEIGE~ORAL; CAPSULE, SUSTAINED ACTION~~9.1~MG
OPADRY YS-1-17277A BEIGE~ORAL; TABLET~~3.75~MG
OPADRY YS-1-17307A BUTTERSCOTCH~ORAL; TABLET~~5.6~MG
OPADRY YS-1-17307A BUTTERSCOTCH~ORAL; TABLET, FILM COATED~~5~MG
OPADRY YS-1-17505A GRAY~ORAL; TABLET, SUSTAINED ACTION~~20~MG
OPADRY YS-1-17506A GRAY~ORAL; TABLET~~15.75~MG
OPADRY YS-1-17506A GRAY~ORAL; TABLET, FILM COATED~~15~MG
OPADRY YS-1-1751G RED~ORAL; TABLET, COATED~~13.6~MG
OPADRY YS-1-1755 GRAY~ORAL; TABLET~~4.5~MG
OPADRY YS-1-18005 WHITE~ORAL; TABLET~~5.89~MG
OPADRY YS-1-18022 WHITE~ORAL; TABLET~~30.54~MG
OPADRY YS-1-18027 WHITE~ORAL; TABLET~~12.6~MG
OPADRY YS-1-18027 WHITE~ORAL; TABLET, FILM COATED~~16.32~MG
OPADRY YS-1-18027A WHITE~ORAL; TABLET~~21~MG
OPADRY YS-1-18027A WHITE~ORAL; TABLET, FILM COATED~~5.5~MG
OPADRY YS-1-18028 WHITE~ORAL; TABLET~~18.8~MG
OPADRY YS-1-18097A WHITE~ORAL; TABLET~~~
OPADRY YS-1-1811 RED~ORAL; TABLET, SUSTAINED ACTION~~43.35~MG
OPADRY YS-1-18111 WHITE~ORAL; TABLET, FILM COATED~~32~MG
OPADRY YS-1-18130A WHITE~ORAL; TABLET~~2.17~MG
OPADRY YS-1-1814 RED~ORAL; TABLET~~~
OPADRY YS-1-18177A WHITE~ORAL; TABLET~~18~MG
OPADRY YS-1-18177A WHITE~ORAL; TABLET, FILM COATED~~8.4~MG
OPADRY YS-1-18202A WHITE~ORAL; TABLET~~21~MG
OPADRY YS-1-18229 WHITE~ORAL; TABLET, SUSTAINED ACTION~~18.09~MG
OPADRY YS-1-1846 RED~ORAL; TABLET~~~
OPADRY YS-1-1847 RED~ORAL; TABLET~~25~MG
OPADRY YS-1-1891 RED~ORAL; TABLET~~~
OPADRY YS-1-19025-A CLEAR~ORAL; CAPSULE, SUSTAINED ACTION~~2.76~MG
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET~~6~MG
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET, COATED~~4.45~MG
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET, CONTROLLED RELEASE~~6~MG
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET, EXTENDED RELEASE~~~
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET, FILM COATED~~1.1~MG
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~0.8~MG
OPADRY YS-1-19025-A CLEAR~ORAL; TABLET, SUSTAINED RELEASE, FILM

COATED~~10~MG
OPADRY YS-1-2007 YELLOW~ORAL; TABLET, FILM COATED~~5.25~MG
OPADRY YS-1-2013 YELLOW~ORAL; TABLET~~8~MG
OPADRY YS-1-2053 YELLOW~ORAL; TABLET~~~
OPADRY YS-1-2063 YELLOW~ORAL; TABLET, FILM COATED~~30~MG
OPADRY YS-1-2074 YELLOW~ORAL; TABLET~~19.25~MG
OPADRY YS-1-2074 YELLOW~ORAL; TABLET, FILM COATED~~4.8~MG
OPADRY YS-1-2083 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~27.1~MG
OPADRY YS-1-2115 YELLOW~ORAL; TABLET~~14.144~MG
OPADRY YS-1-2122 YELLOW~ORAL; TABLET~~~
OPADRY YS-1-2134 YELLOW~ORAL; TABLET~~147.8~MG
OPADRY YS-1-2135 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~~
OPADRY YS-1-2136 YELLOW~ORAL; TABLET~~3.75~MG
OPADRY YS-1-2141 YELLOW~ORAL; TABLET~~~
OPADRY YS-1-2152 YELLOW~ORAL; TABLET~~~
OPADRY YS-1-2167 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~25.32~MG
OPADRY YS-1-2181 YELLOW~ORAL; TABLET~~15~MG
OPADRY YS-1-2184 GOLD~ORAL; TABLET~~15.52~MG
OPADRY YS-1-2186 YELLOW~ORAL; TABLET~~~
OPADRY YS-1-2192 YELLOW~ORAL-21; TABLET~~1.9~MG
OPADRY YS-1-2305 ORANGE~ORAL; TABLET, FILM COATED~~1.2~MG
OPADRY YS-1-2308 DARK ORANGE~ORAL; TABLET, FILM COATED~~3~MG
OPADRY YS-1-2344 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~~
OPADRY YS-1-2383 ORANGE~ORAL; TABLET~~12.755~MG
OPADRY YS-1-2398 ORANGE~ORAL; TABLET~~25.3~MG
OPADRY YS-1-2449 ORANGE~ORAL; TABLET, EXTENDED RELEASE~~15~MG
OPADRY YS-1-2455 RED~ORAL; TABLET, COATED~~~
OPADRY YS-1-2465~ORAL; TABLET~~~
OPADRY YS-1-2487 ORANGE~ORAL; TABLET~~~
OPADRY YS-1-2522 ORANGE~ORAL; TABLET~~22.5~MG
OPADRY YS-1-2526 ORANGE~ORAL; TABLET~~~
OPADRY YS-1-2527 ORANGE~ORAL; TABLET~~20~MG
OPADRY YS-1-2527 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~~
OPADRY YS-1-2534~ORAL; TABLET~~147.8~MG
OPADRY YS-1-2534~ORAL; TABLET, FILM COATED~~20~MG
OPADRY YS-1-2546 ORANGE~ORAL; TABLET~~11.7~MG
OPADRY YS-1-2546 ORANGE~ORAL; TABLET, FILM COATED~~14~MG
OPADRY YS-1-2548 ORANGE~ORAL; TABLET~~6.9~MG
OPADRY YS-1-2548 ORANGE~ORAL; TABLET, FILM COATED~~13~MG
OPADRY YS-1-2549 ORANGE~ORAL; TABLET~~120~MG
OPADRY YS-1-2558 ORANGE~ORAL; TABLET~~25~MG
OPADRY YS-1-2558 ORANGE~ORAL; TABLET, FILM COATED~~14~MG
OPADRY YS-1-2563 ORANGE~ORAL; TABLET~~11.25~MG
OPADRY YS-1-2564~ORAL; TABLET~~7.5~MG
OPADRY YS-1-2578 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~21~MG
OPADRY YS-1-2596 ORANGE~ORAL; TABLET, FILM COATED~~20~MG
OPADRY YS-1-2604 BEIGE~ORAL; TABLET~~7.5~MG
OPADRY YS-1-2604 BEIGE~ORAL; TABLET, FILM COATED~~~
OPADRY YS-1-2612 BEIGE~ORAL; TABLET, SUSTAINED ACTION~~34.5~MG
OPADRY YS-1-2619~ORAL; TABLET~~23~MG

OPADRY YS-1-2621 RUST~ORAL;  TABLET~~20~MG
OPADRY YS-1-2621 RUST~ORAL;  TABLET, FILM COATED~~17~MG
OPADRY YS-1-2623 BROWN~ORAL;  TABLET, FILM COATED~~34~MG
OPADRY YS-12630 YELLOW~ORAL;  TABLET~~4~MG
OPADRY YS-1-2635 TAN~ORAL;  TABLET, SUSTAINED ACTION~~13~MG
OPADRY YS-1-2660 SALMON~ORAL;  TABLET~~7.5~MG
OPADRY YS-1-2665 BEIGE~ORAL;  TABLET~~9~MG
OPADRY YS-1-2669 RUST~ORAL;  TABLET~~24~MG
OPADRY YS-1-2671 BEIGE~ORAL;  TABLET~~16~MG
OPADRY YS-1-3105 GREEN~ORAL;  TABLET~~15~MG
OPADRY YS-1-3130 GREEN~ORAL;  TABLET~~36~MG
OPADRY YS-1-3130 GREEN~ORAL;  TABLET, COATED~~20~MG
OPADRY YS-1-3130 GREEN~ORAL;  TABLET, CONTROLLED RELEASE~~8.08~MG
OPADRY YS-1-3134 GREEN~ORAL;  TABLET, FILM COATED~~16~MG
OPADRY YS-1-3146 GREEN~ORAL;  TABLET~~10~MG
OPADRY YS-1-3147~ORAL;  TABLET~~0.8~MG
OPADRY YS-1-3166 GREEN~ORAL;  TABLET~~12~MG
OPADRY YS-1-3256 GREEN~ORAL;  TABLET~~12~MG
OPADRY YS-1-3288 GREEN~ORAL;  TABLET~~4.05~MG
OPADRY YS-1-4014 BLUE~ORAL;  TABLET~~7.8~MG
OPADRY YS-1-4018 BLUE~ORAL;  TABLET~~28~MG
OPADRY YS-1-4112 BLUE~ORAL;  TABLET~~147.8~MG
OPADRY YS-1-4137 BLUE~ORAL;  TABLET~~11.5~MG
OPADRY YS-1-4215~ORAL;  TABLET~~~
OPADRY YS-1-4216~ORAL;  TABLET~~~
OPADRY YS-1-4221 BLUE~ORAL;  TABLET~~~
OPADRY YS-1-4228 BLUE~ORAL;  TABLET~~19.94~MG
OPADRY YS-1-4229 BLUE~ORAL;  TABLET~~22.5~MG
OPADRY YS-1-4234 BLUE~ORAL;  TABLET, SUSTAINED ACTION~~2.5~MG
OPADRY YS-1-4235 BLUE~ORAL;  TABLET~~20.25~MG
OPADRY YS-1-4236 BLUE~ORAL;  TABLET~~4.4~MG
OPADRY YS-1-4236 BLUE~ORAL;  TABLET, FILM COATED~~12.5~MG
OPADRY YS-1-4236 BLUE~ORAL;  TABLET, SUSTAINED ACTION~~5~MG
OPADRY YS-1-4240 BLUE~ORAL;  TABLET~~11.34~MG
OPADRY YS-1-4241 BLUE~ORAL;  TABLET, FILM COATED~~6~MG
OPADRY YS-1-4245 BLUE~ORAL;  TABLET~~6~MG
OPADRY YS-1-4249 BLUE~ORAL;  TABLET~~22.68~MG
OPADRY YS-1-4251 BLUE~ORAL;  TABLET, FILM COATED~~2.52~MG
OPADRY YS-1-4254~ORAL;  TABLET~~~
OPADRY YS-1-4255~ORAL;  TABLET, FILM COATED~~22.5~MG
OPADRY YS-1-4256 BLUE~ORAL;  TABLET, FILM COATED~~15.7~MG
OPADRY YS-1-4256 BLUE~ORAL;  TABLET, SUSTAINED ACTION, COATED~~35.4~MG
OPADRY YS-1-4282 BLUE~ORAL;  TABLET, SUSTAINED ACTION, FILM COATED~~10~MG
OPADRY YS-1-4298 BLUE~ORAL;  TABLET, FILM COATED~~20~MG
OPADRY YS-14644 PINK~ORAL;  TABLET, SUSTAINED ACTION~~7.95~MG
OPADRY YS-1-4700 PURPLE~ORAL;  TABLET~~0.0064~MG
OPADRY YS-1-4710~ORAL;  TABLET~~4~MG
OPADRY YS-1-4739 LAVENDER~ORAL;  TABLET, SUSTAINED ACTION~~25~MG
OPADRY YS-1-4812 LAVENDER~ORAL;  TABLET, SUSTAINED ACTION~~5~MG
OPADRY YS-1-4845 PURPLE~ORAL;  TABLET, SUSTAINED ACTION, FILM COATED~~16~MG

DTX-2583

OPADRY YS-1-6275 ORANGE~ORAL; TABLET~~3~MG
OPADRY YS-1-6300~ORAL; TABLET, FILM COATED~~20~MG
OPADRY YS-1-6312 YELLOW~ORAL; TABLET, FILM COATED~~17.45~MG
OPADRY YS-1-6318 YELLOW~ORAL; TABLET~~6~MG
OPADRY YS-1-6320 YELLOW~ORAL; TABLET~~4.8~MG
OPADRY YS-1-6357 YELLOW~ORAL; TABLET~~6~MG
OPADRY YS-1-6370G YELLOW~ORAL; TABLET, COATED~~10~MG
OPADRY YS-1-6378G YELLOW~ORAL; TABLET~~13.4~MG
OPADRY YS-1-6378G YELLOW~ORAL; TABLET, SUSTAINED ACTION~~7.95~MG
OPADRY YS-1-6381 YELLOW~ORAL; TABLET, COATED~~3~MG
OPADRY YS-1-6382G YELLOW~ORAL; TABLET~~11~MG
OPADRY YS-1-6382G YELLOW~ORAL; TABLET, COATED~~6~MG
OPADRY YS-1-7000E WHITE~ORAL; TABLET, FILM COATED~~40~MG
OPADRY YS-1-7002 WHITE~ORAL; TABLET, FILM COATED~~11.7~MG
OPADRY YS-1-7003 WHITE~ORAL; CAPSULE~~7~MG
OPADRY YS-1-7003 WHITE~ORAL; MUCILAGE~~27~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET~~147.8~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, COATED~~14~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, CONTROLLED RELEASE~~12~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~9~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, EXTENDED RELEASE~~24.39~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, FILM COATED~~36~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, SUSTAINED ACTION~~42.97~MG
OPADRY YS-1-7003 WHITE~ORAL; TABLET, SUSTAINED ACTION, COATED~~6.24~MG
OPADRY YS-1-7003H WHITE~ORAL; TABLET, FILM COATED~~4~MG
OPADRY YS-1-7006 CLEAR~ORAL; CAPSULE, EXTENDED RELEASE~~4.29~MG
OPADRY YS-1-7006 CLEAR~ORAL; CAPSULE, SUSTAINED ACTION~~12.156~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET~~50~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, COATED~~11.16~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, CONTROLLED RELEASE~~12~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~9~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, EXTENDED RELEASE~~47.05~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, FILM COATED~~11~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, SUSTAINED ACTION~~38.4~MG
OPADRY YS-1-7006 CLEAR~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~2.625~MG
OPADRY YS-1-7006 CLEAR~ORAL-28; TABLET~~1.5~MG
OPADRY YS-1-7022 OFF-WHITE~ORAL; TABLET~~4~MG
OPADRY YS-1-7027 WHITE~ORAL; TABLET~~37~MG
OPADRY YS-1-7027 WHITE~ORAL; TABLET, SUSTAINED ACTION, COATED~~16~MG
OPADRY YS-1-7040 WHITE~ORAL; TABLET~~35.76~MG
OPADRY YS-1-7040 WHITE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~17.88~MG
OPADRY YS-1-7052 WHITE~ORAL; TABLET, COATED~~~
OPADRY YS-1-7059 WHITE~ORAL; TABLET~~~
OPADRY YS-1-7059 WHITE~ORAL; TABLET, SUSTAINED ACTION~~30~MG
OPADRY YS-1-7059 WHITE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~5~MG
OPADRY YS-1-7060 WHITE~ORAL-21; TABLET~~1.9~MG
OPADRY YS-1-7086 WHITE~ORAL; TABLET~~12~MG
OPADRY YS-1-7086 WHITE~ORAL; TABLET, SUSTAINED ACTION, COATED~~10~MG
OPADRY Y-S-17191 BROWN~ORAL; TABLET, DELAYED ACTION, ENTERIC

COATED~~11.55~MG
OPADRY YS-1-7444G WHITE~ORAL; TABLET, COATED~~22~MG
OPADRY YS-1-7444G WHITE~ORAL; TABLET, CONTROLLED RELEASE~~4.2~MG
OPADRY YS-1-7449 WHITE~ORAL; TABLET, FILM COATED~~12~MG
OPADRY YS-1-7472 CLEAR~ORAL; TABLET~~2.18~MG
OPADRY YS-1-7472 CLEAR~ORAL; TABLET, SUSTAINED ACTION, COATED~~2.9~MG
OPADRY YS-1-7472 CLEAR~ORAL-21; TABLET~~1.5~MG
OPADRY YS-1-7472 CLEAR~ORAL-28; TABLET~~1.5~MG
OPADRY YS-1-7507 GREY~ORAL; TABLET~~19.057~MG
OPADRY YS-1-7507 GREY~ORAL; TABLET, FILM COATED~~6~MG
OPADRY YS-1-7507 GREY~ORAL; TABLET, SUSTAINED ACTION, COATED~~34.23~MG
OPADRY YS-1-7552 GREY~ORAL; CAPSULE~~7.3~MG
OPADRY YS-1-7552 GREY~ORAL; TABLET~~7.5~MG
OPADRY YS-1-7700 WHITE~ORAL; TABLET~~35.2~MG
OPADRY YS-1-7706G WHITE~ORAL; TABLET~~~
OPADRY YS-1-7706G WHITE~ORAL; TABLET, COATED~~18.1~MG
OPADRY YS-1-7706G WHITE~ORAL; TABLET, FILM COATED~~~
OPADRY YS-1-8325 BEIGE~ORAL; TABLET~~15~MG
OPADRY YS-1-8343G BEIGE~ORAL; TABLET, SUSTAINED ACTION~~19~MG
OPADRY YS-1-8345G BEIGE~ORAL; TABLET, FILM COATED~~6~MG
OPADRY YS-1-8608 ORANGE~ORAL; TABLET, FILM COATED~~10~MG
OPADRY YS-1-8619 ORANGE~ORAL; TABLET, FILM COATED~~11~MG
OPADRY YS-1-89193 CLEAR~ORAL; TABLET~~13~MG
OPADRY YS-1-9011 BROWN~ORAL-21; TABLET~~1.9~MG
OPADRY YS-1-9012 BROWN~ORAL; TABLET~~13.4~MG
OPADRY YS-1-9012 BROWN~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~15.5~MG
OPADRY YS-1R-7006 CLEAR~ORAL; TABLET~~26.25~MG
OPADRY YS-2-10657 BLUE~ORAL; TABLET~~9.75~MG
OPADRY YS-2-19071A CLEAR~ORAL; TABLET, FILM COATED~~4.4~MG
OPADRY YS-2-19114A CLEAR~ORAL; TABLET~~4.5~MG
OPADRY YS-2-19114A CLEAR~ORAL; TABLET, CONTROLLED RELEASE~~1.11~MG
OPADRY YS-2-19114A CLEAR~ORAL; TABLET, FILM COATED~~23.5~MG
OPADRY YS-2-19114A CLEAR~ORAL; TABLET, SUSTAINED ACTION~~1.5~MG
OPADRY YS-22-16576 BROWN~ORAL; TABLET~~10~MG
OPADRY YS-22-18119 WHITE~ORAL; TABLET~~10~MG
OPADRY YS-2-7013 CLEAR~ORAL; TABLET~~4.44~MG
OPADRY YS-2-7013 CLEAR~ORAL; TABLET, COATED~~2.7~MG
OPADRY YS-2-7013 CLEAR~ORAL; TABLET, FILM COATED~~1.2~MG
OPADRY YS-2-7063 WHITE~ORAL; TABLET, FILM COATED~~5~MG
OPADRY YS-2-7063 WHITE~ORAL; TABLET, SUSTAINED ACTION~~24~MG
OPADRY YS-3-7011 CLEAR~ORAL; TABLET~~17.2~MG
OPADRY YS-3-7011 CLEAR~ORAL; TABLET, FILM COATED~~1~MG
OPADRY YS-3-7031 CLEAR~ORAL; TABLET~~8~MG
OPADRY YS-3-7413 CLEAR~ORAL; TABLET~~4~MG
OPADRY YS-3-7413 CLEAR~ORAL; TABLET, COATED~~2.4~MG
OPADRY YS-3-7413 CLEAR~ORAL; TABLET, EXTENDED RELEASE~~4~MG
OPADRY YS-3-7413 CLEAR~ORAL; TABLET, FILM COATED~~1.5~MG
OPADRY YS-5-12575 YELLOW~ORAL; TABLET, FILM COATED~~7.5~MG
OPADRY YS-5-12576 YELLOW~ORAL; TABLET, FILM COATED~~15~MG
OPADRY YS-5-1260 PINK~ORAL; TABLET, SUSTAINED ACTION~~150~MG

DTX-2583

OPADRY YS-5-1296 PINK~ORAL; TABLET~~7.455~MG
OPADRY YS-5-17266 TAN~ORAL; TABLET, FILM COATED~~3.91~MG
OPADRY YS-5-18068 WHITE~ORAL; TABLET~~12.25~MG
OPADRY YS-5-18074 WHITE~ORAL; TABLET~~24~MG
OPADRY YS-5-2085 YELLOW~ORAL; TABLET~~~
OPADRY YS-5-2370 ORANGE~ORAL; TABLET~~~
OPADRY YS-5-2370 ORANGE~ORAL; TABLET, FILM COATED~~~
OPADRY YS-5-3116 GREEN~ORAL; TABLET, FILM COATED~~~
OPADRY YS-5-4277 BLUE~ORAL; TABLET, FILM COATED~~0.9~MG
OPADRY YS-5-4278 BLUE~ORAL; TABLET, FILM COATED~~2.16~MG
OPADRY YS-5-7017~ORAL; TABLET, SUSTAINED ACTION, COATED~~32.3~MG
OPADRY YS-5-7042 CLEAR~ORAL; TABLET~~22~MG
OPADRY YS-5-7068~ORAL; TABLET~~1.5~MG
OPADRY YS-5-7099 WHITE~ORAL; TABLET, EXTENDED RELEASE~~11~MG
OPAGLOS GS 2-0300~ORAL; TABLET, COATED~~~
OPAGLOS GS 2-0310~ORAL; TABLET~~3.5~MG
OPAGLOS GS 2-0310~ORAL; TABLET, SUGAR COATED~~0.76~MG
OPAGLOS S 0750~ORAL; TABLET~~0.028~MG
OPALUX AS 1406 PINK~ORAL; TABLET~~1~MG
OPALUX AS 1537 PINK~ORAL; TABLET, COATED~~9.1~MG
OPALUX AS 1589 PINK~ORAL; TABLET, COATED~~0.07~MG
OPALUX AS 2006 YELLOW~ORAL; TABLET~~0.6~MG
OPALUX AS 2007 YELLOW~ORAL; TABLET~~0.02~MG
OPALUX AS 2052 YELLOW~ORAL-28; TABLET~~2.7~MG
OPALUX AS 2062 YELLOW~ORAL; TABLET~~1.4~MG
OPALUX AS 2086 CHARTREUSE~ORAL; TABLET~~3.6~MG
OPALUX AS 2094~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~2.4~MG
OPALUX AS 2167 YELLOW~ORAL; TABLET, COATED~~4~MG
OPALUX AS 2236~ORAL; TABLET~~10.2~MG
OPALUX AS 2236~ORAL; TABLET, COATED~~22.125~MG
OPALUX AS 2236~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
OPALUX AS 2236~ORAL; TABLET, SUSTAINED ACTION~~11.8~MG
OPALUX AS 2269 YELLOW~ORAL; TABLET~~1.424~MG
OPALUX AS 2324 ORANGE~ORAL; TABLET, COATED~~10.6~MG
OPALUX AS 2336 ORANGE~ORAL; TABLET~~0.972~MG
OPALUX AS 2395 PEACH~ORAL; TABLET~~0.6~MG
OPALUX AS 2413~ORAL; TABLET, COATED~~~
OPALUX AS 2433 ORANGE~ORAL; TABLET~~0.8~MG
OPALUX AS 2490 CORAL~ORAL; TABLET, SUSTAINED ACTION~~~
OPALUX AS 2498 ORANGE~ORAL; TABLET~~0.2~MG
OPALUX AS 2498 ORANGE~ORAL; TABLET, COATED~~3~MG
OPALUX AS 2553 ORANGE~ORAL; TABLET~~~
OPALUX AS 2612~ORAL; TABLET~~~
OPALUX AS 2613 TAN~ORAL; TABLET, SUGAR COATED~~2.18~MG
OPALUX AS 2620-B TAN~ORAL; TABLET~~2.62~MG
OPALUX AS 2676 SALMON JASPER RED~ORAL; TABLET~~1.4~MG
OPALUX AS 2754~ORAL; TABLET, COATED~~~
OPALUX AS 2768~ORAL; TABLET~~0.082~MG
OPALUX AS 2787 BUTTERSCOTCH~ORAL; TABLET~~4.47~MG
OPALUX AS 3140 GREEN~ORAL; TABLET, COATED~~~

OPALUX AS 3287~ORAL; TABLET~~~
OPALUX AS 3288 GREEN~ORAL; TABLET, REPEAT ACTION~~8.605~MG
OPALUX AS 3308 GREEN~ORAL; TABLET, COATED~~6~MG
OPALUX AS 3348-C GREEN~ORAL; TABLET, SUSTAINED ACTION~~6~MG
OPALUX AS 3376~ORAL; TABLET~~~
OPALUX AS 3381~ORAL; TABLET~~0.01~MG
OPALUX AS 3389 GREEN~ORAL; TABLET~~~
OPALUX AS 3391 GREEN~ORAL; TABLET~~0.2~MG
OPALUX AS 3391 GREEN~ORAL; TABLET, COATED~~1.184~MG
OPALUX AS 3942 MAROON~ORAL; TABLET~~17.6~MG
OPALUX AS 4025~ORAL; TABLET~~0.0082~MG
OPALUX AS 4151 BLUE~ORAL; CAPSULE~~2.76~MG
OPALUX AS 4151 BLUE~ORAL; TABLET, REPEAT ACTION~~8.429~MG
OPALUX AS 4188 BLUE~ORAL; TABLET, SUSTAINED ACTION~~0.2~MG
OPALUX AS 4193 BLUE~ORAL; TABLET, COATED~~~
OPALUX AS 4208-A BLUE~ORAL; TABLET, SUSTAINED ACTION~~~
OPALUX AS 4258 BLUE~ORAL; TABLET~~0.0047~ML
OPALUX AS 4270 BLUE~ORAL; TABLET, COATED~~12.632~MG
OPALUX AS 4800 LAVENDER~ORAL; TABLET~~~
OPALUX AS 4854 LAVENDER~ORAL; TABLET~~~
OPALUX AS 4855 PURPLE~ORAL; TABLET~~0.02~MG
OPALUX AS 4891~ORAL; TABLET~~~
OPALUX AS 5034 RED~ORAL; TABLET, COATED~~0.02~MG
OPALUX AS 5107~ORAL; TABLET, SUSTAINED ACTION~~17.6~MG
OPALUX AS 5162 GREEN~ORAL; TABLET~~4.4~MG
OPALUX AS 5178 GREEN~ORAL; TABLET~~20~MG
OPALUX AS 5203 GREEN~ORAL; TABLET~~9.6~MG
OPALUX AS 5212 GREEN~ORAL; TABLET, COATED~~~
OPALUX AS 7000-B~ORAL; TABLET, COATED~~4.95~MG
OPALUX AS 7000-P WHITE~ORAL; TABLET~~3.81~MG
OPALUX AS 7001~ORAL; TABLET~~0.0082~MG
OPALUX AS 7535 GRAY~ORAL; TABLET, COATED~~~
OPALUX AS 8010-A BLACK~ORAL; CAPSULE~~~
OPALUX AS 8050-L BLACK~ORAL; CAPSULE~~2~MG
OPALUX AS 9010 BROWN~ORAL; TABLET, COATED~~0.45~MG
OPALUX AS 9050 BROWN~ORAL-28; TABLET~~2.76~MG
OPALUX AS-1475 PINK~ORAL; TABLET, DELAYED RELEASE~~~
OPALUX AS-9030 BROWN~ORAL; TABLET~~2.5~MG
OPALUX BLUE~ORAL; TABLET~~0.0021~ML
OPALUX GREEN~ORAL; TABLET~~0.8~MG
OPAQUE BLUE 100~ORAL; CAPSULE~~~
OPAQUE BLUE 147~ORAL; CAPSULE~~~
OPAQUE BLUE 605~ORAL; CAPSULE~~~
OPAQUE BROWN 85 BFJ~ORAL; CAPSULE~~~
OPAQUE GREEN 1664~ORAL; CAPSULE~~~
OPAQUE GREEN 97~ORAL; CAPSULE~~~
OPAQUE GREEN/FLESH~ORAL; CAPSULE~~~
OPAQUE MAROON 6 DAR~ORAL; CAPSULE~~~
OPAQUE PINK 0439~ORAL; CAPSULE~~~
OPAQUE WHITE 001~ORAL; CAPSULE~~78~MG

DTX-2583

OPAQUE WHITE 002~ORAL; CAPSULE~~62~MG
OPAQUE WHITE 535~ORAL; CAPSULE~~45~MG
OPAQUE WHITE 536~ORAL; CAPSULE~~65~MG
OPAQUE WHITE 538~ORAL; CAPSULE~~38~MG
OPAQUE WHITE 8~ORAL; CAPSULE~~~
OPASPRAY 3-1700~ORAL; TABLET~~2.17~MG
OPASPRAY 3-1810~ORAL; TABLET~~2.43~MG
OPASPRAY 3-1820~ORAL; TABLET~~~
OPASPRAY 3-1830~ORAL; TABLET~~~
OPASPRAY IM-176~ORAL; TABLET~~23.5~MG
OPASPRAY K-1-1230 PINK~ORAL; TABLET~~~
OPASPRAY K-1-1243~ORAL; TABLET, SUSTAINED ACTION~~7.6~MG
OPASPRAY K-1-1254~ORAL; TABLET, FILM COATED~~4.5~MG
OPASPRAY K-1-1279~ORAL; TABLET~~21.13~MG
OPASPRAY K-1-1289 PINK~ORAL; TABLET~~21.13~MG
OPASPRAY K-1-14016 PINK~ORAL; TABLET, FILM COATED~~3.75~MG
OPASPRAY K-1-1413 PINK~ORAL; TABLET~~1.818~MG
OPASPRAY K-1-1414 PINK~ORAL; CAPSULE, SUSTAINED ACTION~~1.112~MG
OPASPRAY K-1-1414 PINK~ORAL; TABLET~~11.4~MG
OPASPRAY K-1-1432~ORAL; TABLET~~~
OPASPRAY K-1-1437~ORAL; TABLET~~~
OPASPRAY K-1-1455 PINK~ORAL; TABLET~~0.56~MG
OPASPRAY K-1-1526 PINK~ORAL; TABLET~~2~MG
OPASPRAY K-1-1563 PINK~ORAL; TABLET, FILM COATED~~3.1~MG
OPASPRAY K-1-1573 LAVENDER~ORAL; TABLET~~12~MG
OPASPRAY K-1-1574~ORAL; TABLET, COATED~~2.5~MG
OPASPRAY K-1-1584~ORAL; TABLET, SUSTAINED ACTION~~~
OPASPRAY K-1-1719 RED~ORAL; TABLET, FILM COATED~~1.67~MG
OPASPRAY K-1-2004 YELLOW~ORAL; TABLET~~1.06~MG
OPASPRAY K-1-2013 YELLOW~ORAL; TABLET~~8~MG
OPASPRAY K-1-2043 YELLOW~ORAL; TABLET~~0.263~MG
OPASPRAY K-1-2182 YELLOW~ORAL; TABLET~~3~MG
OPASPRAY K-1-2182 YELLOW~ORAL; TABLET, FILM COATED~~1~MG
OPASPRAY K-1-2186 YELLOW~ORAL; TABLET~~6.4~MG
OPASPRAY K-1-2216-A YELLOW~ORAL; TABLET~~3~MG
OPASPRAY K-1-2216-A YELLOW~ORAL; TABLET, COATED~~0.5~MG
OPASPRAY K-1-2216-A YELLOW~ORAL; TABLET, FILM COATED~~3~MG
OPASPRAY K-1-2216-A YELLOW~ORAL; TABLET, SUSTAINED ACTION~~6.8~MG
OPASPRAY K-1-2227 YELLOW~ORAL; TABLET~~6~MG
OPASPRAY K-1-2227 YELLOW~ORAL; TABLET, FILM COATED~~1.69~MG
OPASPRAY K-1-2228 YELLOW~ORAL; TABLET, SUSTAINED ACTION~~17.8~MG
OPASPRAY K-1-2239~ORAL; TABLET~~10~MG
OPASPRAY K-1-2240 YELLOW~ORAL; TABLET~~2.2~MG
OPASPRAY K-1-2256 YELLOW~ORAL; TABLET~~6.586~MG
OPASPRAY K-1-2275 YELLOW~ORAL; TABLET~~~
OPASPRAY K-1-2300 PEACH~ORAL; TABLET~~3.001~MG
OPASPRAY K-1-2301 PEACH~ORAL; TABLET~~4.7~MG
OPASPRAY K-1-2303 ORANGE~ORAL; TABLET~~0.35~MG
OPASPRAY K-1-2304 ORANGE~ORAL; TABLET~~1.8~MG
OPASPRAY K-1-2314 ORANGE~ORAL; TABLET~~3.74~MG

OPASPRAY K-1-2327 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~6~MG
OPASPRAY K-1-2330 ORANGE~ORAL; TABLET~~11.1~MG
OPASPRAY K-1-2335 ORANGE~ORAL; TABLET, FILM COATED~~0.525~MG
OPASPRAY K-1-2406 ORANGE~ORAL; TABLET~~4.42~MG
OPASPRAY K-1-2406 ORANGE~ORAL; TABLET, FILM COATED~~2.1~MG
OPASPRAY K-1-2410 ORANGE~ORAL; TABLET, FILM COATED~~~
OPASPRAY K-1-2417 ORANGE~ORAL; TABLET, COATED~~9~MG
OPASPRAY K-1-2430~ORAL; TABLET~~13.5~MG
OPASPRAY K-1-2441 ORANGE~ORAL; TABLET~~4.48~MG
OPASPRAY K-1-2471 ORANGE~ORAL; TABLET~~6.02~MG
OPASPRAY K-1-2473~ORAL; TABLET~~22.5~MG
OPASPRAY K-1-2473~ORAL; TABLET, FILM COATED~~2.5~MG
OPASPRAY K-1-2492~ORAL; TABLET~~36~MG
OPASPRAY K-1-2531~ORAL; TABLET, COATED~~2.25~MG
OPASPRAY K-1-2533 ORANGE~ORAL; TABLET, SUSTAINED ACTION~~~
OPASPRAY K-1-2554~ORAL; TABLET, COATED~~1.8~MG
OPASPRAY K-1-2568 ORANGE~ORAL; TABLET~~1.2~MG
OPASPRAY K-1-2570 ORANGE~ORAL; TABLET~~5.25~MG
OPASPRAY K-1-2570 ORANGE~ORAL; TABLET, FILM COATED~~~
OPASPRAY K-1-2588 ORANGE~ORAL; TABLET~~5.44~MG
OPASPRAY K-1-2614 BEIGE~ORAL; TABLET~~6~MG
OPASPRAY K-1-2614 BEIGE~ORAL; TABLET, FILM COATED~~6~MG
OPASPRAY K-1-2621 BROWN~ORAL; TABLET, FILM COATED~~1.49~MG
OPASPRAY K-1-2626 ORANGE~ORAL; TABLET~~4~MG
OPASPRAY K-1-2656 BEIGE~ORAL; TABLET, FILM COATED~~9.08~MG
OPASPRAY K-1-2670 TAN~ORAL; TABLET, FILM COATED~~~
OPASPRAY K-1-2674 BEIGE~ORAL; TABLET~~0.35~MG
OPASPRAY K-1-2685~ORAL; TABLET~~3~MG
OPASPRAY K-1-2711~ORAL; TABLET~~12.6~MG
OPASPRAY K-1-2711~ORAL; TABLET, COATED~~~
OPASPRAY K-1-2723 BUTTERSCOTCH~ORAL; TABLET~~7.5~MG
OPASPRAY K-1-2837~ORAL; TABLET, FILM COATED~~5.8~MG
OPASPRAY K-1-3000~ORAL; TABLET~~0.6~MG
OPASPRAY K-1-3000~ORAL; TABLET, COATED~~0.6~MG
OPASPRAY K-1-3142 GREEN~ORAL; TABLET, SUSTAINED ACTION~~5.1~MG
OPASPRAY K-1-3144 GREEN~ORAL; TABLET~~5.214~MG
OPASPRAY K-1-3147~ORAL; TABLET~~3~MG
OPASPRAY K-1-3147~ORAL; TABLET, FILM COATED~~0.6~MG
OPASPRAY K-1-3147~ORAL; TABLET, SUSTAINED ACTION~~2~MG
OPASPRAY K-1-3148 GREEN~ORAL; TABLET~~1.35~MG
OPASPRAY K-1-3148 GREEN~ORAL; TABLET, FILM COATED~~0.737~MG
OPASPRAY K-1-3156~ORAL; TABLET~~1.683~MG
OPASPRAY K-1-3173 GREEN~ORAL; TABLET~~1.188~MG
OPASPRAY K-1-3178 GREEN~ORAL; TABLET~~1.6~MG
OPASPRAY K-1-3197 GREEN~ORAL; TABLET~~1.12~MG
OPASPRAY K-1-3202 GREEN~ORAL; TABLET~~~
OPASPRAY K-1-3209 GREEN~ORAL; TABLET~~3.476~MG
OPASPRAY K-1-3220 GREEN~ORAL; TABLET~~1.798~MG
OPASPRAY K-1-3227~ORAL; TABLET~~4~MG
OPASPRAY K-1-3227~ORAL; TABLET, COATED~~3.2~MG

OPASPRAY K-1-3300-A GREEN~ORAL; TABLET~~1.188~MG
OPASPRAY K-1-3300-C GREEN~ORAL; TABLET~~2.1~MG
OPASPRAY K-1-4108 BLUE~ORAL; TABLET~~1.5~MG
OPASPRAY K-1-4108 BLUE~ORAL; TABLET, FILM COATED~~1.5~MG
OPASPRAY K-1-4119~ORAL; TABLET~~0.6~MG
OPASPRAY K-1-4119~ORAL; TABLET, COATED~~0.6~MG
OPASPRAY K-1-4122 BLUE~ORAL; TABLET~~2.2~MG
OPASPRAY K-1-4122 BLUE~ORAL; TABLET, FILM COATED~~4.5~MG
OPASPRAY K-1-4136 BLUE~ORAL; TABLET~~~
OPASPRAY K-1-4136 BLUE~ORAL; TABLET, COATED~~0.6~MG
OPASPRAY K-1-4136 BLUE~ORAL; TABLET, FILM COATED~~3~MG
OPASPRAY K-1-4205 BLUE~ORAL; TABLET, COATED~~3~MG
OPASPRAY K-1-4210-A~ORAL; TABLET~~3.26~MG
OPASPRAY K-1-4213 BLUE~ORAL; TABLET, FILM COATED~~1.75~MG
OPASPRAY K-1-4214~ORAL; TABLET~~2.7~MG
OPASPRAY K-1-4214~ORAL; TABLET, COATED~~2.7~MG
OPASPRAY K-1-4227~ORAL; TABLET~~~
OPASPRAY K-1-4234 BLUE~ORAL; TABLET~~1.528~MG
OPASPRAY K-1-4235 BLUE~ORAL; TABLET~~15.567~MG
OPASPRAY K-1-4728~ORAL; TABLET~~4.677~MG
OPASPRAY K-1-4731 PURPLE~ORAL; TABLET~~0.5~ML
OPASPRAY K-1-4743 LAVENDER~ORAL; TABLET~~2.2~MG
OPASPRAY K-1-4786~ORAL; TABLET~~2.1~MG
OPASPRAY K-1-4786~ORAL; TABLET, COATED~~2.1~MG
OPASPRAY K-1-5024 RED~ORAL; CAPSULE, SUSTAINED ACTION~~0.75~MG
OPASPRAY K-1-7000 WHITE~ORAL; TABLET~~22.5~MG
OPASPRAY K-1-7000 WHITE~ORAL; TABLET, COATED~~0.9~MG
OPASPRAY K-1-7000 WHITE~ORAL; TABLET, FILM COATED~~7.5~MG
OPASPRAY K-1-7000 WHITE~ORAL; TABLET, SUSTAINED ACTION~~6.25~MG
OPASPRAY K-1-70008 WHITE~ORAL; TABLET~~22.4~MG
OPASPRAY K-1-7000B~ORAL; TABLET~~15~MG
OPASPRAY K-1-7076~ORAL; TABLET, FILM COATED~~1.5~MG
OPASPRAY K-1-9027 BROWN~ORAL; TABLET~~1.2~MG
OPASPRAY K-1-9039-L BROWN~ORAL; TABLET~~12.2~MG
OPASPRAY K-1-9039-L BROWN~ORAL; TABLET, FILM COATED~~4.65~MG
OPASPRAY K-1-9060 RED~ORAL; TABLET~~2.9~MG
OPASPRAY K-1-9080 BROWN~ORAL; TABLET~~3.275~MG
OPASPRAY K-1-9112 BROWN~ORAL; TABLET~~2.7~MG
OPASPRAY L-2113~ORAL; TABLET~~2.92~MG
OPASPRAY L-3305 GREEN~ORAL; TABLET~~6.34~MG
OPASPRAY L-3306 GREEN~ORAL; TABLET~~4.12~MG
OPASPRAY L-7000 WHITE~ORAL; TABLET~~3.69~MG
OPASPRAY M-1-2042~ORAL; TABLET, FILM COATED~~1.11~MG
OPASPRAY M-1-3459 B ORANGE~ORAL; TABLET~~4~MG
OPASPRAY M-1-4395B BLUE~ORAL; TABLET~~2.63~MG
OPASPRAY M-1-7111-B~ORAL; TABLET~~40~MG
OPASPRAY M-1-7111-B~ORAL; TABLET, COATED~~~
OPASPRAY M-1-7111-B~ORAL; TABLET, FILM COATED~~2.9~MG
OPASPRAY M-1-711B WHITE~ORAL; TABLET~~27.78~MG
OPASPRAY M-1-7120 WHITE~ORAL; TABLET~~4.57~MG

OPASPRAY M-1-7120 WHITE~ORAL; TABLET, FILM COATED~~1.52~MG
OPASPRAY M-1-8429 YELLOW~ORAL; TABLET, FILM COATED~~~
OPASPRAY WD-1270 PINK~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~6.7~MG
OPATINT AD-25000 RED~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.1365~MG
OPATINT AD-25000 RED~ORAL; TABLET, ORALLY DISINTEGRATING~~2.5~MG
OPATINT DD-13009 ORANGE~ORAL; TABLET~~1.52~MG
OPATINT DD-14000 PINK~ORAL; TABLET, FILM COATED~~0.94~MG
OPATINT DD-1800 WHITE~ORAL; TABLET~~84~MG
OPATINT DD-18000 WHITE~ORAL; TABLET, FILM COATED~~0.68~MG
ORANGE JUICE~ORAL; POWDER~~1.25~%
ORANGE JUICE~ORAL; SOLUTION~~0.01~%
ORANGE JUICE~ORAL; SUSPENSION~~~
ORANGE JUICE,SYNTHETIC~ORAL; SOLUTION~~~
ORANGE OIL~ORAL; GRANULE, EFFERVESCENT~008008579~~
ORANGE OIL~ORAL; SOLUTION~008008579~~
ORANGE OIL~ORAL; SOLUTION, ELIXIR~008008579~0.12~%
ORANGE OIL~ORAL; SUSPENSION~008008579~0.054~%
ORANGE OIL~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~008008579~0.002~MG
ORANGE OIL, TERPENELESS~ORAL; SUSPENSION~~0.264~%
ORANGE OIL, TERPENELESS~ORAL; SYRUP~~0.0005~%
ORANGE PEEL EXTRACT~ORAL; SYRUP~~0.9~%
ORVUS K LIQUID~TOPICAL; AEROSOL~~39.75~%
OXIDRONATE SODIUM~INTRAVENOUS; INJECTION~~0.2~%
OXYQUINOLINE~INTRAVENOUS; INJECTION~000148243~0.005~%
PALM KERNEL OIL~RECTAL; SUPPOSITORY~008023798~~
PALM OIL - SOYBEAN OIL, HYDROGENATED~ORAL; CAPSULE~~4~MG
PALM OIL, HYDROGENATED~RECTAL; SUPPOSITORY~008033292~~
PALM OIL, HYDROGENATED~VAGINAL; GEL~008033292~1.125~%
PALMITAMINE OXIDE~TOPICAL; SOLUTION~007128918~3.75~%
PALMITIC ACID~ORAL; TABLET~000057103~6~MG
PARABENS~ORAL; CAPSULE~~~
PARABENS~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~~0.16~MG
PARABENS~ORAL; CAPSULE, SUSTAINED ACTION~~~
PARABENS~ORAL; DROPS~~~
PARABENS~ORAL; POWDER, FOR SUSPENSION~~~
PARABENS~ORAL; SOLUTION~~~
PARABENS~ORAL; SUSPENSION~~~
PARABENS~ORAL; TABLET~~~
PARABENS~ORAL; TABLET, SUSTAINED ACTION~~~
PARABENS~TOPICAL; AEROSOL, METERED~~10~%
PARAFFIN~ORAL; CAPSULE, SUSTAINED ACTION~008002742~50~MG
PARAFFIN~ORAL; TABLET~008002742~~
PARAFFIN~ORAL; TABLET, COATED~008002742~0.07~MG
PARAFFIN~ORAL; TABLET, EXTENDED RELEASE~008002742~0.06~MG
PARAFFIN~ORAL; TABLET, SUSTAINED ACTION~008002742~150.2~MG
PARAFFIN~TOPICAL; EMULSION, CREAM~008002742~4.5~%
PARAFFIN~TOPICAL; OINTMENT~008002742~68.995~%
PARAFFIN, WHITE SOFT~TOPICAL; EMULSION, CREAM~~15~%

PARMACOAT 606~ORAL; TABLET~~~
PD BASE-1000~ORAL; CAPSULE, SUSTAINED ACTION~~225~MG
PEANUT OIL~INTRAMUSCULAR; INJECTION~008002037~~
PEANUT OIL~INTRATRACHEAL; SUSPENSION~008002037~~
PEANUT OIL~ORAL; CAPSULE~008002037~313.8~MG
PEANUT OIL~ORAL; CAPSULE, COATED, SOFT GELATIN~008002037~149~MG
PEANUT OIL~TOPICAL; EMULSION, CREAM~008002037~3~%
PEANUT OIL~TOPICAL; OIL~008002037~~
PEANUT OIL~VAGINAL; EMULSION, CREAM~008002037~9~%
PECTIN~DENTAL; PASTE~009000695~180~MG
PECTIN~ORAL; BAR, CHEWABLE~009000695~1400~MG
PECTIN~ORAL; POWDER~009000695~25.5~%
PECTIN~TOPICAL; PASTE~009000695~~
PEG 6-32 STEARATE/GLYCOL STEARATE~TOPICAL; EMULSION, CREAM~~19.6~%
PEG 6-32 STEARATE/GLYCOL STEARATE~VAGINAL; EMULSION, CREAM~~19.6~%
PEG SORBITAN ISOSTEARATE~INTRAMUSCULAR; INJECTION~~~
PEG VEGETABLE OIL~IM - SC; INJECTION~008051352~7~%
PEG VEGETABLE OIL~IV(INFUSION); INJECTION~008051352~5~%
PEG-22 METHYL ETHER/DODECYL GLYCOL COPOLYMER~TOPICAL; CREAM, AUGMENTED~~5~%
PEG-25 PROPYLENE GLYCOL STEARATE~TOPICAL; EMULSION, CREAM~~2.5~%
PEG-40 SORBITAN DIISOSTEARATE~DENTAL; SOLUTION~~2.4~%
PEG-45/DODECYL GLYCOL COPOLYMER~TOPICAL; CREAM, AUGMENTED~~3~%
PEG-8 CAPRYLIC/CAPRIC GLYCERIDES~ORAL; CAPSULE, SOFT GELATIN~~70~MG
PEG-8 CAPRYLIC/CAPRIC GLYCERIDES~ORAL; SOLUTION~~6.12~%
PEGLICOL-5-OLEATE~ORAL; SOLUTION~~31.9~%
PEGLICOL-5-OLEATE~TOPICAL; EMULSION, CREAM~~3.05~%
PEGLICOL-5-OLEATE~TOPICAL; LOTION~~~
PEGLICOL-5-OLEATE~VAGINAL; EMULSION, CREAM~~3~%
PEGOXOL 7 STEARATE~TOPICAL; EMULSION, CREAM~~22~%
PEGOXOL 7 STEARATE~TOPICAL; LOTION~~~
PEGOXOL 7 STEARATE~VAGINAL; EMULSION, CREAM~~20~%
PENTADECALACTONE~TRANSDERMAL; GEL~000106025~40~%
PENTAERYTHRITOL COCOATE~TOPICAL; OINTMENT~~1~%
PENTASODIUM TRIPHOSPHATE~ORAL; TABLET~007758294~4~MG
PENTETATE CALCIUM TRISODIUM~INTRATHECAL; INJECTION~012111249~~
PENTETATE CALCIUM TRISODIUM~INTRAVENOUS; INJECTION~012111249~~
PENTETATE CALCIUM TRISODIUM~IV(INFUSION); INJECTION~012111249~~
PENTETATE PENTASODIUM~INTRAVENOUS; INJECTION~~0.5~%
PENTETIC ACID~INTRATHECAL; INJECTABLE~000067436~~
PENTETIC ACID~INTRAVENOUS; INJECTION~000067436~0.2~%
PEPPERMINT~DENTAL; SOLUTION~~0.5~%
PEPPERMINT~ORAL; SOLUTION, ELIXIR~~~
PEPPERMINT~ORAL; TABLET, FILM COATED~~5~MG
PEPPERMINT~ORAL; TABLET, ORALLY DISINTEGRATING~~2~MG
PEPPERMINT OIL~BUCCAL; GUM, CHEWING~008006904~~
PEPPERMINT OIL~DENTAL; SOLUTION~008006904~0.525~%
PEPPERMINT OIL~ORAL; CAPSULE~008006904~1.01~MG
PEPPERMINT OIL~ORAL; CAPSULE, SOFT GELATIN~008006904~1.02~MG
PEPPERMINT OIL~ORAL; CONCENTRATE~008006904~0.005~%
PEPPERMINT OIL~ORAL; SOLUTION~008006904~0.35~%

PEPPERMINT OIL~ORAL; SOLUTION, ELIXIR~008006904~~
PEPPERMINT OIL~ORAL; SUSPENSION~008006904~10~%
PEPPERMINT OIL~ORAL; SYRUP~008006904~60~%
PEPPERMINT OIL~ORAL; TABLET~008006904~3.5~MG
PEPPERMINT OIL~ORAL; TABLET, ORALLY DISINTEGRATING~008006904~0.6~MG
PEPPERMINT OIL~SUBLINGUAL; AEROSOL~008006904~~
PEPPERMINT OIL~SUBLINGUAL; SPRAY, METERED~008006904~0.0345~%
PEPPERMINT OIL~SUBLINGUAL; TABLET~008006904~0.15~MG
PEPPERMINT OIL~TOPICAL; OINTMENT~008006904~~
PERFLUTREN~INTRAVENOUS; INJECTION~000076197~~
PERFUME 25677~TOPICAL; OINTMENT~~~
PERFUME BOUQUET~TOPICAL; SHAMPOO~~0.2~%
PERFUME E-1991~TOPICAL; EMULSION, CREAM~~~
PERFUME GD 5604~TOPICAL; EMULSION, CREAM~~0.12~%
PERFUME TANA 90/42 SCBA~TOPICAL; LOTION~~0.075~%
PERFUME W-1952-1~TOPICAL; SOLUTION~~10~%
PETROLATUM~AURICULAR (OTIC); OINTMENT~008009038~~
PETROLATUM~OPHTHALMIC; OINTMENT~008009038~85~%
PETROLATUM~ORAL; CAPSULE, SUSTAINED ACTION~008009038~0.07~MG
PETROLATUM~TOPICAL; EMULSION~008009038~5.3~%
PETROLATUM~TOPICAL; EMULSION, CREAM~008009038~16.43~%
PETROLATUM~TOPICAL; LOTION~008009038~2.5~%
PETROLATUM~TOPICAL; OINTMENT~008009038~99.98~%
PETROLATUM~TOPICAL; SPONGE~008009038~~
PETROLATUM, WHITE~AURICULAR (OTIC); OINTMENT~~~
PETROLATUM, WHITE~DENTAL; PASTE~~64~MG
PETROLATUM, WHITE~NASAL; OINTMENT~~~
PETROLATUM, WHITE~OPHTHALMIC; OINTMENT~~89~%
PETROLATUM, WHITE~TOPICAL; CREAM, AUGMENTED~~26~%
PETROLATUM, WHITE~TOPICAL; EMULSION, AEROSOL FOAM~~~
PETROLATUM, WHITE~TOPICAL; EMULSION, CREAM~~58.2~%
PETROLATUM, WHITE~TOPICAL; LOTION~~15~%
PETROLATUM, WHITE~TOPICAL; OINTMENT~~99.98~%
PETROLATUM, WHITE~TOPICAL; OINTMENT, AUGMENTED~~81.936~%
PETROLATUM, WHITE~TRANSDERMAL; OINTMENT~~29~%
PETROLATUM, WHITE~VAGINAL; OINTMENT~~88.49~%
PETROLEUM DISTILLATES~TOPICAL; EMULSION, CREAM~008002059~6~%
PHARMABURST B1~ORAL; TABLET, ORALLY DISINTEGRATING~~671.13~MG
PHARMABURST B2~ORAL; TABLET, ORALLY DISINTEGRATING~~91.187~MG
PHARMACEUTICAL GLAZE~ORAL; CAPSULE~~34.48~MG
PHARMACEUTICAL GLAZE~ORAL; CAPSULE, COATED PELLETS~~0.429~MG
PHARMACEUTICAL GLAZE~ORAL; CAPSULE, SUSTAINED ACTION~~75.01~MG
PHARMACEUTICAL GLAZE~ORAL; TABLET~~18~MG
PHARMACEUTICAL GLAZE~ORAL; TABLET, COATED~~3.4~MG
PHARMACEUTICAL GLAZE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~21.44~MG
PHARMACEUTICAL GLAZE~ORAL; TABLET, FILM COATED~~0.74~MG
PHARMACEUTICAL GLAZE~ORAL; TABLET, SUSTAINED ACTION~~213.24~MG
PHARMACEUTICAL GLAZE~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
PHARMACOAT 606~ORAL; TABLET~~6.25~MG
PHARMACOAT 606~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~5.25~MG

PHARMATOSE DCL II~ORAL; TABLET~~455~MG
PHENETHYL ALCOHOL~AURICULAR (OTIC); SOLUTION~000060128~0.25~%
PHENETHYL ALCOHOL~NASAL; SOLUTION~000060128~0.2~%
PHENETHYL ALCOHOL~NASAL; SPRAY, METERED~000060128~0.254~%
PHENETHYL ALCOHOL~OPHTHALMIC; SOLUTION~000060128~0.5~%
PHENETHYL ALCOHOL~OPHTHALMIC; SUSPENSION~000060128~~
PHENOL~IM - IV - SC; INJECTION~000108952~0.45~%
PHENOL~IM - IV; INJECTION~000108952~1~%
PHENOL~IM - SC; INJECTION~000108952~0.5~%
PHENOL~IM - SC; INJECTION, SUSTAINED ACTION~000108952~0.5~%
PHENOL~INTRA-ARTICULAR; INJECTION~000108952~0.5~%
PHENOL~INTRADERMAL; INJECTION~000108952~0.25~%
PHENOL~INTRALESIONAL; INJECTION~000108952~0.5~%
PHENOL~INTRAMUSCULAR; INJECTABLE~000108952~0.5~%
PHENOL~INTRAMUSCULAR; INJECTION~000108952~1.3333~%
PHENOL~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~000108952~0.5~%
PHENOL~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000108952~~
PHENOL~INTRAMUSCULAR; SOLUTION, INJECTION~000108952~0.45~%
PHENOL~INTRASYNOVIAL; INJECTION~000108952~0.5~%
PHENOL~INTRAVENOUS; INJECTABLE~000108952~0.5~%
PHENOL~INTRAVENOUS; INJECTION~000108952~0.5~%
PHENOL~IV - SC; INJECTION~000108952~~
PHENOL~IV(INFUSION); INJECTION~000108952~1~%
PHENOL~SOFT TISSUE; INJECTION~000108952~~
PHENOL~SUBCUTANEOUS; INJECTABLE~000108952~0.18~%
PHENOL~SUBCUTANEOUS; INJECTION~000108952~0.5~%
PHENOL~SUBCUTANEOUS; SOLUTION, INJECTION~000108952~0.5~%
PHENOL~SUBCUTANEOUS; SUSPENSION, INJECTION~000108952~0.15~%
PHENOL, LIQUEFIED~IM - IV; INJECTION~~0.5~%
PHENOL, LIQUEFIED~IM - SC; INJECTION~~0.2~%
PHENOL, LIQUEFIED~IV - SC; LIQUID~~0.5~%
PHENOL, LIQUEFIED~SUBCUTANEOUS; INJECTION~~0.065~%
PHENOL, LIQUEFIED~SUBCUTANEOUS; SUSPENSION, INJECTION~~0.073~%
PHENONIP~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~~0.23~MG
PHENONIP~TOPICAL; PATCH, CONTROLLED RELEASE~~0.23~MG
PHENOXYETHANOL~TOPICAL; CREAM, AUGMENTED~000122996~0.5~%
PHENOXYETHANOL~TOPICAL; EMULSION, AEROSOL FOAM~000122996~~
PHENOXYETHANOL~TOPICAL; EMULSION, CREAM~000122996~0.5~%
PHENOXYETHANOL~TOPICAL; GEL~000122996~0.7~%
PHENYLALANINE~IV(INFUSION); INJECTION~000063912~52.6~%
PHENYLALANINE~IV(INFUSION); SOLUTION, INJECTION~000063912~17~%
PHENYLALANINE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000063912~3~MG
PHENYLMERCURIC ACETATE~OPHTHALMIC; OINTMENT~000062384~0.0008~%
PHENYLMERCURIC ACETATE~TOPICAL; EMULSION, CREAM~000062384~0.01~%
PHENYLMERCURIC ACETATE~VAGINAL; EMULSION, CREAM~000062384~0.01~%
PHENYLMERCURIC NITRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~000055685~~
PHENYLMERCURIC NITRATE~OPHTHALMIC; OINTMENT~000055685~0.002~%
PHENYLMERCURIC NITRATE~OPHTHALMIC; SOLUTION~000055685~0.002~%

PHOSPHATIDYL GLYCEROL, EGG~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~4.875~%
PHOSPHOLIPID~IV(INFUSION); EMULSION, INJECTION~~12~%
PHOSPHOLIPID~IV(INFUSION); INJECTION~~1.2~%
PHOSPHOLIPID, EGG~IV(INFUSION); INJECTION~~1.2~%
PHOSPHOLIPON 90G~VAGINAL; EMULSION, CREAM~~1~%
PHOSPHORIC ACID~IM - IV - SC; INJECTION~007664382~~
PHOSPHORIC ACID~IM - IV; INJECTION~007664382~~
PHOSPHORIC ACID~IM - SC; INJECTION~007664382~~
PHOSPHORIC ACID~IM - SC; POWDER, FOR INJECTION SOLUTION~007664382~~
PHOSPHORIC ACID~INTRA-ARTICULAR; INJECTION~007664382~~
PHOSPHORIC ACID~INTRALESIONAL; INJECTION~007664382~~
PHOSPHORIC ACID~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~007664382~~
PHOSPHORIC ACID~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007664382~0.233~%
PHOSPHORIC ACID~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007664382~~
PHOSPHORIC ACID~INTRAVENOUS; SOLUTION~007664382~~
PHOSPHORIC ACID~IV - SC; INJECTION~007664382~~
PHOSPHORIC ACID~IV(INFUSION); INJECTION~007664382~11.5~%
PHOSPHORIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~007664382~~
PHOSPHORIC ACID~IV(INFUSION); SOLUTION, INJECTION~007664382~~
PHOSPHORIC ACID~OPHTHALMIC; SOLUTION, DROPS~007664382~~
PHOSPHORIC ACID~ORAL; SOLUTION~007664382~0.1282~%
PHOSPHORIC ACID~ORAL; TABLET~007664382~~
PHOSPHORIC ACID~ORAL; TABLET, CONTROLLED RELEASE~007664382~~
PHOSPHORIC ACID~ORAL; TABLET, EXTENDED RELEASE~007664382~~
PHOSPHORIC ACID~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~007664382~2.975~MG
PHOSPHORIC ACID~SOFT TISSUE; INJECTION~007664382~~
PHOSPHORIC ACID~SUBCUTANEOUS; INJECTION~007664382~0.205~%
PHOSPHORIC ACID~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~007664382~~
PHOSPHORIC ACID~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007664382~0.233~%
PHOSPHORIC ACID~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~007664382~0.1398~%
PHOSPHORIC ACID~TOPICAL; EMULSION, CREAM~007664382~0.5~%
PHOSPHORIC ACID~TOPICAL; LOTION~007664382~0.1~%
PHOSPHORIC ACID~TOPICAL; LOTION, AUGMENTED~007664382~~
PHOSPHORIC ACID~TOPICAL; OINTMENT~007664382~0.004~%
PHOSPHORIC ACID~TOPICAL; SOLUTION~007664382~0.027~%
PHOSPHORIC ACID~TOPICAL; SPONGE~007664382~~
PHOSPHORIC ACID~VAGINAL; EMULSION, CREAM~007664382~0.8~%
PINE NEEDLE OIL~TOPICAL; LOTION~~0.25~%
PINEAPPLE~ORAL; CONCENTRATE~~0.1~%
PIPERAZINE~ORAL; TABLET~000110850~0.4~MG
PIPERAZINE HEXAHYDRATE~VAGINAL; EMULSION, CREAM~000142632~~
PLACEBO~ORAL; TABLET~~305.04~MG
PLASTIBASE-50W~DENTAL; PASTE~~549~MG
PLASTIBASE-50W~TOPICAL; OINTMENT~~99.95~%

PLUSWEET~SUBLINGUAL; TABLET~~0.25~MG
POLACRILIN~IONTOPHORESIS; DRUG DELIVERY SYSTEM~050602216~1.1~MG
POLACRILIN~ORAL-21; TABLET~050602216~3~MG
POLACRILIN~ORAL-28; TABLET~050602216~3~MG
POLACRILIN~TRANSDERMAL; DRUG DELIVERY SYSTEM~050602216~1.1~MG
POLACRILIN POTASSIUM~ORAL; CAPSULE~039393765~23~MG
POLACRILIN POTASSIUM~ORAL; SUSPENSION, LIQUID~039393765~0.4~%
POLACRILIN POTASSIUM~ORAL; TABLET~039393765~45.8~MG
POLACRILIN POTASSIUM~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~039393765~15~MG
POLACRILIN POTASSIUM~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~039393765~21~MG
POLACRILIN POTASSIUM~ORAL; TABLET, COATED~039393765~5~MG
POLACRILIN POTASSIUM~ORAL; TABLET, FILM COATED~039393765~40~MG
POLACRILIN POTASSIUM~ORAL; TABLET, SUSTAINED ACTION~039393765~10~MG
POLACRILIN POTASSIUM~ORAL-21; TABLET~039393765~3~MG
POLACRILIN POTASSIUM~ORAL-28; TABLET~039393765~8~MG
POLISH WAX 7625 P 100~ORAL; TABLET~~0.05~MG
POLISHING SOLUTION IM-182~ORAL; TABLET~~0.7~MG
POLOXAMER 124~ORAL; SUSPENSION~009003116~0.009~%
POLOXAMER 181~TOPICAL; LOTION~~~
POLOXAMER 182D~TOPICAL; GEL~~0.2~%
POLOXAMER 188~INTRAVENOUS; INJECTION~106392125~0.6~%
POLOXAMER 188~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~106392125~0.22~%
POLOXAMER 188~OPHTHALMIC; SOLUTION~106392125~0.1~%
POLOXAMER 188~OPHTHALMIC; SOLUTION, DROPS~106392125~0.1~%
POLOXAMER 188~ORAL; CONCENTRATE~106392125~0.025~%
POLOXAMER 188~ORAL; GRANULE~106392125~~
POLOXAMER 188~ORAL; POWDER, FOR ORAL SUSPENSION~106392125~0.34~%
POLOXAMER 188~ORAL; POWDER, FOR SOLUTION~106392125~~
POLOXAMER 188~ORAL; SOLUTION~106392125~10~%
POLOXAMER 188~ORAL; SUSPENSION~106392125~0.6~%
POLOXAMER 188~ORAL; SYRUP~106392125~~
POLOXAMER 188~ORAL; TABLET~106392125~18~MG
POLOXAMER 188~ORAL; TABLET, CONTROLLED RELEASE~106392125~5.61~MG
POLOXAMER 188~ORAL; TABLET, EXTENDED RELEASE~106392125~~
POLOXAMER 188~SUBCUTANEOUS; INJECTION~106392125~0.015~%
POLOXAMER 188~SUBCUTANEOUS; SOLUTION, INJECTION~106392125~0.3~%
POLOXAMER 188~TOPICAL; EMULSION, CREAM~106392125~0.0126~%
POLOXAMER 188~TOPICAL; GEL~106392125~5.5~%
POLOXAMER 237~TOPICAL; SPONGE~009003116~~
POLOXAMER 331~ORAL; POWDER, FOR SOLUTION~~2.5926~%
POLOXAMER 331~ORAL; POWDER, FOR SUSPENSION~~0.5286~%
POLOXAMER 331~ORAL; SUSPENSION~~1.25~%
POLOXAMER 338~ORAL; CAPSULE, ENTERIC COATED PELLETS~009003116~2~MG
POLOXAMER 407~OPHTHALMIC; SOLUTION~009003116~0.2~%
POLOXAMER 407~OPHTHALMIC; SOLUTION, DROPS~009003116~0.16~%
POLOXAMER 407~ORAL; POWDER, FOR ORAL SUSPENSION~009003116~12.6~%
POLOXAMER 407~ORAL; SOLUTION~009003116~1~%
POLOXAMER 407~ORAL; TABLET~009003116~100~MG

DTX-2583

POLOXAMER 407~ORAL; TABLET, FILM COATED~009003116~106.7~MG
POLOXAMER 407~TOPICAL; EMULSION, CREAM~009003116~1~%
POLOXAMER 407~TOPICAL; GEL~009003116~15.5~%
POLOXAMER 407~TOPICAL; SOLUTION~009003116~~
POLY(BIS(P-CARBOXYPHENOXY)PROPANE ANHYDRIDE):SEBACIC ACID~IMPLANTATION; WAFER~~192.3~MG
POLY(DIMETHYLSILOXANE/METHYLVINYLSILOXANE/METHYLHYDROGENSILOXANE) DIMETHYLVINYL OR DIMETHYLHYDROXY OR TRIMETHYL ENDBLOCKED~VAGINAL; DRUG DELIVERY SYSTEM~~9980~MG
POLYBUTENE~TRANSDERMAL; PATCH, CONTROLLED RELEASE~~~
POLYCARBOPHIL~BUCCAL; TABLET~009003978~3.125~MG
POLYCARBOPHIL~TOPICAL; PATCH~009003978~3.54~MG
POLYCARBOPHIL~VAGINAL; GEL~009003978~2.25~%
POLYCARBOPHIL, CALCIUM~ORAL; TROCHE~009003978~32.039~MG
POLYDEXTROSE~ORAL; TABLET~068424044~3.84~MG
POLYDEXTROSE~ORAL; TABLET, COATED~068424044~7.67~MG
POLYDEXTROSE~ORAL; TABLET, CONTROLLED RELEASE~068424044~~
POLYDEXTROSE~ORAL; TABLET, FILM COATED~068424044~3.83~MG
POLYDEXTROSE~ORAL; TABLET, SUSTAINED ACTION~068424044~~
POLYDEXTROSE K~ORAL; TABLET, FILM COATED~~8.125~MG
POLYESTER~BUCCAL; PATCH, CONTROLLED RELEASE~~~
POLYESTER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~24~MG
POLYESTER~TRANSDERMAL; PATCH, CONTROLLED RELEASE~~~
POLYESTER~VAGINAL; INSERT, EXTENDED RELEASE~~~
POLYESTER - FLUORO CHEMICAL RELEASING AGENT~TRANSDERMAL; FILM, CONTROLLED RELEASE~~393~MG
POLYESTER FLUOROCARBON DIACRYLATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~566~MG
POLYESTER POLYAMINE COPOLYMER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~6.6668~MG
POLYESTER RAYON~BUCCAL; PATCH, CONTROLLED RELEASE~~~
POLYETHYLENE~BUCCAL/SUBLINGUAL; TABLET~009002884~70~MG
POLYETHYLENE~DENTAL; PASTE~009002884~40~MG
POLYETHYLENE~INTRAUTERINE; INTRAUTERINE DEVICE~009002884~~
POLYETHYLENE~OPHTHALMIC; OINTMENT~009002884~~
POLYETHYLENE~ORAL; CAPSULE~009002884~2~MG
POLYETHYLENE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009002884~~
POLYETHYLENE~ORAL; TABLET, SUSTAINED ACTION~009002884~0.64~MG
POLYETHYLENE~TOPICAL; GEL~009002884~26~%
POLYETHYLENE~TOPICAL; OINTMENT~009002884~9~%
POLYETHYLENE~TOPICAL; PASTE~009002884~~
POLYETHYLENE~TOPICAL; TAPE~009002884~~
POLYETHYLENE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009002884~85~MG
POLYETHYLENE~VAGINAL; SUPPOSITORY~009002884~3321.2~MG
POLYETHYLENE GLYCOL 1000~ORAL; CONCENTRATE~~10~%
POLYETHYLENE GLYCOL 1000~ORAL; SOLUTION~~20~%
POLYETHYLENE GLYCOL 1000~ORAL; TABLET, FILM COATED~~1.5197~MG
POLYETHYLENE GLYCOL 1000~RECTAL; SUPPOSITORY~~1625000~MG
POLYETHYLENE GLYCOL 1000~TOPICAL; EMULSION, AEROSOL FOAM~~~
POLYETHYLENE GLYCOL 1000~TOPICAL; EMULSION, CREAM~~7.2~%

POLYETHYLENE GLYCOL 1000~VAGINAL; SUPPOSITORY~~~
POLYETHYLENE GLYCOL 1450~ORAL; SOLUTION~~18.15~%
POLYETHYLENE GLYCOL 1450~ORAL; SUSPENSION~~~
POLYETHYLENE GLYCOL 1450~ORAL; TABLET, EXTENDED RELEASE~~4.24~MG
POLYETHYLENE GLYCOL 1450~ORAL-21; TABLET~~0.6~MG
POLYETHYLENE GLYCOL 1450~ORAL-28; TABLET~~0.125~MG
POLYETHYLENE GLYCOL 1450~URETHRAL; SUPPOSITORY~~9.75~MG
POLYETHYLENE GLYCOL 1500~ORAL; TABLET~~1.2~MG
POLYETHYLENE GLYCOL 1500~TOPICAL; OINTMENT~~5~%
POLYETHYLENE GLYCOL 1540~DENTAL; GEL~~5~%
POLYETHYLENE GLYCOL 1540~DENTAL; PASTE~~~
POLYETHYLENE GLYCOL 1540~ORAL; SOLUTION~~3.364~%
POLYETHYLENE GLYCOL 1540~ORAL; TABLET~~~
POLYETHYLENE GLYCOL 1540~ORAL; TABLET, COATED~~~
POLYETHYLENE GLYCOL 1540~RECTAL; SUPPOSITORY~~~
POLYETHYLENE GLYCOL 1540~TOPICAL; OINTMENT~~38~%
POLYETHYLENE GLYCOL 1540~TOPICAL; SOLUTION~~29.7~%
POLYETHYLENE GLYCOL 200~INTRAMUSCULAR; INJECTION~~30~%
POLYETHYLENE GLYCOL 200~ORAL; CAPSULE~~~
POLYETHYLENE GLYCOL 200~ORAL; SOLUTION~~20~%
POLYETHYLENE GLYCOL 200~ORAL; TABLET, EXTENDED RELEASE~~~
POLYETHYLENE GLYCOL 200~TOPICAL; OINTMENT~~39~%
POLYETHYLENE GLYCOL 20000~ORAL; CAPSULE~~18~MG
POLYETHYLENE GLYCOL 20000~ORAL; CAPSULE, HARD GELATIN~~13.5~MG
POLYETHYLENE GLYCOL 20000~ORAL; TABLET~~0.3~MG
POLYETHYLENE GLYCOL 20000~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.008~MG
POLYETHYLENE GLYCOL 20000~ORAL-28; TABLET~~0.3~MG
POLYETHYLENE GLYCOL 300~IM - IV; INJECTION~025322683~50~%
POLYETHYLENE GLYCOL 300~INTRAMUSCULAR; INJECTION~025322683~50~%
POLYETHYLENE GLYCOL 300~INTRAVENOUS; INJECTION~025322683~65~%
POLYETHYLENE GLYCOL 300~IV(INFUSION); INJECTION~025322683~65~%
POLYETHYLENE GLYCOL 300~OPHTHALMIC; OINTMENT~025322683~~
POLYETHYLENE GLYCOL 300~OPHTHALMIC; SOLUTION~025322683~~
POLYETHYLENE GLYCOL 300~ORAL; TABLET~025322683~1~MG
POLYETHYLENE GLYCOL 300~ORAL; TABLET, FILM COATED~025322683~1.5~MG
POLYETHYLENE GLYCOL 300~TOPICAL; OINTMENT~025322683~57~%
POLYETHYLENE GLYCOL 300~TOPICAL; SOLUTION~025322683~29.7~%
POLYETHYLENE GLYCOL 300-1600~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
POLYETHYLENE GLYCOL 300-1600~TOPICAL; OINTMENT~~~
POLYETHYLENE GLYCOL 3350~INTRA-ARTICULAR; INJECTION~~3~%
POLYETHYLENE GLYCOL 3350~INTRALESIONAL; INJECTION~~3~%
POLYETHYLENE GLYCOL 3350~INTRALESIONAL; INJECTION, SUSTAINED ACTION~~2.9~%
POLYETHYLENE GLYCOL 3350~INTRAMUSCULAR; INJECTION~~3~%
POLYETHYLENE GLYCOL 3350~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~~2.9~%
POLYETHYLENE GLYCOL 3350~INTRASYNOVIAL; INJECTION~~3~%
POLYETHYLENE GLYCOL 3350~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~~2.9~%
POLYETHYLENE GLYCOL 3350~NASAL; SOLUTION~~~
POLYETHYLENE GLYCOL 3350~NASAL; SPRAY, METERED~~1.5~%
POLYETHYLENE GLYCOL 3350~ORAL; CAPSULE~~27.2~MG

DTX-2583

POLYETHYLENE GLYCOL 3350~ORAL; CAPSULE, SOFT GELATIN~~76.92~MG
POLYETHYLENE GLYCOL 3350~ORAL; SUSPENSION~~4.5~%
POLYETHYLENE GLYCOL 3350~ORAL; SUSPENSION, SUSTAINED ACTION~~~
POLYETHYLENE GLYCOL 3350~ORAL; TABLET~~25~MG
POLYETHYLENE GLYCOL 3350~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~15~MG
POLYETHYLENE GLYCOL 3350~ORAL; TABLET, COATED~~0.5~MG
POLYETHYLENE GLYCOL 3350~ORAL; TABLET, CONTROLLED RELEASE~~0.72~MG
POLYETHYLENE GLYCOL 3350~ORAL; TABLET, EXTENDED RELEASE~~~
POLYETHYLENE GLYCOL 3350~ORAL; TABLET, FILM COATED~~13~MG
POLYETHYLENE GLYCOL 3350~ORAL; TABLET, SUSTAINED ACTION~~8.5~MG
POLYETHYLENE GLYCOL 3350~ORAL; TABLET, SUSTAINED ACTION, COATED~~4.2~MG
POLYETHYLENE GLYCOL 3350~RECTAL; SUPPOSITORY~~1425.96~MG
POLYETHYLENE GLYCOL 3350~SOFT TISSUE; INJECTION~~3~%
POLYETHYLENE GLYCOL 3350~SOFT TISSUE; INJECTION, SUSTAINED ACTION~~2.9~%
POLYETHYLENE GLYCOL 3350~SUBCUTANEOUS; SUSPENSION, INJECTION~~2.875~%
POLYETHYLENE GLYCOL 3350~TOPICAL; OINTMENT~~40~%
POLYETHYLENE GLYCOL 3350~VAGINAL; SUPPOSITORY~~~
POLYETHYLENE GLYCOL 3500~ORAL; SUSPENSION, SUSTAINED ACTION~~~
POLYETHYLENE GLYCOL 3500~ORAL; TABLET~~3.048~MG
POLYETHYLENE GLYCOL 3500~ORAL; TABLET, FILM COATED~~~
POLYETHYLENE GLYCOL 400~IM - IV; INJECTION~009004960~20.3~%
POLYETHYLENE GLYCOL 400~IM - IV; SOLUTION, INJECTION~009004960~18~%
POLYETHYLENE GLYCOL 400~INTRAVENOUS; INJECTION~009004960~11.25~%
POLYETHYLENE GLYCOL 400~IV(INFUSION); INJECTION~009004960~11.25~%
POLYETHYLENE GLYCOL 400~NASAL; SPRAY, METERED~009004960~20~%
POLYETHYLENE GLYCOL 400~OPHTHALMIC; OINTMENT~009004960~4.997~%
POLYETHYLENE GLYCOL 400~ORAL; AEROSOL, METERED~009004960~~
POLYETHYLENE GLYCOL 400~ORAL; CAPSULE~009004960~500~MG
POLYETHYLENE GLYCOL 400~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~009004960~~
POLYETHYLENE GLYCOL 400~ORAL; CAPSULE, COATED, SOFT GELATIN~009004960~103.55~MG
POLYETHYLENE GLYCOL 400~ORAL; CAPSULE, EXTENDED RELEASE~009004960~1.7~MG
POLYETHYLENE GLYCOL 400~ORAL; CAPSULE, SOFT GELATIN~009004960~960.78~MG
POLYETHYLENE GLYCOL 400~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~009004960~1.7~MG
POLYETHYLENE GLYCOL 400~ORAL; CONCENTRATE~009004960~60~%
POLYETHYLENE GLYCOL 400~ORAL; SOLUTION~009004960~60~%
POLYETHYLENE GLYCOL 400~ORAL; SUSPENSION~009004960~5~%
POLYETHYLENE GLYCOL 400~ORAL; SYRUP~009004960~0.05~%
POLYETHYLENE GLYCOL 400~ORAL; TABLET~009004960~105.065~MG
POLYETHYLENE GLYCOL 400~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009004960~20~MG
POLYETHYLENE GLYCOL 400~ORAL; TABLET, ENTERIC COATED PARTICLES~009004960~12.5~MG
POLYETHYLENE GLYCOL 400~ORAL; TABLET, EXTENDED RELEASE~009004960~45~MG
POLYETHYLENE GLYCOL 400~ORAL; TABLET, FILM COATED~009004960~5.91~MG
POLYETHYLENE GLYCOL 400~ORAL; TABLET, SUSTAINED ACTION~009004960~45~MG
POLYETHYLENE GLYCOL 400~ORAL; TABLET, SUSTAINED ACTION, FILM

COATED~009004960~1.8~MG
POLYETHYLENE GLYCOL 400~ORAL-21; TABLET~009004960~0.15~MG
POLYETHYLENE GLYCOL 400~ORAL-28; TABLET~009004960~0.15~MG
POLYETHYLENE GLYCOL 400~RECTAL; SUPPOSITORY~009004960~~
POLYETHYLENE GLYCOL 400~TOPICAL; DRESSING~009004960~~
POLYETHYLENE GLYCOL 400~TOPICAL; EMULSION, CREAM~009004960~7.5~%
POLYETHYLENE GLYCOL 400~TOPICAL; GEL~009004960~45~%
POLYETHYLENE GLYCOL 400~TOPICAL; LOTION~009004960~12~%
POLYETHYLENE GLYCOL 400~TOPICAL; OINTMENT~009004960~65~%
POLYETHYLENE GLYCOL 400~TOPICAL; SOLUTION~009004960~69.9~%
POLYETHYLENE GLYCOL 400~TOPICAL; SPONGE~009004960~~
POLYETHYLENE GLYCOL 400~TOPICAL; SWAB~009004960~~
POLYETHYLENE GLYCOL 400~VAGINAL; SUPPOSITORY~009004960~~
POLYETHYLENE GLYCOL 4000~INTRA-ARTICULAR; INJECTION~~3~%
POLYETHYLENE GLYCOL 4000~INTRALESIONAL; INJECTION~~3~%
POLYETHYLENE GLYCOL 4000~INTRAMUSCULAR; INJECTION~~3~%
POLYETHYLENE GLYCOL 4000~INTRASYNOVIAL; INJECTION~~3~%
POLYETHYLENE GLYCOL 4000~ORAL; CAPSULE~~449.6~MG
POLYETHYLENE GLYCOL 4000~ORAL; CAPSULE, SOFT GELATIN~~15~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET~~15~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, COATED~~2~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.96~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, EXTENDED RELEASE~~45~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, FILM COATED~~1.625~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~~2.8~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, SUSTAINED ACTION~~454~MG
POLYETHYLENE GLYCOL 4000~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~1.8~MG
POLYETHYLENE GLYCOL 4000~RECTAL; SUPPOSITORY~~1269~MG
POLYETHYLENE GLYCOL 4000~SOFT TISSUE; INJECTION~~~
POLYETHYLENE GLYCOL 4000~SUBLINGUAL; TABLET~~2.5~MG
POLYETHYLENE GLYCOL 4000~TOPICAL; EMULSION, CREAM~~~
POLYETHYLENE GLYCOL 4000~TOPICAL; OINTMENT~~84~%
POLYETHYLENE GLYCOL 4000~TOPICAL; SOLUTION~~~
POLYETHYLENE GLYCOL 4000~VAGINAL; EMULSION, CREAM~~0.5~%
POLYETHYLENE GLYCOL 4000~VAGINAL; SUPPOSITORY~~~
POLYETHYLENE GLYCOL 4500~ORAL; TABLET, COATED~~~
POLYETHYLENE GLYCOL 4500~ORAL; TABLET, FILM COATED~~0.386~MG
POLYETHYLENE GLYCOL 540~TOPICAL; OINTMENT~~76.5~%
POLYETHYLENE GLYCOL 600~INTRAVENOUS; INJECTION~006790096~5~%
POLYETHYLENE GLYCOL 600~INTRAVENOUS; SOLUTION, INJECTION~006790096~5~%
POLYETHYLENE GLYCOL 600~ORAL; CAPSULE~006790096~448.4~MG
POLYETHYLENE GLYCOL 600~ORAL; CAPSULE, SOFT GELATIN~006790096~324~MG
POLYETHYLENE GLYCOL 600~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~006790096~580.6~MG
POLYETHYLENE GLYCOL 600~ORAL; SOLUTION~006790096~65~%
POLYETHYLENE GLYCOL 600~ORAL; TABLET~006790096~6~MG
POLYETHYLENE GLYCOL 600~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~006790096~~
POLYETHYLENE GLYCOL 600~ORAL; TABLET, SUSTAINED ACTION~006790096~1.2~MG

POLYETHYLENE GLYCOL 600~TOPICAL; SOLUTION~006790096~0.3~%
POLYETHYLENE GLYCOL 6000~ORAL; CAPSULE~~10~MG
POLYETHYLENE GLYCOL 6000~ORAL; CAPSULE, EXTENDED RELEASE~~1.56~MG
POLYETHYLENE GLYCOL 6000~ORAL; CAPSULE, HARD GELATIN~~450~MG
POLYETHYLENE GLYCOL 6000~ORAL; CAPSULE, SUSTAINED ACTION~~17.46~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET~~375~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.322~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, COATED~~40~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.6~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, EXTENDED RELEASE~~1.4~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, FILM COATED~~30~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, SUSTAINED ACTION~~12.5~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, SUSTAINED ACTION, COATED~~0.5~MG
POLYETHYLENE GLYCOL 6000~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~0.322~MG
POLYETHYLENE GLYCOL 6000~ORAL-21; TABLET, COATED~~2.148~MG
POLYETHYLENE GLYCOL 6000~ORAL-28; TABLET~~0.2024~MG
POLYETHYLENE GLYCOL 6000~ORAL-28; TABLET, COATED~~2.148~MG
POLYETHYLENE GLYCOL 6000~RECTAL; SUPPOSITORY~~128~MG
POLYETHYLENE GLYCOL 6000~TOPICAL; EMULSION, CREAM~~~
POLYETHYLENE GLYCOL 6000~TOPICAL; OINTMENT~~1~%
POLYETHYLENE GLYCOL 6000~VAGINAL; TABLET~~3~MG
POLYETHYLENE GLYCOL 6000~VAGINAL; TABLET, FILM COATED~~0.064~MG
POLYETHYLENE GLYCOL 7000K~ORAL; TABLET, CONTROLLED RELEASE~~132.66~MG
POLYETHYLENE GLYCOL 7000K~ORAL; TABLET, EXTENDED RELEASE~~~
POLYETHYLENE GLYCOL 800~ORAL; TABLET~~0.9~MG
POLYETHYLENE GLYCOL 8000~OPHTHALMIC; SOLUTION~~2~%
POLYETHYLENE GLYCOL 8000~ORAL; CAPSULE~~10~MG
POLYETHYLENE GLYCOL 8000~ORAL; CAPSULE, HARD GELATIN~~27.8~MG
POLYETHYLENE GLYCOL 8000~ORAL; CAPSULE, SUSTAINED ACTION~~1.39~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET~~167.6~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~6.5~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, COATED~~0.21~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.75~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, EXTENDED RELEASE~~2.52~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, FILM COATED~~49~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~~2.55~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, SUSTAINED ACTION~~100~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, SUSTAINED ACTION, COATED~~14~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~0.18~MG
POLYETHYLENE GLYCOL 8000~ORAL; TABLET, UNCOATED, TROCHE~~~
POLYETHYLENE GLYCOL 8000~ORAL-28; TABLET~~2.05~MG
POLYETHYLENE GLYCOL 8000~RECTAL; SUPPOSITORY~~52~MG
POLYETHYLENE GLYCOL 8000~TOPICAL; EMULSION, CREAM~~11~%

POLYETHYLENE GLYCOL 8000~TOPICAL; POWDER~~~
POLYETHYLENE GLYCOL 8000~TOPICAL; SOLUTION~~~
POLYETHYLENE GLYCOL 8000~VAGINAL; TABLET~~3~MG
POLYETHYLENE GLYCOL 900~TOPICAL; OINTMENT~~~
POLYETHYLENE GLYCOL 900~TOPICAL; SOLUTION~~0.95~%
POLYETHYLENE OXIDE~ORAL; TABLET~025322683~57.86~MG
POLYETHYLENE OXIDE~ORAL; TABLET, CONTROLLED RELEASE~025322683~252.14~MG
POLYETHYLENE OXIDE~ORAL; TABLET, EXTENDED RELEASE~025322683~335.79~MG
POLYETHYLENE OXIDE~ORAL; TABLET, SUSTAINED ACTION~025322683~543.9~MG
POLYETHYLENE OXIDE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~025322683~180~MG
POLYETHYLENE T~INTRAUTERINE; INTRAUTERINE DEVICE~~~
POLYETHYLENE TEREPHTHALATES~TRANSDERMAL; FILM, CONTROLLED RELEASE~009003514~~
POLYGALACTURONIC ACID~ORAL; POWDER, FOR SOLUTION~009015843~14.5~%
POLYGLACTIN~DENTAL; POWDER~026780507~~
POLYGLACTIN~IMPLANTATION; PELLET, IMPLANT~026780507~25.2~MG
POLYGLACTIN~INTRAMUSCULAR; INJECTION~026780507~14.5~%
POLYGLACTIN~INTRAMUSCULAR; INJECTION, MICROSPHERES~026780507~56.64~%
POLYGLACTIN~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~026780507~17~%
POLYGLACTIN~SUBCUTANEOUS; INJECTION~026780507~21.15~%
POLYGLACTIN~SUBCUTANEOUS; PELLET, IMPLANT~026780507~25.2~MG
POLYGLACTIN~SUBCUTANEOUS; POWDER, FOR INJECTION SUSPENSION~026780507~13.26~%
POLYGLYCERYL-10 OLEATE~ORAL; CAPSULE, SOFT GELATIN~009007481~199.9~MG
POLYGLYCERYL-10 OLEATE~ORAL; SOLUTION~009007481~19~%
POLYGLYCERYL-10 TETRALINOLEATE~ORAL; SUSPENSION~~~
POLYGLYCERYL-3 OLEATE~ORAL; CAPSULE, SOFT GELATIN~~330.7~MG
POLYGLYCERYL-3 OLEATE~ORAL; SOLUTION~~31~%
POLYGLYCERYL-3 OLEATE~VAGINAL; EMULSION, CREAM~~2.7~%
POLYGLYCERYL-4 OLEATE~VAGINAL; EMULSION, CREAM~071012107~2.71~%
POLYHYDROXYETHYL METHACRYLATE~TOPICAL; DRESSING~~~
POLYISOBUTYLENE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009003274~119~MG
POLYISOBUTYLENE~TRANSDERMAL; PATCH, CONTROLLED RELEASE~009003274~10.5~MG
POLYISOBUTYLENE 1,200,000~TRANSDERMAL; FILM, CONTROLLED RELEASE~~69~MG
POLYISOBUTYLENE 35,000~TRANSDERMAL; FILM, CONTROLLED RELEASE~~86~MG
POLYLACTIDE~INTRAMUSCULAR; POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~26680104~26.48~%
POLYLACTIDE~PERIODONTAL; DRUG DELIVERY SYSTEM~26680104~~
POLYOLS~DENTAL; GEL~~65.82~%
POLYOLS~DENTAL; PASTE~~~
POLYOXYETHYLENE - POLYOXYPROPYLENE 1800~OPHTHALMIC; SOLUTION~~~
POLYOXYETHYLENE - POLYOXYPROPYLENE 1800~TOPICAL; EMULSION, CREAM~~~
POLYOXYETHYLENE ALCOHOLS~TOPICAL; EMULSION, CREAM~009007630~9~%
POLYOXYETHYLENE ALCOHOLS~TOPICAL; OINTMENT~009007630~~
POLYOXYETHYLENE FATTY ACID ESTERS~IM - IV - SC; INJECTION~~~
POLYOXYETHYLENE FATTY ACID ESTERS~IM - SC; INJECTION~~7~%
POLYOXYETHYLENE FATTY ACID ESTERS~TOPICAL; DISC~~~
POLYOXYETHYLENE FATTY ACID ESTERS~TOPICAL; EMULSION, CREAM~~1.9~%
POLYOXYETHYLENE PROPYLENE~TOPICAL; LOTION~~~

DTX-2583

POLYOXYL 100 GLYCERYL STEARATE~TOPICAL; EMULSION, CREAM~~5~%
POLYOXYL 100 GLYCERYL STEARATE~VAGINAL; EMULSION, CREAM~~2~%
POLYOXYL 100 STEARATE~TOPICAL; EMULSION, CREAM~~2.1~%
POLYOXYL 100 STEARATE~TOPICAL; LOTION~~1~%
POLYOXYL 100 STEARATE~VAGINAL; EMULSION, CREAM~~~
POLYOXYL 15 COCAMINE~TOPICAL; SPONGE~008051523~~
POLYOXYL 150 DISTEARATE~TOPICAL; SOLUTION~~1.25~%
POLYOXYL 2 STEARATE~TOPICAL; EMULSION, AEROSOL FOAM~~~
POLYOXYL 2 STEARATE~TOPICAL; EMULSION, CREAM~~1~%
POLYOXYL 20 STEARATE~ORAL; TABLET, SUSTAINED ACTION~~0.08~MG
POLYOXYL 35 CASTOR OIL~INTRAVESICAL; SOLUTION~061791126~50~%
POLYOXYL 35 CASTOR OIL~IV(INFUSION); INJECTION~061791126~65~%
POLYOXYL 35 CASTOR OIL~IV(INFUSION); SOLUTION, INJECTION~061791126~52.75~%
POLYOXYL 35 CASTOR OIL~OPHTHALMIC; SOLUTION~061791126~5~%
POLYOXYL 35 CASTOR OIL~ORAL; CAPSULE~061791126~120~MG
POLYOXYL 35 CASTOR OIL~ORAL; CAPSULE, SOFT GELATIN~061791126~599.4~MG
POLYOXYL 35 CASTOR OIL~ORAL; SOLUTION~061791126~51.5~%
POLYOXYL 35 CASTOR OIL~ORAL; SUSPENSION~061791126~0.04~%
POLYOXYL 4 DILAURATE~TOPICAL; LOTION~~2~%
POLYOXYL 40 CASTOR OIL~IM - SC; INJECTION~~7~%
POLYOXYL 40 CASTOR OIL~IV(INFUSION); INJECTION~~~
POLYOXYL 40 HYDROGENATED CASTOR OIL~DENTAL; SOLUTION~061788850~1~%
POLYOXYL 40 HYDROGENATED CASTOR OIL~OPHTHALMIC; SOLUTION, DROPS~061788850~0.5~%
POLYOXYL 40 HYDROGENATED CASTOR OIL~ORAL; CAPSULE~061788850~200~MG
POLYOXYL 40 HYDROGENATED CASTOR OIL~ORAL; CAPSULE, SOFT GELATIN~061788850~405~MG
POLYOXYL 40 HYDROGENATED CASTOR OIL~ORAL; SOLUTION~061788850~45~%
POLYOXYL 40 HYDROGENATED CASTOR OIL~ORAL; TABLET, SUSTAINED ACTION~061788850~25~MG
POLYOXYL 40 HYDROGENATED CASTOR OIL~TOPICAL; EMULSION, CREAM~061788850~1~%
POLYOXYL 40 STEARATE~AURICULAR (OTIC); SUSPENSION~009004993~1~%
POLYOXYL 40 STEARATE~DENTAL; SOLUTION~009004993~~
POLYOXYL 40 STEARATE~OPHTHALMIC; OINTMENT~009004993~~
POLYOXYL 40 STEARATE~OPHTHALMIC; SOLUTION~009004993~7~%
POLYOXYL 40 STEARATE~OPHTHALMIC; SUSPENSION~009004993~0.5~%
POLYOXYL 40 STEARATE~ORAL; CAPSULE~009004993~2.4~MG
POLYOXYL 40 STEARATE~ORAL; CAPSULE, HARD GELATIN~009004993~0.6~MG
POLYOXYL 40 STEARATE~ORAL; CONCENTRATE~009004993~~
POLYOXYL 40 STEARATE~ORAL; GRANULE~009004993~~
POLYOXYL 40 STEARATE~ORAL; POWDER~009004993~~
POLYOXYL 40 STEARATE~ORAL; TABLET~009004993~8.48~MG
POLYOXYL 40 STEARATE~ORAL; TABLET, FILM COATED~009004993~2~MG
POLYOXYL 40 STEARATE~TOPICAL; EMULSION, AEROSOL FOAM~009004993~1.075~%
POLYOXYL 40 STEARATE~TOPICAL; EMULSION, CREAM~009004993~8.8~%
POLYOXYL 40 STEARATE~TOPICAL; LOTION~009004993~5.1~%
POLYOXYL 40 STEARATE~TOPICAL; OINTMENT~009004993~~
POLYOXYL 40 STEARATE~TOPICAL; SPONGE~009004993~~
POLYOXYL 400 STEARATE~NASAL; SPRAY, METERED~~15~%
POLYOXYL 400 STEARATE~TOPICAL; EMULSION, CREAM~~8~%

DTX-2583

POLYOXYL 50 STEARATE~TOPICAL; EMULSION, CREAM~~2~%
POLYOXYL 50 STEARATE~TOPICAL; OINTMENT~~~
POLYOXYL 6 AND POLYOXYL 32 PALMITOSTEARATE~TOPICAL; EMULSION, CREAM~~20~%
POLYOXYL 6 ISOSTEARATE~TOPICAL; EMULSION, LOTION~~2~%
POLYOXYL 6 LAURATE~TOPICAL; SHAMPOO~~2~%
POLYOXYL 60 CASTOR OIL~IV(INFUSION); INJECTION~~20~%
POLYOXYL 60 HYDROGENATED CASTOR OIL~TOPICAL; EMULSION, CREAM~~1.9~%
POLYOXYL 75 LANOLIN~TOPICAL; AEROSOL~~1.5~%
POLYOXYL 75 LANOLIN~TOPICAL; EMULSION~~1.5~%
POLYOXYL 75 LANOLIN~TOPICAL; SOLUTION~~1~%
POLYOXYL 8 STEARATE~ORAL; CONCENTRATE~009004993~2.5~%
POLYOXYL 8 STEARATE~ORAL; SUSPENSION~009004993~0.085~%
POLYOXYL 8 STEARATE~TOPICAL; EMULSION, CREAM~009004993~8~%
POLYOXYL 8 STEARATE~TOPICAL; SPONGE~009004993~~
POLYOXYL DISTEARATE~TOPICAL; OINTMENT~009005087~~
POLYOXYL GLYCERYL STEARATE~TOPICAL; EMULSION, CREAM~~5~%
POLYOXYL LANOLIN~TOPICAL; SOLUTION~~0.94~%
POLYOXYL PALMITATE~VAGINAL; SUPPOSITORY~009004948~276~MG
POLYOXYL STEARATE~AURICULAR (OTIC); SUSPENSION~~0.006~%
POLYOXYL STEARATE~TOPICAL; EMULSION~~~
POLYOXYL STEARATE~TOPICAL; EMULSION, CREAM~~20~%
POLYOXYL STEARATE~TOPICAL; LOTION~~2~%
POLYOXYLETHYLENE ISONONYLPHENYL ESTER~ORAL; TABLET, SUSTAINED ACTION, COATED~~1.54~MG
POLYPROPYLENE~INTRAUTERINE; INTRAUTERINE DEVICE~009003070~~
POLYPROPYLENE~TOPICAL; SPONGE~009003070~~
POLYPROPYLENE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009003070~13.5~MG
POLYPROPYLENE GLYCOL~IM - IV; INJECTABLE~009003150~40~%
POLYPROPYLENE GLYCOL~OPHTHALMIC; SOLUTION~009003150~15~%
POLYPROPYLENE GLYCOL~ORAL; TABLET~009003150~1.26~MG
POLYQUATERNIUM-1~OPHTHALMIC; SOLUTION, DROPS~068518547~0.0005~%
POLYQUATERNIUM-1~TOPICAL; SOLUTION, DROPS~068518547~0.0005~%
POLYQUATERNIUM-10~TOPICAL; SHAMPOO~053568664~2~%
POLYQUATERNIUM-7~TOPICAL; SHAMPOO~026590056~1~%
POLYSACCHARIDES~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~80.4~MG
POLYSACCHARIDES SOY~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~53.5~MG
POLYSILOXANE~INTRAVENOUS; INJECTABLE~009014135~~
POLYSILOXANE~ORAL; CAPSULE~009014135~~
POLYSORBATE 20~AURICULAR (OTIC); SUSPENSION, LIQUID~009005645~1~%
POLYSORBATE 20~IM - SC; INJECTION~009005645~0.0005~%
POLYSORBATE 20~INTRAMUSCULAR; INJECTION~009005645~~
POLYSORBATE 20~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009005645~0.01~%
POLYSORBATE 20~INTRAMUSCULAR; SOLUTION, INJECTION~009005645~0.0177~%
POLYSORBATE 20~INTRAVENOUS; INJECTION~009005645~0.4~%
POLYSORBATE 20~INTRAVENOUS; SOLUTION, INJECTION~009005645~0.4~%
POLYSORBATE 20~IV(INFUSION); INJECTION~009005645~2.4~%
POLYSORBATE 20~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~009005645~~
POLYSORBATE 20~NASAL; SPRAY, METERED~009005645~2.5~%
POLYSORBATE 20~OPHTHALMIC; SUSPENSION~009005645~0.05~%

POLYSORBATE 20~OPHTHALMIC;  SUSPENSION, DROPS~009005645~~
POLYSORBATE 20~ORAL;  CAPSULE~009005645~56.25~MG
POLYSORBATE 20~ORAL;  POWDER, FOR SUSPENSION~009005645~0.026~%
POLYSORBATE 20~ORAL;  SOLUTION, ELIXIR~009005645~~
POLYSORBATE 20~ORAL;  SUSPENSION~009005645~0.5~%
POLYSORBATE 20~ORAL;  TABLET~009005645~6~MG
POLYSORBATE 20~ORAL;  TABLET, COATED~009005645~~
POLYSORBATE 20~ORAL;  TABLET, EXTENDED RELEASE~009005645~2.8~MG
POLYSORBATE 20~ORAL;  TABLET, FILM COATED~009005645~~
POLYSORBATE 20~SUBCUTANEOUS;  INJECTION~009005645~0.001~%
POLYSORBATE 20~SUBCUTANEOUS;  LIQUID~009005645~0.05~%
POLYSORBATE 20~SUBCUTANEOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009005645~0.01~%
POLYSORBATE 20~SUBCUTANEOUS;  SOLUTION, INJECTION~009005645~0.4~%
POLYSORBATE 20~TOPICAL;  EMULSION~009005645~2~%
POLYSORBATE 20~TOPICAL;  EMULSION, CREAM~009005645~0.8~%
POLYSORBATE 20~TOPICAL;  GEL~009005645~~
POLYSORBATE 20~TOPICAL;  LOTION~009005645~7.8~%
POLYSORBATE 20~TOPICAL;  SOLUTION~009005645~15~%
POLYSORBATE 20~VAGINAL;  SUPPOSITORY~009005645~~
POLYSORBATE 20~VAGINAL;  TAMPON~009005645~64.8~MG
POLYSORBATE 40~IM - IV;  INJECTION~009005667~~
POLYSORBATE 40~INTRAMUSCULAR;  INJECTION~009005667~~
POLYSORBATE 40~ORAL;  SOLUTION, ELIXIR~009005667~0.005~%
POLYSORBATE 40~ORAL;  SUSPENSION~009005667~0.5~%
POLYSORBATE 40~ORAL;  SYRUP~009005667~~
POLYSORBATE 40~TOPICAL;  EMULSION, CREAM~009005667~6~%
POLYSORBATE 40~TOPICAL;  GEL~009005667~0.2~%
POLYSORBATE 40~TOPICAL;  LOTION~009005667~3~%
POLYSORBATE 60~OPHTHALMIC;  OINTMENT~009005678~15~%
POLYSORBATE 60~ORAL;  EMULSION~009005678~~
POLYSORBATE 60~ORAL;  SUSPENSION~009005678~0.5~%
POLYSORBATE 60~ORAL;  TABLET, COATED~009005678~~
POLYSORBATE 60~RECTAL;  SUPPOSITORY~009005678~~
POLYSORBATE 60~TOPICAL;  AEROSOL~009005678~0.42~%
POLYSORBATE 60~TOPICAL;  EMULSION, AEROSOL FOAM~009005678~0.42~%
POLYSORBATE 60~TOPICAL;  EMULSION, CREAM~009005678~8~%
POLYSORBATE 60~TOPICAL;  LOTION~009005678~5~%
POLYSORBATE 60~TOPICAL;  OINTMENT~009005678~~
POLYSORBATE 60~TOPICAL;  SHAMPOO~009005678~15~%
POLYSORBATE 60~TOPICAL;  SUSPENSION~009005678~2.85~%
POLYSORBATE 60~VAGINAL;  CREAM, AUGMENTED~009005678~1.5~%
POLYSORBATE 60~VAGINAL;  EMULSION, CREAM~009005678~7.5~%
POLYSORBATE 60~VAGINAL;  SUPPOSITORY~009005678~~
POLYSORBATE 60~VAGINAL;  TABLET~009005678~~
POLYSORBATE 65~TOPICAL;  OINTMENT~009005714~5~%
POLYSORBATE 80~AURICULAR (OTIC);  SOLUTION~009005656~0.2~%
POLYSORBATE 80~AURICULAR (OTIC);  SOLUTION, DROPS~009005656~0.1~%
POLYSORBATE 80~AURICULAR (OTIC);  SUSPENSION~009005656~5~%
POLYSORBATE 80~INTRA-ARTICULAR;  INJECTION~009005656~0.4~%

POLYSORBATE 80~INTRA-ARTICULAR;  INJECTION, SUSTAINED ACTION~009005656~~
POLYSORBATE 80~INTRABURSAL;  INJECTION~009005656~~
POLYSORBATE 80~INTRADERMAL;  INJECTION~009005656~~
POLYSORBATE 80~INTRADERMAL;  INJECTION, SUSTAINED ACTION~009005656~~
POLYSORBATE 80~INTRALESIONAL;  INJECTION~009005656~0.2~%
POLYSORBATE 80~INTRALESIONAL;  INJECTION, SUSTAINED ACTION~009005656~~
POLYSORBATE 80~INTRAMUSCULAR;  INJECTION~009005656~12~%
POLYSORBATE 80~INTRAMUSCULAR;  INJECTION, MICROSPHERES~009005656~0.1~%
POLYSORBATE 80~INTRAMUSCULAR;  INJECTION, SUSTAINED ACTION~009005656~~
POLYSORBATE 80~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION~009005656~~
POLYSORBATE 80~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009005656~0.2~%
POLYSORBATE 80~INTRAMUSCULAR;  SOLUTION, INJECTION~009005656~5~%
POLYSORBATE 80~INTRASYNOVIAL;  INJECTION~009005656~0.2~%
POLYSORBATE 80~INTRASYNOVIAL;  INJECTION, SUSTAINED ACTION~009005656~~
POLYSORBATE 80~INTRAVENOUS;  INFUSION~009005656~~
POLYSORBATE 80~INTRAVENOUS;  INJECTABLE~009005656~10~%
POLYSORBATE 80~INTRAVENOUS;  INJECTION~009005656~10~%
POLYSORBATE 80~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009005656~2.5~%
POLYSORBATE 80~INTRAVENOUS;  SOLUTION, INJECTION~009005656~10~%
POLYSORBATE 80~IV(INFUSION);  INJECTION~009005656~8~%
POLYSORBATE 80~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION~009005656~~
POLYSORBATE 80~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~009005656~12.5~%
POLYSORBATE 80~IV(INFUSION);  SOLUTION, INJECTION~009005656~10~%
POLYSORBATE 80~NASAL;  SOLUTION~009005656~0.1~%
POLYSORBATE 80~NASAL;  SPRAY~009005656~0.004~%
POLYSORBATE 80~NASAL;  SPRAY, METERED~009005656~10~%
POLYSORBATE 80~OPHTHALMIC;  EMULSION~009005656~1~%
POLYSORBATE 80~OPHTHALMIC;  SOLUTION~009005656~0.2~%
POLYSORBATE 80~OPHTHALMIC;  SOLUTION, DROPS~009005656~1~%
POLYSORBATE 80~OPHTHALMIC;  SOLUTION, GEL FORMING, EXTENDED RELEASE~009005656~0.05~%
POLYSORBATE 80~OPHTHALMIC;  SUSPENSION~009005656~0.1~%
POLYSORBATE 80~OPHTHALMIC;  SUSPENSION, DROPS~009005656~0.1~%
POLYSORBATE 80~ORAL;  CAPSULE~009005656~418.37~MG
POLYSORBATE 80~ORAL;  CAPSULE, DELAYED ACTION~009005656~1.064~MG
POLYSORBATE 80~ORAL;  CAPSULE, ENTERIC COATED PELLETS~009005656~2~MG
POLYSORBATE 80~ORAL;  CAPSULE, EXTENDED RELEASE~009005656~0.528~MG
POLYSORBATE 80~ORAL;  CAPSULE, SOFT GELATIN~009005656~0.41~MG
POLYSORBATE 80~ORAL;  CAPSULE, SUSTAINED ACTION~009005656~2.6~MG
POLYSORBATE 80~ORAL;  CONCENTRATE~009005656~0.1~%
POLYSORBATE 80~ORAL;  DROPS~009005656~0.2~%
POLYSORBATE 80~ORAL;  GRANULE~009005656~20~MG
POLYSORBATE 80~ORAL;  POWDER~009005656~3~%
POLYSORBATE 80~ORAL;  POWDER, FOR SOLUTION~009005656~~
POLYSORBATE 80~ORAL;  POWDER, FOR SUSPENSION~009005656~0.2~%
POLYSORBATE 80~ORAL;  SOLUTION~009005656~12.6~%
POLYSORBATE 80~ORAL;  SOLUTION, ELIXIR~009005656~0.0167~%

POLYSORBATE 80~ORAL; SUSPENSION~009005656~3~%
POLYSORBATE 80~ORAL; SUSPENSION, DROPS~009005656~0.3~%
POLYSORBATE 80~ORAL; SUSPENSION, FOR INHALATION~009005656~0.02~%
POLYSORBATE 80~ORAL; SUSPENSION, LIQUID~009005656~0.1~%
POLYSORBATE 80~ORAL; SUSPENSION, SUSTAINED ACTION~009005656~0.25~%
POLYSORBATE 80~ORAL; TABLET~009005656~21.25~MG
POLYSORBATE 80~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009005656~24~MG
POLYSORBATE 80~ORAL; TABLET, COATED~009005656~2.2~MG
POLYSORBATE 80~ORAL; TABLET, FILM COATED~009005656~14.8~MG
POLYSORBATE 80~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~009005656~2.25~MG
POLYSORBATE 80~ORAL; TABLET, SUSTAINED ACTION~009005656~0.11~MG
POLYSORBATE 80~ORAL; TABLET, SUSTAINED ACTION, COATED~009005656~8~MG
POLYSORBATE 80~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009005656~0.2~MG
POLYSORBATE 80~RECTAL; ENEMA~009005656~0.6~%
POLYSORBATE 80~RECTAL; POWDER, FOR SOLUTION~009005656~~
POLYSORBATE 80~RECTAL; SOLUTION~009005656~10~%
POLYSORBATE 80~RECTAL; SUPPOSITORY~009005656~72.15~MG
POLYSORBATE 80~SOFT TISSUE; INJECTION~009005656~0.2~%
POLYSORBATE 80~SOFT TISSUE; INJECTION, SUSTAINED ACTION~009005656~~
POLYSORBATE 80~SUBCUTANEOUS; INJECTION~009005656~~
POLYSORBATE 80~SUBCUTANEOUS; SUSPENSION, INJECTION~009005656~0.3~%
POLYSORBATE 80~SUBLINGUAL; TABLET~009005656~0.075~MG
POLYSORBATE 80~TOPICAL; EMULSION, CREAM~009005656~5~%
POLYSORBATE 80~TOPICAL; GEL~009005656~8.5~%
POLYSORBATE 80~TOPICAL; LOTION~009005656~9.4~%
POLYSORBATE 80~TOPICAL; OINTMENT~009005656~0.1~%
POLYSORBATE 80~VAGINAL; EMULSION, CREAM~009005656~0.5~%
POLYSORBATE 80~VAGINAL; SUPPOSITORY~009005656~28~MG
POLYURETHANE~VAGINAL; SPONGE~009009545~~
POLYVINYL ACETATE~ORAL; TABLET~009003207~7~MG
POLYVINYL ACETATE~ORAL; TABLET, SUSTAINED ACTION~009003207~46~MG
POLYVINYL ACETATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~009003207~16~MG
POLYVINYL ACETATE~TRANSDERMAL; PATCH, CONTROLLED RELEASE~009003207~3.99~MG
POLYVINYL ACETATE PHTHALATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
POLYVINYL ACETATE PHTHALATE~ORAL; TABLET, SUSTAINED ACTION~~~
POLYVINYL ALCOHOL~AURICULAR (OTIC); SUSPENSION, LIQUID~009002895~20~%
POLYVINYL ALCOHOL~INTRAMUSCULAR; INJECTION, MICROSPHERES~009002895~~
POLYVINYL ALCOHOL~INTRAOCULAR; SOLUTION~009002895~1.4~%
POLYVINYL ALCOHOL~INTRAVITREAL; IMPLANT~009002895~0.119~MG
POLYVINYL ALCOHOL~IONTOPHORESIS; DRUG DELIVERY SYSTEM~009002895~119~MG
POLYVINYL ALCOHOL~OPHTHALMIC; SOLUTION~009002895~1.4~%
POLYVINYL ALCOHOL~OPHTHALMIC; SOLUTION, DROPS~009002895~1.4~%
POLYVINYL ALCOHOL~OPHTHALMIC; SUSPENSION~009002895~1.4~%
POLYVINYL ALCOHOL~OPHTHALMIC; SUSPENSION, DROPS~009002895~1.4~%
POLYVINYL ALCOHOL~ORAL; TABLET~009002895~14.4~MG
POLYVINYL ALCOHOL~ORAL; TABLET, COATED~009002895~0.697~MG
POLYVINYL ALCOHOL~ORAL; TABLET, EXTENDED RELEASE~009002895~34.1~MG
POLYVINYL ALCOHOL~ORAL; TABLET, FILM COATED~009002895~20~MG

POLYVINYL ALCOHOL~ORAL; TABLET, ORALLY DISINTEGRATING~009002895~2~MG
POLYVINYL ALCOHOL~TOPICAL; FILM, CONTROLLED RELEASE~009002895~~
POLYVINYL ALCOHOL~TOPICAL; LOTION~009002895~2.5~%
POLYVINYL ALCOHOL~TOPICAL; PATCH~009002895~25.2~MG
POLYVINYL ALCOHOL~TRANSDERMAL; DRUG DELIVERY SYSTEM~009002895~119~MG
POLYVINYL CHLORIDE-POLYVINYL ACETATE COPOLYMER~TRANSDERMAL; FILM, CONTROLLED RELEASE~~899.88~MG
POLYVINYLACETAL~ORAL; CAPSULE, SUSTAINED ACTION~~5~MG
POLYVINYLACETAL~ORAL; TABLET~~41.85~MG
POLYVINYLPYRIDINE~TRANSDERMAL; FILM, CONTROLLED RELEASE~000100936~~
POLYVINYLPYRROLIDONE ETHYLCELLULOSE~ORAL; TABLET~~1.71~MG
POPPY SEED OIL~INTRALYMPHATIC; OIL~008002117~~
POPPY SEED OIL~INTRAUTERINE; OIL~008002117~~
POTASH~TOPICAL; SOLUTION~008027938~15~%
POTASSIUM ACETATE~OPHTHALMIC; POWDER, FOR SOLUTION~000127082~4~%
POTASSIUM ACETATE~RECTAL; ENEMA~000127082~0.41~%
POTASSIUM BICARBONATE~ORAL; SOLUTION~000298146~2.5~%
POTASSIUM BICARBONATE~ORAL; TABLET~000298146~12.2~MG
POTASSIUM BICARBONATE~ORAL; TROCHE~000298146~4~MG
POTASSIUM BISULFITE~INTRAVENOUS; INJECTION~007773037~~
POTASSIUM BITARTRATE~ORAL; TABLET, CONTROLLED RELEASE~000868144~10~MG
POTASSIUM CARBONATE~ORAL; CAPSULE~000584087~27.69~MG
POTASSIUM CARBONATE~ORAL; SOLUTION~000584087~0.62~%
POTASSIUM CARBONATE~ORAL; TABLET~000584087~25~MG
POTASSIUM CHLORIDE~AN,INFILTRATION; INJECTION~007447407~0.03~%
POTASSIUM CHLORIDE~CAUDAL BLOCK; INJECTION~007447407~0.03~%
POTASSIUM CHLORIDE~EPIDURAL; INJECTION~007447407~0.03~%
POTASSIUM CHLORIDE~INTRAOCULAR; SOLUTION~007447407~0.075~%
POTASSIUM CHLORIDE~INTRAVENOUS; INJECTION~007447407~~
POTASSIUM CHLORIDE~INTRAVENOUS; SOLUTION, INJECTION~007447407~0.382~%
POTASSIUM CHLORIDE~IV(INFUSION); INJECTION~007447407~~
POTASSIUM CHLORIDE~NERVE BLOCK; INJECTION~007447407~0.03~%
POTASSIUM CHLORIDE~OPHTHALMIC; POWDER, FOR SOLUTION~007447407~0.075~%
POTASSIUM CHLORIDE~OPHTHALMIC; SOLUTION~007447407~22.2~%
POTASSIUM CHLORIDE~OPHTHALMIC; SOLUTION, DROPS~007447407~0.14~%
POTASSIUM CHLORIDE~OPHTHALMIC; SUSPENSION~007447407~~
POTASSIUM CHLORIDE~ORAL; CAPSULE~007447407~62~MG
POTASSIUM CHLORIDE~ORAL; SUSPENSION~007447407~~
POTASSIUM CHLORIDE~ORAL; TABLET~007447407~40~MG
POTASSIUM CITRATE~ORAL; SOLUTION~006100056~~
POTASSIUM CITRATE~ORAL; SUSPENSION~006100056~~
POTASSIUM CITRATE~TOPICAL; AEROSOL~006100056~0.03~%
POTASSIUM CITRATE~TOPICAL; EMULSION, AEROSOL FOAM~006100056~0.13~%
POTASSIUM HYDROXIDE~INTRAVASCULAR; SOLUTION~001310583~~
POTASSIUM HYDROXIDE~INTRAVENOUS; INJECTION~001310583~~
POTASSIUM HYDROXIDE~IV(INFUSION); INJECTION~001310583~~
POTASSIUM HYDROXIDE~ORAL; CAPSULE~001310583~~
POTASSIUM HYDROXIDE~ORAL; CAPSULE, SOFT GELATIN~001310583~25.6~MG
POTASSIUM HYDROXIDE~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~001310583~25.6~MG

POTASSIUM HYDROXIDE~ORAL; PASTILLE~001310583~~
POTASSIUM HYDROXIDE~ORAL; SOLUTION~001310583~~
POTASSIUM HYDROXIDE~TOPICAL; EMULSION, AEROSOL FOAM~001310583~~
POTASSIUM HYDROXIDE~TOPICAL; EMULSION, CREAM~001310583~0.5~%
POTASSIUM HYDROXIDE~TOPICAL; SOLUTION~001310583~14.02~%
POTASSIUM HYDROXIDE~VAGINAL; EMULSION, CREAM~001310583~0.5~%
POTASSIUM HYDROXIDE~VAGINAL; SUPPOSITORY~001310583~~
POTASSIUM METABISULFITE~AN,INFILTRATION; INJECTION~004429429~~
POTASSIUM METABISULFITE~AURICULAR (OTIC); SOLUTION~004429429~0.11~%
POTASSIUM METABISULFITE~AURICULAR (OTIC); SOLUTION, DROPS~004429429~0.1~%
POTASSIUM METABISULFITE~AURICULAR (OTIC); SUSPENSION~004429429~~
POTASSIUM METABISULFITE~IM - IV; INJECTION~004429429~0.1~%
POTASSIUM METABISULFITE~INTRAVENOUS; INJECTION~004429429~~
POTASSIUM METABISULFITE~IV(INFUSION); INJECTION~004429429~0.06~%
POTASSIUM METABISULFITE~IV(INFUSION); SOLUTION, INJECTION~004429429~5~%
POTASSIUM METABISULFITE~NERVE BLOCK; INJECTION~004429429~~
POTASSIUM METABISULFITE~RECTAL; ENEMA~004429429~0.468~%
POTASSIUM METAPHOSPHATE~ORAL; SUSPENSION~007790536~~
POTASSIUM PHOSPHATE, DIBASIC~INTRA-ARTICULAR; INJECTION~007758114~0.6~%
POTASSIUM PHOSPHATE, DIBASIC~INTRAMUSCULAR; INJECTION~007758114~0.6~%
POTASSIUM PHOSPHATE, DIBASIC~INTRAVENOUS; SOLUTION~007758114~~
POTASSIUM PHOSPHATE, DIBASIC~IV(INFUSION); INJECTION~007758114~55.2~%
POTASSIUM PHOSPHATE, DIBASIC~ORAL; CAPSULE~007758114~30~MG
POTASSIUM PHOSPHATE, DIBASIC~ORAL; POWDER, FOR SUSPENSION~007758114~5~%
POTASSIUM PHOSPHATE, DIBASIC~ORAL; SOLUTION~007758114~1.2~%
POTASSIUM PHOSPHATE, DIBASIC~ORAL; SUSPENSION~007758114~~
POTASSIUM PHOSPHATE, DIBASIC~ORAL; SYRUP~007758114~2.2~%
POTASSIUM PHOSPHATE, DIBASIC~ORAL; TABLET~007758114~~
POTASSIUM PHOSPHATE, DIBASIC~SUBCUTANEOUS; INJECTION~007758114~1.36~%
POTASSIUM PHOSPHATE, DIBASIC~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007758114~0.192~%
POTASSIUM PHOSPHATE, MONOBASIC~AN,INFILTRATION; INJECTION~007778770~2.7218~%
POTASSIUM PHOSPHATE, MONOBASIC~AURICULAR (OTIC); SOLUTION~007778770~0.2~%
POTASSIUM PHOSPHATE, MONOBASIC~IM - IV; INJECTION~007778770~0.096~%
POTASSIUM PHOSPHATE, MONOBASIC~INTRA-ARTICULAR; INJECTION~007778770~0.3~%
POTASSIUM PHOSPHATE, MONOBASIC~INTRAMUSCULAR; INJECTABLE~007778770~0.096~%
POTASSIUM PHOSPHATE, MONOBASIC~INTRAMUSCULAR; INJECTION~007778770~0.3~%
POTASSIUM PHOSPHATE, MONOBASIC~INTRAUTERINE; SOLUTION~007778770~~
POTASSIUM PHOSPHATE, MONOBASIC~INTRAVENOUS; INJECTABLE~007778770~0.096~%
POTASSIUM PHOSPHATE, MONOBASIC~INTRAVENOUS; INJECTION~007778770~0.0153~%
POTASSIUM PHOSPHATE, MONOBASIC~IV(INFUSION); SOLUTION, INJECTION~007778770~1.361~%
POTASSIUM PHOSPHATE, MONOBASIC~NASAL; SPRAY~007778770~0.14~%
POTASSIUM PHOSPHATE, MONOBASIC~NERVE BLOCK; INJECTION~007778770~2.7218~%
POTASSIUM PHOSPHATE, MONOBASIC~OPHTHALMIC; SOLUTION~007778770~0.2~%
POTASSIUM PHOSPHATE, MONOBASIC~OPHTHALMIC; SOLUTION, DROPS~007778770~0.065~%
POTASSIUM PHOSPHATE, MONOBASIC~OPHTHALMIC; SUSPENSION~007778770~0.44~%
POTASSIUM PHOSPHATE, MONOBASIC~ORAL; CAPSULE, ENTERIC COATED PELLETS~007778770~17~MG
POTASSIUM PHOSPHATE, MONOBASIC~ORAL; SOLUTION~007778770~0.4~%

POTASSIUM PHOSPHATE, MONOBASIC~ORAL; SUSPENSION~007778770~1~%
POTASSIUM PHOSPHATE, MONOBASIC~ORAL; SYRUP~007778770~0.2732~%
POTASSIUM PHOSPHATE, MONOBASIC~ORAL; TABLET~007778770~25~MG
POTASSIUM PHOSPHATE, MONOBASIC~ORAL; TABLET, SUSTAINED ACTION~007778770~4~MG
POTASSIUM PHOSPHATE, MONOBASIC~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007778770~0.122~%
POTASSIUM SOAP~TOPICAL; SOLUTION~~32.8~%
POTASSIUM SORBATE~NASAL; SPRAY, METERED~000590001~0.006~%
POTASSIUM SORBATE~OPHTHALMIC; SOLUTION~000590001~0.47~%
POTASSIUM SORBATE~ORAL; CAPSULE~000590001~~
POTASSIUM SORBATE~ORAL; CONCENTRATE~000590001~0.01~%
POTASSIUM SORBATE~ORAL; GRANULE, FOR SUSPENSION~000590001~20~MG
POTASSIUM SORBATE~ORAL; POWDER, FOR SUSPENSION~000590001~~
POTASSIUM SORBATE~ORAL; SOLUTION~000590001~0.15~%
POTASSIUM SORBATE~ORAL; SUSPENSION~000590001~0.65~%
POTASSIUM SORBATE~ORAL; SYRUP~000590001~0.65~%
POTASSIUM SORBATE~ORAL; TABLET~000590001~0.8~MG
POTASSIUM SORBATE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~000590001~0.2~MG
POTASSIUM SORBATE~RECTAL; SOLUTION~000590001~0.1067~%
POTASSIUM SORBATE~TOPICAL; EMULSION, CREAM~000590001~2.7~%
POTASSIUM SORBATE~TOPICAL; LOTION~000590001~0.2~%
POTASSIUM SORBATE~TOPICAL; SOLUTION~000590001~0.47~%
POVIDONE HYDROGEL~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~~506.5~MG
POVIDONE HYDROGEL~TOPICAL; PATCH, CONTROLLED RELEASE~~506.5~MG
POVIDONE K17~SUBCUTANEOUS; SUSPENSION, INJECTION~~0.5~%
POVIDONE K25~ORAL; CAPSULE~0~1.5~MG
POVIDONE K25~ORAL; CAPSULE, EXTENDED RELEASE~0~12.6~MG
POVIDONE K25~ORAL; CAPSULE, SUSTAINED ACTION~0~17.79~MG
POVIDONE K25~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~0~12.6~MG
POVIDONE K25~ORAL; SOLUTION~0~50~%
POVIDONE K25~ORAL; TABLET~0~52~MG
POVIDONE K25~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~0~20~MG
POVIDONE K25~ORAL; TABLET, FILM COATED~0~22.5~MG
POVIDONE K25~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~0~1.8~MG
POVIDONE K25~ORAL; TABLET, SUSTAINED ACTION, COATED~0~~
POVIDONE K26/28~ORAL; TABLET~~26.6~MG
POVIDONE K29-32~OPHTHALMIC; SOLUTION~~1.8~%
POVIDONE K29-32~ORAL; CAPSULE~~15~MG
POVIDONE K29-32~ORAL; CAPSULE, ENTERIC COATED PELLETS~~14.2~MG
POVIDONE K29-32~ORAL; CAPSULE, EXTENDED RELEASE~~6.19~MG
POVIDONE K29-32~ORAL; CAPSULE, SUSTAINED ACTION~~10.05~MG
POVIDONE K29-32~ORAL; GRANULE~~6.7~MG
POVIDONE K29-32~ORAL; SOLUTION~~3.05~%
POVIDONE K29-32~ORAL; TABLET~~49.55~MG
POVIDONE K29-32~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~10~MG
POVIDONE K29-32~ORAL; TABLET, COATED~~21~MG
POVIDONE K29-32~ORAL; TABLET, CONTROLLED RELEASE~~~
POVIDONE K29-32~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~13~MG

POVIDONE K29-32~ORAL; TABLET, ENTERIC COATED PARTICLES~~18.6~MG
POVIDONE K29-32~ORAL; TABLET, EXTENDED RELEASE~~40~MG
POVIDONE K29-32~ORAL; TABLET, FILM COATED~~75~MG
POVIDONE K29-32~ORAL; TABLET, MULTILAYER, COATED~~15~MG
POVIDONE K29-32~ORAL; TABLET, SUSTAINED ACTION~~45~MG
POVIDONE K29-32~ORAL-21; TABLET~~4.5~MG
POVIDONE K29-32~ORAL-28; TABLET~~4.51~MG
POVIDONE K29-32~ORAL-28; TABLET, COATED~~4.51~MG
POVIDONE K29-32~SUBLINGUAL; TABLET~~6~MG
POVIDONE K29-32~TRANSDERMAL; FILM, CONTROLLED RELEASE~~7.266~MG
POVIDONE K29-32~VAGINAL; TABLET~~50~MG
POVIDONE K30~OPHTHALMIC; SUSPENSION~~0.6~%
POVIDONE K30~ORAL; CAPSULE~~20~MG
POVIDONE K30~ORAL; CAPSULE, EXTENDED RELEASE~~5.625~MG
POVIDONE K30~ORAL; CAPSULE, HARD GELATIN~~8~MG
POVIDONE K30~ORAL; CAPSULE, SOFT GELATIN~~30~MG
POVIDONE K30~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~~17.7~MG
POVIDONE K30~ORAL; CAPSULE, SUSTAINED ACTION~~6.875~MG
POVIDONE K30~ORAL; DISPERSIBLE TABLET~~51.2~MG
POVIDONE K30~ORAL; GRANULE, EFFERVESCENT~~~
POVIDONE K30~ORAL; LIQUID~~5~%
POVIDONE K30~ORAL; POWDER, FOR SUSPENSION~~0.26~%
POVIDONE K30~ORAL; TABLET~~75~MG
POVIDONE K30~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~18~MG
POVIDONE K30~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, EFFERVESCENT~~40~MG
POVIDONE K30~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~27.2~MG
POVIDONE K30~ORAL; TABLET, EXTENDED RELEASE~~50~MG
POVIDONE K30~ORAL; TABLET, FILM COATED~~42~MG
POVIDONE K30~ORAL; TABLET, ORALLY DISINTEGRATING~~1.67~MG
POVIDONE K30~ORAL; TABLET, SUSTAINED ACTION~~55~MG
POVIDONE K30~ORAL-21; TABLET~~5~MG
POVIDONE K30~ORAL-28; TABLET~~5~MG
POVIDONE K30~SUBLINGUAL; TABLET~~8~MG
POVIDONE K90~OPHTHALMIC; SOLUTION, DROPS~~1.2~%
POVIDONE K90~ORAL; CAPSULE~~16~MG
POVIDONE K90~ORAL; CAPSULE, EXTENDED RELEASE~~18.8~MG
POVIDONE K90~ORAL; CAPSULE, HARD GELATIN~~5.95~MG
POVIDONE K90~ORAL; CAPSULE, SUSTAINED ACTION~~~
POVIDONE K90~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~~18.8~MG
POVIDONE K90~ORAL; GRANULE, FOR SUSPENSION~~32~MG
POVIDONE K90~ORAL; TABLET~~55~MG
POVIDONE K90~ORAL; TABLET, COATED~~9.767~MG
POVIDONE K90~ORAL; TABLET, CONTROLLED RELEASE~~35~MG
POVIDONE K90~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~4~MG
POVIDONE K90~ORAL; TABLET, ENTERIC COATED PARTICLES~~27.6~MG
POVIDONE K90~ORAL; TABLET, EXTENDED RELEASE~~78~MG
POVIDONE K90~ORAL; TABLET, FILM COATED~~44~MG
POVIDONE K90~ORAL; TABLET, SUSTAINED ACTION~~40.8~MG
POVIDONE K90~ORAL-28; TABLET~~0.174~MG

POVIDONE K90~TOPICAL;  SOLUTION~~0.25~%
POVIDONE K90F~ORAL;  TABLET, SUSTAINED ACTION~~60~MG
PPG-12/SMDI COPOLYMER~TOPICAL;  EMULSION, CREAM~~10~%
PPG-12/SMDI COPOLYMER~TOPICAL;  GEL~~10~%
PPG-15 STEARYL ETHER~TOPICAL;  GEL~~2~%
PPG-15 STEARYL ETHER~TOPICAL;  OINTMENT~~15~%
PPG-20 METHYL GLUCOSE ETHER DISTEARATE~TOPICAL;  GEL~~4.75~%
PPG-26 OLEATE~TOPICAL;  EMULSION, CREAM~~4~%
PRIMAJEL~ORAL;  TABLET~~33.75~MG
PRIMARY TASTE MODIFIER # 29275~ORAL;  SYRUP~~0.2~%
PRODUCT WAT~TOPICAL;  AEROSOL~~10.78~%
PROLINE~IV(INFUSION);  INJECTION~000147853~80~%
PROLINE~IV(INFUSION);  SOLUTION, INJECTION~000147853~34~%
PROMALGEN TYPE G~TOPICAL;  LOTION~~1.5~%
PROMULGEN D~TOPICAL;  LOTION~~3.5~%
PROMULGEN D~VAGINAL;  EMULSION, CREAM~~~
PROMULGEN G~TOPICAL;  EMULSION, CREAM~009009614~~
PROMULGEN G~TOPICAL;  LOTION~009009614~2.16~%
PROMULGEN G~TOPICAL;  SHAMPOO~009009614~4~%
PROPANE~TOPICAL;  AEROSOL, SPRAY~000074986~~
PROPANE~TOPICAL;  EMULSION, AEROSOL FOAM~000074986~~
PROPELLANT A-46~TOPICAL;  EMULSION, AEROSOL FOAM~~~
PROPENYL GUAETHOL~ORAL;  CAPSULE~000094860~~
PROPYL GALLATE~INTRAMUSCULAR;  INJECTION~000121799~~
PROPYL GALLATE~ORAL;  CAPSULE, SOFT GELATIN~000121799~2~MG
PROPYL GALLATE~ORAL;  CONCENTRATE~000121799~0.02~%
PROPYL GALLATE~ORAL;  TABLET~000121799~0.04~MG
PROPYL GALLATE~ORAL;  TABLET, SUSTAINED ACTION~000121799~0.06~MG
PROPYL GALLATE~ORAL;  TABLET, SUSTAINED ACTION, COATED~000121799~0.04~MG
PROPYL GALLATE~TOPICAL;  EMULSION, CREAM~000121799~~
PROPYL GALLATE~TOPICAL;  GEL~000121799~0.05~%
PROPYL GALLATE~TOPICAL;  OINTMENT~000121799~0.015~%
PROPYLENE CARBONATE~TOPICAL;  OINTMENT~000108327~5~%
PROPYLENE GLYCOL~AURICULAR (OTIC);  SOLUTION~000057556~94.925~%
PROPYLENE GLYCOL~AURICULAR (OTIC);  SOLUTION, DROPS~000057556~80~%
PROPYLENE GLYCOL~AURICULAR (OTIC);  SUSPENSION~000057556~10~%
PROPYLENE GLYCOL~DENTAL;  PASTE~000057556~~
PROPYLENE GLYCOL~DENTAL;  SOLUTION~000057556~2~%
PROPYLENE GLYCOL~EXTRACORPOREAL;  SOLUTION~000057556~5~%
PROPYLENE GLYCOL~IM - IV;  INJECTION~000057556~82.043~%
PROPYLENE GLYCOL~IM - IV;  SOLUTION, INJECTION~000057556~41.6~%
PROPYLENE GLYCOL~INHALATION;  SOLUTION~000057556~25~%
PROPYLENE GLYCOL~INTRAMUSCULAR;  INJECTION~000057556~40~%
PROPYLENE GLYCOL~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION~000057556~~
PROPYLENE GLYCOL~INTRAMUSCULAR;  SOLUTION, INJECTION~000057556~40~%
PROPYLENE GLYCOL~INTRAVENOUS;  INFUSION~000057556~~
PROPYLENE GLYCOL~INTRAVENOUS;  INJECTABLE~000057556~30~%
PROPYLENE GLYCOL~INTRAVENOUS;  INJECTION~000057556~50~%
PROPYLENE GLYCOL~INTRAVENOUS;  SOLUTION, INJECTION~000057556~30~%
PROPYLENE GLYCOL~IV(INFUSION);  INJECTION~000057556~51.8~%

DTX-2583

PROPYLENE GLYCOL~IV(INFUSION); SOLUTION, INJECTION~000057556~30~%
PROPYLENE GLYCOL~NASAL; SOLUTION~000057556~~
PROPYLENE GLYCOL~NASAL; SPRAY, METERED~000057556~20~%
PROPYLENE GLYCOL~OPHTHALMIC; SOLUTION~000057556~10~%
PROPYLENE GLYCOL~OPHTHALMIC; SOLUTION, DROPS~000057556~0.75~%
PROPYLENE GLYCOL~OPHTHALMIC; SUSPENSION~000057556~5~%
PROPYLENE GLYCOL~OPHTHALMIC; SUSPENSION, DROPS~000057556~1~%
PROPYLENE GLYCOL~ORAL; CAPSULE~000057556~52~MG
PROPYLENE GLYCOL~ORAL; CAPSULE, ENTERIC COATED PELLETS~000057556~1.7~MG
PROPYLENE GLYCOL~ORAL; CAPSULE, SOFT GELATIN~000057556~148.31~MG
PROPYLENE GLYCOL~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~000057556~17.7~MG
PROPYLENE GLYCOL~ORAL; CAPSULE, SUSTAINED ACTION~000057556~0.7954~MG
PROPYLENE GLYCOL~ORAL; CONCENTRATE~000057556~70~%
PROPYLENE GLYCOL~ORAL; DROPS~000057556~0.1252~%
PROPYLENE GLYCOL~ORAL; LIQUID~000057556~61~%
PROPYLENE GLYCOL~ORAL; POWDER~000057556~5.5~%
PROPYLENE GLYCOL~ORAL; SOLUTION~000057556~55~%
PROPYLENE GLYCOL~ORAL; SOLUTION, ELIXIR~000057556~45~%
PROPYLENE GLYCOL~ORAL; SOLUTION, SYRUP~000057556~10~%
PROPYLENE GLYCOL~ORAL; SUSPENSION~000057556~89.02~%
PROPYLENE GLYCOL~ORAL; SUSPENSION, LIQUID~000057556~5~%
PROPYLENE GLYCOL~ORAL; SUSPENSION, SUSTAINED ACTION~000057556~15~%
PROPYLENE GLYCOL~ORAL; SYRUP~000057556~92~%
PROPYLENE GLYCOL~ORAL; TABLET~000057556~14.7~MG
PROPYLENE GLYCOL~ORAL; TABLET, COATED~000057556~1.5~MG
PROPYLENE GLYCOL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000057556~6.95~MG
PROPYLENE GLYCOL~ORAL; TABLET, ENTERIC COATED PARTICLES~000057556~4.3~MG
PROPYLENE GLYCOL~ORAL; TABLET, EXTENDED RELEASE~000057556~~
PROPYLENE GLYCOL~ORAL; TABLET, FILM COATED~000057556~14.4~MG
PROPYLENE GLYCOL~ORAL; TABLET, SUSTAINED ACTION~000057556~9~MG
PROPYLENE GLYCOL~ORAL; TABLET, SUSTAINED ACTION, COATED~000057556~~
PROPYLENE GLYCOL~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000057556~12.8~MG
PROPYLENE GLYCOL~PHOTOPHERESIS; SOLUTION~000057556~5~%
PROPYLENE GLYCOL~RECTAL; AEROSOL, METERED~000057556~18~%
PROPYLENE GLYCOL~RECTAL; GEL~000057556~41.44~%
PROPYLENE GLYCOL~RECTAL; SUSPENSION~000057556~5~%
PROPYLENE GLYCOL~ROUTE NOT GIVEN; SOLUTION, INJECTION~000057556~~
PROPYLENE GLYCOL~SUBCUTANEOUS; INJECTION~000057556~~
PROPYLENE GLYCOL~TOPICAL; AEROSOL~000057556~2.09~%
PROPYLENE GLYCOL~TOPICAL; AEROSOL, METERED~000057556~~
PROPYLENE GLYCOL~TOPICAL; CREAM, AUGMENTED~000057556~8~%
PROPYLENE GLYCOL~TOPICAL; EMULSION~000057556~8~%
PROPYLENE GLYCOL~TOPICAL; EMULSION, AEROSOL FOAM~000057556~5.376~%
PROPYLENE GLYCOL~TOPICAL; EMULSION, CREAM~000057556~71.08~%
PROPYLENE GLYCOL~TOPICAL; EMULSION, LOTION~000057556~47.5~%
PROPYLENE GLYCOL~TOPICAL; FILM, CONTROLLED RELEASE~000057556~~
PROPYLENE GLYCOL~TOPICAL; GEL~000057556~98.09~%
PROPYLENE GLYCOL~TOPICAL; LOTION~000057556~50.9~%

DTX-2583

PROPYLENE GLYCOL~TOPICAL; LOTION, AUGMENTED~000057556~~
PROPYLENE GLYCOL~TOPICAL; OINTMENT~000057556~38~%
PROPYLENE GLYCOL~TOPICAL; OINTMENT, AUGMENTED~000057556~65~%
PROPYLENE GLYCOL~TOPICAL; PATCH~000057556~0.44~MG
PROPYLENE GLYCOL~TOPICAL; SHAMPOO~000057556~3.5~%
PROPYLENE GLYCOL~TOPICAL; SHAMPOO, SUSPENSION~000057556~2~%
PROPYLENE GLYCOL~TOPICAL; SOLUTION~000057556~61.5~%
PROPYLENE GLYCOL~TOPICAL; SOLUTION, LIQUID~000057556~5~%
PROPYLENE GLYCOL~TOPICAL; SPONGE~000057556~~
PROPYLENE GLYCOL~TOPICAL; SWAB~000057556~25~ML
PROPYLENE GLYCOL~TRANSDERMAL; FILM, CONTROLLED RELEASE~000057556~58.13~MG
PROPYLENE GLYCOL~TRANSDERMAL; GEL~000057556~25~%
PROPYLENE GLYCOL~VAGINAL; EMULSION, CREAM~000057556~20~%
PROPYLENE GLYCOL~VAGINAL; GEL~000057556~3~%
PROPYLENE GLYCOL~VAGINAL; SUPPOSITORY~000057556~252~MG
PROPYLENE GLYCOL~VAGINAL; TAMPON~000057556~62.1~MG
PROPYLENE GLYCOL - LECITHIN~BUCCAL; PATCH, CONTROLLED RELEASE~~49.4~MG
PROPYLENE GLYCOL - LECITHIN~ORAL; SOLUTION~~99.32~%
PROPYLENE GLYCOL ALGINATE~ORAL; GRANULE, FOR SUSPENSION~009005372~~
PROPYLENE GLYCOL ALGINATE~ORAL; POWDER~009005372~50.248~%
PROPYLENE GLYCOL ALGINATE~ORAL; SUSPENSION~009005372~~
PROPYLENE GLYCOL DIACETATE~AURICULAR (OTIC); SOLUTION~000623847~65~%
PROPYLENE GLYCOL DIACETATE~AURICULAR (OTIC); SOLUTION, DROPS~000623847~3~%
PROPYLENE GLYCOL DIACETATE~TOPICAL; EMULSION, CREAM~000623847~10~%
PROPYLENE GLYCOL DICAPRYLATE~TOPICAL; EMULSION, CREAM~007384987~10~%
PROPYLENE GLYCOL MONOLAURATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~001322878~~
PROPYLENE GLYCOL MONOSTEARATE~TOPICAL; EMULSION, CREAM~001323393~9.3~%
PROPYLENE GLYCOL MONOSTEARATE~TOPICAL; LOTION~001323393~4.69~%
PROPYLENE GLYCOL MONOSTEARATE~TOPICAL; OINTMENT~001323393~8~%
PROPYLENE GLYCOL MONOSTEARATE~TOPICAL; OINTMENT, AUGMENTED~001323393~2~%
PROPYLENE GLYCOL MONOSTEARATE~VAGINAL; EMULSION, CREAM~001323393~7~%
PROPYLENE GLYCOL RICINOLEATE~TOPICAL; SHAMPOO, SUSPENSION~~2~%
PROPYLENE GLYCOL/DIAZOLIDINYL UREA/METHYLPARABEN/PROPYLPARBEN~TOPICAL; AEROSOL, METERED~~12.5~%
PROPYLPARABEN~AN,INFILTRATION; INJECTION~000094133~0.01~%
PROPYLPARABEN~AURICULAR (OTIC); SUSPENSION~000094133~0.0006~%
PROPYLPARABEN~IM - IV - SC; INJECTION~000094133~20~%
PROPYLPARABEN~IM - IV; INJECTION~000094133~0.2~%
PROPYLPARABEN~IM - IV; POWDER, FOR INJECTION SOLUTION~000094133~~
PROPYLPARABEN~IM - SC; INJECTION~000094133~0.02~%
PROPYLPARABEN~INHALATION; SOLUTION~000094133~0.0375~%
PROPYLPARABEN~INTRA-ARTERIAL; INJECTION~000094133~~
PROPYLPARABEN~INTRA-ARTICULAR; INJECTION~000094133~0.16~%
PROPYLPARABEN~INTRABURSAL; INJECTION~000094133~0.02~%
PROPYLPARABEN~INTRALESIONAL; INJECTION~000094133~0.02~%
PROPYLPARABEN~INTRAMUSCULAR; INJECTION~000094133~0.16~%
PROPYLPARABEN~INTRAMUSCULAR; SOLUTION, INJECTION~000094133~~
PROPYLPARABEN~INTRASYNOVIAL; INJECTION~000094133~~
PROPYLPARABEN~INTRAVENOUS; INJECTABLE~000094133~0.02~%

DTX-2583

PROPYLPARABEN~INTRAVENOUS; INJECTION~000094133~0.2~%
PROPYLPARABEN~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000094133~0.08~%
PROPYLPARABEN~IV - SC; INJECTION~000094133~0.02~%
PROPYLPARABEN~IV(INFUSION); INJECTION~000094133~0.056~%
PROPYLPARABEN~N/A; LIQUID~000094133~0.012~%
PROPYLPARABEN~N/A; NOT APPLICABLE~000094133~0.06~MG
PROPYLPARABEN~NASAL; SOLUTION~000094133~0.017~%
PROPYLPARABEN~NASAL; SPRAY, METERED~000094133~0.3~%
PROPYLPARABEN~NERVE BLOCK; INJECTION~000094133~0.035~%
PROPYLPARABEN~OPHTHALMIC; OINTMENT~000094133~0.01~%
PROPYLPARABEN~OPHTHALMIC; SOLUTION~000094133~0.015~%
PROPYLPARABEN~OPHTHALMIC; SOLUTION, DROPS~000094133~0.015~%
PROPYLPARABEN~OPHTHALMIC; SUSPENSION~000094133~0.01~%
PROPYLPARABEN~OPHTHALMIC; SUSPENSION, DROPS~000094133~0.01~%
PROPYLPARABEN~ORAL; CAPSULE~000094133~0.21~MG
PROPYLPARABEN~ORAL; CAPSULE (IMMED./COMP. RELEASE), SOFT GELATIN, PERLE~000094133~~
PROPYLPARABEN~ORAL; CAPSULE, COATED, SOFT GELATIN~000094133~0.041~MG
PROPYLPARABEN~ORAL; CAPSULE, HARD GELATIN~000094133~~
PROPYLPARABEN~ORAL; CAPSULE, SOFT GELATIN~000094133~0.12~MG
PROPYLPARABEN~ORAL; CAPSULE, SUSTAINED ACTION~000094133~0.216~MG
PROPYLPARABEN~ORAL; CONCENTRATE~000094133~0.25~%
PROPYLPARABEN~ORAL; LIQUID~000094133~0.02~%
PROPYLPARABEN~ORAL; POWDER, FOR SOLUTION~000094133~0.0158~%
PROPYLPARABEN~ORAL; POWDER, FOR SUSPENSION~000094133~0.08~%
PROPYLPARABEN~ORAL; SOLUTION~000094133~10~%
PROPYLPARABEN~ORAL; SOLUTION, CONCENTRATE~000094133~0.02~%
PROPYLPARABEN~ORAL; SOLUTION, ELIXIR~000094133~0.02~%
PROPYLPARABEN~ORAL; SOLUTION, SYRUP~000094133~0.02~%
PROPYLPARABEN~ORAL; SUSPENSION~000094133~20~%
PROPYLPARABEN~ORAL; SUSPENSION, LIQUID~000094133~0.06~%
PROPYLPARABEN~ORAL; SUSPENSION, SUSTAINED ACTION~000094133~0.15~%
PROPYLPARABEN~ORAL; SYRUP~000094133~36~%
PROPYLPARABEN~ORAL; TABLET~000094133~0.2~MG
PROPYLPARABEN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000094133~0.142~MG
PROPYLPARABEN~ORAL; TABLET, COATED~000094133~0.002~MG
PROPYLPARABEN~ORAL; TABLET, FILM COATED~000094133~0.04~MG
PROPYLPARABEN~ORAL; TABLET, SUSTAINED ACTION~000094133~0.12~MG
PROPYLPARABEN~RECTAL; AEROSOL, METERED~000094133~0.009~%
PROPYLPARABEN~RECTAL; SOLUTION~000094133~1.5~%
PROPYLPARABEN~RECTAL; SUSPENSION~000094133~0.05~%
PROPYLPARABEN~SOFT TISSUE; INJECTION~000094133~0.02~%
PROPYLPARABEN~SUBCUTANEOUS; INJECTION~000094133~0.02~%
PROPYLPARABEN~SUBCUTANEOUS; SUSPENSION, INJECTION~000094133~0.015~%
PROPYLPARABEN~TOPICAL; CREAM, AUGMENTED~000094133~0.032~%
PROPYLPARABEN~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~000094133~0.1~%
PROPYLPARABEN~TOPICAL; EMULSION~000094133~0.06~%
PROPYLPARABEN~TOPICAL; EMULSION, AEROSOL FOAM~000094133~0.011~%
PROPYLPARABEN~TOPICAL; EMULSION, CREAM~000094133~1~%

PROPYLPARABEN~TOPICAL; EMULSION, LOTION~000094133~0.06~%
PROPYLPARABEN~TOPICAL; FILM, CONTROLLED RELEASE~000094133~~
PROPYLPARABEN~TOPICAL; GEL~000094133~0.08~%
PROPYLPARABEN~TOPICAL; JELLY~000094133~0.03~%
PROPYLPARABEN~TOPICAL; LOTION~000094133~10~%
PROPYLPARABEN~TOPICAL; OINTMENT~000094133~0.2~%
PROPYLPARABEN~TOPICAL; PATCH~000094133~0.02~MG
PROPYLPARABEN~TOPICAL; SHAMPOO~000094133~0.03~%
PROPYLPARABEN~TOPICAL; SOLUTION~000094133~0.033~%
PROPYLPARABEN~URETERAL; SOLUTION~000094133~~
PROPYLPARABEN~URETHRAL; INJECTION~000094133~0.02~%
PROPYLPARABEN~VAGINAL; EMULSION, CREAM~000094133~0.1~%
PROPYLPARABEN~VAGINAL; GEL~000094133~0.02~%
PROPYLPARABEN~VAGINAL; SUPPOSITORY~000094133~~
PROPYLPARABEN SODIUM~ORAL; CAPSULE, SOFT GELATIN~035285699~0.35~MG
PROPYLPARABEN SODIUM~ORAL; POWDER, FOR SUSPENSION~035285699~0.1~%
PROPYLPARABEN SODIUM~ORAL; SOLUTION~035285699~0.0225~%
PROPYLPARABEN SODIUM~ORAL; SUSPENSION~035285699~0.02~%
PROPYLPARABEN SODIUM~ORAL; TABLET~035285699~0.0625~MG
PROPYLPARABEN SODIUM~ORAL; TABLET, ORALLY DISINTEGRATING~035285699~0.1~MG
PROSOLV 50~ORAL; TABLET~~11.4286~MG
PROSOLV 50~ORAL; TABLET, CONTROLLED RELEASE~~24~MG
PROSOLV 50~ORAL; TABLET, EXTENDED RELEASE~~315~MG
PROSOLV 50~ORAL; TABLET, SUSTAINED ACTION~~217.5~MG
PROSOLV 90~ORAL; TABLET~~104.307~MG
PROSOLV 90~ORAL; TABLET, CONTROLLED RELEASE~~-22.07~MG
PROSOLV SMCC 50~ORAL; TABLET~~194~MG
PROSOLV SMCC 90~ORAL; TABLET~~199~MG
PROSOLV SMCC 90~ORAL; TABLET, CONTROLLED RELEASE~~20~MG
PROSWEET~ORAL; SOLUTION~~5.275~%
PROSWEET~ORAL; SUSPENSION~~1~%
PROSWEET~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~5~MG
PROSWEET 604~ORAL; SYRUP~~0.5~%
PROSWEET K~ORAL; SYRUP~~0.4~%
PROTAMINE SULFATE~IM - SC; INJECTION~009009658~~
PROTAMINE SULFATE~INTRADERMAL; INJECTION~009009658~0.125~%
PROTAMINE SULFATE~SUBCUTANEOUS; INJECTION~009009658~0.036~%
PROTAMINE SULFATE~SUBCUTANEOUS; SUSPENSION, INJECTION~009009658~0.033~%
PROTEIN HYDROLYSATE~ORAL; TABLET, FILM COATED~009015547~~
PROTEIN HYDROLYSATE~TOPICAL; LOTION~009015547~0.39~%
PVM/MA COPOLYMER~DENTAL; PASTE~009011169~~
QUATERNIUM-15~TOPICAL; CREAM, AUGMENTED~~0.1~%
QUATERNIUM-15~TOPICAL; EMULSION, CREAM~~0.02~%
QUATERNIUM-15~TOPICAL; LOTION~~0.2~%
QUATERNIUM-15~TOPICAL; SHAMPOO~~~
QUATERNIUM-52~TOPICAL; EMULSION, AEROSOL FOAM~~~
QUATRIMYCIN HYDROCHLORIDE~TOPICAL; POWDER, FOR SOLUTION~~0.28~%
QUSO F-22~ORAL; TABLET~~0.6~MG
RA-2397~TRANSDERMAL; FILM, CONTROLLED RELEASE~~142.2~MG
RA-3011~TRANSDERMAL; FILM, CONTROLLED RELEASE~~142.2~MG

RHODIGEL-23~ORAL; SUSPENSION~~0.0008~%
RHODIGEL-23~ORAL; SUSPENSION, DROPS~~0.16~%
ROSIN~ORAL; CAPSULE~008050097~~
ROSIN~ORAL; TABLET~008050097~~
ROSIN~ORAL; TABLET, COATED~008050097~3.44~MG
ROSIN~ORAL; TABLET, REPEAT ACTION~008050097~~
ROSIN~ORAL; TABLET, SUSTAINED ACTION~008050097~~
SACCHARIN~INHALATION; AEROSOL, METERED~000081072~0.1127~%
SACCHARIN~ORAL; AEROSOL, METERED~000081072~~
SACCHARIN~ORAL; GRANULE, FOR SUSPENSION~000081072~16~MG
SACCHARIN~ORAL; POWDER, FOR SOLUTION~000081072~~
SACCHARIN~ORAL; SOLUTION~000081072~1~%
SACCHARIN~ORAL; SUSPENSION~000081072~1~%
SACCHARIN~ORAL; SYRUP~000081072~0.1~%
SACCHARIN~ORAL; TABLET~000081072~~
SACCHARIN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000081072~~
SACCHARIN~SUBLINGUAL; TABLET~000081072~0.2~MG
SACCHARIN~TOPICAL; OINTMENT~000081072~0.5~%
SACCHARIN~TOPICAL; SOLUTION~000081072~~
SACCHARIN CALCIUM~ORAL; SOLUTION~006381915~1.75~%
SACCHARIN CALCIUM~ORAL; SYRUP~006381915~0.05~%
SACCHARIN SODIUM~BUCCAL/SUBLINGUAL; TABLET~006155573~0.4~MG
SACCHARIN SODIUM~DENTAL; GEL~006155573~0.3~%
SACCHARIN SODIUM~DENTAL; PASTE~006155573~~
SACCHARIN SODIUM~DENTAL; SOLUTION~006155573~0.15~%
SACCHARIN SODIUM~IM - IV; INJECTION~006155573~0.09~%
SACCHARIN SODIUM~INHALATION; AEROSOL, METERED~006155573~0.045~%
SACCHARIN SODIUM~INHALATION; SOLUTION~006155573~~
SACCHARIN SODIUM~INTRAMUSCULAR; INJECTION~006155573~0.09~%
SACCHARIN SODIUM~INTRAVENOUS; INJECTION~006155573~0.09~%
SACCHARIN SODIUM~IV(INFUSION); INJECTION~006155573~0.09~%
SACCHARIN SODIUM~ORAL; CAPSULE~006155573~2.02~MG
SACCHARIN SODIUM~ORAL; CAPSULE, SOFT GELATIN~006155573~0.51~MG
SACCHARIN SODIUM~ORAL; CONCENTRATE~006155573~0.15~%
SACCHARIN SODIUM~ORAL; LIQUID~006155573~0.06~%
SACCHARIN SODIUM~ORAL; POWDER, FOR ORAL SUSPENSION~006155573~0.0666~%
SACCHARIN SODIUM~ORAL; POWDER, FOR RECONSTITUTION~006155573~0.312~%
SACCHARIN SODIUM~ORAL; POWDER, FOR SOLUTION~006155573~53.32~%
SACCHARIN SODIUM~ORAL; POWDER, FOR SUSPENSION~006155573~1.3354~%
SACCHARIN SODIUM~ORAL; SOLUTION~006155573~5~%
SACCHARIN SODIUM~ORAL; SOLUTION, ELIXIR~006155573~1.5~%
SACCHARIN SODIUM~ORAL; SUSPENSION~006155573~1.4~%
SACCHARIN SODIUM~ORAL; SUSPENSION, LIQUID~006155573~0.05~%
SACCHARIN SODIUM~ORAL; SUSPENSION, SUSTAINED ACTION~006155573~~
SACCHARIN SODIUM~ORAL; SYRUP~006155573~5~%
SACCHARIN SODIUM~ORAL; TABLET~006155573~20~MG
SACCHARIN SODIUM~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~006155573~9~MG
SACCHARIN SODIUM~ORAL; TABLET, FILM COATED~006155573~1~MG

DTX-2583

SACCHARIN SODIUM~RECTAL; SOLUTION~006155573~0.085~%
SACCHARIN SODIUM~RECTAL; SUSPENSION~006155573~0.02~%
SACCHARIN SODIUM~RECTAL; TABLET~006155573~0.6~MG
SACCHARIN SODIUM~SUBLINGUAL; TABLET~006155573~1~MG
SACCHARIN SODIUM~TOPICAL; OINTMENT~006155573~~
SACCHARIN SODIUM, ANHYDROUS~IM - IV; INJECTION~000128449~0.09~%
SACCHARIN SODIUM, ANHYDROUS~INTRAMUSCULAR; INJECTION~000128449~~
SACCHARIN SODIUM, ANHYDROUS~IV(INFUSION); INJECTION~000128449~0.09~%
SACCHARIN SODIUM, ANHYDROUS~ORAL; POWDER, FOR SOLUTION~000128449~~
SACCHARIN SODIUM, ANHYDROUS~ORAL; POWDER, FOR SUSPENSION~000128449~1.875~%
SACCHARIN SODIUM, ANHYDROUS~ORAL; SOLUTION~000128449~66.7~%
SACCHARIN SODIUM, ANHYDROUS~ORAL; SOLUTION, ELIXIR~000128449~~
SACCHARIN SODIUM, ANHYDROUS~ORAL; SUSPENSION~000128449~0.333~%
SACCHARIN SODIUM, ANHYDROUS~ORAL; SYRUP~000128449~0.0793~%
SACCHARIN SODIUM, ANHYDROUS~ORAL; TABLET~000128449~2.08~MG
SACCHARIN SODIUM, ANHYDROUS~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000128449~7.5~MG
SACCHARIN SODIUM, ANHYDROUS~RECTAL; SOLUTION~000128449~66.7~%
SATIALGINE H~ORAL; TABLET~~20~MG
SCOTCHPAK 1109~TRANSDERMAL; FILM, CONTROLLED RELEASE~~115.71~MG
SCOTCHPAK 9739 BACKING FILM PET/EVA~TRANSDERMAL; PATCH~~211.8~MG
SD ALCOHOL 3A~ORAL; TABLET~~0.11~ML
SD ALCOHOL 3A ANHYDROUS~ORAL; CAPSULE~~~
SD ALCOHOL 40~TOPICAL; EMULSION, AEROSOL FOAM~~46~%
SD ALCOHOL 40~TOPICAL; SOLUTION~~~
SD ALCOHOL 40-2~TOPICAL; GEL~~97.5~%
SD ALCOHOL 40B~TOPICAL; EMULSION, AEROSOL FOAM~~56.09~%
SD ALCOHOL 40B~TOPICAL; SOLUTION~~26.14~%
SEA SPEN~ORAL; POWDER, FOR SUSPENSION~~1.5~%
SERINE~IV(INFUSION); INJECTION~000056451~50~%
SERINE~IV(INFUSION); SOLUTION, INJECTION~000056451~18~%
SESAME OIL~IM - SC; INJECTION~008008740~~
SESAME OIL~IM - SC; INJECTION, SUSTAINED ACTION~008008740~~
SESAME OIL~INTRAMUSCULAR; INJECTABLE~008008740~~
SESAME OIL~INTRAMUSCULAR; INJECTION~008008740~70~%
SESAME OIL~ORAL; CAPSULE~008008740~162.5~MG
SESAME OIL~ORAL; CONCENTRATE~008008740~~
SESAME OIL~ORAL; EMULSION~008008740~~
SESAME OIL~ORAL; TABLET, COATED~008008740~~
SHELLAC~ORAL; CAPSULE~009000593~24.83~MG
SHELLAC~ORAL; CAPSULE, ENTERIC COATED PELLETS~009000593~29~MG
SHELLAC~ORAL; CAPSULE, SUSTAINED ACTION~009000593~60~MG
SHELLAC~ORAL; TABLET~009000593~24.04~MG
SHELLAC~ORAL; TABLET, COATED~009000593~5~MG
SHELLAC~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009000593~3.314~MG
SHELLAC~ORAL; TABLET, EXTENDED RELEASE~009000593~~
SHELLAC~ORAL; TABLET, FILM COATED~009000593~4.4~MG
SHELLAC~ORAL; TABLET, SUSTAINED ACTION~009000593~7.3~MG
SHELLAC P.V.P. SOLUTION NO. 4~ORAL; CAPSULE, SUSTAINED ACTION~~87~MG
SHELLAC P.V.P. SOLUTION NO. 4~ORAL-28; TABLET~~5.62~MG

SILASTIC BRAND MEDICAL GRADE TUBING~IMPLANTATION; PELLET, IMPLANT~~~
SILASTIC BRAND MEDICAL GRADE TUBING~IMPLANTATION; ROD~~13~MG
SILASTIC MEDICAL ADHESIVE,SILICONE TYPE A~IMPLANTATION; PELLET, IMPLANT~~13~MG
SILICA, DENTAL~DENTAL; PASTE~~~
SILICA, DIATOMACEOUS~ORAL; CAPSULE~007631869~3.4~MG
SILICA, DIATOMACEOUS~ORAL; CONCENTRATE~007631869~~
SILICA, DIATOMACEOUS~ORAL; SOLUTION, ELIXIR~007631869~~
SILICA, DIATOMACEOUS~ORAL; SYRUP~007631869~~
SILICA, DIATOMACEOUS~ORAL; TABLET~007631869~5~MG
SILICA, DIATOMACEOUS~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~007631869~2~MG
SILICA, DIATOMACEOUS~ORAL; TABLET, COATED~007631869~7.2~MG
SILICON~ORAL; CAPSULE~007440213~15~MG
SILICON~ORAL; DROPS~007440213~~
SILICON~ORAL; POWDER, FOR SUSPENSION~007440213~~
SILICON~ORAL; SUSPENSION~007440213~~
SILICON~TOPICAL; EMULSION, CREAM~007440213~0.4~%
SILICON~TOPICAL; LOTION~007440213~92.5~%
SILICON~TRANSDERMAL; FILM, CONTROLLED RELEASE~007440213~~
SILICON DIOXIDE~DENTAL; GEL~~19~%
SILICON DIOXIDE~DENTAL; PASTE~~~
SILICON DIOXIDE~ORAL; CAPSULE~~22~MG
SILICON DIOXIDE~ORAL; CAPSULE, ENTERIC COATED PELLETS~~9.635~MG
SILICON DIOXIDE~ORAL; CAPSULE, HARD GELATIN~~2~MG
SILICON DIOXIDE~ORAL; CAPSULE, SUSTAINED ACTION~~5.26~MG
SILICON DIOXIDE~ORAL; DROPS~~~
SILICON DIOXIDE~ORAL; GRANULE, FOR SUSPENSION~~10~MG
SILICON DIOXIDE~ORAL; POWDER~~~
SILICON DIOXIDE~ORAL; POWDER, FOR ORAL SUSPENSION~~0.4~%
SILICON DIOXIDE~ORAL; POWDER, FOR RECONSTITUTION~~4~%
SILICON DIOXIDE~ORAL; POWDER, FOR SOLUTION~~~
SILICON DIOXIDE~ORAL; POWDER, FOR SUSPENSION~~4.5~%
SILICON DIOXIDE~ORAL; TABLET~~19.8~MG
SILICON DIOXIDE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~33~MG
SILICON DIOXIDE~ORAL; TABLET, COATED~~5~MG
SILICON DIOXIDE~ORAL; TABLET, DELAYED ACTION~~170~MG
SILICON DIOXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~85~MG
SILICON DIOXIDE~ORAL; TABLET, EXTENDED RELEASE~~15~MG
SILICON DIOXIDE~ORAL; TABLET, FILM COATED~~8~MG
SILICON DIOXIDE~ORAL; TABLET, ORALLY DISINTEGRATING~~7.1~MG
SILICON DIOXIDE~ORAL; TABLET, SUSTAINED ACTION~~40~MG
SILICON DIOXIDE~ORAL; TABLET, SUSTAINED ACTION, COATED~~7~MG
SILICON DIOXIDE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~60~MG
SILICON DIOXIDE~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~~26~MG
SILICON DIOXIDE~SUBLINGUAL; TABLET~~1.2~MG
SILICON DIOXIDE~TOPICAL; GEL~~0.25~%
SILICON DIOXIDE~VAGINAL; EMULSION, CREAM~~1~%
SILICON DIOXIDE, COLLOIDAL~BUCCAL; TABLET~007631869~1.25~MG

SILICON DIOXIDE, COLLOIDAL~ENDOCERVICAL; GEL~007631869~8~%
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE~007631869~11.66~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, COATED, SOFT GELATIN~007631869~0.5~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, ENTERIC COATED PELLETS~007631869~0.6~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, EXTENDED RELEASE~007631869~1.7~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, HARD GELATIN~007631869~5.8~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, SOFT GELATIN~007631869~1.73~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, SUSTAINED ACTION~007631869~7.02~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~007631869~1.7~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; DISPERSIBLE TABLET~007631869~3.6~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; FOR SUSPENSION~007631869~15~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; GRANULE~007631869~100~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; GRANULE, ENTERIC COATED~007631869~3.2~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; GRANULE, FOR RECONSTITUTION~007631869~16.25~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; GRANULE, FOR SUSPENSION~007631869~25~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; GRANULE, FOR SUSPENSION, EXTENDED RELEASE~007631869~~
SILICON DIOXIDE, COLLOIDAL~ORAL; POWDER~007631869~10~%
SILICON DIOXIDE, COLLOIDAL~ORAL; POWDER, FOR ORAL SUSPENSION~007631869~11~%
SILICON DIOXIDE, COLLOIDAL~ORAL; POWDER, FOR RECONSTITUTION~007631869~2.5~%
SILICON DIOXIDE, COLLOIDAL~ORAL; POWDER, FOR SUSPENSION~007631869~5.5~%
SILICON DIOXIDE, COLLOIDAL~ORAL; SUSPENSION~007631869~1.113~%
SILICON DIOXIDE, COLLOIDAL~ORAL; SUSPENSION, SUSTAINED ACTION~007631869~2.16~%
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET~007631869~99~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~007631869~8.5~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~007631869~72~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, COATED~007631869~16~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, CONTROLLED RELEASE~007631869~5.6~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~007631869~6~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, DISPERSIBLE~007631869~6~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, ENTERIC COATED PARTICLES~007631869~3~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, EXTENDED RELEASE~007631869~24.8~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, FILM COATED~007631869~33~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, FOR SOLUTION~007631869~0.75~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, ORALLY DISINTEGRATING~007631869~6.5~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, SUGAR COATED~007631869~0.8~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, SUSTAINED ACTION~007631869~48~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, SUSTAINED ACTION, COATED~007631869~5~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, SUSTAINED ACTION, FILM

COATED~007631869~6.1~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~007631869~1.55~MG
SILICON DIOXIDE, COLLOIDAL~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~007631869~30~MG
SILICON DIOXIDE, COLLOIDAL~ORAL-21; TABLET~007631869~0.65~MG
SILICON DIOXIDE, COLLOIDAL~ORAL-28; TABLET~007631869~0.65~MG
SILICON DIOXIDE, COLLOIDAL~RECTAL; SUPPOSITORY~007631869~14~MG
SILICON DIOXIDE, COLLOIDAL~RESPIRATORY (INHALATION); CAPSULE~007631869~~
SILICON DIOXIDE, COLLOIDAL~SUBLINGUAL; TABLET~007631869~1~MG
SILICON DIOXIDE, COLLOIDAL~TRANSDERMAL; FILM, CONTROLLED RELEASE~007631869~49~MG
SILICON DIOXIDE, COLLOIDAL~VAGINAL; EMULSION, CREAM~007631869~1.01~%
SILICON DIOXIDE, COLLOIDAL~VAGINAL; TABLET~007631869~8~MG
SILICON DIOXIDE, COLLOIDAL~VAGINAL; TAMPON~007631869~~
SILICONE~IM - IV; INJECTION~~~
SILICONE~INTRAUTERINE; SUPPOSITORY, INSERT, CONTROLLED RELEASE~~60~MG
SILICONE~ORAL; CAPSULE~~10~MG
SILICONE~ORAL; CAPSULE, HARD GELATIN~~0.42~MG
SILICONE~ORAL; CAPSULE, SUSTAINED ACTION~~0.14~MG
SILICONE~ORAL; POWDER, FOR SUSPENSION~~0.1~%
SILICONE~ORAL; SUSPENSION~~~
SILICONE~ORAL; TABLET~~~
SILICONE~TOPICAL; SHAMPOO, SUSPENSION~~~
SILICONE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~353.51~MG
SILICONE~VAGINAL; DRUG DELIVERY SYSTEM~~8.7~MG
SILICONE~VAGINAL; INTRAUTERINE DEVICE~~27.48~MG
SILICONE ADHESIVE 4102~PERCUTANEOUS; PATCH, CONTROLLED RELEASE~~165~CMS
SILICONE ADHESIVE 4102~TRANSDERMAL; FILM, CONTROLLED RELEASE~~228.23~MG
SILICONE EMULSION~ORAL; CAPSULE~~~
SILICONE EMULSION~ORAL; CAPSULE, SUSTAINED ACTION~~0.078~MG
SILICONE EMULSION~ORAL; CONCENTRATE~~~
SILICONE EMULSION~ORAL; POWDER, FOR SUSPENSION~~1.24~%
SILICONE EMULSION~ORAL; SUSPENSION~~0.1~%
SILICONE EMULSION~TOPICAL; LOTION~~0.5~%
SILICONE/POLYESTER FILM STRIP~TRANSDERMAL; FILM, CONTROLLED RELEASE~~873~MG
SILICONE/POLYESTER FILM STRIP~TRANSDERMAL; PATCH~~485.2~MG
SIMETHICONE~IM - IV; POWDER, FOR INJECTION SOLUTION~008050815~~
SIMETHICONE~ORAL; CAPSULE~008050815~5.7~MG
SIMETHICONE~ORAL; CAPSULE, ENTERIC COATED PELLETS~008050815~0.61~MG
SIMETHICONE~ORAL; CAPSULE, EXTENDED RELEASE~008050815~0.0446~MG
SIMETHICONE~ORAL; CAPSULE, SUSTAINED ACTION~008050815~0.062~MG
SIMETHICONE~ORAL; GRANULE~008050815~3.3~MG
SIMETHICONE~ORAL; GRANULE, EFFERVESCENT~008050815~36~MG
SIMETHICONE~ORAL; PASTILLE~008050815~0.4~MG
SIMETHICONE~ORAL; POWDER, FOR SUSPENSION~008050815~0.666~%
SIMETHICONE~ORAL; SOLUTION~008050815~~
SIMETHICONE~ORAL; SUSPENSION~008050815~0.2~%
SIMETHICONE~ORAL; SUSPENSION, LIQUID~008050815~0.2~%
SIMETHICONE~ORAL; SUSPENSION, SUSTAINED ACTION~008050815~~

SIMETHICONE~ORAL; TABLET~008050815~1.5~MG
SIMETHICONE~ORAL; TABLET, COATED~008050815~0.0004~MG
SIMETHICONE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008050815~0.56~MG
SIMETHICONE~ORAL; TABLET, EXTENDED RELEASE~008050815~0.61~MG
SIMETHICONE~ORAL; TABLET, FILM COATED~008050815~0.18~MG
SIMETHICONE~ORAL; TABLET, ORALLY DISINTEGRATING~008050815~0.04~MG
SIMETHICONE~ORAL; TABLET, SUSTAINED ACTION~008050815~7.5~MG
SIMETHICONE~RECTAL; SOLUTION~008050815~~
SIMETHICONE~TOPICAL; EMULSION, CREAM~008050815~1~%
SIMETHICONE~TOPICAL; LOTION~008050815~0.5~%
SIMETHICONE~TOPICAL; OINTMENT~008050815~~
SIMETHICONE C~ORAL; TABLET, EXTENDED RELEASE~~0.08~MG
SIMETHICONE EMULSION~ORAL; CAPSULE~~14.4~MG
SIMETHICONE EMULSION~ORAL; CAPSULE, SUSTAINED ACTION~~15.63~MG
SIMETHICONE EMULSION~ORAL; POWDER, FOR SUSPENSION~~0.5~%
SIMETHICONE EMULSION~ORAL; SUSPENSION~~0.5~%
SIMETHICONE EMULSION~ORAL; TABLET~~0.35~MG
SIMETHICONE EMULSION~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~0.12~MG
SIMETHICONE EMULSION~ORAL; TABLET, COATED~~0.009~MG
SIMETHICONE EMULSION~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~0.04~MG
SIMETHICONE EMULSION~ORAL; TABLET, FILM COATED~~~
SIMETHICONE EMULSION~ORAL; TABLET, SUSTAINED ACTION~~0.07~MG
SIMETHICONE EMULSION~ORAL; TABLET, SUSTAINED ACTION, COATED~~1.41~MG
SIMETHICONE EMULSION~TOPICAL; EMULSION, CREAM~~0.2~%
SIMETHICONE EMULSION~TOPICAL; OINTMENT~~~
SIMETHICONE MDX4-4036~ORAL; TABLET, SUSTAINED ACTION~~1.14~MG
SIPON L-20~TOPICAL; EMULSION~008024304~38~%
SOAP~ORAL; TABLET, SUSTAINED ACTION~~0.4~MG
SODIUM ACETATE~AURICULAR (OTIC); SOLUTION~006131904~0.075~%
SODIUM ACETATE~AURICULAR (OTIC); SOLUTION, DROPS~006131904~0.0267~%
SODIUM ACETATE~AURICULAR (OTIC); SUSPENSION~006131904~0.042~%
SODIUM ACETATE~AURICULAR (OTIC); SUSPENSION, LIQUID~006131904~6.8~%
SODIUM ACETATE~EXTRACORPOREAL; SOLUTION~006131904~0.175~%
SODIUM ACETATE~IM - IV - SC; INJECTION~006131904~0.65~%
SODIUM ACETATE~IM - IV; INJECTION~006131904~0.969~%
SODIUM ACETATE~IM - SC; INJECTION~006131904~0.2~%
SODIUM ACETATE~INTERSTITIAL; INJECTION~006131904~~
SODIUM ACETATE~INTRA-ARTICULAR; INJECTION~006131904~~
SODIUM ACETATE~INTRACAVITARY; INJECTION~006131904~~
SODIUM ACETATE~INTRADERMAL; INJECTION~006131904~0.16~%
SODIUM ACETATE~INTRALESIONAL; INJECTION~006131904~~
SODIUM ACETATE~INTRAMUSCULAR; INJECTION~006131904~0.4~%
SODIUM ACETATE~INTRAOCULAR; SOLUTION~006131904~0.39~%
SODIUM ACETATE~INTRAPERITONEAL; INJECTION~006131904~~
SODIUM ACETATE~INTRAPLEURAL; INJECTION~006131904~~
SODIUM ACETATE~INTRASYNOVIAL; INJECTION~006131904~~
SODIUM ACETATE~INTRAVENOUS; INJECTABLE~006131904~0.05~%
SODIUM ACETATE~INTRAVENOUS; INJECTION~006131904~12.25~%
SODIUM ACETATE~INTRAVENOUS; SOLUTION~006131904~~

DTX-2583

SODIUM ACETATE~INTRAVENOUS;  SOLUTION, INJECTION~006131904~0.0204~%
SODIUM ACETATE~IV - SC;  INJECTION~006131904~0.2~%
SODIUM ACETATE~IV - SC;  LIQUID~006131904~0.2~%
SODIUM ACETATE~IV(INFUSION);  INJECTION~006131904~59.4~%
SODIUM ACETATE~IV(INFUSION);  SOLUTION, INJECTION~006131904~1.7~%
SODIUM ACETATE~NASAL;  SOLUTION~006131904~~
SODIUM ACETATE~OPHTHALMIC;  POWDER, FOR SOLUTION~006131904~0.39~%
SODIUM ACETATE~OPHTHALMIC;  SOLUTION~006131904~0.35~%
SODIUM ACETATE~OPHTHALMIC;  SOLUTION, DROPS~006131904~1.279~%
SODIUM ACETATE~OPHTHALMIC;  SUSPENSION, DROPS~006131904~~
SODIUM ACETATE~ORAL;  CAPSULE, SUSTAINED ACTION~006131904~~
SODIUM ACETATE~ORAL;  CONCENTRATE~006131904~~
SODIUM ACETATE~ORAL;  POWDER, FOR SOLUTION~006131904~9.93~%
SODIUM ACETATE~ORAL;  SOLUTION~006131904~~
SODIUM ACETATE~ORAL;  SOLUTION, SYRUP~006131904~0.11~%
SODIUM ACETATE~PHOTOPHERESIS;  SOLUTION~006131904~0.175~%
SODIUM ACETATE~SOFT TISSUE;  INJECTION~006131904~~
SODIUM ACETATE~SUBCUTANEOUS;  INJECTION~006131904~0.14~%
SODIUM ACETATE~SUBCUTANEOUS;  LIQUID~006131904~0.1455~%
SODIUM ACETATE~SUBCUTANEOUS;  SOLUTION, INJECTION~006131904~0.1592~%
SODIUM ACETATE~TOPICAL;  SUSPENSION~006131904~0.03~%
SODIUM ACETATE, ANHYDROUS~IM - IV;  INJECTION~000127093~~
SODIUM ACETATE, ANHYDROUS~IM - SC;  INJECTION~000127093~0.07~%
SODIUM ACETATE, ANHYDROUS~INTRAMUSCULAR;  INJECTION~000127093~0.471~%
SODIUM ACETATE, ANHYDROUS~INTRAVENOUS;  INJECTABLE~000127093~0.005~%
SODIUM ACETATE, ANHYDROUS~INTRAVENOUS;  SOLUTION~000127093~17.7~%
SODIUM ACETATE, ANHYDROUS~IV(INFUSION);  INJECTION~000127093~6.25~%
SODIUM ACETATE, ANHYDROUS~ORAL;  SOLUTION~000127093~17.7~%
SODIUM ACETATE, ANHYDROUS~SUBCUTANEOUS;  INJECTION~000127093~0.16~%
SODIUM ACETATE, ANHYDROUS~SUBCUTANEOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000127093~0.01~%
SODIUM ACETATE, ANHYDROUS~TOPICAL;  EMULSION, CREAM~000127093~0.02~%
SODIUM ALGINAE SULFATE~ORAL;  TABLET, CONTROLLED RELEASE~~~
SODIUM ALGINATE~ORAL;  CAPSULE~009005383~80~MG
SODIUM ALGINATE~ORAL;  SUSPENSION~009005383~0.123~%
SODIUM ALGINATE~ORAL;  SYRUP~009005383~0.3~%
SODIUM ALGINATE~ORAL;  TABLET~009005383~20~MG
SODIUM ALGINATE~ORAL;  TABLET (IMMED./COMP. RELEASE), FILM COATED~009005383~320~MG
SODIUM ALGINATE~ORAL;  TABLET, CONTROLLED RELEASE~009005383~262~MG
SODIUM ALGINATE~ORAL;  TABLET, SUSTAINED ACTION~009005383~350~MG
SODIUM ALGINATE~ORAL;  TABLET, SUSTAINED ACTION, FILM COATED~009005383~240~MG
SODIUM ALGINATE~ORAL;  TROCHE~009005383~64.309~MG
SODIUM ALKYL SULFATE~TOPICAL;  SHAMPOO, SUSPENSION~008036542~~
SODIUM AMINOBENZOATE~ORAL;  CAPSULE~000555066~0.0017~MG
SODIUM AMINOBENZOATE~ORAL;  TABLET~000555066~0.001~MG
SODIUM ASCORBATE~INTRAVENOUS;  INJECTION~000134032~1~%
SODIUM ASCORBATE~INTRAVENOUS;  SOLUTION, INJECTION~000134032~1~%
SODIUM ASCORBATE~ORAL;  TABLET~000134032~5~MG
SODIUM BENZOATE~DENTAL;  GEL~000532321~0.08~%

SODIUM BENZOATE~DENTAL;  PASTE~000532321~~
SODIUM BENZOATE~IM - IV;  INJECTION~000532321~10~%
SODIUM BENZOATE~INTRAMUSCULAR;  INJECTION~000532321~5~%
SODIUM BENZOATE~INTRAMUSCULAR;  SOLUTION, INJECTION~000532321~4.8~%
SODIUM BENZOATE~INTRAVENOUS;  INJECTABLE~000532321~0.07~%
SODIUM BENZOATE~IV(INFUSION);  INJECTION~000532321~5~%
SODIUM BENZOATE~ORAL;  CAPSULE~000532321~0.3~MG
SODIUM BENZOATE~ORAL;  CAPSULE, HARD GELATIN~000532321~0.11~MG
SODIUM BENZOATE~ORAL;  CONCENTRATE~000532321~0.2~%
SODIUM BENZOATE~ORAL;  DROPS~000532321~0.3~%
SODIUM BENZOATE~ORAL;  FOR SUSPENSION~000532321~10~MG
SODIUM BENZOATE~ORAL;  GRANULE, FOR RECONSTITUTION~000532321~10~MG
SODIUM BENZOATE~ORAL;  GRANULE, FOR SUSPENSION~000532321~10~MG
SODIUM BENZOATE~ORAL;  LIQUID~000532321~0.5~%
SODIUM BENZOATE~ORAL;  POWDER, FOR ORAL SUSPENSION~000532321~3.6~%
SODIUM BENZOATE~ORAL;  POWDER, FOR RECONSTITUTION~000532321~0.1~%
SODIUM BENZOATE~ORAL;  POWDER, FOR SOLUTION~000532321~9.332~%
SODIUM BENZOATE~ORAL;  POWDER, FOR SUSPENSION~000532321~8~%
SODIUM BENZOATE~ORAL;  SOLUTION~000532321~1.08~%
SODIUM BENZOATE~ORAL;  SOLUTION, ELIXIR~000532321~0.5~%
SODIUM BENZOATE~ORAL;  SOLUTION, LIQUID~000532321~0.1~%
SODIUM BENZOATE~ORAL;  SUSPENSION~000532321~3.788~%
SODIUM BENZOATE~ORAL;  SUSPENSION, DROPS~000532321~0.24~%
SODIUM BENZOATE~ORAL;  SUSPENSION, LIQUID~000532321~0.2~%
SODIUM BENZOATE~ORAL;  SYRUP~000532321~5~%
SODIUM BENZOATE~ORAL;  TABLET~000532321~0.75~MG
SODIUM BENZOATE~ORAL;  TABLET (IMMED./COMP. RELEASE), UNCOATED, EFFERVESCENT~000532321~60~MG
SODIUM BENZOATE~ORAL;  TABLET, COATED~000532321~9~MG
SODIUM BENZOATE~ORAL;  TABLET, DELAYED ACTION, ENTERIC COATED~000532321~0.34~MG
SODIUM BENZOATE~ORAL;  TABLET, FILM COATED~000532321~0.02~MG
SODIUM BENZOATE~ORAL;  TABLET, FOR SOLUTION~000532321~5~MG
SODIUM BENZOATE~ORAL;  TABLET, SUSTAINED ACTION~000532321~~
SODIUM BENZOATE~ORAL-28;  TABLET~000532321~~
SODIUM BENZOATE~RECTAL;  ENEMA~000532321~0.1~%
SODIUM BENZOATE~RECTAL;  GEL~000532321~~
SODIUM BENZOATE~TOPICAL;  EMULSION~000532321~~
SODIUM BENZOATE~TOPICAL;  EMULSION, CREAM~000532321~0.2~%
SODIUM BENZOATE~TOPICAL;  PATCH~000532321~0.44~MG
SODIUM BENZOATE~TOPICAL;  SPONGE~000532321~~
SODIUM BICARBONATE~BUCCAL;  GUM, CHEWING~000144558~10~MG
SODIUM BICARBONATE~IM - IV;  INJECTION~000144558~~
SODIUM BICARBONATE~IM - IV;  POWDER, FOR INJECTION SOLUTION~000144558~~
SODIUM BICARBONATE~IM - IV;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000144558~61.9~%
SODIUM BICARBONATE~IM - IV;  POWDER, FOR RECONSTITUTION~000144558~~
SODIUM BICARBONATE~INTRAMUSCULAR;  INJECTION~000144558~3.5~%
SODIUM BICARBONATE~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION~000144558~3~%

SODIUM BICARBONATE~INTRAPERITONEAL; POWDER, FOR INJECTION SOLUTION~000144558~60~%
SODIUM BICARBONATE~INTRATHECAL; INJECTABLE~000144558~~
SODIUM BICARBONATE~INTRATHECAL; INJECTION~000144558~0.005~%
SODIUM BICARBONATE~INTRATRACHEAL; SUSPENSION~000144558~~
SODIUM BICARBONATE~INTRAVENOUS; INJECTION~000144558~0.005~%
SODIUM BICARBONATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000144558~2.1~%
SODIUM BICARBONATE~INTRAVENOUS; SOLUTION, INJECTION~000144558~~
SODIUM BICARBONATE~INTRAVITREAL; INJECTION~000144558~0.178~%
SODIUM BICARBONATE~IV(INFUSION); INJECTION~000144558~83~%
SODIUM BICARBONATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~000144558~81.94~%
SODIUM BICARBONATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000144558~~
SODIUM BICARBONATE~ORAL; CAPSULE~000144558~26.5~MG
SODIUM BICARBONATE~ORAL; CAPSULE, HARD GELATIN~000144558~2~MG
SODIUM BICARBONATE~ORAL; GRANULE, EFFERVESCENT~000144558~~
SODIUM BICARBONATE~ORAL; POWDER, FOR SOLUTION~000144558~8.72~%
SODIUM BICARBONATE~ORAL; POWDER, FOR SUSPENSION~000144558~~
SODIUM BICARBONATE~ORAL; SOLUTION~000144558~~
SODIUM BICARBONATE~ORAL; TABLET~000144558~125~MG
SODIUM BICARBONATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000144558~140~MG
SODIUM BICARBONATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, EFFERVESCENT~000144558~267~MG
SODIUM BICARBONATE~ORAL; TABLET, COATED~000144558~9~MG
SODIUM BICARBONATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000144558~15~MG
SODIUM BICARBONATE~ORAL; TABLET, FILM COATED~000144558~40~MG
SODIUM BICARBONATE~ORAL; TABLET, ORALLY DISINTEGRATING~000144558~26.97~MG
SODIUM BICARBONATE~ORAL; TABLET, SUSTAINED ACTION~000144558~2.56~MG
SODIUM BICARBONATE~ORAL; TABLET, SUSTAINED ACTION, COATED~000144558~2.56~MG
SODIUM BICARBONATE~SUBCUTANEOUS; INJECTION~000144558~~
SODIUM BICARBONATE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~000144558~0.016~%
SODIUM BISULFATE~IM - IV - SC; INJECTION~007681381~0.1~%
SODIUM BISULFATE~IM - IV; INJECTION~007681381~0.32~%
SODIUM BISULFATE~INHALATION; SOLUTION~007681381~0.011~%
SODIUM BISULFATE~OPHTHALMIC; SOLUTION~007681381~~
SODIUM BISULFATE~ORAL; CAPSULE, SUSTAINED ACTION~007681381~~
SODIUM BISULFATE~ORAL; CONCENTRATE~007681381~0.095~%
SODIUM BISULFITE~AN,INFILTRATION; INJECTION~007631905~0.2~%
SODIUM BISULFITE~AURICULAR (OTIC); SOLUTION~007631905~0.1~%
SODIUM BISULFITE~AURICULAR (OTIC); SOLUTION, DROPS~007631905~0.1~%
SODIUM BISULFITE~AURICULAR (OTIC); SUSPENSION~007631905~0.001~%
SODIUM BISULFITE~EPIDURAL; INJECTION~007631905~~
SODIUM BISULFITE~IM - IV - SC; INJECTION~007631905~0.5~%
SODIUM BISULFITE~IM - IV; INJECTION~007631905~0.66~%
SODIUM BISULFITE~IM - IV; POWDER, FOR INJECTION SOLUTION~007631905~5.18~%

SODIUM BISULFITE~IM - IV; SOLUTION, INJECTION~007631905~~
SODIUM BISULFITE~INHALATION; INHALANT~007631905~0.075~%
SODIUM BISULFITE~INHALATION; SOLUTION~007631905~0.2~%
SODIUM BISULFITE~INTRA-ARTERIAL; INJECTION~007631905~~
SODIUM BISULFITE~INTRA-ARTICULAR; INJECTION~007631905~0.32~%
SODIUM BISULFITE~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~007631905~~
SODIUM BISULFITE~INTRABURSAL; INJECTION~007631905~~
SODIUM BISULFITE~INTRACARDIAC; INJECTION~007631905~0.1~%
SODIUM BISULFITE~INTRADERMAL; INJECTION, SUSTAINED ACTION~007631905~~
SODIUM BISULFITE~INTRADISCAL; POWDER, FOR INJECTION SOLUTION~007631905~~
SODIUM BISULFITE~INTRALESIONAL; INJECTION~007631905~0.32~%
SODIUM BISULFITE~INTRALESIONAL; INJECTION, SUSTAINED ACTION~007631905~~
SODIUM BISULFITE~INTRAMUSCULAR; INJECTION~007631905~1.35~%
SODIUM BISULFITE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~007631905~~
SODIUM BISULFITE~INTRAPERITONEAL; INJECTION~007631905~1.35~%
SODIUM BISULFITE~INTRAPERITONEAL; SOLUTION~007631905~~
SODIUM BISULFITE~INTRASYNOVIAL; INJECTION~007631905~0.32~%
SODIUM BISULFITE~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~007631905~~
SODIUM BISULFITE~INTRAVENOUS; INJECTION~007631905~5~%
SODIUM BISULFITE~INTRAVENOUS; SOLUTION, INJECTION~007631905~5~%
SODIUM BISULFITE~IONTOPHORESIS; SOLUTION~007631905~0.055~%
SODIUM BISULFITE~IRRIGATION; INJECTION~007631905~0.66~%
SODIUM BISULFITE~IV(INFUSION); INJECTION~007631905~10~%
SODIUM BISULFITE~IV(INFUSION); SOLUTION, INJECTION~007631905~0.024~%
SODIUM BISULFITE~NERVE BLOCK; INJECTION~007631905~2.2~%
SODIUM BISULFITE~OPHTHALMIC; SOLUTION~007631905~0.1~%
SODIUM BISULFITE~OPHTHALMIC; SOLUTION, DROPS~007631905~0.1~%
SODIUM BISULFITE~OPHTHALMIC; SUSPENSION~007631905~0.06~%
SODIUM BISULFITE~ORAL; CAPSULE~007631905~0.36~MG
SODIUM BISULFITE~ORAL; CONCENTRATE~007631905~0.0499~%
SODIUM BISULFITE~ORAL; SOLUTION~007631905~0.1~%
SODIUM BISULFITE~ORAL; SUSPENSION~007631905~0.04~%
SODIUM BISULFITE~ORAL; SYRUP~007631905~~
SODIUM BISULFITE~ORAL; TABLET~007631905~0.65~MG
SODIUM BISULFITE~SOFT TISSUE; INJECTION~007631905~0.1~%
SODIUM BISULFITE~SUBCUTANEOUS; INJECTION~007631905~0.15~%
SODIUM BISULFITE~SUBLINGUAL; TABLET~007631905~0.5~MG
SODIUM BISULFITE~TOPICAL; EMULSION, CREAM~007631905~0.3~%
SODIUM BISULFITE~TOPICAL; LOTION~007631905~0.22~%
SODIUM BISULFITE~TOPICAL; POWDER, FOR SOLUTION~007631905~0.1~%
SODIUM BISULFITE~TOPICAL; SOLUTION~007631905~0.055~%
SODIUM BITARTRATE~ORAL; TABLET, SUSTAINED ACTION~000526943~306~MG
SODIUM BORATE~AURICULAR (OTIC); SOLUTION~001303964~0.3~%
SODIUM BORATE~OPHTHALMIC; POWDER, FOR SOLUTION~001303964~~
SODIUM BORATE~OPHTHALMIC; POWDER, FOR SUSPENSION~001303964~~
SODIUM BORATE~OPHTHALMIC; SOLUTION~001303964~0.543~%
SODIUM BORATE~OPHTHALMIC; SOLUTION, DROPS~001303964~1.1~%
SODIUM BORATE~OPHTHALMIC; SUSPENSION~001303964~~
SODIUM BORATE~OPHTHALMIC; SUSPENSION, DROPS~001303964~0.0285~%
SODIUM BORATE DECAHYDRATE~OPHTHALMIC; SOLUTION~001344907~0.15~%

SODIUM BORATE DECAHYDRATE~OPHTHALMIC;  SOLUTION, DROPS~001344907~0.084~%
SODIUM CARBONATE~AN,INFILTRATION;  INJECTION~000497198~~
SODIUM CARBONATE~BUCCAL;  GUM, CHEWING~000497198~30~MG
SODIUM CARBONATE~IM - IV;  INJECTION~000497198~1.64~%
SODIUM CARBONATE~IM - IV;  POWDER, FOR INJECTION SOLUTION~000497198~70.8~%
SODIUM CARBONATE~INTRA-ARTERIAL;  SOLUTION, INJECTION~000497198~~
SODIUM CARBONATE~INTRAMUSCULAR;  INJECTION~000497198~~
SODIUM CARBONATE~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION~000497198~~
SODIUM CARBONATE~INTRAPERITONEAL;  POWDER, FOR INJECTION SOLUTION~000497198~~
SODIUM CARBONATE~INTRAPLEURAL;  POWDER, FOR INJECTION SOLUTION~000497198~~
SODIUM CARBONATE~INTRATUMOR;  POWDER, FOR INJECTION SOLUTION~000497198~~
SODIUM CARBONATE~INTRAVASCULAR;  INJECTION~000497198~~
SODIUM CARBONATE~INTRAVASCULAR;  SOLUTION, INJECTION~000497198~~
SODIUM CARBONATE~INTRAVENOUS;  INJECTION~000497198~0.046~%
SODIUM CARBONATE~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION~000497198~~
SODIUM CARBONATE~INTRAVENOUS;  SOLUTION, INJECTION~000497198~~
SODIUM CARBONATE~INTRAVITREAL;  INJECTION~000497198~0.0082~%
SODIUM CARBONATE~IV - SC;  INJECTION~000497198~~
SODIUM CARBONATE~IV(INFUSION);  INJECTION~000497198~24.1~%
SODIUM CARBONATE~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION~000497198~63~%
SODIUM CARBONATE~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000497198~0.177~%
SODIUM CARBONATE~NERVE BLOCK;  INJECTION~000497198~~
SODIUM CARBONATE~OPHTHALMIC;  SOLUTION~000497198~1~%
SODIUM CARBONATE~OPHTHALMIC;  SOLUTION, DROPS~000497198~~
SODIUM CARBONATE~ORAL;  CAPSULE, SUSTAINED ACTION~000497198~6~MG
SODIUM CARBONATE~ORAL;  TABLET~000497198~10.4~MG
SODIUM CARBONATE~ORAL;  TABLET, DELAYED ACTION, ENTERIC COATED~000497198~10~MG
SODIUM CARBONATE~ORAL;  TABLET, EXTENDED RELEASE~000497198~30~MG
SODIUM CARBONATE~ORAL;  TABLET, FILM COATED~000497198~25~MG
SODIUM CARBONATE~ORAL;  TROCHE~000497198~25~MG
SODIUM CARBONATE~RECTAL;  POWDER, FOR INJECTION SOLUTION~000497198~~
SODIUM CARBONATE~RECTAL;  SUSPENSION~000497198~~
SODIUM CARBONATE DECAHYDRATE~INTRAVENOUS;  INJECTION~~12.428~%
SODIUM CARBONATE HYDRATE~INTRA-ARTERIAL;  INJECTION~005968116~~
SODIUM CARBONATE HYDRATE~INTRACARDIAC;  INJECTION~005968116~~
SODIUM CARBONATE HYDRATE~INTRAVENOUS;  INJECTION~005968116~~
SODIUM CARBONATE HYDRATE~OPHTHALMIC;  SOLUTION~005968116~~
SODIUM CARBONATE HYDRATE~ORAL;  TABLET~005968116~4.92~MG
SODIUM CARBOXYMETHYL BETAGLUCAN~ORAL-21;  TABLET~~4~MG
SODIUM CASEINATE~ORAL;  TABLET~009005463~100~MG
SODIUM CELLULOSE~ORAL;  CAPSULE~~150~MG
SODIUM CETEARYL SULFATE~TOPICAL;  EMULSION, CREAM~059186413~1~%
SODIUM CHLORATE~AN,INFILTRATION;  INJECTION~007775099~~
SODIUM CHLORATE~INTRAMUSCULAR;  INJECTION~007775099~~
SODIUM CHLORATE~IV(INFUSION);  INJECTION~007775099~15.4~%
SODIUM CHLORATE~NERVE BLOCK;  INJECTION~007775099~~
SODIUM CHLORIDE~AN,CNBLK INTRATHECAL;  INJECTION~007647145~0.8~%
SODIUM CHLORIDE~AN,INFILTRATION;  INJECTION~007647145~0.855~%

SODIUM CHLORIDE~AN,SYMPATHETIC NBLK; INJECTION~007647145~0.3~%
SODIUM CHLORIDE~AURICULAR (OTIC); SOLUTION~007647145~9~%
SODIUM CHLORIDE~AURICULAR (OTIC); SOLUTION, DROPS~007647145~0.362~%
SODIUM CHLORIDE~AURICULAR (OTIC); SUSPENSION, LIQUID~007647145~9~%
SODIUM CHLORIDE~CAUDAL BLOCK; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~DENTAL; INJECTION~007647145~0.6~%
SODIUM CHLORIDE~EPIDURAL; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~EPIDURAL; SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~EXTRACORPOREAL; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~EXTRACORPOREAL; SOLUTION~007647145~0.8~%
SODIUM CHLORIDE~IM - IV - SC; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~IM - IV - SC; SOLUTION, INJECTION~007647145~~
SODIUM CHLORIDE~IM - IV; INJECTABLE~007647145~~
SODIUM CHLORIDE~IM - IV; INJECTION~007647145~90~%
SODIUM CHLORIDE~IM - IV; POWDER, FOR INJECTION SOLUTION~007647145~9~%
SODIUM CHLORIDE~IM - IV; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647145~18~%
SODIUM CHLORIDE~IM - IV; SOLUTION~007647145~0.9~%
SODIUM CHLORIDE~IM - IV; SOLUTION, INJECTION~007647145~0.75~%
SODIUM CHLORIDE~IM - SC; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INFILTRATION; SOLUTION, INJECTION~007647145~0.85~%
SODIUM CHLORIDE~INHALATION; INHALANT~007647145~~
SODIUM CHLORIDE~INHALATION; SOLUTION~007647145~3.16~%
SODIUM CHLORIDE~INHALATION; SOLUTION, FOR INHALATION~007647145~~
SODIUM CHLORIDE~INTRA-ARTERIAL; INJECTION~007647145~4.9~%
SODIUM CHLORIDE~INTRA-ARTERIAL; POWDER, FOR INJECTION SOLUTION~007647145~0.135~%
SODIUM CHLORIDE~INTRA-ARTERIAL; SOLUTION~007647145~0.9~%
SODIUM CHLORIDE~INTRA-ARTICULAR; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~007647145~~
SODIUM CHLORIDE~INTRABURSAL; INJECTION~007647145~0.32~%
SODIUM CHLORIDE~INTRACARDIAC; INJECTION~007647145~0.7~%
SODIUM CHLORIDE~INTRACARDIAC; SOLUTION, INJECTION~007647145~~
SODIUM CHLORIDE~INTRACAVITARY; INJECTION~007647145~0.82~%
SODIUM CHLORIDE~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION~007647145~~
SODIUM CHLORIDE~INTRADERMAL; INJECTION~007647145~0.7~%
SODIUM CHLORIDE~INTRADERMAL; INJECTION, SUSTAINED ACTION~007647145~~
SODIUM CHLORIDE~INTRALESIONAL; INJECTION~007647145~0.85~%
SODIUM CHLORIDE~INTRALESIONAL; INJECTION, SUSTAINED ACTION~007647145~0.9~%
SODIUM CHLORIDE~INTRAMUSCULAR; INJECTION~007647145~4.5~%
SODIUM CHLORIDE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~007647145~0.9~%
SODIUM CHLORIDE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~007647145~22.6~%
SODIUM CHLORIDE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~007647145~0.24~%
SODIUM CHLORIDE~INTRAMUSCULAR; SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INTRAOCULAR; SOLUTION~007647145~0.7~%
SODIUM CHLORIDE~INTRAPERITONEAL; POWDER, FOR INJECTION SOLUTION~007647145~22.6~%
SODIUM CHLORIDE~INTRAPERITONEAL; SOLUTION~007647145~53.5~%

SODIUM CHLORIDE~INTRAPLEURAL;  POWDER, FOR INJECTION SOLUTION~007647145~22.6~%
SODIUM CHLORIDE~INTRASYNOVIAL;  INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INTRASYNOVIAL;  INJECTION, SUSTAINED ACTION~007647145~0.9~%
SODIUM CHLORIDE~INTRATHECAL;  INJECTABLE~007647145~0.9~%
SODIUM CHLORIDE~INTRATHECAL;  INJECTION~007647145~4.9~%
SODIUM CHLORIDE~INTRATHECAL;  INJECTION, SUSPENSION, LIPOSOMAL~007647145~9~%
SODIUM CHLORIDE~INTRATHECAL;  POWDER, FOR INJECTION SOLUTION~007647145~0.135~%
SODIUM CHLORIDE~INTRATHECAL;  SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INTRATRACHEAL;  INJECTION~007647145~1.2~%
SODIUM CHLORIDE~INTRATRACHEAL;  POWDER, FOR SUSPENSION~007647145~4.676~%
SODIUM CHLORIDE~INTRATRACHEAL;  SUSPENSION~007647145~0.088~%
SODIUM CHLORIDE~INTRATUMOR;  INJECTABLE~007647145~~
SODIUM CHLORIDE~INTRATUMOR;  INJECTION~007647145~1.2~%
SODIUM CHLORIDE~INTRATUMOR;  POWDER, FOR INJECTION SOLUTION~007647145~~
SODIUM CHLORIDE~INTRAVASCULAR;  INJECTION~007647145~0.187~%
SODIUM CHLORIDE~INTRAVASCULAR;  SOLUTION~007647145~~
SODIUM CHLORIDE~INTRAVENOUS BOLUS;  SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INTRAVENOUS;  INJECTABLE~007647145~0.9~%
SODIUM CHLORIDE~INTRAVENOUS;  INJECTION~007647145~90~%
SODIUM CHLORIDE~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION~007647145~45.2~%
SODIUM CHLORIDE~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~007647145~45~%
SODIUM CHLORIDE~INTRAVENOUS;  SOLUTION~007647145~0.9~%
SODIUM CHLORIDE~INTRAVENOUS;  SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~INTRAVITREAL;  INJECTABLE~007647145~0.9~%
SODIUM CHLORIDE~INTRAVITREAL;  INJECTION~007647145~0.774~%
SODIUM CHLORIDE~IONTOPHORESIS;  DRUG DELIVERY SYSTEM~007647145~0.6~MG
SODIUM CHLORIDE~IONTOPHORESIS;  PATCH, CONTROLLED RELEASE~007647145~3.1~MG
SODIUM CHLORIDE~IONTOPHORESIS;  SOLUTION~007647145~0.6~%
SODIUM CHLORIDE~IV - SC;  INJECTION~007647145~1~%
SODIUM CHLORIDE~IV - SC;  LIQUID~007647145~0.7~%
SODIUM CHLORIDE~IV - SC;  POWDER, FOR INJECTION SOLUTION~007647145~0.68~%
SODIUM CHLORIDE~IV(INFUSION);  INJECTION~007647145~90~%
SODIUM CHLORIDE~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION~007647145~45~%
SODIUM CHLORIDE~IV(INFUSION);  SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~IV(INFUSION);  SUSPENSION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~NASAL;  SOLUTION~007647145~0.668~%
SODIUM CHLORIDE~NASAL;  SPRAY~007647145~0.9~%
SODIUM CHLORIDE~NASAL;  SPRAY, METERED~007647145~1.9~%
SODIUM CHLORIDE~NERVE BLOCK;  INJECTION~007647145~0.9~%
SODIUM CHLORIDE~NERVE BLOCK;  SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~OPHTHALMIC;  POWDER, FOR SOLUTION~007647145~0.9~%
SODIUM CHLORIDE~OPHTHALMIC;  POWDER, FOR SUSPENSION~007647145~~
SODIUM CHLORIDE~OPHTHALMIC;  SOLUTION~007647145~55~%
SODIUM CHLORIDE~OPHTHALMIC;  SOLUTION, DROPS~007647145~0.9~%
SODIUM CHLORIDE~OPHTHALMIC;  SUSPENSION~007647145~0.85~%
SODIUM CHLORIDE~OPHTHALMIC;  SUSPENSION, DROPS~007647145~0.68~%
SODIUM CHLORIDE~ORAL;  CAPSULE~007647145~~

SODIUM CHLORIDE~ORAL; DROPS~007647145~~
SODIUM CHLORIDE~ORAL; GRANULE, FOR SUSPENSION~007647145~13.5~MG
SODIUM CHLORIDE~ORAL; POWDER, FOR ORAL SUSPENSION~007647145~0.1~%
SODIUM CHLORIDE~ORAL; POWDER, FOR SOLUTION~007647145~~
SODIUM CHLORIDE~ORAL; POWDER, FOR SUSPENSION~007647145~0.25~%
SODIUM CHLORIDE~ORAL; SOLUTION~007647145~1.9~%
SODIUM CHLORIDE~ORAL; SOLUTION, ELIXIR~007647145~0.1~%
SODIUM CHLORIDE~ORAL; SUSPENSION~007647145~4.112~%
SODIUM CHLORIDE~ORAL; SUSPENSION, FOR INHALATION~007647145~0.85~%
SODIUM CHLORIDE~ORAL; SYRUP~007647145~0.3~%
SODIUM CHLORIDE~ORAL; TABLET~007647145~148~MG
SODIUM CHLORIDE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~007647145~7.5~MG
SODIUM CHLORIDE~ORAL; TABLET, CONTROLLED RELEASE~007647145~36~MG
SODIUM CHLORIDE~ORAL; TABLET, EXTENDED RELEASE~007647145~223.4~MG
SODIUM CHLORIDE~ORAL; TABLET, SUSTAINED ACTION~007647145~143.26~MG
SODIUM CHLORIDE~PERIDURAL; INJECTION~007647145~0.807~%
SODIUM CHLORIDE~PHOTOPHERESIS; SOLUTION~007647145~0.8~%
SODIUM CHLORIDE~RECTAL; ENEMA~007647145~~
SODIUM CHLORIDE~RECTAL; SOLUTION~007647145~~
SODIUM CHLORIDE~RECTAL; SUPPOSITORY~007647145~52.5~MG
SODIUM CHLORIDE~RESPIRATORY (INHALATION); SOLUTION~007647145~2.7~%
SODIUM CHLORIDE~RESPIRATORY (INHALATION); SOLUTION, AEROSOL, FOR INHALATION~007647145~1.125~%
SODIUM CHLORIDE~RESPIRATORY (INHALATION); SOLUTION, FOR INHALATION~007647145~2.7~%
SODIUM CHLORIDE~ROUTE NOT GIVEN; DOSAGE FORM NOT GIVEN~007647145~~
SODIUM CHLORIDE~SOFT TISSUE; INJECTION~007647145~0.85~%
SODIUM CHLORIDE~SOFT TISSUE; INJECTION, SUSTAINED ACTION~007647145~0.9~%
SODIUM CHLORIDE~SUBARACHNOID; SOLUTION, INJECTION~007647145~0.9~%
SODIUM CHLORIDE~SUBCUTANEOUS; IMPLANT~007647145~77~MG
SODIUM CHLORIDE~SUBCUTANEOUS; INJECTABLE~007647145~0.85~%
SODIUM CHLORIDE~SUBCUTANEOUS; INJECTION~007647145~0.9~%
SODIUM CHLORIDE~SUBCUTANEOUS; LIQUID~007647145~0.146~%
SODIUM CHLORIDE~SUBCUTANEOUS; SOLUTION, INJECTION~007647145~4.5~%
SODIUM CHLORIDE~SUBCUTANEOUS; SUSPENSION, INJECTION~007647145~0.8~%
SODIUM CHLORIDE~SUBMUCOSAL; SOLUTION, INJECTION~007647145~16~%
SODIUM CHLORIDE~TOPICAL; EMULSION, CREAM~007647145~0.5~%
SODIUM CHLORIDE~TOPICAL; JELLY~007647145~~
SODIUM CHLORIDE~TOPICAL; LOTION~007647145~0.27~%
SODIUM CHLORIDE~TOPICAL; OINTMENT~007647145~~
SODIUM CHLORIDE~TOPICAL; PATCH, CONTROLLED RELEASE~007647145~3.1~MG
SODIUM CHLORIDE~TOPICAL; SHAMPOO~007647145~2.25~%
SODIUM CHLORIDE~TOPICAL; SOLUTION~007647145~0.6~%
SODIUM CHLORIDE~TOPICAL; SUSPENSION~007647145~0.53~%
SODIUM CHLORIDE~TRANSDERMAL; DRUG DELIVERY SYSTEM~007647145~0.6~MG
SODIUM CHLORIDE INJECTION~INTRAMUSCULAR; INJECTION~~~
SODIUM CHLORIDE INJECTION, BACTERIOSTATIC~INTRAVENOUS; INJECTION~~~
SODIUM CHLORITE~OPHTHALMIC; SOLUTION, DROPS~007758192~0.005~%
SODIUM CHOLESTERYL SULFATE~IV(INFUSION); POWDER, FOR INJECTION SUSPENSION,

LYOPHILIZED~~5.676~%
SODIUM CITRATE~AN,INFILTRATION; INJECTION~6132043~0.0395~%
SODIUM CITRATE~AURICULAR (OTIC); SOLUTION~6132043~2~%
SODIUM CITRATE~EPIDURAL; INJECTION~6132043~2.2~%
SODIUM CITRATE~IM - IV - SC; INJECTION~6132043~0.94~%
SODIUM CITRATE~IM - IV; INJECTABLE~6132043~1.35~%
SODIUM CITRATE~IM - IV; INJECTION~6132043~40~%
SODIUM CITRATE~IM - IV; POWDER, FOR INJECTION SOLUTION~6132043~~
SODIUM CITRATE~IM - SC; INJECTION~6132043~0.228~%
SODIUM CITRATE~INHALATION; INHALANT~6132043~~
SODIUM CITRATE~INHALATION; SOLUTION~6132043~0.6~%
SODIUM CITRATE~INTRA-ARTERIAL; INJECTION~6132043~~
SODIUM CITRATE~INTRA-ARTICULAR; INJECTION~6132043~2.2~%
SODIUM CITRATE~INTRACARDIAC; INJECTION~6132043~0.8~%
SODIUM CITRATE~INTRACAVITARY; INJECTION~6132043~0.15~%
SODIUM CITRATE~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~6132043~0.0053~%
SODIUM CITRATE~INTRALESIONAL; INJECTION~6132043~1~%
SODIUM CITRATE~INTRAMUSCULAR; INJECTABLE~6132043~0.4343~%
SODIUM CITRATE~INTRAMUSCULAR; INJECTION~6132043~6.6~%
SODIUM CITRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~6132043~4.62~%
SODIUM CITRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~6132043~0.645~%
SODIUM CITRATE~INTRAMUSCULAR; SOLUTION, INJECTION~6132043~1.301~%
SODIUM CITRATE~INTRAOCULAR; SOLUTION~6132043~0.4~%
SODIUM CITRATE~INTRAPERITONEAL; INJECTION~6132043~6.6~%
SODIUM CITRATE~INTRAPLEURAL; INJECTION~6132043~~
SODIUM CITRATE~INTRAPLEURAL; POWDER, FOR INJECTION SOLUTION~6132043~4.62~%
SODIUM CITRATE~INTRASYNOVIAL; INJECTION~6132043~1~%
SODIUM CITRATE~INTRATHECAL; INJECTION~6132043~~
SODIUM CITRATE~INTRATHECAL; POWDER, FOR INJECTION SOLUTION~6132043~4.62~%
SODIUM CITRATE~INTRATRACHEAL; SUSPENSION~6132043~~
SODIUM CITRATE~INTRAUTERINE; SOLUTION~6132043~~
SODIUM CITRATE~INTRAVASCULAR; INJECTION~6132043~0.32~%
SODIUM CITRATE~INTRAVENOUS; INFUSION~6132043~~
SODIUM CITRATE~INTRAVENOUS; INJECTABLE~6132043~~
SODIUM CITRATE~INTRAVENOUS; INJECTION~6132043~30~%
SODIUM CITRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~6132043~16.4~%
SODIUM CITRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~6132043~16.35~%
SODIUM CITRATE~INTRAVENOUS; SOLUTION~6132043~0.8295~%
SODIUM CITRATE~INTRAVENOUS; SOLUTION, INJECTION~6132043~0.065~%
SODIUM CITRATE~IONTOPHORESIS; DRUG DELIVERY SYSTEM~6132043~2.2~MG
SODIUM CITRATE~IRRIGATION; INJECTION~6132043~2.2~%
SODIUM CITRATE~IV(INFUSION); INJECTION~6132043~40~%
SODIUM CITRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~6132043~8~%
SODIUM CITRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~6132043~14~%
SODIUM CITRATE~IV(INFUSION); SOLUTION, INJECTION~6132043~0.6~%
SODIUM CITRATE~NASAL; GEL~6132043~~

SODIUM CITRATE~NASAL; SOLUTION~6132043~70~%
SODIUM CITRATE~NASAL; SPRAY~6132043~0.44~%
SODIUM CITRATE~NASAL; SPRAY, METERED~6132043~0.032~%
SODIUM CITRATE~NERVE BLOCK; INJECTION~6132043~0.0395~%
SODIUM CITRATE~OPHTHALMIC; POWDER, FOR SOLUTION~6132043~0.17~%
SODIUM CITRATE~OPHTHALMIC; SOLUTION~6132043~2~%
SODIUM CITRATE~OPHTHALMIC; SOLUTION, DROPS~6132043~2.2~%
SODIUM CITRATE~OPHTHALMIC; SUSPENSION~6132043~0.3~%
SODIUM CITRATE~OPHTHALMIC; SUSPENSION, DROPS~6132043~0.45~%
SODIUM CITRATE~ORAL; CONCENTRATE~6132043~0.507~%
SODIUM CITRATE~ORAL; DROPS~6132043~2~%
SODIUM CITRATE~ORAL; GRANULE~6132043~210.625~MG
SODIUM CITRATE~ORAL; GRANULE, FOR RECONSTITUTION~6132043~0.7~MG
SODIUM CITRATE~ORAL; GRANULE, FOR SUSPENSION~6132043~15~MG
SODIUM CITRATE~ORAL; LIQUID~6132043~~
SODIUM CITRATE~ORAL; POWDER, FOR ORAL SUSPENSION~6132043~4.5~%
SODIUM CITRATE~ORAL; POWDER, FOR RECONSTITUTION~6132043~0.04~%
SODIUM CITRATE~ORAL; POWDER, FOR SOLUTION~6132043~~
SODIUM CITRATE~ORAL; POWDER, FOR SUSPENSION~6132043~3.5~%
SODIUM CITRATE~ORAL; SOLUTION~6132043~1.1~%
SODIUM CITRATE~ORAL; SOLUTION, CONCENTRATE~6132043~0.05~%
SODIUM CITRATE~ORAL; SOLUTION, ELIXIR~6132043~0.45~%
SODIUM CITRATE~ORAL; SOLUTION, LIQUID~6132043~0.7087~%
SODIUM CITRATE~ORAL; SUSPENSION~6132043~8~%
SODIUM CITRATE~ORAL; SUSPENSION, FOR INHALATION~6132043~0.05~%
SODIUM CITRATE~ORAL; SUSPENSION, LIQUID~6132043~0.1~%
SODIUM CITRATE~ORAL; SUSPENSION, SUSTAINED ACTION~6132043~2.35~%
SODIUM CITRATE~ORAL; SYRUP~6132043~32.5~%
SODIUM CITRATE~ORAL; TABLET~6132043~275~MG
SODIUM CITRATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~6132043~300~MG
SODIUM CITRATE~ORAL; TABLET, COATED~6132043~18.34~MG
SODIUM CITRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~6132043~82~MG
SODIUM CITRATE~ORAL; TABLET, FILM COATED~6132043~200~MG
SODIUM CITRATE~ORAL-28; TABLET~6132043~~
SODIUM CITRATE~RECTAL; SOLUTION~6132043~~
SODIUM CITRATE~RESPIRATORY (INHALATION); POWDER, FOR INHALATION~6132043~0.138~%
SODIUM CITRATE~SOFT TISSUE; INJECTION~6132043~1~%
SODIUM CITRATE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~6132043~0.645~%
SODIUM CITRATE~SUBCUTANEOUS; SOLUTION, INJECTION~6132043~1.301~%
SODIUM CITRATE~SUBLINGUAL; TABLET~6132043~2.68~MG
SODIUM CITRATE~TOPICAL; EMULSION, CREAM~6132043~0.319~%
SODIUM CITRATE~TOPICAL; EMULSION, LOTION~6132043~0.08~%
SODIUM CITRATE~TOPICAL; LOTION~6132043~~
SODIUM CITRATE~TOPICAL; SHAMPOO~6132043~2.6~%
SODIUM CITRATE~TOPICAL; SOLUTION~6132043~0.1~%
SODIUM CITRATE~TOPICAL; SOLUTION, DROPS~6132043~0.294~%
SODIUM CITRATE~TRANSDERMAL; DRUG DELIVERY SYSTEM~6132043~2.2~MG

SODIUM CITRATE~URETERAL; SOLUTION~6132043~~
SODIUM CITRATE~VAGINAL; SPONGE~6132043~7.6~MG
SODIUM CITRATE HYDROUS~ORAL; SOLUTION, ELIXIR~~0.03~%
SODIUM CITRATE HYDROUS~ORAL; SUSPENSION~~0.3176~%
SODIUM CITRATE HYDROUS~ORAL; SYRUP~~1.1048~%
SODIUM CITRATE, ANHYDROUS~IM - IV; INJECTION~68042~16~%
SODIUM CITRATE, ANHYDROUS~INTRA-ARTERIAL; INJECTION~68042~~
SODIUM CITRATE, ANHYDROUS~INTRA-ARTICULAR; INJECTION~68042~1~%
SODIUM CITRATE, ANHYDROUS~INTRABURSAL; INJECTION~68042~1~%
SODIUM CITRATE, ANHYDROUS~INTRAVENOUS; INJECTION~68042~~
SODIUM CITRATE, ANHYDROUS~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~68042~6.99~%
SODIUM CITRATE, ANHYDROUS~IV(INFUSION); INJECTION~68042~16~%
SODIUM CITRATE, ANHYDROUS~NASAL; SPRAY, METERED~68042~0.0007~%
SODIUM CITRATE, ANHYDROUS~OPHTHALMIC; SOLUTION~68042~~
SODIUM CITRATE, ANHYDROUS~ORAL; FOR SUSPENSION~68042~9~MG
SODIUM CITRATE, ANHYDROUS~ORAL; GRANULE~68042~1250~MG
SODIUM CITRATE, ANHYDROUS~ORAL; GRANULE, EFFERVESCENT~68042~~
SODIUM CITRATE, ANHYDROUS~ORAL; POWDER, FOR RECONSTITUTION~68042~0.75~%
SODIUM CITRATE, ANHYDROUS~ORAL; POWDER, FOR SOLUTION~68042~4.8~%
SODIUM CITRATE, ANHYDROUS~ORAL; POWDER, FOR SUSPENSION~68042~6.67~%
SODIUM CITRATE, ANHYDROUS~ORAL; SUSPENSION~68042~0.15~%
SODIUM CITRATE, ANHYDROUS~ORAL; SYRUP~68042~0.159~%
SODIUM CITRATE, ANHYDROUS~ORAL; TABLET~68042~28~MG
SODIUM CITRATE, ANHYDROUS~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, EFFERVESCENT~68042~935~MG
SODIUM CITRATE, ANHYDROUS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~68042~15~MG
SODIUM CITRATE, ANHYDROUS~SOFT TISSUE; INJECTION~68042~~
SODIUM CITRATE, ANHYDROUS~TOPICAL; EMULSION, CREAM~68042~0.28~%
SODIUM COCOYL SARCOSINATE~TOPICAL; SHAMPOO~~~
SODIUM CYCLAMATE~ORAL; POWDER, FOR SOLUTION~000139059~~
SODIUM CYCLAMATE~ORAL; POWDER, FOR SUSPENSION~000139059~~
SODIUM CYCLAMATE~ORAL; SOLUTION~000139059~~
SODIUM CYCLAMATE~ORAL; SOLUTION, ELIXIR~000139059~~
SODIUM CYCLAMATE~ORAL; SUSPENSION~000139059~0.5~%
SODIUM CYCLAMATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000139059~75~MG
SODIUM CYSTEINATE HYDROCHLORIDE~INTRADISCAL; POWDER, FOR INJECTION SOLUTION~~~
SODIUM DESOXYCHOLATE~IV(INFUSION); INJECTION~~~
SODIUM DESOXYCHOLATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~~4.1~%
SODIUM DITHIONITE~IM - IV - SC; INJECTION~007775146~0.1~%
SODIUM DITHIONITE~INTRAVENOUS; INJECTION~007775146~3~%
SODIUM DITHIONITE~IV(INFUSION); INJECTION~007775146~2~%
SODIUM DODECYL BENZENE SULFONATE~TOPICAL; SHAMPOO, SUSPENSION~012068212~~
SODIUM FORMALDEHYDE SULFOXYLATE~IM - IV; INJECTION~000149440~0.1~%
SODIUM FORMALDEHYDE SULFOXYLATE~IM - SC; INJECTION~000149440~0.1~%
SODIUM FORMALDEHYDE SULFOXYLATE~INTRAMUSCULAR; INJECTION~000149440~0.2~%
SODIUM FORMALDEHYDE SULFOXYLATE~IV(INFUSION); INJECTION~000149440~1.1~%

SODIUM FORMALDEHYDE SULFOXYLATE~TOPICAL; EMULSION, CREAM~000149440~~
SODIUM GLUCONATE~INTRAVENOUS; INJECTION~000527071~2.3~%
SODIUM GLUCONATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000527071~0.3~%
SODIUM GLUCONATE~ORAL; SYRUP~000527071~~
SODIUM HEXAMETAPHOSPHATE~ORAL; SUSPENSION~010124568~~
SODIUM HYDROXIDE~AN,CNBLK INTRATHECAL; INJECTION~001310732~~
SODIUM HYDROXIDE~AN,INFILTRATION; INJECTION~001310732~0.0706~%
SODIUM HYDROXIDE~AN,SYMPATHETIC NBLK; INJECTION~001310732~~
SODIUM HYDROXIDE~AURICULAR (OTIC); SOLUTION~001310732~0.8~%
SODIUM HYDROXIDE~AURICULAR (OTIC); SOLUTION, DROPS~001310732~~
SODIUM HYDROXIDE~AURICULAR (OTIC); SUSPENSION~001310732~~
SODIUM HYDROXIDE~CAUDAL BLOCK; INJECTION~001310732~~
SODIUM HYDROXIDE~DENTAL; INJECTION~001310732~~
SODIUM HYDROXIDE~DENTAL; PASTE~001310732~~
SODIUM HYDROXIDE~DENTAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~EPIDURAL; INJECTION~001310732~~
SODIUM HYDROXIDE~EPIDURAL; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~EXTRACORPOREAL; INJECTION~001310732~~
SODIUM HYDROXIDE~EXTRACORPOREAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~IM - IV - SC; INJECTION~001310732~~
SODIUM HYDROXIDE~IM - IV - SC; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~IM - IV - SC; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~IM - IV - SC; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~IM - IV; INJECTABLE~001310732~~
SODIUM HYDROXIDE~IM - IV; INJECTION~001310732~10.68~%
SODIUM HYDROXIDE~IM - IV; INJECTION, SOLUTION~001310732~~
SODIUM HYDROXIDE~IM - IV; POWDER~001310732~~
SODIUM HYDROXIDE~IM - IV; POWDER, FOR INJECTION SOLUTION~001310732~0.701~%
SODIUM HYDROXIDE~IM - IV; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~IM - IV; SOLUTION, INJECTION~001310732~0.134~%
SODIUM HYDROXIDE~IM - SC; INJECTION~001310732~~
SODIUM HYDROXIDE~IM - SC; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~IM - SC; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~INFILTRATION; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~INHALATION; AEROSOL, METERED~001310732~~
SODIUM HYDROXIDE~INHALATION; SOLUTION~001310732~8~%
SODIUM HYDROXIDE~INTERSTITIAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRA-AMNIOTIC; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRA-ARTERIAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRA-ARTERIAL; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRA-ARTERIAL; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~INTRA-ARTERIAL; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~INTRA-ARTICULAR; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRA-ARTICULAR; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~INTRABURSAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRACARDIAC; INJECTION~001310732~~

SODIUM HYDROXIDE~INTRACAVITARY; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRACAVITARY; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~INTRADERMAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRADERMAL; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~INTRADISCAL; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRALESIONAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRALESIONAL; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~INTRAMUSCULAR; INJECTABLE~001310732~~
SODIUM HYDROXIDE~INTRAMUSCULAR; INJECTION~001310732~3.145~%
SODIUM HYDROXIDE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~INTRAMUSCULAR; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~INTRAOCULAR; SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRAPERITONEAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRAPERITONEAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRAPLEURAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRASPINAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRASYNOVIAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~INTRATHECAL; INJECTABLE~001310732~~
SODIUM HYDROXIDE~INTRATHECAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRATHECAL; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRATHECAL; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~INTRATHECAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRATRACHEAL; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRATRACHEAL; POWDER, FOR SUSPENSION~001310732~~
SODIUM HYDROXIDE~INTRATRACHEAL; SUSPENSION~001310732~~
SODIUM HYDROXIDE~INTRATUMOR; INJECTABLE~001310732~~
SODIUM HYDROXIDE~INTRATUMOR; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRATUMOR; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRAUTERINE; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRAVASCULAR; INJECTION~001310732~~
SODIUM HYDROXIDE~INTRAVASCULAR; SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRAVASCULAR; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~INTRAVENOUS; EMULSION, INJECTION~001310732~~
SODIUM HYDROXIDE~INTRAVENOUS; INJECTABLE~001310732~~
SODIUM HYDROXIDE~INTRAVENOUS; INJECTION~001310732~10~%
SODIUM HYDROXIDE~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~001310732~~
SODIUM HYDROXIDE~INTRAVENOUS; INJECTION, SOLUTION~001310732~~
SODIUM HYDROXIDE~INTRAVENOUS; INJECTION, SUSPENSION, LIPOSOMAL~001310732~~
SODIUM HYDROXIDE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~001310732~13.655~%
SODIUM HYDROXIDE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~19.27~%
SODIUM HYDROXIDE~INTRAVENOUS; SOLUTION~001310732~~

SODIUM HYDROXIDE~INTRAVENOUS; SOLUTION, INJECTION~001310732~0.035~%
SODIUM HYDROXIDE~INTRAVITREAL; INJECTABLE~001310732~~
SODIUM HYDROXIDE~INTRAVITREAL; INJECTION~001310732~~
SODIUM HYDROXIDE~IONTOPHORESIS; DRUG DELIVERY SYSTEM~001310732~4.2~MG
SODIUM HYDROXIDE~IONTOPHORESIS; SOLUTION~001310732~~
SODIUM HYDROXIDE~IRRIGATION; SOLUTION~001310732~~
SODIUM HYDROXIDE~IV - SC; INJECTION~001310732~~
SODIUM HYDROXIDE~IV - SC; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~IV(INFUSION); EMULSION, INJECTION~001310732~~
SODIUM HYDROXIDE~IV(INFUSION); INJECTION~001310732~13~%
SODIUM HYDROXIDE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~001310732~9~%
SODIUM HYDROXIDE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~1.565~%
SODIUM HYDROXIDE~IV(INFUSION); SOLUTION~001310732~~
SODIUM HYDROXIDE~IV(INFUSION); SOLUTION, INJECTION~001310732~2.83~%
SODIUM HYDROXIDE~NASAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~NASAL; SPRAY~001310732~~
SODIUM HYDROXIDE~NASAL; SPRAY, METERED~001310732~~
SODIUM HYDROXIDE~NERVE BLOCK; INJECTION~001310732~0.0706~%
SODIUM HYDROXIDE~NERVE BLOCK; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~OPHTHALMIC; EMULSION~001310732~0.397~%
SODIUM HYDROXIDE~OPHTHALMIC; GEL~001310732~~
SODIUM HYDROXIDE~OPHTHALMIC; POWDER, FOR SOLUTION~001310732~~
SODIUM HYDROXIDE~OPHTHALMIC; SOLUTION~001310732~0.1~%
SODIUM HYDROXIDE~OPHTHALMIC; SOLUTION, DROPS~001310732~~
SODIUM HYDROXIDE~OPHTHALMIC; SOLUTION, IRRIGATION~001310732~~
SODIUM HYDROXIDE~OPHTHALMIC; SUSPENSION~001310732~~
SODIUM HYDROXIDE~OPHTHALMIC; SUSPENSION, DROPS~001310732~~
SODIUM HYDROXIDE~ORAL; CAPSULE~001310732~0.74~MG
SODIUM HYDROXIDE~ORAL; CAPSULE, ENTERIC COATED PELLETS~001310732~~
SODIUM HYDROXIDE~ORAL; CONCENTRATE~001310732~1~%
SODIUM HYDROXIDE~ORAL; EMULSION~001310732~~
SODIUM HYDROXIDE~ORAL; POWDER, FOR SOLUTION~001310732~~
SODIUM HYDROXIDE~ORAL; SOLUTION~001310732~8~%
SODIUM HYDROXIDE~ORAL; SOLUTION, ELIXIR~001310732~~
SODIUM HYDROXIDE~ORAL; SUSPENSION~001310732~40~%
SODIUM HYDROXIDE~ORAL; SYRUP~001310732~1.42~%
SODIUM HYDROXIDE~ORAL; TABLET~001310732~6.72~MG
SODIUM HYDROXIDE~ORAL; TABLET, COATED~001310732~~
SODIUM HYDROXIDE~ORAL; TABLET, DELAYED ACTION~001310732~0.211~MG
SODIUM HYDROXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001310732~0.32~MG
SODIUM HYDROXIDE~ORAL; TABLET, EXTENDED RELEASE~001310732~2.7~MG
SODIUM HYDROXIDE~ORAL; TABLET, ORALLY DISINTEGRATING~001310732~0.156~MG
SODIUM HYDROXIDE~ORAL; TABLET, SUSTAINED ACTION~001310732~0.4~MG
SODIUM HYDROXIDE~ORAL; TABLET, SUSTAINED ACTION, COATED~001310732~0.04~MG
SODIUM HYDROXIDE~PARENTERAL; INJECTION~001310732~~
SODIUM HYDROXIDE~PERFUSION, CARDIAC; SOLUTION~001310732~~
SODIUM HYDROXIDE~PERIDURAL; INJECTION~001310732~~
SODIUM HYDROXIDE~PHOTOPHERESIS; SOLUTION~001310732~~

SODIUM HYDROXIDE~RECTAL; ENEMA~001310732~0.44~%
SODIUM HYDROXIDE~RECTAL; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~RECTAL; SOLUTION~001310732~0.629~%
SODIUM HYDROXIDE~RESPIRATORY (INHALATION); POWDER, FOR INHALATION~001310732~~
SODIUM HYDROXIDE~RESPIRATORY (INHALATION); SOLUTION, AEROSOL, FOR INHALATION~001310732~~
SODIUM HYDROXIDE~RESPIRATORY (INHALATION); SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~RETROBULBAR; INJECTION~001310732~~
SODIUM HYDROXIDE~ROUTE NOT GIVEN; DOSAGE FORM NOT GIVEN~001310732~~
SODIUM HYDROXIDE~SOFT TISSUE; INJECTION~001310732~~
SODIUM HYDROXIDE~SOFT TISSUE; INJECTION, SUSTAINED ACTION~001310732~~
SODIUM HYDROXIDE~SPINAL; INJECTION~001310732~~
SODIUM HYDROXIDE~SUBARACHNOID; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~SUBCONJUNCTIVAL; INJECTION~001310732~~
SODIUM HYDROXIDE~SUBCUTANEOUS; INJECTABLE~001310732~0.42~%
SODIUM HYDROXIDE~SUBCUTANEOUS; INJECTION~001310732~3.145~%
SODIUM HYDROXIDE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~001310732~~
SODIUM HYDROXIDE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~001310732~~
SODIUM HYDROXIDE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~001310732~~
SODIUM HYDROXIDE~SUBCUTANEOUS; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~SUBCUTANEOUS; SUSPENSION, INJECTION~001310732~0.22~%
SODIUM HYDROXIDE~SUBMUCOSAL; SOLUTION, INJECTION~001310732~~
SODIUM HYDROXIDE~TOPICAL; CREAM, AUGMENTED~001310732~2.72~%
SODIUM HYDROXIDE~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~001310732~2.72~%
SODIUM HYDROXIDE~TOPICAL; DISC~001310732~~
SODIUM HYDROXIDE~TOPICAL; EMULSION~001310732~0.2~%
SODIUM HYDROXIDE~TOPICAL; EMULSION, CREAM~001310732~0.52~%
SODIUM HYDROXIDE~TOPICAL; EMULSION, LOTION~001310732~0.022~%
SODIUM HYDROXIDE~TOPICAL; GEL~001310732~10~%
SODIUM HYDROXIDE~TOPICAL; JELLY~001310732~0.1336~MG
SODIUM HYDROXIDE~TOPICAL; LOTION~001310732~2.6~%
SODIUM HYDROXIDE~TOPICAL; LOTION, AUGMENTED~001310732~~
SODIUM HYDROXIDE~TOPICAL; OINTMENT~001310732~~
SODIUM HYDROXIDE~TOPICAL; OINTMENT, AUGMENTED~001310732~0.106~%
SODIUM HYDROXIDE~TOPICAL; SHAMPOO~001310732~~
SODIUM HYDROXIDE~TOPICAL; SOLUTION~001310732~0.021~%
SODIUM HYDROXIDE~TOPICAL; SOLUTION, DROPS~001310732~~
SODIUM HYDROXIDE~TOPICAL; SPONGE~001310732~~
SODIUM HYDROXIDE~TOPICAL; SUSPENSION~001310732~~
SODIUM HYDROXIDE~TOPICAL; SWAB~001310732~~
SODIUM HYDROXIDE~TRANSDERMAL; DRUG DELIVERY SYSTEM~001310732~4.2~MG
SODIUM HYDROXIDE~TRANSDERMAL; FILM, CONTROLLED RELEASE~001310732~0.85~MG
SODIUM HYDROXIDE~TRANSDERMAL; GEL~001310732~0.0014~%
SODIUM HYDROXIDE~URETERAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~URETHRAL; SOLUTION~001310732~~
SODIUM HYDROXIDE~VAGINAL; EMULSION, CREAM~001310732~0.1881~%

DTX-2583

SODIUM HYDROXIDE~VAGINAL; GEL~001310732~~
SODIUM HYPOCHLORITE~IV(INFUSION); INJECTION~007681529~1~%
SODIUM HYPOCHLORITE~ORAL; SUSPENSION~007681529~0.3~%
SODIUM IODIDE~INTRAVENOUS; INJECTION~007681825~1~%
SODIUM IODIDE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~007681825~5~%
SODIUM LACTATE~AN,INFILTRATION; INJECTION~000072173~~
SODIUM LACTATE~CAUDAL BLOCK; INJECTION~000072173~0.0001~%
SODIUM LACTATE~IM - IV - SC; SOLUTION, INJECTION~000072173~~
SODIUM LACTATE~INTRACARDIAC; SOLUTION, INJECTION~000072173~~
SODIUM LACTATE~INTRAPERITONEAL; SOLUTION~000072173~44.8~%
SODIUM LACTATE~INTRAVENOUS; INJECTION~000072173~0.17~%
SODIUM LACTATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000072173~1.87~%
SODIUM LACTATE~IV(INFUSION); SOLUTION, INJECTION~000072173~~
SODIUM LACTATE~NERVE BLOCK; INJECTION~000072173~~
SODIUM LACTATE~ORAL; SUSPENSION~000072173~2~%
SODIUM LACTATE~TOPICAL; GEL~000072173~0.77~%
SODIUM LACTATE~TOPICAL; SOLUTION~000072173~1.62~%
SODIUM LACTATE, L-~EPIDURAL; INJECTION~000867561~~
SODIUM LACTATE, L-~IM - IV - SC; INJECTION~000867561~0.18~%
SODIUM LACTATE, L-~IM - IV; INJECTION~000867561~~
SODIUM LACTATE, L-~INTRACARDIAC; INJECTION~000867561~0.18~%
SODIUM LACTATE, L-~IV(INFUSION); INJECTION~000867561~0.18~%
SODIUM LACTATE, L-~NERVE BLOCK; INJECTION~000867561~~
SODIUM LAURETH SULFATE~ORAL; CAPSULE~001335724~3.5~MG
SODIUM LAURETH SULFATE~ORAL; TABLET~001335724~0.91~MG
SODIUM LAURETH SULFATE~ORAL; TABLET, CONTROLLED RELEASE~001335724~5.6~MG
SODIUM LAURETH SULFATE~TOPICAL; EMULSION, CREAM~001335724~~
SODIUM LAURETH SULFATE~TOPICAL; SHAMPOO~001335724~27~%
SODIUM LAURETH-2 SULFATE~TOPICAL; SHAMPOO~~36~%
SODIUM LAURETH-5 SULFATE~TOPICAL; EMULSION, CREAM~009004824~1~%
SODIUM LAURETH-5 SULFATE~TOPICAL; SHAMPOO~009004824~38~%
SODIUM LAUROYL SARCOSINATE~TOPICAL; LOTION~000137166~7.5~%
SODIUM LAUROYL SARCOSINATE~TOPICAL; SUSPENSION~000137166~0.75~%
SODIUM LAURYL SULFATE~BUCCAL/SUBLINGUAL; TABLET~000151213~1.1~MG
SODIUM LAURYL SULFATE~DENTAL; GEL~000151213~1.47~%
SODIUM LAURYL SULFATE~DENTAL; PASTE~000151213~~
SODIUM LAURYL SULFATE~ORAL; CAPSULE~000151213~15~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, DELAYED ACTION~000151213~0.118~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000151213~0.6~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, EXTENDED RELEASE~000151213~1.7~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, HARD GELATIN~000151213~6~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, SOFT GELATIN~000151213~24~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, SUSTAINED ACTION~000151213~1.6~MG
SODIUM LAURYL SULFATE~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~000151213~1.7~MG
SODIUM LAURYL SULFATE~ORAL; DISPERSIBLE TABLET~000151213~8.4~MG
SODIUM LAURYL SULFATE~ORAL; DROPS~000151213~~
SODIUM LAURYL SULFATE~ORAL; GRANULE~000151213~~
SODIUM LAURYL SULFATE~ORAL; POWDER, FOR SUSPENSION~000151213~0.066~%

SODIUM LAURYL SULFATE~ORAL; SUSPENSION~000151213~0.15~%
SODIUM LAURYL SULFATE~ORAL; TABLET~000151213~50~MG
SODIUM LAURYL SULFATE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~000151213~0.7~MG
SODIUM LAURYL SULFATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000151213~5~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, COATED~000151213~5.2~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, CONTROLLED RELEASE~000151213~~
SODIUM LAURYL SULFATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000151213~8.09~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, EXTENDED RELEASE~000151213~51.69~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, FILM COATED~000151213~11.25~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~000151213~0.8~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, ORALLY DISINTEGRATING~000151213~0.1~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, SUSTAINED ACTION~000151213~20.62~MG
SODIUM LAURYL SULFATE~ORAL; TABLET, SUSTAINED ACTION, COATED~000151213~10.5~MG
SODIUM LAURYL SULFATE~ORAL-28; TABLET~000151213~0.65~MG
SODIUM LAURYL SULFATE~RESPIRATORY (INHALATION); CAPSULE~000151213~~
SODIUM LAURYL SULFATE~SUBLINGUAL; TABLET~000151213~0.02~MG
SODIUM LAURYL SULFATE~TOPICAL; EMULSION, CREAM~000151213~2.5~%
SODIUM LAURYL SULFATE~TOPICAL; LOTION~000151213~0.5~%
SODIUM LAURYL SULFATE~TOPICAL; OINTMENT~000151213~1~%
SODIUM LAURYL SULFATE~TOPICAL; SHAMPOO~000151213~~
SODIUM LAURYL SULFATE~TOPICAL; SHAMPOO, SUSPENSION~000151213~40~%
SODIUM LAURYL SULFATE~TOPICAL; SPONGE~000151213~~
SODIUM LAURYL SULFATE~VAGINAL; EMULSION, CREAM~000151213~0.333~%
SODIUM LAURYL SULFOACETATE~TOPICAL; SHAMPOO~001847581~3~%
SODIUM METABISULFITE~AN,CNBLK INTRATHECAL; INJECTION~007757746~~
SODIUM METABISULFITE~AN,INFILTRATION; INJECTION~007757746~0.5~%
SODIUM METABISULFITE~CAUDAL BLOCK; INJECTION~007757746~0.183~%
SODIUM METABISULFITE~EPIDURAL; INJECTION~007757746~0.183~%
SODIUM METABISULFITE~IM - IV - SC; INJECTION~007757746~0.15~%
SODIUM METABISULFITE~IM - IV - SC; SOLUTION, INJECTION~007757746~~
SODIUM METABISULFITE~IM - IV; INJECTION~007757746~27.5~%
SODIUM METABISULFITE~INHALATION; SOLUTION~007757746~1~%
SODIUM METABISULFITE~INTRA-ARTICULAR; INJECTION~007757746~0.2~%
SODIUM METABISULFITE~INTRABURSAL; INJECTION~007757746~0.2~%
SODIUM METABISULFITE~INTRACARDIAC; INJECTION~007757746~0.09~%
SODIUM METABISULFITE~INTRACARDIAC; SOLUTION, INJECTION~007757746~~
SODIUM METABISULFITE~INTRAMUSCULAR; INJECTION~007757746~27.5~%
SODIUM METABISULFITE~INTRAPERITONEAL; INJECTION~007757746~0.66~%
SODIUM METABISULFITE~INTRAVENOUS; EMULSION, INJECTION~007757746~0.025~%
SODIUM METABISULFITE~INTRAVENOUS; INJECTION~007757746~0.32~%
SODIUM METABISULFITE~INTRAVENOUS; SOLUTION, INJECTION~007757746~0.05~%
SODIUM METABISULFITE~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~007757746~0.5~MG
SODIUM METABISULFITE~IONTOPHORESIS; SOLUTION~007757746~0.05~%
SODIUM METABISULFITE~IV(INFUSION); INJECTION~007757746~1.1~%

SODIUM METABISULFITE~IV(INFUSION); SOLUTION, INJECTION~007757746~22~%
SODIUM METABISULFITE~NERVE BLOCK; INJECTION~007757746~0.5~%
SODIUM METABISULFITE~OPHTHALMIC; SOLUTION~007757746~0.2~%
SODIUM METABISULFITE~OPHTHALMIC; SOLUTION, DROPS~007757746~0.25~%
SODIUM METABISULFITE~OPHTHALMIC; SUSPENSION, DROPS~007757746~0.1~%
SODIUM METABISULFITE~ORAL; CAPSULE~007757746~0.36~MG
SODIUM METABISULFITE~ORAL; CONCENTRATE~007757746~0.2~%
SODIUM METABISULFITE~ORAL; LIQUID~007757746~0.1~%
SODIUM METABISULFITE~ORAL; SUSPENSION~007757746~0.1~%
SODIUM METABISULFITE~ORAL; SYRUP~007757746~0.1~%
SODIUM METABISULFITE~ORAL; TABLET~007757746~8~MG
SODIUM METABISULFITE~PERIDURAL; INJECTION~007757746~~
SODIUM METABISULFITE~RECTAL; TABLET~007757746~2~MG
SODIUM METABISULFITE~SUBCUTANEOUS; INJECTION~007757746~0.3016~%
SODIUM METABISULFITE~SUBLINGUAL; TABLET~007757746~2~MG
SODIUM METABISULFITE~SUBMUCOSAL; SOLUTION, INJECTION~007757746~5~%
SODIUM METABISULFITE~TOPICAL; CREAM, AUGMENTED~007757746~0.2~%
SODIUM METABISULFITE~TOPICAL; EMULSION, CREAM~007757746~0.03~%
SODIUM METABISULFITE~TOPICAL; PATCH, CONTROLLED RELEASE~007757746~0.5~MG
SODIUM METABISULFITE~TOPICAL; POWDER, FOR SOLUTION~007757746~0.1~%
SODIUM METABISULFITE~VAGINAL; SPONGE~007757746~1.5~MG
SODIUM NITRATE~OPHTHALMIC; SOLUTION~007631994~1.18~%
SODIUM NITRATE~ORAL; SYRUP~007631994~~
SODIUM PHOSPHATE~IM - IV; INJECTION~007632055~0.3~%
SODIUM PHOSPHATE~IM - IV; POWDER, FOR INJECTION SOLUTION~007632055~2.475~%
SODIUM PHOSPHATE~IM - IV; SOLUTION, INJECTION~007632055~0.17~%
SODIUM PHOSPHATE~INTRA-ARTICULAR; INJECTION~007632055~~
SODIUM PHOSPHATE~INTRABURSAL; INJECTION~007632055~~
SODIUM PHOSPHATE~INTRADERMAL; INJECTION~007632055~0.2~%
SODIUM PHOSPHATE~INTRALESIONAL; INJECTION~007632055~~
SODIUM PHOSPHATE~INTRAMUSCULAR; INJECTION~007632055~0.425~%
SODIUM PHOSPHATE~INTRAMUSCULAR; POWDER, FOR INJECTION
SOLUTION~007632055~0.1~%
SODIUM PHOSPHATE~INTRAVENOUS; INJECTION~007632055~1.6~%
SODIUM PHOSPHATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~007632055~1~%
SODIUM PHOSPHATE~IV(INFUSION); INJECTION~007632055~0.79~%
SODIUM PHOSPHATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~007632055~~
SODIUM PHOSPHATE~NASAL; SOLUTION~007632055~0.189~%
SODIUM PHOSPHATE~NERVE BLOCK; INJECTION~007632055~0.02~%
SODIUM PHOSPHATE~OPHTHALMIC; SOLUTION~007632055~0.81~%
SODIUM PHOSPHATE~OPHTHALMIC; SOLUTION, DROPS~007632055~0.29~%
SODIUM PHOSPHATE~OPHTHALMIC; SUSPENSION~007632055~0.2~%
SODIUM PHOSPHATE~ORAL; CAPSULE~007632055~36~MG
SODIUM PHOSPHATE~ORAL; CONCENTRATE~007632055~~
SODIUM PHOSPHATE~ORAL; SOLUTION~007632055~1.25~%
SODIUM PHOSPHATE~ORAL; SUSPENSION~007632055~~
SODIUM PHOSPHATE~ORAL; SYRUP~007632055~~
SODIUM PHOSPHATE~ORAL; TABLET~007632055~16~MG
SODIUM PHOSPHATE~ORAL-20; TABLET~007632055~~
SODIUM PHOSPHATE~ORAL-21; TABLET~007632055~0.75~MG

DTX-2583

SODIUM PHOSPHATE~SOFT TISSUE;  INJECTION~007632055~~
SODIUM PHOSPHATE~SUBCUTANEOUS;  INJECTION~007632055~0.378~%
SODIUM PHOSPHATE~TOPICAL;  EMULSION, CREAM~007632055~~
SODIUM PHOSPHATE~TOPICAL;  OINTMENT~007632055~0.15~%
SODIUM PHOSPHATE~TOPICAL;  SHAMPOO~007632055~0.667~%
SODIUM PHOSPHATE~TOPICAL;  SHAMPOO, SUSPENSION~007632055~~
SODIUM PHOSPHATE DIHYDRATE~IM - SC;  INJECTION~~~
SODIUM PHOSPHATE DIHYDRATE~OPHTHALMIC;  SOLUTION~~0.03~%
SODIUM PHOSPHATE DIHYDRATE~SUBCUTANEOUS;  INJECTION~~0.24~%
SODIUM PHOSPHATE DIHYDRATE~SUBCUTANEOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.13~%
SODIUM PHOSPHATE, DIBASIC~IM - IV;  INJECTABLE~010140655~1.74~%
SODIUM PHOSPHATE, DIBASIC~IM - IV;  INJECTION~010140655~~
SODIUM PHOSPHATE, DIBASIC~INTRADERMAL;  INJECTION~010140655~0.2~%
SODIUM PHOSPHATE, DIBASIC~INTRAVENOUS;  INJECTION~010140655~0.76~%
SODIUM PHOSPHATE, DIBASIC~IV(INFUSION);  INJECTION~010140655~~
SODIUM PHOSPHATE, DIBASIC~NASAL;  SPRAY~010140655~~
SODIUM PHOSPHATE, DIBASIC~OPHTHALMIC;  SOLUTION~010140655~0.29~%
SODIUM PHOSPHATE, DIBASIC~OPHTHALMIC;  SUSPENSION~010140655~0.43~%
SODIUM PHOSPHATE, DIBASIC~ORAL;  CONCENTRATE~010140655~1.7~%
SODIUM PHOSPHATE, DIBASIC~ORAL;  SOLUTION~010140655~2.06~%
SODIUM PHOSPHATE, DIBASIC~ORAL;  SYRUP~010140655~1.37~%
SODIUM PHOSPHATE, DIBASIC~SUBCUTANEOUS;  SUSPENSION, INJECTION~010140655~0.0588~%
SODIUM PHOSPHATE, DIBASIC~TOPICAL;  EMULSION, CREAM~010140655~0.2~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~AURICULAR (OTIC);  SOLUTION, DROPS~~0.7954~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~IM - IV;  INJECTABLE~~1.746~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~IM - IV;  INJECTION~~13.92~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~IM - IV;  POWDER, FOR INJECTION SOLUTION~~13.92~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAMUSCULAR;  INJECTABLE~~0.24~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAMUSCULAR;  INJECTION~~0.29~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION~~~
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.03~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAVENOUS;  INJECTABLE~~0.24~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAVENOUS;  INJECTION~~21.3~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~1.5~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~INTRAVENOUS;  SOLUTION, INJECTION~~0.76~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~IV(INFUSION);  INJECTION~~4~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~IV(INFUSION);  POWDER, FOR INJECTION SOLUTION~~13.92~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~NASAL;  SPRAY~~0.011~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~OPHTHALMIC;  SOLUTION~~1.28~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~OPHTHALMIC;  SOLUTION, DROPS~~1.4~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~OPHTHALMIC;  SUSPENSION~~0.25~%

SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; CAPSULE~~300~MG
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; CAPSULE, ENTERIC COATED PELLETS~~2~MG
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; SOLUTION~~3.82~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; SUSPENSION~~0.1371~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; SYRUP~~0.35~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; TABLET, SUSTAINED ACTION~~110~MG
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~ORAL; TABLET, UNCOATED, TROCHE~~~
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~SUBCUTANEOUS; INJECTABLE~~0.104~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.03~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~TOPICAL; EMULSION, CREAM~~0.36~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~TOPICAL; GEL~~~
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~TOPICAL; LOTION~~0.1~%
SODIUM PHOSPHATE, DIBASIC, ANHYDROUS~TOPICAL; OINTMENT~~0.026~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~IM - IV; INJECTION~010028247~~
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~IV(INFUSION); INJECTION~010028247~~
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~NASAL; SPRAY, METERED~010028247~0.3~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~OPHTHALMIC; SOLUTION~010028247~1.081~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~OPHTHALMIC; SOLUTION, DROPS~010028247~1.201~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~010028247~0.9~MG
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~ORAL; POWDER, FOR SOLUTION~010028247~~
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~SUBCUTANEOUS; INJECTABLE~010028247~0.18~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~SUBCUTANEOUS; INJECTION~010028247~0.1665~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010028247~0.111~%
SODIUM PHOSPHATE, DIBASIC, DIHYDRATE~TOPICAL; EMULSION, CREAM~010028247~0.25~%
SODIUM PHOSPHATE, DIBASIC, DODECAHYDRATE~NASAL; SPRAY, METERED~010039324~14.3~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~AN,INFILTRATION; INJECTION~~0.02~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~AURICULAR (OTIC); SOLUTION~~0.5~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - IV - SC; INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - IV; INJECTION~~6.96~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - IV; POWDER~~3.627~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - IV; POWDER, FOR INJECTION SOLUTION~~27.927~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - IV; SOLUTION, INJECTION~~0.566~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - SC; INJECTION~~0.0268~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IM - SC; POWDER, FOR INJECTION SOLUTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRA-ARTICULAR; INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRABURSAL; INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRADERMAL; INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRALESIONAL; INJECTION~~~

DTX-2583

SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRALESIONAL; INJECTION, SUSTAINED ACTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAMUSCULAR; INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~~0.067~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~~0.543~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~4.8~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~~0.37~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAMUSCULAR; SOLUTION, INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRASYNOVIAL; INJECTION, SUSTAINED ACTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAVENOUS; INJECTION~~0.43~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~~2.9~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~INTRAVITREAL; INJECTABLE~~0.12~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IV(INFUSION); INJECTION~~10.3~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~~1.58~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~NASAL; SOLUTION~~0.0452~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~NASAL; SPRAY, METERED~~0.486~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~NERVE BLOCK; INJECTION~~0.02~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~OPHTHALMIC; SOLUTION~~1.206~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~OPHTHALMIC; SOLUTION, DROPS~~2.5~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~OPHTHALMIC; SUSPENSION~~0.866~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~OPHTHALMIC; SUSPENSION, DROPS~~0.431~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; CAPSULE~~500~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; CAPSULE, SUSTAINED ACTION~~92~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; SOLUTION~~2~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; SUSPENSION~~0.45~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; SYRUP~~0.02~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; TABLET~~80~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; TABLET, COATED~~0.22~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~4~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; TABLET, SUSTAINED ACTION~~70~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~105~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~ORAL-20; TABLET~~0.0008~MG
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SOFT TISSUE; INJECTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SOFT TISSUE; INJECTION, SUSTAINED ACTION~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SUBCUTANEOUS; INJECTABLE~~0.188~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SUBCUTANEOUS; INJECTION~~0.378~%

DTX-2583

SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~~0.543~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.209~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~SUBCUTANEOUS; SUSPENSION, INJECTION~~0.378~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~TOPICAL; EMULSION, CREAM~~0.39~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~TOPICAL; LOTION~~1.59~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~TOPICAL; OINTMENT~~0.15~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~TOPICAL; SOLUTION~~0.035~%
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~TOPICAL; SPONGE~~~
SODIUM PHOSPHATE, DIBASIC, HEPTAHYDRATE~URETHRAL; INJECTION~~2~%
SODIUM PHOSPHATE, MONOBASIC~IM - IV; INJECTABLE~~0.16~%
SODIUM PHOSPHATE, MONOBASIC~IM - IV; INJECTION~~1.472~%
SODIUM PHOSPHATE, MONOBASIC~INTRAMUSCULAR; INJECTION~~0.5747~%
SODIUM PHOSPHATE, MONOBASIC~IONTOPHORESIS; PATCH, CONTROLLED RELEASE~~14.2~MG
SODIUM PHOSPHATE, MONOBASIC~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~~1.32~%
SODIUM PHOSPHATE, MONOBASIC~OPHTHALMIC; SOLUTION~~0.19~%
SODIUM PHOSPHATE, MONOBASIC~OPHTHALMIC; SOLUTION, DROPS~~0.01~%
SODIUM PHOSPHATE, MONOBASIC~ORAL; SOLUTION~~1.37~%
SODIUM PHOSPHATE, MONOBASIC~ORAL; TABLET~~1.376~MG
SODIUM PHOSPHATE, MONOBASIC~SUBCUTANEOUS; SUSPENSION, INJECTION~~0.0694~%
SODIUM PHOSPHATE, MONOBASIC~TOPICAL; EMULSION, CREAM~~0.265~%
SODIUM PHOSPHATE, MONOBASIC~TOPICAL; LOTION~~0.3~%
SODIUM PHOSPHATE, MONOBASIC~TOPICAL; PATCH, CONTROLLED RELEASE~~14.2~MG
SODIUM PHOSPHATE, MONOBASIC~TOPICAL; SHAMPOO, SUSPENSION~~1~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~AURICULAR (OTIC); SOLUTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~AURICULAR (OTIC); SOLUTION, DROPS~~0.128~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~IM - IV; INJECTION~~1.28~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~IM - IV; POWDER, FOR INJECTION SOLUTION~~1.28~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~IM - IV; SOLUTION, INJECTION~~0.62~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRA-ARTICULAR; INJECTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRABURSAL; INJECTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRADERMAL; INJECTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRALESIONAL; INJECTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRALESIONAL; INJECTION, SUSTAINED ACTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAMUSCULAR; INJECTION~~0.5~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION~~0.5~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~1.2~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAMUSCULAR; SOLUTION, INJECTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRASYNOVIAL; INJECTION, SUSTAINED

ACTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAVASCULAR; INJECTION~~0.0125~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAVENOUS; INJECTION~~0.5~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~~0.71~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAVENOUS; SOLUTION~~4~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~INTRAVESICAL; SOLUTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~IV(INFUSION); INJECTION~~0.5~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~~1.28~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~OPHTHALMIC; SOLUTION~~0.725~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~OPHTHALMIC; SOLUTION, DROPS~~0.78~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~OPHTHALMIC; SUSPENSION~~0.65~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~OPHTHALMIC; SUSPENSION, DROPS~~0.056~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; CONCENTRATE~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; SOLUTION~~4~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; SUSPENSION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; SYRUP~~0.07~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; TABLET~~4.18~MG
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~23.4~MG
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~30.97~MG
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL-20; TABLET~~0.075~MG
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~ORAL-21; TABLET~~0.075~MG
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~SOFT TISSUE; INJECTION, SUSTAINED ACTION~~~
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~SUBCUTANEOUS; INJECTION~~3.31~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~~0.08~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.11~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~TOPICAL; EMULSION, CREAM~~0.5~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~TOPICAL; LOTION~~0.6~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~TOPICAL; SHAMPOO, SUSPENSION~~1~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~TOPICAL; SOLUTION~~0.17~%
SODIUM PHOSPHATE, MONOBASIC, ANHYDROUS~VAGINAL; EMULSION, CREAM~~~
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~INTRAVENOUS; INJECTION~~0.76~%
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~~0.16~%
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~NASAL; SPRAY, METERED~~4.2~%
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~OPHTHALMIC; SOLUTION~~1.158~%
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~OPHTHALMIC; SOLUTION, DROPS~~1.053~%
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~ORAL; SUSPENSION~~2~%
SODIUM PHOSPHATE, MONOBASIC, DIHYDRATE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~0.045~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~IM - IV; INJECTION~010049215~0.5~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~IM - IV; POWDER~010049215~0.202~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~IM - IV; POWDER, FOR INJECTION

DTX-2583

SOLUTION~010049215~1.555~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010049215~~
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAMUSCULAR; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~010049215~0.14~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAVASCULAR; INJECTION~010049215~~
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAVENOUS; INJECTION~010049215~6.21~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~010049215~0.0495~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010049215~0.05~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAVENOUS; SOLUTION, INJECTION~010049215~0.18~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~INTRAVITREAL; INJECTABLE~010049215~0.077~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~IV(INFUSION); INJECTION~010049215~0.5~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~010049215~1.3606~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~N/A; NOT APPLICABLE~010049215~600~MG
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~OPHTHALMIC; SOLUTION~010049215~0.54~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~OPHTHALMIC; SOLUTION, DROPS~010049215~0.721~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~OPHTHALMIC; SUSPENSION~010049215~0.538~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~ORAL; CAPSULE~010049215~109.5~MG
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~ORAL; SOLUTION~010049215~0.8~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~ORAL; SUSPENSION~010049215~0.05~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~ORAL; SYRUP~010049215~2.06~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~ORAL; TABLET~010049215~31.72~MG
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~010049215~35~MG
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~SUBCUTANEOUS; INJECTABLE~010049215~0.036~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~SUBCUTANEOUS; INJECTION~010049215~0.0675~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~TOPICAL; EMULSION, CREAM~010049215~0.3~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~TOPICAL; LOTION~010049215~0.2~%
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~TOPICAL; LOTION, AUGMENTED~010049215~~
SODIUM PHOSPHATE, MONOBASIC, MONOHYDRATE~TOPICAL; SOLUTION~010049215~0.09~%
SODIUM PHOSPHATE, TRIBASIC, ANHYDROUS~ORAL; POWDER, FOR ORAL SUSPENSION~~35.3~%
SODIUM PHOSPHATE, TRIBASIC, HYDRATE~ORAL; POWDER, FOR SUSPENSION~007601549~8.8~%

DTX-2583

SODIUM PHOSPHATE, TRIBASIC, HYDRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~007601549~11~MG
SODIUM POLYACRYLATE~TOPICAL; FILM, CONTROLLED RELEASE~009003047~~
SODIUM PROPIONATE~ORAL; CAPSULE~000137406~0.362~MG
SODIUM PROPIONATE~ORAL; CAPSULE, SUSTAINED ACTION~000137406~~
SODIUM PROPIONATE~ORAL; CONCENTRATE~000137406~~
SODIUM PROPIONATE~ORAL; POWDER, FOR SOLUTION~000137406~~
SODIUM PROPIONATE~ORAL; POWDER, FOR SUSPENSION~000137406~0.25~%
SODIUM PROPIONATE~ORAL; SUSPENSION~000137406~~
SODIUM PROPIONATE~ORAL; SYRUP~000137406~0.8~%
SODIUM PROPIONATE~ORAL; TABLET, SUSTAINED ACTION, COATED~000137406~~
SODIUM PYROPHOSPHATE~INTRAVENOUS; INJECTION~007722885~1.2~%
SODIUM PYROPHOSPHATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~007722885~~
SODIUM PYRROLIDONE CARBOXYLATE~TOPICAL; LOTION~~5.2~%
SODIUM STARCH GLYCOLATE~BUCCAL; TABLET~009063381~8.3~MG
SODIUM STARCH GLYCOLATE~ORAL; CAPSULE~009063381~180~MG
SODIUM STARCH GLYCOLATE~ORAL; CAPSULE, COATED PELLETS~009063381~16.714~MG
SODIUM STARCH GLYCOLATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~009063381~16.8~MG
SODIUM STARCH GLYCOLATE~ORAL; CAPSULE, HARD GELATIN~009063381~20~MG
SODIUM STARCH GLYCOLATE~ORAL; CAPSULE, SOFT GELATIN~009063381~7.75~MG
SODIUM STARCH GLYCOLATE~ORAL; CAPSULE, SUSTAINED ACTION~009063381~18.6~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET~009063381~876~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009063381~50~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, COATED~009063381~73~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, CONTROLLED RELEASE~009063381~15~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, DELAYED ACTION~009063381~9~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009063381~21~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, ENTERIC COATED PARTICLES~009063381~12~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, EXTENDED RELEASE~009063381~30~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, FILM COATED~009063381~85.5~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, MULTILAYER, COATED~009063381~2~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, SUSTAINED ACTION~009063381~15~MG
SODIUM STARCH GLYCOLATE~ORAL; TABLET, SUSTAINED ACTION, COATED~009063381~~
SODIUM STARCH GLYCOLATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009063381~10~MG
SODIUM STARCH GLYCOLATE~ORAL-21; TABLET~009063381~4~MG
SODIUM STARCH GLYCOLATE~ORAL-28; TABLET~009063381~5~MG
SODIUM STARCH GLYCOLATE~SUBLINGUAL; TABLET~009063381~5.5~MG
SODIUM STEARATE~ORAL; TABLET~000822162~9.48~MG
SODIUM STEARATE~ORAL; TABLET, ORALLY DISINTEGRATING~000822162~0.85~MG
SODIUM STEARYL FUMARATE~ORAL; CAPSULE~~7.263~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET~~24.4~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~2~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~2~MG

SODIUM STEARYL FUMARATE~ORAL; TABLET, COATED~~1.18~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, CONTROLLED RELEASE~~2~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~27~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, EXTENDED RELEASE~~20~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, FILM COATED~~12.3~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, ORALLY DISINTEGRATING~~6~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, SUSTAINED ACTION~~8.9~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, SUSTAINED ACTION, COATED~~4~MG
SODIUM STEARYL FUMARATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~16~MG
SODIUM SUCCINATE~INTRAVENOUS; INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~000150903~2.7~%
SODIUM SUCCINATE~ORAL; CONCENTRATE~000150903~~
SODIUM SULFATE~IM - IV; INJECTION~007727733~~
SODIUM SULFATE~OPHTHALMIC; SOLUTION~007727733~0.226~%
SODIUM SULFATE~OPHTHALMIC; SUSPENSION~007727733~1.2~%
SODIUM SULFATE~ORAL; CAPSULE~007727733~~
SODIUM SULFATE~ORAL; TABLET~007727733~7.37~MG
SODIUM SULFATE~ORAL-20; TABLET~007727733~120~MG
SODIUM SULFATE DECAHYDRATE~OPHTHALMIC; SOLUTION, DROPS~~0.09~%
SODIUM SULFATE, ANHYDROUS~INHALATION; SOLUTION~007757826~0.025~%
SODIUM SULFATE, ANHYDROUS~INTRAMUSCULAR; INJECTION~007757826~~
SODIUM SULFATE, ANHYDROUS~OPHTHALMIC; SOLUTION~007757826~0.152~%
SODIUM SULFATE, ANHYDROUS~OPHTHALMIC; SOLUTION, DROPS~007757826~0.17~%
SODIUM SULFATE, ANHYDROUS~OPHTHALMIC; SUSPENSION~007757826~1.2~%
SODIUM SULFATE, ANHYDROUS~ORAL; TABLET~007757826~105.1~MG
SODIUM SULFATE, ANHYDROUS~ORAL-21; TABLET~007757826~96~MG
SODIUM SULFITE~AURICULAR (OTIC); SOLUTION~007757837~0.02~%
SODIUM SULFITE~EPIDURAL; INJECTION~007757837~0.1~%
SODIUM SULFITE~IM - IV; INJECTION~007757837~0.2~%
SODIUM SULFITE~INHALATION; SOLUTION~007757837~0.1~%
SODIUM SULFITE~INTRA-ARTICULAR; INJECTION~007757837~0.1~%
SODIUM SULFITE~INTRALESIONAL; INJECTION~007757837~~
SODIUM SULFITE~INTRAMUSCULAR; INJECTION~007757837~0.05~%
SODIUM SULFITE~INTRAVENOUS; INJECTION~007757837~0.1~%
SODIUM SULFITE~IV(INFUSION); INJECTION~007757837~~
SODIUM SULFITE~OPHTHALMIC; SOLUTION~007757837~~
SODIUM SULFITE~OPHTHALMIC; SOLUTION, DROPS~007757837~0.2~%
SODIUM SULFITE~ORAL; CONCENTRATE~007757837~0.03~%
SODIUM SULFITE~ORAL; SUSPENSION~007757837~~
SODIUM SULFITE~ORAL; SYRUP~007757837~~
SODIUM SULFITE~SOFT TISSUE; INJECTION~007757837~~
SODIUM SULFITE~SUBCUTANEOUS; INJECTION~007757837~0.09~%
SODIUM SULFITE~TOPICAL; EMULSION, CREAM~007757837~0.2~%
SODIUM SULFOSUCCINATED UNDECYCLENIC MONOALKYLOLAMIDE~TOPICAL; LOTION~~0.1~%
SODIUM TARTRATE~IM - IV; INJECTION~000868188~1.2~%
SODIUM TARTRATE~INTRAMUSCULAR; INJECTION~000868188~1.41~%
SODIUM TARTRATE~INTRAVENOUS; INJECTION~000868188~1.2~%
SODIUM TARTRATE~IV(INFUSION); INJECTION~000868188~1.2~%
SODIUM THIOGLYCOLATE~SUBCUTANEOUS; INJECTION~000367511~0.66~%
SODIUM THIOMALATE~IM - IV; INJECTION~030245513~~

SODIUM THIOSULFATE~INTRAVENOUS; SOLUTION~010102177~~
SODIUM THIOSULFATE~OPHTHALMIC; SOLUTION~010102177~5~%
SODIUM THIOSULFATE~OPHTHALMIC; SOLUTION, DROPS~010102177~0.31~%
SODIUM THIOSULFATE~OPHTHALMIC; SUSPENSION~010102177~0.32~%
SODIUM THIOSULFATE~OPHTHALMIC; SUSPENSION, DROPS~010102177~0.314~%
SODIUM THIOSULFATE~ORAL; CAPSULE~010102177~20~MG
SODIUM THIOSULFATE~ORAL; SOLUTION~010102177~0.0093~%
SODIUM THIOSULFATE~ORAL; TABLET~010102177~3~MG
SODIUM THIOSULFATE~TOPICAL; CREAM, AUGMENTED~010102177~0.1~%
SODIUM THIOSULFATE~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~010102177~0.1~%
SODIUM THIOSULFATE, ANHYDROUS~INTRAVENOUS; SOLUTION~007772987~0.19~%
SODIUM THIOSULFATE, ANHYDROUS~ORAL; SOLUTION~007772987~0.2~%
SODIUM THIOSULFATE, ANHYDROUS~ORAL; TABLET~007772987~0.6~MG
SODIUM TRIMETAPHOSPHATE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~007785844~~
SODIUM XYLENESULFONATE~TOPICAL; SOLUTION~~4.6~%
SOLULAN~TOPICAL; AEROSOL, METERED~008042511~1.5~%
SOLULAN~TOPICAL; SOLUTION~008042511~1.5~%
SOMAY 44~TOPICAL; SOLUTION~~0.1~%
SORBIC ACID~OPHTHALMIC; SOLUTION~000110441~0.2~%
SORBIC ACID~ORAL; CONCENTRATE~000110441~0.01~%
SORBIC ACID~ORAL; SOLUTION~000110441~0.1~%
SORBIC ACID~ORAL; SUSPENSION~000110441~0.01~%
SORBIC ACID~ORAL; SYRUP~000110441~0.5~%
SORBIC ACID~ORAL; TABLET~000110441~0.935~MG
SORBIC ACID~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000110441~~
SORBIC ACID~ORAL; TABLET, COATED~000110441~~
SORBIC ACID~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000110441~0.0285~MG
SORBIC ACID~ORAL; TABLET, FILM COATED~000110441~~
SORBIC ACID~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000110441~0.4~MG
SORBIC ACID~SUBLINGUAL; TABLET~000110441~0.16~MG
SORBIC ACID~TOPICAL; EMULSION, CREAM~000110441~2.7~%
SORBIC ACID~TOPICAL; GEL~000110441~0.175~%
SORBIC ACID~TOPICAL; LOTION~000110441~0.2~%
SORBIC ACID~TOPICAL; OINTMENT~000110441~0.1~%
SORBIC ACID~VAGINAL; GEL~000110441~0.09~%
SORBIC ACID~VAGINAL; SPONGE~000110441~6~MG
SORBITAN MONOLAURATE~OPHTHALMIC; OINTMENT~005959897~~
SORBITAN MONOLAURATE~ORAL; GRANULE, EFFERVESCENT~005959897~~
SORBITAN MONOLAURATE~ORAL; SUSPENSION~005959897~0.25~%
SORBITAN MONOLAURATE~ORAL; SYRUP~005959897~~
SORBITAN MONOLAURATE~ORAL; TABLET, FILM COATED~005959897~83.9~MG
SORBITAN MONOLAURATE~TOPICAL; EMULSION, AEROSOL FOAM~005959897~~
SORBITAN MONOLAURATE~TOPICAL; GEL~005959897~~
SORBITAN MONOOLEATE~ORAL; CAPSULE, SOFT GELATIN~005938385~153.9~MG
SORBITAN MONOOLEATE~ORAL; SOLUTION~005938385~15~%
SORBITAN MONOOLEATE~ORAL; SUSPENSION~005938385~~
SORBITAN MONOOLEATE~ORAL; TABLET~005938385~1.7~MG

SORBITAN MONOOLEATE~ORAL; TABLET, COATED~005938385~0.108~MG
SORBITAN MONOOLEATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~005938385~1.89~MG
SORBITAN MONOOLEATE~ORAL; TABLET, FILM COATED~005938385~0.69~MG
SORBITAN MONOOLEATE~ORAL; TABLET, SUSTAINED ACTION~005938385~7.8~MG
SORBITAN MONOOLEATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~005938385~1~MG
SORBITAN MONOOLEATE~RECTAL; SUPPOSITORY~005938385~22~MG
SORBITAN MONOOLEATE~TOPICAL; CREAM, AUGMENTED~005938385~0.2~%
SORBITAN MONOOLEATE~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~005938385~0.2~%
SORBITAN MONOOLEATE~TOPICAL; EMULSION, CREAM~005938385~3.5~%
SORBITAN MONOOLEATE~TOPICAL; LOTION~005938385~7~%
SORBITAN MONOOLEATE~TOPICAL; OINTMENT~005938385~~
SORBITAN MONOOLEATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~005938385~~
SORBITAN MONOPALMITATE~INTRAMUSCULAR; INJECTION~001338405~~
SORBITAN MONOPALMITATE~TOPICAL; EMULSION, CREAM~001338405~2~%
SORBITAN MONOPALMITATE~TOPICAL; LOTION~001338405~1~%
SORBITAN MONOPALMITATE~TOPICAL; PATCH~001338405~10.5~MG
SORBITAN MONOSTEARATE~ORAL; SUSPENSION~001338416~1.25~%
SORBITAN MONOSTEARATE~TOPICAL; EMULSION, CREAM~001338416~8~%
SORBITAN MONOSTEARATE~TOPICAL; LOTION~001338416~2.5~%
SORBITAN MONOSTEARATE~TOPICAL; OINTMENT~001338416~~
SORBITAN MONOSTEARATE~TOPICAL; SOLUTION~001338416~~
SORBITAN MONOSTEARATE~TOPICAL; SUSPENSION~001338416~2.15~%
SORBITAN MONOSTEARATE~VAGINAL; CREAM, AUGMENTED~001338416~2~%
SORBITAN MONOSTEARATE~VAGINAL; EMULSION, CREAM~001338416~5~%
SORBITAN MONOSTEARATE~VAGINAL; TABLET~001338416~~
SORBITAN SESQUIOLEATE~TOPICAL; OINTMENT~008007430~2~%
SORBITAN TRIOLEATE~INHALATION; AEROSOL, METERED~005960065~0.0694~%
SORBITAN TRIOLEATE~NASAL; AEROSOL, METERED~005960065~0.0175~%
SORBITAN TRIOLEATE~ORAL; CAPSULE~005960065~0.0244~ML
SORBITAN TRIOLEATE~ORAL; SYRUP~005960065~~
SORBITAN TRIOLEATE~ORAL; TABLET~005960065~~
SORBITOL~BUCCAL; GUM, CHEWING~000050704~212.9~MG
SORBITOL~DENTAL; PASTE~000050704~~
SORBITOL~INTRA-ARTICULAR; INJECTION~000050704~45~%
SORBITOL~INTRALESIONAL; INJECTION~000050704~45~%
SORBITOL~INTRAMUSCULAR; INJECTION~000050704~~
SORBITOL~INTRASYNOVIAL; INJECTION~000050704~45~%
SORBITOL~INTRAVENOUS; INJECTION~000050704~30~%
SORBITOL~INTRAVENOUS; SOLUTION, INJECTION~000050704~7.14~%
SORBITOL~IV(INFUSION); SOLUTION, INJECTION~000050704~7.14~%
SORBITOL~NASAL; SOLUTION~000050704~2.5~%
SORBITOL~NASAL; SPRAY, METERED~000050704~2.86~%
SORBITOL~OPHTHALMIC; SOLUTION, DROPS~000050704~0.25~%
SORBITOL~ORAL; BAR, CHEWABLE~000050704~144~MG
SORBITOL~ORAL; CAPSULE~000050704~185.18~MG
SORBITOL~ORAL; CAPSULE, SOFT GELATIN~000050704~66.82~MG
SORBITOL~ORAL; CONCENTRATE~000050704~40~%

DTX-2583

SORBITOL~ORAL; DROPS~000050704~3~%
SORBITOL~ORAL; GRANULE, FOR SUSPENSION~000050704~28~MG
SORBITOL~ORAL; LIQUID~000050704~~
SORBITOL~ORAL; POWDER, FOR SUSPENSION~000050704~34.284~%
SORBITOL~ORAL; SOLUTION~000050704~30~%
SORBITOL~ORAL; SOLUTION, ELIXIR~000050704~20~%
SORBITOL~ORAL; SUSPENSION~000050704~91.283~%
SORBITOL~ORAL; SUSPENSION, LIQUID~000050704~~
SORBITOL~ORAL; SYRUP~000050704~75~%
SORBITOL~ORAL; TABLET~000050704~337.28~MG
SORBITOL~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED,
CHEWABLE~000050704~300~MG
SORBITOL~ORAL; TABLET, COATED~000050704~12.96~MG
SORBITOL~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000050704~~
SORBITOL~ORAL; TABLET, FILM COATED~000050704~5~MG
SORBITOL~ORAL; TABLET, SUSTAINED ACTION~000050704~53.75~MG
SORBITOL~RECTAL; SUSPENSION~000050704~33.3333~%
SORBITOL~SUBLINGUAL; TABLET~000050704~50.5~MG
SORBITOL~TOPICAL; EMULSION~000050704~7~%
SORBITOL~TOPICAL; EMULSION, CREAM~000050704~67.52~%
SORBITOL~TOPICAL; LOTION~000050704~~
SORBITOL~VAGINAL; TABLET~000050704~~
SORBITOL ANHYDRIDE~ORAL; CAPSULE~~~
SORBITOL ANHYDRIDE~ORAL; CONCENTRATE~~~
SORBITOL ANHYDRIDE~ORAL; SOLUTION, ELIXIR~~60~%
SORBITOL ANHYDRIDE~ORAL; SUSPENSION~~~
SORBITOL ANHYDRIDE~TOPICAL; EMULSION, CREAM~~~
SORBITOL SOLUTION~BUCCAL; GUM, CHEWING~003959533~38.1~MG
SORBITOL SOLUTION~INTRA-ARTICULAR; INJECTION~003959533~~
SORBITOL SOLUTION~INTRALESIONAL; INJECTION~003959533~~
SORBITOL SOLUTION~INTRAMUSCULAR; INJECTION~003959533~25~%
SORBITOL SOLUTION~INTRAVENOUS; INJECTION~003959533~7.14~%
SORBITOL SOLUTION~INTRAVENOUS; SOLUTION, INJECTION~003959533~7.14~%
SORBITOL SOLUTION~IV(INFUSION); SOLUTION, INJECTION~003959533~7.14~%
SORBITOL SOLUTION~NASAL; SPRAY, METERED~003959533~~
SORBITOL SOLUTION~OPHTHALMIC; SOLUTION, DROPS~003959533~39.9996~%
SORBITOL SOLUTION~ORAL; CAPSULE~003959533~3.112~MG
SORBITOL SOLUTION~ORAL; CAPSULE, COATED, SOFT GELATIN~003959533~3.114~MG
SORBITOL SOLUTION~ORAL; CAPSULE, SOFT GELATIN~003959533~28.9~MG
SORBITOL SOLUTION~ORAL; CONCENTRATE~003959533~60~%
SORBITOL SOLUTION~ORAL; DROPS~003959533~5~%
SORBITOL SOLUTION~ORAL; LIQUID~003959533~~
SORBITOL SOLUTION~ORAL; SOLUTION~003959533~90~%
SORBITOL SOLUTION~ORAL; SOLUTION, CONCENTRATE~003959533~30~%
SORBITOL SOLUTION~ORAL; SOLUTION, ELIXIR~003959533~83.33~%
SORBITOL SOLUTION~ORAL; SUSPENSION~003959533~71.4~%
SORBITOL SOLUTION~ORAL; SUSPENSION, DROPS~003959533~10~%
SORBITOL SOLUTION~ORAL; SYRUP~003959533~75~%
SORBITOL SOLUTION~ORAL; TABLET~003959533~14~MG
SORBITOL SOLUTION~RECTAL; SUSPENSION~003959533~46.1817~%

SORBITOL SOLUTION~TOPICAL; CREAM, AUGMENTED~003959533~15~%
SORBITOL SOLUTION~TOPICAL; EMULSION, CREAM~003959533~25~%
SORBITOL SOLUTION~TOPICAL; FILM, CONTROLLED RELEASE~003959533~~
SORBITOL SOLUTION~TOPICAL; LOTION~003959533~5~%
SORBITOL SOLUTION~TOPICAL; OINTMENT~003959533~1.5~%
SORBITOL SOLUTION~VAGINAL; EMULSION, CREAM~003959533~36.8~%
SORBITOL SPECIAL POLYOL SOLUTION~ORAL; CAPSULE, SOFT GELATIN LIQUID-FILLED~~~
SORBITOL-GLYCERIN BLEND~ORAL; CAPSULE~~61.232~MG
SOYBEAN FLOUR~TOPICAL; EMULSION~~3~%
SOYBEAN OIL~INTRAVENOUS; EMULSION, INJECTION~008001227~10~%
SOYBEAN OIL~INTRAVENOUS; INJECTABLE~008001227~10~%
SOYBEAN OIL~INTRAVENOUS; INJECTION~008001227~~
SOYBEAN OIL~IV(INFUSION); EMULSION, INJECTION~008001227~~
SOYBEAN OIL~ORAL; CAPSULE~008001227~263~MG
SOYBEAN OIL~ORAL; CAPSULE, SOFT GELATIN~008001227~227~MG
SOYBEAN OIL~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~008001227~0.14~MG
SOYBEAN OIL~TOPICAL; LOTION~008001227~50.2~%
SOYBEAN OIL~TOPICAL; SOLUTION~008001227~5.82~%
SOYBEAN OIL, HYDROGENATED~ORAL; CAPSULE~008016704~1~MG
SOYBEAN OIL, HYDROGENATED~ORAL; CAPSULE, SOFT GELATIN~008016704~15.3~MG
SOYBEAN OIL, HYDROGENATED~ORAL; TABLET~008016704~13.5~MG
SOYBEAN OIL, HYDROGENATED~ORAL; TABLET, COATED~008016704~3~MG
SOYBEAN OIL, REFINED~ORAL; CAPSULE~~101~MG
SPEARMINT~ORAL; TABLET, ORALLY DISINTEGRATING~~0.0625~MG
SPEARMINT EXTRACT~ORAL; SOLUTION~~3.5~%
SPEARMINT OIL~ORAL; SOLUTION~008008795~0.05~%
SPEARMINT OIL~ORAL; SUSPENSION~008008795~0.0029~%
SPEARMINT OIL~ORAL; SYRUP~008008795~2~%
SPEARMINT OIL~TOPICAL; OINTMENT~008008795~~
SPECTRABLEND CSL-15764 (BLUE)~ORAL; TABLET~~5.91~MG
SPERMACETI~TOPICAL; EMULSION, CREAM~008002231~11~%
SPERMACETI~VAGINAL; EMULSION, CREAM~008002231~3~%
SPIRITS OF TURPENTINE~ORAL; CAPSULE~~~
SQUALANE~TOPICAL; EMULSION, CREAM~000111013~6~%
SQUALANE~TOPICAL; SOLUTION~000111013~1~%
STANNOUS CHLORIDE~INTRAVENOUS; INJECTION~010025691~0.34~%
STANNOUS CHLORIDE~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~010025691~0.025~%
STANNOUS CHLORIDE~IV(INFUSION); INJECTION~010025691~0.05~%
STANNOUS CHLORIDE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~010025691~0.009~%
STANNOUS CHLORIDE, ANHYDROUS~INTRAVENOUS; INJECTION~007772998~0.005~%
STANNOUS CHLORIDE, ANHYDROUS~IV(INFUSION); INJECTION~007772998~~
STANNOUS FLUORIDE~INTRAVENOUS; INJECTION~007783473~0.073~%
STANNOUS OCTOATE~VAGINAL; INTRAUTERINE DEVICE~000301100~0.14~MG
STANNOUS TARTRATE~INTRAVENOUS; INJECTION~000815850~0.008~%
STARCH~BUCCAL/SUBLINGUAL; TABLET~009005258~14.19~MG
STARCH~BUCCAL; TABLET~009005258~22.5~MG

DTX-2583

STARCH~INTRAMUSCULAR; INJECTION~009005258~0.6~%
STARCH~ORAL; CAPSULE~009005258~605~MG
STARCH~ORAL; CAPSULE, ENTERIC COATED PELLETS~009005258~36.4~MG
STARCH~ORAL; CAPSULE, HARD GELATIN~009005258~33.5~MG
STARCH~ORAL; CAPSULE, SOFT GELATIN~009005258~15.5~MG
STARCH~ORAL; CAPSULE, SUSTAINED ACTION~009005258~65.2~MG
STARCH~ORAL; GRANULE, FOR SUSPENSION~009005258~~
STARCH~ORAL; SUSPENSION~009005258~0.4~%
STARCH~ORAL; SUSPENSION, SUSTAINED ACTION~009005258~~
STARCH~ORAL; SYRUP~009005258~~
STARCH~ORAL; TABLET~009005258~615.6~MG
STARCH~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~009005258~74.3~MG
STARCH~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~009005258~25.75~MG
STARCH~ORAL; TABLET, COATED~009005258~210~MG
STARCH~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009005258~76~MG
STARCH~ORAL; TABLET, FILM COATED~009005258~100~MG
STARCH~ORAL; TABLET, SUGAR COATED~009005258~43.25~MG
STARCH~ORAL; TABLET, SUSTAINED ACTION~009005258~48.6~MG
STARCH~ORAL; TABLET, SUSTAINED ACTION, COATED~009005258~27~MG
STARCH~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~009005258~~
STARCH~ORAL-20; TABLET~009005258~22.25~MG
STARCH~ORAL-21; TABLET~009005258~34.465~MG
STARCH~ORAL-28; TABLET~009005258~35.46~MG
STARCH~RECTAL; TABLET~009005258~55~MG
STARCH~SUBLINGUAL; TABLET~009005258~55~MG
STARCH~TOPICAL; EMULSION, CREAM~009005258~~
STARCH~VAGINAL; TABLET~009005258~260~MG
STARCH 1500 PREGELATINIZED~ORAL; CAPSULE~~294~MG
STARCH 1500 PREGELATINIZED~ORAL; TABLET~~50~MG
STARCH 1500, PREGELATINIZED~ORAL; CAPSULE~~365.1~MG
STARCH 1500, PREGELATINIZED~ORAL; TABLET~~435.8~MG
STARCH 1500, PREGELATINIZED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~50~MG
STARCH 1500, PREGELATINIZED~ORAL; TABLET, COATED~~22~MG
STARCH 1500, PREGELATINIZED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~51.5~MG
STARCH 1500, PREGELATINIZED~ORAL; TABLET, FILM COATED~~180~MG
STARCH 1500, PREGELATINIZED~ORAL; TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~~35~MG
STARCH 1500, PREGELATINIZED~SUBLINGUAL; TABLET~~43~MG
STARCH 1500, PREGELATINIZED~VAGINAL; TABLET~~165~MG
STARCH 1551~ORAL; CAPSULE~~30~MG
STARCH 1551~ORAL; TABLET~~100~MG
STARCH 1551~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~25~MG
STARCH 1551~ORAL; TABLET, FILM COATED~~90~MG
STARCH 1551~SUBLINGUAL; TABLET~~11~MG
STARCH 21~ORAL; CAPSULE~~150~MG
STARCH 21~ORAL; TABLET~~100~MG
STARCH 21~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~20~MG

DTX-2583

STARCH 7150~ORAL; CAPSULE~~0.44~MG
STARCH 7150~ORAL; TABLET~~50~MG
STARCH 825~ORAL; CAPSULE~~217~MG
STARCH 826~ORAL; CAPSULE~~237~MG
STARCH 826~ORAL; TABLET~~138~MG
STARCH 826~ORAL; TABLET, FILM COATED~~10~MG
STARCH 826~SUBLINGUAL; TABLET~~12~MG
STARCH ALUMINUM OCTENYL SUCCINATE~TOPICAL; OINTMENT~~~
STARCH, CORN~BUCCAL; TABLET~~16.6~MG
STARCH, CORN~ORAL; CAPSULE~~1135~MG
STARCH, CORN~ORAL; CAPSULE, COATED, SOFT GELATIN~~~
STARCH, CORN~ORAL; CAPSULE, HARD GELATIN~~289.2~MG
STARCH, CORN~ORAL; CAPSULE, SUSTAINED ACTION~~27~MG
STARCH, CORN~ORAL; CONCENTRATE~~~
STARCH, CORN~ORAL; DROPS~~~
STARCH, CORN~ORAL; PASTILLE~~~
STARCH, CORN~ORAL; POWDER, FOR SUSPENSION~~~
STARCH, CORN~ORAL; SUSPENSION~~7.25~%
STARCH, CORN~ORAL; SUSPENSION, DROPS~~~
STARCH, CORN~ORAL; TABLET~~433.32~MG
STARCH, CORN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~170~MG
STARCH, CORN~ORAL; TABLET, COATED~~285~MG
STARCH, CORN~ORAL; TABLET, DELAYED ACTION~~~
STARCH, CORN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~54~MG
STARCH, CORN~ORAL; TABLET, EXTENDED RELEASE~~18~MG
STARCH, CORN~ORAL; TABLET, FILM COATED~~158~MG
STARCH, CORN~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~~10~MG
STARCH, CORN~ORAL; TABLET, REPEAT ACTION~~32~MG
STARCH, CORN~ORAL; TABLET, SUSTAINED ACTION~~92~MG
STARCH, CORN~ORAL; TABLET, SUSTAINED ACTION, COATED~~~
STARCH, CORN~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~74.3~MG
STARCH, CORN~ORAL-20; TABLET~~57~MG
STARCH, CORN~ORAL-21; TABLET~~33~MG
STARCH, CORN~ORAL-21; TABLET, COATED~~9.9~MG
STARCH, CORN~ORAL-28; TABLET~~30.1~MG
STARCH, CORN~ORAL-28; TABLET, COATED~~9.9~MG
STARCH, CORN~SUBLINGUAL; TABLET~~60~MG
STARCH, CORN~VAGINAL; TABLET~~150~MG
STARCH, CORN~VAGINAL; TABLET, FILM COATED~~8~MG
STARCH, CORN 21~ORAL; CAPSULE~~125~MG
STARCH, CORN 21~ORAL; TABLET~~110.4~MG
STARCH, MODIFIED~ORAL; CAPSULE~~23~MG
STARCH, MODIFIED~ORAL; POWDER, FOR SUSPENSION~~0.2~%
STARCH, MODIFIED~ORAL; TABLET~~50~MG
STARCH, POTATO~ORAL; TABLET~~80.5895~MG
STARCH, POTATO~ORAL; TABLET, COATED~~2.1~MG
STARCH, POTATO~ORAL; TABLET, REPEAT ACTION~~~
STARCH, PREGELATINIZED~ORAL; CAPSULE~~600~MG
STARCH, PREGELATINIZED~ORAL; CAPSULE, COATED, SOFT GELATIN~~15~MG
STARCH, PREGELATINIZED~ORAL; CAPSULE, HARD GELATIN~~128.75~MG

STARCH, PREGELATINIZED~ORAL; CAPSULE, SUSTAINED ACTION~~141.75~MG
STARCH, PREGELATINIZED~ORAL; DROPS~~1.2~%
STARCH, PREGELATINIZED~ORAL; SUSPENSION~~~
STARCH, PREGELATINIZED~ORAL; SUSPENSION, LIQUID~~1.5~%
STARCH, PREGELATINIZED~ORAL; SUSPENSION, SUSTAINED ACTION~~12.5~%
STARCH, PREGELATINIZED~ORAL; TABLET~~345.95~MG
STARCH, PREGELATINIZED~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~71.35~MG
STARCH, PREGELATINIZED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~32~MG
STARCH, PREGELATINIZED~ORAL; TABLET, COATED~~73~MG
STARCH, PREGELATINIZED~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~64.8~MG
STARCH, PREGELATINIZED~ORAL; TABLET, FILM COATED~~240~MG
STARCH, PREGELATINIZED~ORAL; TABLET, SUGAR COATED~~9.4~MG
STARCH, PREGELATINIZED~ORAL; TABLET, SUSTAINED ACTION~~60~MG
STARCH, PREGELATINIZED~ORAL; TABLET, SUSTAINED ACTION, COATED~~33.75~MG
STARCH, PREGELATINIZED~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~~75~MG
STARCH, PREGELATINIZED~ORAL-21; TABLET~~22.25~MG
STARCH, PREGELATINIZED~ORAL-21; TABLET, COATED~~6.6~MG
STARCH, PREGELATINIZED~ORAL-28; TABLET~~26.35~MG
STARCH, PREGELATINIZED~ORAL-28; TABLET, COATED~~6.6~MG
STARCH, PREGELATINIZED~SUBLINGUAL; TABLET~~43~MG
STARCH, PREGELATINIZED CORN~ORAL; CAPSULE~~195.9~MG
STARCH, PREGELATINIZED CORN~ORAL; CAPSULE, COATED, SOFT GELATIN~~27.75~MG
STARCH, PREGELATINIZED CORN~ORAL; TABLET~~482~MG
STARCH, PREGELATINIZED CORN~ORAL; TABLET, COATED~~26.4~MG
STARCH, PREGELATINIZED CORN~ORAL; TABLET, DELAYED ACTION~~~
STARCH, PREGELATINIZED CORN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~~
STARCH, PREGELATINIZED CORN~ORAL; TABLET, FILM COATED~~70~MG
STARCH, PREGELATINIZED TAPIOCA~ORAL; CAPSULE~~100~MG
STARCH, PREGELATINIZED TAPIOCA~ORAL; TABLET~~5~MG
STARCH, RICE~ORAL; TABLET, SUSTAINED ACTION~~301~MG
STARCH, TAPIOCA~ORAL; TABLET~~~
STARCH, WHEAT~ORAL; CAPSULE, SUSTAINED ACTION~~0.75~MG
STARCH, WHEAT~ORAL; TABLET~~65.5895~MG
STARCH, WHEAT~ORAL; TABLET, COATED~~~
STEARALKONIUM CHLORIDE~TOPICAL; LOTION~000122190~3.15~%
STEARALKONIUM HECTORITE/PROPYLENE CARBONATE~TRANSDERMAL; FILM, CONTROLLED RELEASE~~~
STEARAMIDOETHYL DIETHYLAMINE~TOPICAL; EMULSION, CREAM~~0.6~%
STEARAMIDOETHYL DIETHYLAMINE~TOPICAL; OINTMENT~~~
STEARAMIDOETHYL DIETHYLAMINE~VAGINAL; EMULSION, CREAM~~2.5~%
STEARETH-10~RECTAL; AEROSOL, METERED~~0.225~%
STEARETH-10~TOPICAL; AEROSOL, METERED~~6.25~%
STEARETH-10~TOPICAL; EMULSION, AEROSOL FOAM~~~
STEARETH-100~TOPICAL; EMULSION, CREAM~~0.35~%
STEARETH-100~TOPICAL; OINTMENT~~0.6~%
STEARETH-2~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~0.85~%
STEARETH-2~TOPICAL; EMULSION, CREAM~~4.5~%
STEARETH-2~TOPICAL; LOTION~~0.4~%

STEARETH-2~TOPICAL; OINTMENT~~5~%
STEARETH-20~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~4.15~%
STEARETH-21~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~2.5~%
STEARETH-21~TOPICAL; EMULSION, CREAM~~3~%
STEARETH-21~TOPICAL; LOTION~~3~%
STEARIC ACID~BUCCAL/SUBLINGUAL; TABLET~000057114~6~MG
STEARIC ACID~BUCCAL; TABLET~000057114~5~MG
STEARIC ACID~IMPLANTATION; PELLET~000057114~0.2~MG
STEARIC ACID~ORAL; CAPSULE~000057114~52~MG
STEARIC ACID~ORAL; CAPSULE, COATED, SOFT GELATIN~000057114~3~MG
STEARIC ACID~ORAL; CAPSULE, HARD GELATIN~000057114~15~MG
STEARIC ACID~ORAL; CAPSULE, SUSTAINED ACTION~000057114~9.32~MG
STEARIC ACID~ORAL; POWDER, FOR SUSPENSION~000057114~24.06~%
STEARIC ACID~ORAL; SUSPENSION~000057114~86.184~%
STEARIC ACID~ORAL; SYRUP~000057114~~
STEARIC ACID~ORAL; TABLET~000057114~72~MG
STEARIC ACID~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000057114~15~MG
STEARIC ACID~ORAL; TABLET, COATED~000057114~42.4~MG
STEARIC ACID~ORAL; TABLET, CONTROLLED RELEASE~000057114~1.75~MG
STEARIC ACID~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000057114~8~MG
STEARIC ACID~ORAL; TABLET, ENTERIC COATED PARTICLES~000057114~5~MG
STEARIC ACID~ORAL; TABLET, EXTENDED RELEASE~000057114~180~MG
STEARIC ACID~ORAL; TABLET, FILM COATED~000057114~22~MG
STEARIC ACID~ORAL; TABLET, SUGAR COATED~000057114~0.9~MG
STEARIC ACID~ORAL; TABLET, SUSTAINED ACTION~000057114~187.5~MG
STEARIC ACID~ORAL; TABLET, SUSTAINED ACTION, MULTILAYER, FILM COATED~000057114~26.48~MG
STEARIC ACID~ORAL; TABLET, SUSTAINED RELEASE, FILM COATED~000057114~9~MG
STEARIC ACID~ORAL-21; TABLET~000057114~1~MG
STEARIC ACID~ORAL-28; TABLET~000057114~1~MG
STEARIC ACID~SUBCUTANEOUS; IMPLANT~000057114~1.02~MG
STEARIC ACID~SUBLINGUAL; TABLET~000057114~5.049~MG
STEARIC ACID~TOPICAL; CREAM, AUGMENTED~000057114~3~%
STEARIC ACID~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~000057114~4~%
STEARIC ACID~TOPICAL; EMULSION, CREAM~000057114~22.6~%
STEARIC ACID~TOPICAL; LOTION~000057114~20~%
STEARIC ACID~TOPICAL; OINTMENT~000057114~15~%
STEARIC ACID~TOPICAL; SOLUTION~000057114~~
STEARIC ACID~TOPICAL; SUSPENSION~000057114~1.75~%
STEARIC ACID~VAGINAL; EMULSION, CREAM~000057114~14~%
STEARIC ACID~VAGINAL; TABLET~000057114~60~MG
STEAR-O-WET C~ORAL; TABLET~~12~MG
STEAR-O-WET C~ORAL; TABLET, SUSTAINED ACTION~~10~MG
STEAR-O-WET M~ORAL; CAPSULE~~14~MG
STEAR-O-WET M~ORAL; CAPSULE, COATED, SOFT GELATIN~~1.5~MG
STEAR-O-WET M~ORAL; CAPSULE, HARD GELATIN~~0.25~MG
STEAR-O-WET M~ORAL; CAPSULE, SUSTAINED ACTION~~6~MG
STEAR-O-WET M~ORAL; TABLET~~860~MG
STEAR-O-WET M~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~~13.11~MG

DTX-2583

STEAR-O-WET M~ORAL;  TABLET, COATED~~5.5~MG
STEAR-O-WET M~ORAL;  TABLET, CONTROLLED RELEASE~~11~MG
STEAR-O-WET M~ORAL;  TABLET, DELAYED ACTION, ENTERIC COATED~~4~MG
STEAR-O-WET M~ORAL;  TABLET, FILM COATED~~18~MG
STEAROXYTRIMETHYLSILANE~TOPICAL;  CREAM, AUGMENTED~~1~%
STEARTRIMONIUM HYDROLYZED ANIMAL COLLAGEN~TOPICAL;  LOTION~~0.5~%
STEARYL ALCOHOL~ORAL;  CAPSULE, SUSTAINED ACTION~000112925~72~MG
STEARYL ALCOHOL~ORAL;  TABLET, CONTROLLED RELEASE~000112925~25~MG
STEARYL ALCOHOL~ORAL;  TABLET, SUSTAINED ACTION~000112925~244~MG
STEARYL ALCOHOL~ORAL;  TABLET, SUSTAINED ACTION, FILM COATED~000112925~60~MG
STEARYL ALCOHOL~TOPICAL;  AEROSOL~000112925~0.52~%
STEARYL ALCOHOL~TOPICAL;  CREAM, AUGMENTED~000112925~4~%
STEARYL ALCOHOL~TOPICAL;  CREAM, EMULSION, SUSTAINED RELEASE~000112925~3~%
STEARYL ALCOHOL~TOPICAL;  EMULSION, AEROSOL FOAM~000112925~0.53~%
STEARYL ALCOHOL~TOPICAL;  EMULSION, CREAM~000112925~30~%
STEARYL ALCOHOL~TOPICAL;  LOTION~000112925~12~%
STEARYL ALCOHOL~TOPICAL;  OINTMENT~000112925~8~%
STEARYL ALCOHOL~TOPICAL;  SUSPENSION~000112925~2.013~%
STEARYL ALCOHOL~VAGINAL;  EMULSION, CREAM~000112925~42.5~%
STEARYL ALCOHOL~VAGINAL;  SUPPOSITORY~000112925~~
STRAWBERRY~ORAL;  SYRUP~~0.05~%
STRAWBERRY~ORAL;  TABLET, ORALLY DISINTEGRATING~~1~MG
STRAWBERRY~ORAL;  TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~~3~MG
SUCCIMER~INTRAVENOUS;  INJECTION~000304552~~
SUCCINIC ACID~IM - IV;  INJECTION~000110156~~
SUCCINIC ACID~INTRAVENOUS;  INJECTION~000110156~~
SUCCINIC ACID~ORAL;  CONCENTRATE~000110156~0.6~%
SUCCINIC ACID~ORAL;  POWDER, FOR RECONSTITUTION~000110156~0.15~%
SUCCINIC ACID~ORAL;  POWDER, FOR SUSPENSION~000110156~~
SUCCINIC ACID~ORAL;  TABLET~000110156~65.1~MG
SUCCINIC ACID~ORAL;  TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000110156~2.857~MG
SUCCINIC ACID~ORAL;  TABLET, CONTROLLED RELEASE~000110156~4~MG
SUCCINIC ACID~ORAL;  TABLET, EXTENDED RELEASE~000110156~~
SUCRALOSE~ORAL;  POWDER, FOR ORAL SUSPENSION~056038132~8~%
SUCRALOSE~ORAL;  SOLUTION~056038132~0.8~%
SUCRALOSE~ORAL;  SUSPENSION~056038132~1.1~%
SUCRALOSE~ORAL;  TABLET, ORALLY DISINTEGRATING~056038132~5.75~MG
SUCRALOSE~ORAL-28;  TABLET~056038132~0.018~MG
SUCROSE~BUCCAL/SUBLINGUAL;  TABLET~000057501~91~MG
SUCROSE~BUCCAL;  TABLET~000057501~16.6~MG
SUCROSE~INTRAMUSCULAR;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000057501~6.84~%
SUCROSE~INTRAMUSCULAR;  SOLUTION, INJECTION~000057501~4.425~%
SUCROSE~INTRAVENOUS;  INJECTION~000057501~19.5~%
SUCROSE~INTRAVENOUS;  INJECTION, POWDER, LYOPHILIZED, FOR LIPOSOMAL SUSPENSION~000057501~90~%
SUCROSE~INTRAVENOUS;  INJECTION, SUSPENSION, LIPOSOMAL~000057501~9.4~%
SUCROSE~INTRAVENOUS;  POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000057501~7.78~%

DTX-2583

SUCROSE~INTRAVENOUS; SOLUTION, LIPOSOME, INJECTION~000057501~8.5~%
SUCROSE~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000057501~5.4~%
SUCROSE~ORAL; CAPSULE~000057501~413.655~MG
SUCROSE~ORAL; CAPSULE, DELAYED ACTION~000057501~175.14~MG
SUCROSE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000057501~140.758~MG
SUCROSE~ORAL; CAPSULE, EXTENDED RELEASE~000057501~396.14~MG
SUCROSE~ORAL; CAPSULE, SUSTAINED ACTION~000057501~481.7~MG
SUCROSE~ORAL; CONCENTRATE~000057501~67~%
SUCROSE~ORAL; DROPS~000057501~30.22~%
SUCROSE~ORAL; EMULSION~000057501~~
SUCROSE~ORAL; FOR SUSPENSION~000057501~~
SUCROSE~ORAL; GRANULE~000057501~~
SUCROSE~ORAL; GRANULE, FOR RECONSTITUTION~000057501~~
SUCROSE~ORAL; GRANULE, FOR SUSPENSION~000057501~1052.9~MG
SUCROSE~ORAL; GRANULE, FOR SUSPENSION, EXTENDED RELEASE~000057501~~
SUCROSE~ORAL; LIQUID~000057501~72~%
SUCROSE~ORAL; PASTILLE~000057501~426~MG
SUCROSE~ORAL; POWDER~000057501~25.61~%
SUCROSE~ORAL; POWDER, FOR ORAL SUSPENSION~000057501~90.274~%
SUCROSE~ORAL; POWDER, FOR RECONSTITUTION~000057501~~
SUCROSE~ORAL; POWDER, FOR SOLUTION~000057501~48.4~%
SUCROSE~ORAL; POWDER, FOR SUSPENSION~000057501~93.237~%
SUCROSE~ORAL; SOLUTION~000057501~60~%
SUCROSE~ORAL; SOLUTION, ELIXIR~000057501~61.3~%
SUCROSE~ORAL; SUSPENSION~000057501~55.5~%
SUCROSE~ORAL; SUSPENSION, DROPS~000057501~50~%
SUCROSE~ORAL; SUSPENSION, LIQUID~000057501~~
SUCROSE~ORAL; SUSPENSION, SUSTAINED ACTION~000057501~60~%
SUCROSE~ORAL; SYRUP~000057501~82.105~%
SUCROSE~ORAL; TABLET~000057501~900~MG
SUCROSE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000057501~1200~MG
SUCROSE~ORAL; TABLET, COATED~000057501~400~MG
SUCROSE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000057501~279.495~MG
SUCROSE~ORAL; TABLET, DELAYED RELEASE~000057501~~
SUCROSE~ORAL; TABLET, FILM COATED~000057501~84.2~MG
SUCROSE~ORAL; TABLET, REPEAT ACTION~000057501~129.551~MG
SUCROSE~ORAL; TABLET, SUGAR COATED~000057501~73.18~MG
SUCROSE~ORAL; TABLET, SUSTAINED ACTION~000057501~202~MG
SUCROSE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000057501~119.12~MG
SUCROSE~ORAL; TABLET, UNCOATED, TROCHE~000057501~~
SUCROSE~ORAL-20; TABLET~000057501~12~MG
SUCROSE~ORAL-21; TABLET~000057501~12~MG
SUCROSE~ORAL-21; TABLET, COATED~000057501~19.374~MG
SUCROSE~ORAL-28; TABLET~000057501~216.5~MG
SUCROSE~ORAL-28; TABLET, COATED~000057501~19.374~MG
SUCROSE~RECTAL; SOLUTION~000057501~~
SUCROSE~SUBCUTANEOUS; INJECTION~000057501~9~%
SUCROSE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION,

DTX-2583

LYOPHILIZED~000057501~6.84~%
SUCROSE~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITH ADDITIVES~000057501~4.104~%
SUCROSE~SUBCUTANEOUS; SOLUTION, INJECTION~000057501~4.425~%
SUCROSE~SUBLINGUAL; TABLET~000057501~8.415~MG
SUCROSE~TOPICAL; OINTMENT~000057501~20~%
SUCROSE DISTEARATE~TOPICAL; EMULSION, CREAM~027195160~5~%
SUCROSE PALMITATE~ORAL; POWDER, FOR SUSPENSION~026446388~1~%
SUCROSE POLYESTERS~TOPICAL; POWDER, FOR SOLUTION~~0.125~%
SUCROSE STEARATE~ORAL; CAPSULE, EXTENDED RELEASE~~31.835~MG
SUCROSE STEARATE~ORAL; CAPSULE, SUSTAINED ACTION~~44.569~MG
SUCROSE STEARATE~ORAL; TABLET, EXTENDED RELEASE~~44.56~MG
SUCROSE SYRUP~ORAL; SOLUTION~~~
SUCROSE SYRUP~ORAL; SUSPENSION~~33.4~%
SUCROSE SYRUP~ORAL; SYRUP~~85.46~%
SUCROSE SYRUP~ORAL; TABLET~~182.4~MG
SUGAR CONFECTIONERS~ORAL; CAPSULE~~527.425~MG
SUGAR CONFECTIONERS~ORAL; CAPSULE, HARD GELATIN~~~
SUGAR CONFECTIONERS~ORAL; CAPSULE, SUSTAINED ACTION~~17.6~MG
SUGAR CONFECTIONERS~ORAL; POWDER, FOR SUSPENSION~~3.32~%
SUGAR CONFECTIONERS~ORAL; SUSPENSION, SUSTAINED ACTION~~~
SUGAR CONFECTIONERS~ORAL; TABLET~~215.68~MG
SUGAR CONFECTIONERS~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~~1438~MG
SUGAR CONFECTIONERS~ORAL; TABLET, COATED~~54~MG
SUGAR CONFECTIONERS~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~~44.5~MG
SUGAR CONFECTIONERS~ORAL; TABLET, DELAYED RELEASE~~~
SUGAR CONFECTIONERS~ORAL; TABLET, FILM COATED~~200~MG
SUGAR CONFECTIONERS~ORAL; TABLET, SUSTAINED ACTION~~175~MG
SUGAR CONFECTIONERS~ORAL-21; TABLET~~40~MG
SUGAR CONFECTIONERS~ORAL-28; TABLET~~39.4~MG
SUGAR CONFECTIONERS~SUBLINGUAL; TABLET~~17~MG
SUGAR FRUIT FINE~ORAL; POWDER, FOR SUSPENSION~~27.52~%
SUGAR FRUIT FINE~ORAL; TABLET~~64.924~MG
SUGAR LIQUID TYPE #0~ORAL; CONCENTRATE~~~
SUGAR LIQUID TYPE #0~ORAL; SYRUP~~0.375~%
SUGAR/STARCH INSERT GRANULES~ORAL; CAPSULE, SUSTAINED ACTION~~254.49~MG
SUGAR/STARCH INSERT GRANULES~ORAL; SUSPENSION~~45.048~%
SULFACETAMIDE SODIUM~TOPICAL; EMULSION, AEROSOL FOAM~000127560~3.013~%
SULFUR DIOXIDE~IV(INFUSION); SOLUTION, INJECTION~007446095~0.15~%
SULFURIC ACID~AURICULAR (OTIC); SUSPENSION~007664939~0.023~%
SULFURIC ACID~EPIDURAL; INJECTION~007664939~~
SULFURIC ACID~IM - IV; INJECTION~007664939~56.6~%
SULFURIC ACID~IM - SC; INJECTION~007664939~~
SULFURIC ACID~IM - SC; POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITHOUT ADDITIVES~007664939~~
SULFURIC ACID~INHALATION; SOLUTION~007664939~12.5~%
SULFURIC ACID~INTRAMUSCULAR; INJECTION~007664939~2.098~%
SULFURIC ACID~INTRAMUSCULAR; SOLUTION, INJECTION~007664939~~
SULFURIC ACID~INTRAPERITONEAL; INJECTION~007664939~~

SULFURIC ACID~INTRATHECAL; INJECTION~007664939~~
SULFURIC ACID~INTRAVENOUS; INJECTION~007664939~2.098~%
SULFURIC ACID~INTRAVENOUS; INJECTION, SOLUTION~007664939~~
SULFURIC ACID~INTRAVENOUS; SOLUTION, INJECTION~007664939~~
SULFURIC ACID~IRRIGATION; INJECTION~007664939~~
SULFURIC ACID~IRRIGATION; SOLUTION~007664939~~
SULFURIC ACID~IV(INFUSION); INJECTION~007664939~2.12~%
SULFURIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION~007664939~~
SULFURIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED, WITHOUT ADDITIVES~007664939~~
SULFURIC ACID~IV(INFUSION); SOLUTION, INJECTION~007664939~~
SULFURIC ACID~NASAL; SPRAY~007664939~0.4~%
SULFURIC ACID~OPHTHALMIC; SOLUTION~007664939~~
SULFURIC ACID~OPHTHALMIC; SOLUTION, DROPS~007664939~0.02~%
SULFURIC ACID~OPHTHALMIC; SUSPENSION~007664939~~
SULFURIC ACID~ORAL; SOLUTION~007664939~~
SULFURIC ACID~RESPIRATORY (INHALATION); SOLUTION~007664939~~
SULFURIC ACID~RESPIRATORY (INHALATION); SOLUTION, AEROSOL, FOR INHALATION~007664939~~
SULFURIC ACID~RESPIRATORY (INHALATION); SOLUTION, FOR INHALATION~007664939~~
SULFURIC ACID~TOPICAL; EMULSION, CREAM~007664939~~
SULFUROUS ACID~INTRAMUSCULAR; INJECTION~007782992~~
SURELEASE E-719010 CLEAR~ORAL; CAPSULE, SUSTAINED ACTION~~37.44~MG
SURELEASE E-7-7050~ORAL; CAPSULE, ENTERIC COATED PELLETS~~28.331~MG
SURFACTOL QS~TOPICAL; SOLUTION~~2~%
SYNCHRON ORAL CARRIER~ORAL; TABLET, SUSTAINED ACTION~~475~MG
SYNCHRON ORAL CARRIER BASE KF~ORAL; TABLET, SUSTAINED ACTION~~30~MG
SYNCHRON ORAL CARRIER VEHICLE TYPE EM~ORAL; TABLET, SUSTAINED ACTION~~220~MG
TAGATOSE, D-~ORAL; SOLUTION~~1.3333~%
TAGATOSE, D-~RECTAL; SOLUTION~~1.3333~%
TALC~BUCCAL/SUBLINGUAL; TABLET~014807966~15~MG
TALC~BUCCAL; GUM, CHEWING~014807966~~
TALC~BUCCAL; TABLET~014807966~1.5~MG
TALC~ORAL; CAPSULE~014807966~220.4~MG
TALC~ORAL; CAPSULE, COATED PELLETS~014807966~0.257~MG
TALC~ORAL; CAPSULE, COATED, SOFT GELATIN~014807966~~
TALC~ORAL; CAPSULE, DELAYED ACTION~014807966~70.46~MG
TALC~ORAL; CAPSULE, ENTERIC COATED PELLETS~014807966~24.79~MG
TALC~ORAL; CAPSULE, EXTENDED RELEASE~014807966~39~MG
TALC~ORAL; CAPSULE, HARD GELATIN~014807966~108~MG
TALC~ORAL; CAPSULE, SOFT GELATIN~014807966~0.1~MG
TALC~ORAL; CAPSULE, SUSTAINED ACTION~014807966~122.06~MG
TALC~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~014807966~16.7~MG
TALC~ORAL; DROPS~014807966~~
TALC~ORAL; GRANULE, ENTERIC COATED~014807966~215.2~MG
TALC~ORAL; MUCILAGE~014807966~1.53~MG
TALC~ORAL; SOLUTION, ELIXIR~014807966~0.09~%
TALC~ORAL; SUSPENSION~014807966~~
TALC~ORAL; SYRUP~014807966~~
TALC~ORAL; TABLET~014807966~91.2~MG

TALC~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~014807966~22.8~MG
TALC~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~014807966~60~MG
TALC~ORAL; TABLET, COATED~014807966~75~MG
TALC~ORAL; TABLET, CONTROLLED RELEASE~014807966~2.5~MG
TALC~ORAL; TABLET, DELAYED ACTION~014807966~27.4~MG
TALC~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~014807966~110~MG
TALC~ORAL; TABLET, DELAYED RELEASE~014807966~~
TALC~ORAL; TABLET, ENTERIC COATED PARTICLES~014807966~6.5~MG
TALC~ORAL; TABLET, EXTENDED RELEASE~014807966~25~MG
TALC~ORAL; TABLET, FILM COATED~014807966~54.72~MG
TALC~ORAL; TABLET, ORALLY DISINTEGRATING~014807966~36~MG
TALC~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~014807966~3~MG
TALC~ORAL; TABLET, REPEAT ACTION~014807966~73.933~MG
TALC~ORAL; TABLET, SUSTAINED ACTION~014807966~91~MG
TALC~ORAL; TABLET, SUSTAINED ACTION, COATED~014807966~29.3~MG
TALC~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~014807966~30~MG
TALC~ORAL-21; TABLET~014807966~3~MG
TALC~ORAL-21; TABLET, COATED~014807966~4.198~MG
TALC~ORAL-28; TABLET~014807966~6.34~MG
TALC~ORAL-28; TABLET, COATED~014807966~4.198~MG
TALC~RECTAL; TABLET~014807966~32.4~MG
TALC~SUBLINGUAL; TABLET~014807966~32.4~MG
TALC~TOPICAL; LOTION~014807966~7.28~%
TALC~TOPICAL; OINTMENT~014807966~8.27~%
TALC~TOPICAL; POWDER~014807966~98~%
TALC~TOPICAL; SHAMPOO~014807966~24~%
TALC TRITURATE~ORAL; CAPSULE~~1.92~MG
TALCUM POWDER~ORAL; TABLET, FILM COATED~~4.61~MG
TALL OIL~TOPICAL; SPONGE~008002264~~
TALLOW GLYCERIDES~TOPICAL; AEROSOL~~2.55~%
TALLOW GLYCERIDES~TOPICAL; EMULSION~~2.55~%
TALLOW GLYCERIDES~TOPICAL; EMULSION, CREAM~~2.78~%
TARTARIC ACID~INTRAMUSCULAR; INJECTION~000087694~0.35~%
TARTARIC ACID~INTRAVENOUS; INJECTION~000087694~0.2~%
TARTARIC ACID~INTRAVENOUS; SOLUTION, INJECTION~000087694~0.2~%
TARTARIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~000087694~2~%
TARTARIC ACID~ORAL; CAPSULE~000087694~9~MG
TARTARIC ACID~ORAL; CAPSULE, SUSTAINED ACTION~000087694~215.1~MG
TARTARIC ACID~ORAL; POWDER, FOR SOLUTION~000087694~~
TARTARIC ACID~ORAL; SOLUTION~000087694~0.75~%
TARTARIC ACID~ORAL; TABLET~000087694~15~MG
TARTARIC ACID~ORAL; TABLET, COATED~000087694~10~MG
TARTARIC ACID~ORAL; TABLET, FILM COATED~000087694~30~MG
TARTARIC ACID~ORAL; TABLET, ORALLY DISINTEGRATING~000087694~45~MG
TARTARIC ACID~ORAL; TABLET, SUSTAINED ACTION~000087694~29.2~MG
TARTARIC ACID~SUBLINGUAL; TABLET~000087694~~
TARTARIC ACID~TOPICAL; FILM, CONTROLLED RELEASE~000087694~~
TARTARIC ACID, DL-~IM - IV; INJECTION~000133379~~
TARTARIC ACID, DL-~INTRAVENOUS; INJECTION~000133379~~

TARTARIC ACID, DL-~IV(INFUSION); INJECTION~000133379~~
TARTARIC ACID, DL-~ORAL; SOLUTION, ELIXIR~000133379~~
TARTARIC ACID, DL-~ORAL; SYRUP~000133379~0.2~%
TARTARIC ACID, DL-~ORAL; TABLET~000133379~13.74~MG
TARTARIC ACID, DL-~ORAL; TABLET, SUSTAINED ACTION~000133379~30~MG
TARTARIC ACID, DL-~RECTAL; SUPPOSITORY~000133379~21.5~MG
TARTARIC ACID, DL-~SUBLINGUAL; TABLET~000133379~1.5~MG
TARTARIC ACID, DL-~VAGINAL; SUPPOSITORY~000133379~32.3~MG
T-BUTYL HYDROPEROXIDE~TOPICAL; SOLUTION~000075912~0.2~%
T-BUTYLHYDROQUINONE~VAGINAL; EMULSION, CREAM~001948330~0.02~%
TENOX~TOPICAL; EMULSION, CREAM~~0.025~%
TENOX~TOPICAL; OINTMENT~~0.025~%
TENOX-2~TOPICAL; OINTMENT~~0.025~%
TERPENE RESIN~ORAL; CAPSULE~009003741~~
TERPENE RESIN~ORAL; CAPSULE, SUSTAINED ACTION~009003741~~
TETRACHLOROETHYLENE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000127184~702~MG
TETRAKIS(1-ISOCYANO-2-METHOXY-2-METHYL-PROPANE)-COPPER(I)
TETRAFLUOROBORATE~INTRAVENOUS; INJECTION~103694844~0.1~%
TETROFOSMIN~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~127502061~0.069~%
THEOPHYLLINE~INTRAVENOUS; INJECTION~005967840~~
THEOPHYLLINE~IV(INFUSION); INJECTION~005967840~~
THEOPHYLLINE, ANHYDROUS~INTRAVENOUS; INJECTION~000058559~1.973~%
THEOPHYLLINE, ANHYDROUS~IV(INFUSION); INJECTION~000058559~2.053~%
THIMEROSAL~AURICULAR (OTIC); SUSPENSION~000054648~0.01~%
THIMEROSAL~IM - IV - SC; INJECTION~000054648~~
THIMEROSAL~IM - IV; INJECTION~000054648~~
THIMEROSAL~IM - SC; INJECTION~000054648~~
THIMEROSAL~INTRAMUSCULAR; INJECTION~000054648~0.0084~%
THIMEROSAL~INTRAMUSCULAR; INJECTION, SUSTAINED ACTION~000054648~0.002~%
THIMEROSAL~INTRAVENOUS; POWDER, FOR INJECTION SOLUTION~000054648~~
THIMEROSAL~OPHTHALMIC; SOLUTION~000054648~0.01~%
THIMEROSAL~OPHTHALMIC; SOLUTION, DROPS~000054648~0.01~%
THIMEROSAL~OPHTHALMIC; SUSPENSION~000054648~0.004~%
THIMEROSAL~OPHTHALMIC; SUSPENSION, DROPS~000054648~1~%
THIMEROSAL~SUBCUTANEOUS; INJECTION~000054648~0.01~%
THIMEROSAL~SUBCUTANEOUS; POWDER, FOR INJECTION SOLUTION~000054648~~
THIMEROSAL~TOPICAL; EMULSION, CREAM~000054648~0.005~%
THIMEROSAL~TOPICAL; LOTION~000054648~~
THIMEROSAL~TOPICAL; OINTMENT~000054648~0.04~%
THIOGLYCEROL~AN,INFILTRATION; INJECTION~000096275~~
THIOGLYCEROL~CAUDAL BLOCK; INJECTION~000096275~~
THIOGLYCEROL~EPIDURAL; INJECTION~000096275~~
THIOGLYCEROL~IM - IV - SC; INJECTION~000096275~~
THIOGLYCEROL~IM - IV; INJECTION~000096275~0.5~%
THIOGLYCEROL~INTRAMUSCULAR; INJECTION~000096275~1~%
THIOGLYCEROL~INTRAVENOUS; INJECTION~000096275~1~%
THIOGLYCEROL~NERVE BLOCK; INJECTION~000096275~~
THREONINE~IV(INFUSION); INJECTION~000072195~45~%

THREONINE~IV(INFUSION); SOLUTION, INJECTION~000072195~12~%
THYMOL~INHALATION; LIQUID~000089838~0.01~%
THYMOL~ORAL; POWDER, FOR SOLUTION~000089838~~
TIMING SOLUTION CLEAR N-7~ORAL; CAPSULE, SUSTAINED ACTION~~26.2~MG
TIN~INTRAVENOUS; INJECTION~007440315~0.0083~%
TITANIUM DIOXIDE~DENTAL; PASTE~001309633~~
TITANIUM DIOXIDE~INTRAUTERINE; SUPPOSITORY, INSERT, CONTROLLED RELEASE~001309633~1~MG
TITANIUM DIOXIDE~OPHTHALMIC; SUPPOSITORY, INSERT, CONTROLLED RELEASE~001309633~0.4~MG
TITANIUM DIOXIDE~ORAL; CAPSULE~001309633~1387~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, COATED PELLETS~001309633~~
TITANIUM DIOXIDE~ORAL; CAPSULE, COATED, SOFT GELATIN~001309633~0.78~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, DELAYED ACTION~001309633~0.7625~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, ENTERIC COATED PELLETS~001309633~4.4~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, EXTENDED RELEASE~001309633~0.7305~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, HARD GELATIN~001309633~0.8512~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, SOFT GELATIN~001309633~6~MG
TITANIUM DIOXIDE~ORAL; CAPSULE, SUSTAINED ACTION~001309633~4.4~MG
TITANIUM DIOXIDE~ORAL; DROPS~001309633~~
TITANIUM DIOXIDE~ORAL; GRANULE, FOR SUSPENSION~001309633~35.7~MG
TITANIUM DIOXIDE~ORAL; POWDER, FOR ORAL SUSPENSION~001309633~40~%
TITANIUM DIOXIDE~ORAL; POWDER, FOR SUSPENSION~001309633~9~%
TITANIUM DIOXIDE~ORAL; SUSPENSION~001309633~2.215~%
TITANIUM DIOXIDE~ORAL; TABLET~001309633~27~MG
TITANIUM DIOXIDE~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~001309633~2.11~MG
TITANIUM DIOXIDE~ORAL; TABLET, COATED~001309633~10.57~MG
TITANIUM DIOXIDE~ORAL; TABLET, CONTROLLED RELEASE~001309633~2.463~MG
TITANIUM DIOXIDE~ORAL; TABLET, DELAYED ACTION~001309633~7.8~MG
TITANIUM DIOXIDE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~001309633~358~MG
TITANIUM DIOXIDE~ORAL; TABLET, ENTERIC COATED PARTICLES~001309633~15~MG
TITANIUM DIOXIDE~ORAL; TABLET, EXTENDED RELEASE~001309633~7.93~MG
TITANIUM DIOXIDE~ORAL; TABLET, FILM COATED~001309633~12.5~MG
TITANIUM DIOXIDE~ORAL; TABLET, MULTILAYER, EXTENDED RELEASE~001309633~1.1~MG
TITANIUM DIOXIDE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~001309633~3~MG
TITANIUM DIOXIDE~ORAL; TABLET, SUSTAINED ACTION~001309633~358~MG
TITANIUM DIOXIDE~ORAL; TABLET, SUSTAINED ACTION, COATED~001309633~4.17~MG
TITANIUM DIOXIDE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~001309633~3~MG
TITANIUM DIOXIDE~ORAL-21; TABLET~001309633~0.12~MG
TITANIUM DIOXIDE~ORAL-21; TABLET, COATED~001309633~0.274~MG
TITANIUM DIOXIDE~ORAL-28; TABLET~001309633~0.995~MG
TITANIUM DIOXIDE~ORAL-28; TABLET, COATED~001309633~0.274~MG
TITANIUM DIOXIDE~RESPIRATORY (INHALATION); CAPSULE~001309633~~
TITANIUM DIOXIDE~TOPICAL; EMULSION, CREAM~001309633~2~%
TITANIUM DIOXIDE~TOPICAL; LOTION~001309633~~
TITANIUM DIOXIDE~TOPICAL; OINTMENT~001309633~5~%
TITANIUM DIOXIDE~TOPICAL; SHAMPOO, SUSPENSION~001309633~3~%

TITANIUM DIOXIDE~TRANSDERMAL; FILM, CONTROLLED RELEASE~001309633~~
TOCOPHEROL~ORAL; CAPSULE~001406662~~
TOCOPHEROL~TOPICAL; OINTMENT~001406662~0.002~%
TOCOPHERSOLAN~OPHTHALMIC; SOLUTION, DROPS~030999065~0.5~%
TOCOPHERSOLAN~ORAL; CAPSULE~030999065~300~MG
TOCOPHERSOLAN~ORAL; CAPSULE, SOFT GELATIN~030999065~282~MG
TOCOPHERSOLAN~ORAL; SOLUTION~030999065~12~%
TOCOPHERSOLAN~ORAL-28; TABLET~030999065~0.03~MG
TOCOPHERSOLAN~TOPICAL; SOLUTION, DROPS~030999065~0.5~%
TOLU~ORAL; SUSPENSION~068916336~~
TOLU~ORAL; TABLET~068916336~~
TRAGACANTH~BUCCAL/SUBLINGUAL; TABLET~009000651~5~MG
TRAGACANTH~ORAL; POWDER, FOR SUSPENSION~009000651~24~%
TRAGACANTH~ORAL; SUSPENSION~009000651~1.33~%
TRAGACANTH~ORAL; SUSPENSION, SUSTAINED ACTION~009000651~2.25~%
TRAGACANTH~ORAL; SYRUP~009000651~~
TRAGACANTH~ORAL; TABLET~009000651~4~MG
TRAGACANTH~ORAL; TABLET, COATED~009000651~7.5~MG
TRAGACANTH~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~009000651~~
TRIACETIN~ENDOCERVICAL; GEL~000102761~~
TRIACETIN~ORAL; CAPSULE~000102761~1.08~MG
TRIACETIN~ORAL; CAPSULE, COATED PELLETS~000102761~1.205~MG
TRIACETIN~ORAL; CAPSULE, ENTERIC COATED PELLETS~000102761~5.1~MG
TRIACETIN~ORAL; CAPSULE, SUSTAINED ACTION~000102761~2.76~MG
TRIACETIN~ORAL; TABLET~000102761~3.7~MG
TRIACETIN~ORAL; TABLET (IMMED./COMP. RELEASE), FILM COATED~000102761~0.72~MG
TRIACETIN~ORAL; TABLET, COATED~000102761~1~MG
TRIACETIN~ORAL; TABLET, CONTROLLED RELEASE~000102761~540~MG
TRIACETIN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000102761~6~MG
TRIACETIN~ORAL; TABLET, EXTENDED RELEASE~000102761~1.39~MG
TRIACETIN~ORAL; TABLET, FILM COATED~000102761~15.12~MG
TRIACETIN~ORAL; TABLET, SUSTAINED ACTION~000102761~1.96~MG
TRIACETIN~TRANSDERMAL; PATCH~000102761~22.1~MG
TRIBEHENIN~ORAL; TABLET~018641571~4.8~MG
TRICAPRYLIN~EPIDURAL; INJECTION, SUSPENSION, LIPOSOMAL~000538238~0.03~%
TRICETEARETH-4 PHOSPHATE~ORAL; TABLET~~180~MG
TRICHLOROETHYLENE~ORAL; TABLET, SUSTAINED ACTION~000079016~~
TRICHLOROMONOFLUOROMETHANE~INHALATION; AEROSOL, METERED~000075694~33.831~%
TRICHLOROMONOFLUOROMETHANE~INHALATION; INHALANT~000075694~~
TRICHLOROMONOFLUOROMETHANE~NASAL; AEROSOL, METERED~000075694~0.9~%
TRICHLOROMONOFLUOROMETHANE~ORAL; AEROSOL, METERED~000075694~65~%
TRICHLOROMONOFLUOROMETHANE~TOPICAL; AEROSOL~000075694~~
TRICHLOROMONOFLUOROMETHANE~TOPICAL; AEROSOL, SPRAY~000075694~~
TRIDECETH-10~TOPICAL; AEROSOL, METERED~~4~%
TRIDECETH-10~TOPICAL; SOLUTION~~4~%
TRIETHYL CITRATE~ORAL; CAPSULE~000077930~8.9~MG
TRIETHYL CITRATE~ORAL; CAPSULE, DELAYED ACTION~000077930~3.848~MG
TRIETHYL CITRATE~ORAL; CAPSULE, ENTERIC COATED PELLETS~000077930~9.16~MG
TRIETHYL CITRATE~ORAL; CAPSULE, EXTENDED RELEASE~000077930~15.03~MG
TRIETHYL CITRATE~ORAL; CAPSULE, SUSTAINED ACTION~000077930~7.5~MG

TRIETHYL CITRATE~ORAL; CAPSULE, SUSTAINED ACTION, HARD GELATIN~000077930~3.3~MG
TRIETHYL CITRATE~ORAL; TABLET~000077930~5.1~MG
TRIETHYL CITRATE~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000077930~2.8~MG
TRIETHYL CITRATE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000077930~20.177~MG
TRIETHYL CITRATE~ORAL; TABLET, EXTENDED RELEASE~000077930~0.348~MG
TRIETHYL CITRATE~ORAL; TABLET, FILM COATED~000077930~3.6~MG
TRIETHYL CITRATE~ORAL; TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE~000077930~18.7~MG
TRIETHYL CITRATE~ORAL; TABLET, SUSTAINED ACTION~000077930~1.6~MG
TRIETHYL CITRATE~ORAL; TABLET, SUSTAINED ACTION, COATED~000077930~2.31~MG
TRIETHYL CITRATE~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000077930~0.5~MG
TRIFLUOROACETIC ACID~IV(INFUSION); POWDER, FOR INJECTION SOLUTION, LYOPHILIZED~~~
TRIGLYCERIDE, SYNTHETIC~ORAL; CAPSULE, SOFT GELATIN~~160~MG
TRIGLYCERIDES, MEDIUM CHAIN~ORAL; CAPSULE~~159.9764~MG
TRIGLYCERIDES, MEDIUM CHAIN~ORAL; CAPSULE, SOFT GELATIN~~~
TRIGLYCERIDES, MEDIUM CHAIN~ORAL; SOLUTION~~94.46~%
TRIGLYCERIDES, MEDIUM CHAIN~SUBLINGUAL; SPRAY, METERED~~3.6695~%
TRIGLYCERIDES, MEDIUM CHAIN~TOPICAL; CREAM, AUGMENTED~~1.37~%
TRIGLYCERIDES, MEDIUM CHAIN~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~~1.37~%
TRIGLYCERIDES, MEDIUM CHAIN~TOPICAL; EMULSION, CREAM~~15~%
TRIGLYCERIDES, MEDIUM CHAIN~TOPICAL; GEL~~1~%
TRIHYDROXYSTEARIN~TOPICAL; EMULSION, CREAM~~~
TRIHYDROXYSTEARIN~TOPICAL; OINTMENT~~3~%
TRILANETH-4 PHOSPHATE~TOPICAL; OINTMENT~~1.9~%
TRILAURETH-4 PHOSPHATE~TOPICAL; OINTMENT~~4.7~%
TRIMYRISTIN~ORAL; CAPSULE~~~
TRIMYRISTIN~ORAL; TABLET~~16~MG
TRIOLEIN~EPIDURAL; INJECTION, SUSPENSION, LIPOSOMAL~000122327~0.01~%
TRISODIUM CITRATE DIHYDRATE~ORAL; SOLUTION~6132043~0.056~%
TRISODIUM CITRATE DIHYDRATE~ORAL; SUSPENSION~6132043~0.1~%
TRISODIUM CITRATE DIHYDRATE~ORAL; TABLET~6132043~110~MG
TRISODIUM HEDTA~TOPICAL; SOLUTION~000139899~0.4~%
TRISTEARIN~ORAL; CAPSULE~000555431~225~MG
TRITON 720~OPHTHALMIC; SOLUTION~000118967~~
TRITON X-200 SODIUM SALT OF ALKYLAURYL POLYETHER SULFONATE~TOPICAL; EMULSION~~40.3~%
TRITON X-200 SODIUM SALT OF ALKYLAURYL POLYETHER SULFONATE~TOPICAL; SHAMPOO~~54~%
TROLAMINE~RECTAL; AEROSOL, METERED~000102716~~
TROLAMINE~TOPICAL; AEROSOL, METERED~000102716~1~%
TROLAMINE~TOPICAL; EMULSION~000102716~~
TROLAMINE~TOPICAL; EMULSION, AEROSOL FOAM~000102716~~
TROLAMINE~TOPICAL; EMULSION, CREAM~000102716~1~%
TROLAMINE~TOPICAL; GEL~000102716~1~%

TROLAMINE~TOPICAL; LOTION~000102716~31.7~%
TROLAMINE~TOPICAL; SPONGE~000102716~~
TROLAMINE~VAGINAL; EMULSION, CREAM~000102716~0.75~%
TROLAMINE LAURYL SULFATE~TOPICAL; EMULSION~~10.78~%
TROLAMINE LAURYL SULFATE~TOPICAL; EMULSION, CREAM~~0.13~%
TROLAMINE LAURYL SULFATE~TOPICAL; SHAMPOO~~77.8~%
TROMETHAMINE~IM - IV; INJECTION, SOLUTION~000077861~1.211~%
TROMETHAMINE~INTRA-ARTERIAL; INJECTION~000077861~0.242~%
TROMETHAMINE~INTRAMUSCULAR; INJECTION~000077861~0.1~%
TROMETHAMINE~INTRATHECAL; INJECTION~000077861~~
TROMETHAMINE~INTRATHECAL; SOLUTION~000077861~~
TROMETHAMINE~INTRAVASCULAR; INJECTION~000077861~1~%
TROMETHAMINE~INTRAVASCULAR; SOLUTION~000077861~~
TROMETHAMINE~INTRAVENOUS; INJECTION~000077861~1~%
TROMETHAMINE~INTRAVENOUS; SOLUTION~000077861~~
TROMETHAMINE~IV(INFUSION); INJECTION~000077861~0.005~%
TROMETHAMINE~IV(INFUSION); POWDER, FOR INJECTION SUSPENSION, LYOPHILIZED~000077861~1.213~%
TROMETHAMINE~IV(INFUSION); SOLUTION~000077861~~
TROMETHAMINE~OPHTHALMIC; SOLUTION~000077861~0.936~%
TROMETHAMINE~OPHTHALMIC; SOLUTION, DROPS~000077861~0.5~%
TROMETHAMINE~OPHTHALMIC; SOLUTION, GEL FORMING, EXTENDED RELEASE~000077861~0.8~%
TROMETHAMINE~OPHTHALMIC; SUSPENSION, DROPS~000077861~~
TROMETHAMINE~ORAL; CAPSULE, SOFT GELATIN~000077861~15~MG
TROMETHAMINE~ORAL; SOLUTION~000077861~~
TROMETHAMINE~ORAL; TABLET~000077861~~
TROMETHAMINE~RECTAL; SOLUTION~000077861~~
TROMETHAMINE~RESPIRATORY (INHALATION); SOLUTION, FOR INHALATION~000077861~0.0121~%
TROMETHAMINE~SUBCUTANEOUS; INJECTION~000077861~0.6~%
TROMETHAMINE~TOPICAL; GEL~000077861~0.8~%
TROMETHAMINE~TOPICAL; SOLUTION~000077861~8.4~%
TROMETHAMINE~TRANSDERMAL; GEL~000077861~0.5~%
TROMETHAMINE~URETHRAL; SOLUTION~000077861~0.121~%
TRYPTOPHAN~IV(INFUSION); INJECTION~000073223~15.2~%
TRYPTOPHAN~IV(INFUSION); SOLUTION, INJECTION~000073223~4.6~%
TYLOXAPOL~OPHTHALMIC; SOLUTION~025301024~0.1~%
TYLOXAPOL~OPHTHALMIC; SOLUTION, DROPS~025301024~0.1~%
TYLOXAPOL~OPHTHALMIC; SUSPENSION~025301024~0.3~%
TYLOXAPOL~OPHTHALMIC; SUSPENSION, DROPS~025301024~0.3~%
TYLOXAPOL~TOPICAL; SUSPENSION~025301024~0.05~%
TY-MED FILLER, BLUE~ORAL; TABLET~~80~MG
TYROSINE~IV(INFUSION); INJECTION~000060184~3.4~%
UNION 76 AMSCO-RES 6038~TRANSDERMAL; FILM, CONTROLLED RELEASE~~5.7~MG
UREA~INTRAMUSCULAR; INJECTION~000057136~~
UREA~ORAL; TABLET, COATED~000057136~0.018~MG
UREA~VAGINAL; EMULSION, CREAM~000057136~0.64~%
UREA~VAGINAL; TABLET~000057136~50~MG
VALINE~IV(INFUSION); INJECTION~000072184~84~%

VALINE~IV(INFUSION); SOLUTION, INJECTION~000072184~20~%
VANILLIN~ORAL; CAPSULE, SUSTAINED ACTION~000121335~~
VANILLIN~ORAL; POWDER~000121335~~
VANILLIN~ORAL; POWDER, FOR SUSPENSION~000121335~0.666~%
VANILLIN~ORAL; SOLUTION~000121335~0.05~%
VANILLIN~ORAL; SOLUTION, ELIXIR~000121335~0.0003~%
VANILLIN~ORAL; SUSPENSION~000121335~0.1~%
VANILLIN~ORAL; SYRUP~000121335~~
VANILLIN~ORAL; TABLET~000121335~1.5~MG
VANILLIN~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~000121335~2.5~MG
VANILLIN~ORAL; TABLET, COATED~000121335~65.5~MG
VANILLIN~ORAL; TABLET, DELAYED ACTION~000121335~0.8~MG
VANILLIN~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~000121335~1.16~MG
VANILLIN~ORAL; TABLET, ENTERIC COATED PARTICLES~000121335~0.7~MG
VANILLIN~ORAL; TABLET, FILM COATED~000121335~0.78~MG
VANILLIN~ORAL; TABLET, SUSTAINED ACTION~000121335~3.4~MG
VANILLIN~ORAL; TABLET, SUSTAINED ACTION, FILM COATED~000121335~0.8~MG
VEGETABLE OIL~BUCCAL; GUM, CHEWING~008008897~14.4~MG
VEGETABLE OIL~ORAL; CAPSULE~008008897~2~MG
VEGETABLE OIL~ORAL; GRANULE, FOR SUSPENSION~008008897~~
VEGETABLE OIL~ORAL; SUSPENSION, SUSTAINED ACTION~008008897~~
VEGETABLE OIL~ORAL; TABLET~008008897~25~MG
VEGETABLE OIL~TOPICAL; EMULSION, CREAM~008008897~3.5~%
VEGETABLE OIL~TOPICAL; SOLUTION~008008897~~
VEGETABLE OIL GLYCERIDE, HYDROGENATED~ORAL; TABLET, SUSTAINED ACTION~~35~MG
VEGETABLE OIL GLYCERIDE, HYDROGENATED~RECTAL; SUPPOSITORY~~870~MG
VEGETABLE OIL, HYDROGENATED~ORAL; CAPSULE~068334281~82~MG
VEGETABLE OIL, HYDROGENATED~ORAL; CAPSULE, SOFT GELATIN~068334281~82.8~MG
VEGETABLE OIL, HYDROGENATED~ORAL; TABLET~068334281~40~MG
VEGETABLE OIL, HYDROGENATED~ORAL; TABLET (IMMED./COMP. RELEASE), UNCOATED, CHEWABLE~068334281~8~MG
VEGETABLE OIL, HYDROGENATED~ORAL; TABLET, COATED~068334281~2~MG
VEGETABLE OIL, HYDROGENATED~ORAL; TABLET, FILM COATED~068334281~33~MG
VEGETABLE OIL, HYDROGENATED~ORAL; TABLET, SUSTAINED ACTION~068334281~228.5~MG
VEGETABLE OIL, HYDROGENATED~RECTAL; SUPPOSITORY~068334281~2026.5~MG
VEGETABLE OIL, HYDROGENATED~TOPICAL; EMULSION, CREAM~068334281~72~%
VEGETABLE OIL, HYDROGENATED~VAGINAL; EMULSION, CREAM~068334281~72~%
VEGETABLE OIL, HYDROGENATED~VAGINAL; SUPPOSITORY~068334281~2400~MG
VEGETABLE SHORTENING~ORAL; CAPSULE~~10.56~MG
VEGETABLE SHORTENING~ORAL; CAPSULE, SOFT GELATIN~~~
VELVETINE BLACK POWDER~ORAL; TABLET~~0.025~MG
VERSETAMIDE~INTRAVENOUS; INJECTION~129009832~2.54~%
VINYL ACETATE - CROTONIC ACID COPOLYMER~ORAL; CAPSULE, SUSTAINED ACTION~~~
VISCARIN~ORAL; SYRUP~008047254~~
VISCARIN~TOPICAL; LOTION~008047254~1~%
VISCOSE/COTTON~TRANSDERMAL; FILM, CONTROLLED RELEASE~~84~MG
VITAMIN E~ORAL; CAPSULE~000059029~1~MG
VITAMIN E~ORAL; CAPSULE, SOFT GELATIN~000059029~1~MG

VITAMIN E~ORAL; SOLUTION~000059029~0.105~%
VITAMIN E~ORAL; TABLET~000059029~0.033~MG
VITAMIN E~ORAL; TABLET, SUSTAINED ACTION~000059029~1.34~MG
VITAMIN E~ORAL-21; TABLET~000059029~0.1~MG
VITAMIN E~ORAL-28; TABLET~000059029~0.1~MG
VITAMIN E ACETATE~ORAL; CAPSULE~000054228~2~MG
WAX~ORAL; TABLET~~0.02~MG
WAX BLEND~ORAL; CAPSULE, SUSTAINED ACTION~~~
WAX BLEND~ORAL; TABLET~~~
WAX, DEHYDAG~ORAL; TABLET, COATED~008023403~~
WAX, DEHYDAG~TOPICAL; EMULSION, CREAM~008023403~8.5~%
WAX, EMULSIFYING~RECTAL; AEROSOL, METERED~008014388~1.5~%
WAX, EMULSIFYING~TOPICAL; AEROSOL, METERED~008014388~20~%
WAX, EMULSIFYING~TOPICAL; EMULSION, CREAM~008014388~24.8~%
WAX, EMULSIFYING~TOPICAL; LOTION~008014388~4~%
WAX, EMULSIFYING~TOPICAL; OINTMENT~008014388~1.5~%
WAX, VEGETABLE~ORAL; TABLET, ENTERIC COATED PARTICLES~~2.5~MG
WAX, WHITE~ORAL; CAPSULE~008006404~3~MG
WAX, WHITE~ORAL; CAPSULE, SOFT GELATIN~008006404~18.36~MG
WAX, WHITE~ORAL; CAPSULE, SUSTAINED ACTION~008006404~7.183~MG
WAX, WHITE~ORAL; TABLET~008006404~0.4~MG
WAX, WHITE~ORAL; TABLET, COATED~008006404~3~MG
WAX, WHITE~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008006404~~
WAX, WHITE~ORAL; TABLET, FILM COATED~008006404~0.2~MG
WAX, WHITE~ORAL; TABLET, REPEAT ACTION~008006404~0.037~MG
WAX, WHITE~ORAL; TABLET, SUSTAINED ACTION~008006404~14~MG
WAX, WHITE~RECTAL; SUPPOSITORY~008006404~265~MG
WAX, WHITE~TOPICAL; CREAM, AUGMENTED~008006404~10~%
WAX, WHITE~TOPICAL; EMULSION, CREAM~008006404~6~%
WAX, WHITE~TOPICAL; OINTMENT~008006404~7.3~%
WAX, WHITE~TOPICAL; OINTMENT, AUGMENTED~008006404~6.75~%
WAX, WHITE~VAGINAL; EMULSION, CREAM~008006404~2~%
WAX, YELLOW~ORAL; CAPSULE~008012893~2.72~MG
WAX, YELLOW~ORAL; CAPSULE, SOFT GELATIN~008012893~~
WAX, YELLOW~ORAL; TABLET~008012893~3.22~MG
WAX, YELLOW~ORAL; TABLET, COATED~008012893~0.296~MG
WAX, YELLOW~ORAL; TABLET, DELAYED ACTION, ENTERIC COATED~008012893~~
WECOBEE FS~TOPICAL; EMULSION, CREAM~~~
WECOBEE FS~VAGINAL; EMULSION, CREAM~~~
WECOBEE FS~VAGINAL; SUPPOSITORY~~1700~MG
WHEAT FLOUR~ORAL; TABLET~~1.16~MG
WHITE CERESIN WAX~VAGINAL; EMULSION, CREAM~~7~%
XANTHAN GUM~OPHTHALMIC; SOLUTION, GEL FORMING, EXTENDED RELEASE~011138662~0.6~%
XANTHAN GUM~ORAL; DROPS~011138662~0.29~%
XANTHAN GUM~ORAL; FOR SUSPENSION~011138662~3.75~MG
XANTHAN GUM~ORAL; GRANULE~011138662~~
XANTHAN GUM~ORAL; GRANULE, FOR SUSPENSION~011138662~15~MG
XANTHAN GUM~ORAL; POWDER~011138662~9~%
XANTHAN GUM~ORAL; POWDER, FOR ORAL SUSPENSION~011138662~6.7~%

DTX-2583

XANTHAN GUM~ORAL; POWDER, FOR RECONSTITUTION~011138662~2.5~%
XANTHAN GUM~ORAL; POWDER, FOR SOLUTION~011138662~4.1~%
XANTHAN GUM~ORAL; POWDER, FOR SUSPENSION~011138662~8~%
XANTHAN GUM~ORAL; SUSPENSION~011138662~1.2~%
XANTHAN GUM~ORAL; SUSPENSION, LIQUID~011138662~0.23~%
XANTHAN GUM~ORAL; SUSPENSION, SUSTAINED ACTION~011138662~18.68~%
XANTHAN GUM~ORAL; TABLET~011138662~14~MG
XANTHAN GUM~ORAL; TABLET, EXTENDED RELEASE~011138662~101.2~MG
XANTHAN GUM~ORAL; TABLET, ORALLY DISINTEGRATING~011138662~0.15~MG
XANTHAN GUM~ORAL; TABLET, SUSTAINED ACTION~011138662~50~MG
XANTHAN GUM~ORAL; TABLET, SUSTAINED ACTION, COATED~011138662~74.25~MG
XANTHAN GUM~ORAL; TROCHE~011138662~63.2~MG
XANTHAN GUM~RECTAL; ENEMA~011138662~0.25~%
XANTHAN GUM~TOPICAL; CREAM, AUGMENTED~011138662~0.215~%
XANTHAN GUM~TOPICAL; CREAM, EMULSION, SUSTAINED RELEASE~011138662~0.3~%
XANTHAN GUM~TOPICAL; EMULSION, CREAM~011138662~0.75~%
XANTHAN GUM~TOPICAL; LOTION~011138662~0.18~%
XYLITOL~BUCCAL; GUM, CHEWING~000087990~203.6~MG
XYLITOL~ORAL; POWDER, FOR ORAL SUSPENSION~000087990~~
XYLITOL~ORAL; SOLUTION~000087990~30~%
XYLITOL~ORAL; SUSPENSION~000087990~67.09~%
XYLITOL~ORAL; TABLET, ORALLY DISINTEGRATING~000087990~42.3~MG
ZARZAROL~ORAL; CONCENTRATE~~~
ZARZAROL~ORAL; LIQUID~~~
ZARZAROL~ORAL; SOLUTION~~67.4~%
ZARZAROL~ORAL; SOLUTION, ELIXIR~~~
ZARZAROL~ORAL; SUSPENSION~~24.48~%
ZARZAROL~ORAL; SYRUP~~~
ZARZAROL~ORAL; TABLET, COATED~~8.5~MG
ZEIN~ORAL; TABLET, COATED~009010666~7.1278~MG
ZEIN~ORAL; TABLET, FILM COATED~009010666~~
ZEIN~ORAL; TABLET, REPEAT ACTION~009010666~4.71~MG
ZEIN~ORAL; TABLET, SUSTAINED ACTION~009010666~135~MG
ZEOLEX~ORAL; TABLET, SUSTAINED ACTION~~2~MG
ZINC~SUBCUTANEOUS; INJECTABLE~007440666~0.0065~%
ZINC~SUBCUTANEOUS; INJECTION~007440666~0.015~%
ZINC~SUBCUTANEOUS; SUSPENSION, INJECTION~007440666~3.27~%
ZINC ACETATE~SUBCUTANEOUS; INJECTION~000557346~~
ZINC ACETATE~SUBCUTANEOUS; POWDER, FOR INJECTION SUSPENSION~000557346~0.23~%
ZINC ACETATE~TOPICAL; LOTION~000557346~1.2~%
ZINC ACETATE~TOPICAL; SOLUTION~000557346~0.0012~%
ZINC ACETATE~TOPICAL; SWAB~000557346~12000~MG
ZINC CARBONATE~SUBCUTANEOUS; POWDER, FOR INJECTION
SUSPENSION~003486359~0.16~%
ZINC CHLORIDE~IM - SC; INJECTION~007646857~~
ZINC CHLORIDE~INTRADERMAL; INJECTION~007646857~0.04~%
ZINC CHLORIDE~OPHTHALMIC; SOLUTION, DROPS~007646857~0.0025~%
ZINC CHLORIDE~SUBCUTANEOUS; INJECTABLE~007646857~0.0063~%
ZINC CHLORIDE~SUBCUTANEOUS; INJECTION~007646857~0.015~%
ZINC OXIDE~IM - SC; INJECTION~001314132~~

ZINC OXIDE~RECTAL; SUPPOSITORY~001314132~375~MG
ZINC OXIDE~RESPIRATORY (INHALATION); SOLUTION, INJECTION~001314132~3.114~%
ZINC OXIDE~SUBCUTANEOUS; INJECTABLE~001314132~0.002~%
ZINC OXIDE~SUBCUTANEOUS; INJECTION~001314132~0.019~%
ZINC OXIDE~SUBCUTANEOUS; SUSPENSION, INJECTION~001314132~0.0025~%
ZINC STEARATE~ORAL; CAPSULE~000557051~2.04~MG
ZINC STEARATE~ORAL; SYRUP~000557051~~
ZINC STEARATE~ORAL; TABLET~000557051~10.2~MG
ZINC STEARATE~ORAL; TABLET, FILM COATED~000557051~4.615~MG
ZINC STEARATE~ORAL; TABLET, SUSTAINED ACTION~000557051~36~MG
ZINC SULFATE~ORAL; TABLET~7446200~~